**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7099 3220 0006 8210 0032**
Detailed Results:

- **Delivered, September 16, 2005, 8:28 am, WASHINGTON, DC 20540**
- **Arrival at Unit, September 16, 2005, 2:24 am, WASHINGTON, DC 20022**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

 **POSTAL INSPECTORS**
**Preserving the Trust**

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

