UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD<br>5143 Yuma Street, N.W.<br>Washington, D.C. 20016<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES H. BILLINGTON<br>Librarian of Congress<br>101 Independence Avenue<br>Washington, D.C. 20540<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1790 (RMU)<br>) Electronic Case Filing |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

Annette L. Dennis
Paralegal Assistant