UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD,           )<br>                                                   )<br>            Plaintiff,                    )<br>                                                   )<br>    v.                                          )<br>                                                   )<br>JAMES H. BILLINGTON,    )<br>Librarian of Congress,            )<br>                                                   )<br>            Defendant.               )<br>_____) | Civil Action No. 05-1790 (RMU)<br>Electronic Case Filing |

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME

    The defendant, James H. Billington, Librarian of Congress, by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint by approximately one month. Specifically, the defendant requests that the deadline for responding to this complaint be extended from November 15, 2005 to December 15, 2005.  This is the defendant's first request for an extension to respond to the Complaint in this matter.  Plaintiff, through her counsel, graciously consents to the relief being sought in this motion.  The grounds for this motion are set forth below.

    This case involves allegations and claims arising out of plaintiff's employment by the Library of Congress.  Plaintiff began her employment in 1969, and since May, 1998, she has been serving as the Chief of the Arts and Sciences Cataloging Division at the GS-15 level.  Complaint, ¶¶ 8-9.  In 2002, plaintiff was assigned for four month as the Acting Director for Cataloging and paid on the Senior Level pay plan in excess of her usual salary.  Id. ¶¶ 11, 15.  Plaintiff alleges that during that time she was paid less than a male who had previously occupied the Acting

Director position. Id. ¶ 14. In 2004, the Library made two similar temporary appointments of plaintiff to the same position. Id. ¶15. Plaintiff again alleges that she was"paid well below the rate of her male predecessor and other male employees who performed similar duties." Id. ¶ 16. Plaintiff also alleges that she has been underpaid in her position as the Chief of the Arts and Sciences Cataloging Division. Id. ¶ 19.

This is not a typical employment discrimination case. In April 2005, plaintiff filed an action against the United States in the Court of Federal Claims under the Equal Pay Act, 29 U.S.C. § 215(a)(3), Civil Action No. 05-472C, and she includes a request in her Complaint in this Court for a declaration that defendant has violated the Equal Pay Act. Complaint, Prayer for Relief, ¶ 6. Undersigned counsel has been provided with a significant amount of information from the discovery produced by the government in the litigation pending in the Court of Federal Claims but has not yet had sufficient time to review that information thoroughly and to consider carefully the implications raised by the parallel case. In July, 2005, the Library moved for summary judgment in the Court of Federal Claims case. Plaintiff has extended her opposition to that date multiple times, and her current deadline is in mid-December. As a result, the Library's motion is not yet ripe for disposition.

This case is one of a large number of active matters currently assigned to the AUSA handling this case, including one assigned pursuant to a directive of the Deputy Attorney General that other components of the Department of Justice provide assistance in alleviating the backlog of immigration matters in the United States Court of Appeals for the Second Circuit. The brief in that case was filed on November 3, 2005, and unexpectedly consumed a significant amount of counsel's time during which time for responding in this case has been running. In addition, between the filing of this motion and the proposed new deadline for the response in this case,

undersigned counsel has a number of other large projects which must be completed for this Court and the D.C. Circuit in cases which have been pending for some time.  In addition, undersigned counsel with primary responsibility for this matter is scheduled to be out of the office for several days on both previously scheduled annual leave (November 9-10) and training (three and one-half days at the end of November).

This extension is sought in good faith and will not unfairly prejudice any party or significantly delay the Court's resolution of this matter.  Coordinating the defenses between the two cases brought by plaintiff arising out of the same facts in two different courts will ultimately streamline this case.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and December 15, 2005.  A draft order consistent with the relief sought herein is attached.

Dated: November 8, 2005.

Respectfully submitted,

/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

 /s/_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

  /s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161