UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDITH A. MANSFIELD,**  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> **JAMES H. BILLINGTON,**  ) <br> Librarian of Congress,  ) <br> ) <br> Defendant.  ) <br> _____ ) | Civil Action No. 05-1790 (RMU) <br> Electronic Case Filing |

## ORDER

UPON CONSIDERATION of defendant's first consent motion for enlargement of time to file a response to the complaint in this matter and the entire record in this case, the Court finds that good cause exists for the requested enlargement.  Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and defendant shall have through and including December 15, 2005 to respond to the complaint.


_____                              _____
Date                                                               RICARDO M. URBINA
                                                                         United States District Judge



Copy Through ECF to Counsel of Record