UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD,        ) | |
| )                           | |
| Plaintiff,                  ) | |
| )                           | |
| v.                          ) | Civil Action No. 05-1790 (RMU) |
| )                           | Electronic Case Filing |
| JAMES H. BILLINGTON,        ) | |
| Librarian of Congress,      ) | |
| )                           | |
| Defendant.                  ) | |
| )                           | |

### DEFENDANT'S STATEMENT OF FACTS NOT IN GENUINE DISPUTE

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Local Rule 7(h), Defendant respectfully submits this statement of material facts as to which he contends there is no genuine dispute.

### BACKGROUND

1.  Plaintiff Judith A. Mansfield is currently employed by the Library of Congress. Complaint, ¶¶ 1, 8-9.  She has worked for the Library since 1969.  Id. ¶ 1.

2.  Since 1998, plaintiff has occupied a position as the GS-15 Chief of the Arts and Sciences Cataloging Division within the Cataloging directorate of Library Services.  Id. ¶ 9.

### PLAINTIFF'S ADMINISTRATIVE AND OTHER COMPLAINTS

3.  On March 15, 2003, plaintiff delivered a letter to the Librarian of Congress expressing her belief that the Library was violating Title VII of the Civil Rights Act of 1964 and the Equal Pay Act by paying her less than her two male colleagues.  Complaint, ¶ 25; Exhibit 4.

4. On April 14, 2005, plaintiff filed a complaint in the United States Court of Federal Claims alleging that the Library was in violation of the Equal Pay Act, 29 U.S.C. § 206(d). See Exhibit 1.

5. On April 18, 2005, plaintiff filed a compliant with the Library's Equal Employment Opportunity Complaints Office alleging that she was the victim of sex discrimination and unlawful retaliation. Complaint, ¶ 4; Exhibit 5.

6. Plaintiff does not allege that she filed any other EEO complaints.

## PLAINTIFF'S POSITION AND PAY

7. The only change to plaintiff's pay in 2005 was an **increase**. See Declaration of Dennis M. Hanratty, ¶ 13.

8. When the Library altered plaintiff's position as an Assistant Director on or about March 31, 2005, the change also affected two male colleagues of plaintiff who held the same position and whom plaintiff has not alleged ever filed any complaints of discrimination. Complaint, ¶¶ 24, 26.

Dated: December 15, 2005.

Respectfully submitted,

/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


/s/_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

                                      /s/_____
                                      JANE M. LYONS, D.C. Bar #451737
                                      Assistant United States Attorney
                                      555 4th Street, N.W. - Room E4822
                                      Washington, D.C. 20530
                                      (202) 514-7161

OF COUNSEL:
Evelio Rubiella, Assistant General Counsel
Library of Congress