IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-1790 (RMU) |
| | ) |
| JAMES H. BILLINGTON, | ) |
| LIBRARIAN OF CONGRESS, | ) |
| | ) |
| Defendant. | ) |

### Declaration of Dennis M. Hanratty

I, Dennis M. Hanratty, make the following declaration pursuant to the authority of 28 U.S.C. §1746. I am aware that this declaration may be filed in the United States District Court for the District of Columbia and that a declaration is the legal equivalent of a statement under oath.

1. I am currently the Director of Human Resources Services ("HRS") at the Library of Congress ("Library"). The Library is a legislative branch agency. I have worked at the Library since April 18, 1983. My current pay grade is Senior Level. I hold Bachelor's, Master's, and Ph.D. degrees.

2. My duties in HRS involve management of the Library's human resources services organization.

3. I have been asked by the Library's General Counsel's Office to review Ms. Mansfield's pay for the period from January 1, 2002 to the present and to summarize my findings regarding any pay increases or loss of pay during the foregoing time period involving Ms. Mansfield. Exhibit A constitutes all pay adjustments or changes to Ms.

1

GOVERNMENT EXHIBIT 2

Mansfield's pay during the period from January 1, 2002 to the present time. The information in Exhibit A was extracted from the records of the National Finance Center, which is the Library's payroll provider.

4. Exhibit A shows that--starting from the bottom of the exhibit--the first entry or adjustment to Ms. Mansfield's pay for the relevant time period was on January 13, 2002 when a pay adjustment, which usually takes place at the beginning of every calendar year, set Ms. Mansfield's basic pay at $93,592. A locality pay adjustment (for the D.C. area) further increased Ms. Mansfield's total pay to $104,336. At the time, Ms. Mansfield's pay grade in her permanent position was GS-15, Step 5. The amount of pay that Ms. Mansfield was receiving at the time in her permanent position was commensurate with that of any other GS-15, Step 5, federal government employee in the Washington, D.C. area who is paid under the General Schedule.

5. Exhibit A shows that the next adjustment to Ms. Mansfield's pay took place on September 22, 2002 when she was temporarily promoted from her permanent GS-15 position, for a period not-to-exceed (NTE) 120 days, to the Senior Level pay system. The Senior Level pay system is similar to the Senior Executive System pay system in the Executive Branch of the federal government. Temporary promotions to the Senior Level pay system are limited by Library regulation to 120 days during any calendar year. Once an employee is recommended for temporary promotion to Senior Level, the Library's Director of Human Resources Services recommends and the Deputy Librarian determines the rate of pay that the employee will receive while temporarily promoted to Senior

Level. As a result of her temporary promotion, Ms. Mansfield's basic pay increased to $99,096. A locality pay adjustment increased Ms. Mansfield's total pay to $110,472.00.

6. As reflected in Exhibit A, on January 12, 2003, the usual pay adjustment that takes place at the beginning of every calendar year increased Ms. Mansfield's basic pay, during the period of her temporary promotion, to $102,168. A locality pay adjustment further increased Ms. Mansfield's total pay, during this period of temporary promotion, to $115,184.

7. As reflected in Exhibit A, Ms. Mansfield's temporary promotion ended on January 20, 2003 and her pay reverted to that of her permanent GS-15, Step 5, pay grade. The amount of pay that Ms. Mansfield was receiving after she was returned to her permanent pay grade (at the conclusion of her temporary promotion on January 20, 2003) was commensurate with that of any other GS-15, Step 5, federal government employee in the Washington, D.C. area who is paid under the General Schedule.

8. Exhibit A next shows that Ms. Mansfield received a Within-Grade-Increase of pay on May 18, 2003. As a result, Ms. Mansfield went from being a GS-15, Step 5, to a GS-15, Step 6 and her basic pay increased to $99,330. A locality pay adjustment further increased Ms. Mansfield's total pay to $111,985. The amount of pay that Ms. Mansfield was receiving at the time was commensurate with that of any other GS-15, Step 6, federal government employee in the Washington, D.C. area who is paid under the General Schedule.

9. Exhibit A next shows that Ms. Mansfield received a Quality-Step-Increase (QSI) on August 24, 2003. As a result of the QSI, Ms. Mansfield went from being a GS-

3

15, Step 6, to a GS-15, Step 7 and her basic pay increased to $102,168. A locality pay adjustment further increased Ms. Mansfield's total pay to $115,184. The amount of pay that Ms. Mansfield was receiving at the time was commensurate with that of any other GS-15, Step 7, federal government employee in the Washington, D.C. area who is paid under the General Schedule.

