
FILE COPY

## THE LIBRARY OF CONGRESS
WASHINGTON D.C. 20540

EQUAL EMPLOYMENT OPPORTUNITY
COMPLAINTS OFFICE

May 27, 2005

The Equal Employment Opportunity Complaints Office (EEOCO) has been informed by the Office of General Counsel (OGC) that you have filed a civil action against the Library of Congress (LOC) in the United States Court of Federal Claims (Civil Action No. 05-472C) encompassing the same identical issues raised in EEO Case No. 05-70 wherein you have alleged that you were discriminated against on the basis of your sex (female) and reprisal, when you were denied Equal Pay as compared to male employee who are performing similar duties.

Case precedent mandates dismissal of the EEO complaint under these circumstances so as to prevent a complainant from simultaneously pursuing both administrative and judicial remedies on the same matters, wasting resources, and creating the potential for inconsistent or conflicting decisions, and in order to grant due deference to the authority of the federal district court. The filing of a civil action under under the Library's regulations shall terminate the administrative processing of an Equal Employment Opportunity (EEO) complaint. After a review of the information provided to us by the OGC, we have determined that because you have filed a civil action, our office no longer has jurisdiction to process your EEO complaint. Therefore, we are administratively closing our case files regarding your discrimination complaint (Case No. 05-70). No further action will be taken in your case.

No person shall be subjected to reprisal or harassment because he or she filed a discrimination complaint; participated in or contributed to the identification, investigation, prosecution, or resolution of EEO violations in or by the Library of Congress or otherwise aided or supported the enforcement of Federal civil rights laws, rules, regulations, or policies.

This is a Final Agency Decision regarding this complaint. Should you have any questions regarding this case closure, please do not hesitate to contact me at area code (202) 707-6024.

Sincerely,

Dr. Ricardo H. Grijalva
Chief, EEO Complaints Office
Office of Workforce Diversity
Library of Congress

GOVERNMENT EXHIBIT 3

2

Judith A. Mansfield
5143 Yuma Street, N.W.
Washington, D.C. 20016

Mr. Bruce Fredrickson
Attorney at Law
1775 K. Street, N.W., Suite 600
Washington, D.C. 20006

Forwarded via Regular and Registered Mail on May 27, 2005; Return Receipt Requested

# THE LIBRARY OF CONGRESS
WASHINGTON D.C. 20540

EQUAL EMPLOYMENT OPPORTUNITY
COMPLAINTS OFFICE

June 14, 2005

Subject: Request for Reconsideration
Judith A. Mansfield
EEO Case No. 05-70

Dear Mr. Fredrickson:

I am in receipt of your Request for Reconsideration dated June 2, 2005 appealing the cancellation of the above-referenced EEO Complaint (EEO Case No. 05-70) filed by your client, Ms. Judith A. Mansfield. This letter will serve as my response to your request concerning my decision to cancel Ms. Mansfield's complaint.

I have reviewed all the information provided by you to make the appropriate determination in your request. A complete review of these documents does not provide any additional information to reopen this matter. Your objections in your request are well taken, however, I do not find your position compelling after reviewing all the information that you provided. As previously indicated, case precedent mandates dismissal of EEO complaints so as to prevent a complainant from simultaneously pursuing both administrative and judicial remedies on the same matters, wasting resources, and creating the potential for inconsistent or conflicting decisions, and in order to grant due deference to the authority of the federal district court.

In Michelle M. Behm v. Norman Y. Mineta, Secretary, Department of Transportation, Appeal No. 01A04827, Agency No. 4-00-4041, the administrative complaint filed under Title VII of the Civil Rights Act of 1964 and the Equal Pay Act was dismissed because she filed a civil action in the United States Court of Federal Claims that included the same issues raised in the her administrative complaint filed with the Department of Transportation. (See Allison, et al. v. Department of Veterans Affairs, EEOC Appeal No. 01972160, et al. (Sept. 3, 1999).

Accordingly, the agency's decision canceling EEO Case No. 05-70 because the claim was the basis of a pending civil action in the United States Court of Federal Claims will remain unchanged. In conclusion, I do not find your request for reconsideration warranted. Therefore, it is herewith denied.

No person shall be subjected to reprisal or harassment because he or she filed a discrimination complaint; participated in or contributed to the identification, investigation, prosecution, or resolution of EEO violations in or by the Library of

2

Congress or otherwise aided or supported the enforcement of Federal civil rights laws, rules, regulations, or policies.

### APPEAL RIGHTS

Be advised that this is the final agency decision regarding this complaint. Should you be dissatisfied with this decision, you have the right to file a civil action in the appropriate U.S. District Court within 90 days of receipt of this letter. Should you file a civil action and are not represented by an attorney but wish to be, you may apply to the U.S. District Court where the civil action is filed. The Court may appoint an attorney in such circumstances as the Court deems just pursuant to law (42 U.S.C. § S2000e-5(f)(1)).

Should you have any questions regarding this case decision, please do not hesitate to contact me at area code (202) 707-6024.

Sincerely,

Dr. Ricardo H. Grijalva
Chief, EEO Complaints Office
Office of Workforce Diversity
Library of Congress

Judith A. Mansfield
5143 Yuma Street, N.W.
Washington, D.C. 20016

Mr. Bruce Fredrickson
Attorney at Law
1775 K. Street, N.W., Suite 600
Washington, D.C. 20006

Forwarded via Regular and Registered Mail on June 14, 2005; Return Receipt Requested