**Library of Congress - Equal Employment Opportunity Complaints Office**
**ALLEGATION OF DISCRIMINATION**
Pursuant to LCR 2010-3.1, Section 4, Precomplaint Procedures
(Because of Race, Color, Religion, Sex, National Origin, Age,
Physical or Mental Disability, Sexual Harassment, and/or Reprisal)

**FILE COPY**

1. Full Name: Judith Anne Mansfield

2. Telephone Numbers (including area code)
   Home: 202-966-1497   Work: 202-707-2244

3. Position Title: Chief, Arts + Sciences Cataloging Div.
4. Grade: GS15
5. Service Unit: LS
6. Division: ASCD
7. Section: —

8. Indicate below basis of alleged discrimination
   - [ ] A. Race. State your race
   - [ ] B. Color. State your color
   - [ ] C. Religion. State your religion
   - [x] D. Sex. State your sex
   - [ ] E. National Origin. State your national origin
   - [ ] F. Age. State your age, and date of birth
   - [ ] G. Physical or Mental Disability. State the nature of your disability
   - [ ] H. Sexual Harassment. State your sex
   - [x] I. Reprisal. Explain connection with the EEO process

   When I submitted letter (attached), the Library's response was to deny my request and to abolish my position as Assistant Director for Bibliographic Access.

9. Name(s) and Title(s) of Person(s) you believe discriminated against you:
   Deanna Marcum, Associate Librarian for Library Services

10. Name of Office in which alleged discrimination took place:
    Library Services

11. Date on which alleged discrimination took place (Month/Day/Year):
    March 31, 2005

12. Do you have a Representative?
    [x] Yes (Answer A, B, C, and D)   [ ] No (Continue with Question 13)

    A. Name of Representative: Bruce Fredrickson
    B. Telephone Number of Representative (include area code): 202-659-8510
    C. Address of Representative: 1775 K Street, NW Suite 600 Wash
    D. City, State, Zip Code: Washington, DC 20006

**RECEIVED**
APR 1 8 2005
Equal Employment Opportunity
Complaints Office

#148
05-70

GOVERNMENT EXHIBIT 5

505 (2001/04)
Continued on Verso
Page 1 of 2 pages

**13. Nature of Allegation.** State the facts underlying the allegations as it affects you.

1) From Sept. 2002 to July 2004, I served as Acting Director for Cataloging, a Senior Level position, on detail from my permanent position as Chief, Arts and Sciences Cataloging Division (ASCD).

2) In April 2003, the Library's contract classification specialist recommended that the ASCD Chief position be classified at the Senior Level. As ASCD Chief, I have substantially the same duties and responsibilities as male division chiefs classified at the Senior Level.

3) Since August 2004, I am assigned to collateral duties as Assistant Director for Bibliographic Access along with my position as ASCD Chief. There are two other male Assistant Directors in Library Services, both of whom occupy positions which are classified at the Senior Level. I directly supervise a Senior Level male employee.

4) The Library's records will show that my performance has been consistently rated as outstanding.

See attachment. My pay is lower than that of employees of the opposite sex, while performance of my work requires skill, effort, and responsibility that is equal to that of Senior Level employees of the opposite sex...

**14. What corrective action(s) are you seeking?**

Retroactive promotion
Back pay

**15. Have you raised this issue in another forum?** No.

☐ Dispute Resolution Center. Name of Convenor: _____
☐ Grievance

**16. Date of this allegation (Month/Day/Year)** 4/18/05

**17. Signature** Judith A. Mansfield

Allegation of Discrimination                            Page 2 of 2 pages

5143 Yuma Street, NW
Washington, DC  20016
March 15, 2005

The Honorable James H. Billington           **By hand**
The Librarian of Congress

Dear Dr. Billington:

I am writing because my informal efforts to resolve a matter of grave importance to me have failed. I have been performing work at the Senior Level for two years, yet my position remains classified at GS15.

- From September 2002 to July 2004, I served as Acting Director for Cataloging, a Senior Level position, on detail from my permanent position as Chief, Arts and Sciences Cataloging Division (ASCD).
- In April 2003, the Library's contract classification specialist recommended that the ASCD Chief position be classified at the Senior Level. As ASCD Chief, I have substantially the same duties and responsibilities as male division chiefs classified at the Senior Level.
- Since August 2004, I am assigned to collateral duties as Assistant Director for Bibliographic Access along with my position as ASCD Chief. There are two other male Assistant Directors in Library Services, both of whom occupy positions which are classified at the Senior Level. I directly supervise a Senior Level male employee.
- The Library's records will show that my performance has been consistently rated as outstanding.

My compensation at a lower grade for Senior Level work is clearly unfair and illegal. My pay is lower than that of employees of the opposite sex, while performance of my work requires skill, effort, and responsibility that is equal to that of Senior Level employees of the opposite sex, working under similar conditions in the same establishment. This is a continuing violation of the Equal Pay Act of 1963, as well as a violation of Title VII of the Civil Rights Act of 1964. I have suffered significant monetary damage as a result of the failure of the Library to remedy this situation.

As a member of Library management, I have no desire to see any adverse publicity fall on the Library. I want this matter to remain a private personnel matter and I want to negotiate a satisfactory resolution as expeditiously as possible. However, if I do not receive a response within 10 business days, I will assume there is no interest in resolving this matter privately. I look forward to hearing from you.

Sincerely,

Judith A. Mansfield