UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON, )<br>LIBRARIAN OF CONGRESS, )<br>)<br>  Defendant. )<br>) | Civil Action No. 05-1790 (RMU)<br>Judge Ricardo M. Urbina |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

THE CLERK OF THE COURT will please enter the appearance of Rosy L. Lor as counsel for Plaintiff Judith A. Mansfield. Ms. Lor is a member in good standing of the Bar of this Court.

Respectfully submitted,

WEBSTER, FREDRICKSON & BRACKSHAW

_____/s/_____
Rosy L. Lor  #494549
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2005, a copy of the foregoing Notice of Appearance of Counsel for Plaintiff was sent by first class mail, postage prepaid, and transmitted electronically to:

Jane M. Lyons, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Room E4822
Washington, D.C. 20530

                                              /s/
                                    Rosy L. Lor  #494549
                                    1775 K Street, N.W.
                                    Suite 600
                                    Washington, D.C. 20006
                                    (202) 659-8510