UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON, )<br>LIBRARIAN OF CONGRESS, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1790 (RMU)<br>Judge Ricardo M. Urbina |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Comes now Plaintiff Judith A. Mansfield, by and through her attorneys, and hereby moves this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time up to and including January 25, 2006 to file an opposition to Defendant's Motion to Dismiss or for Summary Judgment. Defendant has consented to the relief sought herein. The grounds for Plaintiff's Motion are as follows:

1.    On December 15, 2005, Defendant filed its Motion to Dismiss or for Summary Judgment, to which a response is due December 26, 2005.

2.    Given the complexity of the issues in this case and the intervening holidays, there is good cause for an extension of time to file Plaintiff's opposition.

3.    Counsel for Defendant has consented to the requested extension up to and including January 25, 2006.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant an extension of time to file Plaintiff's opposition to Defendant's Motion to Dismiss or for Summary Judgment, up to an including January 25, 2006. A Proposed Order is attached hereto.

Respectfully submitted,

WEBSTER, FREDRICKSON & BRACKSHAW

_____/s/_____
Bruce A. Fredrickson #933044
Cedar P. Carlton # 480255
Rosy L. Lor #494549
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510
(202) 659-4082 (fax)

Attorneys for Plaintiff Mansfield

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2005, a copy of the foregoing Consent Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss or for Summary Judgment, with Proposed Order, was served by first class mail, postage pre-paid, and transmitted electronically to:

Jane M. Lyons, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Room E4822
Washington, D.C. 20530

                                                                           /s/
                                          Rosy L. Lor  #494549
                                          1775 K Street, N.W.
                                          Suite 600
                                          Washington, D.C. 20006
                                          (202) 659-8510

                                          Attorney for Plaintiff Mansfield