## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 05-1790 (RMU) |
| | )     Judge Ricardo M. Urbina |
| JAMES H. BILLINGTON, | ) |
| LIBRARIAN OF CONGRESS, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss or for Summary Judgment, and the entire record herein, and there being good cause shown, it is hereby

**ORDERED** that Plaintiff's Consent Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss or for Summary Judgment, is hereby, **GRANTED**; and it is further

**ORDERED** that Plaintiff Mansfield shall have up to and including January 25, 2006 to file any Opposition to Defendant's Motion to Dismiss or for Summary Judgment.

SO ORDERED, this _____ day of _____, 2005

_____
Ricardo M. Urbina
United States District Court Judge

Copies to:

     Bruce A. Fredrickson, Esq.
     Cedar P. Carlton, Esq.
     Rosy L. Lor, Esq.
     Webster, Fredrickson & Brackshaw
     1775 K Street, N.W.
     Suite 600
     Washington, D.C.  20006

     Jane M. Lyons, Esq.
     Assistant United States Attorney
     555 4th Street, N.W.
     Room E4822
     Washington, D.C. 20530