UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1790 (RMU) |
| ) | Judge Ricardo M. Urbina |
| JAMES H. BILLINGTON, ) | |
| LIBRARIAN OF CONGRESS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss or for Summary Judgment, the Plaintiff's Opposition thereto, and the entire record herein, it is this ____ day of _____, 2006,

ORDERED that the Defendant's motion shall be, and the same hereby is, DENIED in its entirety.

_____        _____
Date                                                                 The Honorable Ricardo M. Urbina