UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
JUDITH A. MANSFIELD               )
                                  )
        Plaintiff,                )
                                  )
    v.                            )     Civil Action No. 05-1790 (RMU)
                                  )     Judge Ricardo M. Urbina
JAMES H. BILLINGTON,              )
LIBRARIAN OF CONGRESS,            )
                                  )
        Defendant.                )
_____)

**PLAINTIFF'S LIST OF EXHIBITS**

1.  Organizational Chart for Library Services unit

2.  Notification of Personnel Action, May 1, 2005 (Mark G. Dimunation)

3.  Notification of Personnel Action, January 9, 2005 (Steven J. Herman)

4.  Performance Plan, Progress, and Appraisal Record 2004 (Judith Mansfield)

5.  Performance Plan, Progress, and Appraisal Record 1998 (Judith Mansfield)

6.  Allegation of Discrimination, filed by Judith Mansfield, April 18, 2005

7.  Letter from Dr. Ricardo H. Grijalva, Library of Congress Equal Employment Opportunity Complaints Office, to Judith Mansfield, May 27, 2005

8.  Letter from Bruce A. Fredrickson, Esq., to Dr. Ricardo H. Grijalva, June 2, 1005

9.  Letter from Dr. Ricardo H. Grijalva to Bruce A. Fredrickson, Esq., June 14, 1005

10. Affidavit of Judith A. Mansfield