# Exhibit 1

# Organizational Chart
# Library Services Unit

# Library Services

**Associate Librarian for Library Services**
Deanna Marcum

**Deputy Associate Librarian for Library Services**
Robert Dizard, Jr.

Administrative Services
National Audio-Visual Conservation Center
American Folklife Center

## Acquisitions & Bibliographic Access
Beacher Wiggins, Director

**Acquisitions**
**Assistant Director**
Beacher Wiggins, Acting

- Acquisitions Fiscal Office
- African/Asian Acquisitions & Overseas Operations Division
- Anglo-American Acquisitions Division
- European and Latin American Acquisitions Division
- Serial Record Division

**Bibliographic Access**
**Judy Mansfield, Assistant Director**

- Arts & Sciences Cataloging Division
- Cataloging Distribution Service
- Cataloging in Publication Division
- Cataloging Policy & Support Office
- Decimal Classification Division
- History & Literature Cataloging Division
- Regional & Cooperative Cataloging Division
- Social Sciences Cataloging Division
- Special Materials Cataloging Division

Instructional Design & Training Division

## Collections & Services
Carolyn Brown, Director

**General Collections & Services**

- Asian Division
- African and Middle Eastern Division
- European Division
- Federal Research Division
- Hispanic Division
- Humanities & Social Sciences Division

**Collections Management**
**Steve Herman, Assistant Director**

- Baseline Inventory Program
- Collections Access, Loan & Management Division
- Digital Reference Team
- Photoduplication Service

**Special Collections & Services**
**Mark Dimunation, Assistant Director**

- Children's Literature Center
- Geography & Map Division
- Manuscript Division
- Motion Picture, Broadcasting and Recorded Sound Division
- Music Division
- Prints & Photographs Division
- Rare Book and Special Collections Division
- Science, Technology & Business Division
- Serial & Government Publications Division

## Partnerships & Outreach Programs
Deanna Marcum, Acting Director

- Business Enterprises
- Center for the Book
- Federal Library and Information Center Committee
- Interpretive Programs Office
- National Library Service for the Blind & Physically Handicapped
- Office of Scholarly Programs
- Publishing Office
- Retail Marketing Office
- Veterans History Project
- Visitor Services Office

## Preservation
Dianne van der Reyden, Acting Director

- Binding & Collections Care Division
- Conservation Division
- Preservation Reformatting Division
- Preservation Research & Testing Division
- Mass Deacidification Program
- National Digital Newspaper/ US Newspaper Program

## Technology Policy
Henry Rossman, Acting Director

- Automation Planning & Liaison Office
- ILS Program Office
- Network Development & MARC Standards Office

July 2004



**PLAINTIFF'S EXHIBIT 1**