# Exhibit 2

# Notification of Personnel Action
# May 1, 2005
# (Mark G. Dimunation)

Standard Form 50-B
Rev. 7/91
U.S.Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

Exception to SF 5
approved by GSA/IRMS 2

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| DIMUNATION, MARK G | | | 05/01/05 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 894 | PAY ADJ | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZLM | AGCY CITE | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | ADMINISTRATIVE LIBRARIAN |
| | CHIEF, RARE BOOK & SPEC COLL |
| | 00003103    010661 |

| 8. Pay Plan | 9. Occ Code | 10.Grade/Level | 11.Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18.Grade/Level | 19.Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | SL | 1410 | 00 | 00 | 149,200.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | 139,652.00 | 9,548.00 | 149,200.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | LIBRARY OF CONGRESS |
| | LIBRARY SERVICES |
| | OFF OF DIR PUBLIC SVCS COLLECT |
| | RARE BOOK & SPEC COLL DIV |
| | LC AE4006001300000000    PP 09 2005 |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 | 1 – None  3 – 10 Point/Disability  5 – 10 Point/Other<br>2 – 5 Point,  4 – 10 Point/Compensable  6 – 10 Point/Compensable/30% | 0 | 0 – None  2 – Conditional<br>1 – Permanent  3 – Indefinite | COND | YES ☐  NO ☐ |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 03/30/98 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 | 1 – Competitive Service  3 – SES General<br>2 – Excepted Service  4 – SES Career Reserved | E  E – Exempt<br>N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | 00/00/00 | 03/30/98 | | |

45. Remarks

PLAINTIFF'S
EXHIBIT
2

001028

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| LIBRARY OF CONGRESS | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | TERESA M. SMITH |
| LC AE | 0103 | 05/10/05 | DIRECTOR FOR HUMAN RESOURCES |

1-Part    50-315

2  – OPF Copy – Long-Term Record – DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237