# Exhibit 3

# Notification of Personnel Action
# January 9, 2005
# (Steven J. Herman)

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

Exception to SF 5 approved by GSA/IRMS 2

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HERMAN, STEVEN J | [redacted] | [redacted] | 01/09/05 |

**FIRST ACTION** | **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 894 | PAY ADJ | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZLM | LOC LTR DTD 1/4/05 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | ADMINSTRATIVE LIBRARIAN<br>CHIEF COLLECTION MANAGEMENT DIVISION<br>00003999   012713 |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Ba |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 145,600.00 | PA | SL | 1410 | 00 | 00 | 149,200.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 136,900.00 | 8,700.00 | 145,600.00 | .00 | 140,300.00 | 8,900.00 | 149,200.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | LIBRARY OF CONGRESS<br>LIBRARY SERVICES<br>OFF OF DIR PUBLIC SVCS COLLECT<br>COLL ACCESS LOAN&MGMT DIV(CALM<br><br>LC AE4006001600000000   PP 01 2005 |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other<br>2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 0  0-None  2-Conditional<br>1-Permanent  3-Indefinite | PERM | YES ☐ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| 90  BASIC-3X ADDITIONAL | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CS | 12/24/73 | F  FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1-Competitive Service  3-SES General<br>2-Excepted Service  4-SES Career Reserved | E  E-Exempt<br>N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | 00/00/00 | 12/24/73 | | |

45. Remarks

FEDERAL PAY INCREASE DUE TO E.O. 13368 SIGNED 12/30/04.
SALARY INCLUDES A GENERAL INCREASE OF 2.5% ROUNDED AND A LOCALITY
PAYMENT (OR OTHER GEOGRAPHIC ADJUSTMENT) APPLICABLE IN THIS AREA.

PLAINTIFF'S EXHIBIT 3

001002

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| LIBRARY OF CONGRESS | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | TERESA A. SMITH |
| LC AE | 0103 | 12/30/04 | DIRECTOR FOR HUMAN RESOURCES |

3-Part  50-315

Editions Prior to 7/91 Are Not Usable After 6/30/9:
NSN 7540-01-333-623:

2  - OPF Copy - Long-Term Record - DO NOT DESTROY