# Exhibit 4

# Performance Plan, Progress, and Appraisal Record 2004
# (Judith Mansfield)

Library of Congress
Performance Plan, Progress, and Appraisal Record 2004
SUPERVISORS: GS-15 AND BELOW

## 2004 ACCOMPLISHMENTS

**NAME:** Judy Mansfield                                                                **DATE:** February 11, 2005
**POSITION TITLE:** Assistant Director for Bibliographic Access
**SERVICE UNIT/DIVISION:** Library Services          **SUPERVISOR:** Deanna Marcum/Beacher Wiggins

**Critical Element 1:  MISSION EFFECTIVENESS**

**Objectives:**

1. To oversee the provision of appropriate and quality bibliographic and inventory data for analog and digital content to the Library of Congress and the Nation's libraries. **(Chiefs, team leaders)**

2. To oversee the achievement of production goals, in order to improve cataloging currency. **(Chiefs, team leaders)**

3. To provide national and international leadership in the development and promotion of cataloging policy, practice, standards, and programs. **(Chiefs)**

4. To contribute to the strategic planning process for the Library, Library Services, and the Cataloging Directorate. **(Chiefs)**

**Major Activities:**

1.1   Provide leadership in the application of bibliographic control to digital content.

Recognizing that digital content would become an increasingly important part of the Library's collections in the next decade, I formed the Goal IV Management Group in 2003 to ensure that the BA Divisions had a leadership role in the provision of access to digital collections and were able to collaborate with other organizations that had an interest in digital content, whether those organizations were within the Library or external to it.
Under that umbrella, the Processing Rules Analysis Working Group recommended the use of three main modes of bibliographic access: Web guides created in the Collections and Services Directorate; full *AACR2*-MARC 21 cataloging for certain high-value, high-persistence digital resources; and records created using MODS (Metadata Object Description Schema), a simpler format derived from MARC 21 that could be implemented less expensively for certain Web resources that LC harvested from the Internet and archived at LC. The working group also recommended that a new "access-level" record be defined in the MARC 21 format, emphasizing those data elements that support searching and subject access rather than description. With funding provided by the Office of Strategic Initiatives, the BA Divisions contracted with an expert consultant in 2004 to define the core data set and cataloging guidelines for the access-level record, with a view to using it to provide users with catalog access to monograph and integrating remote-access electronic resources (i.e., Internet sites). The contractor's report was accepted and the BA Divisions began to test the access-level record for functionality, cost-effectiveness, and conformance to standards.

PLAINTIFF'S EXHIBIT 4

000380

Another working group recommended changes to the existing workflow for remote-access electronic resources, including enhancements to the functionality of TrackER, the electronic traffic manager that is used to track the progress of remote-access electronic resources through the selection and cataloging pipeline. ITS worked throughout the year to incorporate those needed enhancements. The use of TrackER is basic to the new workflow envisioned for these resources, to ensure that they have been selected for inclusion in the Library's collections and that they are distributed to the cataloging teams that have the appropriate subject and language skills to process them.

The reports from both of these working groups were posted on our public Web page and announcements were sent to listservs and to the *Library of Congress Cataloging Newsline*. I sent email messages to other national libraries soliciting feedback on the Processing Rules report and several briefings were provided to staff internally and at ALA meetings.

Additionally, I took a pro-active stance in supporting the development of the MODS input/update infrastructure; identified staff to test the infrastructure; and assured that appropriate non-AACR documentation was prepared. BA staff have used this alternative tool to "catalog" collections of harvested web sites. This testing is in preparation for assigning the work to cataloging technicians.

1.2   Continue to gather data on the quality of the Directorate's cataloging products and to explore means by which it can be improved in a cost-effective manner. **(Chiefs, team leaders)**

This exercise was completed and the empirical data demonstrated an improvement in the editorial quality of the Library's bibliographic records for monographs since the last study was done a decade ago. Some recommendations for minor modifications in practice will be implemented in 2005.

1.3   Optimize use of cataloging data from external sources. **(AP3). (Chiefs, team leaders)**

As a result of my encouragement to use copy, the BA Divisions were able to increase the number of items for which copy was used by 19% from 39,015 in FY03 to 46,363 in FY04. An important factor in increasing production was the use of Z-Processor, a software application that sequentially searches both bibliographic utilities, allows the searcher to view and select the best copy found, and merges the best record into the LC ILS. SMCD used a similar application, Z-Client, for sequential database searching for compact discs, long-playing sound recordings, scores, and books.

