# Exhibit 6

# Allegation of Discrimination
# Filed by Judith Mansfield
# April 18, 2005

Library of Congress — Equal Employment Opportunity Complaints Office

## ALLEGATION OF DISCRIMINATION
Pursuant to LCR 2010-3.1, Section 4, Precomplaint Procedures
(Because of Race, Color, Religion, Sex, National Origin, Age,
Physical or Mental Disability, Sexual Harassment, and/or Reprisal)

1. Full Name: Judith Anne Mansfield

2. Telephone Numbers (including area code)
   Home: 202-966-1497   Work: 202-707-2244

3. Position Title: Chief, Arts + Sciences Cataloging Div.
4. Grade: GS15
5. Service Unit: LS
6. Division: ASCD
7. Section: —

8. Indicate below basis of alleged discrimination
   - [ ] A. Race. State your race
   - [ ] B. Color. State your color
   - [ ] C. Religion. State your religion
   - [x] D. Sex. State your sex
   - [ ] E. National Origin. State your national origin
   - [ ] F. Age. State your age, and date of birth
   - [ ] G. Physical or Mental Disability. State the nature of your disability
   - [ ] H. Sexual Harassment. State your sex
   - [x] I. Reprisal. Explain connection with the EEO process

   When I submitted letter (attached), the Library's response was to deny my request and to abolish my position as Assistant Director for Bibliographic Access.

9. Name(s) and Title(s) of Person(s) you believe discriminated against you:
   Deanna Marcum, Associate Librarian for Library Services

10. Name of Office in which alleged discrimination took place:
    Library Services

11. Date on which alleged discrimination took place (Month/Day/Year):
    March 31, 2005

12. Do you have a Representative?
    [x] Yes   [ ] No
    A. Name of Representative: Bruce Fredrickson
    B. Telephone Number of Representative: 202-659-8510
    C. Address of Representative: 1775 K Street, NW Suite 600 Wash
    D. City, State, Zip Code: Washington, DC 20006

RECEIVED APR 1 8 2005
Equal Employment Opportunity Complaints Office
#148
05-70

505 (2001/04)

Continued on Verso

PLAINTIFF'S EXHIBIT 6

Page 1 of 2 pages