# Exhibit 7

# Letter from Dr. Ricardo H. Grijalva, Library of Congress Equal Employment Opportunity Complaints Office, to Judith Mansfield, May 27, 2005

THE LIBRARY OF CONGRESS
WASHINGTON D.C. 20540

EQUAL EMPLOYMENT OPPORTUNITY
COMPLAINTS OFFICE

May 27, 2005

The Equal Employment Opportunity Complaints Office (EEOCO) has been informed by the Office of General Counsel (OGC) that you have filed a civil action against the Library of Congress (LOC) in the United States Court of Federal Claims (Civil Action No. 05-472C) encompassing the same identical issues raised in EEO Case No. 05-70 wherein you have alleged that you were discriminated against on the basis of your sex (female) and reprisal, when you were denied Equal Pay as compared to male employee who are performing similar duties.

Case precedent mandates dismissal of the EEO complaint under these circumstances so as to prevent a complainant from simultaneously pursuing both administrative and judicial remedies on the same matters, wasting resources, and creating the potential for inconsistent or conflicting decisions, and in order to grant due deference to the authority of the federal district court. The filing of a civil action under under the Library's regulations shall terminate the administrative processing of an Equal Employment Opportunity (EEO) complaint. After a review of the information provided to us by the OGC, we have determined that because you have filed a civil action, our office no longer has jurisdiction to process your EEO complaint. Therefore, we are administratively closing our case files regarding your discrimination complaint (Case No. 05-70). No further action will be taken in your case.

No person shall be subjected to reprisal or harassment because he or she filed a discrimination complaint; participated in or contributed to the identification, investigation, prosecution, or resolution of EEO violations in or by the Library of Congress or otherwise aided or supported the enforcement of Federal civil rights laws, rules, regulations, or policies.

This is a Final Agency Decision regarding this complaint. Should you have any questions regarding this case closure, please do not hesitate to contact me at area code (202) 707-6024.

Sincerely,

Dr. Ricardo H. Grijalva
Chief, EEO Complaints Office
Office of Workforce Diversity
Library of Congress

PLAINTIFF'S EXHIBIT 7

Judith A. Mansfield
5143 Yuma Street, N.W.
Washington, D.C. 20016

Mr. Bruce Fredrickson
Attorney at Law
1775 K. Street, N.W., Suite 600
Washington, D.C. 20006


Forwarded via Regular and Registered Mail on May 27, 2005; Return Receipt Requested