# Exhibit 10

# Affidavit of Judith A. Mansfield

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD )<br><br>  Plaintiff, )<br><br>  v. )<br><br>JAMES H. BILLINGTON, )<br>LIBRARIAN OF CONGRESS, )<br><br>  Defendant. ) | Civil Action No. 05-1790 (RMU)<br>Judge Ricardo M. Urbina |

### AFFIDAVIT OF JUDITH A. MANSFIELD

I, Judith A. Mansfield, being duly sworn, do hereby depose and say:

1.    In 2004, Deanna Marcum, the Associate Librarian for Library Services in the Library of Congress, began formulating plans to reorganize the Library Services unit.

2.    In or about May 2004, Ms. Marcum invited me to serve as Assistant Director in one of the new directorates in the Library Services unit.

3.    At that time, my permanent position was Chief of the Arts and Sciences Cataloging Division ("ASCD"), a position I have held since May 24, 1998, and was receiving a salary at the GS-15 level. However, I was serving as Acting Director for Cataloging.

4.    Based on Ms. Marcum's invitation and the recommendation of my supervisor, Beacher Wiggins, I accepted the invitation and became the Assistant Director for Bibliographic Access for the new Acquisitions and Bibliographic Access directorate in August 2004.

5.    At the same time, Steve Herman and Mark Dimunation were appointed Assistant Director for Collections Management and Assistant Director for Special Collections and Services, respectively.

PLAINTIFF'S
EXHIBIT
10

6.      The Library, however, continued to pay me at the GS-15 level for performing my

Assistant Director duties while it was paying Mr. Herman and Mr. Dimunation at the Senior Level,

a higher pay rate, for performing the same work.

7.      In conversations during October 2004 to March 2005, I complained to Mr. Wiggins

that the manner in which the Library compensated me in comparison to my male counterparts

violated Title VII of Civil Rights Act and the Equal Pay Act.

8.      Having failed to obtain a resolution through my immediate supervisor, I complained

directly to the Librarian of Congress in March 2005 that I was being paid less than males who

performed the same work in violation of the Title VII of the Civil Rights Act and Equal Pay Act.

9.      Immediately following my complaint to the Librarian, my Assistant Director position

was abolished, and I was returned to my prior position as ASCD Chief.

10.      I continue to serve as ASCD Chief and receive compensation at the GS-15 level.

10.      Contrary to the Librarian's current claims, the decision to abolish my Assistant

Director position and return me to the ASCD Chief position was not merely a decision to laterally

transfer me but a demotion.

11.      My duties as Assistant Director consumed my entire work day during the entire period

in which I held that position.  In fact, when I assumed the Assistant Director position, I assigned the

ASCD Chief position to another Library employee, with the full knowledge and concurrence of my

supervisor, Beacher Wiggins.

12.      As Assistant Director, I served as the immediate supervisor of the ASCD Chief, as

well as the eight other division chiefs in the Acquisitions and Bibliographic Access directorate.

2

13.    My other duties as Assistant Director included, but were not limited to, the following:

    a.    oversight and administration of policies and programs, which are national and international in scope, in the nine Bibliographic Access divisions of the Acquisitions and Bibliographic Access directorate;

    b.    oversight of strategic planning and the implementation thereof for the nine Bibliographic Access divisions;

    c.    making personnel decisions, i.e., the hiring and promotion, of the nearly 550 employees in the Bibliographic Access divisions; and

    d.    management of the $40,000,000+ budget of the nine Bibliographic Access divisions.

14.    In contrast, my responsibilities as ASCD Chief were limited to management of the Arts and Sciences Cataloging Division, just one division in the Acquisitions and Bibliographic Access directorate.

15.    As ASCD Chief, I managed a smaller staff of approximately 75 members, as compared to the 550 staff members I managed as Assistant Director.

16.    The ASCD Chief position also involved management of a smaller budget, approximately $4.4 million, as compared to the budget of over $40 million that I managed as Assistant Director.

17.    Mr. Herman and Mr. Dimunation's Assistant Director positions were also abolished at the same time as my Assistant Director position.

18.    However, Mr. Herman and Mr. Dimunation continued to receive compensation at the Senior Level following this change in their duties.

19.    I received the documents set forth in Exhibits No. 1-5 from the Library of Congress and, upon information and belief, they are authentic business records of the Library.

Further your affiant sayeth naught.

_1/25/06_
Date

_Judith A. Mansfield_
Judith A. Mansfield

Subscribed and sworn before me on 25 day of January 2006 in Washington, D.C.

GAIL M. SPENCE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission expires: _My Commission Expires May 14, 2010_

4