UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON, )<br>Librarian of Congress, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1790 (RMU)<br>Electronic Case Filing |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

  The defendant, James H. Billington, Librarian of Congress, by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to file a reply brief in response to plaintiff's opposition to defendant's motion to dismiss or for summary judgment by slightly more than two weeks. Specifically, the defendant requests that the deadline for the reply brief be extended from February 6, 2006 to February 22, 2006. This is the defendant's first request for an extension of this deadline and second request for any extra time in this case. Plaintiff, through her counsel, graciously consents to the relief being sought in this motion. The grounds for this motion are set forth below.

  This case involves allegations and claims arising out of plaintiff's employment by the Library of Congress. Plaintiff began her employment in 1969, and since May, 1998, she has been serving as the Chief of the Arts and Sciences Cataloging Division at the GS-15 level. Complaint, ¶¶ 8-9. Plaintiff alleges that she was paid less than two male counterparts over an extended period of time and, on that basis, she has filed an action under the Equal Pay Act in the United

States Court of Federal Claims, Civil Action No. 05-472C.[1] In this case, she alleges that the same disparity in pay constitutes sex discrimination in violation of Title VII. She also includes claims based on retaliation under both Title VII and the Equal Pay Act in connection with her complaints about the pay differential.

Defendant filed a motion to dismiss this case or for summary judgment on December 15, 2005. Plaintiff filed her opposition on January 25, 2006. Plaintiff's opposition presents extensive legal argument and ten exhibits in a case presenting at least one novel issue in this Circuit. Because this case is one of a large number of active matters currently assigned to the AUSA handling this case and some additional time is needed to consult with personnel at the Library of Congress, a reasonable amount of time beyond that provided in the Federal Rules of Civil Procedure is needed. In particular, the AUSA is responsible for a case of first impression regarding the constitutionality of the federal statute mandating collection of DNA samples from most criminal offenders in the District of Columbia which is scheduled to be argued in the D.C. Circuit on February 17, 2006. Counsel requires more than the ordinary amount of time to prepare for that argument.

This extension is sought in good faith and will not unfairly prejudice any party or significantly delay the Court's resolution of this matter.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for filing his reply brief be extended to and including February 22, 2006. A draft order consistent with the relief sought herein is attached.

---

[1] The Librarian's motion for summary judgment is fully briefed and pending in the Court of Federal Claims.

Dated: February 1, 2006.

                    Respectfully submitted,

/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161