**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JUDITH A. MANSFIELD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | Civil  Action  No. 05-1790 (RMU) |
| | ) | Electronic Case Filing |
| **JAMES H. BILLINGTON,** | ) | |
| Librarian of Congress, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

**DEFENDANT'S CONSENT MOTION FOR TWO-DAY ENLARGEMENT OF TIME**

The defendant, James H. Billington, Librarian of Congress, by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time by two additional days for defendant to file a reply brief in response to plaintiff's opposition to defendant's motion to dismiss or for summary judgment.  Specifically, the defendant requests that the deadline for the reply brief be extended from February 22, 2006 to February 24, 2006.  This is the defendant's second request for an extension of this deadline and third request for extra time of any kind in this case.  Plaintiff, through her counsel, graciously consents to the relief being sought in this motion.  The grounds for this motion are set forth below.

As noted in defendant's previous motion, defendant filed a pre-discovery motion to dismiss this case or for summary judgment on December 15, 2005.  Plaintiff filed her opposition on January 25, 2006.  Plaintiff's opposition presents extensive legal argument and ten exhibits in a case presenting at least one novel issue in this Circuit.  This case involves allegations and

claims arising out of plaintiff's employment by the Library of Congress. Undersigned counsel with primary responsibility for this case has been working on the reply brief over the last couple of weeks. There are a number of legal and factual issues to be addressed, and the reply has taken more time than originally anticipated to prepare. Some of that time was consumed by preparation for oral argument before the D.C. Circuit on February 17, 2006 in a case challenging the constitutionality of the federal statute mandating collection of DNA samples from most criminal offenders in the District of Columbia. Because the issues involved primarily the Fourth Amendment, undersigned counsel from the Civil Division of the U.S. Attorney's Office required more time than usual to prepare for that argument, and that reduced the amount of time counsel was able to devote to this reply brief.

Nevertheless, undersigned counsel fully expected to have the reply completed and reviewed by the current deadline of February 22, 2006 until the morning of February 22, 2006 itself when undersigned counsel had to be out of the office to attend to a suddenly ill child. Accordingly, it was not possible under these circumstances to file a motion for an extension of the deadline any sooner. Because this case is one of a large number of active matters currently assigned to the AUSA handling this case, she must also handle multiple other deadlines this week. Accordingly, both to ensure that there is sufficient time both to be attentive to the child's needs and to avoid having to file any additional requests for more time, undersigned counsel is requesting two days.

This extension is sought in good faith and will not unfairly prejudice any party or significantly delay the Court's resolution of this matter.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for filing his reply brief  be extended to and including February 26, 2006.  A draft order consistent with the relief sought herein is attached.

Dated: February 22, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

 /s/_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

 /s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161