UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDITH A. MANSFIELD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1790 (RMU) |
| ) | Electronic Case Filing |
| **JAMES H. BILLINGTON,** ) | |
| Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

UPON CONSIDERATION of defendant's second consent motion for enlargement of time to file a reply brief in support of defendant's motion to dismiss or for summary judgment. Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and defendant shall have through and including February 26, 2006 to file the reply brief.

_____                             _____
Date                                                                         RICARDO M. URBINA
                                                                                   United States District Judge

Copy Through ECF to Counsel of Record