UNITED STATES GOVERNMENT

# Memorandum

LIBRARY OF CONGRESS

DATE: April 13, 2005

TO      : Directors and Division Chiefs

FROM    : Deanna Marcum, ALLS

SUBJECT : Structure of Directorates

When we realigned Library Services last July, I mentioned that the organizational structure would be adjusted as needed. We were trying something new and we would adjust as experience required. At my suggestion, the directors of Acquisitions and Bibliographic Access and Collections and Services named three division chiefs to take on collateral duties as assistant directors, but these positions have not worked out as intended, so I have eliminated the three coordinating positions. I have asked the directors of the two largest units to look anew at the organizational structure that best fits the directorate's needs. The result is likely to be that more high-level staff will be asked to take on collateral duties. We will continue to monitor the workloads of the directorates and make structural changes as needed.