UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDITH A. MANSFIELD | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1790 (RMU) |
|  | ) | Judge Ricardo M. Urbina |
| JAMES H. BILLINGTON, LIBRARIAN OF CONGRESS, | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF JUDITH A. MANSFIELD'S MOTION TO FILE SURREPLY**

Comes now the Plaintiff Judith A. Mansfield, by and through her attorneys, and hereby moves this Honorable Court to permit a surreply in response to Defendant's Reply in Support of Motion to Dismiss or for Summary Judgment ("Reply"). The Court should disregard Defendant's arguments raised for the first time in Defendant's Reply. To the extent the Court considers any of Defendant's new arguments, Plaintiff requests that the Court accept for filing her Surreply. This Motion is supported by the attached Memorandum of Points and Authorities.

Respectfully submitted,

WEBSTER, FREDRICKSON & BRACKSHAW

Dated: March 13, 2006

/s/
Bruce A. Fredrickson  #933044
Cedar P. Carlton # 480255
Rosy L. Lor #494549
1775 K Street, N.W., Suite 600
Washington, D.C.  20006
(202) 659-8510
(202) 659-4082 (fax)

Attorneys for Plaintiff Mansfield

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDITH A. MANSFIELD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1790 (RMU) |
| | ) | Judge Ricardo M. Urbina |
| JAMES H. BILLINGTON, | ) | |
| LIBRARIAN OF CONGRESS, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF JUDITH A. MANSFIELD'S MOTION TO FILE SURREPLY**

Plaintiff, Judith A. Mansfield, hereby, requests that the Court accept for filing her Surreply in response to Defendant's Reply in Support of Motion to Dismiss or for Summary Judgment ("Reply"). The grounds for Plaintiff's motion are as follows:

1.  Plaintiff filed her Complaint on September 9, 2005. In lieu of filing an Answer and prior to the Court's entry of a scheduling order or *any* discovery under Rule 26, Defendant filed his Motion to Dismiss or for Summary Judgment on December 15, 2005. Plaintiff's Opposition to the Defendant's Motion to Dismiss or for Summary Judgment was filed on January 25, 2006. Defendant filed his Reply on February 24, 2006.

2.  In his Reply, Defendant raises new arguments.

3.  Defendant asserts for the first time that he eliminated Ms. Mansfield's position as Assistant Director for Bibliographic Access just two weeks following her letter complaining to him of sex discrimination, as well as the two Assistant Director positions held by male employees, because the positions "had not been effective." Reply at 14. In support of this assertion, Defendant also offers new

evidence in the form of a declaration from Deanna Marcum, Associate Librarian for Library Services, and an internal Library memorandum.

4.  Defendant claims for the first time that Ms. Mansfield first engaged in protected activity in October 2004 when she complained to her supervisor of the wage disparity between her and her male counterparts. *See* Reply at 2, 11-13. Consequently, Defendant asserts that causation does not exist, now alleging a lack of temporal proximity, for purposes of Plaintiff's retaliation claims under Title VII and the Equal Pay Act ("EPA"). *See id.* at 12.

5.  For the first time, Defendant also requests that the Court grant him an alternative remedy to dismissal or summary judgment. In particular, Defendant invokes "principle of comity between and among the federal courts" and requests that the Court delay consideration of Plaintiff's sex discrimination and retaliation claims under Title VII and the EPA until the U.S. Court of Federal Claims decides Plaintiff's EPA wage discrimination claim against the Library of Congress.

6.  Pursuant to Local Rule 7(m), Plaintiff's counsel sought Defendant's consent to Plaintiff's filing of a Surreply to address the new arguments raised in Defendant's Reply in a telephone conversation with Defendant's counsel on March 7, 2006. Defendant, however, conditioned his consent on Plaintiff's agreement that he be allowed the opportunity to respond to Plaintiff's Surreply.

7.  The Court may ignore Defendant's arguments and facts articulated for the first time in his Reply. *See Public Citizens Health Research Group v. Nat'l Inst. of Health*, 209 F.Supp.2d 37, 43-44 (D.D.C. 2002). To the extent the Court is inclined to consider any of Defendant's new claims, however, Plaintiff should have the opportunity to respond. *See, e.g., Seay v. Tennessee Valley Authority*, 339 F.3d 454, 481-82 (6th Cir. 2003); *Schalk v. Associated Anethesiology Practice*, 316 F.Supp.2d

244, 247 (D.Md. 2004).

    For all the foregoing reasons, and any others this Court may find, Plaintiff respectfully requests that this Court grant this Motion and accept for filing the attached Surreply.

                      Respectfully submitted,

                      WEBSTER, FREDRICKSON & BRACKSHAW

Dated: March 13, 2006                      /s/
                      Bruce A. Fredrickson  #933044
                      Cedar P. Carlton # 480255
                      Rosy L. Lor #494549
                      1775 K Street, N.W., Suite 600
                      Washington, D.C.  20006
                      (202) 659-8510
                      (202) 659-4082 (fax)

                      Attorneys for Plaintiff Mansfield

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDITH A. MANSFIELD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1790 (RMU) |
| | ) | Judge Ricardo M. Urbina |
| JAMES H. BILLINGTON, | ) | |
| LIBRARIAN OF CONGRESS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Plaintiff Judith A. Mansfield's Motion to File Surreply, any opposition thereto, and the entire record herein, it is this ____ day of _____, 2006,

ORDERED that the Plaintiff's motion shall be, and the same hereby is, GRANTED in its entirety, and it is

FURTHER ORDERED that Plaintiff Mansfield's Surreply in Opposition to Defendant's Motion to Dismiss or for Summary Judgment is accepted for filing.

_____                                        _____
Date                                                              The Honorable Ricardo M. Urbina

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 13th day of March, 2006, a copy of the foregoing Plaintiff Judith A. Mansfield's Motion to File Surreply, Memorandum of Points and Authorities, Proposed Order, and attached Plaintiff Mansfield's Surreply in Opposition to Motion to Dismiss or for Summary Judgment, was served by first class mail, postage pre-paid, and transmitted electronically to:

Jane M. Lyons, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Room E4822
Washington, D.C. 20530

                /s/
                Rosy L. Lor  #494549
                1775 K Street, N.W.
                Suite 600
                Washington, D.C. 20006
                (202) 659-8510
                (202) 659-4082 (fax)

                Attorney for Plaintiff Mansfield