UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1790 (RMU) |
| ) | Judge Ricardo M. Urbina |
| JAMES H. BILLINGTON, ) | |
| LIBRARIAN OF CONGRESS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE**

Will the Clerk please file the attached Proposed Order with the Motion to File Surreply filed by Plaintiff on March 13, 2006. Although submitted with the Plaintiff's motion, it was not attached as a separate PDF file.

Respectfully submitted,

WEBSTER, FREDRICKSON & BRACKSHAW

_____/s/_____
Rosy L. Lor #494549
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510
(202) 659-4082 (fax)

Attorney for Plaintiff Mansfield

CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of March, 2006, the foregoing Notice, and attached Proposed Order, was mailed, first class postage prepaid, and electronically transmitted, to:

Jane M. Lyons, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Room E4822
Washington, D.C. 20530


                                                    /s/
                                      Rosy L. Lor  #494549
                                      Webster, Fredrickson & Brackshaw
                                      1775 K Street, N.W.
                                      Suite 600
                                      Washington, D.C.  20006
                                      (202) 659-8510

                                      Attorney for Plaintiff Mansfield