UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON, )<br>LIBRARIAN OF CONGRESS, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1790 (RMU)<br>Judge Ricardo M. Urbina |

**ORDER**

Upon consideration of Plaintiff Judith A. Mansfield's Motion to File Surreply, any opposition thereto, and the entire record herein, it is this ____ day of _____, 2006,

ORDERED that the Plaintiff's motion shall be, and the same hereby is, GRANTED in its entirety, and it is

FURTHER ORDERED that Plaintiff Mansfield's Surreply in Opposition to Defendant's Motion to Dismiss or for Summary Judgment is accepted for filing.

_____                                                       _____
Date                                                                              The Honorable Ricardo M. Urbina