UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1790 (RMU) |
| ) | Judge Ricardo M. Urbina |
| JAMES H. BILLINGTON, ) | |
| LIBRARIAN OF CONGRESS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE OF WITHDRAWAL OF
COUNSEL FOR PLAINTIFF, ROSY L. LOR, ESQ.

Pursuant to Local Civil Rules of Procedure 83.6(b), the Clerk of the Court will please note the withdrawal of Rosy L. Lor as counsel for Plaintiff Judith A. Mansfield. Bruce A. Fredrickson, Esq., and the law firm of Webster, Fredrickson & Brackshaw, has previously entered an appearance in this matter and will continue to represent Plaintiff Judith A. Mansfield.

Respectfully submitted,

SEEN AND AGREED                    WEBSTER, FREDRICKSON & BRACKSHAW

_____            /s/ _____  03/17/2006
Judith A. Mansfield                Rosy L. Lor #494549
Plaintiff                          Webster, Fredrickson & Brackshaw
                                   1775 K Street, N.W.
                                   Suite 600
                                   Washington, D.C. 20006
                                   (202) 659-8510

                                   Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2006, a copy of the foregoing Notice of Withdrawal of Counsel for Plaintiff, Rosy L. Lor, Esq., was sent by first class mail, postage prepaid, and transmitted electronically to:

Jane M. Lyons, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Room E4822
Washington, D.C. 20530

Counsel for Defendant

 

               /s/
             Rosy L. Lor  #494549
             1775 K Street, N.W.
             Suite 600
             Washington, D.C.  20006
             (202) 659-8510

             Counsel for Plaintiff