# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUDITH A. MANSFIELD,                    :
                                        :
              Plaintiff,                :        Civil Action No.:        05-1790 (RMU)
                                        :
              v.                        :        Document No.:            8
                                        :
JAMES H. BILLINGTON,                    :
Librarian of Congress,                  :
Library of Congress,                    :
                                        :
              Defendant.                :

## ORDER

### GRANTING IN PART AND DENYING IN PART THE DEFENDANT'S MOTION TO DISMISS

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 1st day of June, 2006, it is hereby

**ORDERED** that the defendant's motion to dismiss is **GRANTED** as to the plaintiff's EPA claims and it is

**FURTHER ORDERED** that the defendant's motion to dismiss is **DENIED** as to the plaintiff's Title VII claims.

**SO ORDERED**.

RICARDO M. URBINA

United States District Judge