## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1790 (RMU/JMF) |
| ) | |
| JAMES H. BILLINGTON, ) | |
| LIBRARIAN OF CONGRESS, ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

Upon consideration of Plaintiff Judith A. Mansfield's Motion for Partial Summary Judgment, any opposition thereto, and upon the entire record herein; it is

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further

ORDERED that Judgment in favor of Plaintiff shall be entered on Count II of the Complaint and the matter shall proceed to trial for the determination of the make-whole relief to be provided to Plaintiff.

Dated: _____    _____
                                  Judge Ricardo M. Urbina

                                  United States District Court
                                  for the District of Columbia

Copies to:

    Bruce A. Fredrickson, Esq.
    Cedar P. Carlton, Esq.
    1775 K Street, N.W.
    Suite 600
    Washington, D.C. 20006

    Jane M. Lyons, Esq.
    Assistant United States Attorney
    555 4th Street, N.W.
    Room E4822
    Washington, D.C. 20530