# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUDITH A. MANSFIELD         )
                                    )
            Plaintiff,         )
                                    )
            v.               )        Civil Action No. 05-1790 (RMU/JMF)
                                    )
JAMES H. BILLINGTON,     )
LIBRARIAN OF CONGRESS,   )
                                    )
            Defendant.     )
_____)

## JOINT PROPOSED BRIEFING SCHEDULE

The parties, through their undersigned counsel, respectfully advise the Court of developments in this case and request the entry of the following schedule for proceeding in this case.

The parties have settled the case plaintiff brought against defendant under the Equal Pay Act in the United States Court of Federal Claims. As part of that settlement, the parties reached a joint stipulation concerning plaintiff's backpay for the period of September 22, 2002 until April 30, 2005. Prior to the settlement, the parties completed the discovery that they needed in both cases.

Counsel for the parties have scheduled a mediation session with Magistrate Judge Facciola for September 24, 2007 and both parties also intend to file dispositive motions in this case. Counsel for the parties believe that filing motions for summary judgment will best advance the possibility of settlement by allowing each party to evaluate the opponent's position. Accordingly, the parties respectfully propose the following dates for briefs:

Plaintiff's Motion for Summary Judgment:        September 20, 2007

Def.'s Opposition & Cross-Motion:            November 2, 2007

Plaintiff's Reply & Opposition:              December 4, 2007

Defendant's Reply:                                                    December 21, 2007.

This schedule allows additional time beyond that ordinarily provided for motions for several reasons.  First, if the parties are able to make progress in settlement discussions, reducing the attorney's fees and costs associated with the litigation could assist them in reaching a resolution without further judicial involvement.  Second, preparation of thorough briefs requires familiarity and use of the substantial record in this case, which consumes more time than briefs in less complex cases.  Third, both the Civil Division in the U.S. Attorney's Office and the Library of Congress are currently operating with severely reduced staffing levels which require counsel assigned to this case to handle many other matters and cases simultaneously.  Based on the number of commitments already in place, government counsel are endeavoring to provide the Court with the most realistic and prompt schedule possible in order to avoid having to request extensions of time.  The interests of having this case resolved on the merits, if necessary, are served by allowing sufficient time for thorough presentation of the issues.

WHEREFORE, the parties jointly and respectfully request that the Court enter the proposed dates for dispositive motions.

Respectfully submitted,


/s/ *Bruce A. Fredrickson*                          /s/ *Jeffrey A. Taylor*
Bruce A. Fredrickson #933044              JEFFREY A. TAYLOR, D.C. Bar # 498610
Webster, Fredrickson, Henrichsen          United States Attorney
Correia & Puth, P.L.L.C.
1775 K Street, Suite 600
Washington, D.C. 20006
(202) 659-8510                                         /s/ *Rudolph Contreras*
                                                            RUDOLPH CONTRERAS, D.C. Bar # 434122
Counsel for Plaintiff                               Assistant United States Attorney

 /s/ *Jane M. Lyons*
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

Counsel for Defendant