UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH A. MANSFIELD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON, )<br>LIBRARIAN OF CONGRESS )<br>)<br>Defendant )<br>) | Civil Action No. 05-1790 (RMU/JMF) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and LCvR 56.1, Defendant, James H. Billington, the Librarian of Congress, respectfully moves for summary judgment on the remaining discrimination and retaliation claims left in this case under Title VII of the 1964 Civil Rights Act, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), because there are no genuine issues in dispute and Defendant is entitled to judgment as a matter of law.

In support of this motion, Defendant respectfully refers the Court to the memorandum entered at Docket Entry No. 26 which also contains Defendant's Statement of Material Facts Not In Genuine Dispute ("DSMF").

Because this is a dispositive motion, Defendant has not sought Plaintiff's consent. See LCvR 7(m). A proposed order is attached.

Dated: November 1, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

        /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W - Room E4822.
Washington, D.C.  20530
(202) 514-7161
(202) 514-8780 (facsimile)

Of Counsel:
Julia Douds, Assistant General Counsel
Evelio Rubliella, Assistant General Counsel
Office of General Counsel, Library of Congress