UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDITH A. MANSFIELD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1790 (RMU/JMF) |
| | ) | |
| JAMES H. BILLINGTON, | ) | |
| LIBRARIAN OF CONGRESS | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**O R D E R**

This matter is before the Court on the parties' cross-motions for summary judgment on all remaining claims brought under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e et seq. Having carefully considered the motions and arguments, as well as the entire record, the Court finds that Plaintiff fails to demonstrate evidence that would allow a reasonable jury to find that either her sex or her prior EEO activity was a motivating factor in any of the challenged actions. Plaintiff's efforts to compare herself to her male colleagues fail to create any inference because she is not sufficiently similarly situated to them. In addition, the record establishes that the Library was acting with regard to Plaintiff's employment at a time when budget concerns heavily constrained and largely dictated the choices of its management. Accordingly, based on the material facts on which there is no dispute, Defendant has shown that it is entitled to judgment as a matter of law. For all these reasons, it is hereby

**ORDERED** that Plaintiff's motion for partial summary judgment is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's motion for summary judgment is **GRANTED**, and judgment shall be entered in favor of Defendant.

This is a final, appealable order.

_____                    _____
Date                                    RICARDO M. URBINA
                                        United States District Judge

Copies to Counsel of Record Through ECF