UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDITH A. MANSFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1790 (RMU) |
| | ) | Electronic Case Filing |
| JAMES H. BILLINGTON, | ) | |
| Librarian of Congress, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Index of Defendant's Exhibits**

| Exhibit | Description |
|---|---|
| Exhibit 1 | Declaration of Deanna B. Marcum |
| Exhibit 2 | Deposition of Deanna B. Marcum, February 13, 2007 |
| Exhibit 3 | Declaration of Dennis Hanratty, |
| Exhibit 4 | Deposition of Beacher J.E. Wiggins, January 30, 2007 |
| Exhibit 5 | Deposition of Judith B. Mansfield, April 17, 2007 |
| Exhibit 6 | Declaration of Beacher Wiggins, July 5, 2005 |
| Exhibit 7 | Deposition of Dennis Hanratty, January 31, 2007 |
| Exhibit 8 | Library of Congress Regulation 2017-2.1 |
| Exhibit 9 | Classifiers Report |
| Exhibit 10 | Deposition of Mark G. Dimunation, February 9, 2007 |
| Exhibit 11 | Deposition of Stephen J. Herman, January 31, 2007 |
| Exhibit 12 | 3/15/05 Letter from Plaintiff to Dr. James Billington |

| | |
|---|---|
| Exhibit 13 | Declaration of Jesse James, Jr. |
| Exhibit 14 | Library of Congress Regulation 2010-3.1 |
| Exhibit 15 | SF-50 Form for John D. Byum, Jr., May 20, 1985 |
| Exhibit 16 | SF-50 Form for John D. Byum, Jr., April 23, 1991 |
| Exhibit 17 | Memorandum from Judy Mansfield to Towanda McLeod, (Oct. 29, 2002) |
| Exhibit 18 | SF-50 Form for Mark Dimunation |
| Exhibit 19 | SF-50 for Steven J. Herman |
| Exhibit 20 | Evaluations of Judy Mansfield |
| Exhibit 21 | Affidavit of Judy Mansfield, January 25, 2006 |
| Exhibit 22 | Deposition of Stephen H. Perloff, April 18, 2007 |