# MARCUM
# DEPOSITION

MARCUM

0001
1              UNITED STATES COURT OF FEDERAL CLAIMS
2
3
4        ------------------------------X
5     JUDITH A. MANSFIELD,          :
6                        Plaintiff :   Civil Action
7              v.                   :   No. 05-472C
8     THE UNITED STATES OF AMERICA, :   Judge Williams
9                        Defendant  :
10       ------------------------------X
11
12
13              Deposition of DEANNA B. MARCUM
14                   Washington, D.C.
15               Tuesday, February 13, 2007
16                      10:00 p.m.
17
18
19
20    Job No.: 1-95858
21    Pages 1 - 226
22    Reported by:  Nancy Bond Rowland
0002
1              Deposition of DEANNA B. MARCUM, held at the
2     offices of:
3
4              Webster, Fredrickson & Brackshaw
5              1775 K Street, N.W.
6              Suite 600
7              Washington, D.C.
8
9              Pursuant to agreement, before Nancy Bond
10    Rowland, Registered Professional Reporter and Notary
11    Public in and for the District of Columbia.
12
13
14
15
16
17
18
19
20
21
22
0003
1                    A P P E A R A N C E S
2     ON BEHALF OF PLAINTIFF:
3          BRUCE A. FREDRICKSON, ESQUIRE
4          WEBSTER, FREDRICKSON & BRACKSHAW
5          1775 K Street, N.W., Suite 600
6          Washington, D.C.  20006
7          (202) 659-8510
8
9     ON BEHALF OF DEFENDANT:
10         DOUGLAS K. MICKLE, ESQUIRE
11         UNITED STATES DEPARTMENT OF JUSTICE
12         Commercial Litigation/National Courts
13         1100 L Street, N.W., Room 4062
14         Washington, D.C.  20005
15         (202) 307-0383
16

```
                                    MARCUM
17        JESSIE JAMES, JR., ESQUIRE
18        JULIA DOUDS, ESQUIRE
19        LIBRARY OF CONGRESS
20        101 Independence Avenue, S.E.
21        Washington, D.C.  20540
22        (202) 707-7464
0004
 1   ALSO PRESENT:  Ethan Stone
 2
 3
 4                   C O N T E N T S
 5   EXAMINATION OF DEANNA B. MARCUM              PAGE
 6        By Mr. Fredrickson                        5
 7        By Mr. James                            216
 8
 9
10                   E X H I B I T S
11              (Retained by counsel)
12   DEPOSITION EXHIBIT                           PAGE
13   25 - E-mail dated 5/4/04.                      48
14        Bates no. 155
15   26 - Letter dated 3/15/05.                   149
16        Bates no. 156
17   27 - Declaration of Deanna B. Marcum.        201
18        Bates no. 1 - 6
19
20
21
22
0005
 1                 P R O C E E D I N G S
 2                   DEANNA B. MARCUM
 3        having been duly sworn, testified as follows:
 4           EXAMINATION BY COUNSEL FOR PLAINTIFF
 5   BY MR. FREDRICKSON:
 6        Q    Could you state your name please?
 7        A    Deanna Marcum.
 8        Q    And do you work?
 9        A    Do I work?
10        Q    Yes.
11        A    Yes.
12        Q    Where do you work?
13        A    The Library of Congress.
14        Q    What's your position at the Library of
15   Congress?
16        A    I'm the associate librarian for Library
17   Services.
18        Q    Associate librarian --
19        A    For Library Services.
20        Q    -- for Library Services.  And for how long
21   have you had that position?
22        A    Since August 11th, 2003.  Three and a half
0006
 1   years.
 2        Q    What do you do in that position?
 3        A    I head the Library part of the Library of
 4   Congress.  The component parts are the Congressional
 5   Research Service, the Copyright Office, and the
 6   Library, and I'm the head of the Library.
 7        Q    Okay.  And how big a unit is the Library
 8   Services at the Library of Congress now?
 9        A    There are about 2,500 staff.
10        Q    And do you have an annual budget?
                                        Page 2
```

MARCUM

```
11      A   Yes.
12      Q   What's the approximate budget for Library
13  Services?
14      A   For Library Services about $200 million.
15      Q   Can you tell me a little bit more
16  specifically what your duties are as the associate
17  librarian for Library Services?  Give me the broad
18  overview, and I might pick up some detail from there.
19      A   Okay.  It is my job to think about the future
20  and position the 53 divisions within Library Services
21  to move into that future.  I set the policies.  I plan
22  the new activities.  I've led the strategic planning
0007
1   work.  I have five directors who report to me and a
2   deputy, and they then manage the 53 divisions.
3       Q   Okay.  And who do you report to?
4       A   To Dr. Billington, the librarian.
5       Q   At one point there was a deputy librarian?
6       A   Right.
7       Q   Is there a deputy librarian there now?
8       A   The deputy librarian retired.  There's a
9   chief operating officer, and I work very closely with
10  her, but my direct reporting relationship is to the
11  librarian.
12      Q   And when there was a deputy librarian, who
13  did you report to in that time frame?
14      A   That was a kind of joint reporting.  I met
15  with Dr. Billington every Thursday, and we went through
16  all of my agenda items.  I met with the deputy at his
17  request.
18      Q   Okay.
19      A   So the reporting box is the librarian of
20  Congress, deputy librarian, so I worked with both of
21  them.
22      Q   Okay.  And who was the deputy librarian?
0008
1       A   Donald Scott.
2       Q   Who is the COO?
3       A   Joanne Jenkins.
4       Q   And that's chief operating officer?
5       A   Chief operating officer.
6       Q   And who were the five directors that report
7   to you?
8       A   They are Dianne van der Reyden who is the
9   director of Preservation.  You want me to spell these
10  names?  Would that help you?
11      Q   Sure.
12      A   v-a-n d-e-r R-e-y-d-e-n.  She's the director
13  of Preservation.  Kathryn Mendenhall with a K,
14  K-a-t-h-r-y-n, Mendenhall is serving in an acting
15  position filling two directorates.  She is the acting
16  director for Partnerships and Outreach and the acting
17  director for Technology Policy.
18      Q   So Miss Mendenhall is the director for
19  Partnerships and Outreach, and she's also serving as
20  acting director for --
21      A   She's serving in an acting capacity in the
22  two.
0009
1       Q   Oh, in both?
2       A   Yes.  They're small directorates.
3       Q   Okay.  So Miss Mendenhall is the acting
4   director for Partnerships and Outreach and Technology
```

Page 3

MARCUM

5  Policy, did you say?
6      A    Right.  And those are two separate
7  directorates.
8      Q    Okay.
9      A    Beacher Wiggins is the director for
10  Acquisitions and Bibliographic Access.  And Jeremy
11  Adamson is the director for Collections and Services.
12      Q    Collections and Services?
13      A    Collections and Services.
14      Q    Okay.  Now, are these five directors all in
15  the senior level executive service for the Library of
16  Congress?
17      A    Yes.
18      Q    Okay.  So if I use the term SL --
19      A    I'll know what you mean.
20      Q    Okay.  I thought you might.  And are you an
21  SL employee?
22      A    Yes, I am.
0010
1      Q    Could you tell me a little bit about your
2  background before you came to the Library of Congress
3  as the associate librarian for Library Services?
4      A    I'll just give you a quick sketch.
5      Q    That will be great.
6      A    I became a librarian in 1971, completed my
7  degree from the University of Kentucky.  I was in
8  professional positions there from -- I started there in
9  1969.  I left in 1974.  I was in cataloging positions
10  while I was there.  I went to Vanderbilt University in
11  1974 as the director for Research and Development and
12  later became the associate librarian for Public
13  Services.
14      Q    For Public Services?
15      A    For Public Services.  Moved to Washington in
16  1977.  I was at the Association of Research Libraries
17  as a management training specialist.  I was there until
18  1981 when I became a program officer at the Council on
19  Library Resources, and then later became vice-president
20  of that organization.
21      Q    Just let me catch up here.  You started at
22  the Council on Library Resources, did you say?
0011
1      A    Right.
2      Q    And your first position was what?
3      A    Program officer.
4      Q    Program officer.
5      A    It was a foundation.  And then
6  vice-president.  And in 1989 I became the dean of the
7  Library School at Catholic University.  1993 I came to
8  the Library of Congress as director of Collections and
9  Public Services it was called then.
10      Q    Director of Collections and Public Services?
11      A    Yes.  And I was there for two years in that
12  position.
13      Q    Till 1995?
14      A    Uh-huh.
15      Q    Could you say yes or no instead of uh-huh.  I
16  understand you, but the record is just going to be
17  cleaner.
18      A    Yes.  I will say yes.
19      Q    Thank you.
20      A    In 1995 I became the president of two
21  foundations, the Council on Library Resources and the

