# WIGGINS DEPOSITION

```
                              WIGGINS
0001
1              UNITED STATES COURT OF FEDERAL CLAIMS
2
3
4     -------------------------------X
5     JUDITH A. MANSFIELD,           :
6                       Plaintiff :  Civil Action
7            v.                     :  No. 05-472C
8     THE UNITED STATES OF AMERICA, :  Judge Williams
9                       Defendant :
10    -------------------------------X
11
12
13          Deposition of BEACHER J.E. WIGGINS
14                  Washington, D.C.
15              Tuesday, January 30, 2007
16                     9:50 a.m.
17
18
19
20    Job No.:  1-95856
21    Pages 1 - 195
22    Reported by:  Nancy Bond Rowland
0002
1           Deposition of BEACHER J.E. WIGGINS, held at
2     the offices of:
3
4           Webster, Fredrickson & Brackshaw
5           1775 K Street, N.W.
6           Suite 600
7           Washington, D.C.
8
9           Pursuant to agreement, before Nancy Bond
10    Rowland, Registered Professional Reporter and Notary
11    Public in and for the District of Columbia.
12
13
14
15
16
17
18
19
20
21
22
0003
1               A P P E A R A N C E S
2     ON BEHALF OF PLAINTIFF:
3         BRUCE A. FREDRICKSON, ESQUIRE
4         WEBSTER, FREDRICKSON & BRACKSHAW
5         1775 K Street, N.W., Suite 600
6         Washington, D.C.  20006
7         (202) 659-8510
8
9     ON BEHALF OF DEFENDANT:
10        DOUGLAS K. MICKLE, ESQUIRE
11        UNITED STATES DEPARTMENT OF JUSTICE
12        Commercial Litigation/National Courts
13        1100 L Street, N.W., Room 4062
14        Washington, D.C.  20005
15        (202) 307-0383
16
```

WIGGINS_1
```
11    Language Section 4 Descriptive Cataloging.
12         Q    Okay.  Let me see if I've got that down
13    right.  Section head for the English Language --
14         A    Section 4.
15         Q    Section 4, the number 4?
16         A    The number 4.
17         Q    Okay.
18         A    In 1986 I was appointed special assistant to
19    the assistant librarian for Processing Services.  I
20    remained in that position until 1991.
21         Q    And what did you do in 1991?
22         A    Then I was appointed chief of the Shared
0007
1    Cataloging Division.
2         Q    And how long did you hold that position?
3         A    Until 1992 when I was appointed chief of the
4    Arts and Sciences Cataloging Division.
5         Q    Okay.  And how long did you hold the position
6    of chief of Arts and Sciences Cataloging Division?
7         A    Until 1997 when I was appointed director for
8    Cataloging.
9         Q    Okay.  And how long did you hold that
10    position director for Cataloging?
11         A    Until 2002, and I was appointed for a year as
12    acting associate librarian for Library Services.
13         Q    And what did you do after that?
14         A    At the end of that year, which would have
15    been 2003, I returned to director for Cataloging.  No,
16    no, no.  That's not true.  At that point I was
17    appointed acting deputy associate librarian for Library
18    Services.  That would have been September of 2003
19    through May of 2004.
20         Q    And what did you do beginning in May of 2004?
21         A    Then I returned to director for Cataloging
22    for about two months, and July of 2004 I was appointed
0008
1    to my current position which is director for
2    Acquisitions and Bibliographic Access.
3         Q    Okay.  You seem to have a pretty good memory
4    for the years.  Can I assume though that there would be
5    a paper trail that would pinpoint exactly when you went
6    from position to position?
7         A    There should be a paper trail that would
8    document each of those occurrences.  The only thing,
9    there's a period in there that I was acting director
10    for Cataloging.  That would have been 1995, January
11    1995 through June 1997.
12         Q    If we looked at your personnel file, would we
13    be able to figure out the exact dates that you had
14    these various positions?
15         A    There should be PARs, personnel action
16    recommendations, that would document each of those
17    occurrences.
18         Q    Okay.  And were there any times when you
19    worked at the Library of Congress where you were
20    actually doing a job that wouldn't be reflected in your
21    personnel file?
22         A    I don't believe so.
0009
1         Q    Okay.  So we've captured now all of the jobs
2    that you've held at the Library of Congress from 1972,
3    35 years later, until today?
4         A    Indeed.
```
                              Page 3

WIGGINS_1

14          The additional aspects that were different or
15    more expansive than managing those discipline
16    cataloging activities would have been the Cataloging in
17    Publication Division, and that division had
18    responsibility for interface with the publishing
19    community because what we did was work with publishers
20    to bring in pre-publication titles and do the
21    cataloging, submit the cataloging data to the publisher
22    so that those data could be published in the book
0037
1     itself and we could have preliminary records before the
2     book is actually published.  So that's a different
3     aspect that became part of my responsibility.
4          The Dewey Classification Division was another
5     aspect that was different and broadened the scope of
6     responsibility, and for that activity it was the
7     assigning of Dewey numbers which is what most library
8     users are most familiar with when they think about a
9     library and using a catalog.  So we added those numbers
10    to publications.  That was a different and expanded
11    responsibility.
12          And the Cataloging Policy and Support Office
13    brought into play the responsibility for developing
14    cataloging policy that both our staff used in producing
15    cataloging data, and we also shared those policy
16    decisions through publications with libraries and other
17    cataloging operations across the country and the world.
18          So it was an expansion beyond what I did when
19    I described for the Arts and Sciences multiplied by
20    five in relationship to the subject discipline side of
21    things with the accrual of duties related to policy,
22    special program where we had outreach with a community
0038
1     beyond the library community, the publishing community,
2     and working with a specialized constituency where we
3     were providing a service that the Library of Congress
4     itself didn't use but as a national library we had the
5     responsibility because most public libraries use Dewey.
6          So that in a nutshell.  So it was managing
7     all of those, those 570 staff, applying the same kind
8     of guidance, strategic direction, assuring performance
9     assessments, working with staff that were done at the
10    divisional level multiplied by eight.  And then in
11    relationship working with the directors of the other
12    directorates that reported to the associate librarian
13    for Processing Services and performing part of that
14    management team and planning then for the overall
15    direction for Processing Services at the time.
16          Q    When you became the acting director for
17    Cataloging, did you fill the Arts and Sciences
18    Cataloging Division chief position?
19          A    I did eventually.
20          Q    And how did you do that?
21          A    During the initial phase when I was still
22    carrying out acting duties as the director for
0039
1     Cataloging, I had rotating staff serve as acting Arts
2     and Sciences chief.
3          Q    What do you mean when you say you had
4     rotating staff serve as the acting Arts and Sciences
5     chief?
6          A    I solicited expressions of interest to serve
7     on an acting basis for 120 days.  And based on
                              Page 14

WIGGINS_1

8  expressions of interest, looking at their
9  qualifications, appointed several to do that.
10      Q    Was there any magic to the 120 days that you
11  mentioned?
12      A    Just part of the Library's human resources
13  policy, that one can only be promoted temporarily for
14  120 days.
15      Q    Okay.  But you had a variety or a number of
16  different people serve as the acting chief of the Arts
17  and Sciences Cataloging Division position --
18      A    Yes.
19      Q    -- during the time you were the acting
20  director for Cataloging, is that right?
21      A    Yes.
22      Q    Okay.  Was there any particular reason you
0040
1  had filled that position on a rotating basis?
2      A    Several.  One, to give more than one person a
3  chance to fill the position on a temporary basis giving
4  experience in management at a different level, and a
5  second reason is it provided a variety of expertise to
6  present itself both to me and to the division in terms
7  of ideas and perhaps a different approach to dealing
8  with managing the operation.
9      Q    Okay.  When did you first have someone fill
10  your position as Arts and Sciences Cataloging division
11  chief after you became the acting director for
12  Cataloging?
13      A    When did I do it the first time?
14      Q    Yes.  I think you said eventually you did.
15      A    It would have been -- I'm sure by the time I
16  would have stepped in as acting director for
17  Cataloging, I would have identified someone to serve as
18  the first acting chief; one, just to have that
19  coverage.  So I'm sure once I was notified that I would
20  be doing duties as the acting director for Cataloging,
21  I then set in motion working with my management group
22  in Arts and Sciences to solicit names and to identify
0041
1  someone both so we could announce to the staff and we
2  could have without a lapse in coverage of management at
3  the top of the division.
4      Q    Okay.  So it sounds like the director for
5  Cataloging is a very big job.
6      A    That's a fair statement.
7      Q    Okay.  And was it full-time?  Did it consume
8  your full-time responsibilities when you became the
9  acting director for Cataloging?
10      A    Yes.
11      Q    And am I right that you had someone else do
12  the division chief duties for the Arts and Sciences
13  Cataloging Division when you became acting director for
14  Cataloging?
15      A    Yes.
16      Q    Now, I think you said you initially received
17  an initial appointment of 120 days for the acting
18  director position, that is acting director for
19  Cataloging, is that right?
20      A    Correct.
21      Q    What happened to you after the 120 days
22  expired?
0042
1      A    The associate librarian had to determine what
                          Page 15

