# HANRATTY DEPOSITION

```
0001
 1          UNITED STATES COURT OF FEDERAL CLAIMS
 2
 3
 4   --------------------------------X
 5   JUDITH A. MANSFIELD,            :
 6                      Plaintiff  : Civil Action
 7        v.                        : No. 05-472C
 8   THE UNITED STATES OF AMERICA,  : Judge Williams
 9                      Defendant   :
10   --------------------------------X
11
12
13          Deposition of DENNIS M. HANRATTY
14                   Washington, D.C.
15             Wednesday, January 31, 2007
16                      2:50 p.m.
17
18
19
20   Job No.: 1-95857
21   Pages 1 - 132
22   Reported by: Nancy Bond Rowland
```

0041

1    Q    Has the budget for personnel been going up
2    every year since 2001?
3    A    Well, yes, but, and the but is the costs have
4    gone up as well.  So what happens each year, and this
5    is why the budget would go up, Congress will mandate
6    and the President will sign a cost-of-living adjustment
7    in January of each year.  Those are costs that the
8    agency is required to pay.  So although the budget has
9    gone up, the budget has gone up primarily because it
10   needs to accommodate the increases in pay.  Now, what's
11   likely to happen this particular year -- And in fact,
12   the budgets really have gotten tighter and tighter and
13   tighter.
14   Q    What do you mean when you say that?
15   A    I mean that it becomes much more difficult to
16   have any increases that are what we would define as
17   growing workload.  So there are new initiatives that
18   the Library needs to accomplish, and in order to do so
19   will need more money, will need more staff.  It's very,
20   very difficult these days to see any increase in that
21   respect, and in fact we fully expect that with the
22   fiscal year 2007 budget which has not yet been

0009

1  make a recommendation to the director for Human
2  Resources, and she in turn would make a recommendation
3  to the deputy librarian regarding the setting of pay
4  for that particular individual.
5       I would be responsible each spring for
6  assisting the director for Human Resources in the
7  performance appraisal process and would be responsible
8  based on the decisions that would have been made by the
9  service unit heads who collectively form a body known
10 as the Performance Review Board, they submit
11 recommendations to the deputy librarian, but once all
12 of those recommendations are approved, then I would be
13 responsible for ensuring that the pay adjustments,
14 awards, any type of monetary compensation that would
15 impact a senior level employee would be taken care of.
16      So I would be responsible for actually doing
17 the calculations, ensuring that the appropriate staff
18 within Human Resources entered that information into
19 our payroll system, and ensured that we met the time
20 frame for the adjustments to pay and performance
21 bonuses in accordance with our regulation.
22     Q  Did you have any other responsibilities in

0008

1   A   Yes.

2   Q   And you're thoroughly familiar with the
3   Library's regulations on personnel?

4   A   I would certainly say that I'm thoroughly
5   familiar. Whether I would say I'm an expert in every
6   component of the regulation, I probably would not say
7   that.

8   Q   Okay. Taking you back to the job you held in
9   2000, director for Strategic Planning and Automation,
10  could you give me a summary of your job duties in that
11  position please?

12  A   Well, in that particular position, as I
13  mentioned, I was responsible for the strategic planning
14  of human resources activities. Specifically relevant
15  in terms of this particular case, I managed the senior
16  level work force on behalf of the director for Human
17  Resources.

18  Q   Okay. What do you mean when you say you
19  managed the senior level work force?

20  A   For example, if there were requests coming in
21  from service units for temporary promotions of
22  individuals to the senior level work force, I would

0049

1      A    Yes.

2      Q    Okay. All right. Let me back off.

3      A    Okay.

4      Q    I misunderstood your question to me. What I
5  was trying to figure out is is Plaintiff's Exhibit
6  Number 18, the LCR 2017-2.1 that you have in front of
7  you, is that the controlling regulation for temporary
8  promotions where temporary promotions are of someone
9  going from GS to SL?

10     A    Yes. You're correct.

11     Q    Okay. And there's no other document you can
12 go to and say Oh, this also applies to temporary
13 promotions at the Library of Congress?

14     A    That's correct.

15     Q    All right. So if we're going to try to
16 figure out what the regulation was, we have it right
17 here in Plaintiff's Exhibit Number 18?

18     A    You do.

19     Q    Okay. And how were temporary promotions
20 handled at the Library of Congress when someone was
21 going from GS to SL on a temporary basis?

