# LCR 2017-2.1

2017-2.1

***Important Notice:*** To ensure that you are viewing the most recent version of a Library regulation or other material on the OGC Web site, Internet Explorer users should click the "Refresh" button. Netscape, Firefox, and Safari users should click the "Reload" button.

### LIBRARY OF CONGRESS REGULATIONS



## LCR 2017-2.1

### SUBJECT: Senior Level Executive System

| SERIES: 2017<br>Employee Training, Development, and Performance | STATUTORY AUTHORITY:<br>Employees Pay Comparability Act of 1990 (FEPCA), Public 101-509 of November 5, 1990, 5 U.S.C. §5376, 5 CFR §534.501 et seq., and 2 U.S.C. §136 | RESPONSIBLE OFFICE:<br>Office of Personnel, Office of the Librarian |
|---|---|---|
| ISSUE DATE:<br>April 28, 1998 | REVIEW DATE:<br>April 28, 2000 | SUPERSEDES:<br>January 25, 1994 issuance of 2017-2.1 |

## Contents:

Section 1. Purpose
Section 2. Authority
Section 3. Policy and Objectives
Section 4. Coverage
Section 5. Exclusions
Section 6. Relationships
Section 7. Responsibilities
Section 8. Senior Level Executive Positions
Section 9. Merit Staffing

Section 10. Probationary Period
Section 11. Details
Section 12. Reassignments
Section 13. Temporary Positions
Section 14. Basic Pay/Other Compensation
Section 15. Performance Appraisal System
Section 16. Adverse Actions
Section 17. Reduction-in-Force

## Section 1. Purpose

This Regulation establishes the principles, guidelines, and procedures governing the Library of Congress Senior Level Executive System.

## Section 2. Authority

Federal Employees Pay Comparability Act of 1990 (FEPCA), Public Law 101-509 of November 5, 1990, 5 U.S.C. §5376, 5 CFR §534.501 et seq., and 2 U.S.C. §136.

## Section 3. Policy and Objectives

The Library's policy is to ensure that its executive management responds to the Library's mission to assemble and preserve a universal collection of human knowledge, information and expression; to make its material and human resources continually available and useful to the Congress of the United States; to make its resources maximally accessible and of service to the American people and their libraries; and to facilitate and celebrate free intellectual creativity by all people. In fulfilling that mission, the Library is committed to ensuring that it:

A.  attracts and retains highly competent executives;

B.  assigns executives to accomplish the Library's mission effectively and to make the best use of executive talent;

C.  provides executive development;

D.  holds executives accountable for individual and organizational performance;

E.  rewards outstanding performers and removes unsatisfactory ones; and

F.  provides an executive personnel system that is free from prohibited practices and arbitrary actions.

**Section 4. Coverage**

This Regulation covers positions designated by the Librarian of Congress as meeting the criteria for inclusion in the Library of Congress Senior Level Executive System. Senior Level Executive positions are those classified above GS-15 of the General Schedule and paid in accordance with the Federal Employees Pay Comparability Act of 1990 (FEPCA), Public Law 101-509 of November 5, 1990 which abolished Supergrade positions (i.e., those classified at the GS-16, GS-17, GS-18 levels or their equivalents) and established a new Senior Level Executive system covering those positions. For performance appraisal purposes, this regulation also covers the Deputy Librarian of Congress and the Director of the Congressional Research Service.

**Section 5. Exclusions**

Senior Level bargaining unit positions are not covered by this Regulation.

**Section 6. Relationship to Existing Laws and Regulations**

A.  Any laws, Federal regulations, or court decisions applicable to the Library of Congress take precedence over this Regulation as long as such laws, Federal regulations, and decisions are in effect.

B.  This Regulation supersedes any previous applicable Library of Congress regulations or directives which conflict with this policy. All provisions of this Regulation are subject to law.

C.  All other Library of Congress Regulations remain applicable to Senior Level Executives to the extent that their provisions do not conflict with this regulation.

**Section 7. Responsibilities**

A.  **The Librarian of Congress.** The Librarian of Congress has overall responsibility for Senior

Level Executive policy, guidance, assistance, and oversight, and for rating Senior Level Executives reporting directly to him/her. As appointing authority and agency head, the Librarian has final authority, subject to statutory limits, for the administration of the Library Senior Level Executive system. This includes position planning, staffing, and utilization; executive development; performance appraisals; performance awards; and pay administration.

B. **The Deputy Librarian of Congress.** The Deputy Librarian of Congress has overall responsibility for administering the Senior Level system; is responsible for rating Senior Level Executives reporting directly to the Deputy Librarian; has overall responsibility for administering the Senior Level Executive performance appraisal system; and consults with the Librarian on performance-based pay adjustments.

C. **The Associate Librarians.** The Associate Librarians (which term throughout this Regulation applies also to the Register of Copyrights and the Director of the Congressional Research Service) are responsible for reviewing Senior Level Executive ratings before forwarding them to the Performance Review Board (PRB). Each Associate Librarian serves as the official responsible for addressing any issues regarding ratings in his/her service unit with the PRB if the PRB determines discussion to be necessary.

D. **Supervisors.** Supervisors of Senior Level Executives are responsible for performance planning as it relates to the Senior Level Executives they supervise; for progress reviews; and for appraisal, measuring performance against plan.

E. **The Associate Librarian for Human Resources.** The Associate Librarian for Human Resources is responsible for assisting the Librarian and the Deputy Librarian in fulfilling their overall charge for Senior Level Executive policy, guidance, assistance, and oversight. In addition, the Associate Librarian for Human Resources chairs the Performance Review Board in the fulfillment of its Senior Level Executive responsibilities unless the Librarian designates another chair.

