# DIMUNATION DEPOSITION

```
                                        DIMUNATION
0001
 1           UNITED STATES COURT OF FEDERAL CLAIMS
 2
 3
 4      ---------------------------------X
 5      JUDITH A. MANSFIELD,             :
 6                         Plaintiff    : Civil Action
 7           v.                          : No. 05-472C
 8      THE UNITED STATES OF AMERICA,    : Judge Williams
 9                         Defendant    :
10      ---------------------------------X
11
12
13           Deposition of MARK G. DIMUNATION
14                    Washington, D.C.
15                Friday, February 9, 2007
16                       2:00 p.m.
17
18
19
20      Job No.: 1-96378
21      Pages 1 - 101
22      Reported by:  Nancy Bond Rowland
0002
 1           Deposition of MARK G. DIMUNATION, held at the
 2      offices of:
 3
 4           Webster, Fredrickson & Brackshaw
 5           1775 K Street, N.W.
 6           Suite 600
 7           Washington, D.C.
 8
 9           Pursuant to agreement, before Nancy Bond
10      Rowland, Registered Professional Reporter and Notary
11      Public in and for the District of Columbia.
12
13
14
15
16
17
18
19
20
21
22
0003
 1                   A P P E A R A N C E S
 2      ON BEHALF OF PLAINTIFF:
 3           BRUCE A. FREDRICKSON, ESQUIRE
 4           WEBSTER, FREDRICKSON & BRACKSHAW
 5           1775 K Street, N.W., Suite 600
 6           Washington, D.C.  20006
 7           (202) 659-8510
 8
 9      ON BEHALF OF DEFENDANT:
10           DOUGLAS K. MICKLE, ESQUIRE
11           UNITED STATES DEPARTMENT OF JUSTICE
12           Commercial Litigation/National Courts
13           1100 L Street, N.W., Room 4062
14           Washington, D.C.  20005
15           (202) 307-0383
16
```

```
                              DIMUNATION
17        JESSIE JAMES, JR., ESQUIRE
18        JULIA DOUDS, ESQUIRE
19        LIBRARY OF CONGRESS
20        101 Independence Avenue, S.E.
21        Washington, D.C.  20540
22        (202) 707-7464
0004
 1                      C O N T E N T S
 2   EXAMINATION OF MARK G. DIMUNATION              PAGE
 3        By Mr. Fredrickson                         5, 96
 4        By Mr. James                               95
 5
 6
 7                      E X H I B I T S
 8                  (Retained by counsel)
 9   DEPOSITION EXHIBIT                             PAGE
10   21 - Position Description.                      81
11   22 - Optional Application for Federal Employment.  85
12        Bates no. 000814 - 815
13   23 - Notification of Personnel Action.          87
14        Bates no. 001060
15   24 - Notification of Personnel Action.          89
16        Bates no. 001010
17
18
19
20
21
22
0005
 1                    P R O C E E D I N G S
 2                      MARK G. DIMUNATION
 3        having been duly sworn, testified as follows:
 4             EXAMINATION BY COUNSEL FOR PLAINTIFF
 5   BY MR. FREDRICKSON:
 6        Q    Could you state your name please?
 7        A    Mark Dimunation.
 8        Q    And are you employed?
 9        A    Yes, I am.
10        Q    Where do you work?
11        A    Library of Congress.
12        Q    And how long have you been at the Library of
13   Congress?
14        A    Nine years.
15        Q    What job do you currently hold?
16        A    I am chief of the Rare Book and Special
17   Collections Division.
18        Q    Could you give me an overview of your career
19   since you started at the Library of Congress?
20        A    I'm sorry, my what?
21        Q    Could you give me an overview of your career
22   at the Libary of Congress?
0006
 1        A    Of my career?
 2        Q    Right.
 3        A    What do you mean by that?
 4        Q    What jobs have you held at the Library of
 5   Congress?
 6        A    Describe my positions?
 7        Q    Yes, that's a simpler way to do it.  Have you
 8   held more than one job there?
 9        A    No.  I've always been chief of the Rare Books
10   since the day I arrived.
```

