# HERMAN DEPOSITION

```
                                            HERMAN
0001
  1              UNITED STATES COURT OF FEDERAL CLAIMS
  2
  3
  4     ---------------------------------X
  5     JUDITH A. MANSFIELD,             :
  6                       Plaintiff     : Civil Action
  7            v.                        : No. 05-472C
  8     THE UNITED STATES OF AMERICA,    : Judge Williams
  9                       Defendant     :
 10     ---------------------------------X
 11
 12
 13              Deposition of STEVEN J. HERMAN
 14                     Washington, D.C.
 15                Wednesday, January 31, 2007
 16                        9:40 a.m.
 17
 18
 19
 20     Job No.: 1-95857
 21     Pages 1 - 81
 22     Reported by:  Nancy Bond Rowland

0002
  1              Deposition of STEVEN J. HERMAN, held at the
  2     offices of:
  3
  4            Webster, Fredrickson & Brackshaw
  5            1775 K Street, N.W.
  6            Suite 600
  7            Washington, D.C.
  8
  9            Pursuant to agreement, before Nancy Bond
 10     Rowland, Registered Professional Reporter and Notary
 11     Public in and for the District of Columbia.
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22

0003
  1                   A P P E A R A N C E S
  2     ON BEHALF OF PLAINTIFF:
  3          BRUCE A. FREDRICKSON, ESQUIRE
  4          WEBSTER, FREDRICKSON & BRACKSHAW
  5          1775 K Street, N.W., Suite 600
  6          Washington, D.C.  20006
  7          (202) 659-8510
  8
  9     ON BEHALF OF DEFENDANT:
 10          DOUGLAS K. MICKLE, ESQUIRE
 11          UNITED STATES DEPARTMENT OF JUSTICE
 12          Commercial Litigation/National Courts
 13          1100 L Street, N.W., Room 4062
 14          Washington, D.C.  20005
                                           Page 1
```

```
                                            HERMAN
15      (202) 307-0383
16
17      JESSIE JAMES, JR., ESQUIRE
18      JULIA DOUDS, ESQUIRE
19      LIBRARY OF CONGRESS
20      101 Independence Avenue, S.E.
21      Washington, D.C.  20540
22      (202) 707-7464
```

0004
```
 1                   C O N T E N T S
 2   EXAMINATION OF STEVEN J. HERMAN              PAGE
 3       By Mr. Fredrickson                         5
 4
 5
 6                   E X H I B I T S
 7               (Retained by counsel)
 8   DEPOSITION EXHIBIT                           PAGE
 9   10 - Personnel Action Recommendation.         33
10   11 - Notification of Personnel Action.        35
11       Bates no. 001081
12   12 - Position Description.                    37
13       Bates no. 001592 - 001601
14   13 - E-mail dated 8/6/04.                     46
15   14 - Notification of Personnel Action.        65
16   15 - 2004 Performance Appraisal.              67
17       Bates no. 001207 - 001208
18   16 - Memo dated 4/13/05.                      74
19       Bates no. 121
20
21
22
```

0005
```
 1                  P R O C E E D I N G S
 2                     STEVEN J. HERMAN
 3       having been duly sworn, testified as follows:
 4          EXAMINATION BY COUNSEL FOR PLAINTIFF
 5   BY MR. FREDRICKSON:
 6       Q   Could you state your name please?
 7       A   Steven, S-t-e-v-e-n, middle initial J,
 8   Herman, H-e-r-m-a-n.
 9       Q   And where do you work?
10       A   Library of Congress.
11       Q   What's your position with the Library of
12   Congress?
13       A   Chief - Collections, Access, Loan, and
14   Management Division.
15       Q   When did you start working at the Library of
16   Congress?
17       A   December 24th, 1973.  Christmas Eve 1973.
18       Q   You worked one day and you had a day off?
19       A   No.  Actually I didn't work that day.  It was
20   a Monday, and it was my reporting day, and it was the
21   time of the gas crisis and all the long lines, and so
22   they closed the government both the Monday before
```

0006
```
 1   Christmas and the Monday before New Year's because of
 2   the gas crisis.  So I actually started work on
 3   Wednesday, but I got paid on Monday, but just had the
 4   next Monday and Tuesday off for New Year's.  But I
 5   digress.
```

