# 3/15/05 LETTER FROM PLAINTIFF

5143 Yuma Street, NW<br>
Washington, DC 20016<br>
March 15, 2005

The Honorable James H. Billington **By hand**
The Librarian of Congress

Dear Dr. Billington:

I am writing because my informal efforts to resolve a matter of grave importance to me have failed. I have been performing work at the Senior Level for two years, yet my position remains classified at GS15.

- From September 2002 to July 2004, I served as Acting Director for Cataloging, a Senior Level position, on detail from my permanent position as Chief, Arts and Sciences Cataloging Division (ASCD).
- In April 2003, the Library's contract classification specialist recommended that the ASCD Chief position be classified at the Senior Level. As ASCD Chief, I have substantially the same duties and responsibilities as male division chiefs classified at the Senior Level.
- Since August 2004, I am assigned to collateral duties as Assistant Director for Bibliographic Access along with my position as ASCD Chief. There are two other male Assistant Directors in Library Services, both of whom occupy positions which are classified at the Senior Level. I directly supervise a Senior Level male employee.
- The Library's records will show that my performance has been consistently rated as outstanding.

My compensation at a lower grade for Senior Level work is clearly unfair and illegal. My pay is lower than that of employees of the opposite sex, while performance of my work requires skill, effort, and responsibility that is equal to that of Senior Level employees of the opposite sex, working under similar conditions in the same establishment. This is a continuing violation of the Equal Pay Act of 1963, as well as a violation of Title VII of the Civil Rights Act of 1964. I have suffered significant monetary damage as a result of the failure of the Library to remedy this situation.

As a member of Library management, I have no desire to see any adverse publicity fall on the Library. I want this matter to remain a private personnel matter and I want to negotiate a satisfactory resolution as expeditiously as possible. However, if I do not receive a response within 10 business days, I will assume there is no interest in resolving this matter privately. I look forward to hearing from you.

Sincerely,

*Judith A. Mansfield*

Judith A. Mansfield