# BYNUM SF-50 (1985)



# THE LIBRARY OF CONGRESS

## NOTIFICATION OF PERSONNEL ACTION

| 1. NAME (CAPS) LAST–FIRST–MIDDLE  BYRUM JOHN D JR | 2. Birth Date (Mo,Day,Year) ▓▓▓▓ | 3. Social Security No. ▓▓▓▓ |
|---|---|---|
| 4. Nature of Action  **PROM.** | 5. Effective Date (Mo,Day,Year)  05/13/85 | 6. Work Schedule  **F. T.** | 7. Tenure Co... **1** |

| 8. Veteran  0 – No  1 – Yes  **0** | 9. Citizen  1 – U.S. Citizen  0 – Other  **1** | 10. Step Change Date  05/13/85 | 11. Date of Oath |
|---|---|---|---|

| 12. FEGLI A–Ineligible B–Waived C–Z (See remarks for definition)  **\*B** | 13. RETIREMENT  1 – CS, 2 – FICA  3 – CS & FICA  B – NONE (MCD ONLY)  **1** | 14. Federal Service Comp. Date  11/15/76 | 15. LC Service Comp. Dat...  11/15/76 |
|---|---|---|---|

| FROM | | TO | COL... |
|---|---|---|---|
| ADMINISTRATIVE LIBRARIAN | 16. CS Position Title | ADMINISTRATIVE LIBRARIAN | Supv. **S** |
| CHIEF DESC CATALOGING DIV 0247 | 17. LC Position Title and Code | CHIEF DESCRIP CAT DIVISION 5947 | |

| 18. Pay Plan and Occupation Code | 19a. Grade | 19b. Step | 20. Salary | 21. Pay Plan and Occupation Code | 22a. Grade | 22b. Step | 23. Salary | Pay P... Cod... |
|---|---|---|---|---|---|---|---|---|
| GS-1410 | 15 | 06 | $60,972 | GS-1410 | 16 | 03 | $65,382 | 400... |

| FROM | | TO | |
|---|---|---|---|
| LC 010004250 A | 24. Appropriation | LC 010004250 A | |
| 006501 | 25. Budget Number | 006501 | Org. Code |
| PROCESSING SERVICES | 26. Department | PROCESSING SERVICES | 40... |
| OFFICE DIRECTOR CATALOGING | | OFFICE DIRECTOR CATALOGING | 1... |
| DESCRIPTIVE CATALOGING DIV | 27. Division | DESCRIPTIVE CATALOGING DIV | 05 |
| | 28. Section | | 00 |
| | 29. Unit | | 00 |

30. REMARKS: | 31. Subject to Satisfactory Investigation: ☐ Suitability ☐ Security ☐ Physical | FLSA: **E** E – Exempt  N – Non Exem...

ENTRANCE RATING: SATISFACTORY
NEW POSITION AL CERT 05/08/85. CANCELS GS-1410-15-2470. #6622

**\* WAIVED**

001036

| 32. OFFICE MAINTAINING PERSONNEL FOLDER  ▶ PERSONNEL OPERATIONS OFFICE  THE LIBRARY OF CONGRESS  WASHINGTON,D.C. 20540 | 33. Signature (or other authentication) and Title  LOUIS R. MORTIMER  DIRECTOR OF PERSONNEL | 34. Date  05/20/85 |
|---|---|---|

13-22 (rev 5/84)

1. PERSONNEL FILE COPY