# BYNUM SF-50 (1991)

Standard Form 50-B
Rev. 4/87
U.S. Office of Personnel Management
FPM Chapter 298

Exception to SF 5
approved by GSA/IRMS 2

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| IM JR, JOHN D | | 06/10/40 | 05/05/91 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 894 | PAY ADJ |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
ADMINISTRATIVE LIBRARIAN
CHIEF DESCRIPTIVE CAT DIV
0001      005947

| 8. Pay Plan | 9. Occ Code | 10. Grade or Level | 11. Step or Rate | 12. Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade or Level | 19. Step or Rate | 20. Salary/Award | 21. Pay B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | | 16 | 06 | 82,697.00 | | SL | 1410 | 00 | 00 | 86,800.00 | P |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
LIBRARY OF CONGRESS
COLLECTIONS SERVICES
CATALOGING DIRECTOR
DESCRIPTIVE CATALOGING DIV

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 | 0 | PERM | YES |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C BASIC | 9 | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| CS | 11/15/76 | F | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 | E | 04070A006501 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DIST OF COLUMBIA DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | 00/00/00 | 11/15/76 | | |

45. Remarks

ACTION REFLECTS THE ESTABLISHMENT UNDER SECTION 102 OF THE FEDERAL
EMPLOYEES PAY COMPARABILITY ACT OF 1990 (PUBLIC LAW 101-509) OF A NEW,
UNGRADED SENIOR-LEVEL PAY SYSTEM FOR POSITIONS FORMERLY AT GS-16, 17, AND
18. AN EMPLOYEE'S SALARY WILL NOT NECESSARILY CHANGE UNDER THE NEW
SYSTEM.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| LIBRARY OF CONGRESS | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | BEN BENITEZ |
| AE | 0103 | 04/23/91 | DIRECTOR OF HUMAN RESOURCES |

5-Part 50-312       2 – OPF Copy – Long-Term Record

Previous Edition Unusable After 9/30/E
NSN 7540-01-249-191

46