# MCLEOD MEMO

UNITED STATES GOVERNMENT

# *Memorandum*           LIBRARY OF CONGRESS

**TO**  : Towanda McLeod          **DATE:** October 29, 2002
       Human Resources

**FROM**  : Judy Mansfield
        Director for Cataloging

**SUBJECT**  : Context for the Classification Actions submitted by the Cataloging Directorate

Over the past eighteen months the Cataloging Directorate has systematically reviewed and revised many of its position descriptions. We have also reviewed and revised the LCRs governing the activities of our divisions. This review was necessitated by the fact that the duties of many of the position descriptions have changed and that the responsibilities assigned to the divisions have changed.

In the larger context, the traditional concept of a library is being redefined from a physical place to access paper records or books, to one which also houses and provides access to the most advanced media, including CD-ROMs, the Internet, virtual libraries, and remote resources. Consequently, librarians increasingly are combining traditional duties with tasks related to rapidly changing technologies. Needless to say, this environmental change has had a great impact on the Cataloging Directorate and the core competencies required of its staff.

In the local context, the switch to the Integrated Library System had a significant impact on the duties of our staff and this was taken into account in the revision of some of the position descriptions which have already been certified by HR.

We have proposed or will be proposing the following grade adjustments to our position descriptions:

| | |
|---|---|
| Cataloging Technician: | addition of GS9 to the GS5/6/7/8 ladder (**HR has certified**) |
| Cataloger: | addition of GS13 to the GS9/11/12 ladder (**HR has certified**) |
| Secretary to Chief: | reclassification from GS7 to GS8 (submitted to HR in September) |
| Assistant Team Leader: | reclassification from GS12 to GS13 (not yet submitted to HR) |
| Team Leader: | addition of GS14 to the GS13 (submitted to HR on 10/18/02) |
| Assistant Chief: | reclassification from GS14 to GS15 (not yet submitted to HR) |
| Chief: | reclassification from GS15 to SL (submitted to HR on 10/18/02) |

There are several other positions either in the works or in your hands, but this should give you the general idea of the direction we are taking.

Attached is a current organization chart for the Cataloging Directorate.

Cc: Jim Carroll, LS

36

# Library of Congress Cataloging Directorate

- **Office of the Director for Cataloging**
  Acting Director, Judith A. Mansfield
  - Program Assistant to the Director — Karen Billett
  - Cataloging Reference Librarian — Harold S. Boyd
  - Assistant to the Director — Susan R. Morris
  - Cataloging Automation Specialist — David Williamson
  - Publisher Liaison
  - Cataloging Support
  - Technical Assistant — Albert Kohlmeier

- **Cataloging Policy & Support Office**
  Chief, Barbara Tillett
  Assistant Chief, Thompson A. Yee
  - Cataloging Policy
  - Classification Editorial
  - PreMARC/Quality Control & File Mgmt
  - Subject Headings Editorial

- **Arts & Sciences Cataloging Division**
  Chief, Judith Mansfield
  - Art, Architecture, & Performing Arts I
  - Art, Architecture, & Performing Arts II
  - Biological & Agricultural Sciences
  - Medical Sciences & Biotechnology
  - Physical Sciences
  - Technology I
  - Technology II

- **Decimal Classification Division**
  Acting Chief, Dennis McGovern

- **History & Literature Cataloging Division**
  Chief, Jeffrey Heynen
  - Anglo-American I
  - Anglo-American II
  - Anglo-American III
  - Children's Literature
  - Germanic
  - Hispanic History & Literature
  - Romance
  - Slavic

- **Regional & Cooperative Cataloging Division**
  Chief, John D. Byrum, Jr.
  Assistant Chief, Cynthia J. Johanson
  - Cooperative Cataloging
  - Chinese
  - Korean/Chinese
  - Hebraica
  - Japanese I
  - Japanese II
  - Middle East/North Africa
  - South Asia
  - Southeast/South Asia

- **Cataloging in Publication Division**
  Chief, John P. Celli
  Acting Assistant Chief, William Vernigor

- **Social Sciences Cataloging Division**
  Chief, Vacant
  - Business & Economics
  - Central & Eastern European Languages
  - Education, Sports, & Recreation
  - Germanic & Scandinavian Languages
  - Law
  - Religion, Philosophy, & Psychology
  - Romance Languages
  - Political Science, Sociology, & Anthropology

- **Special Materials Cataloging Division**
  Chief, Susan H. Vita
  Assistant Chief, Linda Stubbs
  - Computer Files/Microforms
  - Music & Sound Recordings I
  - Music & Sound Recordings II
  - Music & Sound Recordings III
  - NUCMC
  - Rare Book