# DIMUNATION SF-50



# THE LIBRARY OF CONGRESS
## WASHINGTON, D.C. 20540 - 2295

# VACANCY ANNOUNCEMENT

**VACANCY ANNOUNCEMENT NUMBER:** 960173
**OPENING DATE:** September 17, 1996
**CLOSING DATE (UNLESS EXTENDED; INQUIRE):** October 18, 1996
**ALL MINIMUM REQUIREMENTS MUST BE MET BY:** October 18, 1996

THE LIBRARY OF CONGRESS IS AN EQUAL OPPORTUNITY EMPLOYER. WOMEN, MINORITIES, AND PERSONS WITH DISABILITIES WHO MEET ELIGIBILITY REQUIREMENTS ARE STRONGLY ENCOURAGED TO APPLY.

## GENERAL POSITION INFORMATION:

**Title:** Chief, Rare Book and Special Collections Division
(Administrative Librarian)
SL-1410 (10661)  $ 83,160 - $89,057*

\* The individual selected for this position will receive the applicable locality pay adjustment.

**Position Location:** Rare Book and Special Collections Division, Public Service Collections, Library Services; James Madison Memorial Building

**Type of Appointment:** Permanent
Supervisory, non-bargaining unit position

**Number of Vacancies:** One

## BRIEF DESCRIPTION OF DUTIES:

The Chief provides professional, technical, and administrative direction for all activities of the Rare Book and Special Collections Division; sets goals, develops plans and strategies to realize goals, formulates and executes budgets, and formulates policies and procedures for the Division. The Chief ensures the collections are adequate and responsive to needs of scholars; solicits and negotiates with prospective donors; recommends acquisitions; develops policy for preparation for use of collections through advanced and effective library techniques for arranging, indexing, describing, and cataloging; develops policy for reference, research and bibliographic services; and ensures appropriate maintenance, accessibility, preservation and security for the collections. The Chief advises Library officials on policies, procedures and new developments in the field of rare books and special collections; represents the Library at interagency and international meetings in the field and participates in national and international professional organizations which are active in cultural, educational, and scholarly work in the field; and carries out and publishes research. The Chief also evaluates the Division's services; recruits, selects, supervises and evaluates staff; reviews selection decisions,

Continue on Reverse

**HOW TO APPLY:** To be considered for this vacancy, applicants must submit either a completed Standard Form 171, Application for Federal Employment or the Optional Application for Federal Employment - OF 612; a description of their competence on the KSAs (if applicable) on plain paper, and any other required attachments. Individuals who are not currently employed by the Library must also return the attached Background Survey Questionnaire. Applicants who fail to submit the required information by the final closing date will not receive further consideration for this position.

**Mailing Address:**
The Library of Congress
Employment Office - Staffing/Recruitment Group
101 Independence Avenue, SE,
Washington, DC 20540-2295

**NOTE:** For copies of this vacancy announcement, employment application forms, required attachments or information on other Library of Congress opportunities, please call our office at (202) 707-2034 or our employment hotline at (202) 707-4315.

1. Please indicate the Vacancy Announcement Number on all forms.
2. All applications must be received by the final closing date to receive consideration for this Vacancy Announcement; postmarked applications will not be accepted.
3. Civil Service status is not required.
4. All applications and attachments become the property of the Library of Congress and will not be returned.
5. U.S. Citizenship is required for most positions.

LS-213 (rev 3/92)  The Library of Congress is an Equal Opportunity Employer

## VACANCY ANNOUNCEMENT 960173

performance ratings, recommendations for promotions and other personnel actions; provides for training and development of staff; resolves differences among staff members; receives and administers grievances and complaints; undertakes or recommends disciplinary action; and furthers the spirit and practice of the Library's EEO programs by insuring that the Library's commitments in this area are carried out in all aspects of personnel management and administration.

