# HERMAN SF-50

*handwritten: /R. 4/19/"/*

Library of Congress
## PERSONNEL ACTION RECOMMENDATION

**INSTRUCTIONS:** Complete Sections A and C (with exception of shaded areas) and item 44 on verso, if required. Enter codes in blocks provided. Section B is for Human Resources Operations Office use only.

**A**

| 1. NAME (CAPS) LAST - FIRST - MIDDLE | 2. Birth Date (Mo., Day, Year) | 3. Social Security Number |
|---|---|---|
| HERMAN, STEVEN J. | | ~~redacted~~ |

| 4. Nature of Action Recommended | N.O.A. Code | N.O.A. Code | N.O.A. Code | 5. Date of Request |
|---|---|---|---|---|
| Promotion - reclass. | 702 | N/M | | 3/5/99 |

| 6. Proposed Effective Date (Inclusive dates, if temporary) | 7. Supervisory/LR Code  M - Manager  N - Non-Professional  P - Professional  S - Supervisor |
|---|---|
| 3/14/99 | M    L - Labor Mgmt Supervisor    C - Confidential    A - Other |

| 8. Vacancy Ann. No. (attach copy), appropriate LCR or Collective Bargaining Agreement | Date | 9. Work Schedule  2 - Part Time |
|---|---|---|
| LCR 2016-1 | | 1    1 - Full-Time    3 - Intermittent |

**B**  FOR HUMAN RESOURCES OPERATIONS USE ONLY    (06)

| 10. Veteran  0 - No  1 - Yes  2 - Retired | 11. Type of Appoint. | 12. 00 - U.S. Citizen  NC - Non-U.S. Citizen  Country: | 13. Class. Code | 14. Effective Date | 15. Suspense Date NTE |
|---|---|---|---|---|---|
| | | | | | |

| 16. FEGLI A - Ineligible  B - Waived  C - Z (Covered) | 17. Leave Category | 18. Retirement  1 - CS  2 - FICA  C - CS & FICA  K - FERS  4 - None | 19. Health Benefits  2 - Ineligible  4 - Yes | 20. Physical  0 - No  1 - Yes | 21. PRD Code |
|---|---|---|---|---|---|
| | | | | | |

| Position Sensitivity  1  2  3  4 | 22. WGI SCD | 23. Federal SCD | 24. LC SCD | 25. Leave Accrual Date | 26. TSP Eligibility Code | 27. TSP SCD |
|---|---|---|---|---|---|---|
| Investigation 1 0 1 | 3-17-99 | | | | | |

| 28. Lien Code  N - No Lien  M - Military  R - Reemploy | If M or R give name of lien holder | Expire Date | 29. Date Service Unit Notified  A  B | Tentative Reporting Date | 30. FLSA  E - Exempt  N - Non-Exempt |
|---|---|---|---|---|---|
| | | | | | |

**C**

| FROM | | | | TO | |
|---|---|---|---|---|---|
| Occupation Code 1410 | Administrative Librarian | 31. CS Position Title | SAME | | Occupation Code 1410 |
| LC Position No. 005719 | Chief, Coll Mgmt Div | 32. LC Position Title | SAME | | LC Position No. 11409 |
| GS-15 $97,201-10 | | 33. Pay Plan, Grade, Salary, and Step | SL $104,316* | | Pay Plan Code |
| 90133110A | | 34. Accounting Code | SAME | | Appropriation Code 000000 |
| 004701 | | 35. Budget Number | SAME | | Organization Code |
| Lib Ser | | 36. Service Unit | SAME | | 40 |
| PSC | | 37. Directorate | SAME | | 06 |
| CMD | | 38. Division/Office | SAME | | 0003 |
| | | 39. Section | | | 00 |
| | | 40. Unit | | | 00 |
| | | 41. Group | | | 00 |
| | | 42. Sub-Group | | | 00 |

**43. Remarks**

*HRD please verify salary.  DATE ENTER PRES. GRADE_____

NFC-PMSO sensitivity code  ____

OLD W.I.G. DATE_____

**D**  RECOMMENDATIONS AND APPROVALS

| By | Signature | Date | By | Signature | Date |
|---|---|---|---|---|---|
| Recommending Officer | | 3/1/99 | Human Resources Operations | | |
| Service Unit | | 3/5/99 | Human Resources Operations | | 3/17/99 |
| Budget Office | *Frederick Samuel* | 3/9/99 | Director for Human Resources | | 3-5-99 |
| Human Resources Operations | | | | | |
| Personnel Security | | | The Librarian of Congress or Designee | | |

LW 9/54 (rev 10/91)

23

44. Justification of the recommendation: (Give reasons for the action recommended or for the selection of the person recommended, if action is taken under LCR 2014-14.)

Classification action resulting in promotion to SL.

24