# PERLOFF DEPOSITION

Perloff, Stephen H.                                         April 18, 2007
                         Washington, DC

                                                                        1

                        IN THE UNITED STATES COURT

                            OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - x
JUDITH A. MANSFIELD,          :
        Plaintiff,            :  Civil Action No.
    v.                        :  05-472C
THE UNITED STATES,            :
        Defendant.            :
- - - - - - - - - - - - - - - x

                                Wednesday, April 18, 2007

                                Washington, D.C.


        Deposition of STEPHEN H. PERLOFF,
commencing at 10:00 a.m., held at the The Library
of Congress, 101 Independence Avenue, S.E.,
Washington, D.C., before Keith Wilkerson, a notary
public in and for the District of Columbia.

**Page 38**

1  Q. And in doing so, you were assuming,
2  though, that the Krigbaum report was, I think you
3  used the word in your report, an intensive
4  review.
5  A. Yes.
6  Q. Did you call Mr. Krigbaum to discuss with
7  him his methods for developing that recommendation?
8  A. No, I didn't. I could read his report
9  and see what he did.
10 Q. But if Mr. Krigbaum's report was
11 inaccurate in any manner, how would that affect
12 your opinion?
13 A. It really wouldn't have made any
14 difference, because that's not what the basis of my
15 comparison was. I was really looking at
16 Ms. Mansfield and the comparative jobs that were
17 outside of the cataloging division. If his report
18 was wrong, I don't think it would impact my more
19 direct review of Ms. Mansfield and the other
20 positions.
21 Q. In regard to those other positions in
22 cataloging, do you know what those positions were

**Page 39**

1  or the scope of responsibilities of those
2  individuals?
3  A. I know what they are from Mr. Krigbaum's
4  report.
5  Q. Do you believe that any of those
6  positions should be an SL as well?
7  A. I wasn't asked to look at them
8  intensively. I really have no opinion.
9  Q. But a report on its own is the first step
10 in establishing an SL position. Correct? You have
11 to do a justification to try to get the position
12 upgraded. Correct?
13 A. I don't know if a report is the first
14 step. The first step can be a manager or executive
15 saying we need another SL position.
16 Q. But there's got to be some document or
17 someone or somebody or some agency or entity
18 putting something on paper saying we need to have
19 an SL and here's why?
20 A. Well, you would hope that would have to
21 happen, certainly.
22 Q. But just because in a report in your

**Page 40**

1  experience states that certain positions should be
2  upgraded doesn't mandate that those positions have
3  to be upgraded. Correct?
4  A. The words you used, have to be upgraded,
5  it's not a yes or no answer. The issue is the same
6  issue, that if people in positions are performing
7  work beyond what's called for at their established
8  pay level, at that point I would say yes, the
9  positions have to be upgraded because there's
10 really little other choice practically. Either you
11 upgrade the positions or you take away the duties.
12 So when you say "have to", it isn't like somebody's
13 going to say you have to do this. I might say that
14 if somebody asked me for advice, but it becomes a
15 matter of judgment.
16 Q. So if someone is asked to do duties over
17 and above their pay grade and then states that I
18 want to be paid for those duties, one of the valid
19 options a supervisor has, then, is to pull back
20 those duties. Correct?
21 A. That's correct.
22    MR. FREDRICKSON: Objection.

**Page 41**

1  Q. So if an individual was asked to do
2  additional duties that that person thought were
3  above or beyond his job description and then came
4  to management and said I want my position upgraded,
5  one valid option a manager would have, then, would
6  be to say, I'm assuming -- I think your last answer
7  was well, we won't have you do those duties, then.
8  Correct?
9     MR. FREDRICKSON: Objection, but you may
10 answer. It may call for a legal conclusion.
11 A. Right. That doesn't really eliminate the
12 need to pay that person to do those higher level
13 jobs before that happens.
14 Q. I understand. But a manager certainly
15 doesn't have to say well, we have to upgrade your
16 position. A manager rightfully can say well, we
17 will take away those duties, then. Correct?
18    MR. FREDRICKSON: Objection, but you can
19 answer.
20 A. That's correct.
21 Q. And does that happen routinely in the
22 government, in your experience?

**Page 42**

1  A. It doesn't happen routinely. It
2  typically happens contentiously.
3  Q. But I mean withdrawing those extra
4  duties.
5  A. Nobody knows if it happens routinely.
6  There's no way to say.
7  Q. Mr. Krigbaum's report was marked as
8  Plaintiff's Exhibit 2 in the prior depositions, and
9  to avoid confusion with everything else I'm going
10 to keep it marked as Plaintiff's Exhibit 2.
11      Would you agree with Mr. Krigbaum when he
12 says there are no Office of Personnel Management
13 standards for evaluating positions proposed for
14 senior level?
15  A. Well, I wouldn't agree with that wording,
16 actually. There are threshold requirements.
17  Q. Which are?
18  A. I'd have to refer to a document to tell
19 you exactly what they are. I'm familiar with the
20 Library of Congress's, but I haven't looked at the
21 others for a little bit.
22  Q. Well, as they refer to the Library of

**Page 43**

1  Congress, you said you were familiar with those.
2  Apply the Library of Congress's standards to that
3  statement.
4  A. Can I refer to this?
5  Q. Sure.
6  A. It's really what I have here in the
7  report. This is an LCR 2017-2.1. That's the
8  Library of Congress regulation. It says that LCR
9  2017-2.1 states that to be designated SL, a
10 position must minimally exceed the classification
11 standards governing GS-15 of the General Schedule.
12 Also, the position must be such that the its
13 incumbent is responsible for one of the following,
14 and there are five items below that.
15  Q. So those are the standards for the
16 Library of Congress that they use in evaluating
17 whether a position is SL?
18  A. That's correct.
19  Q. Did you find any place in the Library of
20 Congress regulations that stated if you met that
21 criteria you must be upgraded to SL?
22  A. No. I don't recall seeing that.

**Page 44**

1  Q. Do you know of any regulation in the
2  federal government of any agency that states if you
3  meet certain work standards you must be appointed
4  to a certain position or SES or SL position?
5  A. Are you referring to only SL or SES now?
6  Q. Right.
7  A. No, nothing I'm aware of.
8  Q. What conclusion do you draw from that
9  fact?
10  A. From what fact?
11  Q. That there are no regulations that you're
12 aware of in the federal government that mandates
13 that agencies have to make certain positions SL or
14 SES.
15  A. I don't draw any conclusion about that.
16  Q. Well, if something isn't mandatory, does
17 that imply that there's discretionary authority?
18  A. Well, what I would fall back on are
19 several things. One, the basic principle of
20 federal human resource management that's gone back
21 for a good number of decades is generally expressed
22 as equal pay for equal work. The other is the body

**Page 45**

1  of regulations and guidance and policies
2  established by OPM that focuses entirely on
3  ensuring that federal employees are paid or graded
4  the same thing appropriately to the work that
5  they're doing.
6      When you ask me what the implication is,
7  I have no way of answering that, because in my mind
8  there's really no choice for an agency other than
9  to pay their staff appropriately to the level of
10 work that they're doing.
11  Q. But the other option would be, then, as I
12 think you testified earlier, to withdraw those
13 duties. Is that correct?
14  A. That's correct, and that would fall into
15 really what I just described as the equitable --
16  Q. To pay them for the past work done, but
17 withdraw duties to avoid any further problems?
18  A. Yes.
19  Q. But if someone comes in and says, I've
20 done these duties in the past that were equivalent
21 to SL duties and I want to have my position
22 upgraded, if they withhold those duties there's no