# Exhibit 1

# Deposition of Mark Dimunation

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

DEPOSITION OF MARK G. DIMUNATION
CONDUCTED ON FRIDAY, FEBRUARY 9, 2007
Case 1:05-cv-01790-RMC    Document 27-2    Filed 12/04/2007    Page 2 of 27

1 (Pages 1 to 4)

1

UNITED STATES COURT OF FEDERAL CLAIMS

-----------------------------X
JUDITH A. MANSFIELD,          :
          Plaintiff : Civil Action
     v.                : No. 05-472C
THE UNITED STATES OF AMERICA,   : Judge Williams
          Defendant :
-----------------------------X


          Deposition of MARK G. DIMUNATION
               Washington, D.C.
             Friday, February 9, 2007
                  2:00 p.m.




Job No.: 1-96378
Pages 1 - 101
Reported by: Nancy Bond Rowland

---

2

          Deposition of MARK G. DIMUNATION, held at the
offices of:


     Webster, Fredrickson & Brackshaw
     1775 K Street, N.W.
     Suite 600
     Washington, D.C.


          Pursuant to agreement, before Nancy Bond
Rowland, Registered Professional Reporter and Notary
Public in and for the District of Columbia.

---

3

          A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:
     BRUCE A. FREDRICKSON, ESQUIRE
     WEBSTER, FREDRICKSON & BRACKSHAW
     1775 K Street, N.W., Suite 600
     Washington, D.C. 20006
     (202) 659-8510

ON BEHALF OF DEFENDANT:
     DOUGLAS K. MICKLE, ESQUIRE
     UNITED STATES DEPARTMENT OF JUSTICE
     Commercial Litigation/National Courts
     1100 L Street, N.W., Room 4062
     Washington, D.C. 20005
     (202) 307-0383

     JESSIE JAMES, JR., ESQUIRE
     JULIA DOUDS, ESQUIRE
     LIBRARY OF CONGRESS
     101 Independence Avenue, S.E.
     Washington, D.C. 20540
     (202) 707-7464

---

4

          C O N T E N T S
EXAMINATION OF MARK G. DIMUNATION        PAGE
By Mr. Fredrickson              5, 96
By Mr. James                    95




          E X H I B I T S
          (Retained by counsel)
DEPOSITION EXHIBIT                    PAGE
21 - Position Description.            81
22 - Optional Application for Federal Employment.  85
     Bates no. 000814 - 815
23 - Notification of Personnel Action.        87
     Bates no. 001060
24 - Notification of Personnel Action.        89
     Bates no. 001010

**5**

PROCEEDINGS

MARK G. DIMUNATION

having been duly sworn, testified as follows:

EXAMINATION BY COUNSEL FOR PLAINTIFF

BY MR. FREDRICKSON:

Q   Could you state your name please?

A   **Mark Dimunation.**

Q   And are you employed?

A   **Yes, I am.**

Q   Where do you work?

A   **Library of Congress.**

Q   And how long have you been at the Library of Congress?

A   **Nine years.**

Q   What job do you currently hold?

A   **I am chief of the Rare Book and Special Collections Division.**

Q   Could you give me an overview of your career since you started at the Library of Congress?

A   **I'm sorry, my what?**

Q   Could you give me an overview of your career at the Libary of Congress?

**6**

A   **Of my career?**

Q   Right.

A   **What do you mean by that?**

Q   What jobs have you held at the Library of Congress?

A   **Describe my positions?**

Q   Yes, that's a simpler way to do it. Have you held more than one job there?

A   **No. I've always been chief of the Rare Books since the day I arrived.**

Q   Okay. And what year did you start?

A   **1998.**

Q   Has your position changed over time?

A   **Maybe in responsibilities but not in description.**

Q   Okay. What do you do as the chief of the Rare Book and Special Collections?

A   **Rare Book and Special Collections Division.**

Q   Division.

A   **As a Special Collections chief I'm responsible for the rare book collection, the nation's rare book collection, which is currently about 800,000**

**7**

which makes it the largest in North and South America. I'm responsible at a curatorial and subject specialist level as a level of expertise. I'm responsible for the security, the delivery, the access, and the interpretation of the nation's rare book collection, to researchers in the division and to the nation as a whole.

I oversee all other subject specialists who are in subject categories of curatorial control. I'm responsible for the Public Services operations of the division, reference and the reading rooms. I oversee the in-house processing. I select and develop and guide the digital programs and the representation of all rare materials for the Library of Congress.

I as a chief, in essence like a team leader, would also be responsible for the routine kinds of things like personnel, hiring, budget, facilities.

I serve at the request of the librarian to represent the Library, and I represent the Library of Congress in national and international issues regarding antiquarian materials in general and specifically rare books.

**8**

I oversee through dotted line relationships the purchase of rare book materials. With one team I have dotted line relationship with the cataloging team which catalogues my rare books for me and then preservation for the care of the collections.

Q   What do you mean when you say you had, I'm not sure I caught the phrase, but dotted line authority?

A   **They don't report to me but I control the policy. That is I shape the cataloging profile that another team does. I determine the preservation profile for my materials that another team carries out. I determine how we buy and have books delivered to us that another team carries out.**

Q   When you say cataloging profile, what do you mean by that?

A   **How you describe a rare book using certain categories for online information, the level of description.**

Q   When you use the term preservation profile, what do you mean by that?

A   **Establish the criteria for how my books are**

DEPOSITION OF MARK G. DIMUNATION
CONDUCTED ON FRIDAY, FEBRUARY 9, 2007
Case 1:05-cv-01790-RMU    Document 27-2    Filed 12/04/2007    Page 4 of 27

3 (Pages 9 to 12)

9

1   treated in various situations, what do you do with a
2   broken binding, how you deal with acidic paper, how do
3   we deal with 800,000 books in an environment that needs
4   to be adjusted, and that can involve facilities for
5   HVAC concerns, can involve conservation for treatment
6   of materials, can involve police for security.
7      Q  And who did you report to when you started as
8   the chief of the Rare Book -- Can I use the shorthand
9   Rare Book Division?  Does that work for you?
10     A  Yes, that's fine.
11     Q  Okay.  Who did you report to when you started
12  as the chief of the Rare Book Division?
13     A  The director of Public Service Collections.
14     Q  Who was that at the time?
15     A  Diane Kresh.
16     Q  Public Service Collections, did you say?
17     A  PSCD, Public Service Collections Directorate,
18  yes.
19     Q  What was the function of the Public Service
20  Collections Directorate?
21     A  All special collections at the Library of
22  Congress.  All curatorial, custodial, subject

10

1   specialist collections reported to Diane Kresh.
2     Q  What does that mean?  If you can sort of
3  assume I don't have a lot of familiarity with how the
4  Library works if you would?
5     A  We own our books.  The person who is the head
6  of the Custodial Division has a two-pronged
7  requirement.  You are a subject expert and a manager.
8  So manuscript, prints and photographs, geography and
9  map, rare book, special collections.
10     Q  Okay.  Have you always reported directly to
11  the director of Public Services Collections
12  Directorate?
13     A  The position's name has changed over time.
14     Q  Could you take me through the name changes
15  please?
16     A  When I arrived it was the Public Services
17  Collections Directorate, PSCD.  It was followed by an
18  acting period where I was acting director which really
19  remained unnamed, but I had responsibility for Special
20  Collections while they were reorganizing.  And then
21  when we reorganized it turned into the Collections and
22  Services Directorate.

11

1     Q  And is that what it is today, the Collections
2  and Services directorate?
3     A  Yes.  C&S.
4     Q  Can you put some years on those various
5  iterations of the directorate?
6     A  PSCD would be from 1998 to late 2003 maybe,
7  early 2004, somewhere in there.  Acting period, 2004.
8  Change, 2004.  Change to C&S in 2004.
9     Q  Okay.  When you started in the position of
10  chief of the Rare Book Division, what was your
11  approximate budget?
12     A  What do you mean?
13     Q  Did you have a budget for that particular
14  division?
15     A  Well, no division has a budget per se.  We're
16  given allocations for those things that we control, but
17  in Library Services the budget is controlled by the
18  associate librarian for Library Services.
19     Q  So you didn't have a particular budget for
20  that division?
21     A  It's a centralized budget, so we're not given
22  money that we can actually spend.  I'm given personnel

12

1   slots that I can then hire for.  So I have some funds
2   that are given directly to me for my own expenditure
3   that don't require further intervention.  That would be
4   the book allocation, all donated funds for the purchase
5   of gifts, a gift fund which in essence is a slush fund
6   for the division, all endowed funds that are donated to
7   my division, subventions for work done by staff or
8   outside contractors to some degree.
9     Q  Okay.  Did you have any input on the budget
10  that would be allocated for the Rare Book Division --
11     A  Yes.  I'm sorry.
12     Q  -- when you started out?
13     A  Yes.
14     Q  And what was your responsibility in that
15  regard?
16     A  For when I started out as chief?
17     Q  Right.
18     A  Initially in 1998?
19     Q  Right.
20     A  It was the allocation of the book budget in
21  particular that was a discussion, number of staff that
22  I was being given.  We control our budgets by

DEPOSITION OF MARK G. DIMUNATION
CONDUCTED ON FRIDAY, FEBRUARY 9, 2007
Case 1:05-cv-01790-RMU    Document 27-2    Filed 12/04/2007    Page 5 of 27

4 (Pages 13 to 16)

13

1    requesting staff allocations rather than money.
2    Q  Okay.  If we turn the clock back to 1998,
3    would there be a document you could look at and say
4    there is so many millions of dollars associated with
5    the Rare Book Division?
6    A  I don't understand what that would mean.
7    Q  Sometimes budgets are done even though
8    they're controlled maybe at a larger level, a
9    directorate level or something like that, it might be
10   itemized so you could look at one division, the Rare
11   Book Division, you could look at another division and
12   say, well, there's $14 million associated with the
13   budget for the Rare Book Division, there's $12 million
14   associated with another division within that
15   directorate.
16   A  That's probably a document that exists but
17   not for chiefs.
18   Q  It's not something you would be familiar with
19   as a chief of the division?
20   A  Not that kind of document as you're
21   describing it, no.
22   Q  Okay.  How many staff did you have within the

14

1    Rare Book Division when you started in that position in
2    '98?
3    A  In '98?
4    Q  Right.
5    A  Somewhere between 14 and 17.
6    Q  And what kind of employees?  By that I mean
7    what types of occupations?
8    A  Most of my staff are GS-13s, subject
9    specialists, graduate degree required for their area of
10   specialization.
11   Q  When you use the term subject specialist,
12   what do you mean by that?
13   A  Expert in American history, expert in
14   European history, expert in history of printing.
15   Q  So was the entire staff composed of --
16   A  No.  There's also a reference librarian,
17   there's a GS-12, four technicians as a GS-7.
18   Q  Four technicians?
19   A  Four technicians as a GS-7.  Digital
20   specialists, then GS-12s, now GS-13s.
21   Q  How many were there when you started?
22   A  Two.  Special assistant to the chief, GS-13.

