# Exhibit 3

# Deposition of Steve Herman

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

**Page 1**

```
 1        UNITED STATES COURT OF FEDERAL CLAIMS
 2
 3
 4    -------------------------------X
 5    JUDITH A. MANSFIELD,        :
 6              Plaintiff :  Civil Action
 7         v.           :  No. 05-472C
 8    THE UNITED STATES OF AMERICA,  :  Judge Williams
 9              Defendant :
10    -------------------------------X
11
12
13         Deposition of STEVEN J. HERMAN
14              Washington, D.C.
15           Wednesday, January 31, 2007
16                9:40 a.m.
17
18
19
20    Job No.: 1-95857
21    Pages 1 - 81
22    Reported by: Nancy Bond Rowland
```

**Page 2**

```
 1         Deposition of STEVEN J. HERMAN, held at the
 2    offices of:
 3
 4         Webster, Fredrickson & Brackshaw
 5         1775 K Street, N.W.
 6         Suite 600
 7         Washington, D.C.
 8
 9         Pursuant to agreement, before Nancy Bond
10    Rowland, Registered Professional Reporter and Notary
11    Public in and for the District of Columbia.
12
13
14
15
16
17
18
19
20
21
22
```

**Page 3**

```
 1            A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFF:
 3        BRUCE A. FREDRICKSON, ESQUIRE
 4        WEBSTER, FREDRICKSON & BRACKSHAW
 5        1775 K Street, N.W., Suite 600
 6        Washington, D.C. 20006
 7        (202) 659-8510
 8
 9    ON BEHALF OF DEFENDANT:
10        DOUGLAS K. MICKLE, ESQUIRE
11        UNITED STATES DEPARTMENT OF JUSTICE
12        Commercial Litigation/National Courts
13        1100 L Street, N.W., Room 4062
14        Washington, D.C. 20005
15        (202) 307-0383
16
17        JESSIE JAMES, JR., ESQUIRE
18        JULIA DOUDS, ESQUIRE
19        LIBRARY OF CONGRESS
20        101 Independence Avenue, S.E.
21        Washington, D.C. 20540
22        (202) 707-7464
```

**Page 4**

```
 1            C O N T E N T S
 2    EXAMINATION OF STEVEN J. HERMAN          PAGE
 3        By Mr. Fredrickson              5
 4
 5
 6            E X H I B I T S
 7          (Retained by counsel)
 8    DEPOSITION EXHIBIT                PAGE
 9    10 - Personnel Action Recommendation.        33
10    11 - Notification of Personnel Action.       35
11        Bates no. 001081
12    12 - Position Description.          37
13        Bates no. 001592 - 001601
14    13 - E-mail dated 8/6/04.          46
15    14 - Notification of Personnel Action.       65
16    15 - 2004 Performance Appraisal.        67
17        Bates no. 001207 - 001208
18    16 - Memo dated 4/13/05.            74
19        Bates no. 121
20
21
22
```

5

1         P R O C E E D I N G S
2         STEVEN J. HERMAN
3     having been duly sworn, testified as follows:
4      EXAMINATION BY COUNSEL FOR PLAINTIFF
5 BY MR. FREDRICKSON:
6     Q   Could you state your name please?
7     A   Steven, S-t-e-v-e-n, middle initial J,
8 Herman, H-e-r-m-a-n.
9     Q   And where do you work?
10     A   Library of Congress.
11     Q   What's your position with the Library of
12 Congress?
13     A   Chief - Collections, Access, Loan, and
14 Management Division.
15     Q   When did you start working at the Library of
16 Congress?
17     A   December 24th, 1973. Christmas Eve 1973.
18     Q   You worked one day and you had a day off?
19     A   No. Actually I didn't work that day. It was
20 a Monday, and it was my reporting day, and it was the
21 time of the gas crisis and all the long lines, and so
22 they closed the government both the Monday before

6

1 Christmas and the Monday before New Year's because of
2 the gas crisis. So I actually started work on
3 Wednesday, but I got paid on Monday, but just had the
4 next Monday and Tuesday off for New Year's. But I
5 digress.
6     Q   What a great start.
7     A   Yes, it was actually.
8     Q   Good timing. Could you give me an overview
9 of your career at the Library of Congress in terms of
10 position and progression?
11     A   At the Library of Congress?
12     Q   Right.
13     A   Sure. I was hired as the assistant for
14 Network Support at what is now the National Library
15 Service for the Blind and Handicapped. I came to the
16 Library as a GS-13. That was the initial grade of the
17 position. And I was in that position until January
18 31st, 1977 when I came to -- There have been a number
19 of changes in the division, but it's basically the
20 same. It was called the Stack and Reader Division at
21 that time. It was a promotion to a GS-14.
22     Q   What was your position in Stack and Reader?

7

1     A   Chief. I was chief of the division.
2     Q   In the first job you held, the Network
3 Support, was that a chief position as well?
4     A   No. It was just called assistant for Network
5 Support. It was under the chief for Network
6 Development. It was kind of an assistant to him.
7     Q   All right. So you first became a division
8 chief in 1977?
9     A   In 1977, right. Then the division was
10 reorganized in 1978. There was a major Library
11 reorganization, and the division became the Collections
12 Management Division. And then about five years ago
13 there was another reorganization, and it became the
14 Collections, Access, Loan, and Management Division.
15      During that time the position was first
16 upgraded with some additional responsibilities to a
17 GS-15, and most recently about eight years ago in I
18 think March of '99 it was upgraded to senior level
19 which is the current grade of the position. So that's
20 close to eight years as a senior level position.
21     Q   You say that the reorganization occurred and
22 the division became the Collections, Access, Loan, and

8

1 Management Division about five years ago. Can you
2 pinpoint in time a little better when that might have
3 been?
4     A   I think it was January -- Well, I think it
5 was approved in January 2001. So five or six years
6 ago. I think it was 2001 was the initial approval from
7 the deputy librarian for the proposal. Actually we're
8 still in the process. It's a transition. It's a very
9 long transition, but it became the Collections, Access,
10 Loan, and Management Division rather than the
11 Collections Management Division in 2001. I'm pretty
12 sure that is what it was.
13     Q   Okay. Was there a substantive change in 2001
14 from the perspective of your job?
15     A   There was some restructuring, but I think the
16 major thing was that actually two divisions merged into
17 one, the Collections Management Division and there was
18 a separate Loan Division at that point. The chief of
19 the Loan Division was retiring, and there's always been
20 kind of a very close link of activities between the
21 Collections Management and the Loan functions, and so
22 the decision was made to merge the two into one

**9**

1   division.  So in addition to some restructuring of
2   units, the major difference was the merger of the two
3   divisions.
4       Q   Okay.  And when was it that you became an SL
5   level employee?
6       A   I believe it was March of '99.
7       Q   So the merger of the two divisions, the
8   Collections Management Division and the Loan Division,
9   occurred after --
10      A   Yes.
11      Q   -- you had already become an SL employee, --
12      A   A couple years after that.
13      Q   -- is that right?
14      A   Yes.
15      Q   Have you been deposed before?
16      A   No.
17      Q   It probably would be easier for everybody if
18  we're not talking at the same time.  So if you'd let me
19  complete my question and then answer it.  We're doing
20  fine, but I just want to give you a heads up on that.
21      A   Okay.
22      Q   And when did you become a GS-15?

**10**

1       A   I can't remember.  Sometime in the -- I can't
2   remember.  I can't remember.
3       Q   Approximately?
4       A   Sometime in the 1980s, but I'd have to go
5   back and look at my records.
6       Q   All right.  Just so I understand what you've
7   said, am I right in that the job you held as the
8   division chief for Collections Management was
9   essentially the same job that you held from 1978 until
10  approximately 2001 when the Loan Division merged with
11  the Collections Management Division, is that right?
12      A   Same position, yes.
13      Q   Okay.
14      A   Duties increased.  There have been changes in
15  library priorities.  So a lot of things, a lot of the
16  emphasis on the job changed.  But I mean the position
17  title, the position was the same.
18      Q   Okay.  Could you describe for me your job
19  duties when you first were the Collections Management
20  division chief?
21      A   Primarily we have in Collections Management
22  there were two very distinct parts.  I don't know how

**11**

1   much detail to go into to set the stage for this.
2       Q   Why don't you give me the big picture, and
3   then if I need more detail --
4       A   The Library has a concept of custodial
5   responsibility.  Different divisions are in charge of
6   different parts of the collection.  The largest really
7   general part of the collection is called the general
8   collections.  These are books, bound periodicals, about
9   12 million of these that constitute almost every
10  subject with a few exceptions, law and music.
11      The Collections Management Division has
12  primary responsibility for the custody and servicing of
13  those general collections, of those roughly 12 million
14  books and bound periodicals, and it divides into two
15  very broad areas:  Behind-the-scenes operations, and
16  behind the scenes are things like inventorying the
17  collection to make sure it's accessible, retrievable,
18  in order that the databases match what's on the books
19  so you can find it, shifting the collections to make
20  sure there's adequate space, different areas grow.  So
21  a lot of behind the scenes kind of problem resolution,
22  inventory, maintenance of the collection, shifting and