10. Exhibit A shows that the next pay adjustment to Ms. Mansfield's pay took place on January 11, 2004, when a pay adjustment, which usually takes place at the beginning of every calendar year, increased Ms. Mansfield's basic pay to $104,929. A locality pay adjustment further increased Ms. Mansfield's total pay to $120,280. At the time, Ms. Mansfield was a GS-15, Step 7. The amount of pay that Ms. Mansfield was receiving at the time was commensurate with that of any other GS-15, Step 7, federal government employee in the Washington, D.C. area who is paid under the General Schedule.

11. Exhibit A next shows that Ms. Mansfield was again temporarily promoted for a period NTE 120 days to the Senior Level pay system on February 8, 2004. As a result, Ms. Mansfield's basic pay increased to $112,368. A locality pay adjustment further increased Ms. Mansfield's total pay to $128,807.

12. The next entry in Exhibit A shows that Ms. Mansfield's temporary promotion ended on June 9, 2004. As a result, Ms. Mansfield's pay reverted to that of her permanent GS-15, Step 7, pay grade. The amount of pay that Ms. Mansfield was receiving after she was returned to her permanent pay grade (at the conclusion of her second temporary promotion on June 9, 2004) was commensurate with that of any other

4

GS-15, Step 7, federal government employee in the Washington, D.C. area who is paid under the General Schedule.

13. The final entry in Exhibit A (at the top of the document) shows that the last pay adjustment to Ms. Mansfield's pay took place on January 9, 2005, when a pay adjustment, which usually takes place at the beginning of every calendar year, increased Ms. Mansfield's basic pay to $107,553. A locality pay adjustment further increased Ms. Mansfield's total pay to $124,740. At the time, Ms. Mansfield was still a GS-15, Step 7. The amount of pay that Ms. Mansfield was receiving at the time was commensurate with that of any other GS-15, Step 7, federal government employee in the Washington, D.C. area who is paid under the General Schedule.

14. Nothing in Ms. Mansfield's pay history (as reflected in Exhibit A) for the period from January 1, 2002 to the present shows that--except for the reversion to lower pay resulting from her being returned to her permanent pay grade after the end of her two temporary promotion periods--Ms. Mansfield has lost or suffered any type of diminution in pay at any time since January 1, 2002.

I swear under penalty of perjury that the foregoing is a true and accurate statement.

_____
Dennis M. Hanratty

Judith Mansfield                                                                EXHIBIT A

| | | |
|---|---|---|
| PAY ADJ<br>   ADMINISTRATIVE LIBRARIAN | AE 40 01 0013 00 00 00 00<br>       010301   00002847<br>107553.00      124740.00 | 01-09-05<br>GS-1410-15-07 |
| CHG TO LOWER GRADE<br>   ADMINISTRATIVE LIBRARIAN | AE 40 01 0013 00 00 00 00<br>       010301   00002847<br>104929.00      120280.00 | 06-09-04<br>GS-1410-15-07 |
| PROMOTION NTE<br>   ADMINISTRATIVE LIBRARIAN | AE 40 01 0000 00 00 00 00<br>       010660   00002847<br>112368.00      128807.00 | 02-08-04<br>SL-1410-00-00 |
| PAY ADJ<br>   ADMINISTRATIVE LIBRARIAN | AE 40 01 0013 00 00 00 00<br>       010301   00002847<br>104929.00      120280.00 | 01-11-04<br>GS-1410-15-07 |
| QUALITY INCREASE<br>   ADMINISTRATIVE LIBRARIAN | AE 40 01 0013 00 00 00 00<br>       010301   00002847<br>102168.00      115184.00 | 08-24-03<br>GS-1410-15-07 |
| WITHIN-GRADE INC<br>   ADMINISTRATIVE LIBRARIAN | AE 40 01 0013 00 00 00 00<br>       010301   00002847<br>99330.00      111985.00 | 05-18-03<br>GS-1410-15-06 |
| CHG TO LOWER GRADE<br>   ADMINISTRATIVE LIBRARIAN | AE 40 01 0013 00 00 00 00<br>       010301   00002847<br>96492.00      108785.00 | 01-20-03<br>GS-1410-15-05 |
| PAY ADJ<br>   ADMINISTRATIVE LIBRARIAN | AE 40 01 0000 00 00 00 00<br>       010660   00002847<br>102168.00      115184.00 | 01-12-03<br>SL-1410-00 00 |
| PROMOTION NTE<br>   ADMINISTRATIVE LIBRARIAN | AE 40 01 0000 00 00 00 00<br>       010660   00002847<br>99096.00      110472.00 | 09-22-02<br>SL-1410-00-00 |
| PAY ADJ<br>   ADMINISTRATIVE LIBRARIAN | AE 40 01 0013 00 00 00 00<br>       010301   00002847<br>93592.00      104336.00 | 01-13-02<br>GS-1410-15-05 |