Divisions also made use of Marcadia, the automated copy matching service now owned by Backstage Library Works, Inc., to help process more than 4,400 items in law, the arts, and the social and physical sciences. The BA Divisions began reviewing copy-cataloged records produced in the Library's field office in Rio de Janeiro.

As another efficiency, I encouraged the divisions to do most copy cataloging according to "encoding level 7" guidelines that call for authority work to be done only to break conflicts in the catalog or to establish needed subject headings. By setting the copied records' encoding level to "7," the divisions signaled that full authority support was not provided and ensured that any fuller records created by other libraries would not be overlaid in the OCLC database.

I accepted a recommendation from the BA Strategic Workflow Initiatives Group to redesign workflows for copy cataloging. Two divisions, ASCD and HLCD, were identified to test the new workflows. In the HLCD model, technicians and subject catalogers would work together to produce copy cataloging; the ASCD pilot would test the use of a dedicated, all-technician copy cataloging team. After bargaining with the labor organizations, the two copy

cataloging workflows will commence next year.

1.4   Support the promotion and expansion of cooperative cataloging programs in accordance with goals cited in the PCC Strategic and Tactical plans for 2003-2005 **(AP3)**.

International interest in the PCC continued to be high. A NACO funnel of thirty-two members was created in Mexico City. The British Library (BL) temporarily suspended its NACO and SACO contributions during implementation of its new integrated library system. It resumed contributions in summer and expanded its areas of contribution to include geographic and corporate headings, a welcome development as a recent study showed that LC staff use twenty percent of the BL's name heading contributions as access points on LC bibliographic records within five months of creation by the BL.

I approved a plan to add a Dewey Decimal component to the Program for Cooperative Cataloging. Under this plan, the PCC will formally recognize the Dewey Decimal Classification contributions of PCC libraries that assign full (segmented) DDC numbers using DDC Edition 22. The initial phase of the initiative, involving Northwestern University Library and Oklahoma State University Library, will yield approximately 2,000 bibliographic records each year that are recognized by the PCC as adhering to mutually agreed international standards and easily adaptable for use by libraries that use the Dewey Decimal Classification to organize their collections.

1.5   Encourage PCC to increase production of bibliographic records for digital content.

While I wrote to the PCC to encourage this activity and while PCC did undertake a survey, they are not yet ready to move forward. They want to work closely with LC on the development of the Access Level record standard and on the MODS implementation.

1.6   Oversee the Directorate's continued exploration of and participation in bibliographic enrichment projects **(AP3). (Chiefs, team leaders)**

The inter-divisional Bibliographic Enrichment Advisory Team (BEAT) developed software to support the inclusion of TOC in more than 36,000 records for Electronic Cataloging in Publication titles and enabled links to and from another 8,300 catalog records to D-TOC, or digital tables of contents, which resided on a server. Links to TOC were also provided by the BEAT ONIX projects, which link our catalog records to tables of contents, publisher descriptions, sample text, and reading group guides provided by publishers. BEAT introduced links to ONIX book jacket illustrations and author information as well. There are now more than 250,000 links, including links to more than 7,500 sample texts and more than 63,000 publisher descriptions of their publications. The Library counted approximately 1.5 million visits this fiscal year to the D-TOC and ONIX records residing on its server.

2.1   Monitor the Directorate's progress in completing 100% of non-rare print receipts **(AP3). (Chiefs, team leaders)**

104% of non-rare print items received were completed. 105% of all receipts were completed.
The Bibliographic Access Divisions cataloged nearly 294,510 volumes which were added to the classified

collections and 8,810 volumes added to the MLC collection; and processed 87,228 sound recording items. The sum of these activities results in 390,548 items made available to the users of the Library's collections.

3.1   Support standards work involving cataloging **(AP3)**.

See 1.1 above in terms of what I have done personally. Additionally, the first five chapters of the *Descriptive Cataloging of East Asian Material: CJK Examples of AACR2 and Library of Congress Rule Interpretations* were posted on the CPSO Website. The examples, a joint project of the Library and the Technical Processing Committee of the Council on East Asian Libraries (CEAL), update and expand the *AACR2 Workbook for East Asian Publications,* issued in 1983.