Page 4

MARCUM

```
16        A    Right.
17        Q    And did each one have a director at the time
18   that you started?
19        A    Either a permanent director or an acting
20   director.
21        Q    And can you identify who the directors were
22   when you started in August of 2003?
0015
1         A    Preservation was the seventh.  I'm sorry.
2    Public Services went with Collections, and Preservation
3    was the seventh.  I knew if I thought about this long
4    enough.  Okay.  The director of Acquisitions was Nancy
5    Davenport.  The director of Cataloging was acting, Judy
6    Mansfield.  The director of General Collections and
7    Area Studies, there were two.  Let's see.  Stephen
8    James was the director of General Collections.  The
9    head of Special Collections was -- who was there.  I
10   think that was not filled at the time I was there when
11   I arrived.  Carolyn Brown was the head of Area Studies.
12        Q    Carolyn Brown?
13        A    Carolyn Brown.
14        Q    That's Area Studies?
15        A    Area Studies, yes.  Diane Kresh was head of
16   Collections and Public Services.
17        Q    Diane Kresh was head of what directorate?
18        A    Collections and Public Services, and that's
19   part of the general collection, so I guess that's --
20   I'm trying to go back and put that together.
21   Collections and Public Services was Diane Kresh, and
22   that included General Collections and Special
0016
1    Collections.  She was taking those two roles.  Carolyn
2    Brown was head of Area Studies.  And Mark Roosa was
3    head of Preservation.
4         Q    How do you spell Mark's name?
5         A    R-o-o-s-a.
6         Q    R-o-o-s-a?
7         A    Yes.
8         Q    Preservation director?
9         A    Right.  Correct.
10        Q    How about the Automation Group?
11        A    Susan Hayduchok.  I'm trying to think how to
12   spell Hayduchok.  H-a-y-d-u-c-h-o-k.
13        Q    Just so I understand it, I jotted down
14   Stephen James as the director for General Collections.
15        A    He was the head of the Humanities and Social
16   Sciences reading room.  He was not a director at the
17   time.  He retired very soon after I arrived, but he was
18   the head of the reading room.  So let me go through the
19   list again.  I think I have it straight now.
20        Q    Okay.
21        A    Nancy Davenport, Acquisitions.  Judy
22   Mansfield was acting.
0017
1         Q    Acting director for Cataloging?
2         A    Acting director for Cataloging.  Diane Kresh
3    was acting director for Collections and Public
4    Services, and that included the General Collections and
5    Special Collections.  Susan Hayduchok was the
6    Automation head.  Mark Roosa, the director of
7    Preservation.
8         Q    All right.  I think I've got it.
9         A    I think that's correct.
```

Page 6

MARCUM

```
10        Q    What was Mr. Wiggins' job when you came on
11   board in August of 2003?
12        A    He had been the acting associate librarian
13   for Library Services.
14        Q    He had been the acting associate librarian,
15   the job that you came into in August of '03?
16        A    That's correct.  Right.
17        Q    So when you started as associate librarian
18   for Library Services, what job did Mr. Wiggins then
19   assume?
20        A    I made him the deputy associate librarian.
21        Q    And how long did Mr. Wiggins serve in that
22   job?
0018
1         A    Until we realigned the directorates, and that
2    was the following year.
3         Q    Can you be more specific as to when the
4    realignment took place?
5         A    It went into effect in September of 2004.  I
6    think that's the date.
7         Q    Okay.  So Mr. Wiggins was the deputy
8    associate librarian until September of 2004?
9         A    Correct.
10        Q    Okay.  Just to sort of finish the picture
11   here, Nancy Davenport, did she remain the director of
12   Acquisitions until the reorganization in September of
13   2004?
14        A    Until I think it was June or July.  She left
15   to become the president of the Council on Library and
16   Information Resources, the job I had vacated.  We just
17   switched.
18        Q    I have a feeling it's a small world we're
19   talking about.
20        A    It is a small world.
21        Q    Okay.  And Miss Mansfield, did she remain the
22   acting director for Cataloging until September of 2004?
0019
1         A    Yes.
2         Q    And Miss Brown, did she remain the director
3    for Area Studies Collections until September of 2004?
4         A    Yes.  I hope that's the right date.  I'm not
5    absolutely certain of that date, but it's close.
6         Q    Okay.  I've got some documents we're going to
7    get to later on, and if you think it's otherwise, let
8    me know during the course of the deposition, and we can
9    try to pinpoint it a little more finely.
10        A    All right.
11        Q    I'm just trying to get the -- Well, enough
12   said.
13        A    Yes.
14        Q    And Miss Hayduchok, did she remain the
15   Automation Group director until September of 2004?
16        A    Yes, and then she retired soon thereafter.  I
17   think she retired in December 2004.  It was right after
18   the realignment.
19        Q    And Diane Kresh, did she remain the director
20   for Collections and Public Services until September of
21   2004?
22        A    Shortly before that, shortly before the
0020
1    realignment she was transferred to the Veterans History
2    Project.
3         Q    Do you remember when that was when she
```

Page 7

MARCUM

19  Access is the largest.  Collections is second, and
20  those are only the people cost in Collections and
21  Services.  There is a separate $13 million
22  appropriation for acquisitions for the books we buy.
0045
1  Third is Partnerships and Outreach.  Technology Policy
2  is fourth.  And Preservation is fifth.
3      Q   What sort of document would there be in
4  existence today which reflect the various budgets
5  broken out by directorate as of fall 2004?
6      A   I have all of those records in my office.  I
7  could certainly provide them.  That would be better
8  than relying on my terrible memory for those things.
9      Q   So these would be contemporaneous records of
10  what the budgets were in the fall of 2004, for example?
11      A   Right.  We have those budgets.
12      Q   All right.  Bear with me a minute.
13          Now, as a part of the reorganization that
14  occurred in 2004, did you contemplate using assistant
15  directors as well as directors in the new organization?
16      A   I was concerned that I had created two very
17  large directorates in this realignment.  By combining
18  Acquisitions and Cataloging pretty much doubled the
19  number of people in one directorate.  And in
20  Collections and Services I combined Area Studies,
21  General Collections, and Special Collections.  So I
22  talked with the directors about looking at their chiefs
0046
1  in the directorates and asking some number of them to
2  take on collateral duties as assistant directors.
3      Q   Okay.  Who was involved in the process of the
4  discussion concerning the creation of these assistant
5  directors?
6      A   At the time that decision came, Robert Dizard
7  was the deputy of associate librarian, and he and the
8  directors and I discussed that possibility.
9      Q   When you say the directors, you're referring
10  to the seven directors?
11      A   I'm referring to the five.
12      Q   The five.  Okay.
13      A   Yes.
14      Q   When did you determine that there would be
15  five directors, five directorates?
16      A   That was all part of the realignment
17  discussion that had taken place earlier in the year,
18  and then we agreed on the five, and then after they
19  were in place we began the discussion of assistant
20  directors.
21      Q   Okay.  When did Mr. Dizard start with the
22  Library of Congress?
0047
1      A   July of 2004.
2      Q   So right in the midst of this reorganization
3  process?
4      A   Yes.  Just as we were finalizing the
5  directorates.
6      Q   Okay.  Let me see if I find a document to
7  pinpoint the time.
8          MR. JAMES:  Would this be a good time to
9  break?  We've been going for about an hour.
10          MR. FREDRICKSON:  Sure.
11          (Recess)
12          (Questions and answers read)

Page 17

MARCUM

0064
```
 1    the arrangement he was proposing is that it looked as
 2    if he was trying to keep Cataloging and Acquisitions
 3    separate.  So I wanted assurance that however he put
 4    this together, that my goal of streamlining,
 5    simplifying, making better use of the information we
 6    had would be realized, and he assured me that that was
 7    the case.
 8         Q    Okay.  And did you agree with Mr. Wiggins
 9    that it would be fine for him to serve as the assistant
10    director for Acquisitions?
11         A    I agreed to it.
12         Q    Okay.  Did you respond to Mr. Wiggins telling
13    you that he wanted the assistant director to be a
14    permanent position?
15         A    I told him I could not do that.
16         Q    Okay.  Did you explain why?
17         A    Two reasons:  I was not at all certain that
18    this was the right organizational structure.  I had
19    told the staff in other communications with them that
20    in the realignment we would try this new arrangement,
21    and we would see how it worked.  That my main goal was
22    to define new ways of doing the Library's work, and I
```
0065
```
 1    thought this was the organizational structure that
 2    would allow us to achieve our goals; but if it wasn't,
 3    we would make changes.  I didn't want to set an
 4    organizational structure in stone before I saw how it
 5    was actually going to work because we had made
 6    significant changes in the directorates.
 7              My second reason was financial.  The first
 8    thing I learned within a month after I arrived in 2003,
 9    I learned that I had no money other than personnel
10    money.  It took an incredible amount of work to figure
11    out what money was actually available, and when I did
12    the analysis of the budget, I learned that Mr. Wiggins
13    had hired 64 catalogers during his acting tenure as
14    associate librarian for Library Services.  He had hired
15    64 new catalogers without any increase in the budget.
16    So all of those positions had to be covered by the
17    existing budget.
18              He had also created new ladders for all of
19    the catalogers meaning that all of them instead of
20    being in the GS-9 to 12 series had an additional
21    potential of going to a GS-13.  And virtually all of
22    the people, they had all been there for a long time,
```
0066
```
 1    they all qualified for this increase, and all of those
 2    had to be covered with a flat budget.
 3              When I had spoken with Dr. Billington and
 4    General Scott about my plans to realign the
 5    directorates, I had told them that I would do it
 6    without adding new positions, that I would work within
 7    the structure I had.  So I was not willing to create
 8    permanent positions for the assistant directors for two
 9    reasons.
10         Q    Is this the part of the conversation you had
11    with Mr. Wiggins still?
12         A    Yes.
13         Q    Okay.  Go ahead.
14         A    That's it.
15         Q    Oh, that was it?
16         A    Yes.  I was just summarizing.  Those were the
```
Page 24