WIGGINS_1

2   he would do next for coverage for the Cataloging
3   Directorate, and he asked if I would be willing to
4   continue in that position making it clear that if I
5   were to do so, it would be without benefit of temporary
6   promotion.  I would revert to the GS-15 level pay that
7   I received as a division chief, but the duties of
8   acting director would not change.
9        Q   Okay.  So did you continuously work as acting
10  director for Cataloging until you became the director
11  for Cataloging?
12       A   That is correct.
13       Q   Okay.  And I guess at various points in time
14  during that tenure as acting director for Cataloging,
15  sometimes you were paid GS-15, sometimes you were paid
16  at the SL level, is that right?
17       A   On a yearly basis you're correct, again
18  because one could only be promoted 120 days temporarily
19  in any given year.
20       Q   What do you mean on a yearly basis?  Could
21  you explain that?
22       A   One could only be temporarily promoted in any
0043
1   given 12-month period.  So it would have to be at the
2   end of a cycle of 12 months.
3        Q   So the way you understood the way the Library
4   worked at this time frame, if you were in an acting
5   capacity at the SL level, you would work for 120 days
6   at the SL level, is that right?
7        A   In this instance, yes, because we were
8   dealing with the SL position.
9        Q   And then you'd have to wait another year
10  before you resumed pay status at the SL level?
11       A   That is correct, unless the position in which
12  one is serving is formally posted to be filled, and at
13  that point then the temporary promotion can continue
14  until the position is permanently filled.
15       Q   All right.  Let me see if I understand what
16  you've said.  Just to make sure I understand what you
17  said, I want to take out the prospect or possibility of
18  the position being posted.  Okay.
19           So in 1995 when you became the acting
20  director for Cataloging, you understood the Library's
21  policy to be that you could serve on a temporary
22  promotion basis at the SL level for only 120 days,
0044
1   right?
2        A   Correct.
3        Q   And then you understood the Library's policy
4   to be you had to wait 365 days until you could then
5   again go back up to the SL level in terms of pay?
6        A   Correct.
7        Q   All right.  And for that calendar year
8   between the 120-day periods where you served as SL, you
9   would be working at a GS-15 level in terms of pay?
10       A   Correct.
11       Q   Is that your understanding of what the
12  Library's policy to be?
13       A   Correct.
14       Q   Okay.  Then you said if the job were posted,
15  what was the consequence of that?
16       A   At the point that the job was posted, then if
17  you had someone in an acting capacity, that person
18  could be temporarily promoted until the position was

Page 16

WIGGINS_1

```
 7      Q    $40 million?
 8      A    Yes.
 9      Q    Okay.  And in 2002 what was the approximate
10   staff of the Cataloging Directorate?
11      A    Between 500 and 525, somewhere in that range.
12      Q    How many divisions were there in the
13   Cataloging Directorate as it existed in 2002 when you
14   became the acting associate librarian for Library
15   Services?
16      A    It had not changed, so the eight that I
17   described were still in existence in 2002.
18      Q    How did you become the acting associate
19   librarian for Library Services in 2002?
20      A    The librarian of Congress asked me to assume
21   the duties.
22      Q    Who was that?
0051
 1      A    James H. Billington.
 2      Q    And what were your job duties as the acting
 3   associate librarian for Library Services?
 4      A    Responsibility for some 40 divisions, a staff
 5   of about 2,100, covering all of the traditional aspects
 6   of librarianship, what a library is about, from
 7   acquiring materials, cataloging materials, serving
 8   those materials to users, interpreting those materials
 9   through reference, preserving those materials through
10   preservation.  Public outreach activities such as the
11   service for the Blind and Physically Handicapped
12   Program.  Activities and services related to the
13   public, Visitors Services Program.
14           And the automation side of activities, the
15   automation support that made those activities that I
16   described happen, particularly if there was an online
17   component or if automation would facilitate/improve the
18   operations associated with those.
19           It would have also included some fiscal
20   services such as the Publishing Program that brought in
21   a certain amount of revenue, a catalog and distribution
22   service that actually disseminated materials to
0052
 1   customers, and that would have included publishing and
 2   disseminating print publications.
 3           I think that covers the gamut and the size
 4   and the complexity.  So it would have increased the
 5   span of control, the level of complexity, by about five
 6   I would say beyond both the size and the level of
 7   control associated with the service unit versus the
 8   directorate.
 9      Q    Okay.  When you became the acting associate
10   for Library Sciences --
11      A    Services.
12      Q    Services.  Good catch.  I'm having trouble
13   reading my handwriting here, but I've got that down
14   now.  What did you do about the position of director
15   for Cataloging?
16      A    I filled that with an acting.
17      Q    How did you go about doing that?
18      A    Solicited indications from volunteers.
19      Q    Okay.  Did you put out a public announcement
20   or something like that or go face-to-face and meet with
21   people or how did you do that?
22      A    I did it through my management team both
0053
```

Page 19

WIGGINS_1
1   talking to them and through e-mails.
2        Q   And did you appoint an acting director for
3   Cataloging?
4        A   Yes.
5        Q   And who was that?
6        A   Judith Mansfield.
7        Q   When was she appointed acting director for
8   Cataloging?
9        A   She would have been in place by the time I
10  needed to assume my acting duties, so that would have
11  been September of 2002.
12       Q   Do you remember the discussion you had with
13  Miss Mansfield when you appointed her acting director
14  for Cataloging?
15       A   Not all the details.  I'm sure my --
16       Q   Would you tell me what you do remember about
17  your conversation with Miss Mansfield when you
18  appointed her the acting director for Cataloging?
19       A   My recollection is having met with her saying
20  that she was the one I wanted to start with as acting,
21  what that would entail, when it would begin, and
22  answering any questions, and giving her an opportunity
0054
1   to think about it if she so desired.
2        Q   Are you saying that you were contemplating
3   filling the acting director for Cataloging on a
4   rotating basis at the point in time when you decided to
5   appoint Miss Mansfield as the first acting director?
6        A   That was an option at that time, yes.
7        Q   Okay.  So you were thinking about that?
8        A   Uh-huh.
9        Q   I didn't hear your response.
10       A   Yes.  Sorry.
11       Q   And were you also thinking at that same time
12  at the point in time when you were appointing Miss
13  Mansfield as the acting director for Cataloging having
14  her continue open ended beyond the 120-day period that
15  you described before?
16       A   It was open in my mind.
17       Q   So you hadn't really decided one way or the
18  other whether you were going to fill that position on
19  an acting basis on a rotating basis or have Miss
20  Mansfield continue it?
21       A   That is correct.
22       Q   And when Miss Mansfield was appointed, did
0055
1   you discuss with her pay at that point in time?
2        A   I'm sure I would have, and what I would have
3   said would have been along the lines of You'll be
4   temporarily promoted for 120 days.  The calculations
5   would be done by Human Resources, and they'll let you
6   know what it is.  I wouldn't have been able to tell her
7   what the exact amount would have been.
8        Q   Am I right that you didn't have a say in what
9   Miss Mansfield would be paid once she became acting
10  director for Cataloging?
11       A   That is correct.
12       Q   Okay.  And who would determine Miss
13  Mansfield's pay when she became acting director for
14  Cataloging?
15       A   Human Resources staff.
16           THE WITNESS:  Is this a convenient time for a
17  break?

Page 20

WIGGINS_1

```
 6  group that deals with aspects of librarianship or
 7  cataloging/processing of materials.
 8        Q    How did Miss Mansfield perform in the
 9  position of acting director for Cataloging?
10        A    Very well.
11        Q    In what manner?
12        A    In most respects.
13        Q    Can you elaborate on that any?  Was she a
14  good manager?
15        A    She was a good manager.
16        Q    Was she good at budgets, et cetera?
17        A    She managed the process well.  She was good
18  at implementing and carrying out initiatives, changes,
19  directives.  She was good at guiding and leading the
20  management team.  She kept me fully informed of what
21  was going on or changes that she was proposing.  As I
22  recall she instituted and led a strategic planning
0062
 1  exercise that led to a solid strategic plan for the
 2  Cataloging Directorate.
 3        Q    Did you say solid?
 4        A    Solid.
 5        Q    Solid strategic plan.  Okay.
 6        A    So those are some of the instances.
 7        Q    Okay.  And did there come a point in time
 8  after the 120-day period where you had a decision to
 9  make as to whether Miss Mansfield was going to continue
10  in that role as acting director or not?
11        A    Yes.
12        Q    And what did you decide?
13        A    That for continuity and because she had been
14  serving well, I wanted her to continue.
15        Q    Okay.  So did you have a discussion with Miss
16  Mansfield concerning her continuing or the possibility
17  of her continuing as acting director for Cataloging?
18        A    Yes.
19        Q    Okay.  Could you describe what you remember
20  of that conversation?
21        A    I can't say I remember the explicit
22  conversation, but it would have been along the lines of
0063
 1  pretty much what I've just said to you, that the time
 2  is drawing near for my having to make a decision on
 3  next steps.  I've been more than satisfied with your
 4  service.  Are you willing to do this?  And that I would
 5  want to let the other members of the management team
 6  within the Cataloging Directorate know.  That would
 7  probably have been it.  I'm sure I would have said And
 8  you realize that the temporary pay will cease at the
 9  end of the 120 days.  Are you still willing?  Again, as
10  I typically do, then would have given her a chance to
11  mull it over without making a decision there on the
12  spot.
13        Q    Now, at the time that Miss Mansfield became
14  the acting director for Cataloging, were the other
15  directors within Library Services SL level positions?
16        A    Yes.
17        Q    Do you remember who it was that held the
18  positions in the other directorates in Library Services
19  when Miss Mansfield became the acting director for
20  Cataloging?
21        A    That would have been 2002.  Let me see.
22  Diane Kresh would have been director for Public
```