22     A    Basically what would happen would be that the

0050

1  request would come into Human Resources, and the person
2  who was responsible for making that recommendation back
3  to the director for Human Resources would look at the
4  current salary of the employee in question and then
5  apply a reasonable percentage increase. And typically
6  when I say reasonable, I'm talking in the neighborhood
7  of 5, 6, 7, 8, 9 percent, nothing more than that.
8          We would consider that to be a reasonable
9  increase in pay to reflect the increased temporary
10 responsibilities that one would be taking on as a
11 senior level temporary employee.
12         So what that means, therefore, is that if
13 you're on the low end of the GS-15 scale, the odds are
14 that the recommendation was coming back at the SL-1
15 level. If you were in the upper range, it might be
16 SL-2 or conceivably could be SL-3 because we would
17 certainly want to be able to compensate you fairly.
18    Q   Okay. Well, that goes to a very specific
19 point, but let me ask you this. How were temporary
20 promotions effectuated at the library?
21    A   Well, I can speak particularly in terms of
22 the way that I did it. You know, it's conceivable that

0051

1   someone else might prior to my taking on the
2   responsibility might have done it a slightly different
3   way.
4       Q   That's fine, but my question is a little bit
5   broader than that.
6       A   Okay.
7       Q   Maybe I didn't articulate it very well.
8   That's happened once or twice. Here's what I want to
9   know. The supervisor says I want to fill this position
10  on a temporary basis. How do they go about doing it?
11  Are they required to post it? Can they pick their own
12  person? Can they suggest a length of time they can be
13  in the position? Can they recommend a pay rate? That
14  kind of thing.
15      A   They would recommend the name of the
16  employee. Basically what would happen would be that
17  there would be a personnel action that would be
18  generated by the service unit head, and the service
19  unit head would tell us that I would like to promote
20  Mary Jones or John Smith for a 120-day period of time.
21      Q   What's magic about the 120-day period?
22      A   That's the limit in which one can be

0052

1   temporarily promoted absent a competitive announcement.
2       Q   When you say competitive announcement, you
3   mean the job is posted?
4       A   The job is posted.
5       Q   A vacancy announcement is publicly posted,
6   and people can apply for it competitively?
7       A   That's correct, yes.
8       Q   Okay.  What's supposed to happen after the
9   120-day period?
10      A   Well, basically what would happen is the
11  individual returns back to the original grade that he
12  or she occupied before.  And if there was in fact a
13  posting that went up during that 120-day period of time
14  and was still not finalized, the regulations allow that
15  that individual could remain in the higher graded
16  position for a maximum of 270 days including the 120
17  days as part of that 270 days.
18      Q   So if the position is posted, the employee
19  that's temporarily promoted stays in the position and
20  continues to be paid at the higher level, and that can
21  last a total of 270 days?
22      A   Well, it would really be at the discretion of

0053

1   the service unit head.  That is, the service unit head
2   could put up a posting within that 120-day period and
3   at the 120th day decide to return that employee back to
4   the original grade and then put someone else in that
5   vacancy for a period of time or leave it vacant.  That
6   would be at the discretion of the service unit head.
7   However, if the service unit head desires to continue
8   to have that individual compensated post day 120, he or
9   she is permitted to do so because there's a competitive
10  posting that's up.
11      Q   Let's assume a situation where there's no
12  competitive posting.
13      A   Okay.
14      Q   The GS employee is temporarily promoted into
15  the higher level SL position.
16      A   Yes.
17      Q   After 120 days what happens to the person
18  that's temporarily promoted?
19      A   That person returns back to the original
20  position, the original grade, the original step that
21  that person held on the day that he or she was promoted
22  to the higher position.

0054

1  Q  Okay. And the higher level position then
2  remains vacant or the service unit fills that position
3  with someone else?
4  A  That's correct.
5  Q  And that would be your understanding of the
6  requirements of the Library of Congress?
7  A  Yes.
8  Q  So if a GS level employee was temporarily
9  promoted and the job is not posted, it would be
10 contrary to the Library's regulations for that person
11 to stay in the position uncompensated, is that right?
12 A  Into that formal position, yes, that's
13 correct. You would have to -- By our official records
14 we would back you out of that position, and you would
15 return to your previous title.
16 Q  I'm not talking about records. I'm talking
17 about holding the position, doing the job.
18 A  No, I wouldn't say it's necessarily contrary
19 to what our regulations require. Our regulations
20 require that you return according to your official
21 position, you return back to that official position.
22 Now, if you're informally holding a position, well, I

0055

1   can't specifically address that.
2       Q   Okay. Turn if you would to Plaintiff's
3   Exhibit Number 18, and would you point out for me the
4   section on temporary promotions?
5       A   It's section 13.
6       Q   Okay. So this is the reg of the Library of
7   Congress that governs temporary promotions?
8       A   That's correct.
9       Q   And this is the regulation that governed
10  temporary promotions during the whole time that you
11  managed the SL work force, is that right?
12      A   Yes, that's correct.
13      Q   Could you point out to me in section 13 of
14  Plaintiff's Exhibit Number 18 any language that you
15  think allows the service unit manager to temporarily
16  promote somebody for 120 days and then keep them in
17  that position without the additional compensation
18  beyond the 120-day period? And I'm talking again about
19  a nonposted situation.
20      A   Well, you wouldn't be kept in that position.
21  You would in fact by my official records, you would be
22  returned to your particular position. So you would not