F. **The Director of Personnel.** The Director of Personnel has overall responsibility for administering Senior Level Executive provisions and for ensuring the regulatory sufficiency of all Senior Level Executive actions, including position planning, staffing, and utilization; performance appraisals; and pay and awards.

G. **The Performance Review Board**

   1. Role. The Performance Review Board (PRB) reviews the appraisals and proposed ratings prepared by the recommending supervisors to ensure that Senior Level Executives are evaluated in a consistent and equitable manner. The PRB reviews all Senior Level Executive appraisals, with the exception of executives reporting directly to the Librarian or the Deputy Librarian. In addition, the PRB is responsible for recommending changes in the performance appraisal system, for analyzing appraisal trends, and for making recommendations on executive development.

   2. Membership. The PRB will be comprised of members, either inside or outside the Library, who are appointed by the Librarian or designee. As a general rule, it will be comprised of Associate Librarians who supervise and manage subordinate Senior Level Executives. Members of the PRB from inside the Library must maintain a rating of successful in all critical performance elements, and they are accountable to The Librarian or designee for properly executing their delegated responsibilities.

H. **Delegation.** As circumstances necessitate, the Librarian or Deputy Librarian may delegate any of their responsibilities under this regulation.

## Section 8. Senior Level Executive Positions

A. **Authority.** The Librarian of Congress or designee has the authority--

1. to create new executive level positions in accordance with pertinent U.S. Office of Personnel Management (OPM) guidelines; and

2. to change by classification action (reclassify) the grade and possibly title and/or series resulting from a significant change in duties and responsibilities of an existing GS-15 level General Schedule position. Such reclassifications shall be handled in accordance with LCR 2016-1, *Position Classification and Organization Program in the Library*, and LCR 2016-2, *Position Classification Appeals in the Library, except* that appeals filed with the Library shall be submitted, through the Associate Librarian for Human Resources, to the Director of Personnel who shall determine whether the position exceeds the classification standards governing the GS-15 of the General Schedule. When the position *exceeds* the classification standards governing the GS-15 of the General Schedule and in addition meets the requirements outlined in Section 8.B, the Associate Librarian for Human Resources, shall recommend in writing to the Librarian whether the position should be reclassified into the Senior Level Executive System or whether duties should be removed. The Librarian shall make the final decision.

3. This authority is not intended to contravene the statutory authority of the Joint Committee on the Library to approve the establishment of Senior Level Executive positions in CRS.

B. **Criteria.** For a position to be in the Senior Level Executive System, it must minimally *exceed* the classification standards governing GS-15 of the General Schedule. Also, the position must be such that its incumbent is responsible for *at least one* of the following:

1. directing an organizational unit;

2. accounting for the success of one or more specific programs or projects critical to the mission of the agency;

3. monitoring and evaluating progress being made in achieving organizational goals, adjusting strategies as necessary;

4. exercising important policy_making or other executive functions; or

5. serving Congress in the capacity of Specialist or Senior Specialist in the Congressional Research Service.

C. **Documentation.** A position description must document the position's duties and responsibilities sufficiently to support the evaluation statement, qualification standards, and performance plans. The immediate supervisor (with the assistance of the Director of Personnel) develops position descriptions for the Librarian's approval. The Director of Personnel maintains the official file of approved position descriptions and evaluation statements.

D.  **Position Management**

1.  At least every two years the supervisor of record must review positions to ensure that they meet Senior Level Executive criteria and contribute significantly to the Library's mission. Specifically the supervisor:

   a.  determines any changes in duties and responsibilities;

   b.  reviews the continuing need for each position; and

   c.  submits certified, written reviews to the Director of Personnel.

2.  When a new Senior Level Executive position is recommended, the appropriate official works with the Director of Personnel in developing a position description. The Associate Librarian for Human Resources, recommends approval or disapproval to the Librarian who is the final authority, subject to statutory limits.

## Section 9. Senior Level Merit Staffing

Senior Level staffing activities will follow merit selection principles and equal employment opportunity laws.

A.  **Competitive requirement.** Except for temporary promotions, temporary details, reclassifications, and other noncompetitive actions covered by LCR 2010-14, *Merit Selection and Employment,* there is no provision for noncompetitive movement into the Senior Level Executive System.

B.  **Responsibilities.**

1.  **The Librarian or designee** makes final agency decisions on all Senior Level Executive selections.

2.  **The Associate Librarian for Human Resources or designee** assures merit selection compliance by developing and issuing policies, procedures, and guidance for overall implementation.

3.  **The Director of Personnel or designee** assists the Associate Librarian for Human Resources by ensuring that selection procedures for these positions conform to law and regulation and that they are based on legitimate, job-related, non-discriminatory reasons.

## Section 10. Probationary Period

A.  **Requirement.** All newly appointed Senior Level executives, from outside the Library as well as from within, must serve a one-year probationary period. The probationary period begins on the effective date of the personnel action and ends upon successfully completing the required one-year probationary period. ***The probationary period may be extended once for not more than 90 days for exceptional reasons.***

B.  **Purpose.** The probationary period tests Senior Level Executive job performance.

C.  **Supervisory Responsibilities.** During the probationary period, the supervisor must ensure

recommended training; observe the employee's performance and conduct; evaluate in accordance with LCR 2010-11, Section 4; and initiate action to remove an unsatisfactory member.

D. **Removal.** Removal from the Senior Level Executive System during the probationary period may be effectuated only after a written warning of no less that 30 days and may or may not coincide with the annual performance evaluation. If exigent circumstances warrant, the warning period may be shortened or eliminated.

    1. <u>Appointees from outside the Library,</u> whose performance is unsatisfactory during the probationary period will be separated or demoted in accordance with the procedures in LCR 2010-11, Section 5.