DIMUNATION

```
11      Q    Okay.  And what year did you start?
12      A    1998.
13      Q    Has your position changed over time?
14      A    Maybe in responsibilities but not in
15 description.
16      Q    Okay.  What do you do as the chief of the
17 Rare Book and Special Collections?
18      A    Rare Book and Special Collections Division.
19      Q    Division.
20      A    As a Special Collections chief I'm
21 responsible for the rare book collection, the nation's
22 rare book collection, which is currently about 800,000
0007
 1 which makes it the largest in North and South America.
 2 I'm responsible at a curatorial and subject specialist
 3 level as a level of expertise.  I'm responsible for the
 4 security, the delivery, the access, and the
 5 interpretation of the nation's rare book collection, to
 6 researchers in the division and to the nation as a
 7 whole.
 8           I oversee all other subject specialists who
 9 are in subject categories of curatorial control.  I'm
10 responsible for the Public Services operations of the
11 division, reference and the reading rooms.  I oversee
12 the in-house processing.  I select and develop and
13 guide the digital programs and the representation of
14 all rare materials for the Library of Congress.
15           I as a chief, in essence like a team leader,
16 would also be responsible for the routine kinds of
17 things like personnel, hiring, budget, facilities.
18           I serve at the request of the librarian to
19 represent the Library, and I represent the Library of
20 Congress in national and international issues regarding
21 antiquarian materials in general and specifically rare
22 books.
0008
 1           I oversee through dotted line relationships
 2 the purchase of rare book materials.  With one team I
 3 have dotted line relationship with the cataloging team
 4 which catalogues my rare books for me and then
 5 preservation for the care of the collections.
 6      Q    What do you mean when you say you had, I'm
 7 not sure I caught the phrase, but dotted line
 8 authority?
 9      A    They don't report to me but I control the
10 policy.  That is I shape the cataloging profile that
11 another team does.  I determine the preservation
12 profile for my materials that another team carries out.
13 I determine how we buy and have books delivered to us
14 that another team carries out.
15      Q    When you say cataloging profile, what do you
16 mean by that?
17      A    How you describe a rare book using certain
18 categories for online information, the level of
19 description.
20      Q    When you use the term preservation profile,
21 what do you mean by that?
22      A    Establish the criteria for how my books are
0009
 1 treated in various situations, what do you do with a
 2 broken binding, how you deal with acidic paper, how do
 3 we deal with 800,000 books in an environment that needs
 4 to be adjusted, and that can involve facilities for
```

Page 3

DIMUNATION

```
 5  HVAC concerns, can involve conservation for treatment
 6  of materials, can involve police for security.
 7       Q  And who did you report to when you started as
 8  the chief of the Rare Book -- Can I use the shorthand
 9  Rare Book Division?  Does that work for you?
10       A  Yes, that's fine.
11       Q  Okay.  Who did you report to when you started
12  as the chief of the Rare Book Division?
13       A  The director of Public Service Collections.
14       Q  Who was that at the time?
15       A  Diane Kresh.
16       Q  Public Service Collections, did you say?
17       A  PSCD, Public Service Collections Directorate,
18  yes.
19       Q  What was the function of the Public Service
20  Collections Directorate?
21       A  All special collections at the Library of
22  Congress.  All curatorial, custodial, subject
0010
 1  specialist collections reported to Diane Kresh.
 2       Q  What does that mean?  If you can sort of
 3  assume I don't have a lot of familiarity with how the
 4  Library works if you would?
 5       A  We own our books.  The person who is the head
 6  of the Custodial Division has a two-pronged
 7  requirement.  You are a subject expert and a manager.
 8  So manuscript, prints and photographs, geography and
 9  map, rare book, special collections.
10       Q  Okay.  Have you always reported directly to
11  the director of Public Services Collections
12  Directorate?
13       A  The position's name has changed over time.
14       Q  Could you take me through the name changes
15  please?
16       A  When I arrived it was the Public Services
17  Collections Directorate, PSCD.  It was followed by an
18  acting period where I was acting director which really
19  remained unnamed, but I had responsibility for Special
20  Collections while they were reorganizing.  And then
21  when we reorganized it turned into the Collections and
22  Services Directorate.
0011
 1       Q  And is that what it is today, the Collections
 2  and Services directorate?
 3       A  Yes.  C&S.
 4       Q  Can you put some years on those various
 5  iterations of the directorate?
 6       A  PSCD would be from 1998 to late 2003 maybe,
 7  early 2004, somewhere in there.  Acting period, 2004.
 8  Change, 2004.  Change to C&S in 2004.
 9       Q  Okay.  When you started in the position of
10  chief of the Rare Book Division, what was your
11  approximate budget?
12       A  What do you mean?
13       Q  Did you have a budget for that particular
14  division?
15       A  Well, no division has a budget per se.  We're
16  given allocations for those things that we control, but
17  in Library Services the budget is controlled by the
18  associate librarian for Library Services.
19       Q  So you didn't have a particular budget for
20  that division?
21       A  It's a centralized budget, so we're not given
```