HERMAN

```
 6    Q   What a great start.
 7    A   Yes, it was actually.
 8    Q   Good timing. Could you give me an overview
 9  of your career at the Library of Congress in terms of
10  position and progression?
11    A   At the Library of Congress?
12    Q   Right.
13    A   Sure. I was hired as the assistant for
14  Network Support at what is now the National Library
15  Service for the Blind and Handicapped. I came to the
16  Library as a GS-13. That was the initial grade of the
17  position. And I was in that position until January
18  31st, 1977 when I came to -- There have been a number
19  of changes in the division, but it's basically the
20  same. It was called the Stack and Reader Division at
21  that time. It was a promotion to a GS-14.
22    Q   What was your position in Stack and Reader?
0007
 1    A   Chief. I was chief of the division.
 2    Q   In the first job you held, the Network
 3  Support, was that a chief position as well?
 4    A   No. It was just called assistant for Network
 5  Support. It was under the chief for Network
 6  Development. It was kind of an assistant to him.
 7    Q   All right. So you first became a division
 8  chief in 1977?
 9    A   In 1977, right. Then the division was
10  reorganized in 1978. There was a major Library
11  reorganization, and the division became the Collections
12  Management Division. And then about five years ago
13  there was another reorganization, and it became the
14  Collections, Access, Loan, and Management Division.
15      During that time the position was first
16  upgraded with some additional responsibilities to a
17  GS-15, and most recently about eight years ago in I
18  think March of '99 it was upgraded to senior level
19  which is the current grade of the position. So that's
20  close to eight years as a senior level position.
21    Q   You say that the reorganization occurred and
22  the division became the Collections, Access, Loan, and
0008
 1  Management Division about five years ago. Can you
 2  pinpoint in time a little better when that might have
 3  been?
 4    A   I think it was January -- Well, I think it
 5  was approved in January 2001. So five or six years
 6  ago. I think it was 2001 was the initial approval from
 7  the deputy librarian for the proposal. Actually we're
 8  still in the process. It's a transition. It's a very
 9  long transition, but it became the Collections, Access,
10  Loan, and Management Division rather than the
11  Collections Management Division in 2001. I'm pretty
12  sure that is what it was.
13    Q   Okay. Was there a substantive change in 2001
14  from the perspective of your job?
15    A   There was some restructuring, but I think the
16  major thing was that actually two divisions merged into
17  one, the Collections Management Division and there was
18  a separate Loan Division at that point. The chief of
19  the Loan Division was retiring, and there's always been
20  kind of a very close link of activities between the
```

HERMAN

```
21  Collections Management and the Loan functions, and so
22  the decision was made to merge the two into one
0009
 1  division. So in addition to some restructuring of
 2  units, the major difference was the merger of the two
 3  divisions.
 4      Q   Okay. And when was it that you became an SL
 5  level employee?
 6      A   I believe it was March of '99.
 7      Q   So the merger of the two divisions, the
 8  Collections Management Division and the Loan Division,
 9  occurred after --
10      A   Yes.
11      Q   -- you had already become an SL employee, --
12      A   A couple years after that.
13      Q   -- is that right?
14      A   Yes.
15      Q   Have you been deposed before?
16      A   No.
17      Q   It probably would be easier for everybody if
18  we're not talking at the same time. So if you'd let me
19  complete my question and then answer it. We're doing
20  fine, but I just want to give you a heads up on that.
21      A   Okay.
22      Q   And when did you become a GS-15?
0010
 1      A   I can't remember. Sometime in the -- I can't
 2  remember. I can't remember.
 3      Q   Approximately?
 4      A   Sometime in the 1980s, but I'd have to go
 5  back and look at my records.
 6      Q   All right. Just so I understand what you've
 7  said, am I right in that the job you held as the
 8  division chief for Collections Management was
 9  essentially the same job that you held from 1978 until
10  approximately 2001 when the Loan Division merged with
11  the Collections Management Division, is that right?
12      A   Same position, yes.
13      Q   Okay.
14      A   Duties increased. There have been changes in
15  library priorities. So a lot of things, a lot of the
16  emphasis on the job changed. But I mean the position
17  title, the position was the same.
18      Q   Okay. Could you describe for me your job
19  duties when you first were the Collections Management
20  division chief?
21      A   Primarily we have in Collections Management
22  there were two very distinct parts. I don't know how
0011
 1  much detail to go into to set the stage for this.
 2      Q   Why don't you give me the big picture, and
 3  then if I need more detail --
 4      A   The Library has a concept of custodial
 5  responsibility. Different divisions are in charge of
 6  different parts of the collection. The largest really
 7  general part of the collection is called the general
 8  collections. These are books, bound periodicals, about
 9  12 million of these that constitute almost every
10  subject with a few exceptions, law and music.
11          The Collections Management Division has
```