### MINIMUM QUALIFICATIONS:

One year of specialized experience at the GS-15 level in the Federal service, or at a comparable level outside the Federal service that demonstrates a minimum level of proficiency in the knowledges, skills, or abilities (KSAs) listed below:

- Knowledge of rare books and special collections and their use in research.
- Ability to plan and manage, directly and through subordinates, an organization and a diverse staff.

### QUALITY RANKING FACTORS (KSAs):

Quality ranking factors are presented in ALL CAPS. The statements following each factor relate each factor to specific duties of the position.

1. **KNOWLEDGE OF RARE BOOKS AND SPECIAL COLLECTIONS AND THEIR USE IN RESEARCH** - to serve as the principal officer for the Library's rare books and special collections, which includes over 600,000 books, broadsides, pamphlets, playbills, title pages, prints, photographs, posters, and medieval and Renaissance manuscripts, including the largest collection of incunabula in the Western Hemisphere; exercise responsibility for the growth and direction of research programs, publication and exhibit initiatives, collection development, public and scholarly services, control and custody of the collections, and cultural programs and special events, including coordinating with related activities of the Library, other agencies, and cultural, educational and scholarly institutions and organizations, nationally and internationally.

2. **ABILITY TO PLAN AND MANAGE, DIRECTLY AND THROUGH SUBORDINATES, AN ORGANIZATION AND A DIVERSE STAFF** - to direct the activities of the Division; work with subordinate supervisors in planning budgets, programs, policies and procedures for the Division; evaluate the Division's services; recruit, select, supervise, and evaluate staff; establish performance plans and facilitate the effective performance of staff; provide for training and development of staff; and insure that all personnel management actions of the Division comply with and further the spirit and practice of the Library's EEO and AA programs.

3. **KNOWLEDGE OF PRINCIPLES OF COLLECTION DEVELOPMENT, COLLECTION MANAGEMENT, REFERENCE AND RESEARCH SERVICES, AND PROCESSING AND ARCHIVING OF LIBRARY COLLECTIONS OF RARE BOOKS AND SPECIAL COLLECTION MATERIALS** - to develop and recommend policy on the acquisition of collections, including soliciting and negotiating with prospective donors; assure that collections are prepared for use using advanced archival techniques for arranging, indexing, describing and cataloging; and develop and recommend policy for the development and use of the Division's materials and the provision of reference, research and bibliographic services, including reproduction, conditions of use, electronic dissemination, and approval of loan material.

**Continued on Next Page**

**VACANCY ANNOUNCEMENT 960173**

 4. **ABILITY TO COMMUNICATE AND INTERACT WITH OTHERS** - to maintain contacts with individuals, private scholars, and representatives of libraries, learned societies and organizations, and government agencies and institutions to stimulate awareness and increase use of the Library's collections and develop programs; represent the Library and participate in national and international professional organizations; interact with prospective donors of collections materials and funding; and manage the staff of the Division and coordinate Division issues with other Library offices.

 5. **ABILITY TO COMMUNICATE IN WRITING** - to prepare a variety of administrative and technical papers, reports and correspondence, to write scholarly and popular articles about the Division and its collections, to edit the work of others.

**HOW TO DEMONSTRATE COMPETENCE ON THE KSAs:** <u>Applicants must address each KSA on a separate sheet of plain paper in order to be considered for this vacancy</u>. Applicants should not simply repeat entries from their employment application in addressing each KSA, but should elaborate on any specific experience (as an employee or volunteer), training, educational courses, and awards that demonstrate possession of the identified KSAs. Publications are available in libraries and book stores to help guide you in addressing the KSAs. Each KSA must be addressed individually and <u>**MUST NOT**</u> exceed one page each.

**EVALUATION PROCESS:** Applicants are first assessed against the minimum qualifications requirements for the position. To be minimally qualified, applicants must demonstrate a <u>minimum</u> level of competence in the knowledge, skills, and abilities (KSAs) required to perform the duties of the position, and must have the length of time and level of education and/or experience as specified in the announcement. Applicants who are minimally qualified will be further evaluated to determine the degree to which they possess the KSAs identified as quality ranking factors. These KSAs are assigned values for purposes of rating. This rating process will determine who will be referred to the selecting official for further consideration. **Applicants who fail to submit the required information by the final closing date will not receive further consideration for this position.**

**REMARKS**:

Appointment/retention is subject to a favorable evaluation of an appropriate personnel security/suitability investigation.