15

1    Secretary to the chief, GS-7.  Office assistant, GS-4.
2    Automation specialist, GS-13.
3    Q  Is that one?
4    A  One.
5    Q  Okay.
6    A  Various contract labor as well.
7    Q  What do you mean by contract labor?
8    A  They're in for a short period of time.
9    They're either working on specialized projects that are
10   part of a commercial product like arranging for
11   microfilming of materials or are in to produce a
12   particular document for us or in one case I currently
13   have another curatorial position that's actually a
14   GS-14 which is responsible for developing exhibition
15   around a collection which actually is another
16   responsibility of mine which is to develop publications
17   and exhibitions for materials in my division,
18   responsibility of the chief as well.
19   Q  And the contract labor, were they typically
20   permanent status employees or people hired on a
21   contract basis?
22   A  They're brought in on a contract basis.

16

1    Q  Okay.  I believe I've counted approximately
2    28 employees on staff of the Rare Book Division as of
3    1998.  Does that seem about right?  Is that the right
4    ballpark?
5    A  That's high.
6    Q  So it's less than 28?
7    A  Yes.
8    Q  Do you know how many it was approximately?
9    A  Well, it changed, but at the time I came in
10   there would be three librarians in the reading room,
11   four technicians.  Upstairs there would be four
12   curatorial staff, assistant to the chief, secretary,
13   two digital technicians, and the AOC.
14   Q  AOC?
15   A  Automation specialist.
16   Q  That's 16 by my count.  Does that seem right?
17   A  That's better.  Somewhere between 14 and 17.
18   Q  Okay.  So when you started out there was a
19   total of about 14 to 17 employees in that division, is
20   that right?
21   A  I'm never fully staffed.  So yes, you always
22   have a sort of range.  There's always somebody who's

**17**

1  just stepped out.
2      Q  But that's the ballpark?
3      A  **14 to 17 is what I'm line budgeted for.**
4      Q  That's when you started in 1998 is what I was
5  trying to get at.
6      A  **Yes.**
7      Q  And has that changed over time?
8      A  **The lines have not changed. I've lost some**
9  **staff due to illness, but I still hold the lines.**
10     Q  What do you mean when you say the lines?
11     A  **That is the personnel that I have been given**
12  **in lieu of a budget. So I own 17 lines of staffing**
13  **that I am allowed to fill. Any additional would**
14  **require a request for staff which has a budget**
15  **implication, but I don't ask for the money. I ask for**
16  **the staff.**
17     Q  So there have been variations, but the number
18  of employees that have been under your supervision
19  full-time equivalents has been in the range of 14 to 17
20  the whole time you've been division chief then?
21     A  **Yes. Largely at GS-12, 13 levels.**
22     Q  Okay. You said you had responsibilities in

**18**

1  the area of representing the Library in national and
2  international issues?
3      A  **Regarding rare books.**
4      Q  Is that right?
5      A  **Yes.**
6      Q  Could you explain those responsibilities for
7  me please?
8      A  **Right. I hold a seat on the International**
9  **Federation of Library Associations, Rare Book**
10  **Committee, representing the National Library of the**
11  **United States regarding rare book issues. That's an**
12  **international organization.**
13     Q  What does that entail?
14     A  **It means meeting once a year with other**
15  **national libraries, specifically the rare book holdings**
16  **of the major national libraries in the world. France,**
17  **Bibliotheque Nationale, England, the British library,**
18  **Italy. I serve with my colleagues, my comparable**
19  **colleagues.**
20     Q  Before you leave that one, are you at the
21  level of authority where you can speak for the Library
22  of Congress when you go to these meetings or do you

**19**

1  need some approval at a higher level in order to convey
2  the positions of the Library of Congress?
3      A  **That would depend on what we're conveying.**
4      Q  Give me some idea of how that works.
5      A  **Most employees would vet anything that they**
6  **would speak about at the national level with the**
7  **librarian in an international setting. That being**
8  **said, we can certainly discuss and describe policies**
9  **that we've established for our areas of expertise. So**
10  **at IFLA, which is this organization, I would be quite**
11  **comfortable talking about the United States policy**
12  **regarding the care and handling of rare books and our**
13  **criterion and standards for both cataloging and**
14  **preservation. I would probably want to vet with the**
15  **librarian of Congress before I began to talk about what**
16  **level of cooperative projects we would be willing to**
17  **have with Russia.**
18     Q  When you say vet, do you mean that you'd need
19  to speak to the librarian, somebody higher up in the
20  Library than you, and discuss what you'd be talking
21  about or what positions you'd be expressing before
22  doing so?

**20**

1      A  **I mean the librarian.**
2      Q  The librarian, I guess in this case himself?
3      A  **The librarian of Congress, yes.**
4      Q  Okay. Well, I was actually focusing more on
5  the term vet. Maybe you can explain what you mean by
6  vet.
7      A  **Clarify the librarian's desire before I speak**
8  **publicly for the position of the Library of Congress.**
9      Q  All right. What other organizations would
10  you be the --
11     A  **Nationally I sit on the 18th Century Short**
12  **Title Catalogue Board as a representative of the**
13  **Library of Congress. I sit on the Council of Library**
14  **and Information Resources Board as a representative of**
15  **the Library of Congress. I represent the Library of**
16  **Congress at the ARL Special Collections Task Force.**
17     Q  What's that, ARL?
18     A  **Association of Research Libraries. ESTC is**
19  **the 18th Century Short Title Catalogue. At the request**
20  **of the librarian and of Deanna Marcum, I represent both**
21  **of them at other kinds of one-time symposia and**
22  **presentations.**

21

1    Q  What proportion of your job would you say it
2  is that you serve in these roles where you're on boards
3  or participating in these events that involve national
4  and international organizations?
5    A  15 percent, possibly 20.  If we include
6  speaking engagements, certainly about 20 percent.  15
7  to 20.
8    Q  Did there come a point in time where you
9  became an assistant director at the Library of
10 Congress?
11   A  Yes.
12   Q  What was your exact title?
13   A  Assistant director for Special Collections.
14   Q  How did it come about that you became the
15 assistant director for Special Collections?
16   A  I was asked by Deanna Marcum to do so.
17   Q  And when was that?
18   A  Midyear 2004.
19   Q  And was that a face-to-face conversation you
20 had?
21   A  Yes.
22   Q  Can you tell me what she said to you and what

22

1  you said to her in that meeting?
2    A  She had related a conversation that she and I
3  had had earlier when she had offered me the
4  directorship of Collections and Services which I had
5  turned down but in turning it down had offered to help
6  in any way that she needed me to do so.  She then
7  suggested that -- We had a conversation about the size
8  of the new directorate Collections and Services which
9  is rather large, and then suggested that perhaps the
10 new incoming director could have help by having
11 somebody handle as an administrative go-between the
12 area of Special Collections.
13   Q  Did someone else get the job of the
14 directorship for, what did you say, Collections --
15   A  And Services.
16   Q  -- and Services.  Did someone else get that
17 job?
18   A  Yes.
19   Q  Who was that?
20   A  Carolyn Brown.
21   Q  When did she get that position?
22   A  Probably also in sort of best I can recall

23

1  late summer, fall 2004 I think.
2    Q  And why did you turn down the offer to head
3  the directorship of Collections and Services?
4    A  I wasn't so much interested in sort of
5  routine administration.  I'm a subject specialist and
6  an expert in rare books.  I wanted to stay with the
7  collections.  And I also develop program, both public
8  and academic, and it's easier to do that closer to the
9  collections.
10   Q  I'm not sure I got the distinction between
11 the two conversations.  You had one conversation where
12 Miss Marcum offered you the position for the
13 directorship position, is that right?
14   A  Yes.
15   Q  Can you tell me about that conversation then?
16 What did she say to you in that conversation?
17   A  This was after the announcement of the
18 reorganization, so we knew how the Library Services
19 front office was organized.  She asked me if I would
20 serve as the director of Collections and Services.
21   Q  And what did you say?
22   A  We talked about what the job entailed.  I

24

1  expressed some concern about the size of the
2  directorate.  We talked a little bit about the fact it
3  was the equivalent of running a university library.  I
4  told her I was flattered, that I felt comfortable doing
5  that job, but that I hadn't gone into my current career
6  to be a full-fledged administrator.  That I was also a
7  custodian and a steward and a curator and wanted to
8  remain with my materials and was afraid that becoming a
9  director would separate me from my books completely,
10 and then offered to help in any way that I could.
11   Q  You said that you discussed what the job
12 would entail.  What did Miss Marcum say the job would
13 entail?
14   A  Oversight of all Special Collections
15 Divisions, all Area Study Divisions, and all Collection
16 Management Divisions, the main stacks.  In essence
17 oversight of all reading rooms and public access points
18 for the Library of Congress.
19   Q  And what was your concern about the size?
20 Did you say you had a concern of the size?
21   A  Yes.  It's enormous.
22   Q  Did you elaborate on that or did you just say

DEPOSITION OF MARK G. DIMUNATION
CONDUCTED ON FRIDAY, FEBRUARY 9, 2007
Case 1:05-cv-01790-RMU    Document 27-2    Filed 12/04/2007    Page 8 of 27

7 (Pages 25 to 28)

25

1   it was enormous?
2       A  It would require the supervision of somewhere
3   in the neighborhood of 18 to 20 chiefs.  You would be
4   overseeing the expenditure of the entire book budget.
5   It's an extraordinary amount of administrative work,
6   the corralling of all public service operations.  It's
7   a great job, but I wasn't interested.
8       Q  What do you mean when you say administrative
9   work?  What would the nature of the work be?
10      A  Well, it's important work, but in terms of
11  relationship to what I'm currently doing, less
12  challenging.  It's making sure that Human Resources
13  policies are maintained.  It's making sure that people
14  are hired and signed and sealed.  It's making sure that
15  everyone's budget requests are in on time so you can
16  deliver them forward.  It's making sure that everyone
17  answers all the questions the librarian has asked you
18  to pose to them so you can deliver them to the
19  librarian.  It's very administrative and not very much
20  planning or programmatic.
21      Q  I see.  Okay.  Do you remember anything else
22  about that first conversation you had with Miss Marcum

26

1   concerning her offer to you of being the director?
2       A  Just that I had suggested that given my
3   experience in the past where I had been responsible for
4   all Special Collections, that if she needed help in
5   some way organizing the Special Collections chiefs, I'd
6   be more than happy to step in and help her in that in
7   any way she would find useful.
8       Q  Okay.  How long passed between the time you
9   were offered the position as director and the time you
10  had the discussion with Miss Marcum concerning the
11  assistant director position?
12      A  I can't quite recall precisely.  Not much.  A
13  matter of months more than anything.
14      Q  Okay.  Let me go to the second discussion
15  where I believe you said Miss Marcum offered you the
16  position of assistant director.  Have I got that right?
17      A  Yes.
18      Q  Okay.  Can you tell me was it just the two of
19  you meeting?
20      A  I believe so.
21      Q  And how long did the meeting last?
22      A  15 minutes.