**12**

1   that type of thing.
2       The other broad aspect of the division is
3   public service, and the public service part is when
4   somebody wants an item, needs an item, getting the item
5   for them.  So that could be a reader in the reading
6   room.  It could be a staff member.  It could be another
7   library that wants it on an inter-library loan.  It
8   could be a congressional office.  But it's the public
9   service arm.
10      So it's both the behind the scenes making
11  sure the collections are maintained well and
12  retrievable, and it's public service, getting the
13  collection to the people when they need it.
14      Q   Okay.  And what was your job as the division
15  chief?
16      A   Managing a staff of it was probably at that
17  time the largest division in the Library, had about 220
18  staff members in support of this, and my job was
19  managing all aspects:  policy, program, direct line
20  supervision of seven people, and through them the whole
21  division.
22      Q   Okay.  And what was the staff composed of and

13

1    I mean by way of types of employees?
2        A  What do you mean by types of employees?
3    Grade levels?
4        Q  Well, grade levels.
5        A  Grade levels, primarily library technicians.
6    Grade levels anywhere from a GS-3 to a GS-11. We had a
7    large, large staff of deck attendants. These are
8    people that actually retrieve items, shelve them and
9    that kind of thing, and they were primarily GS-3, 4, 5.
10   So a fairly lower-graded position. And that was the
11   largest portion of the staff. We're open six days a
12   week. We're open nights. So we have shifts and that
13   type of thing as well.
14       Q  What other types of employees did you have
15   other than technicians?
16       A  Supervisors and managers. Mostly
17   technicians, the 1411 series which is the library
18   series for technicians. Professionals are 1410s. We
19   had many 1410 professional librarians.
20       Q  Could you give me an approximate number of
21   the supervisors?
22       A  At that time I would guess about 25

14

1    supervisors for the 200 something employees.
2        Q  And the 25 supervisors would be people that
3    were at the GS-11 to 14 grades?
4        A  8, 9, some 11s and 12s. Some of the section
5    heads were higher graded. A lot of the supervisors
6    were GS-8s and GS-9s over the GS-3, 4, 5 or GS-7
7    technicians.
8        Q  Okay. How many GS-14s did you have in the
9    division when you started out?
10       A  When I was a 15 we had I believe one 14 at
11   the time which was the assistant chief.
12       Q  How many GS-13s did you have?
13       A  Probably one or two.
14       Q  How many GS-12s did you have when you started
15   out?
16       A  I'd say four or five. I mean, I don't have
17   this in front of me. I'm giving you estimates.
18       Q  That's what I'm looking for.
19       A  I could be off one or two, but something like
20   four or five.
21       Q  And how many GS-11s would you estimate?
22       A  Probably none. I can't think of any.

15

1        Q  Most of the supervisory staff within the
2    division was at the GS-8 or 9 level?
3        A  Most of the supervisors were team leaders,
4    GS-1411-8s or 9s. There was an upgrading of that job
5    at some point from an 8 to a 9 for the team leaders,
6    but we had about 14 team leaders.
7        Q  I'm not quite catching what you're saying
8    when you said there are 1410s or 1411s. What did you
9    mean by that?
10       A  These are series in the government, and in
11   the Library series there are two very large series.
12   One is nonprofessional technician, a library technician
13   series, and that's 1411. 1411 is the series.
14       Q  Nonprofessional?
15       A  Nonprofessional library technician is the
16   series. So you could either be a worker or a
17   supervisor in that 1411 series. The library
18   professional series is 1410. We have mostly 1411s,
19   almost exclusively 1411 library technicians,
20   nonprofessional staff in the division.
21       Q  Okay. So that's the occupational series?
22       A  It's the occupational series, exactly.

16

1        Q  Okay. How did your job change over time as
2    division chief?
3        A  A lot of my key responsibilities began to
4    increase because there were a number of programs that I
5    was involved with that became much much more high
6    priority, much much more visible, much more of a
7    Library priority, and those were things like inventory
8    management. This is the managing of the collection,
9    making sure it's retrievable and all of that. That was
10   a major, major change. A lot of that came about
11   because of automation and acquiring new library systems
12   and that type of thing. So we were able to do a lot
13   more in the way of database management and inputting
14   information.
15       Another very, very major part of my job was
16   collection security, and collection security in the
17   early '90s there were a number of instances of theft,
18   mutilation of the collection, a lot of stuff that was
19   very high visibility that hit the press, that hit the
20   news media. And so collection security became an
21   incredibly high visibility and big portion, and I was a
22   key player the collection security. As a matter of

17

1  fact, I was one of the Library's major managers in
2  developing and implementing a collection security
3  program which I continue to do now.
4      In addition to that, part of my job is space
5  management, collection space management, allocating
6  space, planning for storage of collections. We began
7  to run out of space on Capitol Hill, and we are in the
8  process of a major construction project for off-site
9  storage facilities for collections at Fort Meade,
10 Maryland. And I've been a key player and, as a matter
11 of fact, for two of the modules was the project manager
12 for the entire Library, kind of the liaison with the
13 construction people and everything else.
14     So those were probably three very, very major
15 areas that were always part of my job but certainly
16 became much more critical over the years.
17     Q  The three that I've sort of jotted down here,
18 I've got inventory management, collections security,
19 and space management?
20     A  Right.
21     Q  I'm not sure I heard how the inventory
22 management changed over time.

18

1      A  Inventory management, going back -- I don't
2  want to give a library science course, I don't want to
3  bury you, but it's critical for this kind of thing.
4  For years and years and years the Library of Congress
5  was very, very good at cataloging material. And by
6  cataloging, assigning author, title, subject, what they
7  called bibliographic information to an item. This is
8  what if you are in a traditional library years ago with
9  the card catalog you look something up by author,
10 title, subject. Now it was online.
11     However, there's another component in
12 addition to just bibliographic, this author, title,
13 subject. One of the reasons we really did very well at
14 this because we were the National Library, and as a
15 National Library for the United States we catalogued
16 for libraries all over the country and all over the
17 world. This was a major function of the National
18 Library, and if you look in most books you'll see on
19 the back of the title page actually cataloging data
20 that was done by us, and this saves libraries millions.
21     So we were always a leader in this field.
22 However, there's another component to this which is

19

1  inventory management. So the part that the library did
2  very well over the years was this bibliographic
3  control. It was cataloging. That basically tells you
4  what you have. Do you have Gone With The Wind, do you
5  have Sports Illustrated, you know, that type of thing.
6      There's a total other component of this
7  called inventory management, and that's kind of the
8  area of how many do you have. You know, I know I've
9  got Gone With The Wind, how many copies do I have,
10 where are those copies assigned, are they in
11 circulation, does somebody have them out on loan, are
12 they on the shelf where they're supposed to be.
13     The Library did not spend a whole lot of time
14 or attention on inventory management. We didn't have a
15 database that supported it. We had very good databases
16 where you could look up an author, title or subject,
17 but it wouldn't tell you we have two copies, one copy
18 is charged out, one copy is here, one copy is there.
19     When we got a new database, it actually gave
20 us the capability for the first time online called an
21 integrated library system to be able to concentrate on
22 getting the item information, the piece level

20

1  information attached to these bibliographic records.
2  So somebody looking online now for the first time not
3  only knows we have Gone With The Wind, they say there
4  are three copies. One of them is assigned to rare book
5  because it has the signature, one of them is out on
6  loan, and one of them should be on the shelf.
7      So it's this whole area of inventory
8  management, and that has really evolved. And as a
9  matter of fact, we have a special project, money from
10 Congress for an eight-year project to try to look at 17
11 million items and create these baseline inventory
12 records that we never were able to do before and never
13 did before.
14     So that's all under my purview, under my
15 division. So that's why I said database management and
16 the technology has allowed us to do things we didn't do
17 before, and I'm kind of one of the critical people in
18 that whole area of inventory management.
19     Q  I see.
20     A  I chair a committee on it. I actually
21 developed a proposal that was approved by Congress for
22 this eight-year project. That type of thing.