3.2   Support implementation planning for Unicode. **(Chiefs)**

The chief of CPSO continued internal LC discussions on cataloging policy changes with Unicode planning and with the bibliographic utilities. Further progress on implementation was put on hold with the postponement of the implementation of Voyager Unicode release. She wrote and presented "Multi-script Decisions for Cataloging Policy" to shared LC's activities related to policy decisions for implementing Unicode as an invited panelist on the ACRL Slavic and East European Section Program "Unicode Panel" at the ALA annual meeting in Orlando (June 26) and coordinated meetings with stakeholders and supervised development of the policy documentation and record clean-up for the Greek symbol conversion problems in preparation for Unicode implementation. She also worked with RCCD team leaders and ILS Program staff to develop policy on input of numerals with Hebrew and Arabic scripts. She provided a briefing on Unicode for a full-house of staff from the Asian Division and the African and Middle Eastern Division of Area Studies in the Pickford, Oct. 1, 2004. Started an ongoing dialog with those staff regarding priorities for serving the Library's users through access to non-roman script materials by way of cataloging and authority records. Nov. 3, 2004 meetings with Karen Smith-Yoshimura of RLG and Glenn Patton of OCLC regarding the planning for Unicode implementation – stay in email contact regarding activities in this area.

3.3   Support development planning for LC School for Cataloging.

The chief of CPSO assisted with the documentation to place this initiative on the Library Services priorities and completed background work for the market survey and implementation plans. NOTE: This initiative was dropped early in the year due to lack of support/funding.

4.1   Monitor and oversee the implementation of the Directorate's *Strategic Plan for FY2003-2008*, specifically the tactical initiatives for FY03-04. **(Chiefs, team leaders)**

The BA Divisions' new initiatives were guided by its strategic plan, originally issued in fiscal 2003 as the Cataloging Directorate Strategic Plan, Years 2003-2008. The plan featured six strategic goals: 1) Provide national and international leadership in the development and promotion of cataloging policy, practice, standards, and programs; 2) Provide appropriate and quality bibliographic and inventory control data for onsite and remote resources; 3) Attain cataloging currency and meet arrearage reduction targets; 4) Provide leadership in the application of bibliographic control/access to digital content; 5) Develop staff resources and provide effective

personnel management; and 6) Ensure a secure environment for Directorate staff, collections, and data. In August, the BA Divisions began drafting a new plan for fiscal 2005 and 2006 that reflected the ABA merger and insights reached from the Reflections Series.

Reports on the status of the objectives in the plan were submitted at the end of the fiscal year. Reporting and implementation continue. For example, a pilot to test the effectiveness of assigning copy cataloging unilaterally to cataloging technicians (with some exceptions for certain foreign-language materials) is being bargained for implementation in 2005.

Library of Congress
Performance Plan, Progress, and Appraisal Record 2004
**SUPERVISORS: GS-15 AND BELOW**

**Progress Reviews (Indicate Progress Toward Accomplishing Plan, Adjustments to the Plan, and Areas Where Performance Needs to be Improved):**

**Rating:** *Outstanding*

**Justification:**

Ms. Mansfield has demonstrated outstanding achievements in the objectives under this critical element for the 2004 performance year. She showed particular strong showing in three of the four objectives: overseeing the provision of appropriate bibliographic data for analog and digital materials; providing leadership in the national and international library communities; and leading the directorate in its strategic planning process. Ms. Mansfield took a focused approach to have the directorate and the current BA divisions address how to provide better and cost effective access to digital content. Her leadership resulted in the creation of an "access level record" that is being hailed as an excellent record that fully serves the need of the user. To achieve this success, Ms. Mansfield extended outreach to user divisions and secured funding to subsidize the contractor who helped devise the access level record. Her leadership also yielded the development of an infrastructure and documentation for the directorate's use of MODS (Metadata Object Description Schema) for the cataloging of web collections and websites. Further, she was instrumental in having enhancements added to the directorate-produced online tracking tool, TrackER, to facilitate the efficient processing of selected digital materials. Under Ms. Mansfield's guidance, the directorate increased its use of copy in its cataloging by nineteen percent, as well as increased its use of "encoding level 7," a form of copy cataloging that expedites processing—notably, these and other initiatives enabled the directorate to complete 105 percent of its receipts. Of further note is her championing pilots to test new approaches to copy cataloging workflows and procedures—one in a traditional mode and one in a more radical setting. Ms. Mansfield deserves high praise for leading the BA divisions in formulating the directorate's *Strategic Plan for FY2003-2008* and its accompanying tactical plan for FY2003-2004. Ms. Mansfield took a leadership role in convening all-staff meetings to discuss the plans and seek staff involvement and support. The six goals in the *Stratetic Plan* are ably serving as a blueprint for the directorate's work in FY2005.