MARCUM

17  two reasons.
18      Q    I thought you had slipped into what you told
19  the librarian and deputy librarian, that's why I sort
20  of interjected there.
21      A    No.  I told them that I would not add
22  positions, that I would not create new positions, that
0067
1   I would work with the number of staff we had.
2       Q    Okay.  To see if I've got a grip on what
3   you've told me, when you spoke to Mr. Wiggins about his
4   desire to have assistant director as a permanent
5   position, you told him that you weren't certain about
6   the organizational structure, and you were concerned
7   about the finances?
8       A    Correct.
9       Q    Okay.  What did Mr. Wiggins say in response
10  to those reasons?
11      A    He was looking at the cost from it's not that
12  much from the GS-15 position Miss Mansfield now holds
13  to a senior level position.  He saw it as a small
14  increment.  I saw it as simply one of many things that
15  had happened in Library Services to increase the
16  overall personnel budget over time, and I did not want
17  to continue that pattern until I had a much better
18  grasp of the budget.
19      Q    Did you talk numbers with Mr. Wiggins about
20  the cost of making Miss Mansfield a senior level
21  employee?
22      A    No.
0068
1       Q    What did you --
2       A    He simply said it wouldn't cost that much.
3   It's not that much.  We talked in those terms.
4       Q    Just focusing on making Judy Mansfield an SL,
5   this time frame where you're having discussions about
6   the assistant director, in your view how much would it
7   cost just that position?
8       A    It would have been probably $3,000 or so a
9   year in our annual salary, but being in a senior level
10  position also puts the employee in an -- Let's see what
11  we call it.  There is a Performance Review Board that
12  evaluates the bonuses for the senior level people.  So
13  it could have been based on her performance a good bit
14  more per year.
15      Q    Meaning in the order of magnitude of $5,000
16  to $10,000?
17      A    Probably.
18      Q    So the total cost of making Miss Mansfield an
19  SL employee in this time frame would have been $3,000
20  or thereabouts in salary plus you believe something in
21  the order of magnitude of $5,000 to $10,000 in
22  additional bonus money?
0069
1       A    Yes, that's correct.
2       Q    So the order of magnitude for making her an
3   SL would have been about $8,000 to $13,000 per year?
4       A    Something like that.
5       Q    Okay.
6       A    But the other issue that we had to face is
7   that I am not allowed to make somebody a senior level.
8   If we were going to have a senior level position, that
9   would have to be created and posted and people would
10  have to apply for it.  You can't just move somebody

Page 25

MARCUM

11  from a 15 to a senior level.
12      Q   I understand that.  I was just trying to
13  pinpoint the cost.  You think in this time frame the
14  cost of making Judy Mansfield an SL would have been
15  around $8,000 maybe to as much as $13,000 per year, is
16  that right?
17      A   Yes.
18      Q   All right.  Did you have any discussion with
19  Miss Mansfield at any point concerning her possibility
20  of becoming an SL employee?
21      A   No.
22      Q   Did you discuss with Mr. Dizard the
0070
1  possibility of making Judy Mansfield an SL employee at
2  any point?
3      A   No.
4      Q   Did you discuss with Mr. Scott the
5  possibility of making Judy Mansfield an SL employee at
6  any point?
7      A   No.
8      Q   Did you discuss with the librarian, is it
9  Dr. Billingham?
10      A   Dr. Billington.
11      Q   Billington.  I should know that.  Did you
12  ever discuss with Dr. Billington the possibility of
13  making Judy Mansfield an SL employee?
14      A   No.
15      Q   Did you ever discuss with is it Teresa Smith,
16  the HR director?  Was she the HR director in this time
17  period?
18      A   Yes.
19      Q   Did you ever discuss with Teresa Smith the
20  prospect of making Judy Mansfield an SL employee?
21      A   Yes.
22      Q   And when did you have that discussion?
0071
1      A   I don't know the date.  It was probably in
2  the fall of 2003.
3      Q   Was it a single discussion you're thinking of
4  or was it a series of discussions?
5      A   I had one discussion with her about it, Miss
6  Smith.
7      Q   Okay.  And how long did that discussion last?
8      A   30 minutes.
9      Q   And can you be more specific as to when in
10  time it was you had this discussion with Miss Smith?
11      A   I'm guessing it was late October, early
12  November of 2003, but that is only a guess.  Mr.
13  Wiggins had --
14      Q   Well, I was just trying to pinpoint a time
15  frame.
16      A   Okay.  All right.
17      Q   Is there some way you can think of that you
18  can pinpoint it more specifically?
19      A   I could go back to my records in my office.
20      Q   What records would you have that would help
21  pinpoint when it was that you spoke to Miss Smith about
22  Miss Mansfield becoming an SL?
0072
1      A   I spoke about three of the Cataloging
2  Division chiefs.  It was not just Miss Mansfield.
3      Q   Okay.  What records would you have that would
4  help you pinpoint that, the timing?

Page 26

MARCUM

```
 5          A    Mr. Wiggins had submitted a proposal to Human
 6    Resources for upgrading three positions to senior
 7    level.  Those had been submitted before I arrived.  I
 8    did not know that they had been submitted.  I learned
 9    this subsequently.  Miss Smith called me to ask if we
10    could discuss the proposal for an upgrade to senior
11    level for the cataloging chiefs, and I went to meet
12    with her at her request, and then she sent a memo to
13    Mr. Wiggins saying we had discussed this.  I had
14    decided not to proceed with the proposal to upgrade
15    these positions, and she was sending the paperwork that
16    had been submitted back to Cataloging.  I could find
17    that memo that she sent, and so I could pinpoint the
18    date that way.
19          Q    I think I have it.  Let me see if I can put
20    my hands on it if you don't mind.
21          A    Okay.
22          Q    I'm going to hand you what's been marked as
0073
 1    Plaintiff's Exhibit Number 6, and I'll ask you to
 2    examine it.  Have you had a chance to look at
 3    Plaintiff's Exhibit Number 6?
 4          A    Yes.
 5          Q    Plaintiff's Exhibit Number 6 is a memo from
 6    Teresa Smith, the director of Human Resources, to
 7    Beacher Wiggins who was then acting deputy associate
 8    librarian for Library Services dated April 8th, 2004,
 9    is that right?
10          A    Yes.
11          Q    Have you seen Plaintiff's Exhibit Number 6
12    before?
13          A    I don't know if I've seen this.  She sent me
14    a copy of something like this, but I'm not sure I've
15    seen this one.
16          Q    Okay.  Well, having had a chance to look at
17    Plaintiff's Exhibit Number 6, it says "Based on a
18    recent conversation with Deanna Marcum, the decision
19    was made that GS-14 and GS-15 division chief and
20    assistant chief positions will not be upgraded, and no
21    further action will be taken at this time.  We are
22    returning the position descriptions to you for your
0074
 1    records."
 2          A    Yes.
 3          Q    That sounds like the memo that you described
 4    earlier that would help you pinpoint when in time this
 5    conversation with Miss Smith occurred?
 6          A    Yes.
 7          Q    Does it?
 8          A    Yes.
 9          Q    When did you have your conversation with Miss
10    Smith concerning the possibility of upgrading the
11    division chief positions in the Cataloging Division?
12          A    Well, it must have been in late winter or
13    early spring 2004.
14          Q    The memo is dated April 8th.  I wouldn't
15    think that would be winter.
16          A    It could have been February, March.
17          Q    It says here "Based on a recent conversation
18    with Deanna Marcum."
19          A    I don't know when I had the conversation.  I
20    don't know the date.  I know this came within a few
21    weeks after that conversation.
```