Page 23

WIGGINS_1

0064
1  Services.  Carolyn Brown would have been director for
2  Area Studies.  Mark, and I'm drawing a blank on Mark's
3  last name, would have been director for Preservation.
4  I'll think of it, and I'll come back to him.
5  Acquisitions would have been Nancy Davenport.  I
6  believe those were the directors in 2002.
7      Q    Okay.  At the end of the first 120-day period
8  of Miss Mansfield being the acting director for
9  Cataloging, did her job duties change at all?
10     A    At the end of the 120 days?
11     Q    Yes.
12     A    No.
13     Q    Okay.  Did Miss Mansfield's job duties change
14 at all during the entire period that she served as
15 acting director for Cataloging?
16     A    No.
17     Q    So am I correct that at the end of the 120
18 days that Miss Mansfield served as the acting director
19 for Cataloging, you didn't remove any duties from her
20 or anything like that?
21     A    I did not.
22     Q    When Miss Mansfield's 120-day first period as
0065
1  acting director for Cataloging ended, did she go back
2  to work as a GS level employee in terms of pay status?
3      A    Her pay would have reverted at the end of the
4  120 days to whatever step she was in the GS-15 scale.
5      Q    But her duties didn't change?
6      A    Correct.
7      Q    And then how long was it that Miss Mansfield
8  worked as acting director for Cataloging at the GS
9  level after that first 120-day period?
10     A    She served for the duration of the year that
11 I was acting associate librarian.  So it would have
12 been for another eight months, whatever that number of
13 days is.
14     Q    Well, I thought you had amended that.  Maybe
15 I got it wrong in my own mind, so let me just see if I
16 can get this clear.  You were acting associate
17 librarian for Library Services for a year beginning in
18 2002, right?
19     A    Correct.
20     Q    And then you became the acting deputy
21 associate librarian for Library Services at the end of
22 that year?
0066
1      A    Right.
2      Q    Okay.  And you served for how long after you
3  became the -- Strike that.
4          How long did you serve as the acting deputy
5  associate librarian for Library Services?
6      A    That would have been through April of 2004, I
7  think April or May of 2004.
8      Q    Okay.  Who was doing the acting director for
9  Cataloging during that time period?
10     A    Then Judy carried on those functions during
11 that period too.
12     Q    So Miss Mansfield worked longer than one year
13 as the acting director for Cataloging?
14     A    Yes.
15     Q    You didn't make a change when you changed
16 jobs from the acting associate librarian to the acting
                        Page 24

WIGGINS_1
17  deputy associate librarian, did you?
18        A   I did not, although there may have been a
19  break of a week or two in there as these acting shifts
20  occurred, but in essence she assumed or continued those
21  duties as the acting director for cataloging.
22        Q   Okay.  I had understood you to say earlier
0067
1   that Miss Mansfield served 120 days as the acting
2   director for Cataloging, then eight months as the
3   acting director for Cataloging --
4         A   I was --
5         Q   Just hear me out.  -- as the acting director
6   for Cataloging but at the GS level, and then that was
7   the end of it, but that's not right, is it?
8         A   Right.  I was matching that to my time as
9   acting associate librarian; but then when I took a
10  different acting set of duties, I asked her to
11  continue.  So if you add them up, it goes longer than
12  the 12 months.
13        Q   Okay.  If I understand what you've said, then
14  Miss Mansfield became the acting director for
15  Cataloging sometime in September 2002, right?
16        A   Yes.
17        Q   And she continued to be the acting director
18  for Cataloging until sometime in the spring of 2004, is
19  that right?
20        A   Correct.
21        Q   During that whole time frame when she served
22  as acting director for Cataloging, was Miss Mansfield
0068
1   working at the SL level in terms of skill,
2   responsibility, duty, effort?
3         A   None of that changed from the time she
4   started in September of 2002.
5         Q   Okay.  So she did work at the SL level based
6   on your observation and being her supervisor?
7         A   Yes.
8         Q   Okay.  Did there come a point in time where
9   Miss Mansfield's pay status changed after she had that
10  first 120-day period paid at the SL level followed by a
11  period as a GS level pay status?
12        A   There would have been at least one more
13  temporary promotion in there.
14        Q   Okay.  That would have been after one year
15  following the end of --
16        A   It would have been after the end of one year,
17  yes.
18        Q   Okay.  Let me try the question because when
19  we get the transcript back, it's going to be harder to
20  read if you and I are talking at the same time.  Okay.
21  Let me just try the question so I understand and we
22  have a clear record on it.
0069
1         Am I right that Miss Mansfield was in the SL
2   level pay status for 120 days when she first assumed
3   the acting director for Cataloging position?
4         A   End of question?
5         Q   Yes.
6         A   Correct.
7         Q   And then she worked for a year as the acting
8   director for Cataloging in the GS pay status, is that
9   right?
10        A   Yes.

Page 25

WIGGINS_1

5   associate librarian, moved into swing spaces for the
6   duration of the remodeling.
7       Q   I want to go back to your conversation you
8   had with Miss Mansfield at the end of the first 120-day
9   period that you said she served as the acting director
10  for Cataloging at the senior level.
11          At that point in time did you have a
12  discussion of how long Miss Mansfield would remain as
13  the acting director for Cataloging?
14      A   I don't recall.  I don't recall.
15      Q   Okay.  Do you recall another conversation
16  that you had when Miss Mansfield was serving as the
17  acting director for Cataloging following that first
18  120-day period concerning her continuing in the job?
19      A   To the degree that I was describing what
20  would have happened when I asked her getting close to
21  the end of that first 120 days where she was
22  temporarily promoted, when we would have discussed my
0073
1   wanting her to continue, what that would have mean in terms
2   of pay, that is the discussion I would have had.  I
3   don't recall another one.
4       Q   Okay.  Let me see if I -- Here's what I'm
5   trying to get at.  I'm trying to figure out if you had
6   periodic conversations every 120 days or anything like
7   that where you're sitting down with Miss Mansfield and
8   saying Look, we'd like you to continue with this job as
9   acting director for Cataloging, did anything like that
10  happen?
11      A   I can't say it didn't.  I don't know that it
12  would have been as regular as every 120 days.
13  Considering that it was for a full year and we met
14  regularly, as I do with all the managers who report to
15  me just dealing with the work itself, I'm sure that
16  would have come up of where we are.
17          As my acting duties as associate librarian
18  rolled along and as the librarian was closer to filling
19  the position permanently, then we would have been
20  planning for whatever shift that would have made.
21  Considering that when he asked me to serve, the
22  announcement was to the tune of six months.  So we
0074
1   would need to plan, and as my circumstances would have
2   shifted, I would have certainly kept her apprised after
3   that discussion at the end or near the end of the first
4   120 days.
5       Q   Okay.  Sounds like you can't recall now
6   specific conversations you had with Miss Mansfield
7   concerning her continuing that job after the discussion
8   you had at the end of the first 120-day period, is that
9   true?
10      A   That is true.  Nothing I could swear to.
11      Q   Okay.  Fine.  Fair enough.  Bear with me a
12  minute if you would please.
13          If I've got this correctly, at some period of
14  time, spring 2004, you're saying you resumed the
15  position of director for Cataloging, is that right?
16      A   Yes.
17      Q   And then in July of 2004 you became the
18  director for Acquisitions and Bibliographic Access, is
19  that right?
20      A   Correct.
21      Q   Was the director for Cataloging position
                        Page 27

WIGGINS_1
22  filled at any point after you left the position?
0075
1          A    Between April 2004 when I would have ceased
2    being the acting deputy associate librarian, I would
3    have gone back to the position of director for
4    Cataloging until the time that I was appointed director
5    for Acquisitions and Bibliographic Access.  So for that
6    two or three-month period.
7          Q    And after you became the director for
8    Acquisitions and Bibliographic Access, did anybody fill
9    the director for Cataloging position?
10         A    It was gone.
11         Q    What do you mean by that?
12         A    It no longer existed because what had
13   happened to create the position that I assumed in July
14   of 2004, the director for Acquisitions and
15   Bibliographic Access, was the merging of the
16   Acquisitions Directorate and the Cataloging
17   Directorate.  So those two separate director positions
18   in essence became a single director position.
19         Q    Okay.  Could you describe the organizational
20   structure of Library Services as it existed in July of
21   2004 then?
22         A    As of July 2004 the associate librarian had
0076
1    structured the realignment of Library Services, and
2    that resulted in merging the existing Acquisitions
3    Directorate and Cataloging Directorate into
4    Acquisitions and Bibliographic Access Directorate, two
5    into one.  It resulted in the creation of Collections
6    and Services Directorate, and that was a merging of the
7    Area Studies directorate that I mentioned earlier and
8    the merging of the Public Services directorate that I
9    mentioned earlier.  That was a second new directorate
10   within Library Services.  It resulted in the creation
11   of the Technology Policy Directorate.  That's the third
12   new directorate.  It resulted in the Partnerships and
13   Outreach Directorate.  That's the fourth one.  Is my
14   math right, is that four or five?
15         Q    That's four.  I'm counting.
16         A    That's four.  Okay.  And lastly, the
17   Preservation Directorate.  That was the only
18   directorate that wasn't really new in the realignment
19   that occurred in July 2004.
20         Q    Okay.  So if I understand what you're saying,
21   in July of 2004 within Library Services there were five
22   directorates?
0077
1          A    Correct.
2          Q    And those five directorates were Acquisitions
3    and Bibliographic Access, Collections and Services,
4    Technical Policy Directorate, Partnerships and Outreach
5    Directorate, and the Preservation Directorate?
6          A    Correct.
7          Q    And who were the various directors of those
8    organizational units?
9          A    I was for Acquisitions and Bibliographic
10   Access.  Carolyn Brown was for Collections and
11   Services.  Dianne van der Reyden was acting director
12   for Preservation.
13         Q    What's the last name please?
14         A    v-a-n d-e-r R-e-y-d-e-n.  Dianne with two
15   n's.  Technology Policy was Henry Rossman as acting
                          Page 28