0059

1   Q   All right. When Miss Mansfield was first
2   temporarily promoted to the position of acting director
3   for Cataloging, how was her pay determined?
4   A   As I mentioned previously, when we're talking
5   about setting pay for a temporary appointment,
6   temporary promotion to the senior level work force, by
7   past practice, and I would state that this has been the
8   consistent practice throughout the administration of
9   this regulation, the sole criteria that would be used
10  would be the employee's pay, the employee's current
11  pay, and we would then try to determine what a
12  reasonable level of increase would be looking at the
13  monetary value of the four SL levels vis-a-vis the
14  employee's current pay.
15  Q   Okay. Bear with me just a minute if you
16  would please.
17  A   Sure.
18  Q   Would you point out for me in Plaintiff's
19  Exhibit Number 18 where the Library of Congress
20  regulations dictate how the employee on a temporary
21  promotion, how their pay is set?
22  A   This particular regulation really doesn't

0060

1   speak to that particular issue because, as I mentioned,
2   we have always interpreted the following section which
3   deals with the factors that would be used for pay, we
4   have always interpreted this to mean we're talking
5   about a permanent appointment into the work force as
6   opposed to a temporary appointment.
7       Q   So you're saying the Library of Congress has
8   no regulation that dictates how someone promoted on a
9   temporary basis from GS to SL is to be compensated?
10      A   We would use --
11      Q   I'm just asking if there's a regulation on
12  that?
13      A   No, there is no specific regulation.
14      Q   There's no document at the Library of
15  Congress that you can point to that says this is the
16  manner in which we compensate GS level employees who
17  are temporarily promoted to the SL level, is that
18  right?
19      A   What we're talking about basically is that in
20  general guidance we follow what we do for general
21  schedule employees, and that is there is a specific
22  formula that is used when you're looking at temporarily

0061

1   promoting someone in the general schedule, and we would
2   basically adopt that same process, and that same
3   process is that you're really giving someone a
4   reasonable increase in terms of pay. There's a more
5   formula driven process at the general schedule where
6   you're looking at two steps above and going down to the
7   next grade and so forth, but the upshot is you're
8   trying to achieve some reasonable increase in pay, and
9   that's what we're doing.
10        Q   Okay. I'm trying to get a grip on what you
11  do at the Library of Congress.
12        A   Sure.
13        Q   I also want to know what the regulations say,
14  and it's not crystal clear to me, so what I want to do
15  is ask you this question.
16        A   Sure.
17        Q   Is it true that the Library of Congress does
18  not have a regulation that dictates the rate of pay
19  that applies to a GS level employee who is temporarily
20  appointed to the senior level?
21        A   Well, what I would say is this.
22        Q   Before you answer, I'm separating out what

```
0062
 1    the Library's practice is from what the regulations
 2    are.
 3        A    I understand.
 4        Q    I'm going to ask you about the practice in a
 5    minute.
 6        A    Sure.  If you look at the factors that are
 7    listed here.
 8        Q    And you're pointing to Plaintiff's Exhibit
 9    Number 18?
10        A    Yes, exactly.  Yes.
11        Q    Where?
12        A    I'm on page 33 where it says Factors for
13    setting initial rate of pay.  There are eight or nine
14    different factors that are used.  What I'm saying is
15    that our process is that for temporary appointments we
16    look at factor number C, candidate's current pay, and
17    that becomes the driver for how we set pay.  We do not
18    look at the other factors, and historically we have
19    not.
20        Q    Okay.  So there's no other regulation other
21    than Plaintiff's Exhibit Number 18 --
22        A    That's correct.
```

0063

1    Q    -- that you look at and say this really
2    requires us to do this when a GS employee is being
3    temporarily promoted to the senior level?
4    A    That's correct.
5    Q    And where in the language in section 14,
6    subpart B, do you look at when you say that we only
7    look at the candidate's current pay when you're trying
8    to determine the rate of pay for a GS employee who's
9    temporarily promoted to the senior level?
10   A    Basically what I'm suggesting to you is that
11   this is our practice.  This is the way that we have
12   done this.
13   Q    Okay.  My question is looking at the
14   regulation, are you constrained in any way to only
15   focus on the candidate's current pay?
16   A    Depending on how you interpret the phrase
17   initial appointment.  If you interpret initial
18   appointment to mean that we're looking at temporary
19   promotions as well as permanent promotions, then we
20   could certainly use all factors.  But as I mentioned to
21   you, the way that we've interpreted this in the past is
22   that those factors apply specifically, other than

```
0064
 1   current pay, those factors apply specifically to
 2   permanent appointments.
 3        Q    I understand that, and I'm going to ask you
 4   about permanent appointments in a minute.
 5        A    Sure.
 6        Q    Put that aside for a moment.
 7        A    Okay.
 8        Q    I'm asking you about somebody who's
 9   temporarily promoted from GS to senior level.  Is there
10   anything in the regulation 2017-2.1, section 14, that
11   restricts you to just looking at the candidate's
12   current pay?
13        A    No, there is not.
14        Q    Okay.  And is there anything in LCR 2017-2.1
15   that says when it talks about base pay for initial
16   appointments, that that is restricted to permanent
17   initial appointments?
18        A    No.
19        Q    Okay.  Let me ask you a different set of
20   questions.
21        A    Okay.
22        Q    How do you go about determining the initial
```