    2. <u>Appointees from inside the Library who have not previously completed their probationary period,</u> whose performance is unsatisfactory during the probationary period will be separated or demoted in accordance with the procedures in LCR 2010-11, Section 5.

    3. Appointees from inside the Library who have previously completed their probationary period in a General Schedule position and whose performance is unsatisfactory during the Senior Level probationary period will be demoted. The Senior Level Executive must be given a notice of the proposed action to demote, consistent with the procedures outlined in Section 16.A and B of this regulation. (Subparts C and D of Section 16 do not apply to performance-related actions taken during the probationary period.)

## Section 11. Details

A. **Definition.** A detail is the temporary movement of a Senior Level Executive to other Senior Level Executive responsibilities (either undescribed or position description specific) with the expectation that the executive will return to the regular position at the end of the period. Administratively, the detailed executive continues to be the incumbent of the regular position.

B. **Policy.** Senior Level Executives may be detailed, generally not-to-exceed a one-year period. The Librarian has the authority to extend details beyond one year; however, the number of extensions will be kept to a strict minimum.

## Section 12. Reassignments

The Librarian or designee may reassign noncompetitively Senior Level Executives to any position provided they meet the position's minimum qualification requirements. Executives who are reassigned may not receive a salary less than the one they were receiving before reassignment.

## Section 13. Temporary Promotions

The Librarian or designee may temporarily promote employees from other pay plans into Senior Level Executive positions for a period not-to-exceed 120 days provided they meet the position's minimum qualification requirements. Temporary promotions beyond 120 days are restricted to those instances when a permanent candidate is being sought through a competitive announcement. Such temporary promotions may not exceed nine months unless preceded by a temporary promotion in which case the total amount of time spent in a temporary promotion cannot exceed one year. If a temporary promotion is to exceed four months, the position must be posted.

## Section 14. Basic Pay/Other Compensation

A. **Pay Range.** The Library's Senior Level Executive System has a minimum and maximum pay range as set by law. The minimum is linked to the General Schedule, specifically 120 percent of the salary for a GS-15/1; and the maximum is equivalent to level IV of the Executive Schedule.

B. **Basic Pay at Initial Appointment.**

1. <u>Rates of Pay</u>. At the time of initial appointment to a Senior Level Executive position, the Librarian of Congress or designee, on the recommendation of the Associate Librarian for Human Resources, sets basic rate of pay at one of four rates linked to the General Schedule:
   a. SL-1: 120% of GS-15/1
   b. SL-2: 128.51% of GS-15/1
   c. SL-3: 139.51% of GS-15/1
   d. SL-4: 162.44% of GS-15/1

2. <u>Factors for Setting Initial Rate of Pay</u>. The initial rate of pay shall be established based on factors related to the position itself and to what the Senior Level Executive brings to the position. These factors include:

   a. special qualifications as well as any unique combination of skills;

   b. recognition in the academic, scientific, library or artistic community (or any other field directly related to the position) as an expert;

   c. candidate's current pay;

   d. organizational level of the position within the Library;

   e. significance of responsibilities assigned to the position (i.e. scope and effect);

   f. comparable positions within the Library;

   g. comparable positions in other Federal agencies;

   h. pay for comparable private sector personnel; and

   i. scarcity of qualified executives for the position.

C. **Adjustments to Basic Pay after Initial Appointment**

1. <u>Annual Employment Cost Index (ECI) Adjustments</u>. The Librarian of Congress has the discretion to establish the amount, if any, of the annual ECI increase for Senior Level Executives, whenever the President of the United States orders such an increase for the General Schedule. The Library's Senior Level Executive four basic rates of pay are adjusted upward accordingly.

2. <u>Adjustments to Basic Pay Based on Performance</u>.

   a. Adjustments to Senior Level Executive basic pay, other than those driven by statute,

will be based on performance.

   b. Changing fiscal conditions necessitate some flexibility in proposing salary adjustments based upon performance. The great majority of adjustments will fall into the two to three percent range, although extraordinary performance could result in an adjustment as high as ten percent.

   c. If the performance-based pay adjustment would take the Senior Level Executive above the salary limit established by law, then the amount of the proposed performance adjustment which exceeds the limit will be given as a performance award rather than as an increase to the base.

3. <u>Responsibility</u>.

   a. The Librarian of Congress has ultimate responsibility for making performance-based pay adjustments.

   b. The Office of the Director for Personnel shall be responsible for ensuring that Senior Level Executives' performance-based pay adjustments, in accordance with the Librarian's determinations, are effected the first day of the first pay period on or after May 5 of each year, the anniversary date of the Library's conversion to the Senior Level Executive system.

4. <u>Appeals</u>. Performance-based pay adjustments, other than those involving "unsatisfactory" ratings resulting in demotion (and corresponding pay reduction) or removal, are not subject to appeal.

5. <u>Frequency of Adjustments to Basic Pay</u>. Subject to the provisions of 5 CFR 534.503 (c), the Librarian or designee may adjust basic pay only once in a twelve-month period, except for specific pay adjustments authorized by statute.

D. **Other Compensation**

1. <u>Performance Awards</u>. At the discretion of the Librarian or designee, Senior Level Executives may receive performance-based awards not to exceed twenty percent of basic pay. Senior Level Executives are eligible both for honorary performance awards and for cash awards based on outstanding achievement.

2. <u>Aggregate Compensation Ceiling</u>. Employees are subject to the Executive Level I limitation on aggregate compensation (salary, bonus, allowances, awards) during a calendar year in 5 U.S.C. 5307 and 5 CFR Part 530, Subpart B.