DIMUNATION

```
           22  money that we can actually spend.  I'm given personnel
0012
            1  slots that I can then hire for.  So I have some funds
            2  that are given directly to me for my own expenditure
            3  that don't require further intervention.  That would be
            4  the book allocation, all donated funds for the purchase
            5  of gifts, a gift fund which in essence is a slush fund
            6  for the division, all endowed funds that are donated to
            7  my division, subventions for work done by staff or
            8  outside contractors to some degree.
            9       Q    Okay.  Did you have any input on the budget
           10  that would be allocated for the Rare Book Division --
           11       A    Yes.  I'm sorry.
           12       Q    -- when you started out?
           13       A    Yes.
           14       Q    And what was your responsibility in that
           15  regard?
           16       A    For when I started out as chief?
           17       Q    Right.
           18       A    Initially in 1998?
           19       Q    Right.
           20       A    It was the allocation of the book budget in
           21  particular that was a discussion, number of staff that
           22  I was being given.  We control our budgets by
0013
            1  requesting staff allocations rather than money.
            2       Q    Okay.  If we turn the clock back to 1998,
            3  would there be a document you could look at and say
            4  there is so many millions of dollars associated with
            5  the Rare Book Division?
            6       A    I don't understand what that would mean.
            7       Q    Sometimes budgets are done even though
            8  they're controlled maybe at a larger level, a
            9  directorate level or something like that, it might be
           10  itemized so you could look at one division, the Rare
           11  Book Division, you could look at another division and
           12  say, well, there's $14 million associated with the
           13  budget for the Rare Book Division, there's $12 million
           14  associated with another division within that
           15  directorate.
           16       A    That's probably a document that exists but
           17  not for chiefs.
           18       Q    It's not something you would be familiar with
           19  as a chief of the division?
           20       A    Not that kind of document as you're
           21  describing it, no.
           22       Q    Okay.  How many staff did you have within the
0014
            1  Rare Book Division when you started in that position in
            2  '98?
            3       A    In '98?
            4       Q    Right.
            5       A    Somewhere between 14 and 17.
            6       Q    And what kind of employees?  By that I mean
            7  what types of occupations?
            8       A    Most of my staff are GS-13s, subject
            9  specialists, graduate degree required for their area of
           10  specialization.
           11       Q    When you use the term subject specialist,
           12  what do you mean by that?
           13       A    Expert in American history, expert in
           14  European history, expert in history of printing.
           15       Q    So was the entire staff composed of --
```

Page 5

                                    DIMUNATION
21   year, is that right?
22     A   Yes.
0086
 1     Q   Is that what you were earning at Cornell as a
 2   curator of Rare Books and Curator of Exhibitions at
 3   Cornell at the time you applied for the job at the
 4   Library of Congress?
 5     A   Apparently.
 6     Q   Did you supervise employees at the library in
 7   Cornell?
 8     A   Yes.
 9     Q   And how many did you supervise?
10     A   I had three to four direct reports.  What
11   year is this application?
12     Q   '97.  It says July 1997.
13     A   At that time I had manuscripts, human
14   sexuality, assistant rare book librarian, Icelandic
15   collection reporting to me.  I oversaw public services
16   probably not by 1997.  So probably I had four
17   professional FTEs plus an assistant.
18     Q   And FTE means full-time equivalent, is that
19   right?
20     A   Yes.  Oh, it says that right there.  It says
21   that right there.
22     Q   All right.  By "there" you mean Plaintiff's
0087
 1   Exhibit Number 22?
 2     A   Yes.  This, however, is not my application.
 3   This is an information sheet.
 4     Q   Well, it's an information sheet you submitted
 5   to the Library as a part of your application process,
 6   would that be accurate?
 7     A   Yes.
 8         MR. FREDRICKSON:  May I have this marked as
 9   Plaintiff's Exhibit Number 23 please.
10         (Deposition Exhibit 23 was marked for
11   identification and was retained by counsel.)
12   BY MR. FREDRICKSON:
13     Q   Have you had a chance to look at Plaintiff's
14   Exhibit Number 23?
15     A   Yes.
16     Q   Is this a Notification of Personnel Action
17   for you with an effective date of March 30th, 1998?
18     A   Looks like it is, yes.
19     Q   Does that reflect the salary that you started
20   at when you were hired by the Library of Congress as
21   chief of the Rare Book and Special Collections
22   Division?
0088
 1     A   That looks like what it is, yes.
 2     Q   So you were hired at $93,357 per year?
 3     A   I was hired at $87,030 a year with an
 4   adjustment for locality.
 5     Q   Okay.  So the total salary that you were paid
 6   including the locality adjustment was $93,357 per year,
 7   is that right?
 8     A   Yes.
 9     Q   And you were hired as an SL, is that right?
10     A   Yes.
11     Q   Did you have any salary negotiations with the
12   Library when you were being considered for the position
13   as the chief of the Rare Book Division?
14     A   Not really, in part because the Library of
                                Page 32