Page 4

HERMAN

```
 3   were at the GS-11 to 14 grades?
 4        A    8, 9, some 11s and 12s.  Some of the section
 5   heads were higher graded.  A lot of the supervisors
 6   were GS-8s and GS-9s over the GS-3, 4, 5 or GS-7
 7   technicians.
 8        Q    Okay.  How many GS-14s did you have in the
 9   division when you started out?
10        A    When I was a 15 we had I believe one 14 at
11   the time which was the assistant chief.
12        Q    How many GS-13s did you have?
13        A    Probably one or two.
14        Q    How many GS-12s did you have when you started
15   out?
16        A    I'd say four or five.  I mean, I don't have
17   this in front of me.  I'm giving you estimates.
18        Q    That's what I'm looking for.
19        A    I could be off one or two, but something like
20   four or five.
21        Q    And how many GS-11s would you estimate?
22        A    Probably none.  I can't think of any.
0015
 1        Q    Most of the supervisory staff within the
 2   division was at the GS-8 or 9 level?
 3        A    Most of the supervisors were team leaders,
 4   GS-1411-8s or 9s.  There was an upgrading of that job
 5   at some point from an 8 to a 9 for the team leaders,
 6   but we had about 14 team leaders.
 7        Q    I'm not quite catching what you're saying
 8   when you said there are 1410s or 1411s.  What did you
 9   mean by that?
10        A    These are series in the government, and in
11   the Library series there are two very large series.
12   One is nonprofessional technician, a library technician
13   series, and that's 1411.  1411 is the series.
14        Q    Nonprofessional?
15        A    Nonprofessional library technician is the
16   series.  So you could either be a worker or a
17   supervisor in that 1411 series.  The library
18   professional series is 1410.  We have mostly 1411s,
19   almost exclusively 1411 library technicians,
20   nonprofessional staff in the division.
21        Q    Okay.  So that's the occupational series?
22        A    It's the occupational series, exactly.
0016
 1        Q    Okay.  How did your job change over time as
 2   division chief?
 3        A    A lot of my key responsibilities began to
 4   increase because there were a number of programs that I
 5   was involved with that became much much more high
 6   priority, much much more visible, much more of a
 7   Library priority, and those were things like inventory
 8   management.  This is the managing of the collection,
 9   making sure it's retrievable and all of that.  That was
10   a major, major change.  A lot of that came about
11   because of automation and acquiring new library systems
12   and that type of thing.  So we were able to do a lot
13   more in the way of database management and inputting
14   information.
15             Another very, very major part of my job was
16   collection security, and collection security in the
17   early '90s there were a number of instances of theft,
```

HERMAN

18  mutilation of the collection, a lot of stuff that was
19  very high visibility that hit the press, that hit the
20  news media. And so collection security became an
21  incredibly high visibility and big portion, and I was a
22  key player the collection security. As a matter of

0017
1   fact, I was one of the Library's major managers in
2   developing and implementing a collection security
3   program which I continue to do now.
4           In addition to that, part of my job is space
5   management, collection space management, allocating
6   space, planning for storage of collections. We began
7   to run out of space on Capitol Hill, and we are in the
8   process of a major construction project for off-site
9   storage facilities for collections at Fort Meade,
10  Maryland. And I've been a key player and, as a matter
11  of fact, for two of the modules was the project manager
12  for the entire Library, kind of the liaison with the
13  construction people and everything else.
14          So those were probably three very, very major
15  areas that were always part of my job but certainly
16  became much more critical over the years.
17      Q   The three that I've sort of jotted down here,
18  I've got inventory management, collections security,
19  and space management?
20      A   Right.
21      Q   I'm not sure I heard how the inventory
22  management changed over time.

0018
1       A   Inventory management, going back -- I don't
2   want to give a library science course, I don't want to
3   bury you, but it's critical for this kind of thing.
4   For years and years and years the Library of Congress
5   was very, very good at cataloging material. And by
6   cataloging, assigning author, title, subject, what they
7   called bibliographic information to an item. This is
8   what if you are in a traditional library years ago with
9   the card catalog you look something up by author,
10  title, subject. Now it was online.
11          However, there's another component in
12  addition to just bibliographic, this author, title,
13  subject. One of the reasons we really did very well at
14  this because we were the National Library, and as a
15  National Library for the United States we catalogued
16  for libraries all over the country and all over the
17  world. This was a major function of the National
18  Library, and if you look in most books you'll see on
19  the back of the title page actually cataloging data
20  that was done by us, and this saves libraries millions.
21          So we were always a leader in this field.
22  However, there's another component to this which is

0019
1   inventory management. So the part that the library did
2   very well over the years was this bibliographic
3   control. It was cataloging. That basically tells you
4   what you have. Do you have Gone With The Wind, do you
5   have Sports Illustrated, you know, that type of thing.
6           There's a total other component of this
7   called inventory management, and that's kind of the
8   area of how many do you have. You know, I know I've