Applicants who are referred for interview must complete a Declaration for Employment (OF-306).

The selected applicant will be required to file a financial disclosure statement with the House of Representatives, U.S. Congress, in accordance with the provisions of Public Law 95-521, Ethics in Government Act of 1978.

**Note: In order to be considered for a vacancy, you must return this form along with all other application materials.**

INSTRUCTIONS: Please print entries in dark ink.

1. NAME (last, first, middle initial): _____

2. DATE (month/day/year): _____   3. SOCIAL SECURITY NUMBER: ☐☐☐-☐☐-☐☐☐☐

4. How did you learn about this vacancy at The Library of Congress?
   (You may select up to three choices. Enter the appropriate code numbers in the boxes below.)
   Note: The information from this survey will be used to help The Library of Congress (LC) evaluate its recruitment strategies.

01 - Federal Research Service's Federal Career Opportunities
02 - Other Private Information Services
03 - Newspaper Ad
    If yes, please specify: _____
04 - Magazine Ad
    If yes, please specify: _____
05 - Professional Journal
    If yes, please specify: _____
06 - Radio/TV
07 - Private Employment Office
08 - State Employment Office (Unemployment Office)
09 - Minority/Special Recruitment Sources
10 - Library of Congress Recruitment at School or College
11 - School or College Counselor or Other Official
12 - Federal, State or Local Job Information Center
13 - Religious Organization
14 - Friend or Relative Working at LC
15 - Friend or Relative Not Working at LC
16 - Professional Association
    If yes, please specify: _____
17 - LC Vacancy Announcement: Posted on Library of Congress Bulletin Boards
18 - LC Vacancy Announcement: Circulated to Other Federal Agencies
19 - LC Vacancy Announcement: Circulated to Library Schools
20 - LC Vacancy Announcement: Received in Mail
21 - Telephone Calls to The Library of Congress Employment Office
22 - Library of Congress Employment Hotline
23 - Other (specify) _____

☐ ☐ ☐

The information requested in Items 5 and 6 below will be used strictly for personnel and EEO research to help The Library of Congress meet the requirements of Federal law. You are strongly encouraged to complete this section, although doing so is voluntary.

5. Please categorize yourself in terms of the race, ethnic, gender, and disability categories below. First read definitions of subcategories.

**DEFINITIONS**
The racial and ethnic categories for Federal statistics and administrative reporting are defined as follows:

**ETHNICITY:**
Hispanic: A person of Mexican, Puerto Rican, Cuban, Central or South American, or other Hispanic culture or origin, regardless of race.

**RACE:**
American Indian or Alaskan Native. A person having origins in any of the original peoples of North America, and who maintains cultural identification through tribal affiliation or community recognition.
Asian or Pacific Islander. A person having origins in any of the original peoples of the Far East, Southeast Asia, the Indian subcontinent, or the Pacific Islands. This area includes, for example, China, India, Japan, Korea, the Philippine Islands, and Samoa.
Black. A person having origins in any of the black racial groups of Africa.
White. A person having origins in any of the original peoples of Europe, North Africa, or the Middle East.