27

1       Q  Was it at Miss Marcum's office?
2       A  Yes.
3       Q  And what did Miss Marcum say to you in that
4   meeting?
5       A  She informed me that she was asking me to --
6   Give me a second.  I'm trying to recall how she started
7   this conversation.  The new director had not yet been
8   named, so we were talking about someone we didn't know,
9   that I didn't know, but that she had decided to develop
10  a position for Special Collections called assistant
11  director.  She would like me to take that on in
12  addition to my position as chief of Rare Books as a
13  collateral assignment.
14          It would involve supervising the chiefs of
15  Special Collections under the direction of the
16  director, and that she envisioned that it would be a
17  conduit for programmatic discussions and a conduit for
18  the concerns that would be passed on from Special
19  Collections chiefs to the larger directorate.
20      Q  And did she talk about what role you would
21  play in terms of supervising the chiefs of the Special
22  Collections Divisions?

28

1       A  I think she was leaving some leeway for the
2   new person coming in, but she suggested that likely it
3   would be that I'd be responsible for the appraisals and
4   that she expected that I would most likely organize my
5   own Special Collections chiefs meeting.
6       Q  Okay.  And how many divisions would you be
7   responsible for in that job?
8       A  Seven or eight.  I can count them.  It's
9   seven or eight.
10      Q  I might have something that will help us on
11  that.  What did you say in the meeting?
12      A  Love to.  Thank you.  Yes.  Happy to.
13          MR. FREDRICKSON:  Bear with me a minute.  I
14  want to see if I can find that.  I'm going to work off
15  the last ones.
16          MR. JAMES:  That's fine.
17          MR. FREDRICKSON:  Do you have copies?  Did
18  you bring those back?
19          MR. JAMES:  No.
20          MR. FREDRICKSON:  It's easier to follow.  If
21  you want to see one, I've got one.
22          MR. JAMES:  Okay.

DEPOSITION OF MARK G. DIMUNATION
CONDUCTED ON FRIDAY, FEBRUARY 9, 2007
Case 1:05-cv-01790-RMU    Document 27-2    Filed 12/04/2007    Page 9 of 27

8 (Pages 29 to 32)

29

BY MR. FREDRICKSON:

Q  Let me hand you what's been marked as Plaintiff's Exhibit Number 8 from a previous deposition and ask you to examine it if you would please.  Have you read it?

A  Yes.

Q  Have you seen Plaintiff's Exhibit Number 8 before?

A  I don't recall, but I suspect I have.

Q  This appears to be an announcement of the appointments of various assistant directors.

A  It's actual the Friday newsletter that comes out on a weekly basis.

Q  Okay.  And is it from Miss Marcum?

A  It's from her office, yes.

Q  It says down at the bottom "Best Wishes, Deanna."  Is that Miss Marcum?

A  Yes.

Q  Okay.  And it says that you were -- It's dated August 6, 2004, is that right?

A  That's what it says here, yes.

Q  Does that help you put in time when it was

30

that you had the discussion with Miss Marcum where you --

A  Yes.  Sorry.

Q  You're very quick.  You've got a very good sense of where I'm headed, but the transcript will be a mess if you don't let me finish my questions, if you don't mind.  It will be just a little neater.

`  Does this help pinpoint in time when it was you had the meeting with Miss Marcum where you accepted the assistant director for Special Collections and Services position?

A  Yes.

Q  Thank you.  And when was that?

A  Before August 6th, 2004.

Q  Do you have any sense of how long before August 6th, 2004 it was?

A  No.  As I said earlier, probably sometime in late summer, early fall is as best I can recall.

Q  Well, you would have accepted the position before this Friday newsletter, right?

A  Yes.

Q  So it would have been sometime prior to

31

August 6, 2004?

A  Yes.

Q  I think you said fall, it was sometime early fall.  I wouldn't consider that fall.  I'm just trying to get a better sense of it.  Was it like weeks before August of 2004 or are you talking about days or months?  Do you have any sense of that at all?

A  It's no more than months, but I really don't recall the timing of this.  I had been serving in an acting capacity, so I had been up on the 6th floor quite a bit.  So this is all blended together in terms of when I was what since the responsibilities remained the same.

Q  I see.  You say you served in an acting.  You mean acting assistant director for Collections and Special Services?

A  No.  Acting director for Public Service Collections, the old position, which wasn't named that because the organizational chart had been cleared while they were developing a new structure, but the responsibilities needed to be handled, and so I was asked to handle what was in essence Diane Kresh's old

32

job while they were reorganizing.

Q  All right.  Okay.  I think I'm through with that exhibit.  If you'd give that back to me, I'll take it out of your way.  Thank you.

Let me hand you what's been marked as Plaintiff's Exhibit Number 13, and ask you to examine it.  Have you had a chance to review Plaintiff's Exhibit Number 13?

A  Yes.

Q  Plaintiff's Exhibit Number 13, I guess the first page is the same content as Plaintiff's Exhibit Number 8, the Friday news announcement, right?

A  It looks to be that although I don't recall reading in the other one that Beacher was announced as an assistant director for Acquisitions, but I suspect it's probably the same e-mail.

Q  Let's just go back to that one.  I'm going to hand you what's been marked as Plaintiff's Exhibit Number 8.

A  And there it is.

Q  Okay.  So Beacher Wiggins is announced as the acting assistant director for Acquisitions in that one

33

1  as well, Plaintiff's 8, right?
2      A  Yes.
3      Q  Okay.  And then if you'd turn to page 2, page
4  2 is an organizational chart for Library Services,
5  isn't it?
6      A  Yes.
7      Q  And it's dated July 2004, is that right?
8      A  Yes.
9      Q  Now, you were appointed the assistant
10  director for Special Collections and Services, right?
11      A  Correct.
12      Q  So if you look on page 2 of Plaintiff's
13  Exhibit Number 13, you're really looking at the second
14  column from the left, right?
15      A  Yes.
16      Q  That's where you're located?
17      A  Yes.
18      Q  And you were the assistant director within
19  the Collections and Services directorate it is I guess,
20  right?
21      A  Yes.
22      Q  And what's the unit called Special

34

1  Collections and Services, is it designated by a unit
2  name?  Like the larger category is called a
3  directorate.  Does that have a name at the assistant
4  director level?
5      A  We didn't come up with terminology for it.
6      Q  All right.  It appears that you have a number
7  of divisions that you're responsible for as assistant
8  director, is that right?
9      A  Yes.
10      Q  Okay.  One of them I guess is the Rare Book
11  and Special Collections Division, right?
12      A  Yes.
13      Q  That was the division that you were the
14  division chief for, right?
15      A  That's my real job and a collateral
16  responsibility, yes.
17      Q  What do you mean by that?
18      A  That's my position, chief of Rare Books.
19      Q  Okay.  What did you mean when you said and a
20  collateral responsibility?
21      A  That's my position.  The assistant director
22  is the collateral responsibility on top of my real

35

1  position which is chief of Rare Books.
2      Q  The Children's Literature Center, what is
3  that?
4      A  It's actually a unit comprised of one
5  librarian and one assistant and is now merged in with
6  Rare Book and Special Collections Division.
7      Q  Okay.  One librarian and one assistant?
8      A  Yes.
9      Q  And the Geography and Map Division, what is
10  that?
11      A  That's a very large special collection that's
12  located in the Madison Building, staff of probably
13  approximately 25 to 30 people, responsible for all map
14  collections in the Library of Congress.
15      Q  And the Manuscript Division, what is that?
16      A  Comparable.  Special Collections responsible
17  for all manuscript material except for medieval which
18  falls into my category, same size staff approximately.
19      Q  About 25 to 30?
20      A  Yes.  Same ballpark, yes.
21      Q  And what was the Motion Picture,
22  Broadcasting, and Recorded Sound Division?

36

1      A  MBRS as it's known, Motion Picture,
2  Broadcasting, and Recorded Sound Division is
3  responsible as the archive for all moving images and
4  recorded sound at the Library of Congress as a special
5  collection.  Complicated staff subdivided by these
6  categories.  Can't tell you how many people because
7  it's been through a major process of transformation as
8  they're preparing to move to a state-of-the-art
9  facility in Culpeper.  So at the time they were already
10  planning and in transition, but a large staff,
11  somewhere 30, 35.
12      Q  30 to 35?
13      A  I believe.  I can't really be accurate about
14  the sizes of these staffs since the chiefs reported to
15  me.
16      Q  Okay.  And the Music Division, what was that?
17      A  Music Division is responsible for performing
18  arts, dance, sheet music, some recorded sound, archival
19  and printed.  As with the other special collections
20  they all have subject experts, usually GS-13 subject
21  specialists, and reference staff.  These are all, by
22  the way, custodial units.  We all own our own

**37**

1 materials. That's a slightly smaller staff, but I
2 would still say in the ballpark about 25.
3    Q   And what about the Prints and Photographs
4 Division?
5    A   Prints and Photographs Division is a special
6 collection that houses all photographs and all master
7 prints and all loose single sheet printing objects
8 except for those held by Rare Books. By that I mean
9 posters, you would think of them as posters. As in all
10 above cases, not manuscripts, Geography and Map, Motion
11 Picture and Broadcasting, and Prints and Photographs
12 are the largest collections of the kind in the world.
13       The staff is responsible, as these other
14 custodial units are, for public service. That is
15 serving the materials, curating the materials,
16 protecting the materials, cataloging the materials.
17 Their staff is larger because they have a more
18 sophisticated digital operation as does Geography and
19 Maps, by the way. So they have an additional staff of
20 technical people who are doing digitizing of materials
21 in-house. Everyone else does it through another agency
22 in the building. The staff is larger, but I can't say

**38**

1 how large because of that, but probably high thirties.
2    Q   Okay. Obviously you've already described the
3 Rare Book and Special Collections Division.
4    A   Right.
5    Q   And the Science, Technology, and Business
6 Division, what did that do?
7    A   That's more of a day-to-day public library
8 operation, and the materials tend not to be rare or
9 scarce but in fact are gathered together because of
10 their subject specialization of science, technology,
11 and business. So there are many more modern materials
12 in ST&B than there are in any of the other divisions.
13 It's located in its own reading room in the Adams
14 Building. Like the other custodial units, they own
15 their materials, serve their materials, develop their
16 collections. I think that might be a slightly smaller
17 staff at the time that I came on, 20 to 25.
18    Q   Okay. And finally, you have is it Serial and
19 Government Publications Division?
20    A   That's correct.
21    Q   What did the Serial and Government
22 Publications Division do?