**21**

1    Q   Okay.  So the inventory management function,
2  you're talking about management of the Library of
3  Congress' inventory?
4    A   Yes, but primarily the books and bound
5  periodicals.  Not maps.  Not globes.  I mean, there are
6  other divisions that do management of certain
7  collections.  I have an overall responsibility, but
8  most of what I've been talking about deals with the
9  books and bound periodical collection, not what we
10  called special format collections which are things like
11  maps, photographs, prints, recorded sound, moving
12  image.
13        MR. FREDRICKSON:  If you'll bear with me a
14  minute.  Sorry for the interruption.
15        (Recess)
16  BY MR. FREDRICKSON:
17    Q   You said at some point you became an SL level
18  employee, right?
19    A   Yes.
20    Q   And I think we've pinpointed that to be March
21  of 1999, is that right?
22    A   Yes.

**22**

1    Q   How did it come about that you became an SL
2  employee?
3    A   My job kept increasing, as I said, with these
4  high priority things that were happening, and my
5  supervisor at the time wanted to update the PD and
6  thought that it might support a senior level.
7    Q   PD, you mean position description?
8    A   I'm sorry.  Position description to
9  accurately reflect the augmentation of responsibilities
10  with security and some of these other areas.  The
11  position was redone, and there was a classifier who
12  came in I think from OPM.  It was not a library
13  classifier and wasn't someone from our HR.  And talked
14  to me about what I do and all the details and looked at
15  examples of documents I had written and proposals and
16  other things, and it came back as an SL position.
17    Q   So basically a classification review?
18    A   Yes.  It was an updated PD.  And then they
19  also came to do a desk audit, whatever you formally
20  call it, but they actually talked to me and wanted
21  examples of things I had done and documents I had
22  written and that type of thing.

**23**

1    Q   Okay.  And this was a process that was
2  started by your supervisor, is that right?
3    A   Yes.
4    Q   And who was your supervisor at the time?
5    A   Diane Kresh, K-r-e-s-h.  Diane, D-i-a-n-e.
6    Q   So it wasn't a competitive promotion or
7  anything like that?
8    A   No.  My position description was updated.
9    Q   So basically what happened was the Library
10  reviewed your position and the duties that you were
11  handling?
12    A   Right, exactly.
13    Q   And upgraded your position to a senior level
14  position?
15    A   Exactly.  Yes.
16    Q   Okay.  And were you given a particular level
17  when you became an SL level employee?  In other words,
18  they have four rankings, don't they?
19    A   I believe it was the highest because I was a
20  GS-15 step 10, and I think -- Once again, I don't
21  remember all the details, but they obviously didn't
22  want to give me less money than I was making as a 15

**24**

1  step 10, and I think I wound up at a level 4 or
2  something which was the level above which I wouldn't
3  have a loss of pay when I transferred from a 15 step 10
4  to a senior level.
5        It wasn't a whole lot of money I can tell
6  you, the difference between a 15 step 10 and whatever
7  this was.  It wasn't something major.  It was less than
8  $10,000, $8,000.  I don't know.  It wasn't a whole lot
9  of money.
10    Q   All right.  Did your job duties change at the
11  point in time when you became an SL employee?
12    A   No.  I mean, it was a more accurate
13  reflection of what I had been doing, once again, with
14  the augmentation of the increase of things like
15  security and collections management, inventory, that
16  type of thing.  So I mean it was just an updated PD
17  that had the same duties but just more details because
18  I was the Library's representative on certain things
19  and that type of thing.
20    Q   In your job as division chief, do you have
21  any employees beneath you that are SL level employees?
22    A   No.

25

1   Q   They're all GS?
2   A   Yes.
3   Q   And has that been true since you've become an
4   SL?
5   A   Yes.
6   Q   Have you ever managed an SL level employee in
7   the capacity as division chief?
8   A   No.
9   Q   Did your job duties change at any point in
10  time from the time you became an SL level employee
11  until the reorganization that occurred in around 2001?
12  A   No.
13  Q   How did your job change, if at all, in 2001
14  when the reorganization occurred?
15  A   I acquired the activities of another
16  division, the Loan Division, when we had the merger of
17  the two divisions.
18  Q   Okay.  And how did that affect you?
19  A   I took on new responsibilities for what was
20  done by the Loan Division which are things like
21  inter-library loan, congressional loan, circulation
22  where books are charged and discharged and circulated

26

1   to people.  Those were the primary functions of the
2   Loan Division that then became part of the new
3   Collections, Access, Loan, and Management.
4   Q   Okay.  Could you give me an idea of the
5   number of staff that you supervised when the
6   reorganization occurred and you acquired the Loan
7   Division?
8   A   I think -- I'm not sure of the exact numbers.
9   I think Loan probably had 35 or 40 people.  It was not
10  a large division because Collections Management had
11  about 200 plus.  So we probably added about 40 people,
12  give or take, from the Loan Division.
13  Q   Okay.  At a point in time that the
14  reorganization occurred, could you tell me how many
15  employees did you supervise as the chief of that new
16  division then?
17  A   I'd guess 240.  I mean not directly, you
18  know, through subordinate supervisors, but the division
19  had about 240.
20  Q   You were the division chief?
21  A   Yes.
22  Q   So everybody within the division would have

27

1   been at least nominally under your supervision I
2   gather?
3   A   Yes.
4   Q   So there were about 240 employees?
5   A   Yes.
6   Q   At this point about 2001 when this
7   reorganization occurred, could you give me a breakdown
8   of the grade levels of the employees that you had by
9   number?
10  A   The assistant chief was a 15.  We had a
11  couple of GS-14s.  The Loan Division had reference
12  librarians, so they were professional level GS-12s.  I
13  would say there were probably eight of them.  And the
14  rest of the staff would still be library technicians in
15  the GS-3 through primarily 9 levels.
16      There's one other area of the division, and
17  that is Collections Maintenance.  These are people who
18  actually shift and move collections, install shelving,
19  and they're in a different series.  They're wage grade.
20  There's a different wage grade series, a laborer
21  series.  There were probably 25 of them, 25 people in
22  the WG, in the wage grade series.

28

1   Q   The folks that are in the Collections
2   Maintenance, that's moving books around, that type of
3   thing?
4   A   Moving books, erecting shelving, cleaning
5   books, wage grade type activities.
6   Q   In 2001 what was your approximate budget?
7   A   I couldn't tell you.  I mean, it's 99
8   percent -- It's almost all staff.  There's 200 staff.
9   I'd have to go by grade and try to figure with
10  benefits.  I don't know the answer to that.
11  Q   Could you give me a ballpark?  Are you
12  talking like $30 million, talking about $100 million,
13  $4 million?  Can you give me any kind of estimate?
14  A   200 something people, an average salary of
15  what for a technician, $40,000.  200 times $40,000.  I
16  don't know.  I mean, my guess is the average salary of
17  someone with 24 percent benefits or whatever would be
18  $30,000 because a lot of them were lower level, so
19  $30,000 times 200 something employees.  That's
20  $6 million.  I don't have a calculator in front of me,
21  but our budget was primarily staff.  I mean, we do very
22  little with equipment or anything.  So it primarily

29

1  would be the 200 staff members.
2     Q   Okay.  I gather since most of your budget
3  goes to salary that budget isn't a big part of your
4  job.  Is that true?
5     A   I'm not sure what you mean by that.
6     Q   Well, I'm trying to get a sense of what kind
7  of budgetary responsibilities.  Let me ask the question
8  that way.  What was your responsibility in the budget
9  area as division chief?
10    A   Putting together -- In 2001?
11    Q   Yes.
12    A   Putting together budget requests for staff,
13  equipment we need, and there is some equipment that we
14  use in the division, everything from an over-the-road
15  truck for our off-site facilities, forklifts,
16  telecommunications needs.  So a lot of that.  Putting
17  together programmatic requests.  At the time, for
18  example, this baseline inventory I talked about, this
19  eight-year project we got from Congress, I wrote up all
20  the justifications, the program plan, the end result,
21  developed the staffing needs for that, the support
22  needs within the Library.