000385

Library of Congress
Performance Plan, Progress, and Appraisal Record 2004
SUPERVISORS: GS-15 AND BELOW

NAME: Judy Mansfield        DATE: February 10, 2005

**Critical Element 2: PROGRAM MANAGEMENT**

**Objectives:**

1. To provide leadership in increasing the overall operational effectiveness of the Cataloging Directorate by ensuring optimal use of resources, fiscal and human, in cataloging and processing the Library's collections and in developing and promoting national and international cataloging standards and policies. **(Chiefs, team leaders)**

2. To support the Associate Librarian in developing more effective working relationships with and increased responsiveness to other LC service units. **(Chiefs)**

3. To support program management in Library Services, assisting in achieving the Service Unit's goals.

4. To support and promote Library of Congress security and safety policies and programs. **(Chiefs, team leaders)**

5. To promote and support Facilitative Leadership. **(Chiefs, team leaders)**

**Major Activities:**

1.1 Promote Directorate-wide acceptance of new responsibilities for processing digital content. (AP3). **(Chiefs, team leaders)**

   As we continued to expand and mainstream the cataloging of digital content throughout the cataloging production divisions, the necessity for overall central coordination became evident. I established the position of Digital Projects Coordinator and reassigned a former team leader to this position permanently on February 22; in March a senior cataloging policy specialist was also detailed to this position for the rest of the year. At my suggestion, The Lecture Series on Access to Digital Content was established and 11 programs such as, "Electronic Resources Cataloging 101," "Electronic Resources Cataloging Using Voyager," and "Electronic Resources Cataloging Using MODS" have been presented to staff.
   Recognizing that the digital context in which libraries now operate demands additional skills and values, I charged a division chief with the responsibility for planning and implementing a series of one-day or half-day educational mini-retreats for managers in support of the BA strategic planning process. The "Reflections on the Future" series was kicked off by Associate Librarian for Library Services Deanna Marcum at the end of March. Other speakers in the Reflections series included Cindy Cunningham of the Corbis Corporation, and Lorcan Dempsey, vice president for research and chief strategist at OCLC Online Computer Library Center, Inc. Additionally, one session was an all-day discussion with eight representatives from major publishers such as Cambridge University Press, McGraw-Hill, and Thomson Learning, about how publishers and the CIP program could help each other achieve new objectives using Internet and other computer technology. We invited representatives from the Office of Strategic Initiatives, the Acquisitions Divisions, and the other Library Services

directorates to attend. The series provided a basis for drafting the new Bibliographic Access Strategic Goals and Initiatives for Fiscal Years 2005-2006.

1.2    Oversee the preparation of staff for work in the digital environment. **(Chiefs, team leaders)**

See 1.1 above. Additionally, I went to all-staff meetings for every division in the directorate to talk to staff about the Future of Cataloging. I also held one SRO all-staff meeting for the BA divisions in the Mumford Room to talk about the outcomes of the FY03-04 Cataloging Directorate Strategic Plan and to describe the new FY05-06 Bibliographic Access Strategic Plan. In the latter context, I described the current environment and future directions for cataloging.

1.3    Take advantage of automation tools to facilitate increased production. **(Chiefs, team leaders)**

The cataloging automation specialist developed the software program, Web Cataloging Assistant, which automatically generates a MARC record in Voyager for an individual electronic resource title in a series published by an organization, the publications of which are in the public domain. The record is built from HTML data found on the Website for the titles in a specific monographic series. Abstracts and keywords are also added automatically to the records for selected series. The cataloger only needs to do the authority work and add subject headings. The program also notifies the cataloger via email whenever a new title has been added to a series, permitting prompt inclusion of a record for the title in the Voyager database, thus assuring complete coverage of titles in the specific series.