Page 27

MARCUM

22      Q    And you believe you have a memo that Miss
0075
1    Smith sent to you that reflects the same information?
2        A    Yes.
3            MR. FREDRICKSON:  I don't believe I've seen
4    that.  I don't know if you know if you've produced
5    that, but I would like to have a copy of that document.
6    Is there any chance we could see it before we finish
7    today?  It might help us pinpoint the date.
8            MS. DOUDS:  I can try.
9            THE WITNESS:  I can call my office and tell
10   them where to look for it.
11           MR. FREDRICKSON:  That would be great.  I'd
12   appreciate that.
13   BY MR. FREDRICKSON:
14       Q    I think we've got a rough sense of when the
15   meeting took place with you and Miss Smith.  You're
16   saying late winter, early spring 2004, is that right?
17       A    Yes.
18       Q    And what do you remember Miss Smith saying to
19   you in that meeting?
20       A    She wanted to make sure I knew about these
21   requests because they had come directly to her and
22   hadn't come through my office.  They had gone to her
0076
1    before I was there, and she just wanted to make sure I
2    knew about them.
3            We talked about her concern that a lot of new
4    senior level positions were being created, and she
5    wondered if we ought to have some kind of review
6    process so that people from other parts of the Library
7    were involved in making decisions about senior level
8    people.  So that was a good part of the discussion, how
9    we should proceed with this sort of request.
10           I told her that I didn't want to make any
11   decisions about senior level positions in any part of
12   Library Services until I better understood the kind of
13   organizational structure we were going to need and then
14   take a look at what was required and what sort of
15   person needed to be in that position.  So I asked her
16   to make no decision on these particular requests.
17       Q    Did you know in the spring of 2004 that the
18   Library had engaged a classification specialist to
19   examine the Cataloging Division chief positions the
20   prior year, that is 2003?
21       A    I learned that in the process of this
22   discussion.
0077
1        Q    Miss Smith told you that?
2        A    Yes.
3        Q    So am I right that Miss Smith told you that
4    the Library had engaged a classifier to examine the
5    division chief positions back in the spring of 2003 --
6        A    Correct.
7        Q    -- to determine whether or not they were
8    properly classified?
9        A    Yes.
10       Q    And did Miss Smith tell you that three of the
11   division chief positions within the Cataloging
12   Directorate should be classified at the SL level?
13       A    She told me that this had happened.  She
14   showed me the work that had been done.  And she also
15   told me that there had been enormous pressure on this
                              Page 28

MARCUM

16  person from the cataloging directorate and from Mr.
17  Wiggins to bring everyone up to the senior level, and
18  that she was not quite certain how to deal with this
19  any longer, that it was a kind of constant refrain and
20  wondered how I felt about it.
21       Q   I'm not sure that you quite answered my
22  question because I wanted to know whether or not Miss

0078

1   Smith told you in this conversation that the classifier
2   the Library had hired determined that three of the
3   division chief positions should be rated at the SL.
4   Did you learn that in that meeting?
5       A   Yes, I did.
6       Q   Okay.  And one of the positions that the
7   classifier thought ought to be rated an SL level was
8   the position formerly held by Judy Mansfield, is that
9   right?
10      A   That's correct.
11      Q   The chief of the Arts and Sciences Cataloging
12  Division, is that right?
13      A   Correct.
14      Q   Do you recall the other division chief
15  positions that the classifier determined should be
16  classified at the SL level?
17      A   One was a vacant division chief position.
18      Q   What was that chief position?
19      A   It was the Social Sciences Division.  And the
20  other was Jeffrey Heynen's position, and I'm not sure
21  what that division was called at the time.  I just
22  don't remember.

0079

1       Q   Do you know the content of the division's
2   work, the division that Mr. Heynen headed up?
3       A   Yes.  I think it was History, and they had
4   divided the cataloging responsibilities by subject
5   area, and it was one of the subject areas in
6   Cataloging.
7       Q   Did you review the report prepared by the
8   classifier that the Library hired to do the
9   classification review?
10      A   I scanned it in Miss Smith's office.
11      Q   So the classifier's report prepared at the
12  Library's request had never been shown to you before
13  the meeting you had with Miss Smith in late winter,
14  early spring 2004, is that right?
15      A   It's conceivable that -- I think Beacher
16  had -- Mr. Wiggins, excuse me -- had talked about this
17  with me, but I had not seen the report until that time.
18      Q   Until the meeting with Miss Smith?
19      A   That's correct.  I believe that's the case.
20      Q   Okay.  You say you scanned.  What do you mean
21  by that?  You read it or you read it quickly?
22      A   I read it quickly.

0080

1       Q   So you did read the classifier's report at
2   the meeting with Miss Smith?
3       A   Yes.
4       Q   Did you say anything to Miss Smith about the
5   classifier's report?
6       A   No.
7       Q   Did Miss Smith say anything to you about the
8   classifier's report in the meeting?
9       A   Only what I told you before, that she was
                          Page 29

MARCUM

19  Acquisitions.  Who was that?
20      A    Actually that's a double count because she
21  was the director, Nancy Davenport.  So I don't believe
22  there are any other senior level positions in
0108
1  Acquisitions.  There weren't at the time.
2      Q    Okay.  Then you said there was a single SL
3  Center for the Book, right?
4      A    Uh-huh.
5      Q    You have to say yes or no if you would
6  please.
7      A    Yes.
8      Q    A single senior level publications officer
9  was it?
10      A    Director of the Publishing Office.
11      Q    Okay.  And about 20 senior levels within the
12  Special Collections, General Collections, and Area
13  Studies.  Is that about right?
14      A    That's approximately right.
15      Q    So you had about 34 senior level employees
16  within Library Services when you started in August of
17  2003.  Does that seem right to you?
18      A    That's about right, yes.
19      Q    And has that number changed over time from
20  2003 to the present?
21      A    I have added no senior level positions.
22  There have been a few retirements we have not filled.
0109
1  So there are fewer now than there were.
2      Q    Okay.  And how many senior level employees
3  have retired within Library Services since you came on
4  board?
5      A    This is where I need my records.  I don't
6  know.  Let me try to think about that.  John Byrum has
7  retired.  Susan Vita has been transferred to the Music
8  Division chief.
9      Q    Is that outside Library Services?
10      A    It's in Library Services, but it's outside
11  the cataloging area.
12      Q    So Miss Vita is still with the Library of
13  Congress in Library Services, and she's still SL?
14      A    Yes.
15      Q    Okay.
16      A    John Newsom who was the head of the Music
17  Division and senior level person has retired.  I'm
18  trying to go through the list and think about other
19  people who have retired.  The head of the European
20  Division has moved out of Library Services into another
21  area of the Library.
22      Q    Who's that?
0110
1      A    John Vanoudenaren.  I'll have to spell that
2  for you.  V-a-n-o-u-d-e-n-a-r-e-n.
3      Q    So he's still with the Library, no longer
4  with the Library Services?
5      A    That's correct.
6      Q    And still an SL?
7      A    Yes.
8      Q    And is there a new European Division chief?
9      A    No.  That's a rotating position, and we
10  haven't named a chief in European.
11      Q    What was Mr. Newsom's, was that in the Music
12  Division, did you say?

Page 40

MARCUM

18    Q   Okay.  Turn if you would to the next column
19 to the right there where it says Collections and
20 Services at the top.  Do you see that?
21    A   Yes.
22    Q   And then it has Carolyn Brown, director,
0119
1 listed right underneath that.  Do you see that?
2    A   Yes.
3    Q   So Carolyn Brown was the director for
4 Collections and Services, correct?
5    A   Correct.
6    Q   Was that called a directorate, Collections
7 and Services, is it Collections and Services a
8 directorate?
9    A   These were simply divisions within the
10 directorate.  So we had clustered the General
11 Collections and Services, the Collections Management in
12 another cluster, and Special Collections and Services
13 in another.
14    Q   Okay.  My question is probably a little
15 narrower than maybe you interpreted it.  I was just
16 trying to figure out what that was called, the unit
17 called Collections and Services.  Did it have a title?
18 Was it called a directorate?
19    A   It wasn't called anything.
20    Q   Nothing?  Just Collections and Services?
21    A   Right.
22    Q   Okay.  All right.  And I gather that there
0120
1 were two assistant directors in the Collections and
2 Services, is that right?
3    A   That's correct.
4    Q   One was Steve Herman, assistant director for
5 Collections Management?
6    A   Yes.
7    Q   And the other was Mark Dimunation, assistant
8 director for Special Collections and Services, is that
9 right?
10    A   Correct.
11    Q   Now, did you appoint Mr. Herman and Mr.
12 Dimunation or did someone else?
13    A   Carolyn Brown made the ultimate decision.  I
14 talked to many of the chiefs about their interests in
15 taking on collateral duties.  So I had spoken with both
16 Mr. Herman and Mr. Dimunation about their willingness
17 to take on additional roles.
18    Q   Do you remember your meeting with Mr. Herman?
19    A   When we talked about this topic?
20    Q   Yes.
21    A   I can't remember the specific meeting.  I can
22 remember some of the things we talked about.
0121
1    Q   Okay.  And would this have been in the spring
2 of 2004 that you had these discussions with Mr.
3 Herman --
4    A   Yes.
5    Q   -- about the possibility of becoming the
6 assistant director for Collections Management?
7    A   Correct.
8    Q   Okay.  Do you think that there was more than
9 one discussion or you just can't see that in your mind?
10    A   I can't tell you specifically how many
11 meetings we had.  There were probably a couple of
Page 44