WIGGINS_1
```
16   director.  And Partnerships and Outreach the associate
17   librarian served as the acting for that directorate.
18        Q   The associate librarian would be whom?
19        A   Deanna Marcum.
20        Q   And when you became the director for
21   Acquisitions and Bibliographic Access, was that a
22   full-time position?
```
0078
```
 1        A   Yes.
 2        Q   Permanent position?
 3        A   Yes.
 4        Q   What did you do as the director for
 5   Acquisitions and Bibliographic Access?
 6        A    In addition to the duties that I have
 7   described for the director for Cataloging, it also
 8   included now the responsibility for the acquisitions
 9   activities of the library, and they included six
10   overseas field offices.
11        Q   Are you talking about the acquisitions part?
12        A   The acquisitions side, that's the part that's
13   new.  It was the responsibility for the purchase,
14   exchange-in-gift, copyright receipts of materials that
15   were being added to the Library's collections, paying
16   or oversight for assuring that the invoices for those
17   materials were paid, and the overall responsibility for
18   planning the process of truly merging and melding the
19   separate activities of Acquisitions and Cataloging into
20   a true single integrated directorate.
21        Q   Were you involved in discussions in the
22   reorganization that resulted in your becoming the
```
0079
```
 1   director for Acquisitions and Bibliographic Access?
 2        A   Yes.
 3        Q   Who was involved in those discussions?
 4        A   The Library Services management team led by
 5   Deanna Marcum and the persons that I mentioned in terms
 6   of the directors of the other directorates.
 7        Q   So when you say Library Services management
 8   team that was involved in this reorganization in July
 9   2004, you're talking about yourself, Miss Marcum, Miss
10   Brown, Mr. Rossman, Miss van der Reyden?
11        A   Right.  And at that time actually I don't
12   think Dianne van der Reyden had started because Mark,
13   and I'm drawing a mental blank, I can't think of Mark's
14   last name who was the permanent director for
15   Preservation, he was still on board then.  Mark, and I
16   don't remember his last name.  So substitute him for
17   Dianne van der Reyden because she only came on board
18   when he left to serve as acting.
19             Those would have been the persons serving as
20   the Library Services management group that would
21   discuss and planned for that Library Services
22   reorganization that I just described.
```
0080
```
 1        Q   Okay.  What do you mean when you use the term
 2   Bibliographic Access?
 3        A   It's a new description for Cataloging.
 4        Q   Okay.  So Bibliographic Access means the same
 5   thing as Cataloging?
 6        A   Right.
 7        Q   Same functions as Cataloging?
 8        A   Correct.
 9        Q   When the Library Services management team
```
Page 29

WIGGINS_1
```
10   engaged in discussions regarding this reorganization,
11   did you discuss the possibility of having assistant
12   directors within the new reorganization?
13       A   Yes, we did.
14       Q   Could you tell me about the nature of the
15   discussion of the use of assistant directors?
16       A   The discussion turned on since two of the new
17   directorates were exceptionally large and complex, the
18   Acquisitions and Bibliographic Access Directorate and
19   the Collections and Services one, the question arose
20   and one that we addressed was how do you deal with and
21   mitigate the impact on a single director covering that
22   span of control and that breadth of responsibility.
0081
1            So the discussion dealt with what are ways
2    that that could be dealt with, and as a result of the
3    discussions the concept of assistant directors for the
4    components that made up those two separate large
5    directorates emerged.
6            For the Acquisitions and Bibliographic Access
7    directorate the idea was there were two discrete
8    components:  acquisitions, bibliographic access, i.e.
9    cataloging.  So we could structure an assistant
10   director for Acquisitions and an assistant director for
11   Bibliographic Access.
12           Correspondingly for the Collections and
13   Services directorate, it could be divided into general
14   collection activities and responsibilities, and special
15   collections activities and responsibilities.  And if
16   that were done, those two areas would be the assistant
17   directors for those two discrete components of
18   Collections and Services.
19       Q   So when the reorganization came about in July
20   2004, am I right that there were five directorates?
21       A   Yes.
22       Q   And only two of them it was decided to use
0082
1    assistant directors within?
2        A   Correct.
3        Q   And that was Acquisitions and Bibliographic
4    Access was to have two assistant directors?
5        A   Yes.
6        Q   And the Collections and Services directorate
7    was to have two assistant directors, is that right?
8        A   Correct.
9        Q   Did the management team consider those
10   assistant director positions to be on the same level
11   organizationally?
12       A   No.
13       Q   How so?
14       A   That was part of the discussion, determining
15   indeed how they would be structured and how they fit
16   within the organizational hierarchy.  And by the time
17   of the announced restructuring, it was determined that
18   those four assistant director positions would be
19   structured to be ones with collateral duties, and by
20   collateral duties was meant the assistant director
21   would serve in the capacity as the assistant director
22   for that particular element and continue his or her
0083
1    duties as a chief of a division.
2        Q   Okay.  So the idea was that -- Well, actually
3    let me ask a different question because I'm not sure I
```
Page 30

WIGGINS_1

21  responsibilities and efforts?
22      A   Yes.
0086
 1      Q   Okay.  How many divisions were there within
 2  the directorate for Bibliographic Access in July of
 3  2004?
 4      A   Nine.
 5      Q   And were they the eight divisions from the
 6  Cataloging Division?
 7      A   Yes.
 8      Q   And an additional division?
 9      A   Yes.
10      Q   And what was the additional division?
11      A   The training office which was called the --
12  at that time it was called the Technical Processing and
13  Automated Instruction Office.
14      Q   What did Miss Mansfield do as the assistant
15  director for Bibliographic Access?
16      A   She worked with me to manage the initiatives
17  related to cataloging.  In particular continuing to
18  carry out and create tactical plans, building on the
19  strategic plan that I mentioned in response to an
20  earlier question.
21      Q   That she had been responsible for?
22      A   Yes.  Working with convening the chiefs of
0087
 1  the Bibliographic Access divisions, working with them
 2  in a similar manner as she had done when she was acting
 3  director for Cataloging.
 4      Q   Anything else?
 5      A   No.
 6      Q   Was essentially Miss Mansfield's job as the
 7  assistant director for Bibliographic Access essentially
 8  the same job that she did when she was acting director
 9  for the Cataloging Division except it had another
10  division to it?
11      A   Yes.
12      Q   How did Miss Mansfield become the assistant
13  director for Bibliographic Access?
14      A   She was asked to assume that position by the
15  associate librarian.
16      Q   That's Miss Marcum?
17      A   Correct.
18      Q   Were you involved in any discussion as to who
19  would be the assistant director for Bibliographic
20  Access?
21      A   It was my recommendation that it be Miss
22  Mansfield.
0088
 1      Q   You made that recommendation to Miss Marcum?
 2      A   Correct.
 3      Q   And what was the basis for your
 4  recommendation?  Why did you do that?
 5      A   For the work she had done and how well she
 6  had done it when she had served as acting director for
 7  Cataloging.
 8      Q   So you were quite pleased with what Miss
 9  Mansfield had done as the acting director for
10  Cataloging?
11      A   Yes.
12      Q   And wanted her to continue basically in that
13  role plus pick up another division?
14      A   Yes.

                                    Page 32

WIGGINS_1
```
15        Q   Okay.  And what was Miss Marcum's reaction?
16        A   It was favorable.
17        Q   Do you remember the discussion or is it kind
18   of vague to you now?
19        A   I do not remember the discussion.
20        Q   Okay.  Did Miss Mansfield have any
21   responsibilities for the position as chief of the Arts
22   and Sciences Cataloging Division when she became the
0089
1   assistant director for Bibliographic Access?
2         A   Yes.  She was expected, as I said in a
3   previous response, to execute collateral duties as the
4   assistant director for Bibliographic Access and as the
5   chief of the Arts and Sciences Cataloging Division.
6         Q   Remember when I asked you about whether or
7   not Miss Mansfield had the option of using someone else
8   to serve on a day-to-day basis as the chief of the Arts
9   and Sciences Cataloging Division when she was acting
10   director for Cataloging?
11        A   Yes.
12        Q   Okay.  When Miss Mansfield became the
13   assistant director for Bibliographic Access, was there
14   anyone serving day-to-day as the chief of the Arts and
15   Sciences Cataloging Division?
16        A   No.
17        Q   At any point in time during the time that
18   Miss Mansfield served as the assistant director for
19   Bibliographic Access, has anybody served on a
20   day-to-day basis as the chief of the Arts and Sciences
21   Cataloging Division to your knowledge?
22        A   No one other than she.
0090
1         Q   Okay.  So at the time that Miss Mansfield
2   served as the assistant director for Bibliographic
3   Access, she was also doing the Arts and Sciences
4   Cataloging Division chief job, is that right?
5         A   Yes.
6         Q   Did you consider the assistant director for
7   Bibliographic Access to require the same level of
8   skill, ability, responsibility as other SL level
9   managers within the Library of Congress?
10        A   The way I structured it and what I had the
11   person in the position doing, being Miss Mansfield,
12   yes.
13        Q   How long did Miss Mansfield remain the
14   assistant director for Bibliographic Access?
15        A   From July 2004 until I think it was April of
16   2005.
17        Q   Whose decision was it to end those assistant
18   director positions?
19        A   The associate librarian.
20        Q   That is Miss Marcum?
21        A   Correct.
22        Q   Did Miss Marcum tell you why the assistant
0091
1   director positions were being eliminated?
2         A   Yes.
3         Q   And what did she say?  What did Miss Marcum
4   say?
5         A   Miss Mansfield wanted her position to be
6   certified as a senior level.  The assistant librarian
7   did not feel that Library Services' budget could
8   support an additional senior level position.  And since
```