3. <u>Paid Time off as an Incentive Award</u>. Time off without charge to leave or loss of pay may be granted in lieu of a cash award under 5 U.S.C. 4502(e) and 5 CFR Part 451, Subpart C.

4. <u>Advance Pay for New Appointees</u>. The Library may provide advance payment of up to two pay periods under 5 U.S.C. 5524a and 5 CFR Part 550, Subpart B.

5. <u>Waiver of Pay or Annuity Reductions for Military and Civilian Retirees</u>. On a case-by-case basis, the Library may waive (with approval from the Office of Personnel Management,

Office of Executive and Management Policy) salary reductions against reemployed annuitants when the Library has encountered exceptional difficulty in recruiting or retaining a qualified candidate for a particular position.

6. <u>Payment of Travel and Transportation Expenses</u>. Preemployment interview expenses and travel and moving costs for new appointees may be paid under 5 U.S.C. 5706b and 5723 and 5 CFR Part 572.

7. <u>Recruitment and Relocation Payments</u>. Recruitment and relocation bonuses up to 25 percent of basic pay may be paid as a lump sum when the Library is unlikely to fill a position with a high quality candidate if it did not pay the bonus. Payments are not considered part of basic pay.

8. <u>Retention Payments</u>. Retention allowance up to 25 percent of basic pay may be paid if the unusually high or unique qualifications of the employee or a special need of the Library for the employee makes it essential to retain the employee, or if the Library determines that without the allowance the employee would be likely to leave the Federal Government for other employment. Retention payment is not considered part of basic pay.

9. <u>Severance Pay</u>. Senior Level Executives are covered by the severance pay provisions of 5 CFR Part 550, Subpart G.

10. Specific Library Regulations and procedures govern the administration of the above areas of compensation.

## Section 15. Performance Appraisal System

A. **Purpose and Scope.** The performance appraisal system documents management expectations and individual job accomplishments. It is designed to:

1. appraise Senior Level Executives on their contribution to the Library's mission, goals, and objectives;

2. enhance individual motivation and encourage excellence;

3. increase managerial and organizational effectiveness and accountability; and

4. provide the basis for pay adjustments and awards related to performance, as well as decisions related to executive development and executive retention.

B. **Performance Appraisal Process.** The performance appraisal process involves four distinct stages: performance planning, progress review, appraisal, and appraisal review and certification.

1. <u>Performance Planning</u>

a. Performance plans must be established for all Senior Level Executives. The Senior Level Executive and the supervisor will determine, in a consultative manner, applicable critical elements, as well as appropriate relative weights to be assigned to each element, against which performance will be measured. Relative weights should be determined at the start of the performance cycle although they may be adjusted as

necessary during subsequent performance reviews. Critical elements are those components of a Senior Level Executive's position which contribute significantly toward accomplishment of the Library's mission, goals and objectives. Each critical element is considered of such importance that unsatisfactory performance on the element would result in unsatisfactory performance in the position.

b.  Senior Level Executives will be measured against the following elements:

1.  Mission Effectiveness. To carry out responsibilities in a manner which results in significant contributions to meeting Service Unit mission, goals and objectives, as well as the overall mission, values, goals and objectives of the Library. Accomplishments include, but are not limited to: achievement of desired program results; improvements in service and increased productivity and effectiveness; fostering of organizational responsiveness; resolutions of difficult or long-standing organizational problems; and implementation of innovative approaches to problem solving.

2.  Program Management. To provide leadership in all areas of assigned functional responsibilities, including, but not limited to, the ability to analyze program requirements and resources (human and fiscal); to evaluate accomplishments and adjust programs plans as necessary; to manage program workload and to delegate work effectively in order to meet program goals; to establish effective channels of communication between management and staff in ways that facilitate conflict resolution; and to play an active role in the areas of staff development, recognition and evaluation.

3.  Equal Employment Opportunity/Affirmative Action. To emphasize and support activities that ensure that all staff members have an equal opportunity to develop and use the abilities they have, to develop new skills and abilities, and to reach their individual aspirations in the work place. To demonstrate a strong commitment to affirmative action programs in order to eliminate underrepresentation and grade level disparity of minorities, women and persons with disabilities, which is illustrated through coordinating and monitoring of AA/EEO activities of subordinate executives and managers; the setting of long- and short-range goals for achieving a balanced work force through the Library's *Affirmative Employment Plan*; the application of AA/EEO principles to employee management; and the extent of commitment to implement decisions and to work with the Equal Employment Opportunity Complaints Office and the Dispute Resolution Center in processing complaints expeditiously.

4.  Special Assignments. To make significant contributions to special projects and task forces which are separate from regular ongoing functional responsibilities. This includes playing a proactive role in identifying and launching new and innovative ideas; skillful planning and organization of assignments required to accomplish the same and completion within established time frames, budgetary constraints, and resources or other applicable limitations.

c.  It is anticipated that, for some positions, one or more critical elements may not apply. In these instances, greater weight will be placed on the applicable elements.

d. Through a consultative process involving each Senior Level Executive and the executive's immediate supervisor, objectives for each critical element must be established, specifying the overall result the element is expected to accomplish. Objectives may be drawn from strategic and operational planning documents, operating budget justifications, the Library's Affirmative Employment Plan, and so forth. In addition, the major activities the Senior Level Executive will undertake to accomplish each element must be listed.

e. The supervisor must make the final decision regarding the contents of the performance plan.

f. Each Senior Level Executive must receive a copy of the approved performance plan during the first 30 days of the appraisal period.

g. The performance plan may be modified during the mid-term documented progress review or at other times if necessary.