Page 7

HERMAN

9   got Gone With The Wind, how many copies do I have,
10  where are those copies assigned, are they in
11  circulation, does somebody have them out on loan, are
12  they on the shelf where they're supposed to be.
13          The Library did not spend a whole lot of time
14  or attention on inventory management. We didn't have a
15  database that supported it. We had very good databases
16  where you could look up an author, title or subject,
17  but it wouldn't tell you we have two copies, one copy
18  is charged out, one copy is here, one copy is there.
19          When we got a new database, it actually gave
20  us the capability for the first time online called an
21  integrated library system to be able to concentrate on
22  getting the item information, the piece level

0020
1   information attached to these bibliographic records.
2   So somebody looking online now for the first time not
3   only knows we have Gone With The Wind, they say there
4   are three copies. One of them is assigned to rare book
5   because it has the signature, one of them is out on
6   loan, and one of them should be on the shelf.
7           So it's this whole area of inventory
8   management, and that has really evolved. And as a
9   matter of fact, we have a special project, money from
10  Congress for an eight-year project to try to look at 17
11  million items and create these baseline inventory
12  records that we never were able to do before and never
13  did before.
14          So that's all under my purview, under my
15  division. So that's why I said database management and
16  the technology has allowed us to do things we didn't do
17  before, and I'm kind of one of the critical people in
18  that whole area of inventory management.
19      Q   I see.
20      A   I chair a committee on it. I actually
21  developed a proposal that was approved by Congress for
22  this eight-year project. That type of thing.

0021
1       Q   Okay. So the inventory management function,
2   you're talking about management of the Library of
3   Congress' inventory?
4       A   Yes, but primarily the books and bound
5   periodicals. Not maps. Not globes. I mean, there are
6   other divisions that do management of certain
7   collections. I have an overall responsibility, but
8   most of what I've been talking about deals with the
9   books and bound periodical collection, not what we
10  called special format collections which are things like
11  maps, photographs, prints, recorded sound, moving
12  image.
13          MR. FREDRICKSON: If you'll bear with me a
14  minute. Sorry for the interruption.
15          (Recess)
16  BY MR. FREDRICKSON:
17      Q   You said at some point you became an SL level
18  employee, right?
19      A   Yes.
20      Q   And I think we've pinpointed that to be March
21  of 1999, is that right?
22      A   Yes.

HERMAN

0022
1  Q  How did it come about that you became an SL
2  employee?
3  A  My job kept increasing, as I said, with these
4  high priority things that were happening, and my
5  supervisor at the time wanted to update the PD and
6  thought that it might support a senior level.
7  Q  PD, you mean position description?
8  A  I'm sorry. Position description to
9  accurately reflect the augmentation of responsibilities
10 with security and some of these other areas. The
11 position was redone, and there was a classifier who
12 came in I think from OPM. It was not a library
13 classifier and wasn't someone from our HR. And talked
14 to me about what I do and all the details and looked at
15 examples of documents I had written and proposals and
16 other things, and it came back as an SL position.
17 Q  So basically a classification review?
18 A  Yes. It was an updated PD. And then they
19 also came to do a desk audit, whatever you formally
20 call it, but they actually talked to me and wanted
21 examples of things I had done and documents I had
22 written and that type of thing.

0023
1  Q  Okay. And this was a process that was
2  started by your supervisor, is that right?
3  A  Yes.
4  Q  And who was your supervisor at the time?
5  A  Diane Kresh, K-r-e-s-h. Diane, D-i-a-n-e.
6  Q  So it wasn't a competitive promotion or
7  anything like that?
8  A  No. My position description was updated.
9  Q  So basically what happened was the Library
10 reviewed your position and the duties that you were
11 handling?
12 A  Right, exactly.
13 Q  And upgraded your position to a senior level
14 position?
15 A  Exactly. Yes.
16 Q  Okay. And were you given a particular level
17 when you became an SL level employee? In other words,
18 they have four rankings, don't they?
19 A  I believe it was the highest because I was a
20 GS-15 step 10, and I think -- Once again, I don't
21 remember all the details, but they obviously didn't
22 want to give me less money than I was making as a 15

0024
1  step 10, and I think I wound up at a level 4 or
2  something which was the level above which I wouldn't
3  have a loss of pay when I transferred from a 15 step 10
4  to a senior level.
5      It wasn't a whole lot of money I can tell
6  you, the difference between a 15 step 10 and whatever
7  this was. It wasn't something major. It was less than
8  $10,000, $8,000. I don't know. It wasn't a whole lot
9  of money.
10 Q  All right. Did your job duties change at the
11 point in time when you became an SL employee?
12 A  No. I mean, it was a more accurate
13 reflection of what I had been doing, once again, with
14 the augmentation of the increase of things like

Page 9