**DISABILITY:**
A person having any physical or mental impairment which severely limits one of life's major activities.

A. Race ☐
1. American Indian or Alaskan Native
2. Asian or Pacific Islander
3. Black  4. White  5. Other _____ (specify)

B. Ethnicity ☐
1. Hispanic Origin
2. Not of Hispanic Origin

C. Gender ☐
1. Male
2. Female

D. Disability ☐
1. Yes
2. No

6. Year of Birth: ☐☐☐☐

UNITED STATES GOVERNMENT
# Memorandum

LIBRARY OF CONGRESS

DATE: November 10, 1997

TO : Donald L. Scott
     Deputy Librarian of Congress

VIA : Ben Benitez
      Director of Personnel

FROM : Winston Tabb
       Associate Librarian for Library Services

SUBJECT : Pay Level for Chief, Rare Book and Special Collections Division

    Attached is a personnel action recommendation to appoint Mark Dimunation as Chief of the Rare Book and Special Collections Division. Mr. Dimunation is presently Curator of Rare Books and Curator of Exhibitions at Cornell University. He previously held increasingly responsible positions at Stanford University and the University of California at Berkeley. Based on his vast rare book experience at three of America's most important research libraries, as well as managerial experience in various positions over the last 14 years, I recommend that his salary be $91,106. This will be a significant increase from his current salary and will allow for future growth and reward.

Attachment

20



RECEIVED BUDGET OFFICE Nov 12  7 27 AM '97

RECEIVE NOV 26 1997 LIBRARIANS OFFICE

## Library of Congress
## PERSONNEL ACTION RECOMMENDATION

NOV 26 1997

**INSTRUCTIONS:** Complete Sections A and C (with exception of shaded areas) and item 44 on verso, if required. Enter codes in blocks provided. Section B is for Human Resources Operations Office use only.

### A
| 1. NAME (CAPS) LAST - FIRST - MIDDLE | 2. Birth Date (Mo., Day, Year) | 3. Social Security Number |
|---|---|---|
| DIMUNATION   MARK   G | 4/30/52 | [redacted] |

| 4. Nature of Action Recommended | N.O.A. Code | N.O.A. Code | N.O.A. Code | 5. Date of Request |
|---|---|---|---|---|
| Exc Appt - Cond (Perm) | 173 | | | 11/10/97 |

| 6. Proposed Effective Date (inclusive dates, if temporary) | 7. Supervisory/LR Code  M - Manager  N - Non-Professional  P - Professional  S - Supervisor |
|---|---|
| ~~12/8/97~~ March 30, 1998 | M   L - Labor Mgmt Supervisor   C - Confidential   A - Other |

| 8. Vacancy Ann. No. (attach copy), appropriate LCR or Collective Bargaining Agreement | Date | 9. Work Schedule   Z - Part Time |
|---|---|---|
| 960173 | 9/17/96 | 1   1 - Full-Time   3 - Intermittent |

### B — FOR HUMAN RESOURCES OPERATIONS USE ONLY

| 10. Veteran  0-No 1-Yes  2-Retired | 11. Type of Appoint. | 12. 00-U.S. Citizen  NC-Non-U.S. Citizen  Country: | 13. Class. Code | 14. Effective Date | 15. Suspense Date NTE |
|---|---|---|---|---|---|
|  | 7 |  |  | 3-30-98 |  |

| 16. FEGLI  A - Ineligible  B - Waived  C - Z (Covered) | 17. Leave Category | 18. Retirement  1-CS  2-FICA  C-CS & FICA  K-FERS  4-None | 19. Health Benefits  2-Ineligible  4-Yes | 20. Physical  0-No  1-Yes | 21. PRD Code |
|---|---|---|---|---|---|
| C | 4 | K | 4 | | 0 |

| Position Sensitivity | 1 | 2 |
|---|---|---|
| | 3 | 4 |

| Investigation | 0 | 1 |
|---|---|---|

| 22. WGI SCD | 23. Federal SCD | 24. LC SCD | 25. Leave Accrual Date | 26. TSP Eligibility Code | 27. TSP SCD |
|---|---|---|---|---|---|
| * | 3/30/98 | 3/30/98 | 3/30/98 | 2 | 3/30/98 |

| 28. Lien Code  N - No Lien  M - Military  R - Reemploy | If M or R give name of lien holder | Expire Date | 29. Date Service Unit Notified (Tentative Reporting) Date   A   B  3-30-98 | 30. FLSA  E - Exempt  N - Non-Exempt |
|---|---|---|---|---|