**39**

1    A   This division exists because of the nature of
2 the materials that come in and how they are issued,
3 that is in a serial or sequential format, plus
4 receiving all material from GPO and any other
5 government document, both of which require a certain
6 kind of expertise not so much in subject but in format.
7 They, like others, are responsible for the delivery of
8 the materials in the reading room, but they also have
9 an additional responsibility in terms of overseeing all
10 of the serial records in the Library.
11       That staff I can't tell you how many people
12 they have because they have a lot of technicians that
13 I'm not familiar with, but probably in the same
14 ballpark, maybe a little bigger.
15    Q   Meaning 20 to 25?
16    A   25 to 30, yes.
17    Q   Okay. I probably should have done this as we
18 went through, but you broke out the first one, Child
19 Literature Center, that had one librarian and one
20 assistant, right?
21    A   Yes.
22    Q   The Geography and Map Division had 25 to 30

**40**

1 people. What types of occupations and grade levels did
2 the Geography and Map Division employ?
3    A   Geography and Map has a chief, a senior level
4 chief. An administrative assistant, probably GS-8 or
5 9. Curatorial staff, there would be four curatorial
6 staff members, GS-12s and 13s. There's a public
7 service operation and, I'm sorry, I don't know how many
8 people make up that public service operation. There
9 was a head of Public Services which was a GS-13 --
10 GS-14. I'm sorry. And then a variety of reference
11 librarians that reported to that person.
12       There's an entire cataloging staff that's
13 overseen by I believe 13s or 14s, probably GS-13s. The
14 catalogers were classified as 12s and 13s. Don't
15 recall how many. There's a digital team of at least
16 three technicians. They would be digital specialists
17 and, therefore, would range depending on their
18 qualifications between 9 and 12, GS-12s. And then
19 probably GS-7 technicians, but I've never met them.
20    Q   Okay. And within the Manuscript Division,
21 what would that staff be made up of?
22    A   That has a chief which is at the senior

DEPOSITION OF MARK G. DIMUNATION
CONDUCTED ON FRIDAY, FEBRUARY 8, 2007
Case 1:05-cv-01790-RMU    Document 27-2    Filed 12/04/2007    Page 12 of 27

11 (Pages 41 to 44)

41

1 level.  There's an assistant chief which is at GS-15 I
2 believe.  There are a large number of subject
3 specialists in the Manuscript Division:  business,
4 African-American, literature, diplomacy, colonial.
5 There's probably about seven all total.  Those are 14s
6 or 13s.  Again, subject experts.
7   There's a processing staff, Mary Lacy,
8 probably at this point a 14, maybe a 13.  She oversees
9 processing.  Again, a large number of technicians that
10 I'm not going to be familiar with in the closed vault
11 area where they're processing.  And a reference staff,
12 again an additional one, two, three, four people.  Head
13 of the reading room, Mary, she was a 14, and the
14 support staff are probably 13s and 12s.
15   These are all jobs that have flexible
16 positions, so unless you specifically know the status
17 of an individual, you don't know if they're 12 or 13
18 unless you have specifically dealt with their folder.
19  Q Okay.  And does that complete that division
20 then?
21  A I hope it does.  I'm not entirely sure that
22 it does.

42

1  Q All right.  You've done your best job to
2 recall at this point.
3  A These are large, complicated divisions that
4 you're asking me to reconstruct.  Yes.
5  Q Okay.  How about the Motion Picture Division?
6  A Greg Lukow is the chief, L-u-k-o-w.  I can
7 name all the chief names if you want me to be doing
8 that.  Do you want me to be doing that?
9  Q Sure.
10  A All right.  Children's Literature is Cybille
11 Jagusch, C-y-b-i-l-l-e J-a-g-u-s-c-h, chief of
12 Children's Literature Center.
13  Q What level is she at?
14  A She's a 15.
15  Q GS-15?
16  A GS-15.  Geography and Map Division the chief
17 is John Hebert, H-e-b-e-r-t.
18  Q What grade level?
19  A Senior.
20  Q Senior level?
21  A Senior executive, yes.  Manuscript Division
22 is James Hutson, H-u-t-s-o-n, senior level.

43

1  Q And Manuscript?
2  A That's Manuscript.
3  Q That was Manuscript.  I'm sorry.  Motion
4 Picture?
5  A Greg Lukow.
6  Q And what level is Mr. Lukow?
7  A He should be senior level.  He has this now
8 title that's connected to the National Audiovisual
9 Center which I think has somehow or another changed his
10 position.  This is since I've been in charge.  So I'm
11 not quite sure what his rank is, but it should be at
12 senior level given the size and importance of the
13 materials.
14  Q What makes it a senior level position?
15  A The importance of the materials, the
16 responsibility.
17  Q Can you elaborate on that a little bit?  How
18 do you figure out whether the materials are so
19 important that it justifies a senior level position?
20  A Value on the market, historical importance to
21 the understanding of the culture and endeavor of the
22 American people and the world, scarcity, scholarly

44

1 importance, quality of the collection.  All of the
2 Special Collections are heritage collections at the
3 Library of Congress, that is deemed as part of the
4 heritage of the American people, and that
5 responsibility falls directly on the chief.
6  Q Okay.  I think we got down to the Motion
7 Pictures, Broadcasting, and Recorded Sound Division,
8 and you gave me the chief.  What's the makeup of the
9 rest of the employees in that division?
10  A There's a secretary.  All of these have
11 secretaries if I haven't mentioned them.  There are
12 also then curators who are responsible for the various
13 categories of materials that make up MBRS.  So there's
14 a motion picture curator.  There's a television
15 curator.  There's a recorded sound curator.
16   That division was in a great deal of flux
17 when I came on, so people were coming and going as I
18 was signing on, so it would be difficult for me to
19 count the numbers, but all of those would be GS-13s at
20 least.
21   There's a reference public service operation,
22 so again you'll have a head of reference plus

45

1  supporting reference librarians and technicians. Those
2  tend to cluster somewhere around the grouping of
3  between three and six people. With MBRS it's harder to
4  say because they have individual AV rooms for loading
5  tapes or loading films, and you just don't see these
6  people to be able to name them, and then they have
7  people in remote locations.
8      Q  What are the grade levels of those folks?
9      A  Depending on the technicians, those could be
10  fairly high ranked given their qualifications. I think
11  the motion picture people -- I don't know. I was about
12  to guess, but I don't know per se. They will be higher
13  than GS-7.
14      Q  All right. And the Music Division, who is
15  the chief there?
16      A  At the time that I signed on it was, he has
17  since retired, John -- I just lost his name.
18      Q  If it comes back, let me know.
19      A  It's currently Susan Vita.
20      Q  What level is that position at?
21      A  Senior level.
22      Q  Is that true for John whose name you can't

46

1  remember?
2      A  Yes.
3      Q  And who else is in that division?
4      A  There's an assistant librarian, assistant to
5  the chief, she's probably a 14. There's a head of
6  public services, GS-13 I believe in music. Reference
7  librarians, three of them in the 12/13 category. They
8  have catalogers. Don't know the makeup of the music
9  cataloging team since some of it is actually done in
10  another agency called the Special Materials Cataloging
11  Division. Technicians, same grouping, probably a
12  cluster of about four or five GS-7s to GS-9s.
13          Music has additional staffing because they
14  operate the performance schedule for the Library of
15  Congress, and so you have an individual who books the
16  concerts. I do not know what her classification is.
17  And she has a support person who's likely a secretary,
18  7 through 9. You have another individual who's
19  responsible for the performing arts archives, Vicki, as
20  I think at the moment a GS-13, she might be a 14 at
21  this point, and she has processing staff as well.
22      Q  Okay. The Prints Division, who is chief of

47

1  that, Prints and Photographs?
2      A  Jeremy Adamson was brought in at the time.
3  Let me see. Let me reconstruct this. Jeremy Adamson
4  was already there. What are we talking about, when I
5  came in?
6      Q  2004.
7      A  Jeremy Adamson was chief, senior level. At
8  the time there was also I believe a GS-15 who was sort
9  of chief curator.
10      Q  When you use the term curator, are these
11  people that are in the Library science job series, do
12  you know?
13      A  Most job descriptions for specialist levels
14  in the curatorial field ask for an MLS or an equivalent
15  in experience.
16      Q  Master's of library science?
17      A  Yes. Or an equivalent in a specialized
18  experience in the field. It's possible in Prints and
19  Photographs that they would accept museum experience
20  over MLS because the curatorial concerns are shared
21  more with museums than libraries.
22          So there's chief. There's a secretary to the

48

1  chief. Most secretaries in Special Collections are
2  between 7s and 9s. There is the curator of curators I
3  guess, the chief curator, GS-15. You then have prints,
4  posters, photographs, the same thing you would have with
5  MBRS, each category. Architecture, he's also a 14.
6  The others are GS-13s. So I could say four to five
7  specialists plus the architecture and engineering
8  specialist who's a 14.
9          You have the head of the reading room. I
10  think Mary is a 14. Supporting reference staff in P&P
11  as it's known can range from 9 to 13. Don't know their
12  specific ranks. There's probably three or four of
13  them. There's somebody at the front door. I don't
14  know what his rank is either. He sits and admits
15  people. He probably is a processor who's processing at
16  the desk which means he'd be an 11.
17          You then have a cataloging staff which is
18  different from most cataloging staffs. It's more like
19  archival management. And then you have a very large
20  operation with digitization. They have their own OPAC.
21  They're not part of the main card catalogue online.
22  OPAC means public accessible catalogue.

49

1    Q   Okay.

2    A   So when you go online, if you want to search
3  a photograph, you go to a different database, and they
4  control all of that. So they have additional staff
5  that most special collections or most other divisions
6  don't have, and I don't know how many people make that
7  up.

8    Q   And what about the Science, Technology, and
9  Business Division, who is the chief there?

10   A   Bill Siddick is the chief. He's a 15. That
11 has to do in part because he's dealing with modern
12 materials and has no special collections. That is I
13 have the rare books in science and technology and
14 business. Manuscripts has the manuscripts in science,
15 technology, and business. So his ranking is a 15
16 because he's more at a general library operation. But
17 because of the subject expertise, it still is a special
18 collection.

19       So his staff is much more of a routine
20 library operation. They have specialists in about
21 three or four areas. They're 13s. They have a
22 reference staff plus technicians, same kind of makeup.

50

1  Probably the head of reference at 13 or 14, reference
2  librarians at 12/13, and technicians who page the
3  books.

4    Q   Would the bulk of the staff be the
5  technicians in terms of numbers?

6    A   Most custodial collections are kind of 50/50
7  that way. We're top heavy. We tend to be top heavy
8  because of the subject expertise of the fields. That
9  is we have a lot of Ph.D.'s and specialists working and
10 very few people fetching books.

11   Q   So technicians would be the GS --

12   A   7s to 9s.

13   Q   Okay. And I think we're down to the Serial
14 and Government Publications Division already. It's
15 hard to believe, but here we are. Who is the chief
16 there?