30

1        Any new positions, you know, justification
2  for new positions that we have.  Supplies that we would
3  need to keep going that are requested.  I'm coordinator
4  of off-site storage.  We have a number of off-site
5  including rental facilities, so how many cubic feet we
6  anticipate putting in there and the budget for that.
7  So even though a lot of it is staff, we did have
8  programmatic budgets as well.
9     Q   Okay.  Let me take you back to 1999.  Can you
10  give me an approximate estimate of the number of staff
11  you had as division chief in 1999?
12    A   I'd say 220.  I also want to supplement this,
13  to clarify it at least, that we need to talk about the
14  difference between bodies and full-time equivalents
15  because for deck attendants which are the people that
16  retrieve and get material, a large number of them are
17  part-time.  They were students.  So if you talk about
18  full-time equivalents, it's different than if you talk
19  about the number of people that we had to rate and hire
20  and do all that because a lot of them were half-time or
21  part-time.
22    Q   Okay.  So when you gave me the number that

31

1  your approximate staff level would have been 220, those
2  are full-time employees?
3     A   Full-time equivalents.
4     Q   And then you had other employees as well that
5  were part-time in addition to the 220?
6     A   That's included in the 220, but for say 90 of
7  those full-time equivalents, there might be 160 bodies,
8  160 people part-time.
9     Q   I see.  Okay.  And for the people that were
10  part-time, did you have to do the same type of
11  personnel work in terms of performance evaluations and
12  reviewing performance evaluations and that type of
13  thing --
14    A   Yes.
15    Q   -- or was that different?
16    A   It's the same.  You hire.  You fire.  You
17  discipline.  You reward.  You rate.  You do everything
18  else.  They're an employee whether they're 20 hours or
19  40 hours a week.
20    Q   Could you give me an approximate budget that
21  would have been your division's budget in 1999?
22    A   220 people times an average salary, I don't

32

1  know what it was, $25,000 or $30,000 a year.
2     Q   Okay.
3     A   There was also a budget for supplies, and
4  some of it was centrally done through the service unit
5  and some of it was specifically ours, but the vast
6  majority would have been staff.
7     Q   When you became an SL employee, how long did
8  it take from start to finish from the point in time
9  when the classification review began until you became
10  an SL employee?
11    A   I don't remember specifically.  I would guess
12  probably three months.  I don't remember specifically.
13  I'm pretty sure it was March that I was told that it
14  had been approved, but it was several months before
15  that I think I went with somebody from OPM who once
16  again came in and did a desk audit.  I had to give him
17  a whole bunch of reports and things that I had done.  I
18  don't remember specifically when that was.
19    Q   But your best estimate would be several
20  months?
21    A   I would say several months from the time this
22  all started to the time I actually heard that the job

33

1    was being classified.
2        MR. FREDRICKSON:  May I have this marked as
3    Plaintiff's Exhibit Number 10 please.
4        (Deposition Exhibit 10 was marked for
5    identification and was retained by counsel.)
6    BY MR. FREDRICKSON:
7        Q   I'm going to have handed to you Plaintiff's
8    Exhibit Number 10.  I'm going to ask you to examine it
9    if you would.  Have you had a chance to look at
10   Plaintiff's Exhibit Number 10?
11       A   Yes.
12       Q   Have you seen that before, that document?
13       A   I don't remember.  I don't remember.
14       Q   If I could direct your attention to box
15   number 4 there.  Do you see where it refers to
16   Promotion - Reclass?
17       A   Yes.
18       Q   That refers to promotion reclassification?
19       A   Right.
20       Q   That's the manner in which you were promoted
21   I guess, the reclassification, is that right?
22       A   Yes.

34

1        Q   And it's got down here effective date
2    3/14/99.  That's March 14th, 1999?
3        A   Yes.
4        Q   So that's when you were promoted to SL, is
5    that right?
6        A   Yes.
7        Q   And down there in the box number 8 it says
8    LCR 2016-1.  Do you see that?  It's in the upper
9    left-hand corner, box number 8, says vacancy
10   announcement number?
11       A   Yes.
12       Q   Do you understand what LCR 2016-1 refers to?
13       A   No.
14       Q   You don't know what that means?
15       A   No.
16       Q   Library of Congress rule perhaps?  Are you
17   familiar with the Library of Congress rules or
18   regulations?
19       MR. JAMES:  Regulations.
20       MR. FREDRICKSON:  Regulations.
21       A   I'm familiar with some of them.  I mean, some
22   I've referred to online or looked at.  I didn't

35

1    memorize them.
2        Q   When your position was reclassified at the SL
3    level, there wasn't a vacancy announcement posted or
4    anything like that?
5        A   No.
6        Q   It was just an examination of the job that
7    you were doing, and you didn't have to compete to get
8    the SL?
9        A   Yes, that's accurate.  I did not have to
10   compete to get the SL.  It was a reclassification of my
11   existing PD, position description.
12       MR. FREDRICKSON:  May I have this marked as
13   Plaintiff's Exhibit Number 11 please.
14       (Deposition Exhibit 11 was marked for
15   identification and was retained by counsel.)
16   BY MR. FREDRICKSON:
17       Q   I'm going to have handed to you Plaintiff's
18   Exhibit Number 11, and ask you to examine that document
19   if you would.  Have you had a chance to review
20   Plaintiff's Exhibit Number 11?
21       A   Yes.
22       Q   Could you tell me what Plaintiff's Exhibit

36

1    Number 11 is?
2        A   Notification of Personnel Action.
3        Q   Okay.  That's I guess an SF-50 they call it?
4    Up in the upper left-hand corner, standard form 50?
5        A   Yes.
6        Q   And this is a Notification of Personnel
7    Action concerning your promotion to the SL, is that
8    right?
9        A   Yes.
10       Q   And it shows in the upper right-hand corner
11   in box 4 the effective date was March 14, 1999, is that
12   right?
13       A   Yes.
14       Q   And if you go down to -- the print's kind of
15   small but looks like box 8 and 10.  You were a GS-15
16   step 10 at the time, and it's got your salary at the
17   time $104,851, is that right?
18       A   Yes.
19       Q   Is that what you were earning then?
20       A   I believe so.
21       Q   And then you were promoted to the SL level.
22   It doesn't give a level, but you were promoted and paid

37

1  $112,526. Is that the way you understand that?
2    A  Yes.
3    Q  Okay. Am I right that at this point in time
4  when you went from a GS-15 to an SL level employee, at
5  that point in time as a result of the promotion, you
6  didn't get any increased duties or anything like that,
7  is that right?
8    A  No. That's right. Yes. This was my job as
9  I was doing it. There was nothing added to it.
10    Q  Okay. Thank you.
11    MR. FREDRICKSON: May I have this marked as
12  Plaintiff's Exhibit Number 12.
13    (Deposition Exhibit 12 was marked for
14  identification and was retained by counsel.)
15  BY MR. FREDRICKSON:
16    Q  I'm going to have handed to you Plaintiff's
17  Exhibit Number 12, and I'm going to ask you to review
18  that document for the purpose of determining if you can
19  identify it. Have you had a chance to review
20  Plaintiff's Exhibit Number 12?
21    A  Yes.
22    Q  Could you tell me what Plaintiff's Exhibit

38

1  Number 12 is?
2    A  It's a position description for the chief -
3  Collections Management Division.
4    Q  And is this the position description you
5  described as having been prepared in connection with
6  your reclassification that occurred in 1999?
7    A  I don't know. I mean, I have nothing to
8  compare it to, the one I have in my files. So I mean,
9  I don't know how to answer definitively that this is
10  it. I mean, it looks like my position description, but
11  I'm certainly not comparing this against anything else
12  to make sure this is the latest or is accurate, that
13  type of thing.
14    Q  Do you see down in box number 15, that whole
15  section that spans the width of the document on page 1
16  there, it says administrative librarian SL 1410. Do
17  you see where I'm referring to?
18    A  15?
19    Q  Yes. It's box 15. Got to go up a little bit
20  from where you're pointing.
21    A  Oh, I'm sorry. Okay. Yes.
22    Q  Seems to indicate in the date column 3/5/99.

39

1  I know it's a faint copy. Do you see that?
2    A  Yes.
3    Q  And then if you go down to you see where your
4  supervisor's name is listed, Diane Kresh, director for
5  Public Service Colls., I guess Collections?
6    A  Public Service Collections.
7    Q  Okay. And then there's a date down there
8  below that looks like 3/5/1999?
9    A  Yes.
10    Q  Does it help you pinpoint whether or not this
11  was the job description that was used when your
12  position was reclassified in 1999?
13    A  I'm not sure. If you're asking me does this
14  look like what I'm doing and my position description,
15  yes. Could I attest to the fact that this is exactly
16  the copy that I've got in my file, you know, I'd have
17  to go through paragraph by paragraph. It looks like
18  the critical duties and like it would be my PD. But
19  beyond that, I can't attest that it is, that every word
20  is authoritative. I don't know where it came from.
21    Q  Well, it came from the Library of Congress.
22    A  Okay.