While not directly affecting production, the chief of HLCD led the technical group that evaluated bids for an OpenURL software system for the Library and planned the implementation of SFX, the selected system. This tool will improve access to the Library's many databases. Implementation is planned for February 2005.

1.4    Initiate business process improvements (BPIs) to provide efficiencies in cataloging. **(Chiefs, team leaders)**

The Strategic Workflow Initiatives Group was charged by the Strategic Plan with achieving cataloging efficiencies offered by the LC ILS, improving the timeliness of bibliographic access, optimizing the use of external data, and leveraging opportunities presented by the planned re-engineering of Copyright Office business processes, insofar as they interface with the BA Divisions' workflows. Most of the group's recommendations concerning CIP and CIP verification, use of nontraditional data to produce catalog records, and cataloging policy were considered by management. The group's recommendations to test redesigned workflows for copy cataloging in two divisions, ASCD and HLCD, were endorsed by the BAMT in June 2004. The HLCD initiative would test a workflow in which technicians and subject catalogers worked together to produce copy cataloging; the ASCD pilot would test the use of a dedicated, all-technician copy cataloging team. After bargaining with the labor organizations, the two copy cataloging workflows will commence in 2005.

Under the leadership of the chief, European and Latin American Acquisitions Division and with my full support and participation, SSCD and CPSO, began work to design a pilot project to determine whether a major book dealer can provide shelf-ready books for LC's collections. The pilot will assess a major European book dealer's proposal to provide completed bibliographic description, subject access, authority work, binding, labeling, and security stripping for the books they provide under LC's approval plan, at significant savings and more promptly than the Library now accomplishes the work. The dealer submitted a sample of completed bibliographic records

000387

in August for our assessment. The pilot design and planning to negotiate an agreement will continue into 2005.

1.5   Oversee the Directorate's preparation for and involvement in implementation of new releases of the ILS. **(Chiefs, team leaders)**

There were no new releases of Voyager in 2004.

1.6   Oversee the formation of a database maintenance unit within the Cataloging Policy and Support Office **(AP3)**.

In June, CPSO began a one-year pilot project for a Database Improvement Unit (DBIU) to develop, analyze, and document maintenance procedures for the online catalog. This pilot was made possible by my decision to assign staff to this unit on a rotating basis. The unit corrects authority, bibliographic, holdings, and item records, and develops efficient procedures for the maintenance of the bibliographic and authority databases. Using a combination of automated and manual techniques, the DBIU updated approximately 138,000 records since its inception.

1.7   Support ongoing Shelflist conversion and the Baseline Inventory Project **(AP3)**. **(Chiefs)**

The assistant chief of CPSO continued as co-manager of BIP. The BA Divisions devoted staff time equivalent to four full-time technicians and one full-time cataloger; in addition, the PREMARC/Quality Control and File Management Team in CPSO devoted most of its work time this year to problem resolution for BIP. Complete bibliographic and inventory control was essential before collection materials could be transferred to offsite storage.

1.8   Support the development and implementation of the New Books Program **(AP3)**.

This project led by the CIP Division will enrich online catalog records with links to information about authors, jacket illustrations, and other additional information. The New Books Steering Committee, chaired by the chief of the CIP Division, documented and submitted complete functional requirements and detailed design information to ITS. The CIP Division also developed most of the Web pages for the Library of Congress Partnership program, under which library users throughout the United States will be able to use the Library of Congress New Books Web site to reserve a forthcoming book at their local library. The CIP Division also developed a prototype for a user-friendly search mechanism for New Books, based on keyword searching rather than the Book Industry Standards and Communications subject terms, which are limited in range. Staff in ITS staff completed some programming for the Partnership Program and the Publishers Module, but suspended work in early summer in order to complete implementation of Oracle 9i. As a result of the ITS suspension, it seems likely that the New Books implementation, targeted for May 5, 2005, would be postponed.