MARCUM

12  discussions, but I honestly don't know.
13      Q   I gather you can remember some of the content
14  of what you said to Mr. Herman and what he said to
15  you --
16      A   I do.
17      Q   -- when you were contemplating the idea of
18  Mr. Herman being assistant director for Collections
19  Management, is that right?
20      A   Yes.
21      Q   Tell me what you said to Mr. Herman about the
22  assistant director position.
0122
 1      A   I explained the overall aspiration to create
 2  these five directorates, recognizing that two of the
 3  directorates would be very large, and talked about at
 4  least thinking about the possibility of creating these
 5  coordinating positions as assistant director.  He was
 6  interested in knowing more about reporting
 7  relationships, the specifics of reporting
 8  relationships.  I tried to explain the coordinating
 9  role of these, not the reporting role.  Talked about
10  how difficult it was to bring -- Because general
11  Collections and Services had been one directorate,
12  Special Collections had been another, Area --
13      Q   Hold on for a second.  Could you say that
14  again please so I can process it?
15      A   The General Collections and Services had
16  reported to Diane Kresh earlier in a separate
17  directorate, Special Collections had also reported to
18  Diane Kresh, but Area Studies had been in the
19  directorate of Carolyn Brown.  So we talked about how
20  hard it was for any one person to be able to cover all
21  of these things successfully and really talked to him
22  about his willingness to help Carolyn Brown manage this
0123
 1  very big directorate.
 2      Q   And what was Mr. Herman's reaction to the
 3  idea of being assistant director?
 4      A   He liked the idea.  He's a fairly linear
 5  person.  He wanted more details than I could give him
 6  at the time.
 7      Q   Okay.  I told you earlier I like to learn, so
 8  what do you mean when you say a linear person?
 9      A   A linear person?  He likes to see the full
10  picture, and he likes to know how all the lines are
11  drawn.  And I'm not so linear.  So we had an
12  interesting discussion about being a little more
13  flexible in Library Services than we had been in the
14  past.  I was looking to see how flexible he was willing
15  to be.
16      Q   When you say flexible, what do you mean by
17  that?
18      A   Was he willing to experiment with new ways of
19  doing things.  Was he willing to really think hard
20  about how things might be done differently rather than
21  maintaining the status quo.  And because I was still
22  fairly new, I needed to know him better.
0124
 1      Q   Did you suggest the idea of Steve Herman
 2  being the assistant director?
 3      A   To Carolyn Brown?
 4      Q   Right.
 5      A   Yes.

Page 45

MARCUM

6    Q   Okay.  Why did you suggest Steve Herman?
7    A   He has such a long history of where the
8  collections are.  He knows all about the storage
9  arrangements.  He knows about the security
10 arrangements.  He has been deeply involved in
11 collection security.  That was an area Miss Brown did
12 not have, and I thought he would really complement what
13 she knew.
14    Q   Okay.  And what else did you discuss with Mr.
15 Herman?
16    A   I don't know if we discussed in those early
17 meetings or afterwards, his involvement in the
18 directors meeting was an important issue for him.  He
19 wanted to make sure the assistant directors had a seat
20 at the table.
21    Q   Did Mr. Herman explain why that was
22 important?
0125
1    A   Not to my recollection.
2    Q   I've never worked at the Library.  Is that
3  important?
4    A   Well, you know, I'm still an outsider at the
5  Library in so many ways.  My perception is that having
6  a seat at the table is a very big deal for everybody
7  there.  It's just such a big organization.  It's a
8  complex organization.  And many people worry that they
9  are not heard because it's just so hard to have that
10 human contact.  So my perception is it's always an
11 issue there.
12    Q   Okay.  And did you assure Mr. Herman that
13 he'd have a seat at the table?
14    A   I assured him that he would have a seat at
15 the table most of the time, but I also made sure he
16 understood that the assistant directors were not
17 directors, and that there's a policy role for directors
18 that I was not going to delegate to anyone else, and
19 that there would be times when we would meet separately
20 as directors.
21    Q   Okay.  Do you remember anything else about
22 your discussion with Mr. Herman?
0126
1    A   I don't think so.  I don't remember other
2  specifics.
3    Q   Did you tell Mr. Herman that the position of
4  assistant director would have a limited duration or
5  anything like that?
6    A   I had told everyone I talked to that this was
7  an experiment on my part, and that I was making these
8  positions collateral duty in large part because I
9  wasn't certain that this was the right structure.  I
10 didn't know how well the staff would react to this
11 coordinating arrangement.  I didn't know.
12    Q   Well, am I right in thinking that you did not
13 convey to Mr. Herman that this is an assistant director
14 position and you're only going to be in it for three
15 months or six months?
16    A   No, not at all.
17    Q   You didn't do anything like that?
18    A   No, I didn't.
19    Q   It was open-ended?
20    A   It was open-ended.
21    Q   Now, when you use the term experiment with,
22 what did you mean?

Page 46

MARCUM

0127
1     A    This was my first step in making some
2   organizational change in the service unit, and I was
3   concerned that these two directorates were very large,
4   and I knew that a lot depended upon the directors
5   having good collaboration and coordination with either
6   all of their division chiefs or assistant directors.  I
7   knew they would need help of some kind.  I didn't know
8   if that help was going to come best from the division
9   chiefs or from this coordinating level of assistant
10  director.  I just didn't know the answer to that.
11    Q    Okay.  And you've used the term several times
12  now collateral duties.  What did you mean by that?
13    A    That their positions were in their division
14  chief positions, but I was asking them to take on
15  collateral, additional duties, to help the director
16  with coordinating the activities of the directorate.
17    Q    Okay.  Turn if you would to page 1 of
18  Plaintiff's Exhibit Number 13.  I wanted to direct your
19  attention to the fourth paragraph down.
20    A    Yes.
21    Q    It says there "Directors have made decisions
22  about the assistant directors," and it says in
0128
1   parentheses "all of whom have collateral division chief
2   duties."
3     A    Yes.
4     Q    What did you mean by that phrase all of the
5   assistant directors would have collateral division
6   chief duties, what did you mean by that?
7     A    That they were division chiefs in addition to
8   being assistant directors.
9     Q    So they had both roles?
10    A    They had both roles.
11    Q    Okay.  And am I right that Beacher Wiggins
12  became the acting assistant director for Acquisitions?
13    A    Correct.
14    Q    And that was his own choice?
15    A    That was his choice.
16    Q    Okay.  And did you have any meetings with Mr.
17  Dimunation regarding the assistant director position?
18    A    Yes.  I had the same kind of conversation
19  with him that I had with Mr. Herman.
20    Q    Can you describe what you said to Mr.
21  Dimunation and what he said to you in the meetings that
22  you had with him concerning the assistant director
0129
1   positions?
2     A    I had spoken with Mr. Dimunation very early
3   in my thinking about the possibility of being the
4   director of Collections and Services, and we had
5   concluded I think mutually that he is such a wonderful
6   specialist -- he's a rare book specialist and deeply
7   involved in that field -- that it would be a waste for
8   him to spend all of his time on management.
9     Q    So you had him in mind for the position that
10  Miss Brown actually got?
11    A    Originally, yes.
12    Q    I see.  He wanted to do less management, more
13  what?
14    A    The dilettante work that he does.  He's
15  interested in everything.  He really wanted to be more
16  involved with scholars, with poets, with rare book
                              Page 47