WIGGINS_1
```
 9   she did not and wasn't willing to commit Library
10   Services to that since she didn't think its budget
11   would support it, she thought it better to abolish the
12   positions and give the responsibility for managing the
13   directorates to the director solely, directors solely.
14       Q    When you've told me this, are you thinking of
15   a face-to-face conversation you had with Miss Marcum?
16       A    I don't know if it's a single conversation or
17   the cumulative recollection of discussions along the
18   way leading up to the decision and the announcement.
19       Q    Okay.  So you believe you may have had a
20   series of discussions with Miss Marcum concerning the
21   elimination of the assistant director positions, but
22   you're not sure, is that accurate?
0092
 1       A    I certainly could not certify yes, we did.
 2   It's the cumulative recollection and the outcome.
 3       Q    Okay.  If it's any help to you, what I've
 4   tried to do and what I'd like to do is see if somebody
 5   has got a recollection of specific conversations and
 6   then tackle them one by one if we can; and failing
 7   that, if you've got sort of a general recollection of
 8   what was said, I'll take that as a number two option.
 9            So here's my specific question.  Can you
10   think of a specific conversation you had with Miss
11   Marcum where you can recall some of the content of the
12   discussion concerning the elimination of the assistant
13   director positions?
14       A    Again, I cannot tell you that there was any
15   single conversation that was more specific than the
16   general description I've just given you, and I cannot
17   say that occurred in a single meeting or conversation.
18       Q    Okay.  Did Miss Mansfield make it known to
19   you that she wanted her position as assistant director
20   to be an SL level position?
21       A    Yes.
22       Q    Did you have a number of conversations with
0093
 1   Miss Mansfield concerning that topic?
 2       A    Yes.
 3       Q    When did they begin?
 4       A    Shortly after she was appointed in July of
 5   2004.
 6       Q    And so with that framework that I had in
 7   mind, can you separate out in your mind different
 8   conversations you had with Miss Mansfield concerning
 9   her desire to have an SL level position when she served
10   as assistant director for Bibliographic Access?
11       A    I can't separate them out and delineate
12   specific conversations that would have occurred in a
13   particular meeting or discussion.  I can say with
14   certainty that there were several conversations from
15   the point that I just mentioned, that is shortly after
16   the July 2004 appointment through the April abolishment
17   of the positions, but I cannot describe a single
18   specific instance and what was said during that
19   conversation.
20       Q    Okay.  Do you have any documents that would
21   help you recall the detail of those conversations?
22       A    No because I wouldn't have written them down.
0094
 1   We would have simply been discussing either ongoing our
 2   regular meetings or if we were discussing some other
```
Page 34

```
                              WIGGINS_1
 3   issue and it might have come up.  So I wouldn't have
 4   then written something down.  So I don't have a
 5   document.
 6        Q    What did Miss Mansfield say about her desire
 7   to be paid the SL when she was assistant director for
 8   Bibliographic Access?
 9        A    The general thrust was I feel I'm doing
10   senior level work.  Why aren't I certified at the
11   senior level.  I mean, that is the essence and had been
12   the ongoing essence.
13        Q    Okay.  What did you say?
14        A    I said I agreed.  I will talk to the
15   associate librarian and see what we can do.
16        Q    So you agreed with Miss Mansfield that she
17   was doing SL level work?
18        A    Yes.
19        Q    And you told her that?
20        A    Yes.
21        Q    And did you talk to Deanna Marcum about your
22   belief that Miss Mansfield was doing senior level work?
0095
 1        A    Yes.
 2        Q    What did you tell her?  What did you tell
 3   Miss Marcum?
 4        A    I don't know the specifics.  I would have
 5   said something along the lines that I just described.
 6   That Judy and I have been talking.  Judy's concerned
 7   about her position.  I support its being at the senior
 8   level.  That would have been the gist of the
 9   discussions.
10        Q    What did Miss Mansfield -- I'm sorry.  What
11   did Miss Marcum say?
12        A    She responded that she would consider it.
13   She made no promises.  She brought up her concern about
14   the Library Services' budget and the impact of creating
15   additional senior level positions, brought into the
16   discussion at any given time her concern since her
17   appointment as associate librarian with the top heavy
18   nature of Library Services salaries and expenses side
19   of the budget.
20        Q    Let me go back to July of 2004.  Am I right
21   that all of the people in those five new directorates
22   were senior level?
0096
 1        A    Yes.
 2        Q    Okay.  And the two assistant directors in
 3   Collections and Services, that was actually Mr. Herman,
 4   right, Steve Herman?
 5        A    Correct.
 6        Q    And Mark Dimunation, is that correct?
 7        A    Correct.
 8        Q    Those were the other two assistant directors?
 9        A    Correct.
10        Q    Was Mr. Herman a senior level at that point
11   in time in July of 2004?
12        A    He was already a senior level, yes.
13        Q    And was Mr. Dimunation also a senior level in
14   July 2004?
15        A    He was already a senior level.
16        Q    So the only position that wasn't a senior
17   level between the directors and the assistant directors
18   in this new reorganization in July 2004 was the
19   position occupied by Miss Mansfield, right?
                                    Page 35
```

WIGGINS_1

```
20        A    Correct.
21        Q    So when you say Miss Marcum had budgetary
22   concerns about adding new senior level positions in the
0097
1    plural, it was really only one position that she was
2    talking about, Miss Mansfield's, right?
3         A    Certainly in this instance because that's the
4    position we were talking about.
5         Q    Right.  But there were no other positions on
6    that level within the new reorganization, right?
7         A    No, but at her level she would and was
8    worrying about the impact across the service unit, a
9    single instance is generally the beginning of a
10   pattern, but clearly in this instance we were talking
11   about this particular position.
12        Q    Okay.  Let me see if I understand what you're
13   saying.  When you sat down and talked to Miss Marcum
14   about the possibility of Miss Mansfield being paid at
15   the senior level when she worked as the assistant
16   director for Bibliographic Access, she was the only one
17   in the management team that was not paid at the senior
18   level?
19        A    Correct.
20        Q    Okay.  So when Miss Marcum is discussing
21   budgetary concerns, the only position that she was
22   speaking about was Miss Mansfield's position at that
0098
1    point in time, right?
2         A    For that particular discussion, correct.
3         Q    What do you think the budgetary impact would
4    have been to make Miss Mansfield a senior level
5    position in July of 2004, how much in dollars would
6    that be on an annual basis do you think?
7         A    It would have been the difference between her
8    GS-15 step whatever, I would assume she was about an 8
9    then, and wherever she would have been placed in the
10   senior level.  If it's typical, it could have been
11   several thousand dollars.
12        Q    You mean $10,000, $15,000, something in that
13   order of magnitude?
14        A    Probably between $3,000 and $5,000.
15        Q    Okay.  And what was the budget for Library
16   Services in July of 2004?
17        A    Probably several hundred thousand.
18        Q    I think you must mean million.
19        A    Million.  Sorry.  Yes, million.
20        Q    Okay.  So the budget for Library Services was
21   in the hundreds of millions of dollars?
22        A    Yes.
0099
1         Q    And you don't remember the number.
2    $500 million?  $400 million?  $200 million?  You don't
3    know?
4         A    It would have been closer to $200 million.
5    The Library itself is around $500 million.
6         Q    All right.  In July of 2004 what was the
7    budget for Acquisitions and Bibliographic Access?
8         A    I would guess about $70 million.
9         Q    And what was the budget for the Bibliographic
10   Access in July of 2004?
11        A    Between $40 million and $44 million.
12        Q    Okay.  Within Acquisitions and Bibliographic
13   Access as it existed in July of 2004, you were the
```

Page 36

WIGGINS_1

8      So my specific question is do you recall the
9  substance of any conversation you had with Miss
10 Mansfield concerning the abolishment of the assistant
11 director positions?
12      A    I don't.
13      Q    All right.
14      A    I don't.
15      Q    Fair enough.  How was the abolishment of the
16 assistant director positions announced?
17      A    By a memorandum from the associate librarian.
18      Q    Do you know whether or not Miss Marcum spoke
19 to Miss Mansfield about the abolishment of the
20 assistant director positions?
21      A    I don't have firsthand knowledge that they
22 had a separate meeting.  I do not.
0103
1      Q    Okay.  Put firsthand knowledge aside.  Did
2  anybody tell you that Miss Mansfield and Miss Marcum
3  had a discussion concerning the abolishment of the
4  assistant director positions?
5      A    No one told me.
6      Q    Did you have a sense of Miss Mansfield's
7  reaction to the abolishment of the assistant director
8  position?
9      A    Yes.
10     Q    And how did you acquire that sense?
11     A    That I would have picked up in subsequent
12 meetings with her following the announcement.
13     Q    Okay.  From something Miss Mansfield said?
14     A    What she said, body language, just general
15 human interaction.
16     Q    Okay.  What was your observation about Miss
17 Mansfield's reaction to the abolishment of the
18 assistant director positions?
19     A    There was disappointment.
20     Q    Anything else?
21     A    That probably best describes it.
22     Q    You remember any words that Miss Mansfield
0104
1  used?
2      A    I don't remember explicit words, no.
3      Q    When you noticed that Miss Mansfield was
4  disappointed with the abolishment of the assistant
5  director positions, did you speak to her about it?
6      A    Well, we continued our conversation.  At some
7  point during some of the subsequent discussions to the
8  announcement she let me know the actions she was going
9  to take.
10     Q    Okay.  When was that?
11     A    Probably in more than one meeting that she
12 would have told me that.
13     Q    What did Miss Mansfield tell you?
14     A    That she was pursuing legal action, and as I
15 recall -- Let me get it right.  What I do recall was
16 she was very specific of wanting to have the kind of
17 legal challenge she was pursuing described, and I
18 believe she was describing it as coming under EEO, and
19 that the library was paying her or had paid her during
20 that period at a level that was less than what it had
21 paid a male doing comparable duties.
22     Q    Okay.  Didn't Miss Mansfield tell you that
0105
1  before the assistant director positions had been
                          Page 38