2. Progress Review

a. Each Senior Level Executive's immediate supervisor is responsible for conducting at least one documented progress review, generally mid-way during the appraisal period. Additional progress reviews may be held if desired by either party. However, when a supervisor observes a performance problem that could result in a rating on an element below Successful, the supervisor **must** schedule a progress review to communicate his/her concern to the affected Senior Level Executive and work out a plan for remedial actions. If it becomes clear that the performance is sufficiently poor to result in an unsatisfactory rating on any critical element, the supervisor must schedule such a progress review at least ninety days in advance of issuing the unsatisfactory rating. The rating period may be extended in order to give the Senior Level Executive a ninety day period to demonstrate improved performance.

b. The progress review must include discussion of:

   1. the progress being made toward meeting the objectives of the critical elements included in the performance plan;

   2. the need for changes in the plan based on changes in objectives or responsibilities; and

   3. the identification of any performance deficiencies and recommendations on how to improve them by the supervisor.

c. There must be a record summarizing the progress review. Both the supervisor and the Senior Level Executive should date and initial the performance plan to indicate that the review took place.

d. Progress reviews should also be scheduled and conducted for Senior Level Executives who enter covered positions after the start of the appraisal period and who are in the position for at least 180 days during the appraisal period. These progress reviews should be completed near the midpoint of the shortened appraisal period.

3. <u>Appraisal</u>

    a. <u>Rating Periods</u>

        1. Senior Level Executives must be appraised annually. The appraisal period corresponds to the calendar year, January 1 through December 31.

        2. Senior Level Executives employed as of December 31 must receive an appraisal if they have been employed as a Senior Level Executive for at least 180 days.

        3. Whenever a change in supervision occurs, the supervisor leaving the position must complete performance appraisals for all Senior Level Executives who have been under their supervision for 180 days.

        4. Whenever a Senior Level Executive moves into a new position, the former supervisor must complete an appraisal.

    b. <u>Proposed Rating</u>

        1. Supervisors must rate each Senior Level Executive they supervise, based on performance measured against the generic performance standards for each rating level.

        2. Supervisors must rate each Senior Level Executive they supervise in the context of each critical element separately.

        3. There are five levels of performance: Outstanding; Commendable; Successful; Minimally Successful; and Unsatisfactory. *A Senior Level Executive who is given an Unsatisfactory rating on any critical element is subject to demotion or removal from the Library.*)

        4. In supporting the rating given each critical element, supervisors must use a five-level rating scale, with narrative justifications:

            a. <u>Outstanding</u>

            A level of rare, high-quality performance. The individual has performed so well that Library goals have been achieved that would not have been otherwise. The individual's mastery of technical skills and thorough understanding of the mission and values have been fundamental to the completion of program objectives. All job aspects are performed in an outstanding manner.

            The individual has exerted a major positive influence on management practices, operating procedures, and program implementation, which has contributed substantially to the Library's growth and recognition. Preparing for the unexpected, the individual has planned and used alternate ways of reaching goals. Difficult assignments have been handled intelligently and effectively. In writing and speaking, the

individual presents complex ideas clearly on a wide range of difficult issues.

The individual is a strong leader who works well with others and handles difficult situations effectively. The individual encourages independence and risk-taking among subordinates, yet takes responsibility for their actions.

The individual serves as a major positive influence in fulfilling the Library's commitment to fair treatment, equal opportunity and the affirmative action goals of the Library. The individual makes noteworthy contributions to the *Affirmative Employment Plan*, resulting in improving the employment profile of minorities, women, and persons with disabilities at the Library.

b.  Commendable

A level of unusually good performance. The individual has exceeded expectations in critical areas and shows sustained support of Library goals. The individual's performance and initiative are worthy of special notice. Many job aspects are performed in an outstanding manner.

The effective planning of the individual has improved the quality of management practices, operating procedures or program activities. The individual has developed or implemented workable and cost-effective approaches to meeting Library goals. The individual has demonstrated an ability to get the job done well in more than one way, while handling difficult and unpredicted problems. The individual writes and speaks clearly on difficult subjects to a wide range of audiences.

The individual is an effective leader, establishes sound working relationships and shows good judgement when dealing with subordinates. He/she provides opportunities for staff to have a meaningful role in accomplishing organizational objectives and makes special efforts to improve the performance of subordinates.

The individual serves as a positive influence in fulfilling the Library's commitment to fair treatment, equal opportunity, and the affirmative action goals of the Library. The individual makes significant contributions to the Affirmative Employment Plan and EEO and AA progress at the Library.

c.  Successful

A level of sound performance. The individual has contributed positively to Library goals. All critical element activities that could be completed are. The individual effectively applies technical skills and organization knowledge to get the job done.

The individual is a capable leader who works successfully with others.

The individual rewards good performance and corrects poor performance through sound use of performance appraisal systems. Subordinates are selected and assigned in ways which use their skills effectively.

The individual shows a strong commitment to fair treatment, equal opportunity, and the affirmative action goals of the Library. The individual makes contributions to the Affirmative Employment Plan as well as EEO and AA progress of the Library.

d. Minimally Successful

A level of performance that is minimally acceptable but shows significant deficiencies that require correction. The individual's work is marginal on one or more major activities of the critical element, jeopardizing attainment of the element and the Library's goals. Most of the following deficiencies are typically, but not always, characteristics of the individual's work: lack of awareness of Library-wide policy implications of assignments; reluctance to accept responsibility; incomplete understanding of one or more important areas of the field of work; and lack of clarity in writing and speaking.

With respect to leadership skills, most of the following deficiencies are typically, but not always, characteristic of the individual's work: failure to motivate subordinates; and failure to provide sufficient motivation to realize the Library's needs and his/her subordinates' roles in meeting those needs.