### C

| | FROM | | TO |
|---|---|---|---|
| Occupation Code | | 31. CS Position Title | Administrative Librarian |
| | | | Occupation Code 1410 |
| LC Position No. | | 32. LC Position Title | Chief, Rare Book and Spec Collections Division |
| | | | LC Position No. 10661/0001 |
| | | 33. Pay Plan, Grade, Salary, and Step | SL $91,105 ~~$89,973~~  $87,030 | Pay Plan Code |
| | | 34. Accounting Code | 80133210A | Appropriation Code 45210A |
| | | 35. Budget Number | 003201 | |
| | | 36. Service Unit | Library Services | Organization Code 40 |
| | | 37. Directorate | Dir for PSC | 06 |
| | | 38. Division/Office | Rare Bk & Spec Coll Div | 0013 |
| | | 39. Section | | 00 |
| | | 40. Unit | | 00 |
| | | 41. Group | | 00 |
| | | 42. Sub-Group | | 00 |

43. Remarks  * To be scheduled by PSO   # Review salary prior to in-processing and set at the 1998 rate equivalent to SL-1. BLV

NFC-PMSO sensitivity code - GN

Human Resources Operations Office Control [illegible] Received [illegible]

### D — RECOMMENDATIONS AND APPROVALS

EMPLOYMENT OFFICE  Staffing and Recruitment Group

| | By | Signature | Date | By | Signature | Date |
|---|---|---|---|---|---|---|
| Recommending Officer | | [signature] | | Human Resources Operations | B. Blackmon | 11/20/97 |
| Service Unit | | [signature] | | Human Resources Operations | Herb [illegible] | 11/21/97 |
| Budget Office | | [signature] | 1/12/97 | Director for Human Resources | [signature] | 11/28/97 |
| Human Resources Operations | | [signature] | | The Librarian of Congress or Designee | [signature] | 12-17-97 |
| Personnel Security | | [signature] | | | | |

LW 9/54 (rev 10/91)

44. Justification of the recommendation: (Give reasons for the action recommended or for the selection of the person recommended, if action is taken under LCR 2014-14.)

   I recommend the appointment of Mark G. Dimunation as Chief, Rare Book and Special Collections Division.

   Mr. Dimunation has served for nearly 7 years as Curator of Rare Books and Curator of Exhibitions at Cornell University. Before assuming this prestigious and highly relevant position, he served as Assistant Chief of the Department of Special Collections and Rare Books Librarian at Stanford for five years. In addition, he served as assistant head of acquisitions at the Bancroft Library (the rare book library) of the University of California at Berkeley for two and a half years. This combination of rare book experience in increasingly responsible positions at three of America's most important research libraries makes Mr. Dimunation by far the most qualified of all the candidates interviewed.

   In addition to this extremely important rare book experience, Mr. Dimunation served for nearly three years as Librarian for Services and Operations at Stanford, where he was responsible for all aspects of public services, conservation, security and general administration. In this position as well in subsequent ones for the past 14 years, Mr. Dimunation has had substantial responsibility for managing staff, budgets, and services, and developing reference and service policies.

   Particularly impressive and relevant is Mr. Dimunation's experience--exceeding that of all other candidates--in successfully identifying and soliciting donations of collections and funds for collections in the rare book area. At Cornell, for example, he has raised nearly $1.3 million for rare book endowments and obtained a number of foundation grants for exhibitions, publications and digitization relating to rare books.

   Mr. Dimunation demonstrated outstanding communication skills during the interview. He is an experienced communicator, serving on Cornell's Faculty Speaker Program for which he has been a features speaker at meetings throughout the nation. He also has extensive experience as a writer. In the last year alone he has co-authored the catalog for an exhibit, "A Legacy of Ideas," edited and produced the catalog, "The Instinct of an Artist; has written all the text and captions for two other exhibitions; and contributed to several brochures and web sites.

   His combination of skills and superior performance in each of the areas covered by the quality ranking factors is clearly better than those of any other candidate interviewed.