17   A   Karen Renniger was the chief when I signed
18 on. She's no longer chief.

19   Q   What was the grade level?

20   A   I can't recall precisely. I can guess, but I
21 can't recall precisely what Karen's ranking was.
22 Either a 15 or a special senior level.

51

1    Q   Either an SL or a GS-15?

2    A   Right.

3    Q   And then what was the staff within the Serial
4  and Government Publications Division?

5    A   That's a complicated staff because unlike the
6  others, there are lots of technicians. At the time I
7  signed on there was an unfilled assistant position at a
8  14 or 15. There's more reference staff. You have a
9  head of reference which was a 14, and you have
10 reference librarians. They also have longer hours so
11 their staff is larger because they have more public
12 service hours.

13       So I can't quite quantify the size of their
14 reference staff because of that because I only saw the
15 daytime staff, but they would have at least three
16 people at the desk at all times. So you have the head
17 of reference, probably four reference librarians, and
18 then the staff I'm not so familiar with I have to
19 confess.

20   Q   All right.

21   A   They also have cataloging and processing
22 technicians. They have people who deliver materials.

52

1  They have people who process materials. They have
2  people who page books to tie them up to send them off
3  to binding. There are a lot of operations that are
4  unlike anything you see anywhere else in Special
5  Collections.

6    Q   Okay. Within the Serial and Government
7  Publications Division, can you give me a rough sense of
8  the breakout of number of employees by grade level, do
9  you have a sense of that?

10   A   Much more at the lower grade. Below the
11 public service operation, it's mostly technicians.
12 There's less curatorial work going on so your grades
13 will drop down. Everyone has a public service
14 operation, plus curatorial staff in Special Collections
15 except in business and serials where you tend to lower
16 that down a little because there's less subject
17 expertise required. So your staff more likely mimics
18 either a processing or a cataloging staff. So probably
19 be like 11s to 12s and not 7s to 9s.

20   Q   All right. Do have a sense of the total
21 number of staff within the Special Collections and
22 Services when you were the assistant director?

53

1    A  Well, certainly hundreds.  At this point I
2    don't think I could hazard a guess.  Probably in 2004 I
3    could have told you precisely, but that was three years
4    ago.
5    Q  Okay.  I guess we could spend a little time
6    and add all those up.  I would have thought it was
7    probably in the 200 to 300 range.  Does that seem about
8    right?
9    A  There are eight divisions.  Yes, maybe.  It's
10   possible, yes.  If you do the math that way, if they're
11   all in the 30s, that would be 240 people.  You're
12   right.  It just seemed like 400 people.
13   Q  What kinds of responsibilities do you have as
14   the assistant director?  What did you do day-to-day in
15   that position?
16   A  In addition to my Rare Book duties.
17   Q  You've covered those I think, right?
18   A  Yes, yes.  I ran the Special Collections
19   chiefs meeting which was a policy and project oriented
20   meeting.  That is, we discussed development of policies
21   relating specifically to Special Collections materials.
22   It served as the conduit for information up and down.

54

1    Q  And how often did you meet, the chiefs?
2    A  Special Collections chiefs met initially once
3    a week and then once a month.
4    Q  Okay.
5    A  In addition, I met with each of the chiefs
6    once a month.
7    Q  And for what purpose?
8    A  To talk about administration of their
9    programs, what they needed in terms of financial
10   support that we could develop a request for, to
11   coordinate the prediction of what we call the GEMPAC
12   allocation.  That is the money that's allowed for the
13   purchase of research materials.  Those are all caps,
14   GEMPAC.
15   Q  What does that stand for?
16   A  General purchasing and something.  It's just
17   called GEMPAC.  It's the allocation.  Each of the
18   divisions has a fund.  Each is named after the
19   division.  Mine is called the rare book fund.  That's
20   the category in which money is given to us through the
21   budget from Congress to buy materials.
22   Part of the responsibility of a chief is to

55

1    analyze that allocation on an annual basis, predict the
2    market, indicate whatever might be coming up that may
3    have to be purchased, and then ask for an additional
4    amount of money or special funds if necessary.
5    Also discussion of shared programs between
6    the Special Collections.
7    Q  You're still talking about your meetings with
8    the chiefs?
9    A  Yes.  Cooperative programs, for example,
10   between Manuscripts, Prints and Photographs, and Rare
11   Books, we all hold portions of a very important
12   collection.  I have the books.  They have the prints.
13   They have the manuscripts.  Organizing a project that
14   would digitize all the materials together as one single
15   unified presentation.  Sharing staff when needed around
16   that.  There was much discussion in the larger meetings
17   about digital programs.
18   Q  By the larger meetings you mean the division
19   chiefs meeting that you held?
20   A  Yes, yes.
21   Q  Okay.
22   A  And much planning about anything that affects

56

1    all of the divisions as a whole.  So in terms of that
2    period of time in particular, there was much discussion
3    about the selection of content for the online digital
4    presentation.  Curators and chiefs are the ones that
5    determine what content is delivered to the American
6    people through digital materials with an effort to try
7    and organize a more unified presentation.
8    There were discussions about space and remote
9    storage.
10   Q  And you're telling me now about the meetings
11   you had once a month with each chief?
12   A  And also in the larger chiefs meeting.
13   Q  Okay.
14   A  At the time there was a problem with a
15   contract with an agency that was storing valuable
16   materials for Manuscripts, Prints and Photographs,
17   Motion Picture and Broadcasting.  I believe those are
18   the three or four.  That needed to be resolved at a
19   larger level.  We needed to know what was there, what
20   was in danger, so I could bring it forward to the 6th
21   floor to Deanna Marcum to have the contract resolved.
22   That led to a conversation of space

57

1  prediction and allocation in the future. We
2  established criteria for storage needs for special
3  collections materials across format, and built a
4  profile for requesting that storage over time. We did
5  an inventory of security for all the collections to
6  make sure that all special collections were receiving
7  the same level of support from the safety office.
8        We looked at possibilities for grant writing
9  to outside agencies for certain kinds of exhibitions,
10  publications, and digital projects. We talked about
11  the transfer to a new personnel system and the
12  difficulty people were having with that in terms of
13  recasting their entire division in terms of job
14  descriptions online.
15        We worked together in that meeting also to
16  discuss proposed plans at the time for reconfiguration
17  of the space in the Jefferson Building due to
18  construction across the street and the kind of ripple
19  effect that would have for certain divisions.
20        Meetings were also then spent to allow people
21  to bring forward requests or issues or problems or
22  difficulties they were having. We talked about the

58

1  funding of specialists for preservation in terms of
2  format and whether or not divisions could participate
3  in fund-raising which does make me recall again that
4  one of the other responsibilities for a chief,
5  especially me, is donor development and fund-raising.
6        Those meetings were also used to coordinate
7  the things that Special Collections are called upon to
8  do on almost a routine basis, dog and pony shows as we
9  call them, presentations for Congress, presentations
10  for visitors, often coordinated. That is Prints and
11  Photographs, Manuscripts, Rare Book, Geography and Map
12  pull all of the materials you have on Alaska for
13  Senator Stevens for his group tomorrow, pull them all
14  together for a presentaiton to our visitors from
15  Russia, and that fell to me to organize all of those
16  and coordinate the chiefs and their staff in the
17  delivery of materials, setting up the rooms, making
18  sure the presentations were ready.
19        That's what the meetings were for. The
20  one-to-one meetings with the chiefs were more about
21  performance, following the criteria of performance
22  evaluation, that is mission effectiveness, public

59

1  outreach, delivery of services, collection building,
2  EEO.
3        Q  All right. I gather did you have any duties
4  that involved you in dealing with the higher-ups within
5  Library Services as well as assistant director?
6        A  Yes. I sat in on the directors meetings.
7        Q  Who was in the directors meetings?
8        A  Deanna Marcum, Bob Dizard, all the directors,
9  the assistant directors, off-and-on related individuals
10  that are programmatic, sometimes the head of
11  exhibitions, sometimes the head of development.
12        Q  So if I'm looking at this Plaintiff's Exhibit
13  Number 13, in the directors meetings your typical
14  attendees would be Deanna Marcum, Mr. Dizard, Mr.
15  Wiggins, Miss Mansfield, Miss Brown, Mr. Herman, and
16  yourself?
17        A  Dianne van der Reyden, Henry Rossman.
18  Across.
19        Q  I see. All right.
20        A  The entire Library Services operation is
21  there.
22        Q  Dianne van der Reyden and Henry Rossman?

60

1        A  Yes.
2        Q  Okay. So there would be eight or nine of you
3  in the directors meetings?
4        A  That were active participants.
5        Q  Right.
6        A  Typical of these larger executive style
7  meetings you would also have seating around the room as
8  people were coming in to do reports but weren't
9  discussed at the table.
10        Q  How often did you participate in directors
11  meetings?
12        A  Once a week.
13        Q  How long did the meetings last typically?
14        A  About an hour.
15        Q  And what did you do at the directors
16  meetings?
17        A  There was an agenda which would control the
18  meeting. The meetings were used to discuss planning
19  issues for the future that affected Library Services.
20  The meetings were used to dispense information that we
21  were being asked to bring back to our chiefs. There
22  were sometimes longer-range discussions in terms of

61

1  planning as well as very short-term remedies being
2  sought for particular situations. Many of our
3  assignments from Deanna Marcum came at those meetings.
4     Q  What do you mean by that? What kind of
5  assignments are you talking about?
6     A  By next week could you please write up a
7  proposal for the funding of a digital program in
8  automobiles. That kind of thing.
9     Q  All right. What else happened at the
10 directors meetings?
11    A  We did a round-robin where people reported in
12 on their divisions. That's where you would really
13 carry forward any kinds of expressed concerns that were
14 of a particular level of consideration. Storage, for
15 example, would not have been raised that way. Storage
16 would have been raised as an agenda topic because it's
17 too large, but it would be an opportunity to bring the
18 feedback back from the chiefs.
19       Also to make announcements for whatever kind
20 of programs. Since all special collections feature
21 public programs, lectures, exhibitions, concerts,
22 they're often acknowledging the work that's been done

62

1  there.
2        And budget discussion when it came up at
3  budget time. Personnel discussion when there were
4  changes in the personnel systems that I mentioned earlier. And
5  some discussion of digital planning although that's
6  really not quite the team for digital planning.
7  There's people that have nothing to do with it.
8     Q  From listening to you, I got the impression
9  that the directors meetings was used to help develop
10 the strategic planning for Library Services. Would
11 that be accurate?
12    A  Long-range planning is discussed in the
13 directors meetings. Strategic planning is a specific
14 formal process in the Library of Congress. It did not
15 take place in directors meetings.
16    Q  All right. Did you participate in the
17 strategic planning for Library Services?
18    A  Yes.
19    Q  In what capacity did you participate?
20    A  I was brought in to discuss the section on
21 antiquarian materials, safety, preservation. As chief

63

1  of the division I'm part of the Collection Security and
2  Oversight Committee. That also has an area of
3  responsibility in terms of reporting. And as chief of
4  Rare Books, I also sit on the Collection Development
5  Committee, and that also had responsibility. So it's
6  mostly my committee work that brought me in.
7     Q  I see. All right. What other kinds of
8  responsibilities did you have as assistant director?
9     A  As assistant director?
10    Q  Right.
11    A  Those were sort of natural responsibilities
12 that kind of flowed out of the position. I'm not sure
13 I could itemize other responsibilities other than other
14 responsibilities as assigned. It put me in more direct
15 contact with Deanna Marcum, and as a result gave me
16 more tasks at hand.
17    Q  How did you handle the additional work? How
18 did you manage to do that?
19    A  Worked late.
20    Q  Okay. Did you get any other help in handling
21 your position as the division chief for Rare Books?
22    A  No.