40

1    Q  You wouldn't have any reason to know that,
2  but that's fine.
3    MR. FREDRICKSON: We don't really need to
4  beat this to death. If you would like to stipulate
5  that that's the position description.
6    MR. JAMES: We'll stipulate that that appears
7  to be his position description as of March 5th, 1999.
8    MR. FREDRICKSON: By the way, it seemed to
9  indicate at the top replaced and has got a number, and
10  I can't make out the first digit but looks like 2002.
11  I don't believe I have that document.
12    MR. JAMES: We may not have it. We can check
13  to see if we have it because what happens is there was
14  a period of time when they kept all of them, and then
15  we found out it was causing confusion, exactly the
16  confusion that he's having right now. So they may not
17  have the other one.
18    MR. FREDRICKSON: Sounds like you need
19  somebody with inventory management skills to oversee
20  that.
21    MR. JAMES: We probably do.
22    THE WITNESS: Here I am. But I deal with

**41**

1   books, not with documents.
2      MR. FREDRICKSON: You have a volunteer for
3   the job.
4      MR. JAMES: I mean, we'll check, but it may
5   not be there.
6      MR. FREDRICKSON: Okay. Thank you.
7      MR. JAMES: As a matter of fact, you have the
8   management document person for that this afternoon.
9      MR. FREDRICKSON: All right.
10     MR. JAMES: You can ask him.
11   BY MR. FREDRICKSON:
12     Q  Let me ask you this, shifting gears a little
13   bit. Did there come a point in time when you became an
14   assistant director in another reorganization that
15   occurred in around 2004?
16     A  Yes.
17     Q  How did that come about?
18     A  How did it come about? There was an
19   organization chart that was put out by Library
20   Services. There was a reorg. or realignment of Library
21   Services, and in there there were a number of
22   directors, and under a number of those directors there

**42**

1   were assistant directors in some of the largest
2   directorates.
3      And so I was called in by Deanna Marcum, and
4   she asked me if I'd be interested in assuming the
5   assistant director position for -- I don't have the
6   chart. I think it was assistant director for
7   Collections Management is what the formal title was.
8   It showed that there would be I think three or four
9   programs under Collections Management including the
10   Baseline Inventory Program, Photoduplication Service,
11   Digital Reference Team, and Collections, Access, Loan,
12   and Management Division, CALM.
13      I don't remember the whole discussion, but it
14   was a collateral duty. It was not a separate job.
15   There was never any discussion of moving out of CALM,
16   chief of CALM, and doing something. These were kind of
17   in addition to the regular position that I was in.
18      I was thrilled to do this because I really
19   enjoy planning, managing. I've been in this job for 30
20   years, and I really love being able to be part of
21   planning, brainstorming. And one of the perks of being
22   an assistant director was being part of what they

**43**

1   called the directors group where they meet every week,
2   and that was supposedly the group that Deanna chaired
3   that really would be able to brainstorm and talk
4   through things and come up with plans for the future
5   and all that. So probably the greatest incentive for
6   me was being able to be part of this planning group and
7   this program group.
8      So I said Great. This sounds fantastic. I
9   was thrilled. You know, yes. So that was the way it
10   came about. I think that was also the meeting I
11   actually found out who the director would be, my boss
12   would be at that point, Carolyn Brown.
13      So that was how it came about, but it was
14   clear that these were not standalone jobs, that these
15   were collateral duties, because I asked that because I
16   really loved what I was doing and didn't want to move
17   out of my division either, out of CALM, because I was
18   involved in so much. So this was not an either/or.
19   This was kind of an additional part of this.
20     Q  And it was Miss Marcum that asked you to be
21   the assistant director?
22     A  Yes.

**44**

1     Q  Did you immediately accept?
2     A  Oh, yeah. Yes.
3     Q  And why do you say that "Oh, yeah"?
4     A  Because I really wanted it, because I really
5   was thrilled to be offered it, because I thought it
6   would be great to do.
7     Q  Because you'd be part of the upper echelon of
8   the Library's management?
9     A  Yes. I had been kind of with the two
10   directors before Carolyn, one of the senior chiefs, so
11   I had been involved in a lot. And once again, just the
12   nature of my position in the largest division and was
13   involved with very high visibility things like security
14   and inventory management and space, kind of pretty much
15   had an unofficial role kind of helping out, kind of
16   substituting, going to meetings with my boss to do
17   presentations. I did a lot of the budget development
18   and presentations for some of the programmatic things.
19      And so I was kind of hoping that when the new
20   administration came in which was Deanna and Bob when
21   there was a change, that there would be a seat for me
22   somewhere in this to continue to do some of the

45

1  planning and programmatic things that I really love
2  doing and have been doing for close to 30 years.
3       So when she offered me this and said that
4  this would involve coming to directors meetings and all
5  that which I thought was kind of the place where all
6  the action took place, the real programmatic and
7  discussion and planning, I was thrilled.
8       Q  And when you say Deanna and Bob, who are you
9  referring to?
10      A  I'm sorry.  Deanna Marcum who was the
11  associate librarian for Library Services.  Actually I
12  don't think Bob was there yet, Bob Dizard, D-i-z-a-r-d,
13  who's the deputy associate librarian.  This meeting was
14  only with Deanna.  It was not with Bob.
15      Q  All right.  And I think you said it would be
16  when you became the assistant director, you thought
17  you'd be involved in the directors meetings, is that
18  right?
19      A  Yes.
20      Q  And I think the phrase you used was that was
21  where you thought all the action took place?
22      A  Well, yes.  I mean, a lot of the program

46

1  planning, the brainstorming, the presentations of
2  different things, things I really wanted to be involved
3  with, cutting edge, you know, that type of thing, and
4  be a part of that.
5       MR. FREDRICKSON:  May I have this marked as
6  Plaintiff's Exhibit Number 13 please.
7       (Deposition Exhibit 13 was marked for
8  identification and was retained by counsel.)
9  BY MR. FREDRICKSON:
10      Q  Have you had a chance to look at Plaintiff's
11  Exhibit Number 13?
12      A  Yes.
13      Q  Plaintiff's Exhibit Number 13 is an e-mail
14  that is titled Weekly News, is that right?
15      A  Yes.
16      Q  And does this document announce your becoming
17  assistant director for Collections Management?
18      A  Yes.
19      Q  Does that help pinpoint the time frame of
20  when you became the assistant director?
21      A  Yes.
22      Q  When was that?

47

1       A  August 6th, 2004.
2       Q  And page 2 of Plaintiff's Exhibit 13 has an
3  organizational chart.  Is that the organizational chart
4  you referred to before?
5       A  Yes.
6       Q  It says in the lower right-hand corner there
7  on page 2 of Plaintiff's Exhibit Number 13, it says
8  July 2004.  Do you see that?
9       A  Yes.
10      Q  Now, this has got the layout of the new
11  organization for Library Services, is that right?
12      A  Yes.
13      Q  Is that what came to be, was this the new
14  organization for Library Services in the summer of 2004
15  then?
16      A  Yes.
17      Q  Am I right there, I'm looking at the second
18  column from the left there, you fell in the Collections
19  and Services column, is that right?
20      A  Yes.
21      Q  What is that unit called, Collections and
22  Services, was it a directorate?

48

1       A  Directorate.
2       Q  Directorate.  Okay.  So you were the
3  assistant director for Collections Management within
4  the Collections and Services Directorate, is that
5  right?
6       A  Yes.
7       Q  Okay.  Now, underneath your title which says
8  Collections Management, Steve Herman, assistant
9  director, it's got four items, right?
10      A  Yes.
11      Q  Okay.  Baseline Inventory Program was one.
12  Do you see that?
13      A  Yes.
14      Q  What was that?
15      A  That's the eight-year inventory effort that
16  was being coordinated that I had written the proposal
17  for that we got the eight-year funding from Congress to
18  do the inventory of the 17 million items in the general
19  collections law library and area studies collections.
20      Q  When you became assistant director, how many
21  staff members worked within your unit in Collections
22  Management?

49

1    A   I would say 260 to 280.  However, I want to
2    also clarify that the Baseline Inventory Program was
3    mostly contracted, it was an outsource program
4    primarily.
5    Q   What was the Collections Management unit
6    called?  The bigger unit Collections and Services was
7    called a directorate, right?
8    A   Yes.
9    Q   And so what was the Collections Management
10   portion of that called?
11   A   We never had a title.  We used to call them
12   subdirectorates.  We used to go back and forth.  I
13   never remember a formal what this was.  So we used to
14   call them subdirectorates.
15   Q   Okay.  When you became the assistant director
16   for Collections Management, do you know what the
17   overall budget was of Collections Management?
18   A   No, not offhand.
19   Q   Can you give me an approximate number?
20   A   No.  I mean, I'd have to go back.  Photodup.
21   is a cost recovery program, and I don't have it in
22   front of me.  I may have tables in my office, but I

50

1    can't remember what their budget was since they have a
2    revolving fund and all of that.
3        Baseline Inventory was an outsource program
4    with an annual budget of $1.1 million for contract
5    staff.  CALM, Collections, Access, Loan, and Management
6    still had about 220 employees.  Digital Reference Team
7    had about 15 employees, mostly GS-12s and 13s with a
8    GS-14 team leader.
9    Q   GS-12s and --
10   A   Primarily GS-12s and 13s.  Some 11s, 12s, and
11   13s, and a GS-14 team leader in charge of the Digital
12   Reference Team.
13   Q   Okay.  And what about Photoduplication
14   Service?
15   A   That's the one that's a revolving fund, and I
16   don't know how much.  I don't know how much their
17   revenue was and how much they were spending because
18   it's a cost recovery program.  The rest of this is
19   budgeted funds.  Photodup., they have fund retentions.
20   They're supposed to be self-sufficient.  They bring in
21   money.  They actually charge, and that pays for staff
22   and that kind of thing, and I don't know off the top of

51

1    my head what their revenue and revolving fund was for
2    that year for that time.
3    Q   How many employees within the
4    Photoduplication Service?
5    A   I don't remember at this point.  I wouldn't
6    even venture a guess.  I'd have to go back.  I don't
7    know.
8    Q   Are you talking about is it closer to the
9    Digital Reference Team?
10   A   I would say it was 20 something employees,
11   but it could be 30.  It wasn't hundreds.  I mean, it
12   was in the 20 to 35 range.
13   Q   I gather that the vast bulk of the employees
14   under your supervision in Collections Management were
15   in the Collections, Access, Loan, and Management
16   Division anyway?
17   A   Yes.
18   Q   Which you were the division chief for?
19   A   Right.  220, probably less than 300 total.
20   Q   Okay.  So did you get some help as the
21   division chief when you became the assistant director?
22   A   No.