1.9   Oversee transition of labeling to the Cataloging Directorate. **(Chiefs)**

As the year progressed, it became clear that this would not be possible. Budgetary constraints led the Director of Preservation to conclude that he could not make the staffing available and the same constraints made it impossible to acquire the needed hardware.

1.10   Evaluate performance of direct reports in relation to their performance plans, which shall be based on their position descriptions and the Directorate's Strategic Plan. **(Chiefs, team leaders)**

All performance evaluations for direct reports are complete. All evaluations link performance to the directorate's Strategic Plan, as well as to the AP3s.

3.1   Serve on Library Services' Management Team.

I attended meetings and participated in discussions.

3.2   Contribute to the budget planning process for the Service Unit.

I input the BA office operating plan, and participated in AP3 exercises. I oversaw the input of the BA divisions' operating plans into the new planning database. I also provided guidance to the Assistant to the Director in preparing reports for the Management Control Review, including Detailed Control Reviews, and preparing AP3 quarterly status reports.

4.1   Work with chiefs to implement and enforce appropriate steps to assure security of in process materials and staff safety. **(Chiefs, team leaders)**

BA divisions have kept their Internal Emergency Evacuation Plans up-to-date. In addition, I keep staff listings with emergency contact information for both BA office staff and Arts and Sciences Cataloging Division staff in the safe on the premises of my home. This coupled with a documented communication plan will allow me to do accounting for my staff in the case of a major disaster. These lists are routinely updated.

5.1   Employ Facilitative Leadership practices within the Directorate. **(Chiefs, team leaders)**

I use Facilitative Leadership practices throughout the BA strategic planning process and in most meetings that I convene. I attempted to demonstrate the attributes of a facilitative leader in the balancing of attention to process, results, and relationships; commitment to modeling behaviors to facilitate collaboration; and seeking staff involvement.

000389

Library of Congress
Performance Plan, Progress, and Appraisal Record 2004
**SUPERVISORS: GS-15 AND BELOW**

---

**Progress Reviews (Indicate Progress Toward Accomplishing Plan, Adjustments to the Plan, and Areas Where Performance Needs to be Improved):**

**Rating:** *Outstanding*

**Justification:**

Ms. Mansfield exercised outstanding oversight of program management for the directorate and current BA divisions. She continued her thrust to ensure that the directorate's managers and staff give increased attention to operating in the digital environment. She established the Digital Projects Coordinator position, filled it with one permanent incumbent, and effected a detail for an additional incumbent. She suggested the establishment of the Lecture Series on Access to Digital Content, with eleven programs offered to staff. In addition, she directed the creation of a series of day long sessions where BA division chiefs and other affected managers and staff could be exposed to indepth discussion on new directions for bibliographic access. Dubbed "Reflections Series," these gatherings enabled the exchange of new ideas and allowed feedback to chiefs in helping them to plan for the digital future. To take advantage of automation to augment cataloging activities, the BA automation specialist developed a web tool, Web Cataloging Assistant, to generate automatically MARC records for individual titles in series. Under Ms. Mansfield's direction, the Strategic Workflow Initiatives Group was constituted to recommend cataloging efficiencies in a variety of ways–the ILS; timely bibliographic access; optimal use of external data; the ongoing Copyright re-engineering; better results from CIP activities and operation; and use of non-traditional data in bibliographic access. Ms. Mansfield was a key manager in devising a pilot to engage the services of a book dealer to prepare shelf ready books, including the accompanying core level record and attendant authority records. Ms. Mansfield's concern for the safety of staff continued to be paramount–she was diligent in assuring that staff remained aware of emergency procedures and that they understood the Library's procedures for emergency conditions. Because of her acting duties as director for cataloging, and later assistant director for bibliographic access, and chief of the Arts and Sciences Cataloging Division, Ms. Mansfield had some twenty plus performance evaluations to prepare, which she did in performance year 2004.

---

Library of Congress
**Performance Plan, Progress, and Appraisal Record 2004**
**SUPERVISORS: GS-15 AND BELOW**

NAME: Judy Mansfield                                    DATE: February 10, 2005

**Critical Element 3: EQUAL EMPLOYMENT OPPORTUNITY/AFFIRMATIVE ACTION**

**Objectives:**

1. To assist in establishing and contributing to the achievement of Affirmative Action goals for the Directorate, Service Unit, and Library for FY2003. **(Chiefs, team leaders)**

2. To help speed the processing and resolution of informal EEO complaints and disputes. **(Chiefs, team leaders)**

**Major Activities:**

1.1 Assist in achieving AA goals and monitor chiefs' progress towards achieving any identified goals, to the degree that circumstances allow.