MARCUM

11        A    It was not a conversation, but in one of the
12   division chiefs meetings which I had once a month, I
13   meet with all the 53 division chiefs, and in one of
14   those meetings she asked the question would there be
15   position descriptions for the assistant directors, but
16   that's the only other question I recall from her about
17   the role.
18        Q    Do you remember when that meeting took place,
19   the division chiefs meeting?
20        A    I don't.  It was not long after this chart
21   was released, and I think there were a fair number of
22   questions among staff about the reporting
0133
1    relationships, were they reporting to assistant
2    directors or were they reporting to directors, and in
3    the context of that discussion is when I recall her
4    asking the question about will there be a position
5    description.
6         Q    Do you have somebody on your staff by the
7    name of Jim Carroll?
8         A    Yes.
9         Q    What does Jim Carroll do?
10        A    Jim has now retired.  He was the head of
11   Administrative Services for Library Services.
12        Q    And did you ask Jim Carroll to put together
13   position descriptions for the assistant director
14   positions?
15        A    I believe Beacher asked Mr. Carroll to put
16   together those position descriptions.
17        Q    And you don't recall doing that?
18        A    I don't.
19        Q    And were position descriptions prepared by
20   Mr. Carroll for the assistant director positions?
21        A    It's interesting.  The only thing I know
22   about the assistant director positions is that Beacher
0134
1    Wiggins gave me a position description that he thought
2    would be useful in Miss Mansfield's case.
3         Q    Okay.  Do you remember when that was?
4         A    I think all we really determined is that I'm
5    not good at dates.
6         Q    Well, I hope we've accomplished more than
7    that, but let me see if I can put my hands on it
8    because I think I have that, if you'll bear with me a
9    moment.
10             Let me hand you what's been marked as
11   Plaintiff's Exhibit Number 9 in a previous deposition.
12   Have you had a chance to look at Plaintiff's Exhibit
13   Number 9?
14        A    Yes.
15        Q    Plaintiff's Exhibit Number 9 appears to be an
16   e-mail from Mr. Wiggins to you with the handwritten
17   date of January 12th, 2005 concerning a position
18   description for the assistant director for Acquisitions
19   and Bibliographic Access, is that right?
20        A    I don't think it was an e-mail; but other
21   than that, yes.
22        Q    You don't think that's an e-mail?
0135
1         A    I think he brought this to me in one of our
2    regular meetings.
3         Q    Okay.  So it's a memo that he prepared, a
4    short memo he prepared, by which he transmitted a
                         Page 49

MARCUM

10  there were others.
11       Q    Can you place in time when it was in relation
12  to your receipt of the document that's been marked as
13  Plaintiff's Exhibit Number 9?
14       A    It was a few weeks after receiving this.  I
15  just put it in a folder for a while.
16       Q    Was there any particular reason you did that?
17       A    I thought I had been clear enough already
18  with Mr. Wiggins that I was not going to make this
19  decision right away.  So I just put it in a folder.
20       Q    Okay.  So when did you have the meeting?  Was
21  it a few weeks later, is that what you're saying?
22       A    Yes.
0144
1        Q    Where did the meeting take place?
2        A    In my office.
3        Q    And what did you say to Mr. Wiggins and what
4   did he say to you?
5        A    He asked where I stood with the position
6   description, and I reiterated that I was not ready to
7   make decisions about the assistant directors.  I didn't
8   want to create a position description.  I left it as
9   collateral duty quite intentionally.  That after we had
10  some experience with this organizational structure if
11  this seemed to be working, then all of the directors
12  would sit down and figure out how assistant directors
13  would be used.
14            What he was proposing for Miss Mansfield was
15  very different from the way assistant directors were
16  being utilized in Collections and Services, and I
17  didn't want to create this position for one person, and
18  I didn't think it was time to create these as formal
19  organizational structures.
20       Q    I just want to see if I heard you right.  Am
21  I correct that you said Mr. Wiggins was using the
22  assistant director position within Acquisitions and
0145
1   Bibliographic Access in a manner that was different
2   than I gather Miss Brown used assistant directors
3   within Collections and Services, is that right?
4        A    Yes.
5        Q    And what did you mean by that?
6        A    What I meant by that is that he in having
7   Miss Mansfield serve as the assistant director for
8   Bibliographic Access, he was really continuing her role
9   as acting director for Cataloging, and he was not using
10  her in this more coordinating role that I had imagined
11  the directors would use.
12       Q    Okay.  So Miss Mansfield was still managing
13  the old Cataloging Directorate just as when she was the
14  acting director for Cataloging?
15       A    Yes.
16       Q    All right.  Did you discuss with Mr. Wiggins
17  how the division chief duties for the Arts and Sciences
18  Cataloging Division position were getting done?
19       A    I don't think we had -- I think Miss
20  Mansfield had put someone into that position
21  temporarily, and I have a vague recollection of a form,
22  one of the 500 forms coming across my desk every day,
0146
1   that there was an assignment of someone temporarily to
2   cover that, but that's really all I know about it.
3        Q    I see.  And this is while she was the
                          Page 53

MARCUM

21        Q    Are you able to place this meeting in time
22  somehow by reference to any of these documents we've
0149
 1  seen or otherwise?
 2        A    Well, it was a week or two -- It was in close
 3  proximity to the time when Miss Mansfield wrote a
 4  letter to Dr. Billington and placed it under Jessie
 5  James' door.
 6        Q    So a week or two before that?
 7        A    Yes.
 8        Q    All right.  Bear with me a moment.
 9             MR. FREDRICKSON:  May I have this marked as
10  the next exhibit please.
11             (Deposition Exhibit 26 was marked for
12  identification and was retained by counsel.)
13  BY MR. FREDRICKSON:
14        Q    What I've had handed to you is Plaintiff's
15  Exhibit Number 26.  I'd ask you if you would read
16  through that if you would please.
17        A    Okay.
18        Q    Have you had a chance to read Plaintiff's
19  Exhibit Number 26?
20        A    Yes.
21        Q    Is Plaintiff's Exhibit Number 26 a letter
22  from Miss Mansfield to Dr. Billington that you
0150
 1  referenced earlier in your testimony?
 2        A    Yes.
 3        Q    So this is the letter that was given to
 4  Dr. Billington and, as you described it I think, placed
 5  under Jessie James' door?
 6        A    That's correct.
 7        Q    All right.  And when did you first see
 8  Plaintiff's Exhibit Number 26?
 9        A    I first heard about it in a telephone call.
10  I was traveling at the time and my deputy, Mr. Dizard,
11  called to tell me that Mr. James had brought this
12  letter to his attention.
13        Q    What did Mr. Dizard say about it, say about
14  the letter?
15        A    He wanted me to know about it just to make
16  sure I was informed, and then when I returned from
17  wherever I was, I met with the Office of General
18  Counsel about this.
19        Q    Okay.  Did you get a description from Mr.
20  Dizard of the letter in that conversation?
21        A    He read it to me.
22        Q    Okay.  And when did Mr. Dizard read the
0151
 1  letter that's been marked Plaintiff's Exhibit Number 26
 2  to you?
 3        A    It was the day it was received.  I think that
 4  was the day.
 5        Q    The letter is dated March 15th, 2005, right?
 6        A    Yes.
 7        Q    Okay.  So you believe that you heard about
 8  the letter from Mr. Dizard on March 15th, 2005?
 9        A    I heard about it the day it was delivered to
10  Mr. James, and I don't know if March 15th is the day it
11  was delivered to him or if it was the day it was
12  written.  I just don't know.
13        Q    All right.  Does the time frame, middle of
14  March, seem consistent with your recollection as to
Page 55

MARCUM

3 A Yes.
4 Q When was that?
5 A I think this was at the end of a week if I
6 remember correctly, and it was early the next week, the
7 beginning of the next week.
8 Q Who was present at the meeting?
9 A Mr. James and Mr. Ovelio and Miss Douds.  It
10 might have been just the two.  I don't know if Miss
11 Douds was there the first meeting.  Can I ask you if
12 you were there?
13 Q Not at the moment.
14 A Not at the moment.  I think it was actually
15 Mr. James and Mr. Ovelio when he first met.
16 Q Would it be Ovelio Riviello?
17 A Yes.  Yes.  Ovelio is his first name.  I
18 apologize.
19 Q I don't know what your position is on that,
20 but I think I do need to ask what was said in the
21 meeting.
22 A I asked them what are my options when I am
0158
1 given this kind of letter, and we talked about the
2 options that were available to me.  And I was very
3 disturbed that I was in effect being accused of
4 discrimination.  That bothered me a lot.  And I was
5 concerned that this had gone to this stage and I had
6 not heard anything about it from Miss Mansfield.  So I
7 was still trying to figure out what to do.
8 The legal counsel described the solutions
9 available to me.  One is to simply end the assistant
10 director positions since they hadn't been formal
11 positions in the first place and just call them all
12 done.
13 Another option was to send Miss Mansfield
14 back to her division chief position leaving Mr.
15 Dimunation and Mr. Herman in place.
16 And a third option was to go back and look at
17 position descriptions to see if I wanted to create
18 formal positions that we can move senior level people
19 without any formal process.  But since Miss Mansfield
20 was a GS-15, in order for her to have a senior level
21 position, we would have to post it, and she would be in
22 a competitive process.
0159
1 Q Okay.  And what else did you say at the
2 meeting?
3 A I just asked procedural questions.  You know,
4 when this kind of letter was received, where does it
5 go, what happens.  I hadn't had anything like this
6 happen before.  I didn't know the process.  So I asked
7 those kinds of questions.
8 Q And what did you learn?
9 A Well, Mr. James pointed out this last
10 paragraph, that she was giving us ten days for an
11 informal resolution, and after that she would
12 apparently be taking this to a lawyer is what it
13 appeared to be.
14 Q Okay.  What else did you learn in asking
15 about the procedural questions?
16 A I'm not sure.  I don't know that I noted
17 anything else.
18 Q Did you make any notes of the meeting?
19 A No.