WIGGINS_1
2    abolished?
3        A    She had mentioned that before as well.
4        Q    How long before the abolishment of the
5    assistant director positions did Miss Mansfield raise
6    with you the belief that she was receiving less pay
7    than male counterparts or comparables I think is the
8    way you put it?
9        A    Probably a couple of months.
10       Q    Okay.  And at one point am I right that you
11   tried to assist in having the assistant director
12   position for Bibliographic Access made into a senior
13   level position?
14       A    That is correct.
15       Q    Why did you do that?
16       A    Because I felt it rose to the senior level.
17       Q    And how did you go about doing that?  How did
18   you go about trying to get the assistant director for
19   Bibliographic Access established as a senior level
20   position?
21       A    Through discussions with the associate
22   librarian and at the time -- what would his position
0106
1    have been -- the administrative assistant for Library
2    Services.
3        Q    Who was that?
4        A    James Carroll.
5        Q    So when you wanted to see if you could get
6    the assistant director position set at a senior level,
7    you talked to Miss Marcum and Mr. Carroll?
8        A    He would have been involved simply because he
9    would have been the one working on the position
10   description itself, but the conversation would have had
11   to start with the associate librarian.
12       Q    Miss Marcum?
13       A    Correct.
14       Q    So you had discussion with Miss Marcum where
15   you said I think the assistant director position for
16   Bibliographic Access should be set at a senior level?
17       A    Yes.
18       Q    Was that a series of conversations or a
19   single conversation?
20       A    It was more than one.
21       Q    Do you remember any specific conversation on
22   that topic?
0107
1        A    I know during one meeting I pointed out that
2    of the three assistant directors, Miss Mansfield's was
3    the only one that wasn't senior level.  I thought based
4    on the work that I was assigning her, that she was
5    doing work that merited such a position.  So that would
6    have been the tenor of the discussions I would have had
7    with her along the way.
8        Q    Did you mention to Miss Marcum Miss
9    Mansfield's concerns that she thought that it was
10   unfair that she wasn't paid at the senior level?
11       A    I'm sorry.  Repeat that.
12       Q    Yes, it came out kind of awkwardly.  When you
13   spoke to Miss Marcum about trying to get the senior
14   level position for the assistant director for
15   Bibliographic Access, did you ever mention Miss
16   Mansfield's concerns that she thought she was being
17   paid unfairly?
18       A    I did not because I was asked by Miss
                          Page 39

WIGGINS_1

13  meetings with her, with the associate librarian, where
14  we discuss any number of issues, and --
15      Q  Okay.  I'm sorry.  I didn't mean to cut you
16  off.  Did you have something else on that?
17      A  No.
18      Q  Would it be fair to say that you were making
19  a pitch for Miss Mansfield to get her pay elevated to
20  senior level when she worked as the assistant director
21  for Bibliographic Access?
22      A  I would not characterize it that way.  I
0111
1  would prefer to say I was doing my role as a manager
2  who has tried to be and was trying to be fair in
3  assessing fair compensation for the folk who reported
4  to him.  It wasn't a pitch.  It was just part of what I
5  should be doing in reporting to my boss.
6      Q  You were trying to get what you thought was
7  fair compensation?
8      A  Yes.
9      Q  Okay.  In your own mind that meant that Miss
10  Mansfield would be paid the senior level when she did
11  the work as the assistant director for Bibliographic
12  Access?
13      A  That is what I was after.
14      Q  Okay.  Am I right that you at one point had a
15  position description drafted for the assistant director
16  for Bibliographic Access?
17      A  Yes, one was drafted.  The question would be
18  did I get it drafted or was that just part of the
19  process.  I think it was part of the process of the
20  discussion that I had had with the associate librarian.
21  Part of making that happen would be to have a position
22  description to look at.
0112
1      Q  Who prepared the position description?
2      A  James Carroll.
3      Q  Who did Mr. Carroll work for?
4      A  The associate librarian.
5      Q  So what was his title again?  I think you
6  might have mentioned it, but I'm not sure I jotted it
7  down.
8      A  I'm not sure this was the official title, but
9  it was along the lines of senior administrative officer
10  for Library Services.
11      Q  Okay.  And did you have a chance to review
12  the position description for the position of assistant
13  director for Bibliographic Access?
14      A  I do remember seeing it at least once.
15      Q  What did you do with it?
16      A  I looked at it.  If I made any comments, I
17  would have returned it to Jim Carroll to then proceed
18  with whatever his next step would have been.
19      Q  Okay.  Did you approve of the position
20  description prepared by Mr. Carroll for the assistant
21  director for Bibliographic Access?
22      A  As I recall I did with whatever tweaking I
0113
1  did, but overall the position description itself I do
2  remember.
3      Q  When you had your discussion with Miss
4  Marcum, were you trying to see if you could get the
5  assistant director position for Bibliographic Access
6  set up in a position description?  In other words, did

Page 41

WIGGINS_1
1  say that you managed the day-to-day activities of the
2  acquisitions part of Acquisitions and Bibliographic
3  Access?
4      A   Yes.
5      Q   And did Miss Mansfield manage the day-to-day
6  activities of the Bibliographic Access or cataloging
7  functions of Acquisitions and Bibliographic Access in
8  July 2004?
9      A   Yes.
10     Q   Now, when did Miss Mansfield become the chief
11 of the Arts and Sciences Cataloging Division if you
12 recall?
13     A   Her formal appointment date to that position?
14     Q   Yes.
15     A   I believe it would have been the fall of
16 1997.  I don't remember the month.
17     Q   And how did Miss Mansfield become the chief
18 of the Arts and Sciences Cataloging Division?
19     A   Through applying for a posting, and she was
20 appointed through the competitive process.
21     Q   And who was the selecting official?
22     A   I was.
0117
1      Q   I guess you knew the job pretty well, the
2  division chief job pretty well for the Arts and
3  Sciences Cataloging Division when Miss Mansfield was
4  appointed?
5      A   I had a sense of it, yes.
6      Q   You're understanding that a little.  You held
7  the job for several years, right?
8      A   I did.
9      Q   So you knew it inside out, right?
10     A   I did.
11     Q   How, if at all, did the job change over time
12 from the time that Miss Mansfield assumed the position
13 in the 1990s to the present?
14     A   To the present?
15     Q   Right.
16     A   The biggest change is one that would apply to
17 any and all of the cataloging divisions and to the
18 chiefs of those divisions.  The focus not shifting so
19 much but embracing the digital component of information
20 both in terms of information that we're adding in
21 digital form to the collections, how it's processed,
22 and folding that work flow into the established work
0118
1  flow for analog and print materials.
2          So she or the chief of that division then
3  needing to deal with how to bring staff and the
4  operations to such a level that they can continue to
5  deal with the influx of print materials which were now
6  decreasing while also accommodating the digital.  That
7  focus was the biggest shift.
8      Q   I see.  So would it be accurate to say that
9  the job became more complex because of the changes in
10 technology?
11     A   Not the ASCD chief position in and of itself.
12 The chief position, period, because of what we do, the
13 materials we focus on, and what the goals and
14 activities and the mission of the directorate was, and
15 ASCD being one of those divisions.
16     Q   When you say that, you mean the division
17 chief positions across the board within the Cataloging
                            Page 43

                                    WIGGINS_1
18   Directorate?
19        A    Yes.
20        Q    They became more complex?
21        A    Yes.
22        Q    Because of the changes in technology?
0119
 1        A    Yes.
 2        Q    Okay.  Did there come a point in time where
 3   you felt that the division chief positions within the
 4   directorate of Cataloging were deserving of an SL level
 5   rank?
 6        A    Yes.
 7        Q    And did that sort of evolve over time?
 8        A    Yes.
 9        Q    When did you first think that the division
10   chief positions with then Cataloging Directorate were
11   worthy of SL level ranking?
12        A    I probably started giving focus to it
13   sometime between 2000, 2001.
14        Q    Did you do anything about it?
15        A    I sought to have the position descriptions
16   reviewed with an aim of seeing if they actually would
17   be certified against OPM ratings for a senior level.
18        Q    And how did you go about seeing to it that
19   the position descriptions were reviewed to see if they
20   merited SL rating?
21        A    By forwarding them through the process to the
22   Human Resources Directorate of the Library for that
0120
 1   unit to review them.
 2        Q    Okay.  And did the Human Resources unit
 3   review the position descriptions for the division
 4   chiefs within the Cataloging Directorate at some point?
 5        A    Eventually they got there, and eventually
 6   Human Resources staff did review them.
 7        Q    Did you believe that the chiefs of the
 8   divisions within the Cataloging Directorate were
 9   performing SL level work before the Human Resources of
10   the Library of Congress got around to reviewing the
11   position descriptions?
12        A    Yes.
13        Q    And how did the Human Resources Department
14   come to review the position descriptions of the
15   division chiefs within the directorate of Cataloging?
16        A    When you say how did they come to, what do
17   you mean exactly?
18        Q    That's a good question.  My question was
19   horrible.  Your question was good.  Here's what I'm
20   getting at.
21             Did Human Resources do the review themselves?
22   Did they contract it out?  Do you recall?
0121
 1        A    It was a combination.  They're reviewed some
 2   internally, and they contracted with an expert to
 3   handle some of the others.
 4        Q    Okay.  Did you participate in the
 5   classification review?
 6        A    To the degree that I was the original
 7   initiator of the process, yes.  To the degree that as
 8   the process unfolded and I was the acting associate
 9   librarian and would have to sign off on any
10   administrative personnel issue of that sort, yes.
11        Q    Okay.  As director for Cataloging, did you
                              Page 44