The individual is committed to equal opportunity and affirmative action only to the minimum extent required, as is evidenced through inadequate coordination and monitoring of programs and inadequate or inappropriate use of resources.

e. Unsatisfactory

A level of unacceptable performance. Work products do not meet the minimum requirements of the critical element. Most of the following deficiencies are typically, but not always, characteristic of the individual's work: little or no contribution to Library goals; failure to meet work objectives; failure to respond to client needs; and inattention to organizational priorities and administrative requirements.

With respect to leadership skills, most of the following deficiencies are typically, but not always, characteristic of the individual's work: inadequate guidance to subordinates; inattention to work progress; and failure to stimulate subordinates to meet goals.

The individual does not exhibit a commitment to equal opportunity and affirmative action and makes little or no contribution to improving the employment profile of minorities, women and persons with disabilities at the Library.

5. A Senior Level Executive who is given an Unsatisfactory rating on any critical element is subject to demotion or removal from the Library.

6. A Senior Level Executive who disagrees with a rating may request a review by the Service Unit Head. The Executive must submit a written statement outlining the reasons within five working days after receipt of the rating, and the Service Unit Head must respond in writing within five working days.

7. Associate Librarians are expected to develop internal mechanisms within their respective Service Units for reviewing the performance appraisals of their Senior Level Executives to ensure a fair and equitable process.

8. Completed performance appraisals must be forwarded to the Performance Review Board.

## 4. Appraisal Review and Certification

a. The Performance Review Board does not review performance or evaluate the research or other work products of Senior Level Executives. Instead, its role is to make certain that levels of achievement and recommendations regarding final ratings and performance recognition are justified properly in the performance appraisal and to ensure equity and consistency among ratings.

b. PRB recommendations shall be in writing and shall be submitted under signature of the PRB members, along with the proposed ratings, to the Deputy Librarian. All deliberations held by the PRB will be confidential. Where the PRB does not concur with the proposed rating by the manager, the PRB recommendations shall be supported by a written justification. In such cases, the supervisor and the service unit head shall receive a copy of the PRB's recommendations and they shall be given the opportunity to submit a written response to accompany the PRB's recommendations.

c. A PRB member must not participate in a performance appraisal review when that member is the Senior Level Executive under review or the rater of the Senior Level Executive under review. Further, if the PRB member has subordinates whose appraisal is under review, then that PRB member must not participate in the panel deliberations beyond presenting the appraisals and answering PRB questions as necessary.

d. With respect to review of performance ratings by the PRB and, ultimately, the Deputy Librarian, the proposer of the rating is considered to be the Senior Level Executive's supervisor. However, the service unit head must have reviewed the rating before forwarding it to the PRB and must serve as the official responsible for addressing any issues regarding the rating with the PRB if it determines discussion to be necessary.

5. **The Deputy Librarian of Congress**. The Deputy Librarian has overall responsibility for administering the Senior Level Executive performance appraisal system. Specifically, the Deputy Librarian:

a. provides managerial guidance;

    b.  consults with the Associate Librarians and other Senior Level Executives reporting directly to the Deputy Librarian in the development of performance plans; and subsequently appraises the performance of these employees, issuing the ratings of record;

    c.  reviews recommendations of the PRB and supervisors;

    d.  rates the Associate Librarians and other Senior Level Executives reporting to the Deputy Librarian; and

    e.  makes final determinations regarding performance appraisals after consulting with the Librarian.

6.  **Issuance of Ratings of Record.** The ratings of record are the final ratings assigned by the Deputy Librarian of Congress after considering the recommendations of the supervisor, the respective service unit heads, the Performance Review Board, and after consulting with the Librarian.

## C.  Performance Appraisal Training

1.  The Human Resources service unit, working closely with The Librarian of Congress or designee, will be responsible for communicating the purpose and procedures of the Performance Appraisal System.

2.  The Human Resources service unit will establish appropriate training and orientation programs in conjunction with the Service Units.

## D.  Documentation

1.  The Performance Review Board must document its recommendations and actions by signing each Senior Level Executive's appraisal form unless rated by the Librarian or designee.

2.  The Deputy Librarian of Congress must document the final ratings of record by signing each Senior Level Executive's appraisal form.

3.  The Office of the Director of Personnel will retain Senior Level Executives' ratings of record in Official Performance Folders.

## E.  System Evaluation.
The Associate Librarian for Human Resources (in conjunction with the Performance Review Board) must monitor, evaluate, and assess the performance appraisal system biannually and report to the Librarian.

## Section 16. Adverse Actions

## A.  Review Committee

1.  The Librarian will appoint a committee to review adverse actions against Senior Level Executives based upon unsatisfactory performance or misconduct.

2. Members of this committee will be comprised of Senior Level Executives reporting directly to The Deputy Librarian or to The Librarian. Any individuals directly involved in a particular case will be excluded from participation in the review process. All recommendations of the committee are advisory to The Librarian of Congress.

## B. Adverse Actions Related to Performance

1. Supervisors will initiate one of the following actions to correct unsatisfactory performance by Senior Level Executives:

   a. Demotion out of the Senior Level Executive System.

   b. Removal from the Library of Congress.

   c. Reassignment to another senior level position.

   The affected Senior Level Executive must be notified of the proposed action at the time he/she receives notification of the unsatisfactory rating of record.