64

1     Q  You didn't have an assistant director or
2  anything like that?
3     A  No.
4     Q  Or assistant chief I should say?
5     A  No.
6     Q  Just worked more at the Library to get your
7  assistant director duties fulfilled?
8     A  Yes.
9     Q  When you accepted the position as assistant
10 director, did Miss Marcum indicate that you'd be the
11 assistant director for a fixed period of time or
12 anything like that?
13    A  No.
14    Q  Was there any indication of how long the
15 position would last or anything like that --
16    A  No.
17    Q  -- when you were talking to Miss Marcum when
18 you accepted the position?
19    A  No.
20    Q  How long did you hold the position of
21 assistant director?
22    A  Less than a year I believe. Is that

**65**

1  accurate? Less than a year.
2      Q  Well, I think I could probably pinpoint with
3  some reference to a document. I wanted to see what you
4  recalled.
5      A  I did one cycle of performance evaluations.
6      Q  And when you say that, what do you mean by
7  that?
8      A  Performance evaluations are done on an annual
9  basis. As assistant director I did one cycle. So that
10  would suggest to me that it's somewhere between a year
11  and just up to the second round of appraisals.
12      Q  Okay. When you say you did a cycle of
13  performance evaluations, do you mean for the division
14  chiefs within your unit?
15      A  As assistant director I did the appraisals
16  for the chiefs in Special Collections.
17      Q  Okay. What was involved in that performance
18  evaluation process for the division chiefs?
19      A  It grew out of the monthly meetings with each
20  of the chiefs which was why that meeting was organized
21  around the principles of the evaluation. My
22  responsibility was to write the narrative based on the

**66**

1  goals and objectives, that structure, that level of
2  performance evaluation, performance goals really, did
3  the entire narrative, discussed it with Carolyn Brown
4  who was the director of Collections and Services, and
5  then participated in the actual interview with the
6  chief and the director regarding their performance
7  evaluation. I suggested rankings that were then
8  approved or altered by Carolyn Brown.
9      Q  Okay. And who did your performance
10  evaluation when you were assistant director?
11      A  Carolyn Brown.
12      Q  And was your performance evaluated with
13  regard to your performance as assistant director?
14      A  There was a separate document regarding my
15  assistant directorship.
16      Q  Let me see if I understand what you said.
17  Miss Brown did your performance evaluation as chief of
18  the Rare Book Division when you were also serving as
19  assistant director, is that right?
20      A  Yes.
21      Q  And then there was a second performance
22  evaluation done with respect to your performance as the

**67**

1  assistant director?
2      A  More of an addendum. Yes.
3      Q  Okay. And that was also done by Miss Brown?
4      A  Yes, as I recall.
5      Q  Okay. Would that be something that would be
6  in your personnel file?
7      A  Probably.
8      Q  Is that where everyone's evaluations are
9  normally kept by the Library?
10      A  I have never seen my personnel file, so I
11  can't answer that question.
12      Q  Okay. Fair enough. How did it come to be
13  that your role as assistant director ended?
14      A  I was informed that I would no longer be
15  serving as assistant director by Deanna Marcum in a
16  meeting.
17      Q  Do you remember when the meeting occurred?
18      A  Not by date I don't, no.
19      Q  Sometime in 2005?
20      A  Yes.
21      Q  Who was present at the meeting?
22      A  Steve Herman, myself, Deanna Marcum.

**68**

1      Q  Was Miss Brown there as well?
2      A  I don't recall her being there. It's quite
3  possible she was there.
4      Q  How did the meeting start? Do you remember
5  it?
6      A  It was very short. Deanna ran the meeting.
7  Deanna said that she was calling us in to inform us
8  sadly that we were to not be operating any longer under
9  the position of assistant director for Special
10  Collections.
11      Q  Did she explain why?
12      A  She said that there had been an objection
13  raised by another staff member regarding the rank of
14  the assistant directorships, and that in order to
15  respond to the situation that she was terminating all
16  of the positions.
17      Q  Did she identify the individual?
18      A  I don't recall whether she did or not, but
19  since Steve Herman and I were both there, one naturally
20  assumed it was Judy.
21      Q  Judy Mansfield?
22      A  Yes.

69

1   Q   Okay.  Do you remember anything else that
2   Miss Marcum said at the meeting?
3   A   I don't recall the precise words.  I believe
4   there was a sentiment that she felt this was
5   unfortunate in terms of the fact that we had been doing
6   good work.  I believe that's it.
7   Q   Did you ever get any feedback from Miss
8   Marcum as to your performance as an assistant director?
9   A   Verbal.
10  Q   And what did Miss Marcum say?
11  A   It was based on particular aspects of
12  performance, not in the sense as I recall an official
13  performance conversation.  More like you did a great
14  job with the embassy.  Read the report on the Special
15  Collections meeting regarding space, I think that's a
16  big issue.
17  Q   Was Miss Marcum's feedback about your
18  performance as assistant director positive then?
19  A   For me?
20  Q   Yes.
21  A   Yes.
22  Q   Did Miss Marcum ever express any negative

70

1   sentiments about your performance as assistant
2   director?
3   A   Not that I can recall.
4   Q   Okay.  Do you remember anything you said at
5   the meeting where Miss Marcum announced that the
6   assistant director positions were going to be
7   eliminated?
8   A   Yes.  I said I was extremely disappointed.
9   Q   Why did you say that?
10  A   Because I was extremely disappointed.
11  Q   Okay.  Why were you extremely disappointed?
12  A   Because it eliminated an important position
13  in terms of Special Collections in the nation's
14  library.  This was an important change for Special
15  Collections and was much revered nationwide, number
16  one.
17      Number two, it took away from me an
18  opportunity to do really important programmatic work at
19  a higher level of collection development and public
20  outreach.
21      And number three, I couldn't quite see why
22  removing two extremely active and qualified people was

71

1   solving the problem anywhere.
2   Q   And were you referring to yourself and Mr.
3   Herman?
4   A   Yes.
5   Q   And did Miss Marcum say anything when you
6   said you were extremely disappointed?
7   A   She apologized and said that this was the
8   solution that seemed appropriate given the issue at
9   hand.
10  Q   Is that the way she put it?
11  A   I can't recall how she said it directly.
12  That's how I received it.
13  Q   Okay.  Do you remember anything that Mr.
14  Herman said at the meeting?
15  A   Steve as I recall was much quieter, though
16  visibly upset.  Both of us were quite surprised that
17  this was the nature of the meeting.
18  Q   Why were you surprised?
19  A   Didn't see it coming.  Had no idea.
20  Q   Do you remember anything else about the
21  meeting, anything else said?
22  A   There was reference to counsel, advice of

72

1   counsel, or there was some reference to counsel as if
2   Deanna had somehow or another talked to counsel.  I
3   took by that she meant OGC, Office of General Counsel.
4   There was clarification of what that meant.  I think I
5   asked "What does this mean?"  We were told that we
6   would not be coming to directors meetings, but that she
7   would like to be able to call upon us to do additional
8   work for her if it became necessary.
9   Q   Did Miss Marcum say anything else when you
10  said "What does this mean"?
11  A   I don't recall anything else.  It was a
12  shock.  This meeting was a shock.  So what I remember
13  mostly is just being really pissed off.  But I don't
14  recall any further clarification, I think in part
15  because being told that you no longer will be attending
16  the directors meetings pretty much puts it into light
17  as to what it meant.
18  Q   What did it mean to you that you would no
19  longer be attending the directors meetings?
20  A   It meant the assistant directorships did not
21  exist any longer, that the collateral assignment was
22  over with, and that we would be reporting to Carolyn

73

1 Brown as the chief of the division and not as an
2 assistant director to her directorate.
3    Q  Okay. Why did that disappoint you?
4    A  Special Collections work is a fairly subject
5 expertise oriented area, and in most institutions all
6 Special Collections are gathered together under a
7 single policy. Because of their size at the Library of
8 Congress this hadn't been the case although it was much
9 needed.
10    So the fact that an assistant directorship
11 had been created so we could have a unified voice as
12 the heritage materials in the nation's library was
13 really important to me in terms of policy, in terms of
14 presenting sort of seamlessly the content of the
15 Library of Congress to researchers and the American
16 people, in terms of developing higher end programs that
17 had significance at an international level, this
18 unified presentation was very important.
19    When that was taken away, we fell back into
20 being individual divisions in a very large directorate
21 reporting to one director, 20 plus of us reporting to
22 one director. I think there's about 20 of us.

74

1    Q  Okay. Did you have like one final meeting
2 with the division chiefs after the announcement that
3 the assistant director positions were eliminated?
4    A  I don't recall in part because Carolyn Brown
5 would also attend those meetings from time to time. So
6 it would have been natural that the next meeting would
7 have felt just like the others in the fact she was
8 there, but I don't recall holding one more meeting.
9    Q  Here's what I want to know really was if
10 there was a meeting where you convened people and said
11 Here's what happened. The assistant director positions
12 are abolished. I'm not going to have any directors
13 meetings anymore. Did anything like that happen?
14    A  No. Carolyn Brown stepped in in a way that I
15 think at the next gathering of C&S chiefs, Collections
16 and Services chiefs, it was reported that -- I don't
17 recall how it was reported. I think people knew. At
18 some point people knew. I don't recall how that was
19 expressed. I think it was at a meeting.
20    Q  Okay. Do you remember the meeting where Miss
21 Brown addressed this issue?
22    A  No. Obviously I don't. I don't recall.

75

1 People knew. I'm fairly certain that I did not host
2 another meeting.
3    Q  Okay. When you were doing the weekly
4 directors meetings, I think it was weekly, right?
5    A  Yes.
6    Q  Was it at a scheduled date and time or day of
7 the week and time or anything like that?
8    A  Yes.
9    Q  What day was it?
10    A  I believe it was Tuesday. I believe it was
11 in the afternoon, but it was a set time so that your
12 calendar would be frozen and clear.
13    Q  I was just wondering it seemed to me to be
14 logical you would have announced to the other division
15 chiefs somehow that, by the way, we're not having a
16 meeting on Tuesday.
17    A  Oh, I'm sorry. You asked me about the
18 directors meeting. Are you talking about the chiefs
19 meeting?
20    Q  Maybe it's time for a break. Yes, you've got
21 that right. I didn't say it correctly, so let me try
22 it again.