52

1    Q   You did both jobs?
2    A   Yes.
3    Q   Okay.  So how did you manage doing that?
4    A   I worked hard.  I worked Saturdays.  I worked
5    Sundays.  I worked long hours.  I took work home.  And
6    I loved doing it.  But I mean, I worked hard.
7    Q   Okay.  Before you became the assistant
8    director, what kind of hours were you keeping?
9    A   Probably long hours, but not as long as I was
10   doing when I had this job.  There were also some other
11   meetings we went to in the evenings when I was
12   assistant director that I didn't do, but it was a
13   collateral duty, and I enjoyed doing it.  I made time
14   to do it.
15   Q   Okay.  How did it go?  How did the
16   reorganization go from your perspective?
17   A   I loved it.  I enjoyed doing it.  I was going
18   to directors meetings.  As I said, there was no
19   difference in pay.  There was more work.  But it was
20   really intellectually stimulating.  I mean, my job is
21   intellectually stimulating, but this was an added bonus
22   being part of this kind of council.  We talked a lot

53

1  about strategic planning and other things that I really
2  enjoy, and I thought it was going well.
3      I need to mention and just in the interest of
4  making sure that my part of this was probably a little
5  less dramatic than the other two assistant directors
6  who had larger and more finite divisions under them. I
7  was involved with Baseline Inventory anyway because it
8  was kind of my program. Digital Reference is 12 or 14
9  people. And Photodup. actually at that time,
10 Photoduplication Service had become part of a broader
11 program that was being looked at by Library Services,
12 the whole business enterprises which dealt with these
13 cost recovery programs. So a lot of that I was
14 somewhat involved, but it was more heavily involved
15 with the business enterprises initiative that Library
16 Services had.
17     So unlike Mark or Judy who had seven, eight
18 large divisions, mine was a little less dramatic, and
19 so a lot of my interests and a lot of my incentive was
20 really being part of this planning and directors
21 council and all that rather than having a lot of very
22 finite divisions under me that I didn't have before.

54

1      Q  When you say Mark, you're referring to --
2      A  Mark Dimunation.
3      Q  -- Mark Dimunation who became the assistant
4  director for Special Collections and Services?
5      A  Yes, and has a large number or divisions.
6      Q  And when you say Judy, you're referring to
7  Judy Mansfield who became the assistant director for
8  Bibliographic Access?
9      A  Yes.
10     Q  Okay. And so did you go to the directors
11 meetings?
12     A  Yes.
13     Q  Were they regularly held?
14     A  Every Tuesday.
15     Q  What kind of things did you discuss at the
16 directors meetings?
17     A  A lot of it was program planning, strategic
18 planning, digital, impact of digital on collections,
19 some human resource type issues. Just a pretty broad
20 gamut of policy, planning, some sensitive issues about
21 where we're going with personnel and other things and
22 budget, planning budget, and all of those things that I

55

1  really loved doing.
2      Q  Did it turn out as you had hoped that that's
3  really where the action was?
4      A  For the time I was there, yes.
5      Q  And what do you mean when you say for the
6  time that you were there?
7      A  It was less than a year. It was probably six
8  months, and then it ended. So I mean, there wasn't a
9  lot of longevity, and there were holidays. But I was
10 enjoying it while I was doing it.
11     Q  How did it end?
12     A  How did it end? It ended when Mark
13 Dimunation and I were called to a meeting in Deanna's
14 office I believe in April of the next year, 2005, and
15 we had no idea why we were being called into her
16 office. And my boss was there, Carolyn Brown was there
17 as well. So it was Mark and me and Carolyn with
18 Deanna.
19     And as I said, we had no idea what the
20 meeting was about. We assumed it might be about some
21 special assignment or something else. And Deanna
22 started off the meeting by saying she hates to do this

56

1  and that she's very upset. I don't remember all the
2  exact words, but that she really was very reluctant,
3  but she was abolishing the assistant director
4  positions. And we kind of sat there kind of
5  looking at her with this like what did we do kind of
6  thing, you know.
7      She did tell us that Judy Mansfield had, and
8  I don't remember the exact words because we were just
9  kind of taken aback, but either filed discrimination or
10 said there was an equal pay issue, discrimination
11 issue, and that she had no choice but to abolish the
12 positions. And she was very sorry to do it, but this
13 was advice she had gotten. And so we sat there
14 perplexed and upset, but basically that's how we found
15 out.
16     Q  Okay. Did you say anything at the meeting?
17     A  Yes. I think we said we're upset, and we
18 didn't understand it fully because we didn't understand
19 the issues, and both Mark and I -- Judy wasn't there.
20 Both Mark and I were senior level, and senior level
21 people can be given duties, can be moved around, and we
22 really didn't understand why we were kind of being

57

1  penalized and what was going on.
2      Deanna didn't say anything more. She wasn't
3  recanting or she wasn't going to say Let me think about
4  it. Basically she had abolished the positions, and she
5  said something to us maybe there's something else we
6  can do, some administrative council or something if we
7  want to work on that, but I don't remember all of that.
8  By that time we were kind of not happy people to say
9  the least.
10     Q  How long did the meeting go on?
11     A  I think probably a half hour at the very
12  most. Probably less than that. Basically there was no
13  real discussion. I mean, it wasn't on the merits of
14  what we did or didn't do. We were kind of upset not
15  only because we felt we were losing something we really
16  wanted and that it was a prestige. Once again, there
17  was no money involved, there was extra work involved,
18  but it was a prestigious kind of thing, and this was
19  being taken away.
20     And we felt not only was it being taken away
21  but probably somebody is going to look at this and say
22  what did we do wrong or whatever because one of the

58

1  things we wondered was how this was going to get out to
2  our peers, to our other chiefs, to the Library as to
3  why after less than a year and we were busting our --
4  we were working hard, why all of a sudden we were being
5  told the positions didn't exist anymore and ceased to
6  exist.
7      We then tried after the meeting to have some
8  input into whatever kind of announcement was going to
9  come out to try to save face I guess for us. That was
10  Mark and me and Carolyn was involved in that, trying to
11  frame something for Deanna that would make it sound
12  like they appreciated us, and she was looking at
13  different options for structure and all that, and
14  thanking us for what we did. It didn't come out like
15  that. It just came out as a very dry announcement.
16     We were not happy, and a lot of people asked
17  us what happened. Most people kind of knew after
18  a while what was going on, but that was the end of it.
19     Q  Okay. When you say we tried after the
20  meeting to try to come up with something to save face,
21  you were talking about yourself and Mr. Dimunation --
22     A  Right.