Of the three positions for which I was the selecting official, two of the successful candidates were from minority groups. I continue to attempt to promote the spirit of Affirmative Action and EEO goals by example, by exhibiting an open mind, and by accepting, without bias, different cultures, outlooks, and individual choices made by staff

1.2 Support the Library's AA Internship Program.

I continue to informally mentor a former Affirmative Action Intern.

1.3 Assist in the special effort to recruit outstanding candidates from under represented groups for professional positions in the Directorate, to the degree that circumstances allow. **(Chiefs, team leaders)**

The most recent data of which I am aware indicates that Hispanic women are under-represented in the 1410 series in Bibliographic Access Divisions. I did not have the opportunity to assist in recruitment in this area this year.

1.4 Meet regularly with the two Directorate Consultative Groups with 2477 and 2910, respectively, to assure that the values of fairness, participation, and development are promoted. **(Chiefs)**

I meet monthly with the two Bibliographic Access labor management consultative groups, 2910 and 2477.

1.5 Support career enhancement efforts for all staff in the Directorate. **(Chiefs, team leaders)**

To the extent possible, I partially funded travel to meetings of professional associations. I also offered rotational details and temporary promotions to vacant team leader and division chief positions

1.6 Support the Library's Leadership Development Program.

**Library of Congress**
**Performance Plan, Progress, and Appraisal Record 2004**
**SUPERVISORS: GS-15 AND BELOW**

2.1    Ensure the Directorate's participation in the dispute resolution process. **(Chiefs)**

I participated in one dispute resolution case which was satisfactorily resolved.

**Library of Congress**
**Performance Plan, Progress, and Appraisal Record 2004**
**SUPERVISORS: GS-15 AND BELOW**

**Progress Reviews (Indicate Progress Toward Accomplishing Plan, Adjustments to the Plan, and Areas Where Performance Needs to be Improved):**

**Rating:** *Commendable*

**Justification:**

Ms. Mansfield appointed the first female African American chief–and only the second African American in the history of the directorate, during this performance year. Of the two other appointees for which she was responsible, one was also from an underrepresented group. She fulfilled other related responsibilities as a manager–meeting regularly with the labor organizations; supporting travel and training; and admonishing chiefs and team leaders of their responsibilities in the area of EEO/AA. On the strength of her selection of the chief of the Social Sciences Cataloging Division, I rate her as commendable in this critical element.

**Library of Congress**
**Performance Plan, Progress, and Appraisal Record 2004**
**SUPERVISORS: GS-15 AND BELOW**

NAME: Judy Mansfield                                          DATE: February 10, 2005

**Critical Element 4: INDIVIDUAL PERFORMANCE/SPECIAL ASSIGNMENTS**

**Objectives:**

1. To be responsive and timely in completing all tasks assigned by the Deputy Associate Librarian, the Associate Librarian, the Deputy Librarian, or the Librarian of Congress.

**Major Activities:**

1.1 Plan for and participate in activities for the Library at the ALA Annual Conference and Midwinter Meeting and serve as LC representative to the ALCTS Copy Cataloging Discussion Group and to the ALCTS Task Force on the LC Action Plan.

   I prepared and/or delivered LC written and oral reports to ALCTS Copy Cataloging Discussion Group. These reports have become more important as the volume of LC copy cataloging increases.
   I participated in meetings of ALCTS Task Force on the LC Action Plan held at ALA conferences and conference call meetings throughout the year; facilitated funding for contracting with a principal investigor to do research on the changing nature of the catalog. That contract will be implemented 2005.

1.2 Serve on the Steering Group for the implementation of the LC Action Plan resulting from the Directorate's Bicentennial Conference on Bibliographic Control for the New Millennium **(AP3)**.

   I attended meetings of this group, chaired by Beacher Wiggins, and provided as much support as I could.