Page 58

MARCUM

```
20        Q   Did you make up any notes after the meeting?
21        A   No.
22        Q   Have you typed up any memorandum that
0160
 1   concerns the meeting that would reflect the content of
 2   the meeting?
 3        A   No.
 4        Q   Have you seen any notes of the meeting?
 5        A   No.
 6        Q   Have you seen any summary of what happened at
 7   the meeting, anything like that?
 8        A   No.
 9        Q   When you met was it just you and Mr. James
10   and Mr. Riviello as best you recall today?
11        A   I think that's correct.
12        Q   And I gather there may or may not have been
13   another attorney in the room?
14        A   Later on there was.  Whether or not there was
15   that day, I don't know.
16        Q   All right.  But on your side of the equation
17   you didn't bring in somebody else from your staff to
18   sit in on the meeting or anything like that?
19        A   I had the deputy, Robert Dizard, there.
20        Q   He was there as well?
21        A   He was there as well.
22        Q   Okay.  Did you take any action after the
0161
 1   meeting was over?
 2        A   After thinking about it, really going through
 3   the options, I decided I would end all of the acting
 4   director positions and just eliminate all of them.
 5        Q   You said you would eliminate all of the
 6   acting directors.  Do you mean assistant director
 7   positions?
 8        A   Acting assistant director positions, yes.
 9        Q   In other words, you decided to eliminate the
10   positions of assistant director for Bibliographic
11   Access, the assistant director for Collections
12   Management, and the position of assistant director for
13   Special Collections and Services, those three
14   positions?
15        A   Correct.
16        Q   Okay.  And did you meet with Mr. Herman about
17   the elimination of the assistant director position?
18        A   I met with -- First I met with the directors
19   and told them what I was doing and why.
20        Q   Now when you say directors, who do you mean?
21        A   I mean Mr. Wiggins, Miss van der Reyden, Mr.
22   Rossman, Miss Brown.
0162
 1        Q   Was this a special meeting or was it one of
 2   your regular directors meetings?
 3        A   It was a special meeting.
 4        Q   And how long after you had met with the
 5   Office of General Counsel was this meeting with the
 6   directors?
 7        A   It was within a day or two.
 8        Q   Okay.  And what did you say at the meeting of
 9   these directors?
10        A   I told them that I was very sorry to say that
11   at least one of the assistant directors was unhappy
12   with the arrangement and considered it discriminatory.
13   I had considered the options, and I had concluded that
```

Page 59

MARCUM
14  it was best to simply eliminate those positions, but I
15  wanted to hear from them, if they had other thoughts
16  about that.
17        And we talked about how well -- It turned
18  into a much broader conversation of how well this was
19  working in the first place. Mr. Wiggins thought it was
20  working well, and he was sorry to see this end.
21  Carolyn Brown thought it was not working very well, and
22  she thought she would prefer another arrangement
0163
1   anyway. So it was okay with her. The other directors
2   who didn't have assistant directors said very little.
3   It was a sad day for all of us.
4        Q   Why was that?
5        A   That this had been the approach taken.
6        Q   What do you mean by that?
7        A   That Miss Mansfield hadn't spoken to me or to
8   Mr. Dizard about this but had simply written a letter.
9   We were sorry we hadn't had more communication about
10  this.
11       Q   With Miss Mansfield?
12       A   Yes.
13       Q   Or do you mean from Miss Mansfield?
14       A   From her.
15       Q   Okay.
16       A   It was a very big surprise, so we were all
17  kind of adjusting to what we would do next.
18       Q   Okay. Did Miss Brown say anything as to why
19  she thought the arrangement was not working well?
20       A   What she told me confidentially is that the
21  two who had been named as assistant directors in her
22  area were so knowledgeable that she often felt excluded
0164
1   from the conversation. That they had been there a long
2   time. They knew a great deal. She felt a little bit
3   as if they had inside information, and she thought it
4   might work better to have more distributed
5   responsibilities among the chiefs for her.
6        Q   And how long had Miss Brown been at the
7   Library of Congress?
8        A   Well, she had been there at least since 1993
9   because I think she was -- She had been there just a
10  short while when I arrived in 1993. I don't know how
11  long. It was before that but not a long time before
12  that.
13       Q   Sounds like what you're describing to me is a
14  separate conversation you had with Miss Brown apart
15  from the other directors.
16       A   That's correct.
17       Q   Have I got a grip on that?
18       A   That's correct.
19       Q   Let's finish that, tell me what else she
20  said, and then we'll come back to the directors meeting
21  because I want to pick up what she said at the
22  directors meeting. So tell me what else Miss Brown
0165
1   said at this separate meeting you had with her.
2        A   I think that was the essence of it.
3        Q   I'm not sure I understand what you mean when
4   you say that Miss Brown felt that she felt excluded
5   from the conversation when she was meeting with the
6   assistant directors or at the directors meetings?
7        A   No. I think when she was meeting with them.
                    Page 60

MARCUM

7   Herman played.  And the way Mr. Wiggins defined Miss
8   Mansfield's role, it was very different indeed.  So
9   they were quite different.  They weren't comparable.
10         Q    Okay.  Explain that to me how they weren't
11  comparable?
12         A    The directors were using their assistants in
13  very different ways.  Dr. Brown used Mr. Dimunation I
14  think primarily in focusing on donors and collections
15  and working with the other division chiefs to make sure
16  we were going after collections that individuals had
17  that we wanted.
18         Mr. Herman was used almost exclusively for
19  planning a very difficult storage situation.  We bring
20  in 10,000 items a day, and all the buildings on Capitol
21  Hill are full, so it's a constant problem of trying to
22  figure out where things are going to be put.  And he
0177

1   was also, we were under a lot of pressure then to
2   develop new security procedures for the collections,
3   and Mr. Herman had a lot of expertise there.  So he was
4   working primarily in those areas.
5         And Mr. Wiggins was using Miss Mansfield's
6   expertise to direct cataloging, and she I think had no
7   involvement at all as far as I could see anyway in the
8   acquisition side of things or the broader issues of the
9   directorate.
10         Q    Let me go back to Mr. Dimunation.  Wasn't
11  part of his job as a division chief for Rare Book to be
12  involved in donor and collections?
13         A    Right but only for Rare Book.
14         Q    And with respect to Mr. Herman, wasn't his
15  division chief job, a good part of it, focused on the
16  storage situation for collections?
17         A    It was for the General Collections only.  So
18  he took on a much broader role in looking at the
19  requirements for Special Collections and Area Studies.
20  So it was a considerably broadened scope.
21         Q    It was broadened, but wasn't his collections
22  that he was responsible for as division chief by far
0178

1   the largest of the collections within the broader scope
2   of his assistant director positions?
3         A    No.  The Special Collections are much larger.
4         Q    Okay.  Can you give me a sense of the volumes
5   there?
6         A    We have 132 million items in the Library.
7   About 30 million of those are in the General
8   Collections.  And 102 million or now 105 million, it
9   grows enormously, are in Special Collections.
10         Q    Okay.  When you were deciding whether to
11  eliminate the assistant director positions, did you
12  talk to Dr. Billington?
13         A    No.
14         Q    Did you inform Dr. Billington about the
15  decision to terminate the assistant director positions?
16         A    No.
17         Q    Was Mr. Scott at the Library at this point in
18  time --
19         A    Yes.
20         Q    -- in March/April of 2005?
21         A    He was.
22         Q    Okay.  Did you talk to Mr. Scott about
0179