WIGGINS_1

12  know what the division chiefs did in all of the
13  divisions under your jurisdiction?
14       A    Yes.
15       Q    You knew what they did on a day-to-day basis,
16  is that true?
17       A    Yes.
18       Q    And were you familiar with the level of skill
19  required to be a division chief within the Directorate
20  of Cataloging?
21       A    Yes.
22       Q    And were you familiar with the level of
0122
1   effort to be a division chief within the Cataloging
2   Directorate?
3        A    Yes.
4        Q    And were you familiar with the responsibility
5   required to be a division chief within the Directorate
6   of Cataloging?
7        A    Yes.
8        Q    Were you interviewed by any of the people
9   involved in the classification review of the division
10  chief positions?
11       A    Yes.
12       Q    Who interviewed you?
13       A    I don't remember the person's last name.  I
14  think the first name was Dan.  That's all I remember.
15       Q    Donald Krigbaum, does that ring a bell?
16       A    That rings a bell.
17       Q    You think that's the classification
18  specialist that interviewed you?
19       A    Yes.
20       Q    Okay.  Do you remember the interview?
21       A    No.  Only there were questions asked related
22  to the position descriptions, some along the lines of
0123
1   what does this really mean or if the chief is doing
2   this, what exactly is he or she doing, those kinds of
3   questions.
4        Q    Okay.  Would I be right in thinking that
5   during the course of the interview with the
6   classification specialist, that you tried to convey to
7   the classification specialist what it was that the
8   division chiefs did in their jobs on a day-to-day
9   basis?
10       A    That is correct.
11       Q    What level of responsibility they had, for
12  example?
13       A    Yes.
14       Q    What level of skill was required to perform
15  those jobs?
16       A    Yes.
17       Q    And what effort was required to perform those
18  jobs?
19       A    Yes.
20       Q    Okay.  And did you ever see any results from
21  that classification review?
22       A    Yes.
0124
1        Q    Do you recall them?
2        A    The process yielded complete review through
3   the Human Resources chain including the review by the
4   external expert that was brought in to look at them.
5   There was a report that included a set of
                              Page 45

WIGGINS_1

0127
1   once?
2        A    Carrying out duties in the two jobs, yes.
3        Q    Okay.  When the classification review was
4   done within the Cataloging Directorate, am I right that
5   the review was focused on the responsibilities of those
6   jobs regardless of who was holding those jobs?
7        A    That is correct.
8        Q    Okay.  When you received the results from the
9   classification specialist that stated that the chief of
10  the Arts and Sciences Division position was really SL
11  level work, what did you do?
12       A    That information was presented along with two
13  other positions within the Cataloging Directorate, and
14  once I got that information then I met with the
15  director for Human Resources to determine the next
16  steps to get the position certified because that was
17  just step one that it first passed the Human Resources
18  position classification assessment.  They still then
19  had to be certified by the Human Resources position
20  classification specialist and then presented to the
21  Librarian's Office, and it was the deputy librarian who
22  had the final sign-off on approving new senior level

0128
1   certifications.  So the next step after getting that
2   information was to begin that process.
3        Q    When you say certified, do you mean that the
4   Human Resources would say that this particular division
5   chief position should now be ranked as an SL position
6   and no longer a GS-15 position?
7        A    Yes.
8        Q    And the consequence of that for the division
9   chief would be that person would then be receiving SL
10  level compensation as opposed to GS-15 level
11  compensation?
12       A    Only after it had been signed off all the way
13  through the process through the deputy librarian.  So
14  getting the information from Donald Kriegberg, I think
15  is his last name, was the first step.  That basically
16  let Human Resources know this position when it is
17  assessed against the OPM classification standards, it
18  does rate at the senior level.
19            The next step would be for the Human
20  Resources specialist then to officially certify that on
21  a form and then send the upgraded position description
22  through the process to the deputy librarian to say we

0129
1   recommend this and sign off on it.
2            It's only after all of that occurs that it
3   will be reflected in the incumbent chief's pay or would
4   be used for hiring the next person to field that
5   position, whatever the case may be.
6        Q    I guess what I'm getting at is the ultimate
7   purpose of the classification review is to determine
8   whether the position of division chief should be
9   changed to an SL position from a GS position?
10       A    Yes.
11       Q    And if everybody signed off on it right on up
12  to the librarian, the effect of that would be the
13  division chief would then be paid as an SL employee
14  rather than a GS employee?
15       A    Yes.
16       Q    And that's what you tried to accomplish for
                          Page 47

WIGGINS_1

17  the division chiefs that you thought merited SL level
18  ranking, is that right?
19       A   Yes.
20       Q   What happened to your efforts in that regard?
21       A   They never got to the deputy librarian for
22  his sign-off.  The director for Human Resources had the
0130
1   report and the recommendation from the external expert.
2   In her role as the Human Resources director, she had to
3   make the determination in terms of recommendation
4   monitoring the number of senior level positions that
5   the agency added to its roster.
6            So she expressed concerns about the impact of
7   adding three additional senior level positions to the
8   Library's roster, and she wanted to have some
9   discussions with the deputy librarian and the Library's
10  administrative management group called the Executive
11  Committee.  So that was the next step that she wanted
12  to have before she would officially sign off and send
13  it to the deputy librarian to approve.
14       Q   Are you referring to a particular individual
15  when you say it's the Human Resources director?
16       A   At that time it would have been Teresa Smith.
17       Q   Did you have a number of conversations with
18  Miss Smith about the classification review for the
19  division chief positions in your directorate?
20       A   Yes.
21       Q   Can you separate any of those conversations
22  out in your mind and tell me about a particular one as
0131
1   opposed to another conversation?
2        A   I don't know that I can separate a particular
3   meeting where particular words were stated.  Certainly
4   the cumulative effect of several conversations was what
5   I've described.  That is, Miss Smith's concern about
6   the number of positions that were recommended for
7   senior level certification and her next steps in
8   effecting that change, and certainly one of those being
9   getting a recommendation to the deputy librarian to say
10  sign off on this so that it can become effective.
11       Q   Did you tell me earlier it never reached the
12  deputy librarian's desk though?
13       A   The position descriptions as far as I know
14  never reached his desk with a sign-off from the Human
15  Resources director saying these should be certified at
16  the senior level.
17       Q   Do you know why that is, why it never reached
18  the deputy librarian?
19       A   Part of it was the conversation or the
20  amalgam of conversations I'm describing now.  Miss
21  Smith, the director for Human Resources, held onto the
22  package for any number of months and still had them
0132
1   when Deanna Marcum was appointed associate librarian
2   and I had stepped down as acting associate librarian.
3   And they still had to be dealt with because they were
4   on the books and in the process for review, and part of
5   that process was a meeting by Miss Smith with Deanna
6   Marcum and me to discuss the status of this package of
7   position descriptions and the recommendations
8   pertaining to them.
9            And the thrust of the last meeting that I
10  recall of the three of us -- Miss Smith, Deanna Marcum,

                                Page 48

WIGGINS_1
```
11   and me -- was the package was handed back to Deanna
12   Marcum to review as the new associate librarian to
13   decide if she wanted to give her stamp of approval for
14   resubmitting them and putting them back into the stream
15   for consideration.
16        Q   Okay.  Do you know of any other reason other
17   than what you've already said as to why the
18   classification review results were not presented to the
19   deputy librarian?
20        A   No.
21        Q   Okay.  Nobody told you anything different
22   other than what you've already testified to?
0133
1         A   No, no one told me anything differently.
2         Q   Okay.  Let me see if I can get a little
3    better sense of the time frame, and by trying to do
4    that what I'm going to do is ask if this could be
5    marked as Plaintiff's Exhibit Number 1.
6             (Deposition Exhibit 1 was marked for
7    identification and was retained by counsel.)
8    BY MR. FREDRICKSON:
9         Q   Have you had a chance to look at Plaintiff's
10   Exhibit Number 1?
11        A   Now or sometime in the past?
12        Q   Here's what I'm driving at.  I believe that
13   Plaintiff's Exhibit Number 1 is the position
14   description for the chief of the Arts and Sciences
15   Cataloging Division as it existed beginning in 1992.
16        A   The dates would confirm that.  They fit
17   within that time frame.
18        Q   You were the chief of the Arts and Sciences
19   Cataloging Division in 1992?
20        A   That is correct.
21        Q   Okay.  Does this appear to be the position
22   description that covered the position that you held in
0134
1    1992?
2         A   It appears to be.
3         Q   To your knowledge was Plaintiff's Exhibit
4    Number 1 a copy of the position description that was
5    under review in 2003 when this classification audit was
6    going forward?
7         A   It probably was the basis of the review, but
8    there probably would have been a rewritten one based on
9    this.  That's what would have been submitted, not this
10   one.
11        Q   There would have been a proposed position
12   description?
13        A   Right.  The language would have been redone,
14   that kind of thing.
15        Q   Why was that?  Why would there be a proposed
16   position description?
17        A   Because any time we look at reviewing
18   position descriptions we look at them for updating in
19   terms of language, changes that may have occurred,
20   obsolete activities, obsolete software, any number of
21   things that would need to be changed in addition to
22   reflecting what's going on.  It may have been to
0135
1    incorporate the inclusion of digital materials, any of
2    those things.
3         Q   So would it include updating the position
4    description to take into account the increasing
```
Page 49