2. Senior Level Executives disagreeing with their notices of proposed adverse action may request a review by the above committee within ten working days after receipt of the rating. The executive may provide along with his/her request for review a written statement of his/her case.

   a. The committee will render a final recommendation regarding the unsatisfactory rating to The Librarian within fifteen working days after the receipt of the request for review.

   b. The Librarian or designee will issue a final decision on the rating within five working days after receipt of the committee's recommendation. The Committee will also issue a final recommendation within fifteen work days regarding the appropriateness of any accompanying adverse action. Its recommendation regarding the adverse action, however, will go to the head of the service unit initiating the action, unless the Senior Executive reports to the Librarian or the Deputy Librarian, in which case the Librarian or Deputy Librarian or their designee will receive the recommendation.

   c. The head of the service unit will issue a final decision regarding the adverse action within five working days of receipt of the committee's recommendation.

   d. Adverse actions become effective immediately upon the final decision to sustain them, whether rendered by the Deputy Librarian in the case of individuals reporting directly to the Librarian or by the head of a service unit in all other cases.

## C. Adverse Actions Related to Misconduct

1. In the case of misconduct by a Senior Level Executive, management may choose from a number of options for adverse action (ranging from reprimand to removal), depending upon the seriousness of the offense(s).

2. A Senior Level Executive has ten working days following notification of an adverse action

to submit a request for review to the committee assigned to review adverse actions along with a written statement of arguments against the action.

3. Upon receipt of such a statement, the committee has fifteen working days in which to submit its final recommendation to the head of the service unit initiating the adverse action.

4. The head of the service unit has five working days to issue a final decision.

5. Adverse actions become effective immediately upon the final decision to sustain them, whether rendered by the Librarian in the case of individuals reporting directly to him/her or by the head of a service unit in all other cases.

## D. Adverse Action Appeals

1. Senior Level Executives in receipt of a final decision to take an adverse action (whether for performance or conduct) must be informed in writing of the following:

   a. the right to a hearing before a hearing officer;

   b. the right to be represented;

   c. the right to freedom from restraint, interference, intimidation, coercion, discrimination, and/or reprisal if he/she chooses to appeal;

   d. that the time limit for filing an appeal is 15 working days;

   e. where to file the appeal;

   f. where additional information may be obtained on how to pursue the appeal;

   g. the requirement that the appeal shall be in writing, shall set forth clearly the basis for the appeal and shall include a request for a hearing if one is desired; and

   h. that the approved adverse action shall not be stayed pending outcome of the appeal process.

2. Filing the Appeal

   a. An appeal, if any, shall be filed with the Office of Counsel for Personnel no later than 15 work days after the Senior Level Executive receives the final notice approved adverse action.

   b. The appeal shall state the Senior Level Executive's reasons for believing that the approved action should not be taken or that it be modified.

   c. The time limit for filing an appeal may be extended by the Counsel for Personnel under the following circumstances:

      1. Upon a showing by the Senior Level Executive that he/she was not notified of the time limit; or

    2. When circumstances beyond the Senior Level Executive's control prevented him/her from filing within the prescribed time limit; or

    3. When the Counsel for Personnel determines that an extension is necessary for reasons of equity.

  d. Denial of an extension shall not be appealable.

3. <u>Selection of a Hearing Officer</u>

  a. Upon receipt of a request by the Senior Level Executive for a hearing, the Office of Counsel for Personnel in the case of adverse actions, shall request a list of five hearing officers from the Federal Mediation and Conciliation Services.

  b. The Senior Level Executive or his/her representative, and the management representative shall meet not later than five (5) work days from the date of receipt of the list to select the name of a hearing officer mutually agreeable to the parties.

  c. If they cannot agree on a selection, both management and the Senior Level Executive shall each strike one name from the list and repeat the procedure until one name from the list remains. This individual shall be selected as hearing officer.

4. <u>Appeals File.</u> The Office of Counsel for Personnel , as stated above, shall forward the file of the appeal to the hearing officer.

5. <u>Conduct of Hearing</u>

  a. To the fullest extent possible, hearings shall be held during regular duty hours.

  b. The hearing officer shall determine all matters bearing on the conduct of the hearing, including sufficiency of numbers of witnesses, and any other aspect bearing on a fair and impartial proceeding.

  c. A verbatim transcript of the hearing shall be made and a copy shall be furnished to the Senior Level Executive or his/her representative.

  d. The Senior Level Executive(s), not more than one Library of Congress duty-status representative (except where appeals are consolidated), and staff member witnesses who have direct knowledge of the circumstances and factors bearing on the case shall be given a reasonable amount of administrative time to participate to the extent that the hearing officer determines to be relevant and necessary.

6. <u>Hearing Officer and Final Agency Decision</u>

  a. The hearing officer may either before the hearing or at any time during the proceeding dispose of the matter before him/her on an appropriate motion for dismissal or summary decision when there is no dispute of facts, and when in his/her opinion, either party is entitled to such a ruling based on the record before him/her.

  b. The hearing officer shall forward his or her decision(s) and recommendation(s) to the

Librarian, including findings of fact and reasons therefore, as promptly as possible after receipt of the entire record of the case, including transcripts and post hearings briefs, if any.

c.  The hearing officer shall forward a report containing his/her decision and recommendations, together with all documents and transcripts making up the appeals file, to The Librarian and shall furnish the parties or their representatives a copy of his/her decision. Such decisions shall be final and binding unless the Librarian or his/her designee determines within 15 working days that the decision is arbitrary or capricious or otherwise not in accordance with law, rule or regulation. In such an event, the Librarian or designee shall issue a decision setting forth the bases for his/her conclusions. Otherwise, the decision shall affirm the hearing officer's decision in its entirety.

d.  The Librarian's written decision shall be transmitted in writing to the Senior Level Executive, his/her representative, if any, the service unit head and any supervisor involved, the Associate Librarian for Human Resources, the Director of Personnel and the hearing officer. The Librarian's decision on the appeal shall constitute final agency action.