76

1    Am I right that you had a regular time that
2 you had your weekly meetings with the division chiefs
3 when you served as assistant director?
4    A  The weekly meetings occurred at the beginning
5 of the process when we were beginning to sort of
6 develop a sense. It later became a monthly meeting.
7    Q  Okay. Was there a set time for that or did
8 you schedule it randomly?
9    A  There was an attempt to have a consistent
10 time which, of course, inevitably changes at that
11 level.
12    Q  Do you remember getting word out that the
13 next meeting scheduled wasn't going to occur, that is
14 the next division chief meeting wasn't going to occur
15 because the assistant director position no longer
16 existed? Anything like that?
17    A  I will tell you my recollection was quite the
18 opposite, that it wasn't something that we were really
19 supposed to be discussing.
20    Q  Why do you say that?
21    A  I think because it was a personnel matter.
22 That's my recollection, that it wasn't something that I

77

1  was talking about.
2     Q  I was just trying to figure out if you're
3  going to have nine division chiefs arrive in the
4  conference room on the 5th floor for a meeting that
5  wasn't going to take place, something like that.  If
6  that was like the routine, how did it get to be known
7  by other people that we're not doing that meeting?
8     A  Because intervening between depending on when
9  this happens, intervening there are also directorate
10 wide meetings that Carolyn Brown held with all of the
11 chiefs from all of the Collections and Services, and
12 there were also Library Services meetings where all
13 chiefs across Library Services met.
14       My recollection is that it was unnecessary
15 for me to announce it to my chiefs because it had been
16 handled already, and the next Special Collections
17 meeting Carolyn Brown attended.  So the group kept its
18 identity.  The leadership changed.
19    Q  All right.  Did you have any conversation
20 with Miss Marcum after the meeting at which she
21 announced that the assistant director positions were
22 going to be eliminated concerning the elimination of

78

1  the assistant director positions, any follow-up
2  discussions in other words?
3     A  I don't believe I did.
4     Q  Did you talk to Miss Marcum about the manner
5  in which it would be announced that the assistant
6  director positions had been eliminated?
7     A  I think I asked her to be mindful that this
8  could be embarrassing if it were misstated or stated in
9  a way that sounded as if it had something to do with
10 our performance.
11    Q  Was that in the meeting where it was
12 announced about the elimination of the positions or was
13 it afterwards?
14    A  That was in the meeting that I had with
15 Deanna Marcum and Steve Herman where we were told that
16 we weren't assistant directors any longer.
17    Q  Okay.  So am I right that you told Miss
18 Marcum in the meeting please don't make an announcement
19 that would embarrass us, something like that?
20    A  That's not how I said it.  The intention was
21 this could be embarrassing if it were announced in such
22 a way as if it sounded that I was being fired, I think

79

1  is the phrase that I used, could you be mindful of
2  that.
3     Q  What did she say?
4     A  My recollection is that she understood what I
5  was saying.
6     Q  Okay.  And did Mr. Herman address that issue
7  as well about the manner in which it would be announced
8  that the assistant director positions were eliminated?
9     A  I remember Steve being vocal and agitated,
10 but I can't quite recall what he said.  I recall that
11 he and I very much shared similar reactions throughout
12 the meeting.  That's about as best as I can do with
13 Steve.
14    Q  Did you make any notes of the meeting or
15 anything like that?
16    A  No.
17    Q  Did you ever see any notes of the meeting?
18    A  No.
19    Q  Is there any document that you could think of
20 that would help refresh your recollection as to what
21 took place during the meeting?
22    A  I can't imagine what that would be.  No.

80

1     Q  All right.  When you were the acting director
2  for I guess Collections and Services, have I got that
3  right?
4     A  It didn't have a title.  I was asked to pick
5  up the responsibilities that Diane Kresh had when she
6  was moved over.  So it would have been the Army of
7  people that reported to Diane Kresh.
8     Q  Okay.  What would that Army be called?
9     A  It's a little bit of Special Collections and
10 a little bit of CALM, but it would have been called at
11 the time Public Service Collections Division.  But
12 because they were in the midst of reorganization,
13 Deanna didn't want to perpetuate these organizational
14 structures.
15    Q  By CALM that's an acronym I gather?
16    A  Yes.
17    Q  Collections, Access, Loan, and Management?
18    A  Yes.
19    Q  Is that a division?
20    A  It could be several divisions, but it's an
21 operation, yes.  It's Steve Herman's operation.
22    Q  All right.  When you were the director, did

81

1  Steve Herman report to you?
2      A  As I recall it was the beginning of this sort
3  of split responsibility. I think Steve was left alone.
4  That is, I don't think he reported to me. I think I
5  picked up the other people besides Steve.
6      Q  Did you ever do like a performance evaluation
7  or anything for Mr. Herman or anything like that?
8      A  No, I did not. I'm having trouble
9  remembering this part of it because it was such a blur
10  with all the discussion in terms of reorganization.
11  No, I did not. I have never appraised Steve Herman.
12      Q  All right. Did you think of something in
13  response to a question?
14      A  No.
15      Q  Okay. Bear with me a minute if you would
16  please.
17      MR. FREDRICKSON: May I have this marked as
18  Plaintiff's Exhibit Number 21 please.
19      (Deposition Exhibit 21 was marked for
20  identification and was retained by counsel.)
21  BY MR. FREDRICKSON:
22      Q  I'm having handed to you Plaintiff's Exhibit

82

1  Number 21. I'm giving that document to you for the
2  purpose of you determining whether or not you believe
3  that to be the position description that applied to the
4  chief of the Rare Book and Special Collections Division
5  when you started at the Library of Congress.
6      A  Well, I can't say for certain it's the job
7  description I was hired on, but it certainly is very
8  similar, and the signatures suggest that it's near the
9  time that I was hired.
10      Q  Okay. Are you aware of a position
11  description other than what's been marked as
12  Plaintiff's Exhibit Number 21 that would reflect the
13  position description for the chief of the Rare Book
14  Division when you started?
15      A  Could you repeat that question?
16      Q  Probably not, but I'll try. I was just
17  trying to figure out if there was some other position
18  description you're thinking of that actually fit your
19  job as chief of Rare Books when you started in that
20  job?
21      A  The nature of job descriptions at the Library
22  of Congress is the one you're presented is the one

83

1  you're familiar with. Without looking at the one
2  that's in my file, I can't say if this is precisely it,
3  but it's very much consistent with my responsibilities.
4  Whether there's an intervening document that would have
5  been given to me fresh when I came in is all I'm
6  saying. I don't know. But this seems appropriate.
7      Q  You think if you looked at Plaintiff's
8  Exhibit Number 21, it pretty much captures the job you
9  have been doing as the chief of the Rare Book Division,
10  is that right?
11      A  Except the total of the collection is 200,000
12  off.
13      Q  It's 600,000 in there and it's actually
14  800,000 now?
15      A  That's correct. On first blush. There are
16  probably other things like that, but those are
17  quantitative and not substantive. But as to the
18  specific language, unless you want me to read the
19  entire document carefully, I would just say that in
20  general it seems like my basic duties.
21      Q  That's good enough for me. Thank you. I'll
22  take that back and get that out of your way. Thank

84

1  you.
2      How did you come to the Library of Congress?
3  In other words, how is it that you happened to be hired
4  by the Library of Congress?
5      A  Are you asking what my previous position was?
6      Q  It's not a trick question.
7      A  I applied for the job.
8      Q  Sometimes I speak in a funny way. Where were
9  you working at the time?
10      A  I was at Cornell University.
11      Q  What were you doing there?
12      A  I was associate director for Collections,
13  curator of Rare Books, and I was teaching in the
14  English Department.
15      Q  Do you know what you were earning when you
16  left Cornell and came to the Library of Congress?
17      A  I was earning a Cornell faculty salary,
18  probably in the neighborhood of $65,000 to $70,000,
19  perhaps even less.
20      MR. FREDRICKSON: May I have this marked as
21  Plaintiff's Exhibit Number 22.
22      (Deposition Exhibit 22 was marked for

85

1  identification and was retained by counsel.)
2  BY MR. FREDRICKSON:
3      Q  Let me have handed to you Plaintiff's Exhibit
4  Number 22, and I'm going to ask you to examine it if
5  you would.  Can you tell me what Plaintiff's Exhibit
6  Number 22 is?
7      A  It's a photocopy of what looks like part of
8  the application for my position at the Library of
9  Congress.
10     Q  And if you go to page 2 of Plaintiff's
11 Exhibit Number 22, it's got a signature at the bottom
12 Mark Gregory Dimunation?
13     A  That's correct.
14     Q  Is that your signature?
15     A  Yes, it is.
16     Q  And the date you signed it was July 30, 1997,
17 is that right?
18     A  Yes.
19     Q  If you go to page 1 of Plaintiff's Exhibit
20 Number 22, it's got a salary listed at $61,680 per
21 year, is that right?
22     A  Yes.

86

1      Q  Is that what you were earning at Cornell as a
2  curator of Rare Books and curator of Exhibitions at
3  Cornell at the time you applied for the job at the
4  Library of Congress?
5      A  Apparently.
6      Q  Did you supervise employees at the library in
7  Cornell?
8      A  Yes.
9      Q  And how many did you supervise?
10     A  I had three to four direct reports.  What
11 year is this application?
12     Q  '97.  It says July 1997.
13     A  At that time I had manuscripts, human
14 sexuality, assistant rare book librarian, Icelandic
15 collection reporting to me.  I oversaw public services
16 probably not by 1997.  So probably I had four
17 professional FTEs plus an assistant.
18     Q  And FTE means full-time equivalent, is that
19 right?
20     A  Yes.  Oh, it says that right there.  It says
21 that right there.
22     Q  All right.  By "there" you mean Plaintiff's

87

1  Exhibit Number 22?
2      A  Yes.  This, however, is not my application.
3  This is an information sheet.
4      Q  Well, it's an information sheet you submitted
5  to the Library as a part of your application process,
6  would that be accurate?
7      A  Yes.
8      MR. FREDRICKSON:  May I have this marked as
9  Plaintiff's Exhibit Number 23 please.
10     (Deposition Exhibit 23 was marked for
11 identification and was retained by counsel.)
12 BY MR. FREDRICKSON:
13     Q  Have you had a chance to look at Plaintiff's
14 Exhibit Number 23?
15     A  Yes.
16     Q  Is this a Notification of Personnel Action
17 for you with an effective date of March 30th, 1998?
18     A  Looks like it is, yes.
19     Q  Does that reflect the salary that you started
20 at when you were hired by the Library of Congress as
21 chief of the Rare Book and Special Collections
22 Division?