59

1      Q  -- and Miss Brown, is that right?
2      A  Well, Miss Brown wasn't in that position. It
3  was Mark Dimunation and me. We wanted something to
4  come out that didn't sound like we screwed up or did
5  something wrong or that we caused this thing because we
6  were working very hard and felt we didn't want everyone
7  to think what did these guys do. And so we tried to
8  frame something that this was an evolving
9  organizational structure and Deanna was looking at
10  different options for how things would work, and she
11  tried this and going to try a few other things, but she
12  really wants to thank Steve and Judy and Mark for being
13  willing to take on these and all that kind of stuff, so
14  it sounded like some appreciation.
15     It didn't happen for whatever reason. I
16  mean, nothing went in there thanking us or anything
17  like that. It was a very kind of -- I mean, it said
18  she was looking at options and other things, but I mean
19  nothing about what a great job we did or any
20  appreciation for us, and we were kind of annoyed,
21  upset.
22     Q  Before the assistant director positions were

60

1  abolished, had anybody told you how great a job you had
2  done?
3      A  No. I mean, we went to meetings. We took on
4  jobs. I mean, nobody patted us on the back. I mean,
5  are you talking about above us, below us?
6      Q  Miss Brown, for example, she was the
7  director. Did she give you feedback on how things were
8  going?
9      A  She always gave me very positive
10  reinforcement. I think we had a wonderful
11  relationship. I loved working with her. She
12  apparently loved working with me, and she always gave
13  me very positive reinforcement in what I was doing and
14  support.
15     Q  Was Miss Brown critical in any way of your
16  performance as an assistant director?
17     A  I never heard anything except positive, and I
18  got outstanding performance evaluations from her, and
19  she and I had a wonderful relationship.
20     Q  Okay. When you were in the directors
21  meetings during this time when this structure was in
22  place in July 2004 till the spring of 2005, how did the

61

1  meetings go?
2      A  I think they went well.  I enjoyed being
3  there.  There was one initial meeting where I think I
4  might have monopolized some of the conversation or at
5  least Deanna thought I monopolized a little bit of the
6  conversation and did write something to me afterwards
7  and said something about just be alert to monopolizing
8  the conversation, and I thanked her for pointing it out
9  to me, and from then on I think I enjoyed being there.
10 I think I contributed.  And I really enjoyed it.
11     Q  And that one incident you're talking about
12 happened early on in the process back in July, August
13 2004?
14     A  Very early on.
15     Q  Did you ever get any negative feedback or
16 criticism from Miss Marcum about your performance as
17 assistant director?
18     A  No.
19     Q  Did you ever get any negative feedback about
20 your performance as assistant director from Mr. Dizard?
21     A  No.
22     Q  Did you discuss your performance at all with

62

1  Mr. Dizard as an assistant director?
2      A  No.
3      Q  Did you get feedback at all from Miss
4  Marcum about your performance, positive or negative,
5  that you remember?
6      A  Nothing formal.  I mean, I'd see her in the
7  hall and talk or she'd say hi; but no, nothing, not
8  after that initial kind of thing about talking more
9  than I should have at one of the meetings.
10     Q  Miss Marcum never criticized your performance
11 in any way as an assistant director?
12     A  No.
13     Q  Before you became an assistant director for
14 Collections Management, who did you report to?
15     A  Before I became assistant director, Mark
16 Dimunation was acting I think after Diane Kresh left
17 briefly.  For the longest time I was reporting to Diane
18 Kresh.  Then she moved into another job, and I believe
19 Mark Dimunation became acting director for Collections
20 and Services.  It was actually Public Service
21 Collections before some of this.  There was an interim
22 thing, but I was reporting to Mark briefly.

63

1      Q  Mark Dimunation?
2      A  Dimunation.
3      Q  Okay.  I gather the directorate you were in
4  before the reorganization that occurred in the summer
5  of 2004 would have been called what, Public Services?
6      A  Public Service Collections.
7      Q  Okay.  So you reported as division chief of
8  Collections, Access, Loan, and Management Division, you
9  reported to the director of the Public Service
10 Collections directorate, is that right?
11     A  Yes.
12     Q  Okay.  And then after your tenure as
13 assistant director for Collections Management, who did
14 you report to?
15     A  Carolyn Brown.
16     Q  And did Miss Brown remain the director for
17 Collections and Services?
18     A  Yes.
19     Q  Is Miss Brown still the director for
20 Collections and Services?
21     A  No.
22     Q  When did that change?

64

1      A  I don't remember the date.  Probably about a
2  year ago.  I don't remember the date.  I'd say within
3  about a year.
4      Q  Okay.  Did she move to another position?
5      A  Yes.
6      Q  Where did she move?
7      A  Director for Scholarly Programs.
8      Q  Director for Scholarly Programs?
9      A  Yes.
10     Q  Did you get a new director for Collections
11 and Services then?
12     A  Got an acting director initially for
13 Collections and Services.
14     Q  Who was that?
15     A  Jeremy Adamson, J-e-r-e-m-y A-d-a-m-s-o-n.
16     Q  And you think that was in 2006 sometime?  You
17 said about a year ago?
18     A  I believe it's about a year, year and a half
19 ago, yes.
20     Q  Okay.  And is Mr. Adamson still the acting
21 director?
22     A  No.  He got the job permanently, so he's now

**65**

1 the director for Collections and Services.

2     Q   And is Mr. Adamson who you report to now?

3     A   Yes.

4       MR. FREDRICKSON: May I have this marked as

5 Plaintiff's Exhibit Number 14.

6       (Deposition Exhibit 14 was marked for

7 identification and was retained by counsel.)

8 BY MR. FREDRICKSON:

9     Q   Have you had a chance to look at Plaintiff's

10 Exhibit Number 14?

11     A   Yes.

12     Q   This is a Notification of Personnel Action

13 concerning your situation, isn't it?

14     A   Yes.

15     Q   Does it show the pay that you held in January

16 of 2005?

17     A   Yes.

18     Q   And if you go down about a third of the way

19 down it says looking at the row across there Pay Plan,

20 SL 1410. I guess that's the occupational series?

21     A   Yes.

22     Q   And SL shows you're an SL level employee?

**66**

1     A   Yes.

2     Q   And then the total salary that you were

3 receiving in January of 2005 would have been $149,200,

4 is that right?

5     A   Yes.

6     Q   Is that the maximum salary you could have

7 earned at the Library of Congress given the cap?

8     A   I believe so.

9     Q   Were you eligible for bonuses as well as an

10 SL level employee?

11     A   As an SL employee we got kind of a pay for

12 performance. You got a certain amount for each

13 outstanding, for an excellent, et cetera. So there was

14 a portion of the pay that was determined by your annual

15 performance evaluation and what the adjective rating

16 was for each of four factors.

17     Q   I see. And so did you receive bonuses in

18 addition to the $149,200 in salary?

19     A   Yes.

20     Q   Can you give me an approximate number by way

21 of annual bonuses you received?

22     A   About $8,000 roughly.

**67**

1     Q   Per year?

2     A   Yes.

3     Q   Were you pretty consistently getting about

4 $8,000 per year in bonus?

5     A   I believe so. I'd have to go back and look.

6     Q   Was there any other element to the SL pay

7 scheme or compensation plan other than salary and

8 bonuses that you were eligible for?

9     A   Not that I know of. I got the annual salary,

10 and then based on the performance evaluation there was

11 some additional money, and that's really what I know

12 about it.

13     Q   All right. Thank you.

14       MR. FREDRICKSON: May I have this marked as

15 Plaintiff's Exhibit Number 15 please.

16       (Deposition Exhibit 15 was marked for

17 identification and was retained by counsel.)

18 BY MR. FREDRICKSON:

19     Q   Have you had a chance to look at Plaintiff's

20 Exhibit Number 15?

21     A   Yes.

22     Q   This appears to be the 2004 performance

**68**

1 appraisal for you, is that right?

2     A   Yes.

3     Q   This is a performance evaluation that's

4 completed by your supervisor, is that right?

5     A   Yes.

6     Q   And that would have been Ms. Carolyn Brown at

7 the time?

8     A   Yes.

9     Q   So this is a performance appraisal issued is

10 it March 30th, 2005?

11     A   Yes.

12     Q   Is this what you're describing when you say

13 there are four elements that you're rated on and your

14 bonus is determined by your performance in these four

15 elements?

16     A   Yes.

17     Q   What were the rating levels available where

18 it says mission effectiveness and it says outstanding,

19 do you see that?

20     A   Yes.

21     Q   What were the various rating categories for

22 each one of those elements, do you know?

69

1    A    No.
2    Q    Is outstanding the top?
3    A    Outstanding is the top.
4    Q    How does successful fit in the scheme?
5    A    It's the middle.
6    Q    The middle.  Do you know how many levels
7    there are?
8    A    Outstanding, there's something above
9    successful, there's successful, marginal, and
10   unsatisfactory.  I don't know if it's four or five
11   ratings, but outstanding is the top.
12   Q    I believe I understood what you said, but I
13   just want to check and see if this is the way it
14   worked.  Am I right that your bonus was determined by
15   how you are rated on these four elements set forth in
16   the performance appraisal?
17   A    Yes.
18   Q    So it's just math from once your supervisor
19   sets the various -- rated you in the various elements,
20   it was just math to figure out what your bonus was, is
21   that right?
22   A    My understanding is there was a certain

70

1    number of dollars for an outstanding, a certain number
2    of dollars for an exceeds, successful, whatever the
3    terminology is.  Each of those had a certain dollar
4    value for each factor attached to it that determined
5    the additional money in addition to your base salary.
6    Q    Okay.  Did you think that the performance
7    evaluations you received for your performance in 2004
8    was an accurate performance assessment?
9    A    Yes.
10   Q    After the assistant director positions were
11   abolished, did you ever get back to attending the
12   directors meetings?
13   A    No.
14   Q    How do you feel about that?
15   A    Upset, annoyed, angry, not happy.
16   Q    Okay.
17   A    I've attended a few only because there have
18   been a couple of times I was acting when Jeremy was not
19   there and was acting.  If he wasn't there on a Tuesday,
20   I attended in his place, but not in my position or
21   anything like that.
22   Q    Why do you feel angry?