1.3 Serve as Lead for Goal IV of the Cataloging Directorate's Strategic Plan for FY2003 to FY2004.

   With funding provided by the Office of Strategic Initiatives, the BA Divisions contracted with an expert consultant in 2004 to define the core data set and cataloging guidelines for the access-level record, with a view to using it to provide users with catalog access to monograph and integrating remote-access electronic resources (i.e., Internet sites). The contractor's report was accepted and the BA Divisions began to test the access-level record for functionality, cost-effectiveness, and conformance to standards.
   Another working group recommended changes to the existing workflow for remote-access electronic resources, including enhancements to the functionality of TrackER, the electronic traffic manager that is used to track the progress of remote-access electronic resources through the selection and cataloging pipeline. The use of TrackER is basic to the new workflow envisioned for these resources, to ensure that they have been selected for inclusion in the Library's collections and that they are distributed to the cataloging teams that have the appropriate subject and language skills to process them.
   Additionally, I took a pro-active stance in supporting the development of the MODS input/update infrastructure; identified staff to test the infrastructure; and assured that appropriate non-AACR documentation was prepared. BA staff have used this alternative tool to "catalog", i.e., prepare surrogates for, collections of harvested web sites. This testing is in anticipation of assigning the work to cataloging technicians.

1.4    Serve as Team Leader for LS Coordinating Team for CO BPR, coordinating the LS activities and responses related to the re-engineering of the Copyright Office and serving as COTR for the supporting consulting services contract.

   The activity level for this collaborative effort increased as the Copyright Office identified the technology infrastructure to support the re-engineered design of their workflow and operations. BA staff served on the working group to design the conversion specifications for the COPICS legacy files to the MARC21 format for loading into a Voyager database. BA staff also assisted the chief of the Copyright Cataloging Division in writing new cataloger position descriptions.


NOTE: While I have documented many measurable accomplishments in this brief summary of my activities in support of my performance plan, they do not reflect the accomplishments for this performance period in which I have the greatest pride. Those accomplishments are:

   I have, for the first time, engaged operating division chiefs in substantial dialogue on cataloging policy issues.
   I have stimulated the beginnings of a culture shift among the staff of the BA divisions regarding our work.
   I have stimulated managers and some staff to embrace a wider-range of thinking about the work we do.
   I have begun a dialogue with cataloging managers in the USA and with cataloging managers at the other three Anglo national libraries on the future of cataloging.
   I have been able to motivate two of the cataloging chiefs, who had previously not been "fully-engaged" to perform at a much higher level than they had previously. They are both productive now and assuming much greater responsibility for the success of the BA divisions as a whole.

Library of Congress
Performance Plan, Progress, and Appraisal Record 2004
**SUPERVISORS: GS-15 AND BELOW**

---

**Progress Reviews (Indicate Progress Toward Accomplishing Plan, Adjustments to the Plan, and Areas Where Performance Needs to be Improved):**

**Rating:** *Outstanding*

**Justification:**

Ms. Mansfield carried out special assignments and individual accomplishments in an outstanding manner. Foremost, she served half the performance year as acting director for cataloging and chief of ASCD. During the remainder of the year, she was the assistant director for bibliographic access and chief of ASCD. Her skills in managing the cataloging operations; her determination and success in moving the managers in a different and progressive direction; and her commitment to have the BA divisions embrace fully the digital–even as they are inundated with the analog, are all worthy of commendation. She continued to serve as an active member of the LC Action Plan Advisory Group–the group created to guide the actions stemming from the Cataloging Directorate's Bicentennial Conference. She also continued to lead the LS Coordinating Team for Copyright Business Process Re-engineering. One of the initiatives of note that Ms. Mansfield has spearheaded is working with managers from key national libraries in the Anglo American community. She used the Buenos Aires IFLA World Congress to lay the groundwork, meeting with representatives from Australia, Canada, and the United Kingdom to discuss how each of their institutions, as national libraries, are preparing to address the changing requirements and challenges in bibliographic access that national libraries face. Those sessions led to the first of its kind meeting of senior managers from national libraries who are responsible for bibliographic access, in April 2005 at the Library. I end this overall assessment by extending my appreciation to Ms. Mansfield for her generous support to the service unit, the directorate, and especially to me during this performance year. Her contributions have been invaluable.

**Signature of official being rated** *Judith A. Mansfield*

**Signature of rating official** _____

**Date** 5/3/05