MARCUM
1  eliminating the assistant director positions?
2       A    Yes.
3       Q    Was that a meeting with just the two of you?
4       A    Yes.
5       Q    And what did you say to Mr. Scott in that
6  meeting?
7       A    I told him how -- I first showed him the
8  organizational chart.  He had seen the earlier
9  realignment chart and had approved that, and so I
10  brought that with me.  I told him that he would
11  probably recall that I said this was an experiment, I
12  will see how it works, and it hadn't worked very well,
13  and I was sorry to report that and told him what had
14  happened.
15       Q    What do you mean when you say that, what had
16  happened?
17       A    I told him that we had received the letter
18  from Miss Mansfield, that I had consulted with OGC, I
19  had consulted with the directors, and had concluded
20  that the way to proceed was to eliminate the assistant
21  director positions.  He wanted to know how I proposed
22  to handle the workload, and I described what the
0180
1  directors had proposed to me, and he said that sounded
2  reasonable, and I should proceed.
3       Q    Okay.  Now, this conversation you had with
4  Mr. Scott, was that before you eliminated the assistant
5  director positions?
6       A    Yes.  It was before I sent out the
7  announcement.
8       Q    And was Miss Smith still the director for
9  Human Resources at that point in time?
10       A    Let's see.  I believe she was still there.  I
11  believe that's right.
12       Q    Okay.  Did you speak to Miss Smith, that's
13  Teresa Smith, the director of Human Resources, before
14  you eliminated the assistant director positions?
15       A    No, I didn't.  It's conceivable that Mr.
16  Dizard consulted with her.
17       Q    Was there any particular reason you did not
18  consult the director of Human Resources before
19  eliminating the assistant director positions?
20       A    I didn't because in my view these were
21  informal positions.  They weren't an established part
22  of the organizational structure, and I thought I had
0181
1  been quite clear with everyone that we were
2  experimenting, to use that word again, so I didn't see
3  the necessity of doing that.  I think Mr. Dizard did
4  consult with her because he's probably more concerned
5  about documenting everything we do.  So I suspect he
6  did.
7       Q    All right.  Did you have a separate meeting
8  with Mr. Dizard concerning the elimination of the
9  assistant director positions before the decision was
10  made?
11       A    He was part of the directors meeting when we
12  discussed this.  He and I meet every day either at the
13  beginning of the day or at the end of the day.  So we
14  discussed this just in the course of discussing all the
15  things going on in the Service then.
16       Q    It sounds like you did discuss the
17  elimination of the positions before they were
                        Page 66

MARCUM

18   eliminated then?
19      A   Yes.  Yes.
20      Q   What did you say to Mr. Dizard and what did
21   he say to you about eliminating the assistant director
22   positions?
0182
1      A   He always took me back to the alternatives
2   that had been outlined by OGC, and his view was it
3   would be much more difficult to explain keeping some of
4   the assistant directors and eliminating one of them,
5   and he argued quite strongly against that option.
6         And on the matter of creating formal
7   positions, he always held the budget sheets in front of
8   me and said How are you going to pay for this if you do
9   it?  So I think by process of elimination he thought it
10   was best to eliminate the three.
11      Q   Okay.  When you say he, Mr. Dizard, suggested
12   it would be more difficult to explain keeping some of
13   the assistant directors, meaning Mr. Herman and Mr.
14   Dimunation, right?
15      A   Right.
16      Q   And eliminating the position held by Judy
17   Mansfield?
18      A   Yes.
19      Q   Okay.  After the letter had been sent to
20   Dr. Billington?
21      A   Yes.
22      Q   Okay.  What did you say in the meeting or the
0183
1   conversation you had with Mr. Dizard about eliminating
2   the assistant director positions?
3      A   I don't know what I said specifically.  I
4   mostly used him as a sounding board to work my way
5   through the situation.  Because he is so familiar with
6   all of the regulations and requirements, I trust him
7   completely to make sure I'm not ignoring something.  So
8   I talked with him about it as a way of hearing my own
9   voice in many respects.
10      Q   Okay.  Do you remember anything else about
11   your conversations with Mr. Dizard concerning
12   elimination of the assistant director positions that
13   you haven't already told me?
14      A   No.
15      Q   Okay.  I've tried to pick up the logical
16   candidates that you might have discussed this with.
17   Did I miss anybody?  Did you have any conversation with
18   anyone else at the Library concerning elimination of
19   the assistant director positions before that decision
20   was made?
21      A   Not that I can recall.
22      Q   Okay.  Did you talk to Miss Mansfield about
0184
1   eliminating the assistant director positions?
2      A   No.
3      Q   Did you make a conscious decision not to do
4   that?
5      A   I did.
6      Q   And what was your reasoning?
7      A   I decided that since she had filed an
8   official complaint, it was best that I not have
9   conversations with her, that I should just let this go
10   through the process.  I very much wanted to talk with
11   her but decided that was not a reasonable thing to do

Page 67

MARCUM

15    performance appraisals?
16         A    That's correct.
17              MR. FREDRICKSON:  I don't really want to
18    prolong this.  I did want to see the budget information
19    that I think we had requested sometime ago actually in
20    our request for production.  It came out of the
21    briefing that we did before.  It could be I see it and
22    I don't see a need for any follow-up at all.  But
0215
1    subject to that caveat, I don't have any further
2    questions at this time.
3              MR. JAMES:  When you say follow-up, tell me
4    what you mean by that.
5              MR. FREDRICKSON:  Well, if there's some
6    budgetary documents that we had requested and I haven't
7    seen yet and you produce them and I need some
8    clarification, I might like to have the deponent come
9    back so I could ask those questions.  It's not my
10   intention to do that, but I would like to see the
11   stuff.
12             MR. MICKLE:  Of any new documents produced.
13             MR. FREDRICKSON:  Right.
14             MR. MICKLE:  Okay.
15             MR. FREDRICKSON:  I think there's probably
16   quite a bit from what I heard today.
17             MR. MICKLE:  I'd be surprised.
18             MR. JAMES:  Well, we'll check.
19             MR. FREDRICKSON:  Okay.  That's fine.
20             MR. JAMES:  That's it?
21             MR. FREDRICKSON:  For me.
22             MR. JAMES:  I have only a couple of
0216
1    questions.
2              EXAMINATION BY COUNSEL FOR DEFENDANT
3    BY MR. JAMES:
4         Q    You testified earlier in response to
5    questions from Bruce concerning the budgetary
6    constraints in 2005, and you offered early out and did
7    not fill those positions?
8         A    Yes.
9         Q    Did you see the savings that you anticipated
10   from those positions?
11        A    It was just taken away from me in this
12   budget.
13        Q    So you didn't get the savings?
14        A    No.
15        Q    Who took it away?
16        A    I believe the chief financial officer offered
17   up those savings.  When we had a budget cap that was
18   imposed by the legislative branch, that was identified
19   as money that didn't have to be used, so it was offered
20   up.
21        Q    So financially you're back where you started?
22        A    Yes, sadly.
0217
1         Q    You also testified earlier about the budget
2    concerns that you had at the time that you were viewing
3    upgrading Mrs. Mansfield as a result of that audit.
4         A    Yes.
5         Q    Can you tell us again what were those
6    concerns specifically?
7         A    There were two primary concerns, and it was
8    most evident in the cataloging area.  Mr. Wiggins had
                              Page 79

MARCUM

9    hired 64 new catalogers while he was the acting
10   associate librarian without a budget increase. So
11   there were those 64 people to cover. And he had also
12   upgraded all of the cataloging positions adding a
13   ladder that went beyond the 9 to 12 that had been the
14   ladder for cataloging positions, adding a 13, which
15   meant a lot of people in Cataloging were moving into
16   the 13. So there were all of those increases that I
17   had to cover with the existing budget.
18        Q    And so those 64 people, when you say covered,
19   was there money in the budget to cover them?
20        A    No. I had no money.
21        Q    You had no money?
22        A    I had no money.
0218
1         Q    And what steps did you take to cover them?
2         A    I eliminated as many of the nonpersonnel
3    budget items as I could. I moved -- we just didn't
4    have the kinds of contracts and consulting arrangements
5    that we would have had normally so that I could cover
6    personnel costs. And then when people began to retire
7    after I offered financial incentives, we began looking
8    at ways we could redistribute duties within the
9    appropriate grade levels so that we could get the most
10   needed things done without adding new staff so that I
11   could cover that budget.
12        Q    Now, you were asked earlier about your
13   conversations with Mr. Wiggins and with Mr. Carroll
14   concerning Mrs. Mansfield's appointment to the acting
15   director position of cataloging and the 120-day
16   appointment. Did you have anything to do with her
17   appointment to the acting director position?
18        A    No.
19        Q    Did you have anything to do with whether or
20   not she received pay for 120 days?
21        A    No.
22        Q    Did you have anything to do with the period
0219
1    of time that she didn't get it?
2         A    No.
3         Q    Who was in charge of Library Services at the
4    time that those decisions were made?
5         A    Mr. Wiggins.
6         Q    After you spoke to Mr. Wiggins and Mr.
7    Carroll, did you have reason to believe that there was
8    anything incorrect about the manner in which Mrs.
9    Mansfield had been appointed during those 120-day
10   periods?
11        A    No. And that was the assurance I was looking
12   for, that we had done things properly, and that was the
13   conclusion.
14        Q    So based on the information they provided,
15   you believed everything was done according to the
16   Library's regulations?
17        A    Yes.
18        Q    Now I'd like to turn to the desk audit. In
19   your decision not to upgrade Mrs. Mansfield from a
20   GS-15 position to a senior level position as a result
21   of the desk audit, did you take into consideration Mrs.
22   Mansfield's gender?
0220
1         A    No.
2         Q    Did you take into consideration any

Page 80