WIGGINS_1

```
 4        Q    It's a little vague, isn't it?
 5        A    Yes.
 6        Q    Let me say by time then.  I believe you said
 7  earlier that since the late 1990s Miss Mansfield had
 8  been the chief of the Arts and Sciences Cataloging
 9  Division?
10        A    Correct.
11        Q    And in September of 2002 Miss Mansfield had
12  been the acting director for Cataloging.
13        A    Indeed.
14        Q    In performing those two roles over a period
15  of time on up till July 2003, did you believe that she
16  was contributing as an active leader in helping
17  determine the direction of the Library at that point?
18        A    I believe -- I will say yes to that question,
19  to your rephrased question.
20        Q    You also said earlier that it was sometime I
21  think in the 2000 to 2001 time frame that you believed
22  that your division chiefs within the Cataloging
0147
 1  Division merited senior level work.
 2        A    Yes.
 3        Q    They were doing senior level work, right?
 4        A    Yes.
 5        Q    Okay.  Did you believe that those division
 6  chiefs in that time frame 2000 to 2001 were
 7  contributing and taking an active role in the
 8  leadership and determining the future direction of the
 9  Library?
10        A    Yes.
11             MR. FREDRICKSON:  May I have this marked as
12  Plaintiff's Exhibit Number 5 please.
13             (Deposition Exhibit 5 was marked for
14  identification and was retained by counsel.)
15  BY MR. FREDRICKSON:
16        Q    Would you examine Plaintiff's Exhibit Number
17  5 for the purposes of determining whether or not you
18  recognize it before and could identify it?
19        A    Yes, I have reviewed it.
20        Q    Now, Plaintiff's Exhibit Number 5 appears to
21  be an e-mail from you to Teresa Smith, the director of
22  Human Resources, is that right?
0148
 1        A    Correct.
 2        Q    And it's dated July 5th, 2003, is that right?
 3        A    Yes.
 4        Q    Okay.  So that's really three days after the
 5  document already marked as Plaintiff's Exhibit Number 4
 6  where Miss Smith informed you that there was going to
 7  be delay in the certification of these positions as SL
 8  level jobs, right?
 9        A    Yes.
10        Q    Okay.  Tell me what you were thinking when
11  you sent this e-mail that's been marked as Plaintiff's
12  Exhibit Number 5.
13        A    I'm not sure I can say more than what the
14  memo itself states.  It was in response to the memo
15  wanting Teri to proceed.
16        Q    Why did you want her to proceed?
17        A    For all of the reasons we had cited in
18  sending forward the package.  These positions had been
19  indicated to be at the senior level.
20        Q    Where it says here that "I am very
```

Page 54

WIGGINS_1
15  where you can say this is what I said to her, this is
16  what she said to me, anything like that?
17      A    No.  It really is a cumulative effect of
18  trying to move the process forward, and these things
19  happen through a combination of things, and this piece
20  of the work I was doing for Library Services was one of
21  the pieces associated with 40 other divisions.  I
22  remember the tasks, the initiatives, what needed to be
0152
1   done and steps taken, but I wouldn't swear to specific
2   instances of exactly how it fell out.  But everything
3   I've said has the thread of accuracy and truth to the
4   degree that I can remember the specifics, but certainly
5   this is the pattern.
6       Q    Okay.  You used the term thread was it?
7       A    Thread in the sense that this is not a single
8   instance.  This started, as we said, back in 2000 when
9   I was thinking about looking at the position
10  descriptions, and I might add we did it for every
11  position description in Arts and Sciences and
12  Cataloging, not just the chiefs but from top to bottom.
13      Q    Since you don't have a specific recollection,
14  let me see if I've accurately understood what you've
15  told me.  Am I right that you wanted Human Resources to
16  do a classification review of the division chief
17  positions within the Cataloging Directorate?
18      A    That is correct.
19      Q    And you thought at the time that you asked
20  them to do the classification review that several of
21  the division chief positions merited SL level rating,
22  is that right?
0153
1       A    That is correct.
2       Q    So you were urging the Human Resources
3   Department to reexamine the situation, reexamine the
4   position descriptions, the work that the division
5   chiefs were doing, with the purpose of determining
6   whether or not those positions should be rated at the
7   SL as opposed to the GS level?
8       A    That would be the outcome.
9       Q    Okay.  The Human Resources contracted outside
10  their regular employees with Donald Krigbaum to do that
11  classification review, is that right?
12      A    In this instance, yes.
13      Q    Okay.  And Mr. Krigbaum came back and said
14  that three of these division chief positions should be
15  rated at the SL?
16      A    Yes.
17      Q    You communicated after the classification
18  review, you reiterated that you thought the division
19  chief position for the Arts and Sciences Cataloging
20  Division should be rated at SL?
21      A    I don't think I explicitly said Arts and
22  Sciences.  All three.
0154
1       Q    But I do think we covered a memo where you
2   did say that.
3       A    But I want to make sure that that's not just
4   for Arts and Sciences.  It's for all three of these.
5   That's just one of the packages.
6       Q    I understand.  I'm just focusing on this one
7   right now.
8       A    Okay.
                        Page 56

WIGGINS_1
```
 8   and Bibliographic Access Directorate.  AMG is the
 9   Acquisitions Management Group.  CMT is the Cataloging
10   Management Team.  So that constitutes all of the chiefs
11   of the 14 divisions in our directorate.
12        Q    Okay.  So the AMG would be anybody who is a
13   division chief within the Acquisitions Unit?
14        A    Correct.
15        Q    Okay.  And the CMT refers to the Cataloging
16   Management Team, is that what you said?
17        A    Correct.
18        Q    So that would be the division chiefs within
19   the Cataloging Directorate as it existed in July 2004?
20        A    Yes.
21        Q    So that would be the eight division chiefs?
22        A    Yes.
0166
 1        Q    I guess plus Judy Mansfield who was the
 2   acting director for Cataloging, is that right?
 3        A    She would be a part of that eight.
 4        Q    Okay.  Having read Plaintiff's Exhibit Number
 5   7, does it refresh your recollection as to any events
 6   of that summer?  I asked you about this before this
 7   morning but not in any level of detail that we're going
 8   to get to right now.
 9        A    Well, certainly I remember this e-mail
10   message.
11        Q    Okay.  Do you remember the meeting that's
12   referred to here, the highlights from Tuesday's
13   directors meeting?
14        A    Yes in a general way.
15        Q    What happened at the meeting?  What was
16   conveyed to you at the meeting?
17        A    This is in line with what I said that Deanna
18   would have discussed with the directors when we were
19   planning the realignment and trying to craft a
20   structure for managing the two largest directorates and
21   the approaches that might be taken, and this speaks to
22   my view of how it should be.
0167
 1        Q    Your view at the time in July of 2004, am I
 2   right that you didn't think it was the right management
 3   way to go to have the assistant directors also have
 4   division chief responsibilities, is that right?
 5        A    That is correct.
 6        Q    You thought the assistant director position
 7   merited a full-time permanent position, is that right?
 8        A    That is correct.
 9        Q    Is that something you conveyed to Miss Marcum
10   at the directors meeting?
11        A    Yes.
12        Q    And Miss Marcum's view was that the assistant
13   director should be the assistant director and have
14   collateral duties of division chiefs, is that right?
15        A    Yes.
16        Q    Now, I want to go down to where it says My
17   Arguments, that's a reference to your views, is that
18   right?
19        A    Correct.
20        Q    Okay.  It says here "I expect the assistant
21   directors to do more than coordinate.  I expect them to
22   manage, to have authority to make decisions, to have
0168
 1   authority to handle personnel matters, to have budget
```
                                Page 61

WIGGINS_1
7   other initials are written by my secretary.
8       Q   Okay.  So the handwriting that appears in the
9   upper right-hand corner of Plaintiff's Exhibit Number
10  9, page 1, that's your secretary's handwriting?
11      A   That says BJW Copy?
12      Q   Yes.
13      A   Those are characters written by my secretary.
14      Q   And the initials that appear right on top of
15  Wiggins where it says BJW, is that in your handwriting?
16      A   Yes.
17      Q   And to the right where it says 1/12/05, is
18  that in your handwriting?
19      A   Correct.
20      Q   So this is a note you sent to Miss Marcum on
21  January 12th, 2005, is that right?
22      A   Yes.
0177
1       Q   Are you conveying the proposed position
2   description for the position of assistant director of
3   Acquisitions and Bibliographic Access Directorate?
4       A   Yes.
5       Q   Okay.  So am I right that Plaintiff's Exhibit
6   Number 9 is the position description that you were
7   proposing for the position that Miss Mansfield held at
8   that time in January 2005?
9       A   Yes.
10      Q   And it's at the SL level?
11      A   Yes.
12      Q   The discussions that you described this
13  morning with respect to the discussions you had with
14  Miss Marcum concerning Miss Mansfield's position as
15  assistant director, does this memorandum marked
16  Plaintiff's Exhibit Number 9 help place it in time for
17  you when you had those discussions?
18      A   Well, it certainly dates it.  Well, the
19  discussions could have been before, around, and after
20  this I mean because there could and most likely have
21  been discussions leading into my submitting this,
22  discussions at meetings subsequent to this, asking if
0178
1   she had questions.  It does pin in time that the
2   discussions would have occurred around these dates.
3       Q   In or around January of 2005?
4       A   Yes.
5       Q   Okay.  Having had a chance to look at
6   Plaintiff's Exhibit Number 9, does it call back up any
7   other detail about the discussions you had with Miss
8   Marcum concerning the assistant director for
9   Bibliographic Access in January 2005, anything that we
10  didn't cover this morning?
11      A   No.
12      Q   Okay.  Thank you.  Bear with me a minute.
13      The position that you said earlier that Mr.
14  Byrum held, was that the Regional and Cooperative
15  Cataloging Division chief position?
16      A   Yes.
17      Q   What did that job entail?
18      A   Managing an operation that had responsibility
19  for cataloging and processing materials from countries
20  of the world that has a non-Roman alphabet:  Chinese,
21  Japanese, Arabic, Syriac.  So that added to some of the
22  complexity.  It had responsibility for the cooperative
0179

Page 65