7.  Completed Appeals Files

a.  The appeals files shall be maintained by the Office of Counsel for Personnel in the case of adverse action.

b.  These files shall contain all documents relating to the appeal; those entered into the files at hearing, if any; transcripts of any hearing held; the hearing officer's report; and the final agency decision.

8.  Administrative Provisions

a.  The Office of Counsel for Personnel shall arrange, through Contracts and Logistics Services, for such contractual services as may be necessary to provide a verbatim transcript of all hearings and shall assure that the hearing officer, The Librarian, and all parties receive one copy.

b.  Transcripts are the property of the U.S. Government and shall be returned to the Office of Counsel for Personnel not later than 30 workdays after final agency action on the appeal. In instances in which the Senior Level Executive has filed a civil action, the transcripts may be retained, but in no event beyond 30 workdays after final judicial action.

c.  Testimony given and all documents submitted at the hearing or which may already be in the appeal file shall be kept confidential at the option of the hearing officer, depending upon requests of parties for open or closed hearings. The Librarian may discuss the hearing officer's report with staff members whom he consults prior to reaching a final agency decision. In the event of such discussion, consultants and all others having proper access to such information shall consider their participation confidential.

d. A staff member shall appear as a witness when requested to do so. Any staff member so requested who believes that he/she has no firsthand knowledge of the case or nothing of value to contribute shall provide an affidavit to this effect or shall appear and make such a statement under oath. Unless his/her absence results from illness, assignment outside the greater Washington area, extended leave, or similar reasons, a staff member's unjustified failure to appear, or refusal to do so, may result in disciplinary action, and shall be transmitted through supervisory channels.

e. The appearance of a staff member of the Library as a witness at a hearing shall be considered as an official assignment. Such staff member shall be in duty status during the time he/she is made available as a witness. Before, during, and after such testimony, staff members who appear as witnesses shall be free from restraint, interference, intimidation, coercion, or reprisal.

## Section 17. Reduction-in-Force

### A. Definitions

1. "Reduction-in-Force (RIF)" is a situation created by abolishing one or more permanent positions resulting in the involuntary reassignment, transfer, or separation of Senior Level Executives from their positions.

2. "Retention Preference" means the right of an affected Senior Level Executive to be retained insofar as is possible in the employment of the Library in his/her current position. Retention preference shall be based on performance and qualifications. Determinations regarding performance shall be based on the most recent performance evaluation and other pertinent recent documentation.

3. "Competitive Area" consists of all organizational entities within the Library.

4. "Competitive Level" consists of all Senior Level Executive positions as well as all GS-15 level positions that the affected Senior Level Executive has the expertise and skills to perform successfully. The Librarian makes final determinations regarding competitive level for RIFs affecting Senior Level Executives. (LCR 2021-2 covers affected Senior Level Executives whom the Library has not been able to place in another executive level position and whom it is attempting to place at the GS-15 level.)

5. "Displacement" means the supplanting of a staff member from his/her position in the Library by an affected Senior Level Executive whose position is being abolished or claimed and who has greater retention preference.

6. "Claimed Position" is an *occupied* position which an affected Senior Level Executive may occupy by displacing another Senior Level Executive who has less retention preference. The claimed position shall be in the affected Senior Level Executive's competitive level.

7. "Vacant Position" refers to a position (which management has decided to fill) for which the affected Senior Level Executive is qualified as explained under "Competitive Level" above.

### B. General Policy. It is the general policy of the Library to retain and to assign to other positions, insofar as may be possible and consistent with the requirements of the Library (including the

requirement for minimal disruption), Senior Level Executives whose positions are abolished.

C.  **General Procedure for Abolishment of Positions and for Placement of Affected Senior Level Executives**

1.  The determination of Senior Level Executive level positions to be abolished in a RIF shall be based on considerations relating to the requirements of the Library and/or the availability of funds.

2.  The Librarian of Congress may abolish Senior Level Executive positions, or, as appropriate, Associate Librarians may submit their recommendations for abolishing positions to the Librarian of Congress via the Associate Librarian for Human Resources to the Director of Personnel who shall review all position abolishment actions to insure compliance with regulations and shall group similar jobs into appropriate competitive levels.

3.  The Director of Personnel, with the approval of the Associate Librarian for Human Resources, shall then forward the original recommendations and the competitive level determinations to the Librarian for final approval. The Librarian, based upon the needs of the Library, may elect to offer affected Senior Level Executives vacant positions in lieu of their exercising their rights to displace others with less retention rights.

D.  **Acceptance and Refusal of Placement and Outplacement Efforts.** Refusal of any placement offered in accordance with this regulation shall result in separation of the affected staff member. The Library will attempt to provide outplacement for Senior Level Executives separated as a result of a RIF.

E.  **Appeals**

1.  Appeals from action taken as a result of a RIF shall not be entertained unless a specific showing can be made that the provisions of this Regulation have been violated.

2.  All appeals alleging violation of this regulation shall be submitted to the Librarian for resolution.

    a.  Affected Senior Level Executives have ten days following their receipt of the final written notice under this regulation to submit their written appeal to the Librarian based upon alleged violation of RIF policies and procedures.

    b.  The Librarian or designee must render a decision within ten working days after receipt of the written appeal.

3.  Complaints charging discrimination with respect to race, color, sex, religion, age, physical, or mental disabilities, or national origin shall be filed pursuant to the provisions of LCR 2010-3.1, *Resolution of Problems, Complaints, and Charges of Discrimination in Library Employment and Staff relations under the Equal Employment Opportunity Program*, and complaints so filed shall be processed, to include possible appeals, pursuant to those regulations.

4.  No RIF hearing will be allowed for Senior Executives except for those who are placed in GS-15 positions pursuant to LCR 2021-2.



 

*Comments: lcweb@loc.gov*