88

1      A  That looks like what it is, yes.
2      Q  So you were hired at $93,357 per year?
3      A  I was hired at $87,030 a year with an
4  adjustment for locality.
5      Q  Okay.  So the total salary that you were paid
6  including the locality adjustment was $93,357 per year,
7  is that right?
8      A  Yes.
9      Q  And you were hired as an SL, is that right?
10     A  Yes.
11     Q  Did you have any salary negotiations with the
12 Library when you were being considered for the position
13 as the chief of the Rare Book Division?
14     A  Not really, in part because the Library of
15 Congress pays so exorbitantly, and I was coming from a
16 faculty salary.  So when the salary was quoted to me, I
17 was more than happy with it.  You have to recall I'm
18 coming in as a tenured faculty member at an Ivy League
19 institution.  The Library of Congres pays at a level
20 that's just outside the universe of universities even
21 though the responsibilities are comparable.  It's a
22 university.  So there were no negotiations.

89

1    MR. FREDRICKSON: May I have this marked as
2  Plaintiff's Exhibit Number 24 please.
3    (Deposition Exhibit 24 was marked for
4  identification and was retained by counsel.)
5  BY MR. FREDRICKSON:
6    Q  I'm going to have handed to you Plaintiff's
7  Exhibit Number 24, and ask you to examine it if you
8  would.  Are you familiar with Plaintiff's Exhibit
9  Number 24?
10    A  Yes.
11    Q  That's a Notification of Personnel Action for
12  you with an effective date of January 9, 2005, is that
13  right?
14    A  Yes.
15    Q  Do you remember were you the assistant
16  director at this point in time?
17    A  I don't recall.
18    Q  Okay.  Let me come back to that.  Am I
19  correct that you were paid a total salary with locality
20  adjustment of $149,200 in January 2005?
21    A  Yes.
22    Q  Did you have any compensation provided to you

90

1  by the Library of Congress over and above the $149,200
2  per year; in other words, bonus or anything like that?
3    A  For 2005?
4    Q  Right.
5    A  No, not that I recall.  A bonus?
6    Q  When you're an SL employee I understand you
7  have a performance appraisal system, is that right?
8    A  Yes.
9    Q  And you're rated in different elements, is
10  that right?
11    A  Yes.
12    Q  Four different elements if I'm not mistaken?
13    A  Yes.
14    Q  And are there cash awards that are connected
15  with the ratings given to you in the performance
16  evaluation system for SL employees?
17    A  Yes.  I see what you're asking me.  I don't
18  recall in 2005.  Yes, I've had superior rankings, so I
19  suspect money has come, but that's not reflected in my
20  salary.  I see what you're asking me.  I believe I
21  probably did in 2005.
22    Q  Is the number that appears on Plaintiff's

91

1  Exhibit Number 24, $149,200, was that at the cap for
2  employees at the Library of Congress at the time, do
3  you know?
4    A  I have no idea.
5    Q  Were you considered an SL level IV employee
6  at that point in time in January of 2005?
7    A  I have no idea.
8    Q  I'm going to hand you what's been marked as
9  Plaintiff's Exhibit Number 16 from a prior deposition,
10  and ask you to examine it if you would.  Have you had a
11  chance to read Plaintiff's Exhibit Number 16?
12    A  Yes, I have.
13    Q  And Plaintiff's Exhibit Number 16 is a
14  memorandum dated April 13th, 2005 to the directors and
15  division chiefs from Deanna Marcum, is that right?
16    A  Yes.
17    Q  And it's regarding the elimination of the
18  assistant director positions, isn't it?
19    A  Yes.
20    Q  Now, you remember when I asked you in January
21  2005 whether you were still the assistant director?
22    A  Yes.

92

1    Q  Looking at Plaintiff's Exhibit Number 16,
2  does that help tell you whether you were an assistant
3  director in January of 2005?
4    A  It suggests that I probably was.  Yes.
5    Q  Did you see Plaintiff's Exhibit Number 16,
6  that is the April 13, 2005 memo from Deanna Marcum in
7  April of 2005?
8    A  Yes.
9    Q  Do you remember seeing it?
10    A  Yes.
11    Q  What was your reaction to it?
12    A  I was infuriated.
13    Q  Why?
14    A  Because it's not the truth.
15    Q  How so?
16    A  I was given no indication whatsoever that my
17  position had not worked out as intended.
18    Q  Did you do anything about that?
19    A  No.
20    Q  Why not?
21    A  Because I'm a member of the Library, and if
22  this is what the Library Services felt it needed to

93

1  announce in terms of reorganization, then I would
2  accept that.
3      MR. FREDRICKSON:  You know what, I'm close
4  enough to the end, what I usually like to do is take 10
5  or 15 minutes, review my notes, see if I have any other
6  questions.  So if you'll bear with me for about 10 or
7  15 minutes.
8      MR. JAMES:  Sure.
9      (Recess)
10 BY MR. FREDRICKSON:
11     Q  Did you feel that you had a pretty good sense
12 of the job that Steve Herman did as the chief of CALM,
13 Collections, Acquistions, Loan Division?
14     A  Access, Loan.
15     Q  Access, Loan.
16     A  Yes.
17     Q  Okay.  And that was an SL position?
18     A  Yes.
19     Q  What about that position made it an SL
20 position?
21     A  In Steve's case it's the number of people
22 that ultimately report through his chain of command,

94

1  number one.  Number two is the complexity of the
2  operation in terms of the variables, everything from
3  loading dock personnel to delivery and technicians to
4  fundamentally the responsibility for the facility's
5  care of the general collection.
6      Q  Anything else?
7      A  In terms of positioning it as a senior level
8  position, I would say it's the size of the operation
9  and the responsibility for the general collection would
10 be the two.  There is not an interpretive function in
11 Steve's job as there is in curatorial positions that
12 would require advanced education in a subject, for
13 example, although he has.
14     Q  He has?
15     A  Further degrees beyond his B.S.
16     Q  Okay.  And when you say there's no
17 interpretive function, what do you mean by that?  Could
18 you just explain that a little bit for me?
19     A  Curatorial staff, largely special collections
20 staff, describe, publish, exhibit, explain their
21 materials, our materials, that are in our custody to
22 the public, to researchers, to other institutions, to

95

1  Congress, in part because of the complexity of the
2  materials, in part because they fit a larger area of
3  expertise.
4      Steve is not called upon to talk about the
5  subject content of the main stacks.  Can describe them
6  physically.  His job I think is a senior level position
7  because of the complexity and the size and the
8  responsibility for the main collections.  There is that
9  custodial responsibility which links the similarity.
10     MR. FREDRICKSON:  I don't have anything
11 further.
12     MR. JAMES:  I have just one, maybe two.
13     EXAMINATION BY COUNSEL FOR DEFENDANT
14 BY MR. JAMES:
15     Q  The decision that Deanna made to terminate
16 the assistant directorships, do you have any
17 information which leads you to believe that that
18 decision was based upon the sex or gender of Mrs.
19 Mansfield?
20     A  Do I believe that -- Could you restate that?
21     Q  The decision to terminate the assistant
22 director positions which was made by Deanna Marcum, do

96

1  you have any reason to believe that that decision was
2  based upon the sex or gender of Mrs. Mansfield?
3      A  That was not the reason.
4      Q  What was the reason?
5      A  A complaint from the other assistant director
6  regarding rank I believe, pay.
7      Q  And do you believe that that decision had
8  anything to do with her gender?
9      A  No.  It has nothing to do with her gender.
10     Q  Did it have anything to do with your gender?
11     A  No.
12     Q  Did it have anything to do with the gender of
13 Mr. Herman?
14     A  No.
15     MR. JAMES:  I have no further questions.
16     EXAMINATION BY COUNSEL FOR PLAINTIFF
17 BY MR. FREDRICKSON:
18     Q  What did you mean when you said rank?  The
19 reason was it was a complaint from the other assistant
20 director about rank, what did you mean by that?
21     A  Classification.
22     Q  You mean SL level?

97

1    A  Yes. Classification: GS, SL.

2    Q  Okay.  And when you say it was a complaint by

3  the other assistant director, you mean Judy Mansfield?

4    A  Yes.

5    MR. FREDRICKSON:  Nothing further.

6    MR. JAMES:  Nothing.

7    (Signature having not been waived, the

8  deposition of Mark G. Dimunation was concluded at 4:15

9  p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

98

1         ACKNOWLEDGMENT OF DEPONENT

2    I, Mark G. Dimunation, do hereby acknowledge

3  that I have read and examined the foregoing testimony,

4  and the same is a true, correct and complete

5  transcription of the testimony given by me and any

6  corrections appear on the attached Errata Sheet signed

7  by me.

8

9  _____

10    (DATE)          (SIGNATURE)

11

12

13

14

15

16

17

18

19

20

21

22

99

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2    I, Nancy Bond Rowland, Registered

3  Professional Reporter, the officer before whom the

4  foregoing proceedings were taken, do hereby certify

5  that the foregoing transcript is a true and correct

6  record of the proceedings; that said proceedings were

7  taken by me stenographically and thereafter reduced to

8  typewriting under my supervision; and that I am neither

9  counsel for, related to, nor employed by any of the

10  parties to this case and have no interest, financial or

11  otherwise, in its outcome.

12    IN WITNESS WHEREOF, I have hereunto set my

13  hand and affixed my notarial seal this 15th day of

14  February 2007.

15

16  My commission expires:

17  October 31, 2009

18

19

20  _____

21  NOTARY PUBLIC IN AND FOR THE

22  DISTRICT OF COLUMBIA

100

1         E R R A T A   S H E E T

2    IN RE:  Mansfield v. USA

3  RETURN BY: _____

4  PAGE  LINE  CORRECTION AND REASON

5  ____ ____ _____

6  ____ ____ _____

7  ____ ____ _____

8  ____ ____ _____

9  ____ ____ _____

10  ____ ____ _____

11  ____ ____ _____

12  ____ ____ _____

13  ____ ____ _____

14  ____ ____ _____

15  ____ ____ _____

16  ____ ____ _____

17  ____ ____ _____

18  ____ ____ _____

19  ____ ____ _____

20  ____ ____ _____

21  ____ ____ _____

22    (DATE)          (SIGNATURE)

101
1    E R R A T A   S H E E T   C O N T I N U E D

2        IN RE:  Mansfield v. USA

3    RETURN BY: _____

4    PAGE  LINE  CORRECTION AND REASON

5    ____  ____  _____

6    ____  ____  _____

7    ____  ____  _____

8    ____  ____  _____

9    ____  ____  _____

10   ____  ____  _____

11   ____  ____  _____

12   ____  ____  _____

13   ____  ____  _____

14   ____  ____  _____

15   ____  ____  _____

16   ____  ____  _____

17   ____  ____  _____

18   ____  ____  _____

19   ____  ____  _____

20   ____  ____  _____

21   _____  _____

22     (DATE)          (SIGNATURE)