71

1    A    Because I really enjoyed doing it, and I
2    worked hard, and I worked hard when I was in the
3    position, and I enjoyed it, and I liked doing that, and
4    I was not happy that it was terminated and through
5    nothing that I did.  I worked really hard to justify
6    the faith that she had in assigning these and, you
7    know, I was angry that this was taken away from me
8    because nothing I did and nothing I could change or
9    modify.
10   Q    Since you are no longer the assistant
11   director, are you involved at the same level that you
12   were when you were assistant director, for example, the
13   strategic planning of the Library Services?
14   A    No.
15   Q    Any new programmatic developments, are you
16   involved in that as you were when you were assistant
17   director?
18   A    No.
19   Q    Is there anything else you can think of that
20   you've lost out on as a result of the position of
21   assistant director being abolished?
22   A    Well, status, certain recognition among peers

72

1    that I had done a good job and was recognized.  As I
2    said, there was a certain level of embarrassment
3    because there was still this thing looming as to why
4    these positions was abolished, and all of us were very
5    reluctant certainly to just say because somebody had
6    complained, and so we try to say it was a difference
7    of -- You know, people would approach and say What did
8    you do or this kind of thing.
9        So in addition to the whole planning and
10   being that avenue, I mean, once again people remember
11   that we were in these positions and now we're not in
12   these positions, and there's never I think been any
13   open discussion of why, and so there's still this thing
14   about what did we do wrong type thing.
15   Q    How do you feel when somebody approaches you
16   and asks you about what happened?
17   A    I mean, it's less now than it was the first
18   month or two when all kinds of rumors were flying, Gee,
19   it was you who did this, you know, that kind of thing.
20   So there's less of it now, but I still feel the loss of
21   something that I really enjoy doing.
22   Q    What were the rumors that you were referring

73

1  to?
2      A  Well, there were rumors what did we do wrong.
3  The assumption is somebody did something wrong.  All of
4  a sudden after less than a year, the positions that
5  were there aren't there, and there's an announcement
6  that comes out just really saying we're reassessing.  I
7  can't remember the exact words, but this was just one
8  model and we're looking at other models, and I'm saying
9  Gee, doesn't look good, and people said what really
10  happened or what went on or why did she abolish these
11  positions.  It put Mark and me certainly in a very
12  difficult position.  There was a status part of this
13  and a recognition part of it, and it was gone.
14      Q  When you accepted the position of assistant
15  director, did anybody tell you that you'd be assistant
16  director for any kind of time period or anything like
17  that?
18      A  No.
19      Q  Did anybody suggest that it was just a
20  temporary assignment as assistant director?
21      A  No.
22      MR. FREDRICKSON:  I'd like to take a short

74

1  break, ten minutes, to review my notes.  I think I've
2  gotten through most of the questions I wanted to ask
3  you, but I always like to take a bit of time and make
4  sure, if you'll bear with me.
5      THE WITNESS:  Okay.
6      (Recess)
7      MR. FREDRICKSON:  May I have this marked as
8  Plaintiff's Exhibit Number 16 please.
9      (Deposition Exhibit 16 was marked for
10  identification and was retained by counsel.)
11  BY MR. FREDRICKSON:
12      Q  Have you had a chance to read Plaintiff's
13  Exhibit Number 16?
14      A  Yes.
15      Q  Have you seen it before?
16      A  Yes.
17      Q  Can you tell me what Plaintiff's Exhibit
18  Number 16 is?
19      A  It's an announcement from the associate
20  librarian, Deanna Marcum, to the directors and division
21  chiefs in which she's saying that the assistant
22  directors are no longer going to be there and they're

75

1  going to look at other options.
2      Q  You had mentioned that when an announcement
3  went out, you were disappointed with it?
4      A  Yes.
5      Q  Is this the announcement you're referring to,
6  that is the document marked as Plaintiff's 16?
7      A  Yes.
8      Q  What disappointed you about the announcement
9  that's been marked as Plaintiff's Exhibit Number 16?
10      A  I was hoping there would be something more
11  personal there about the job we had done in the past
12  and thanking the people who had done it by name for
13  doing this kind of thing, and I found it to be somewhat
14  bureaucratic and impersonal as far as what we had
15  really tried to do in taking those jobs very seriously,
16  and to try to make it a little more personal as far as
17  positive for the three people who had done this, and we
18  found this to be somewhat more impersonal.
19      Q  I believe you said earlier that some people
20  had maybe asked you or suggested perhaps that maybe you
21  had done something wrong in the position of assistant
22  director, is that right?

76

1      A  Yes.
2      Q  Let me direct your attention to the third
3  sentence there in Plaintiff's Exhibit Number 16.  It
4  says "At my suggestion the directors of Acquisitions
5  and Bibliographic Access and Collections and Services
6  name three division chiefs to take on collateral duties
7  as assistant directors, but these positions have not
8  worked out as intended, so I have eliminated the three
9  coordinating positions."  On that particular sentence,
10  what was your reaction to that?
11      A  Didn't like it.
12      Q  Why is that?
13      A  Because it made it sound like we did
14  something wrong.  It just invites people to speculate
15  on what has not worked out as intended meant, and I
16  think it was a very unfortunate choice of words for us
17  personally because it invited a lot of questions and
18  issues as to why they didn't work out as intended, and
19  we had worked very hard to make these work and thought
20  they were working successfully.
21      MR. FREDRICKSON:  Okay.  Thank you.  I don't
22  have anything further.

77

1        MR. JAMES:  We don't have anything, and we'll
2   read.
3        (Signature having not been waived, the
4   deposition of Steven J. Herman was concluded at 11:30
5   a.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

79

1   CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2        I, Nancy Bond Rowland, Registered
3   Professional Reporter, the officer before whom the
4   foregoing proceedings were taken, do hereby certify
5   that the foregoing transcript is a true and correct
6   record of the proceedings; that said proceedings were
7   taken by me stenographically and thereafter reduced to
8   typewriting under my supervision; and that I am neither
9   counsel for, related to, nor employed by any of the
10   parties to this case and have no interest, financial or
11   otherwise, in its outcome.
12        IN WITNESS WHEREOF, I have hereunto set my
13   hand and affixed my notarial seal this 6th day of
14   February 2007.
15
16   My commission expires:
17   October 31, 2009
18
19
20   _____
21   NOTARY PUBLIC IN AND FOR THE
22   DISTRICT OF COLUMBIA

78

1        ACKNOWLEDGMENT OF DEPONENT
2        I, Steven J. Herman, do hereby acknowledge
3   that I have read and examined the foregoing testimony,
4   and the same is a true, correct and complete
5   transcription of the testimony given by me and any
6   corrections appear on the attached Errata Sheet signed
7   by me.
8
9   _____
10   (DATE)            (SIGNATURE)
11
12
13
14
15
16
17
18
19
20
21
22

80

1        E R R A T A   S H E E T
2        IN RE:  Mansfield v. USA
3   RETURN BY: _____
4   PAGE LINE  CORRECTION AND REASON
5   ____ ____  _____
6   ____ ____  _____
7   ____ ____  _____
8   ____ ____  _____
9   ____ ____  _____
10   ____ ____  _____
11   ____ ____  _____
12   ____ ____  _____
13   ____ ____  _____
14   ____ ____  _____
15   ____ ____  _____
16   ____ ____  _____
17   ____ ____  _____
18   ____ ____  _____
19   ____ ____  _____
20   ____ ____  _____
21   ____ ____  _____
22        (DATE)            (SIGNATURE)

81

1   E R R A T A  S H E E T  C O N T I N U E D

2        IN RE:  Mansfield v. USA

3   RETURN BY: _____

4   PAGE  LINE  CORRECTION AND REASON

5   ____ ____ _____

6   ____ ____ _____

7   ____ ____ _____

8   ____ ____ _____

9   ____ ____ _____

10  ____ ____ _____

11  ____ ____ _____

12  ____ ____ _____

13  ____ ____ _____

14  ____ ____ _____

15  ____ ____ _____

16  ____ ____ _____

17  ____ ____ _____

18  ____ ____ _____

19  ____ ____ _____

20  ____ ____ _____

21  _____ _____

22     (DATE)          (SIGNATURE)