# Exhibit 4

# Deposition of Judy Mansfield

1

IN THE UNITED STATES COURT

OF FEDERAL CLAIMS


- - - - - - - - - - - - - - - x

JUDITH A. MANSFIELD,                :

       Plaintiff,               :    Civil Action No.

    v.                              :    05-472C

THE UNITED STATES,                  :

       Defendant.               :

- - - - - - - - - - - - - - - x

                   Tuesday, April 17, 2007

                   Washington, D.C.


       Deposition of JUDITH A. MANSFIELD,

commencing at 9:38 a.m., held at the The Library of

Congress, 101 Independence Avenue, S.E.,

Washington, D.C., before Keith Wilkerson, a notary

public in and for the District of Columbia.

Mansfield, Judith A.                                April 17, 2007

Washington, DC

2 (Pages 2 to 5)

---

**2**

1    A P P E A R A N C E S   O F   C O U N S E L

2

3    Attorney for the Plaintiff:

4        Webster, Frederickson & Brackshaw

5        1775 K Street, N.W.

6        Suite 600

7        Washington, D.C. 20006

8        (202) 659-8510

9    BY:  BRUCE A. FREDERICKSON, ESQ.

10        CEDAR P. CARLTON, ESQ.

11

12    Attorneys for the Defendant:

13        Office of General Counsel

14        Library of Congress

15        101 Independence Avenue, S.E.

16        Washington, D.C. 20557

17        (202) 707-7464

18    BY:  JESSIE JAMES, JR., ESQ.

19        JULIA K. DOUDS, ESQ.

20

21

22    (CONTINUED)

---

**3**

1    A P P E A R A N C E S   O F   C O U N S E L

2                (CONTINUED)

3

4    Attorneys for the Defendant:

5        United States Department of Justice

6        Commercial Litigation/National Courts

7        1100 L Street, N.W.

8        Room 4062

9        Washington, D.C. 20005

10        (202) 301-0383

11    BY:  DOUGLAS K. MICKLE, ESQ.

12

13        Office of the United States Attorney for

14        the District of Columbia

15        Judiciary Center Building

16        555 Fourth Street, N.W.

17        Room E4822

18        Washington, D.C. 20580

19        (202) 514-7161

20    BY:  JANE M. LYONS, ESQ.

21

22

---

**4**

1    I N D E X   O F   E X A M I N A T I O N S

2

3    WITNESS                              PAGE

4    JUDITH A. MANSFIELD

5        By Mr. James.....................10

6

7

8        I N D E X   O F   E X H I B I T S

9    NO.  DESCRIPTION                     PAGE

10    1    Untitled Form, 5/2/69....................15

11    2    Untitled Form, 8/5/69 ...................17

12    3    Notification of Personnel Action,

13        3/10/70 .................................20

14    4    Notification of Personnel Action,

15        7/8/71 ..................................21

16    5    Personnel Action Recommendation,

17        7/19/71..................................24

18    6    Notification of Personnel Action,

19        8/9/71...................................26

20    7    Personnel Action Recommendation,

21        10/75....................................27

22    (CONTINUED)

---

**5**

1    I N D E X   O F   E X H I B I T S

2                (CONTINUED)

3    NO.  DESCRIPTION                     PAGE

4    8    Notification of Personnel Action,

5        10/23/75.................................30

6    9    Personnel Action Recommendation,

7        12/24/75.................................32

8    10   Notification of Personnel Action,

9        1/5/76...................................35

10    11   Personnel Action Recommendation,

11        4/9/76...................................36

12    12   Personnel Action Recommendation,

13        8/11/77..................................38

14    13   Notification of Personnel Action,

15        8/29/77..................................39

16    14   Personnel Action Recommendation,

17        4/14/78..................................40

18    15   Personnel Action Recommendation,

19        10/2/79..................................42

20    16   Personnel Action Recommendation,

21        9/30/81..................................43

22    (CONTINUED)

---

6

1        INDEX OF EXHIBITS
2           (CONTINUED)
3    NO.  DESCRIPTION              PAGE
4    17   Personnel Action Recommendation,
5         11/3/81....................................44
6    18   Personnel Action Recommendation,
7         8/19/82..................................46
8    19   Personnel Action Recommendation,
9         12/13/82.................................47
10   20   Notification of Personnel Action,
11        9/1/86....................................48
12   21   Notification of Personnel Action,
13        3/13/89..................................50
14   22   Notification of Personnel Action,
15        6/14/92 ..................................51
16   23   Personnel Action Recommendation,
17        9/11/97 ..................................53
18   24   Notification of Personnel Action,
19        10/12/97.................................60
20   25   Position Description, 6/15/92.............62
21
22   (CONTINUED)

8

1        INDEX OF EXHIBITS
2           (CONTINUED)
3    NO.  DESCRIPTION              PAGE
4    35   Notification of Personnel Action,
5         3/6/94...................................108
6    36   Memorandum, 10/29/02 ....................120
7    37   Krigbaum Evaluation .....................126
8    38   Memorandum, 7/2/03......................132
9    39   Memorandum, 4/8/04.......................133
10   40   Notification of Personnel Action,
11        1/12/03.................................134
12   41   Notification of Personnel Action,
13        1/20/03 .................................153
14   42   Notification of Personnel Action,
15        1/21/03.................................157
16   43   Notification of Personnel Action,
17        5/21/03.................................160
18   44   Notification of Personnel Action,
19        8/11/03.................................162
20   45   Notification of Personnel Action,
21        9/7/03..................................164
22   (CONTIUNED)

7

1        INDEX OF EXHIBITS
2           (CONTINUED)
3    NO.  DESCRIPTION              PAGE
4    26   Personnel Action Recommendation,
5         1/16/98..................................65
6    27   Notification of Personnel Action,
7         2/8/98 ..................................67
8    28   Personnel Action Recommendation,
9         5/14/98 .................................69
10   29   Notification of Personnel Action,
11        5/24/98..................................74
12   30   Notification of Personnel Action,
13        9/22/02 ..................................78
14   31   Web Pages.................................92
15   32   Notification of Personnel Action,
16        5/13/85.................................102
17   33   Notification of Personnel Action,
18        5/5/91..................................104
19   34   Notification of Personnel Action,
20        5/17/92.................................106
21
22   (CONTINUED)

9

1        INDEX OF EXHIBITS
2           (CONTINUED)
3    NO.  DESCRIPTION              PAGE
4    46   Notification of Personnel Action,
5         10/19/03 ................................167
6    47   Notification of Personnel Action,
7         11/9/03.................................169
8    48   Notification of Personnel Action,
9         2/8/04..................................171
10   49   Notification of Personnel Action,
11        6/9/04..................................173
12   50   E-mail, 7/15/04..........................183
13   51   Friday's News, 8/6/04....................185
14   52   Organization Chart.......................187
15   53   E-mail, 8/6/04...........................191
16   54   Position Description.....................207
17
18
19
20
21
22

Mansfield, Judith A.                                    April 17, 2007

Washington, DC

4 (Pages 10 to 13)

---

**10**

1      PROCEEDINGS
2   Whereupon,
3        JUDITH A. MANSFIELD
4   was called for examination by counsel for Defendant
5   and, after having been duly sworn by the notary
6   public, was examined and testified as follows:
7        EXAMINATION BY COUNSEL FOR DEFENDANT
8        BY MR. JAMES:
9      Q.   Could you state your full name for the
10  record?
11     **A.   Judith Anne Mansfield.**
12     Q.   I'll give you a bit of information before
13  we start.  Have you ever had your deposition taken
14  before?
15     **A.   No.**
16     Q.   The process is that I'm going to ask you
17  some questions, and you answer the questions to the
18  best of your knowledge.  If I ask you a question
19  which is unclear, you can ask for clarification.
20  In the course of the deposition, if you'd like to
21  explain something that you've been asked
22  previously, you may do so.  If you need to take a

---

**11**

1   break, just let me know, and I'll permit you to
2   take a break.  Also, if you're in the process of
3   answering a question, I'd like for you to finish
4   the answer before we break.
5        Are you taking any medications today?
6     **A.   No.**
7     Q.   Is there any reason why you could not
8   answer truthfully to any of the questions that will
9   be asked of you today?
10    **A.   I can't think of anything.**
11    Q.   With me are, sitting at my right, Julia
12  Douds.  She is an assistant attorney with the
13  Library of Congress.  Sitting next to her is Jane
14  Lyons.  She is an assistant U.S. attorney with the
15  Office of the U.S. attorney.  Sitting next to her
16  is Doug Mickle, who is with the Department of
17  Justice, Civil Division.  Jane is here on the case
18  that you filed in the United States District Court
19  concerning your claim of reprisal and also sex
20  discrimination.  Doug is here for the case that you
21  filed in the Court of Claims in which you've
22  alleged that there's a violation of the Equal Pay

---

**12**

1   Act, and I'm here for the Library.
2        Do you have any questions before we
3   start?
4     **A.   No.**
5     Q.   How long have you been employed by the
6   Library of Congress?
7     **A.   37 and a half years.**
8     Q.   And when did you begin your employment?
9     **A.   July 1, 1969.**
10    Q.   And during the course of your employment
11  with the Library have you used a name other than
12  Judith A. Mansfield?
13    **A.   Yes.**
14    Q.   What is the first name you used?
15    **A.   Goacher.**
16    Q.   And when would that have been?
17    **A.   That would have been from '69 to '73.**
18    Q.   And what was the reason that you changed
19  your name?
20    **A.   Marriage.**
21    Q.   And you changed it in 1973?
22    **A.   Yes.**

---

**13**

1     Q.   And it was changed from Judith Goacher to
2   what?
3     **A.   Schmidt, Judith Schmidt.**
4     Q.   And can you spell Schmidt, please?
5     **A.   S-c-h-m-i-d-t.**
6     Q.   And did it change again?
7     **A.   Yes, in 1981.**
8     Q.   And what was it changed to at that point?
9     **A.   Fenly.**
10    Q.   And did you use Judith A. at all times
11  during --
12    **A.   No.  It was always Judith G.**
13    Q.   Could we go back to when it was Goacher?
14  Can you give me your full names at that time?
15    **A.   Judith Anne Goacher, Judith Goacher**
16  **Smith, Judith Goacher Fenly.**
17    Q.   And after Fenly did it change again?
18    **A.   Yes.**
19    Q.   And what did it change to?
20    **A.   Judith Anne Mansfield.**
21    Q.   And when was it changed to Judith Anne
22  Mansfield?

---

---

**14**

1    A.  I think in 1992, '91 or '92.
2    Q.  And that was also by marriage?
3    A.  No.
4    Q.  What happened at that point?
5    A.  I was divorced and I petitioned the court
6    to change my name.
7    Q.  And what is your name today?
8    A.  Judith Anne Mansfield.
9    Q.  And that has been the name that you've
10   used since 1992 or thereabouts?
11   A.  '91 or '92, yes.
12   Q.  Have you remarried?
13   A.  Yes.
14   Q.  And what is your married name?
15   A.  Judith Anne Mansfield.
16   Q.  And what is your husband's name?
17   A.  Vincent Tracy.
18   Q.  So you did not take his last name?
19   A.  No.
20   Q.  And when did your marriage take place?
21   A.  1999.
22   Q.  I'd like to show you a document which

---

**15**

1    we'd liked marked as Library Exhibit No. 1.
2            (Library Exhibit No. 1
3            was marked for identification.)
4    Q.  Could you take a look at that document?
5    A.  Yes.
6    Q.  Do you know what it is?
7    A.  It doesn't say what it is.  It doesn't
8    give a name for the form.
9    Q.  Does the caption at the top say that it's
10   a temporary appointment?
11   A.  Yes.  In number three it says temporary
12   appointment.
13   Q.  And the name at the top is Judith A.
14   Goacher?
15   A.  Yes.
16   Q.  And that's you?
17   A.  Yes.
18   Q.  And was this your first appointment to
19   the Library?
20   A.  Yes, that's what it looks like.
21   Q.  And could you go to the column on the
22   left, the column at the top, number two, which has

---

**16**

1    a date.  Is that May 2nd, 1969?
2    A.  Yes, that's what it says.
3    Q.  And the position to which you were
4    appointed to was librarian.  Correct?
5    A.  Yes.
6    Q.  That's in the To column?
7    A.  Yes.
8    Q.  And were you appointed to information
9    systems research assistant?
10   A.  Yes.
11   Q.  And what did you do as an information
12   systems research assistant?
13   A.  My recollection is that we were
14   working -- I actually worked down in CDS, and I was
15   working on something in relation to the filing of
16   the cards that were sold by the cataloging
17   distribution service, but I really don't recall
18   much more about that job.
19   Q.  Did you work with any males at that time,
20   male employees at the library?
21   A.  My supervisor.
22   Q.  And who was your supervisor, if you

---

**17**

1    recall?
2    A.  It was Stephen Salmon.
3    Q.  And what grade were you at that time?
4    A.  It says here that I was a 9.
5    Q.  And what grade was Mr. Salmon?
6    A.  I don't know.
7    Q.  Are you claiming that Mr. Salmon was paid
8    more than you and that that was improper?
9    A.  No.
10   Q.  Are you making any claims about your
11   appointment to that temporary appointment?
12   A.  No.
13   Q.  That's neither in the District Court nor
14   in the Court of Claims?
15   A.  No.
16   Q.  I'd like to show you another document
17   which we'd like marked as Library Exhibit No. 2.
18           (Library Exhibit No. 2
19           was marked for identification.)
20   Q.  Would you take a look at that document,
21   please?  Do you know what that document is?
22   A.  It's the same kind of document as the

---

Mansfield, Judith A.                                    April 17, 2007
                        Washington, DC

6 (Pages 18 to 21)

---

18

1  first exhibit.
2      Q.  And is that your name in the first
3  column?
4      A.  Yes, in block number one.
5      Q.  Block number one, Judith A. Goacher?
6      A.  Yes.
7      Q.  And that is a transfer and conversion to
8  a permanent-conditional position?
9      A.  Yes.
10     Q.  And that was a conversion from the
11 temporary appointment that was described in Library
12 Exhibit No. 1?
13     A.  Yes.
14     Q.  And the date of that is August 5th, 1969?
15     A.  That's the date of the request.
16     Q.  And the date at the bottom under For
17 Personnel Office Use Only, under the effective date
18 column, number 24, is that date September 9th,
19 1969?
20     A.  No.  It's September 1, 1969.
21     Q.  So that was the effective date of this
22 conversion?

---

19

1      A.  Yes.
2      Q.  And who was your supervisor at that
3  point?
4      A.  My recollection is that it was Harvey
5  Joyner, who was probably in the personnel office.
6      Q.  He was in the personnel office?
7      A.  Yes, I believe so, but I can't be
8  certain.
9      Q.  Did you work in the personnel office at
10 that time?
11     A.  No.
12     Q.  And how was it that Mr. Joyner was your
13 supervisor?
14     A.  Because I believe that he was responsible
15 for the special recruit program, and that was a
16 program where we moved all around the Library of
17 Congress, so there was no one supervisor assigned
18 to us as a group.
19     Q.  And how many people were in your group?
20     A.  Less than a dozen.
21     Q.  Were there males in that group?
22     A.  Yes.

---

20

1      Q.  And what was your grade at that point?
2      A.  It was still a GS-9.
3      Q.  What was Mr. Joyner's grade, if you
4  remember?
5      A.  I don't know.
6      Q.  Are you making any claims with regard to
7  that appointment while you were at the Library with
8  regard to either your case in the District Court or
9  your case in the Court of Claims?
10     A.  No.
11     Q.  I'd like to show you another document
12 which we'd like marked as Library Exhibit No. 3.
13         (Library Exhibit No. 3
14          was marked for identification.)
15     Q.  Would you take a look at the document
16 that's marked as Library Exhibit No. 3?
17     A.  Yes.
18     Q.  Is that similarly related to Library
19 Exhibit No. 2?  Is it a conversion?
20     A.  Yes, it looks similar.
21     Q.  So that would have been the two papers
22 actually placing you in that position.  Is that

---

21

1  correct?
2      A.  Yes.
3      Q.  I'd like to show you another document
4  which we'd like marked as Library Exhibit No. 4.
5         (Library Exhibit No. 4
6          was marked for identification.)
7      A.  Actually, this isn't the same document.
8  Exhibit No. 3 is not the same document as Exhibit
9  No. 2.
10     Q.  Then what is Exhibit No. 3?
11     A.  Exhibit No. 3 looks like it's assigns me
12 from the special recruit program to the permanent
13 position of descriptive cataloger.
14     Q.  And the date on that at the top?
15     A.  It is March 10th, 1970.
16     Q.  And so you were being assigned or
17 transferred.  It says Transfer Conversion to.
18     A.  At the end of the recruit program we were
19 all assigned to permanent jobs, not that the
20 recruit program job wasn't a permanent job, but it
21 was an ongoing job.
22     Q.  So this was a document giving you a

---

22

1  permanent job in the library moving you from the
2  training program?
3      **A.  Well, the training program was the**
4  **permanent appointment to the Library of Congress,**
5  **and at the end of the training program we were**
6  **guaranteed a job.**
7      Q.  And this was the job you received as a
8  result of that?
9      **A.  Yes.**
10     Q.  And what grade was that?
11     **A.  A 9.**
12     Q.  And did you work with males at that point
13  in time?
14     **A.  Yes, there were males.**
15     Q.  And are you making a claim either in the
16  Federal Court or in the Court of Claims for any
17  actions that the library took or did not take at
18  the time that it converted you to that position?
19     **A.  No.**
20     Q.  You have before you a document which has
21  been marked as Library Exhibit No. 4.  Is that
22  correct?

23

1      **A.  Yes.**
2      Q.  Would you take a look at that document?
3      **A.  Yes.**
4      Q.  And can you tell us what that document
5  is?
6      **A.  It says Notification of Personnel Action.**
7      Q.  And the name at the top is you?
8      **A.  Judith A. Goacher, yes.**
9      Q.  And this is a transfer or conversion
10  to --
11     **A.  Yes.  It says budget change and**
12  **conversion to permanent.**
13     Q.  And what grade was that?
14     **A.  It does not say that I can tell.**
15     Q.  And what's the date on there?
16     **A.  July 8th, 1971.**
17     Q.  And where was that appointment?  What
18  part of the Library were you appointed to?
19     **A.  It says Division, Descriptive Cataloging.**
20     Q.  And did you work with males in that
21  position?
22     **A.  Yes.  That's the same position as the**

24

1  **previous one.**
2      Q.  And are you making any claims that the
3  Library violated any of your rights either in the
4  case that you filed in Federal Court or in the case
5  that you filed in the Court of Federal Claims with
6  regard to that appointment?
7      **A.  No.**
8      Q.  I'd like to show you another document
9  that I'll have marked as Library Exhibit No. 5.
10             (Library Exhibit No. 5
11             was marked for identification.)
12     Q.  Take a look at that document that has
13  been marked as Library Exhibit No. 5.  Can you tell
14  us what that document is?
15     **A.  It's called Personnel Action**
16  **Recommendation.**
17     Q.  And who is listed on that document under
18  the column 1?
19     **A.  Myself.**
20     Q.  And under column 6 it lists a From title.
21     **A.  Yes.**
22     Q.  And that is Librarian, Descriptive

25

1  Cataloger?
2      **A.  Yes.**
3      Q.  And it is to what?
4      **A.  It is to a Grade 11.**
5      Q.  So this was a promotion that you
6  received?
7      **A.  Yes.**
8      Q.  And the date is listed in column 2 to the
9  right at the top?
10     **A.  Yes.**
11     Q.  And the date that it's requested is July
12  19th, 1971?
13     **A.  Yes.**
14     Q.  And the effective date is listed on
15  column 22?
16     **A.  Yes.**
17     Q.  And is that date August 9th, 1971?
18     **A.  Yes.**
19     Q.  Did you work with males during that
20  period of time?
21     **A.  Yes.**
22     Q.  And are you making a claim with regard to

Mansfield, Judith A.                                          April 17, 2007
Washington, DC

8 (Pages 26 to 29)

|  | 26 |
|---|---|
| 1 | any actions the Library took or did not take |
| 2 | concerning your case in the District Court or your |
| 3 | case in the Court of Claims with regard to this |
| 4 | promotion? |
| 5 | **A.  No.** |
| 6 | Q.  I show you another document which we'd |
| 7 | like marked as Library Exhibit No. 6. |
| 8 | (Library Exhibit No. 6 |
| 9 | was marked for identification.) |
| 10 | Q.  Would you take a look at that document, |
| 11 | please? |
| 12 | **A.  Yes.** |
| 13 | Q.  And what is that document? |
| 14 | **A.  It's a Notice of Personnel Action.** |
| 15 | Q.  And whose name is listed at the top? |
| 16 | **A.  Mine.** |
| 17 | Q.  And the date on the document, is that |
| 18 | August 9th, 1971? |
| 19 | **A.  Yes.** |
| 20 | Q.  And the effective date of this document |
| 21 | is August 9th, 1971? |
| 22 | **A.  Yes.** |

|  | 27 |
|---|---|
| 1 | Q.  And again the position, in the From |
| 2 | column, is Librarian, Descriptive Cataloger? |
| 3 | **A.  Yes.** |
| 4 | Q.  And what is this? |
| 5 | **A.  It seems to show a promotion from 9 to** |
| 6 | **11.** |
| 7 | Q.  And the 9 to 11 change is listed in the |
| 8 | From column under GS, and 1110 is the position |
| 9 | series.  Correct? |
| 10 | **A.  No, it's 1410.** |
| 11 | Q.  And the grade is 11.  Is that correct? |
| 12 | **A.  In the To column, yes.** |
| 13 | Q.  And did you work with males at the time |
| 14 | you received this promotion? |
| 15 | **A.  Yes.** |
| 16 | Q.  And are you making a claim with the |
| 17 | Library for anything the Library did or did not do |
| 18 | with regard to that promotion? |
| 19 | **A.  No.** |
| 20 | Q.  I'd like to show you another document |
| 21 | which we'd like marked as Library Exhibit No. 7. |
| 22 | (Library Exhibit No. 7 |

|  | 28 |
|---|---|
| 1 | was marked for identification.) |
| 2 | Q.  Would you take a look at that document, |
| 3 | Exhibit No. 7, please? |
| 4 | **A.  Yes.** |
| 5 | Q.  And what is that document? |
| 6 | **A.  A Personnel Action Recommendation.** |
| 7 | Q.  And what is the date? |
| 8 | **A.  It says 6 October 1975.** |
| 9 | Q.  And the name listed under the Name column |
| 10 | is what name? |
| 11 | **A.  Judith Schmidt.** |
| 12 | Q.  Judith G. Schmidt? |
| 13 | **A.  Right.** |
| 14 | Q.  And is that you? |
| 15 | **A.  Yes.** |
| 16 | Q.  And going to the From column, it shows |
| 17 | that you are a Librarian, Descriptive Cataloger. |
| 18 | **A.  Yes.** |
| 19 | Q.  And what is this document? |
| 20 | **A.  It is a Personnel Action Recommendation.** |
| 21 | Q.  And does the document have Detail under |
| 22 | your name? |

|  | 29 |
|---|---|
| 1 | **A.  Yes.** |
| 2 | Q.  And it's a detail to where? |
| 3 | **A.  Cataloging in Publication.** |
| 4 | Q.  And where were you at the time, if you |
| 5 | recall?  Were you in cataloging in publication? |
| 6 | **A.  I was being detailed from the Descriptive** |
| 7 | **Cataloging Division, English Section, to the** |
| 8 | **Cataloging in Publication Division, which was part** |
| 9 | **of the Descriptive Cataloging Division.** |
| 10 | Q.  And were there males working in the |
| 11 | Cataloging in Publication Division at that point? |
| 12 | **A.  In which office?** |
| 13 | Q.  Which office were you in at that point in |
| 14 | time? |
| 15 | **A.  I was in the English Language Section II.** |
| 16 | Q.  Which is listed in the From column? |
| 17 | **A.  Correct.** |
| 18 | Q.  And you were going to the Cataloging in |
| 19 | Publication Section, which is column number 15 just |
| 20 | straight across from the -- |
| 21 | **A.  Yes.  You're right.  Yes.** |
| 22 | Q.  And so you were going from English |

Case 1:05-cv-01790-RMU    Document 27-5    Filed 12/04/2007    Page 10 of 56

```
                                            30
1    Language Section II to Cataloging in Publication?
2        A.  Yes.
3        Q.  Were there males in English Language
4    Section II?
5        A.  I think so, but I cannot be certain.
6        Q.  Are you making any claims with regard to
7    your detail from the Cataloging, English Language
8    Section II, to the Cataloging in Publication
9    section?
10       A.  I don't understand that question.
11       Q.  My question is:  Are you making a claim
12   in either your case in the Court of Claims or your
13   case in the District Court with regard to your
14   detail from English Language Section II to the
15   Cataloging in Publications section?
16       A.  No.
17       Q.  I'd like to show you the next document
18   that we'd like marked as Library Exhibit No. 8.
19                (Library Exhibit No. 8
20                was marked for identification.)
21       Q.  Can you take a look at that document,
22   please?
```

```
                                            31
1        A.  Yes.
2        Q.  Have you had a chance to take a look at
3    it?
4        A.  Yes.
5        Q.  And what is this document?
6        A.  It's called Notice of Personnel Action.
7        Q.  And whose name is listed at the top of
8    that?
9        A.  Judith G. Schmidt.
10       Q.  And is that also your Social Security
11   number there?
12       A.  Yes.
13       Q.  And the date on the document, going
14   across to the right, is that October 23rd, 1975?
15       A.  Yes.
16       Q.  And the effective date, does it appear to
17   be October 6th, 1975?
18       A.  It appears to be, but the print is very
19   faint.
20       Q.  And in the From column, is that
21   Librarian, Descriptive Cataloger?
22       A.  Yes.
```

```
                                            32
1        Q.  And is the bottom column English Language
2    Section I?
3        A.  No.
4        Q.  What is that?
5        A.  It says English Language Section II.
6        Q.  And what is that document?
7        A.  It is a Notice of Personnel Action.
8        Q.  And what personnel action is being taken?
9        A.  It says detail not to exceed 1-3-76, I
10   believe.
11       Q.  So this is a detail to where?
12       A.  At the bottom it says detailed to
13   Cataloging in Publication section.
14       Q.  Are you making a claim with regard to
15   your detail at that point in time with either your
16   case in the Court of Claims or your case in the
17   District Court?
18       A.  No.
19       Q.  I show you another document which we'd
20   like marked as Library Exhibit No. 9.
21                (Library Exhibit No. 9
22                was marked for identification.)
```

```
                                            33
1        Q.  Take a look at that document.  Is this
2    also a Personnel Action Recommendation?
3        A.  Yes.
4        Q.  And is that your name under number two,
5    the Name column?
6        A.  Yes.
7        Q.  And it's listed as Judith Schmidt.  Is
8    that correct?
9        A.  Yes.
10       Q.  And the date of the request in column 1,
11   is that 24 December 1975?
12       A.  Yes.
13       Q.  And under the nature of the action, is it
14   listed as an extension of the detail?
15       A.  Yes.
16       Q.  And what was being done with this
17   document, if you recall?  In the From column it
18   lists you as a Librarian, Descriptive Cataloger.
19       A.  Yes.
20       Q.  And in the To column it lists undescribed
21   duties.
22       A.  Yes.
```

Mansfield, Judith A.                                  April 17, 2007
Washington, DC

10 (Pages 34 to 37)

---

**34**

1    Q.   And it also lists you under section 15 of
2  the Cataloging in Publication section.
3      A.   Yes.
4      Q.   What was happening at that point in time,
5  if you recall?
6      A.   Well, I can't quite figure it out.  It
7  looks like, based on Exhibit 7, that I was detailed
8  on October 6th not to exceed 90 days, which would
9  have terminated early January, so it looks like
10  this one --
11      Q.   Meaning Exhibit 9?
12      A.   Meaning Exhibit 9 is extending me for
13  another 90 days to the same activity of Cataloging
14  in Publication division, undescribed duties.
15      Q.   And the beginning date is listed in
16  column number five that says January 3rd, 1976.
17      A.   Yes.
18      Q.   And it's not to exceed 90 days?
19      A.   Yes.
20      Q.   Why were you continuing to get not to
21  exceed appointments at that point in time, if you
22  recall?

---

**35**

1      A.   I don't know.
2      Q.   Are you making a claim either in the
3  District Court or the Court of Claims with regard
4  to the extension of your detail at that point in
5  time?
6      A.   No.
7      Q.   I'd like to show you another document
8  which we'd like marked as Library Exhibit No. 10.
9          (Library Exhibit No. 10
10          was marked for identification.)
11      Q.   Take a look at that document.  Is that
12  your name listed under the Name column?
13      A.   Yes.
14      Q.   And the effective date, is that January
15  5th, 1976?
16      A.   January 5th, 1976, yes, I think so.
17      Q.   And under the nature of the action, is
18  that listed as extension of detail NTE, not to
19  exceed, April 3rd, 1976?
20      A.   Yes.
21      Q.   So that's a continuation of the detail
22  that you were already in.  Is that correct?

---

**36**

1      A.   Yes, it looks that way.
2      Q.   And are you making a claim either in the
3  District Court or the Federal Court of Claims with
4  regard to that extension of your detail?
5      A.   No.
6      Q.   I show you a document that we'd like
7  marked as Library Exhibit No. 11.
8          (Library Exhibit No. 11
9          was marked for identification.)
10      Q.   Could you take a look at that document?
11  Is that your name listed at the top?
12      A.   Yes.
13      Q.   And it's listed there as Judith G.
14  Schmidt.  Is that correct?
15      A.   Yes.
16      Q.   And this is a personnel action
17  recommendation.  Is that correct?
18      A.   Yes.
19      Q.   And the date of the request is 9 April
20  1976?
21      A.   Yes.
22      Q.   And the nature of the action is a

---

**37**

1  termination of detail?
2      A.   Yes.
3      Q.   And the termination proposed date would
4  be 4 April 1976?
5      A.   Yes.
6      Q.   And under the From column you were
7  terminated from your detail from undescribed
8  duties.  Is that correct?
9      A.   Yes.
10      Q.   And was that in the Cataloging in
11  Publication section?
12      A.   Maybe.
13      Q.   So that was not a section?
14      A.   I don't recall, but I think on one of
15  these previous pieces of paper it said office.
16      Q.   And you were going to the position of
17  Librarian, Descriptive Cataloger in column 9?
18      A.   I was going to that position, yes.
19      Q.   And you were going back in column 15 to
20  the English Language Section II?
21      A.   Yes.
22      Q.   Are you making a claim in District Court

Case 1:05-cv-01790-RMU     Document 27-5     Filed 12/04/2007     Page 12 of 56

38

1  or the Court of Claims against the Library for any
2  actions that took place during that termination of
3  your detail?
4      A.  No.
5      Q.  I'd like to show you a document that we'd
6  like marked as Library Exhibit No. 12.
7          (Library Exhibit No. 12
8          was marked for identification.)
9      Q.  Take a look at that document, please.  Is
10  that your name listed at the top of that document,
11  Judith G. Schmidt?
12     A.  Yes.
13     Q.  And this is a Personnel Action
14  Recommendation?
15     A.  Yes.
16     Q.  And the date of the request is August
17  11th, 1977?
18     A.  Yes.
19     Q.  And this is a promotion?
20     A.  Yes.
21     Q.  In the From column you are a Librarian,
22  Descriptive Cataloger, and you will become a

39

1  Librarian, Senior Descriptive Cataloger.  Is that
2  correct?
3      A.  Yes.
4      Q.  And it's still in the English Language
5  Section II?
6      A.  Yes.
7      Q.  Are you making claim against the Library
8  either in the District Court or the Federal Court
9  of Claims for any actions that the Library took or
10  did not take with regard to that promotion?
11     A.  No.
12         (Library Exhibit No. 13
13         was marked for identification.)
14     Q.  Would you take a look at Exhibit 13,
15  please?
16     A.  Yes.
17     Q.  Is this a Notification of Personnel
18  Action?
19     A.  Yes.
20     Q.  And is that your name at the top?
21     A.  Yes.
22     Q.  Judith G. Schmidt.  And the date of the

40

1  document is August 29th, 1977.  Is that not
2  correct?
3      A.  Yes.
4      Q.  And it is a promotion again under Nature
5  of Action?
6      A.  Not again.  It's the same one that was
7  described in --
8      Q.  It's the same promotion?
9      A.  -- that was described in 12, I believe,
10  in your Exhibit No. 12.  Isn't it?  It refers to
11  the same promotion.
12     Q.  Let's go on to the next exhibit, Exhibit
13  14.
14         (Library Exhibit No. 14
15         was marked for identification.)
16     Q.  Would you take a look at that document?
17     A.  Yes.
18     Q.  And is that your name listed under the
19  Name column?
20     A.  Yes.
21     Q.  And the date it April 14th, 1978?
22     A.  Yes.

41

1      Q.  And the nature of the action is what?
2      A.  It says Trans.
3      Q.  And under the From column it is listed as
4  a Senior Descriptive Cataloger.  Is that correct?
5      A.  Yes.
6      Q.  And it's to a Supervisory Librarian,
7  Supervisor Identification and Research Unit?
8      A.  It's the Identification and Search Unit.
9      Q.  And that's still within the Library?
10     A.  It's in the United States Copyright
11  Office.
12     Q.  So you were going from the English
13  Language Section to the Copyright Office?
14     A.  Yes.
15     Q.  And you were going to the Acquisitions
16  and Processing Deposits and Acquisitions Section,
17  Identification and Search Unit?
18     A.  Yes.
19     Q.  Are you making a claim against the
20  Library either in the District Court or the Court
21  of Claims with regard to that transfer?
22     A.  No.

Mansfield, Judith A.                                      April 17, 2007
Washington, DC

12  (Pages 42 to 45)

42

1   Q.  I'll show you another document.
2             (Library Exhibit No. 15
3             was marked for identification.)
4   Q.  Would you take a look at that document?
5   A.  Yes.
6   Q.  And is that your name listed under the
7   Name column?
8   A.  Yes.
9   Q.  Judith G. Schmidt?
10  A.  Yes.
11  Q.  And the date of the request is October
12  2nd, 1979?
13  A.  Yes.
14  Q.  And what is the nature of this action?
15  A.  It says transfer, promotion and
16  conversion to indefinite.
17  Q.  And under the From column is it listed as
18  from Supervisory Librarian, Supervisor,
19  Identification and Search Unit to Librarian,
20  Technical Officer for Acquisition -- and the Cat,
21  is that Cataloging?
22  A.  Yes.

43

1   Q.  And is the Proc Processing?
2   A.  Yes.
3   Q.  Was this still within Copyright?
4   A.  No.
5   Q.  You were being transferred to where?
6   A.  The Office of the Assistant Librarian for
7   Processing Services.
8   Q.  And are you making a claim either in the
9   District Court or the Court of Claims with regard
10  to any actions that occurred during that transfer?
11  A.  No.
12            (Library Exhibit No. 16
13            was marked for identification.)
14  Q.  Would you take a look at that document?
15  Is that your name listed at the top?
16  A.  Yes.
17  Q.  And this document is a Personnel Action
18  Recommendation, and is the date of the request
19  September 30th, 1981?
20  A.  Yes.
21  Q.  Under the nature of the action, that is
22  an extension of the indefinite, I'm assuming

44

1   Ind. --
2   A.  Yes.
3   Q.  And Transfer I assume is Trans.
4   A.  Yes, I would assume that myself.
5   Q.  And at the bottom it just lists from
6   Libn.  Do you know what the initials below that
7   are?
8   A.  You mean the Tech. Off.?
9   Q.  Yes.
10  A.  Technical Officer for Acquisitions,
11  Cataloging and Processing.
12  Q.  And where was that?
13  A.  That was in the Office of the Assistant
14  Librarian for Processing Services.
15  Q.  Are you making a claim against the
16  Library, either in the District Court or the Court
17  of Claims, with regard to that indefinite transfer?
18  A.  No.  That was an extension of the NTE
19  appointment.
20            (Library Exhibit No. 17
21            was marked for identification.)
22  Q.  Would you take a look at that document?

45

1   Is that your name at the top?
2   A.  Yes.
3   Q.  And the date of the request listed in
4   column number 5 to the right, is that November 3rd,
5   1981?
6   A.  Yes.
7   Q.  And the nature of the action is a
8   transfer change to a lower grade?
9   A.  Yes.
10  Q.  And the From column lists Librarian,
11  Technical Office, Acquisition Cataloging.  Is that
12  what that is?
13  A.  Acquisitions Cataloging and Processing,
14  yes.
15  Q.  And it's to Supervisory Librarian.  I
16  can't make out the writing below that.
17  A.  I can't, either.
18  Q.  But that was in the division/office, at
19  the bottom under column 36, Descriptive Cataloging?
20  A.  Yes.
21  Q.  In the Office of the Chief Librarian was
22  the section?

46

1    A.  Yes.
2    Q.  Are you making a claim against the
3  Library either in the District Court or in the
4  Court of Claims with regard to that transfer?
5    A.  No.
6        **(Library Exhibit No. 18**
7        **was marked for identification.)**
8    Q.  Would you take a look at that document
9  which has been marked as Library Exhibit No. 18?
10  Is that your name listed under the Name column
11  under one?
12    A.  Yes.
13    Q.  And the date of the request is August 19,
14  1982 under number 5?
15    A.  Yes.
16    Q.  And the nature of the action is
17  recommended detail.  Is that correct?
18    A.  Yes.
19    Q.  And under the From column it says
20  Supervisory Librarian Assistant Cord.  What is
21  that?
22    A.  Coordinator.

47

1    Q.  Cooperative Cataloging Project, I'm
2  assuming that's what that is.
3    A.  Yes.
4    Q.  And you're going from that to undescribed
5  duties?
6    A.  Yes.
7    Q.  And you're going from the descriptive
8  cataloging section to the cooperative cataloging
9  project.  It looks like that's under the section.
10    A.  Yes.  That's listed as the section name.
11    Q.  And you're going to the English Language
12  Section I.  Is that correct?
13    A.  Yes.
14    Q.  Are you making a claim against the
15  Library, either in the District Court or in the
16  Court of Federal Claims, with regard to this
17  detail?
18    A.  No.
19        **(Library Exhibit No. 19**
20        **was marked for identification.)**
21    Q.  Take a look at this document.  It's a
22  Personnel Action Recommendation.  Is that your name

48

1  listed at the top?
2    A.  Yes.
3    Q.  And under column number 5 the date is
4  December 13th, 1982?
5    A.  Yes.
6    Q.  Under the nature of the action, is that a
7  termination of detail?
8    A.  Yes.
9    Q.  And under the From column, it's from
10  undescribed duties to Supervisory Librarian,
11  Assistant Coordinator, Cooperative Cataloging
12  Project, so you're going back.  Is that correct?
13    A.  Yes.
14    Q.  And are you making a claim against the
15  Library either in your case in District Court or in
16  the Court of Claims with regard to that termination
17  of detail?
18    A.  No.
19        **(Library Exhibit No. 20**
20        **was marked for identification.)**
21    Q.  Would you take a look at the document
22  marked Exhibit 20?  Is that a Notification of

49

1  Personnel Action?
2    A.  Yes.
3    Q.  And is that your name listed in column 1?
4    A.  Yes.
5    Q.  And the name listed there is Judith G.
6  Fenly?
7    A.  Yes.
8    Q.  And is the date of oath --
9    A.  Date of oath?
10    Q.  It says 7-01-69.  It's not the date of
11  the document.  Look at the bottom right, column 34.
12  The date, is that September 3rd, 1986?
13    A.  Yes.
14    Q.  And the From column, is that from
15  Assistant Coordinator, Cooperative Cataloging
16  Project to Auto Operations Coordinator?
17    Q.  And the grade on that is from a GS-12 to
18  a GS-13?
19    A.  Yes.
20    Q.  Are you making a claim either in your
21  case in the District Court or your case in the

Mansfield, Judith A.                                      April 17, 2007
Washington, DC

14 (Pages 50 to 53)

|  | 50 |
|---|---|
| 1 | Court of Claims with regard to this action which is |
| 2 | under the nature of the action of a promotion? |
| 3 | A. No. |
| 4 | (Library Exhibit No. 21 |
| 5 | was marked for identification.) |
| 6 | Q. I'd like to show you a document which has |
| 7 | been marked as Exhibit No. 21. Is that your name, |
| 8 | Judith G. Fenly, at the top? |
| 9 | A. Yes. |
| 10 | Q. And the nature of the action is a |
| 11 | transfer? |
| 12 | A. Yes. |
| 13 | Q. And it's a transfer from the Auto |
| 14 | Operations Coordinator position to the Auto Opns -- |
| 15 | what is that? |
| 16 | A. Operations. It's the same position. |
| 17 | Q. It's just a transfer to the same |
| 18 | position? |
| 19 | A. Yes. |
| 20 | Q. How did that come about? |
| 21 | A. I went from the descriptive cataloging |
| 22 | division to the shared cataloging division. |

|  | 52 |
|---|---|
| 1 | Q. And is that your name listed under the |
| 2 | Name column? |
| 3 | A. Yes. |
| 4 | Q. And the nature of the action is a |
| 5 | reassignment? |
| 6 | A. Yes. |
| 7 | Q. And the effective date listed in column 4 |
| 8 | is June 14th, 1992, to the extreme right? |
| 9 | A. Yes. |
| 10 | Q. And is it from the Auto Operations |
| 11 | Coordinator position to the Automations Operation |
| 12 | Coordinator position? |
| 13 | A. Yes. |
| 14 | Q. And could you tell me what that is? |
| 15 | A. That was the reorganization of the |
| 16 | cataloging directorate, and everyone was assigned |
| 17 | to a new position. |
| 18 | Q. To the same positions? |
| 19 | A. To the same positions. I don't know why |
| 20 | they do that this way. It's exactly the same |
| 21 | title. |
| 22 | Q. And are you making a claim either in your |

|  | 51 |
|---|---|
| 1 | Q. So it was the section that changed? |
| 2 | A. The division. |
| 3 | Q. And is the date of that March 10th, 1989? |
| 4 | A. That's the date of the document. |
| 5 | Q. And what was the date of the action |
| 6 | itself? |
| 7 | A. I can't tell. |
| 8 | Q. Is the effective date March 13th, 1989 in |
| 9 | column five, just below your date of birth? |
| 10 | A. Yes. |
| 11 | Q. And are you making a claim against the |
| 12 | Library in your case in the Court of Claims or the |
| 13 | District Court with regard to that transfer? |
| 14 | A. No. |
| 15 | Q. The document being marked right now is |
| 16 | Library Exhibit No. 22. |
| 17 | (Library Exhibit No. 22 |
| 18 | was marked for identification.) |
| 19 | Q. Take a look at the document that is |
| 20 | marked Library Exhibit No. 22. Is that a |
| 21 | Notification of Personnel Action? |
| 22 | A. Yes. |

|  | 53 |
|---|---|
| 1 | case in the District Court or the Court of Claims |
| 2 | with regard to that reassignment? |
| 3 | A. No. |
| 4 | Q. I show you a document that we'd like |
| 5 | marked as Library Exhibit No. 23. |
| 6 | (Library Exhibit No. 23 |
| 7 | was marked for identification.) |
| 8 | Q. Would you take a look at that document? |
| 9 | Is that a Personnel Action Recommendation, and is |
| 10 | that your name listed in the Name column? |
| 11 | A. Yes. |
| 12 | Q. And your name listed there is Judith A. |
| 13 | Mansfield? |
| 14 | A. Yes. |
| 15 | Q. And the date of the request listed in |
| 16 | column 5 is September 11th, 1997? |
| 17 | A. Yes. |
| 18 | Q. And in the Nature of the Action column, |
| 19 | is that a promotion not to exceed 120 days? |
| 20 | A. Yes. |
| 21 | Q. So you were being promoted from |
| 22 | Librarian, Automated Operations Coordinator, to |

54

1  Administrative Librarian, Assistant Chief, Arts and
2  Sciences Division?
3      A.  Yes.
4      Q.  And the date?  The request date is
5  September 11th, 1997.  Do you know the date it was
6  effective?
7      A.  It was proposed.  The proposed effective
8  date was September 28th, 1997, but that's not
9  always what actually happens.
10     Q.  Are you making a claim either in the
11  District Court or the Court of Claims against the
12  Library with regard to that promotion?
13     A.  I don't know.
14     Q.  You don't know?
15     A.  No.  I don't know.
16     Q.  Could you explain why?
17     A.  It seems to me it's probably connected to
18  claims.
19     Q.  Could you tell me how it's connected?
20     A.  Because I'm not sure of the degree to
21  which I did the chief's duties.
22     Q.  You're not certain of the degree --

55

1      A.  Mr. Wiggins retained some of the
2  decision-making authority when I was on that
3  detail.  He was -- well, wait a second.  He was at
4  that point permanently -- this is 1997.
5          He was permanently the Director for
6  Cataloging at that point, and he had been the
7  previous Chief of the Arts and Sciences Cataloging
8  Division.  I did the full range of the day-to-day
9  duties, but I cannot recall if I did all of the
10  decision-making, for example the budget, and so
11  that probably wasn't a budget period because
12  budgets would have been decided by this period.  It
13  wouldn't have been under review.
14     Q.  So if it wasn't a budget period and you
15  did not perform the budgetary duties, how then
16  would you have a claim against the Library for your
17  promotion to that position?
18     A.  As I said, I don't know.
19     Q.  You don't know?
20     A.  Right.
21     Q.  Can you tell me how you would have a
22  claim, if you had one?

56

1      A.  I don't know the answer to your question.
2      Q.  What is it that the Library did that says
3  that you should have a claim?
4      A.  To me that seems like a legal question
5  that I don't know the answer to.
6      Q.  You've made a claim against the Library.
7  Is that not correct?
8      A.  Yes.
9      Q.  And you would know the basis of your
10  claim.  Is that not correct?
11     A.  Yes.
12     Q.  So can you tell me how you would have a
13  claim against the Library for that promotion?
14         MR. FREDRICKSON:  It does call for a
15  legal conclusion, but you can attempt to answer it.
16     Q.  You may answer the question.
17     A.  Well, in the sense that I was doing the
18  duties of the chief position.  I was promoted to
19  the GS-14 but was still expected to do the Chief's
20  duties.
21     Q.  The chief of what, which position?
22     A.  Arts and Sciences Cataloging Division.

57

1      Q.  So you were promoted to the position of
2  Chief of Arts and Sciences --
3      A.  No.  It says I was promoted to the level
4  of Assistant Chief.
5      Q.  And who was the chief at that point?
6      A.  No one.
7      Q.  So there wasn't a chief?
8      A.  No.
9      Q.  But you were promoted to the chief's
10  position at what grade?
11     A.  No.  I was not promoted to the chief's
12  position.
13     Q.  But you were promoted to the assistant
14  chief's position?
15     A.  At the GS-14 level.
16     Q.  And was there a male in a similar
17  position?
18     A.  There had to have been.
19     Q.  Who was the male?
20     A.  Charles Fenly.
21     Q.  And who is Charles Fenly?
22     A.  He's a former employee of the Library of

16 (Pages 58 to 61)

---

**58**

1 **Congress.**
2    Q. And his name is spelled the same as your
3 name is?
4    **A. Correct.**
5    Q. Was he your husband?
6    **A. Yes, at one time.**
7    Q. And was he occupying the position that
8 whole time of assistant chief?
9    **A. He was rotating around as assistant chief**
10 **in various divisions. I can't tell you which**
11 **division he was in at that point in time.**
12    Q. Which sections would he have rotated
13 between?
14    **A. Social Sciences, Cataloging in**
15 **Publication. That's my recollection at this point.**
16    Q. And that would have been in 1997?
17    **A. Yes.**
18    Q. And he was paid at what salary?
19    **A. GS-14.**
20    Q. And you were being promoted to a GS-14?
21    **A. Yes.**
22    Q. And he was being paid as a GS-14?

---

**59**

1    **A. Yes.**
2    Q. So how does that indicate discrimination
3 or provide you with a claim?
4    **A. In the sense that in the position that he**
5 **was in he was not -- I believe that chiefs were**
6 **present in the division and people were occupying**
7 **the chief's PD. In my case nobody was occupying**
8 **the chief's PD, so I was responsible for doing**
9 **assistant chief and chief duties.**
10    Q. So is it your claim that you were doing
11 both chief and assistant chief's duties and he was
12 not doing assistant chief and chief's duties?
13    **A. I can't say that for sure, because that**
14 **was a long time ago. I don't recall.**
15    Q. And so can you help us understand, since
16 you've made the claim and you're asserting that
17 this is part of your claim --
18    MR. FREDRICKSON: I think that misstates
19 prior testimony, but you can attempt to answer it.
20    **A. Could you ask the question again?**
21    Q. My question is: How does the fact that
22 Mr. Fenly, according to you, was holding assistant

---

**60**

1 chief's positions and you were doing assistant
2 chief and chief's positions and you were paid at
3 the same salary of a GS-14 as he was, how did the
4 Library violate your rights?
5    **A. I don't know.**
6    Q. Did you complain to anyone in the Library
7 at that time?
8    **A. No.**
9    Q. You didn't complain to anyone with the
10 Library at that point?
11    **A. No.**
12    Q. I'd like to show a document that we'll
13 mark as Library Exhibit No. 24.
14          (Library Exhibit No. 24
15          was marked for identification.)
16    Q. Would you take a look at that document,
17 please? Is that a notification of personnel
18 action?
19    **A. Yes.**
20    Q. And is that your name at the top?
21    **A. Yes.**
22    Q. And the name listed there is Judith Anne

---

**61**

1 Mansfield. Is that not correct?
2    **A. Yes.**
3    Q. And the effective date of the action is
4 October 12, 1997?
5    **A. Yes.**
6    Q. And the nature of the action is a
7 promotion not to exceed February 8th, 1998. Is
8 that correct?
9    **A. Yes.**
10    Q. And under the From column it is from an
11 Automation Operations Coordinator to an
12 Administrative Librarian, Assistant Chief, Arts and
13 Sciences Division. Is that correct?
14    **A. Yes.**
15    Q. And are you making a claim either in the
16 District Court or the Court of Claims about your
17 promotion in this document?
18    **A. Well, since this document is the NPA that**
19 **goes with the PAR that is Exhibit 23, my answers**
20 **would be the same as to all your questions about**
21 **Exhibit 23. Do you want me to repeat them?**
22    Q. No. The only question I'd ask is: Did

---

**62**

1  you complain to anyone about this?
2  **A.  No, I did not complain to anyone.**
3            **(Library Exhibit No. 25**
4                 **was marked for identification.)**
5  **(Recess.)**
6      Q.  Would you take a look at the document
7  that has been marked for identification purposes as
8  Library Exhibit No. 25?
9      A.  Yes.
10     Q.  Do you know what this document is?
11     **A.  It's a cover page for a position**
12 **description.**
13     Q.  And is it the position description for an
14 administrative librarian?
15     A.  Yes.
16     Q.  A 1410 --
17     A.  Yes.
18     Q.  -- occupation code, and is it a Grade 14?
19     A.  Yes.
20     Q.  And it seems to be dated June 15th, 1992.
21     A.  Yes.
22     Q.  Is this the position to which you were

---

**63**

1  promoted?
2      **A.  Yes.  I'm just confused by that note in**
3  **the bottom box, but yes.  But wait a second.  This**
4  **detail was in --**
5      Q.  When you say "this detail", you're
6  referring to Exhibit No. 24?
7      **A.  Yes.  In Exhibit 24 it says -- it says**
8  **9332.**
9      Q.  Where do you see the 9332?
10     **A.  In box 15, 9332.  And then over here it**
11 **says 9332, so it is this position, it appears.**
12     Q.  So this appears to be the position that
13 you were promoted to, and it was a not to exceed
14 February 8th, 1998, looking at Exhibit No. 24?
15     **A.  Yes, but there's still something odd**
16 **about this.**
17     MR. FREDRICKSON:  I have to raise an
18 objection.  This does appear to be an incomplete
19 document.  It also says "Canceled" in handwriting
20 across the face of it, but you can ask your
21 questions.
22     THE WITNESS:  It appears to have been

---

**64**

1  canceled and it appears to have been reinstated,
2  but what I can't tell is whether it was a
3  legitimate position description during the time of
4  my detail.  I cannot tell that.
5      Q.  And what would you need to know to help
6  determine whether it was a legitimate position
7  description during that period of time?  What
8  information is not here?
9      **A.  I was detailed in 1997-'98.  It was**
10 **reinstated in 2002, which is after my detail.**
11     Q.  So the canceled date is in the right-hand
12 corner?
13     **A.  I cannot tell.  There were two down here**
14 **in box 24.  It says Canceled, and there's one that**
15 **looks like '97 and another set of initials that**
16 **look like '98.  I don't know.**
17     Q.  But do you recall being promoted to a
18 GS-14 Administrative Librarian position in the Arts
19 and Sciences Cataloging Division?
20     A.  Yes.
21     Q.  In 1997.  Is that correct?
22     A.  Yes.

---

**65**

1      Q.  And after that promotion you were
2  occupying a position similar to this, which is
3  Exhibit No. 25?
4      **A.  Yes, although this one doesn't appear to**
5  **be valid for that time period.**
6      Q.  Was there a time when the position that
7  you were promoted to was not valid?  Was there a
8  period of time after you were promoted in 1997 to
9  the position of Administrative Librarian, Assistant
10 Chief, Arts and Sciences Division, was there a
11 period of time that the position description to
12 which you were promoted was not valid?
13     **A.  I don't know.  I'm very confused by what**
14 **you've presented.**
15     Q.  I'll show you another document that I'd
16 like marked as Library Exhibit No. 26.
17            (Library Exhibit No. 26
18                 was marked for identification.)
19     Q.  Could you take a look at that document?
20     A.  Yes.
21     Q.  And this is a Personnel Action
22 Recommendation?

Mansfield, Judith A.                                    April 17, 2007

Washington, DC

18 (Pages 66 to 69)

---

66

1    **A. Yes.**
2    Q.  And is that your name listed under the
3    Name column?
4    **A. Yes.**
5    Q.  And under the nature of the action
6    recommended, it says change to lower grade?
7    **A. Yes.**
8    Q.  And the date of the request is January
9    16, 1998?
10    **A. Yes.**
11    Q.  And under the From column, it's from an
12    Administrative Librarian, Assistant Chief, ASCD,
13    Arts and Sciences Cataloging Division, to
14    Librarian, Automated Operations Coordinator.  Is
15    that correct?
16    **A. Yes.**
17    Q.  And was that a change to a lower grade?
18    **A. Yes.**
19    Q.  Why was there a change to a lower grade?
20    **A. It was the termination of the detail.**
21    Q.  So the detail terminated?
22    **A. Right.**

---

67

1    Q.  And you went back to the Automated
2    Operations Coordinator position?
3    **A. Correct.**
4    Q.  And who was your supervisor at that time?
5    **A. When I went back, I think the next person**
6    **that went in was Margaret Detwiler, the next person**
7    **who went in as Assistant Chief.**
8    Q.  I'd like to show you a document that I'd
9    like marked as Library Exhibit No. 27.
10    (Library Exhibit No. 27
11    was marked for identification.)
12    Q.  Would you take a look at that document?
13    Is this a Notification of Personnel Action?
14    **A. Yes.**
15    Q.  And is that your name under the Name
16    column?
17    **A. Yes.**
18    Q.  And the effective date is February 8th,
19    1998?
20    **A. Yes.**
21    Q.  And it says under the nature of the
22    action, change to a lower grade?

---

68

1    **A. Yes.**
2    Q.  And again it's from the Administrative
3    Librarian, Assistant Chief, Arts and Sciences
4    Division, to Librarian, Automated Operations
5    Coordinator?
6    **A. Well, it says Administrative Librarian,**
7    **Assistant Chief, Arts and Sciences Cataloging**
8    **Division to Librarian, Automated Operations**
9    **Coordinator.**
10    Q.  And is this the Notification of Personnel
11    Action related to Library Exhibit No. 26?
12    **A. Yes.**
13    Q.  And so this action actually occurred at
14    that time?
15    **A. Yes.**
16    Q.  Are you making a claim in either your
17    case in the District Court or the Court of Claims
18    against the Library for that change to a lower
19    grade?
20    **A. No.**
21    Q.  I'd like to show you a document that we'd
22    like marked as Library Exhibit No. 28.

---

69

1    (Library Exhibit No. 28
2    was marked for identification.)
3    Q.  Take a look at that document.  Is this a
4    Personnel Action Recommendation?
5    **A. Yes.**
6    Q.  And is that your name under the Name
7    column?
8    **A. Yes.**
9    Q.  And at the top it says Received, and the
10    date is May 14th, 1998?
11    **A. Yes, and Director of Personnel is**
12    **underneath that.**
13    Q.  And is the nature of the action a
14    promotion?
15    **A. Yes.**
16    Q.  And the promotion is from what?
17    **A. It is from Librarian, Automated**
18    **Operations Coordinator.**
19    Q.  To?
20    **A. Administrative Librarian, Chief, ASCD.**
21    Q.  And what grade is that?
22    **A. 15.**

---

**70**

1    Q. How much time elapsed, looking at Library
2 Exhibit No. 27, between your change to the lower
3 graded position, which was the Automated Operations
4 Coordinator position? How much time elapsed
5 between the two?
6    A. Between the termination of the detail to
7 Assistant Chief to the beginning of the competitive
8 assignment?
9    Q. Yes.
10    A. That would be February 8th, 1998 to --
11 well, I can't quite tell because it has a proposed
12 effective date which I don't think was the actual
13 effective date of May, but it was something in
14 excess of three months.
15    Q. Let me make certain I understand this.
16 Looking at Library Exhibit No. 27, you were changed
17 to a lower grade, you went to a Grade 13, you were
18 in a GS-14 position that you occupied at that time,
19 and then about three months later you are promoted
20 to the chief's position. Is that correct?
21    A. I didn't quite follow your chronology.
22    Q. Looking at Library Exhibit No. 27, under

**71**

1 the From column it says that you were the Assistant
2 Chief of the Arts and Sciences Division at that
3 point. Is that correct?
4    A. Yes. That's in the From column.
5    Q. And you were a GS-14.
6    A. Correct.
7    Q. And then you were lowered or you were
8 changed to an Automated Operations Coordinator, a
9 GS-13 position.
10    A. Yes.
11    Q. And looking at Library Exhibit No. 28,
12 there's a recommendation to promote you to the
13 chief of that position?
14    A. Chief of the Arts and Sciences Cataloging
15 Division? Is that what you're asking?
16    Q. Yes.
17    A. Yes, that's correct.
18    Q. Why was it necessary to take you out of
19 the assistant chief's position, place you in the
20 lower graded position, only to then promote you to
21 the chief of the division at a GS-15?
22    MR. FREDRICKSON: I'll object to the

**72**

1 question, but you can attempt to answer it.
2    A. The assistant chief position was a
3 detail, and it was for 120 days. At the end of the
4 detail I was put back in the position that I went
5 to the assistant chief position from, which was
6 Automated Operations Coordinator, and the two
7 positions were two different grades.
8    Q. I'm trying to figure out why they would
9 lower you a grade to just promote you after that.
10    A. I don't know. The detail was over and
11 there was a posting that I applied for.
12    Q. Did they cancel that GS-14 at that point
13 in time after you left the position?
14    A. No, not to my knowledge.
15    Q. Looking at Library Exhibit 25 --
16    A. I've got it.
17    Q. Was that position canceled after you
18 left?
19    A. It may have been. I cannot tell from
20 this.
21    Q. So it may have been canceled after you
22 left?

**73**

1    A. Right. That would be after many of us
2 left.
3    Q. And when you went down to the GS-13
4 level, then the chief's position was advertised.
5 Is that correct?
6    A. Yes.
7    Q. Was the chief's position vacant at that
8 time, at the time that you were assistant chief?
9    A. Yes.
10    Q. Could you not have been promoted to the
11 chief's position while occupying the assistant
12 chief's position?
13    A. I don't know.
14    Q. Did you complain to anyone about your
15 change to a lower grade position?
16    A. No. Do you mean when I was demoted from
17 Administrative Librarian back to Automated
18 Operations Coordinator in February? No, I did not
19 complain.
20    Q. And are you making a claim against the
21 Library for that change?
22    A. No.

Mansfield, Judith A.                                   April 17, 2007
Washington, DC

20 (Pages 74 to 77)

74

1    Q.  When you were promoted to the position of
2  Administrative Librarian, Chief, Arts and Sciences
3  Cataloging Division did you file a complaint about
4  that?
5    **A.  When I was promoted?  No, I didn't file a**
6  **complaint about the promotion to that position.**
7    Q.  I'd like to show you a document that
8  we're going to mark as Library Exhibit No. 29.
9          (Library Exhibit No. 29
10             was marked for identification.)
11    Q.  Would you take a look at that document?
12  Is this a Notification of Personnel Action?
13    **A.  Yes.**
14    Q.  And is that your name at the top under
15  the Name column?
16    **A.  Yes.**
17    Q.  And is the effective date May 24th, 1998?
18    **A.  Yes.**
19    Q.  And is the nature of the action a
20  promotion?
21    **A.  Yes.**
22    Q.  And does this Notification of Personnel

75

1  Action promote you from the Automated Operations
2  Coordinator position, GS-13 grade, to the
3  Administrative Librarian, Chief, Arts and Sciences
4  Cataloging Division, GS-15?
5    **A.  Yes.**
6    Q.  And did you complain about that
7  promotion?
8    **A.  No.**
9    Q.  Is the claim that you're making in the
10  District Court or in the Court of Federal Claims
11  related to that promotion?
12    **A.  Yes.**
13    Q.  Can you tell me how it's related?
14    **A.  Because the complaint has to do with the**
15  **performance of the duties at the senior level for**
16  **which I was not compensated at the senior level.  I**
17  **was compensated at the GS-15 level —**
18    Q.  So let me make certain I understand.
19    **A.  -- and I did not know that until after**
20  **the appointment.**
21    Q.  So you didn't know until after the
22  appointment that you should have been promoted to a

76

1  senior level instead of the 15?
2    **A.  Correct.**
3    Q.  And how did you arrive at that
4  conclusion?
5    **A.  Because my supervisor, Mr. Wiggins, told**
6  **me that the chief positions were senior level, I**
7  **assume in his opinion.**
8    Q.  Did you complain to him at the time of
9  the promotion?
10    **A.  No.**
11    Q.  Did you complain to anyone at the time of
12  your promotion within the Library?
13    **A.  No.**
14    Q.  When did you first complain about the
15  duties, as you say, and the fact that it should
16  have been a senior level position?
17    **A.  To actually register a complaint as**
18  **opposed to having discussions, an actual complaint**
19  **would have been in 2005.**
20    Q.  When did Mr. Wiggins tell you that the
21  grade level should have been an SL?
22    **A.  In 1998.**

77

1    Q.  In '98.  When in '98?
2    **A.  Maybe the fall.  I'm not sure.**
3    Q.  And what exactly did he tell you?
4    **A.  I don't recall.**
5    Q.  Do you recall any of the conversations
6  that he had with you concerning the fact that that
7  position should have been an SL?
8    **A.  Not at this time.  I don't recall any**
9  **specifics dating back to that time at this time.**
10    Q.  And what did you do, if anything, after
11  he told you that?
12    **A.  Nothing.  I did not -- well, what are you**
13  **asking me?**
14    Q.  What did you do?
15    **A.  I did not file a complaint, if that's**
16  **what you're asking.**
17    Q.  Did you tell him that you wanted to be an
18  SL at that time?
19    **A.  No, I did not.**
20    Q.  Did you tell anyone you wanted to be an
21  SL at that time?
22    **A.  No.**

78

1    Q.  Did Mr. Wiggins at that point in time do
2  a desk audit?
3    **A.  My understanding is that it may have been**
4  **done prior to that time.**
5    Q.  Prior to 1998?
6    **A.  Possibly. I'm not sure.**
7    Q.  Did you request a desk audit?
8    **A.  No.**
9    Q.  Did anyone that you know request a desk
10  audit for you on your behalf?
11    **A.  I don't know.**
12    Q.  I'll show you a document that I'd like
13  marked as Library Exhibit No. 30.
14              (Library Exhibit No. 30
15              was marked for identification.)
16    Q.  Would you take a look at that document?
17    **A.  Yes.**
18    Q.  Is this a Notification of Personnel
19  Action?
20    **A.  Yes.**
21    Q.  And is that your name under the Name
22  column?

79

1    **A.  Yes.  It's missing the first letter of my**
2  **surname.**
3    Q.  The M?
4    **A.  Yes.**
5    Q.  And the effective date is September 22nd,
6  2002.  Is that not correct?
7    **A.  Yes.**
8    Q.  And this is a promotion not to exceed
9  January 19, 2003?
10    **A.  Yes.**
11    Q.  And what is this?
12    **A.  It is a Notice of Personnel Action for a**
13  **promotion not to exceed January 19th, 2003.**
14    Q.  So this was a promotion for you not to
15  exceed?
16    **A.  Yes.**
17    Q.  And how did this come about?
18    **A.  Mr. Wiggins asked me if I would do this**
19  **job.**
20    Q.  Do which job?
21    **A.  Do the detail to the Director for**
22  **Cataloging, and I said yes.**

80

1    Q.  And at that time you were the Chief of
2  the Arts and Sciences Cataloging Division?
3    **A.  Yes.**
4    Q.  Let me go back a step before we go into
5  this.  The cataloging division, can you tell me
6  what the cataloging division does?
7    **A.  The cataloging division is responsible**
8  **for cataloging materials, doing the analysis**
9  **description of materials for addition to the**
10  **Library's collections.  We serve both the users of**
11  **the Library of Congress as well as prepare data**
12  **that is distributed worldwide essentially.  To that**
13  **degree, we maintain and develop controlled**
14  **vocabularies that are standards for not only the**
15  **United States but standards that are used**
16  **internationally.**
17          **My division, ASCD, specifically addresses**
18  **those materials in the arts and sciences.  We**
19  **develop and promulgate policy associated with the**
20  **cataloging of materials in the arts and sciences.**
21    Q.  When you say standards, what are you
22  talking about?

81

1    **A.  Cataloging standards are things like**
2  **Library of Congress subject headings, Library of**
3  **Congress classifications.  Those are all developed**
4  **and maintained in house.**
5    Q.  The Library of Congress classification
6  standards that you're talking about, what are those
7  standards?
8    **A.  A classification system is a numerical**
9  **system for arranging like materials within**
10  **collections for the purpose of browsing and**
11  **collection development.  The Library of Congress**
12  **subject headings is a vocabulary, like a thesaurus**
13  **is a vocabulary, or a taxonomy is a vocabulary.**
14  **Library of Congress subject headings is one kind of**
15  **vocabulary that's used in the world.**
16          **Library of Congress subject headings are**
17  **used widely in the United States by the 100,000**
18  **libraries and they're also used internationally.**
19  **There are 300,000 terms in this vocabulary.  It's**
20  **kept up to date.  Staff who are specialists in the**
21  **sciences and staff who are specialists in the arts**
22  **develop terms, change terms, and provide references**

Mansfield, Judith A.                                    April 17, 2007

Washington, DC

22 (Pages 82 to 85)

---

82

1 for terms in this structure of language, and it's
2 through these structures that we provide access to
3 the analog and digital content of the Library's
4 collections.
5    Q.  Is that the only language or vocabulary
6 that is used?
7    A.  No, it is not the only vocabulary.  It is
8 the predominant vocabulary that is used in the
9 products of my division.  We also use vocabularies
10 from the National Library of Medicine, the National
11 Agricultural Library, the Art and Architecture
12 Thesaurus.  Those terms could appear in our
13 records.  We don't maintain those standards at the
14 Library of Congress.  They're maintained by other
15 organizations like the Getty Museum, the National
16 Agricultural Museum, the National Library of
17 Medicine.
18    Q.  And is that system similar to the Dewey
19 Decimal System?
20    A.  The Library of Congress classification is
21 the same kind of taxonomy as the Dewey Decimal
22 Classification System taxonomy in that it's

---

83

1 hierarchical.  The Dewey Decimal Classification
2 System is totally hierarchical, the LCCH is not
3 totally hierarchical, but they're comparable tools
4 for librarians to use.
5    Q.  Are there others?
6    A.  Classification systems?  There are not
7 very many classification systems in the world.  At
8 this moment I'm doing a listing ever vocabularies
9 and classifications for one of the Library
10 service's strategic planning groups.  We found a
11 universal decimal classification that no one uses.
12 So really there are two in the world that are
13 widely used.
14    Q.  And those two are?
15    A.  The Dewey Decimal and the Library of
16 Congress Classification.  There are also minor
17 ones.
18    Q.  You mentioned the National Medical
19 Library.  You don't do classifications for them?
20    A.  No.  They do their own classification.
21    Q.  So they have their own system?
22    A.  They have their own system based on ours.

---

84

1    Q.  And was the other architecture that you
2 said?
3    A.  The Art and Architecture Thesaurus is a
4 vocabulary, it's not a system.  The terms from the
5 Art and Architecture Thesaurus appear in Arts and
6 Sciences records.
7    Q.  The two main systems, the Dewey Decimal
8 System and the Library of Congress system, do they
9 change often?
10    A.  Yes.
11    Q.  How often?
12    A.  Weekly.
13    Q.  Weekly?
14    A.  Yes.
15    Q.  Meaning that they would change in terms
16 of the classification of the vocabulary that they
17 use?
18    A.  The staff in my division, just like the
19 staff in the Social Sciences Division, would do it
20 for social sciences materials.  The Arts and
21 Sciences cataloging staff are proposing new terms
22 all the time for these controlled vocabularies.

---

85

1 The same with the names and the same with the class
2 numbers.
3    Q.  So these are basically search terms, for
4 lack of other words, that individuals can use to
5 retrieve books and other materials.  Is that
6 correct?
7    A.  Yes.  It is one of the controlled
8 vocabularies or one way to retrieve materials.
9    Q.  I have, and I'm not going to introduce
10 this, this document.  Can you tell us what this is?
11    A.  This is an outline of the Library of
12 Congress classification.
13    Q.  What's the name of this document?
14    A.  LC Classification Outline.
15    Q.  And that's an outline of the Library's
16 classification system.
17    A.  Correct.
18    Q.  And can you tell me how one would use
19 that outline?
20    A.  I suppose that a reader would use this.
21 This is not something that's used by the staff of
22 the Arts and Sciences Cataloging Division.

---

**86**

1    Q.   So this is for a reader similar to me who
2  is looking for a book or something?
3    A.   Right.  Let's say you wanted to look for
4  something in the arts.  You might go to this table
5  right here in the beginning, and you would see down
6  here that fine arts is classed in N.  Then you
7  would flip over here.
8    Q.   To what page?  You were on page 1.
9    A.   It's not page 1.  It's the inside cover.
10  Librarians are very specific about those things.
11  Then we have to go over to where N begins, and
12  there's probably a table of contents.  N starts on
13  page 74.
14    Q.   And then I would do what from there?
15    A.   You could look through this.  I can't
16  imagine a user actually doing this, but since you
17  handed this to me --
18    Q.   Who would use that?
19    A.   This outline?
20    Q.   Yes.
21    A.   I'm not sure who would use it.
22    Q.   So you don't know who would use it?

**87**

1    A.   No.  We use the actual schedules.  This
2  is just a high level thing of basically where
3  things go.
4    Q.   You mean this book is a high level?
5    A.   It's like a summary.  I frankly don't
6  know what it's used for, but it's not used by the
7  staff here, and it would not be used by catalogers
8  outside the Library.
9    Q.   So who would use that, if anyone?
10    A.   I don't know.  Someone must use it or we
11  wouldn't publish it.  The classification schedules
12  that this summarizes are many shelves of materials,
13  many shelves.
14    Q.   So when you and your staff, the people
15  that you were supervising when you were Chief of
16  Arts and Sciences, what materials would you use and
17  how would you use those materials?
18    A.   What documentation would we use?
19    Q.   Yes.
20    A.   Actually the staff uses online
21  documentation, so they use ClassWeb, which contains
22  LCCH, and they use the Cataloger's Desktop, which

**88**

1  contains the Anglo-American Cataloguing Rules,
2  descriptive cataloging, manual subject cataloging,
3  manuals for classification, subject manual
4  classifications for subjects, and subject category
5  manuals for shelf listing.
6    Q.   So Anglo-American Cataloguing is also --
7    A.   That is for the descriptive portion of
8  the record.
9    Q.   So when the Library receives a book
10  through Copyright, the book comes to Copyright and
11  then the copy comes to Library Services.  Is that
12  correct?
13    A.   Well, one or both.
14    Q.   And the ones in Arts and Sciences
15  Cataloging, do those books come to your division?
16    A.   Yes.  That is some of what we receive.
17    Q.   And what would you do with the book once
18  you receive it?
19    A.   I'm using the LC Classification Outline,
20  and let's say the staff was going to catalog this
21  book.
22    Q.   And I have a book for you to catalog

**89**

1  also.
2    A.   I haven't cataloged since 1978, so you're
3  not going to want me to tell you how to catalog a
4  book.
5    Q.   I have a book here called Original Color
6  by Hugh Kennedy.  If your division received that
7  book, what would you do with it?
8    A.   What we want to do is take this book and
9  describe it such that it is unique, such that the
10  description is unique for this item in the
11  Library's collection.  We want the reader to be
12  able to get the record for that book and, by that
13  record, know that they've gotten to the exact
14  edition that they want of this book.
15      So they open the book and they look at
16  the title page and they look at the title and the
17  author and they look at the table of contents and
18  they look through the book, and they prepare a
19  description of the book based on elements that are
20  present in the areas that I just described.  They
21  will transcribe the title of the book and the
22  author, and then they will transcribe certain

Mansfield, Judith A.                                    April 17, 2007
                        Washington, DC

24 (Pages 90 to 93)

90

1  characteristics about the book, for example the
2  height, the number of pages, they will identify the
3  edition that the book is, and then they look at who
4  was responsible for the intellectual content of the
5  book.
6       So they'd say okay, in this case the
7  author's name is Hugh Kennedy, and they would say
8  what is his relationship in relation to this book,
9  is he the primary author or is he a secondary
10 author or is he just an editor or is he the
11 illustrator. They define his relationship in terms
12 of this book.
13      They then go on and say how does this
14 book fit into the collection, do we have other
15 editions, do we have other works by this author,
16 and if we have other works by this author what name
17 has this author used in the past and what name is
18 he using currently, and they then prepare an
19 authority record. If he's never appeared in our
20 catalog before they prepare an authority record for
21 this name.
22      Now, this could have been a corporate

91

1  author. It could have been by the University of
2  California Department of Astrophysics, and so if
3  the book were by that department they would prepare
4  an authority record for that name with the
5  cross-references and fit it into the existing
6  authority structure at the Library of Congress.
7       Then, according to a body of rules, they
8  would – do you not want to know about all this?
9       Q. I want to know about the rules.
10      A. So all of this is done according to the
11 Anglo-American Cataloging rules. They fit the
12 record into the authority file and prepare the
13 cross-reference structure. So if Jessie James has
14 published books by Jessie R. James and J. R. James
15 and Jessie James, Jr., we would link all those
16 names to one name that we decided was the primary
17 name that you use or the one that you use most
18 often.
19      If it's a corporate body you have to do
20 the same thing. If the Department of Astrophysics
21 used to be the Department of Physics or the
22 Department of Astronomy or both, you have to

92

1  develop cross-reference structures according to
2  rules to get the readers who might be looking for
3  the author to the right location.
4       This actually looks like a novel, but I'm
5  going to pretend that it's not a novel. And there
6  are multiple entries that we make for authors and
7  related links to the work.
8       Q. Let my ask one question before you go on.
9       MR. JAMES: I'd like to have this
10 document marked as Library Exhibit No. 31.
11      (Library Exhibit No. 31
12      was marked for identification.)
13      Q. You were talking about the authors and
14 linking it.
15      A. Yes.
16      Q. Would you take a look at that document
17 and tell me what it is?
18      A. This is the bibliographic record for this
19 book, I believe.
20      Q. And Hugh Kennedy, if you look at number
21 100 --
22      A. Yes, this is the same. This record is

93

1  for this book.
2       Q. Is that the type of record that your
3  staff would have prepared?
4       A. Well, we don't do fiction in the Arts and
5  Sciences Cataloging Division. Fiction is
6  considered on the easy end of cataloging.
7       Q. So you do which, non-fiction?
8       A. Arts and Sciences isn't fiction. Fiction
9  is done by History and Literature.
10      Q. But would you prepare a document similar
11 to that?
12      A. Yes.
13      Q. And what would be the purpose of that?
14      A. The purpose of a catalog record is to
15 connect the reader with the content of the
16 collections.
17      Q. So if that book, assuming that it was
18 non-fiction, arrived in your office, you would
19 prepare a record similar to that?
20      A. Yes.
21      Q. And then what would you do with that
22 record after you prepared it?

94

1    A.  We prepare it in Voyager, which is an
2  online cataloging system, and we complete the
3  cataloging, which we have not yet done with this
4  book.  We have not completed the cataloging.
5    Q.  So you would prepare that in Voyager?
6    A.  Correct.
7    Q.  And who has access to Voyager?
8    A.  The world.
9    Q.  So you would prepare it in a system that
10  the world could have access to?
11    A.  Correct.
12    Q.  And would they then use that outline that
13  you had for its material if it was cataloging a
14  book similar to that?  Would anyone else be
15  cataloging that book other than the Library at that
16  time?
17    A.  If they knew we were cataloging it.  They
18  usually don't want to catalog it because our
19  cataloging is used by other libraries and because
20  we're the premiere cataloging agency in the world.
21    Q.  So if the Library is cataloging and
22  preparing that material, the rest of the world

95

1  would not do that?
2    A.  Right.  I'm not saying that there's no
3  chance.  There might be somebody, but basically
4  people wait for our cataloging.  Libraries wait for
5  our cataloging.
6    Q.  So libraries around the world are waiting
7  for you to catalog it and to prepare a document
8  similar to Exhibit 31 in Voyager?
9    A.  Correct.
10    Q.  And then they would use a system similar
11  to that if the Library had not cataloged the book?
12  Would they put theirs in Voyager also?
13    A.  What system are you talking about?
14    Q.  I'm talking about the system that you
15  used, the Library's language or whatever it is, the
16  Library's cataloging system.  Do other libraries
17  use that same system?
18    A.  I don't understand your question,
19  Mr. James.
20    Q.  The LC Classification Outline, do other
21  libraries use that system?
22    A.  Yes.

96

1    Q.  And this is the same system that you use
2  to put your materials into Voyager?
3    A.  The online database into which my staff
4  inputs their records is called LCDB.  It is in a
5  system called Voyager, which is an integrated
6  online library system that is used by many
7  libraries in the United States but certainly not by
8  all.  There are many different online library
9  systems.
10    In order to prepare a predictable record
11  for other libraries to be able to incorporate in
12  their catalogs we use a set of standards.  They are
13  the Anglo-American Cataloguing Rules, and I've
14  explained to you how we would apply those to
15  describe this item uniquely, this book uniquely,
16  from any other book in the Library's collections.
17  We use the Anglo-American Cataloguing Rules to do
18  that.  Then we use LCC and LCSH to assign the
19  subject headings.
20    Q.  What is LCC?
21    A.  It's the Library of Congress
22  Classification.  Then we use LCSH, Library of

97

1  Congress Subject Headings, to assign the subject
2  headings.  If in any case the subject we need or
3  the class number we need is not there, my staff has
4  to develop that heading, has to develop that class
5  number.  They have to do research in order to do
6  that.
7    Q.  And so that's what your staff does that
8  you supervise?
9    A.  Correct.
10    Q.  Is there anything else that your staff
11  does that is not related to the classification that
12  you've just described?
13    A.  Yes.  They are responsible for preparing
14  and justifying changes or simplifications to
15  Library of Congress subject headings.  For example,
16  in the area of the arts, the Library of Congress
17  classification and subject heading structures had
18  become complex, too complex and difficult for other
19  libraries to apply on materials for which we were
20  not applying the cataloging, for which we were not
21  supplying the cataloging data, so the staff and
22  ASTD worked to simplify what the rules and

Mansfield, Judith A.                                           April 17, 2007
Washington, DC

26 (Pages 98 to 101)

---

**98**

1 procedures would be for the standards that the
2 Library of Congress promulgates, and our records
3 reflect those standards.
4      Q.   How many other chief's positions are
5 there in cataloging?
6      A.   Cataloging no longer exists.  It's now
7 Acquisitions and Bibliographic Access.
8      Q.   Let's go back to the period of 1997 to
9 2002.  Did cataloging exist during that period?
10     A.   Yes.
11     Q.   How many chief's positions were there?
12 Do you know?
13     A.   There were eight.
14     Q.   And who occupied those eight positions?
15     A.   In which year, '97 or 2002?
16     Q.   Let's do 2002.  Well, let me go back to
17 '97.
18     A.   Regene Ross was Chief of Social Sciences
19 Cataloging Division.  John Byrum was Chief of
20 Regional and Cooperative Cataloging Division.  Jeff
21 Heynen was Chief of History and Literature
22 Cataloging Division.  Sue Vita was Chief of Special

---

**99**

1 Materials Cataloging Division.  David Smith was
2 Chief of Decimal Classification Division.  John
3 Celli was Chief of Cataloging in Publication
4 Division.  Barbara Tillett was Chief of Cataloging
5 Policy and Support Office.  How many have I done?
6      Q.   I think you got them all.
7      A.   And in '97 there was no Chief of Arts and
8 Sciences Cataloging Division.
9      Q.   Let's go to the period of time that there
10 was a request for a desk audit of the position, of
11 the chief's position, the recommendation.  What
12 year was that?
13     A.   Which one?  The one that was made by
14 Beacher?
15     Q.   Well, let me back up.  Was there another
16 one that was made?
17     A.   That's what I was referring to earlier.
18 I think there was one earlier.
19     Q.   When was that?
20     A.   Before I became chief.
21     Q.   So before you became chief in 1998?
22     A.   Right.

---

**100**

1      Q.   Was there an audit?
2      A.   I cannot be sure, Jessie, I cannot be
3 sure, but I think so.
4      Q.   Do you know the results of that audit?
5      A.   That's what I think I know, but I'm not
6 sure.
7      Q.   Tell me what the results were.
8      A.   That they would not be -- I think
9 Mr. Wiggins had recommended them for SL, and I
10 think that the answer was no.  Well, I know it was
11 no because I didn't get it.
12     Q.   Sometime prior to you becoming the chief
13 Mr. Wiggins recommended it.  Who would he have made
14 that recommendation to, if you know?
15     A.   Well, I assume HR, but other than that, I
16 don't know.
17     Q.   Would it have been five years prior to
18 that?
19     A.   I don't know.
20     Q.   You don't have any idea of when it was,
21 but you do recall or you believe that it was done?
22     A.   I believe so.

---

**101**

1      Q.   And the answer back was no?
2      A.   Right.  That's my understanding.
3      Q.   And at the time of that request by
4 Mr. Wiggins, was Barbara Tillett a chief?
5      A.   I don't know.
6      Q.   You don't know?
7      A.   You mean when he requested it?
8      Q.   Yes.
9      A.   I don't know.
10     Q.   Was John Byrum a chief at that time?
11     A.   Yes.
12     Q.   So Byrum was a chief?
13     A.   Yes.
14     Q.   Was Sue Vita a chief?
15     A.   She had been a chief for some time, and
16 so had John Byrum, since they were both chiefs
17 before '92, and I became a chief in '98.
18     Q.   So Sue Vita would have been?
19     A.   Yes.
20     Q.   And the only person you're uncertain
21 about is Barbara Tillett?
22     A.   Correct.

---

Case 1:05-cv-01790-RMU    Document 27-5    Filed 12/04/2007    Page 28 of 56

102

1    Q.  So John Byrum was a senior level at that
2  time?
3    A.  Yes.  I'm assuming that, Jessie, because
4  if I found out right after I became chief I assume
5  that the request was within five years, so I'm
6  going on that assumption.  I probably shouldn't be
7  answering these questions.
8    Q.  That's all right.  I won't hold you
9  accountable.  So Sue Vita was an SL?
10    A.  I don't know.
11        MR. FREDRICKSON:  Can you pin down the
12  time frame better than that?
13    Q.  I'd like to show you a document which
14  we're about to mark as Library Exhibit 32.
15            (Library Exhibit No. 32
16            was marked for identification.)
17    Q.  Would you take a look at the document
18  that is marked as Library Exhibit 32?  What is
19  that?
20    A.  It's a Notice of Personnel Action.
21    Q.  And who is that Notice of Personal Action
22  for?

103

1    A.  John Byrum.
2    Q.  And under the column Nature of Action it
3  says promotion.  Is that correct?
4    A.  Yes.
5    Q.  And the date is at the bottom in column
6  34?
7    A.  Yes, the date of the action.
8    Q.  And the date of the action is May 20th,
9  1985.  Is that correct?
10    A.  Yes.  That's what it says.
11    Q.  And in the From column it says
12  Administrative Librarian, Chief?
13    A.  Yes.
14    Q.  And what is the Desc.?
15    A.  Descriptive.
16    Q.  Cataloging Division?
17    A.  Yes.
18    Q.  And it's also listed him as a chief at
19  that point.  Is that correct?
20    A.  Yes.
21    Q.  And his grade at that point is a 15.  Is
22  that not correct?

104

1    A.  Yes.
2    Q.  And he's promoted to an Administrative
3  Librarian, Chief, Descriptive Cataloging, GS-16?
4    A.  Yes.
5    Q.  So he was a GS-16 in 1985 according to
6  this document.  Is that correct?
7    A.  Yes.
8        (Library Exhibit No. 33
9            was marked for identification.)
10    Q.  This document is marked as Library
11  Exhibit No. 33.  Take a look at that document.
12    A.  Okay.
13    Q.  Is that a Notification of Personnel
14  Action?
15    A.  Yes.
16    Q.  Is that notification for John Byrum?
17    A.  Yes.
18    Q.  And under Nature of Action it says pay
19  adjustment.  Is that correct?
20    A.  Yes.
21    Q.  And the effective date is May 5th, 1991?
22    A.  Yes.

105

1    Q.  And in the From column it lists GS-16.
2  Is that correct?
3    A.  Yes.
4    Q.  And in the To column it lists SL, which
5  is senior level.  Is that correct?
6    A.  Yes, for the pay plan.
7    Q.  And at the bottom, in column 45, can you
8  tell us what that reads?
9    A.  Action reflects the establishment under
10  Section 102 of the Federal Employees Pay
11  Comparability Act of 1990 (Public Law 101-509) of a
12  new, ungraded senior-level pay system for positions
13  formerly at GS-16, 17, and 18.  An employee's
14  salary will not necessarily change under the new
15  system.
16    Q.  So this was the conversion of Mr. Byrum's
17  position from a 16 to an SL.  Is that correct?
18    A.  Yes.  That's what it appears to be.
19    Q.  So as of 1991 he was an SL.  Is that
20  correct?
21    A.  Yes.
22    Q.  And looking under the To column, he was

Mansfield, Judith A.                                    April 17, 2007
Washington, DC

28  (Pages 106 to 109)

---

**106**

1  an Administrative Librarian, Chief of Descriptive
2  Cataloging Division?
3      A. Yes.
4      Q. I'd like to show you another document
5  which we'd like marked as Library Exhibit No. 34.
6          (Library Exhibit No. 34
7          was marked for identification.)
8      MR. FREDRICKSON: Can I say we're
9  reserving objections as to lack of personal
10 knowledge?
11     MR. JAMES: Yes. You can have a standing
12 objection. That's fine.
13     Q. Would you take a look at Library Exhibit
14 No. 34?
15     A. Okay.
16     Q. Is that a Notification of Personnel
17 Action?
18     A. Yes.
19     Q. And whose name is listed in the Name
20 column?
21     A. Susan Vita.
22     Q. And is that the same Susan Vita who you

---

**107**

1  referred to as being one of the people who was a
2  chief of the cataloging division?
3      A. Yes.
4      Q. And under the nature of the action does
5  it list promotion?
6      A. Yes.
7      Q. And under the From column it says
8  Supervisory Librarian?
9      A. Yes.
10     Q. And is that Coordinator, Whole Book
11 Cataloging Project?
12     A. Yes.
13     Q. And she's a GS-15?
14     A. Yes.
15     Q. And she's being promoted to a Supervisory
16 Librarian, Whole Book Implementation Leader?
17     A. Yes.
18     Q. In the cataloging directorate?
19     A. Yes.
20     Q. And is she made an SL?
21     A. Yes.
22     Q. I'll show you another document which we'd

---

**108**

1  like marked as Library Exhibit No. 35.
2          (Library Exhibit No. 35
3          was marked for identification.)
4      Q. Before we do that, I think I missed on
5  Library Exhibit 34 the effective date for Sue Vita.
6  Is that May 17th, 1992?
7      A. Yes.
8      Q. Going to the document marked as Library
9  Exhibit No. 35, it's another Notification of
10 Personnel Action?
11     A. Yes.
12     Q. And that is for Barbara Tillett?
13     A. Yes.
14     Q. And under the nature of the action it
15 says Excepted Appointment-Conditional. Is that
16 what that says?
17     A. Yes.
18     Q. And was this a selection, based on your
19 knowledge?
20     A. Yes. My recollection is that this was a
21 competitive selection.
22     Q. And Barbara Tillett was selected?

---

**109**

1      A. Yes.
2      Q. And the date of this, the effective date
3  is March 6, 1994?
4      A. Yes.
5      Q. And she was selected for the position of
6  Administrative Librarian, Chief, Cataloging, Policy
7  and Support?
8      A. Yes.
9      Q. And she is also an SL. Correct?
10     A. Yes.
11     Q. So going back to the original question
12 that I had about who was an SL, we know that John
13 Byrum was an SL from 1985, is that correct, based
14 on --
15     A. No. We didn't have SLs in 1985.
16     Q. In 1991 he was an SL. Is that correct?
17     A. Yes.
18     Q. And you noted that in 1992 Sue Vita was
19 an SL. Is that correct?
20     A. Yes.
21     Q. And Barbara Tillett became an SL in 1994.
22 Is that correct?

---

**110**

1    A.  Yes.
2    Q.  So I'm going to ask again.  The request
3  by Mr. Wiggins, would it have been made sometime
4  prior to Barbara Tillett became an SL?
5    A.  I don't know that.
6    Q.  You don't know?
7    A.  I don't know.  I don't have any knowledge
8  of when he made that request.  I only really have
9  knowledge that it was denied.
10    Q.  Byrum was an SL, according to your
11  testimony, and Vita was an SL at the time, but you
12  don't know whether Tillett was at the time of the
13  audit that he asked for that was declined.  Is that
14  correct?
15    A.  I don't know.
16    Q.  Let's go to the second audit.
17    A.  The 2003 audit?
18    Q.  Yes.  What was your title at that time?
19    A.  I was the Acting Director for Cataloging.
20    Q.  And who made the request?
21    A.  Mr. Wiggins.
22    Q.  And he made that request to whom?

**111**

1    A.  HR.
2    Q.  And who was the head of HR at the time?
3    A.  Teresa Smith.
4    Q.  And he requested specifically what?
5    A.  He submitted a revised position
6  description and asked for it to be classified, I
7  think.
8    Q.  To what grade?
9    A.  I actually don't recall if he requested a
10  grade.
11    Q.  So he just requested that it be
12  classified?
13    A.  I don't recall.
14    Q.  You don't recall what he submitted and
15  what his request was?
16    A.  No, I don't.
17    Q.  What did --
18    A.  But I think that -- what I think might be
19  helpful to you is I think that the way the position
20  description was drafted was -- I think you have to
21  try and figure it out in advance, because I think
22  it was drafted as an SL.

**112**

1    Q.  So it was drafted as an SL?
2    A.  Right.
3    Q.  And at the time that it was drafted how
4  many chief's positions were there?
5    A.  Eight.
6    Q.  And was the Regional and Cooperative
7  Cataloging Division one of the chief's positions?
8    A.  Yes.
9    Q.  And the chief of that division was John
10  Byrum?
11    A.  Right.
12    Q.  And John Byrum had an SL position at that
13  point?
14    A.  Yes.
15    Q.  And the Cataloging Policy and Support
16  Division was headed by Barbara Tillett?
17    A.  Yes.
18    Q.  And Barbara Tillett in 2003 was an SL?
19    A.  Yes.
20    Q.  And the Social Sciences Cataloging
21  Division, was that vacant?
22    A.  I'm not sure what division you mean.

**113**

1    Q.  Was there a vacant position?
2    A.  At that time there were two.
3    Q.  Which two?  Was Decimal Classification
4  one?
5    A.  Yes.
6    Q.  And what was the other?
7    A.  Social Sciences.
8    Q.  And so those two positions were vacant?
9    A.  Yes.
10    Q.  And the History and Literature Cataloging
11  Division was headed by Jeff Heynen?
12    A.  Yes.
13    Q.  And Jeff Heynen was a GS at what grade?
14    A.  15.
15    Q.  And you headed up the Arts and Sciences
16  Cataloging Division.
17    A.  That was my permanent position.
18    Q.  Even though you were on detail at that
19  point to the director, the acting director
20  position.
21    A.  Yes.
22    Q.  And you were and are a GS-15?

Mansfield, Judith A.                                      April 17, 2007
Washington, DC

30  (Pages 114 to 117)

---

**114**

1      A.  Yes.
2      Q.  And Sue Vita headed up the Special
3  Materials Cataloging Division.
4      A.  Yes.
5      Q.  And she was an SL?
6      A.  Yes, but the chief's PD was not.
7      Q.  The chief's PD was not?
8      A.  No.
9      Q.  What does that mean?
10     A.  She did not actually occupy the Special
11  Materials Cataloging Division, the PD.
12     Q.  But she performed the functions of the
13  chief?
14     A.  Yes.
15     Q.  So she was the Chief of Special Materials
16  Cataloging Division, but she occupied a position as
17  Supervisory Librarian, Whole Book Implementation
18  Leader?
19     A.  Correct.  That's my understanding,
20  anyway.
21     Q.  And did all of the chiefs perform the
22  same duties?

---

**115**

1      A.  Pretty much.  If you look particularly at
2  the Special Cataloging Division, Regional and
3  Social Sciences, Cataloging in Publication had a
4  different kind of focus, because that was mostly a
5  library technician kind of operation, and then
6  decimal classification selectively applied decimal
7  numbers to the materials that were cataloged by the
8  other divisions.
9      Q.  Let me interrupt you one second and ask a
10  question.  I left one person out.  The Cataloging
11  in Publication Division --
12     A.  That's John Celli.
13     Q.  So John Celli was a 15?
14     A.  Yes.
15     Q.  So there were three 15s, two positions
16  weren't filled, and three SLs?
17     A.  That sounds right to me.
18     Q.  So there were three SLs, three 15s, and
19  two positions that were not filled.
20     A.  Right.
21     Q.  And you were explaining that they all
22  perform pretty much the same function.

---

**116**

1      A.  Well, the four that I described, we would
2  have had the most similar duties.
3      Q.  And what three were those?
4      A.  The four that are most aligned.  We all
5  do cataloging, but the four that are most aligned
6  are History and Literature, Social Sciences, Arts
7  and Sciences, and -- now I can't do the listing.
8      Q.  They were Regional Cataloging, Cataloging
9  Policy and Support, History and Literature, Arts
10  and Sciences, and Special Material Cataloging.
11     A.  I was comparing Special Materials,
12  Regional, History and Literature, and Arts and
13  Sciences, so anything that I said about my job
14  previously would really apply to any of those
15  chiefs.  John Celli's position was different in
16  that he was serving more as the liaison between the
17  publishing community and the Library for that
18  program, and his staff was largely technician
19  staff.
20          I described the Decimal Classification
21  Division.  We all worked in concert with
22  cataloging, Cataloging Policy and Support, because

---

**117**

1  we were feeding, you know, policy changes to that
2  office, which would incorporate them into the
3  documentation.
4      Q.  So Byrum, Heynen, you, and Vita performed
5  the same type of functions.
6      A.  Right.
7      Q.  So you were pretty much doing the same
8  thing.  What was Tillett doing that was different
9  than what you did?
10     A.  Well, she didn't have actual catalogers
11  in her division.  We fed work to her and her
12  division fed work to her.  She ran the low-level
13  maintenance function of people who just went in and
14  did data entry.  Once we proposed changes they
15  would do the data entry to effect the changes, and
16  then she has a body of specialists who write
17  documentation.  They do training and that sort of
18  thing.
19     Q.  And Decimal Classification, do they do
20  any cataloging?
21     A.  They classify selectively, because
22  they're an arm of Forest Press, which publishes the

---

**118**

1  decimal classification system, and they have an
2  office here at the Library of Congress. They use
3  the materials that we've cataloged to develop the
4  decimal classification system. You have to see new
5  materials in order to know how to modify and keep
6  current any vocabulary or classification system, so
7  you constantly have to have a feed of new materials
8  so you know where knowledge and intelligence is
9  going.
10     Q.  That position, were those library
11  employees?
12     A.  Some are library employees and some are
13  employed by Forest Press, which is owned by LC.
14     Q.  And at that time, though, the chief of
15  that position was vacant?
16     A.  Correct, and the chief was a library
17  employee.
18     Q.  The vacant Social Sciences Cataloging
19  Division position, did they do cataloging as you
20  described?
21     A.  Yes.
22     Q.  So just to summarize, that discussion

**119**

1  that we had earlier when you were describing what
2  you did as a cataloger, the main individuals that
3  you talked about, that's what they actually did?
4     A.  Yes.
5     Q.  Now, what happened with the
6  recommendation?
7     A.  Human resources hired or had on contract
8  a classification specialist named Donald Krigbaum,
9  and he performed an audit of the positions. He
10  actually reviewed all the chief positions in the
11  cataloging directorate, and he came back with an
12  opinion that recommended some positions for SL, and
13  other positions he did not recommend for SL.
14     Q.  And do you know which positions he
15  recommended for SL?
16     A.  The Special Materials Cataloging
17  Division, that chief was designated as a 15, and
18  the PD was a 15. The Arts and Sciences Cataloging
19  Division, History and Literature Cataloging
20  Division, and Social Sciences Cataloging
21  Division — somewhere I left something out along
22  the line. There are four, not five, that do the

**120**

1  same thing as ASCD, so when I said there were four
2  I was wrong. There were five.
3     Q.  I'd like to show you a document that I'd
4  like marked as Library Exhibit No. 36.
5            (Library Exhibit No. 36
6            was marked for identification.)
7     Q.  Could you take a look at that document,
8  please?
9     A.  Yes.
10     Q.  And could you tell me what that document
11  is?
12     A.  It's a document that was requested by
13  Towanda McLeod, who was new to the Library.
14     Q.  And who was she?
15     A.  She worked in human resources.
16     Q.  And you sent her this document?
17     A.  Right.
18     Q.  And why did you send it? The date of the
19  document is October 29, 2002. Is that correct?
20     A.  Yes.
21     Q.  And it's a two-page document?
22     A.  Yes.

**121**

1     Q.  You prepared it?
2     A.  Yes, I did.
3     Q.  And why did you prepare this document and
4  send it to her?
5     A.  Well, before I became Acting Director for
6  Cataloging, in order to provide the context a lot
7  of these — there was a review of all the positions
8  in the cataloging directorate. She was new to the
9  Library, and I was trying to give her context for
10  that review process.
11     Q.  And was that part of the effort to
12  upgrade the chief's position?
13     A.  Yes and no, because Mr. Wiggins handled
14  all the stuff associated with the chief position.
15  I gave her the list as I knew it of all the
16  positions that would be under consideration.
17     Q.  So all of these positions in addition to
18  the chief's positions were under consideration to
19  be changed and promoted?
20     A.  To be upgraded, and it's clear from this
21  that two of them were already done.
22     Q.  Two of what?

Mansfield, Judith A.                          April 17, 2007
                    Washington, DC

32 (Pages 122 to 125)

---

**122**

1  A. Two of the positions had already been
2  classified certified.
3  Q. Two of the positions that have been
4  listed under the sentence, We have proposed or will
5  be proposing the following grade adjustments to our
6  position descriptions?
7  A. Yes.
8  Q. Do you know which of the two that are
9  listed here, when you say done --
10  A. That is Cataloging Technician and
11  Cataloger, because I have recorded in bold "HR has
12  certified".
13  Q. So when you say they had been certified,
14  does that mean that the proposal to create a new
15  position description had been completed? Is that
16  what you're referring to?
17  A. Well, the action associated with the
18  Cataloging Technician position is an addition of
19  GS-9 to the GS-5, 6, 7, 8 ladder, and HR had
20  already completed its work and certified that.
21  It's sort of like the current status.
22  Q. So this was the status of all the

---

**123**

1  upgrades that you were proposing at that point in
2  time?
3  A. That the cataloging director was
4  proposing.
5  Q. And you were responsible for these and
6  Mr. Wiggins was responsible for the chiefs' PDs?
7  Is that --
8  A. Well, he had done all the original
9  proposals, so I had -- well, let's see. Some of
10  them were submitted on my watch; some of them were
11  submitted prior to me. I was at that point
12  shepherding them, so I think that would be a more
13  appropriate word.
14  Q. So you were just telling them to get them
15  through the system.
16  A. Right.
17  Q. Could you go to the second page?
18  A. Yes.
19  Q. This is an organization chart for the
20  Library of Congress Catalog Directorate.
21  A. Yes.
22  Q. And this was the chart in force at the

---

**124**

1  time they were doing the desk audits?
2  A. Yes.
3  Q. So the positions we talked about earlier,
4  we had the Cataloging and Policy Support Office,
5  which Barbara Tillett is heading that up.
6  A. Yes.
7  Q. And she's an SL. We have the Decimal
8  Classification Division, and it says Dennis
9  McGovern. Was he in that position at that point,
10  or was he on an acting position?
11  A. He was in an acting position, yes.
12  Q. So the chief's position wasn't filled?
13  A. Correct.
14  Q. And then we have the Cataloging in
15  Publication Division, of which John Celli was the
16  chief, but he didn't do the same types of things
17  that you referred to in terms of cataloging that
18  others did.
19  A. Right. It seems to me his PD is quite
20  different.
21  Q. And then the Arts and Science Cataloging
22  Division, even though you were in the Acting

---

**125**

1  Director position at that point, you were still
2  occupying the chief's position.
3  A. Right, because what was happening at this
4  point was that -- this is October 2002, so in
5  October of 2002 people were being detailed to the
6  assistant chief PD in Arts and Sciences to fill in
7  behind me.
8  Q. So you had someone that was filling in
9  behind you?
10  A. Right, but as assistant chief on a
11  rotational basis.
12  Q. But if the request to upgrade those
13  positions had been approved, you would have
14  received an SL. Is that correct?
15  A. Yes.
16  Q. The History and Literature Cataloging
17  Division was headed by Jeffrey Heynen.
18  A. Yes.
19  Q. Who was a 15. Correct?
20  A. Yes.
21  Q. And the Regional and Cooperative
22  Cataloging Division was handled by John Byrum, who

---

126

1 was an SL.
2 　A. Yes.
3 　Q. And the Social Sciences Cataloging
4 Division chief's position was vacant.
5 　A. Yes.
6 　Q. Was that also a 15 if it had been filled?
7 　A. Yes.
8 　Q. The Special Materials Cataloging Division
9 was headed by Sue Vita, who was also a chief, and
10 she was an SL.
11 　A. Yes, but in her chief's position.
12 　Q. I understand that. I'd like to show you
13 a document that I'd like marked as Library Exhibit
14 37.
15 　　　　(Library Exhibit No. 37
16 　　　　was marked for identification.)
17 　Q. You were telling us what the findings and
18 recommendation was.
19 　A. Right.
20 　Q. And the recommendation was what? Which
21 positions?
22 　A. Well, let's look at the document and see

127

1 what it says.
2 　Q. Okay.
3 　A. On the next to the last page -- it looks
4 like 28 might be your page number. The findings
5 and conclusions seem to be recommended there.
6 　Q. And what are the findings?
7 　A. I can read this to you. It says: The
8 first six positions noted above --
9 　Q. Which were which positions?
10 　A. The Regional and Cooperative Cataloging
11 Division, the Cataloging Policy and Support
12 Division, the Social Sciences Cataloging Division,
13 the History and Literature Cataloging Division, the
14 Arts and Sciences Cataloging Division, and the
15 Special Materials Cataloging Division.
16 　　　He says: The first six positions noted
17 above manage divisions with substantial resources,
18 i.e., diverse functional responsibilities, a
19 multi-million dollar budget, and large staffs.
20 This diversity requires exceptional administrative
21 skill to coordinate and integrate the various
22 functions and resolve broad internal management

128

1 issues, for example managing change, internal
2 restructuring of functions, automation, cost
3 reduction, and initiating, changing, or
4 discontinuing ongoing projects. Those positions
5 are recommended for consideration for elevation to
6 senior level.
7 　　　The final two positions differ
8 significantly from the first six in terms of scope
9 and complexity of functions managed. Although the
10 Cataloging in Publication Division has an improved
11 staff of 62, no more than 10 are professional
12 librarians; most are library technicians at grade
13 GS-9 or below. This does not support level 5-5 for
14 Difficulty of Work Directed.
15 　Q. What happened with that recommendation?
16 　A. Which recommendation?
17 　Q. The recommendation that the top six --
18 well, you already had the regional cataloger that
19 was an SL already.
20 　A. Yes.
21 　Q. And you had Sue Vita and Barbara Tillett
22 who were SLs.

129

1 　A. Yes.
2 　Q. So under this recommendation, your
3 position and that of Heynen and the social sciences
4 cataloging positions, they would have been elevated
5 to SL if the recommendation had been accepted.
6 Correct?
7 　A. Yes.
8 　Q. Was the recommendation accepted?
9 　A. I did not know until later that it was
10 not.
11 　Q. And were you told why it wasn't accepted?
12 　A. No.
13 　Q. And who did you learn later from that the
14 recommendation was not accepted?
15 　A. Actually through discovery.
16 　Q. Through discovery? You did not have a
17 conversation with Mr. Wiggins concerning the
18 elevation to the SL position?
19 　A. Not the final decision, no. I was never
20 told.
21 　Q. Did you have a conversation with him in
22 which he told you of any of the prior decisions

Mansfield, Judith A.                                    April 17, 2007
Washington, DC

34 (Pages 130 to 133)

130

1    concerning the recommendation to promote those
2    three positions to SL?
3        A.  To what are you referring?
4        Q.  You said you weren't told about the final
5    decision by Mr. Wiggins and that you didn't learn
6    about the final decision until discovery, is that
7    correct, or am I misstating it?
8        A.  I would prefer to state it in my own
9    words.
10       Q.  Could you state it, please?
11       A.  In 2003 there was a recommendation made
12   regarding my position.  I did not learn of any
13   decision regarding the recommendation until
14   discovery by my attorney of the Library of
15   Congress.
16       Q.  And that was the only time that you
17   learned about it?
18       A.  Correct.
19       Q.  Did you have any discussions at all with
20   Mr. Wiggins concerning the recommendation by Mrs.
21   Smith concerning the upgrading of those positions
22   to SL?

131

1        MR. FREDRICKSON:  I'm going to object to
2    the question.  I'm not sure there's any foundation
3    for it.  You can answer it if you can.
4        A.  Would you repeat the question?
5        Q.  Did you have any conversations with
6    Mr. Wiggins concerning the recommendation of
7    Ms. Teresa Smith regarding the upgrading of your
8    position and the other two positions to SLs?
9        A.  Regarding her decision, no.
10       Q.  You had no discussions with him about
11   that?
12       A.  No.
13       Q.  Were you ever told about a presentation
14   to the executive committee concerning the elevation
15   of those three positions to SL?
16       A.  Yes.
17       Q.  And when did you have this discussion?
18       A.  I believe Mr. Wiggins shared a copy of a
19   memo from Teresa Smith to him saying she was going
20   to do that.
21       Q.  And that would have occurred when, if you
22   recall?

132

1        A.  In the summer of 2003.
2        Q.  And what did he tell you specifically?
3        A.  I don't recall anything.
4        Q.  You don't recall?
5        A.  No.
6        Q.  Did you ask him any questions?
7        A.  I don't recall that there was a
8    discussion, so the answer to your question is there
9    was no discussion.  To my recollection, I received
10   a copy of a memo.
11       Q.  I have a document I'd like marked as
12   Library Exhibit No. 38.
13           (Library Exhibit No. 38
14           was marked for identification.)
15       Q.  Could you take a look at that document,
16   please?  Have you ever seen that document?
17       A.  Yes.
18       Q.  When did you see it?
19       A.  I believe that I saw it in 2003.
20       Q.  And is this the document that you
21   referred to when you said Mr. Wiggins told you
22   about a memo from Ms. Smith?

133

1        A.  I don't recall him telling me about a
2    memo from Ms. Smith.
3        Q.  Did you see this document at that time?
4        A.  Sometime in 2003 I saw it.
5        Q.  Do you know the circumstances under which
6    you saw it?
7        A.  I do not recall.
8        (Recess.)
9        Q.  Before the break we were talking about
10   the assistant chiefs' positions and that you did
11   not know of the decision to deny the upgrade of
12   those positions until your discovery.
13       A.  That is not quite correct.  We were
14   talking about chief positions, not assistant chief
15   positions.
16       Q.  But you did not know until then?
17       A.  Correct.
18       Q.  I'd like to show you a document which
19   we'd like to have marked as Library Exhibit 39.
20           (Library Exhibit No. 39
21           was marked for identification.)
22       Q.  Take a look at that document, please.

134

1  Have you ever seen that document?
2    A.  Yes.
3    Q.  And when did you first see it?
4    A.  It was supplied by the Library to my
5  attorney during the course of discovery, so
6  recently.
7    Q.  And at no time did you have a discussion
8  with Mr. Wiggins in which he informed you of the
9  Library's decision?
10   A.  No.
11   Q.  And you did not have a discussion with
12 Mrs. Smith?
13   A.  No.
14   Q.  Nor did you have a discussion with Mrs.
15 Marcum?
16   A.  No.
17   Q.  I'd like to show you a document which
18 we'd like marked as Library Exhibit No. 40.
19         (Library Exhibit No. 40
20         was marked for identification.)
21   Q.  Take a look at that document, please.
22 It's a Notification of Personnel Action.

135

1    A.  Yes.
2    Q.  And is your name listed in the Name
3  category?
4    A.  Yes.
5    Q.  And the date is January 12th, 2003?
6    A.  That is the effective date for the
7  action.
8    Q.  And it's a pay adjustment?
9    A.  Yes.
10   Q.  And it is moving your pay from what?
11   A.  From $110,000 to $113,000.
12   Q.  And does that represent a salary of a
13 GS-15?
14   A.  It could.  I believe it could have
15 reflected it at that time.
16   Q.  And does that also indicate that your
17 salary is an SL?
18   A.  Yes.  In the To block it says SL.  In the
19 Pay Plan block, the From block doesn't show a pay
20 plan.
21   Q.  And at that time prior to January 12th,
22 2003 what position did you hold?

136

1    A.  Immediately prior I was acting Director
2  for Cataloging, and at this time I think I was
3  still acting Director for Cataloging.  Well, I know
4  I was.
5    Q.  So you were the acting Director for
6  Cataloging?
7    A.  Correct.
8    Q.  And this position, is this the acting
9  director position here?
10   A.  Yes.  In the to block that's what's
11 identified.
12   Q.  So was this at the time you became the
13 acting director?
14   A.  No.  I became acting director, and I'm
15 not sure when.  You showed me an NPA for that, but
16 I became acting director in September 2002.
17   Q.  Looking at Exhibit 30, was that when you
18 became the acting director?
19   A.  Yes.
20   Q.  And you were a GS-15 at the time?
21   A.  Yes.
22   Q.  And you became an SL.

137

1    A.  Yes.
2    Q.  What were your duties as acting director?
3    A.  I was responsible for managing a budget
4  of $40 million, 500 staff members, with eight
5  division chiefs reporting to me.  I was responsible
6  for directing the work force of that organization,
7  and I brought that work force along in terms of
8  strategic planning.
9        I introduced the concept of strategic
10 planning to the cataloging director.  We'd had
11 tactical planning prior to that, but we moved to
12 strategic planning, and we developed a multi-year
13 plan for the future of that cataloging directorate.
14 We engaged the staff in that plan.
15       We developed alternative models for how
16 to deal with cataloging digital content or how we
17 would represent digital content to the users of the
18 Library's collections.  I oversaw the policy
19 development for cataloging.  I oversaw the
20 implementation of policy for cataloging.
21       I was responsible for two major national
22 and international programs, the program for

Mansfield, Judith A.                                         April 17, 2007
                        Washington, DC

36 (Pages 138 to 141)

|  | 138 |
|---|---|
| 1 | cooperative cataloging and the cataloging and |
| 2 | publication division. I also had numerous other |
| 3 | special assignments, including serving as liaison |
| 4 | between the United States Copyright Office and |
| 5 | Library Services for the Copyright Office business |
| 6 | process re-engineering, the result of which you're |
| 7 | kind of seeing here today. That is, they moved out |
| 8 | in order to re-engineer their operations. |
| 9 | I was instrumental in implementing the |
| 10 | bicentennial conference action plan, a five-year |
| 11 | plan that came out of the cataloging directorate's |
| 12 | Bicentennial Conference on Bibliographic Control |
| 13 | for the New Millennium. That was an international |
| 14 | conference. |
| 15 | We engaged the American Library |
| 16 | Association, library school faculty and librarians |
| 17 | from other institutions in implementing this plan. |
| 18 | And I worked as COTR for some of those, for pieces |
| 19 | of that. |
| 20 | Let's see. Well, do you want more? I |
| 21 | can give more, but that kind of gives you a flavor |
| 22 | for the big responsibilities. It was all the |

|  | 140 |
|---|---|
| 1 | A. It was sometime before September 2002, |
| 2 | August or September. |
| 3 | Q. So it would have been in August or |
| 4 | September? |
| 5 | A. It had to have been in August, I think. |
| 6 | Q. How many conversations did you have about |
| 7 | becoming assistant director with Mr. Wiggins prior |
| 8 | to September 2002? |
| 9 | A. Acting director for cataloging? |
| 10 | Q. Yes. |
| 11 | A. I don't recall. Maybe two. |
| 12 | Q. Do you recall the substance of the first |
| 13 | conversation? |
| 14 | A. I really only recall that he said, Would |
| 15 | you be willing to do this or something like that, |
| 16 | are you interested in doing this, would you be |
| 17 | willing to do this. |
| 18 | Q. And he would have said that in the first |
| 19 | conversation? |
| 20 | A. Yes. |
| 21 | Q. And do you recall the second |
| 22 | conversation? |

|  | 139 |
|---|---|
| 1 | budget, all the personnel matters, contracts, |
| 2 | everything. |
| 3 | Q. Anything else? |
| 4 | A. Not that I can recall at this time, but I |
| 5 | can always recall more. |
| 6 | Q. Who was the Director of Cataloging? |
| 7 | A. The Director of Cataloging was Beacher |
| 8 | Wiggins. |
| 9 | Q. And how did you become the acting |
| 10 | director? |
| 11 | A. Winston Tabb, the previous Associate |
| 12 | Librarian for Library Services, retired, and |
| 13 | Beacher Wiggins was named acting director. Then I |
| 14 | became acting director for cataloging. |
| 15 | Q. And who spoke to you about becoming the |
| 16 | acting director? |
| 17 | A. At that point Mr. Wiggins. |
| 18 | Q. And did you have a conversation with him |
| 19 | about becoming the acting director? |
| 20 | A. Yes. He asked me in person. |
| 21 | Q. During what time period would that |
| 22 | discussion have occurred? |

|  | 141 |
|---|---|
| 1 | A. Knowing how Beacher operates, my guess is |
| 2 | that there had to have been a second conversation, |
| 3 | because he would have gone away and made the |
| 4 | decision and then come back to me to confirm that |
| 5 | in fact I would do it. That's sort of how he |
| 6 | operates. |
| 7 | Q. And what did you tell him at the |
| 8 | conclusion of the first conversation? |
| 9 | A. I told him at the conclusion of the first |
| 10 | conversation that yes, I would be willing and |
| 11 | interested. |
| 12 | Q. And what did you tell him at the |
| 13 | conclusion of the second conversation? |
| 14 | A. That, yes, I would do it. |
| 15 | Q. Did he describe for you what your salary |
| 16 | would be if you accepted the position? |
| 17 | A. I don't recall. I honestly don't recall. |
| 18 | I can tell you what I assumed. |
| 19 | Q. What did you assume? |
| 20 | A. I assumed that I would have a temporary |
| 21 | promotion, because all we were talking about at |
| 22 | that point was 120 days. That's all we were |

Case 1:05-cv-01790-RMU   Document 27-5   Filed 12/04/2007   Page 38 of 56

142

1  talking about.
2      Q.  So did he tell you that it was going to
3  be a 120 day detail?
4      A.  Yes.
5      Q.  And did he also tell you what would
6  happen if it went beyond 120 days?
7      A.  No.  We didn't have any discussion about
8  what would happen if -- we had no discussion about
9  anything beyond 120 days.
10     Q.  And at no time did he discuss with you
11  what would happen if the 120 days expired prior to
12  September 22nd, 2002?
13     A.  What?
14     Q.  Did he describe for you what would happen
15  at the close of the 120 days after you were on the
16  detail prior to September 22nd, 2002?
17     A.  I don't think so, because the only
18  discussion was about a 120 day detail.
19     Q.  At the conclusion of the 120 days did you
20  have a discussion with Mr. Wiggins about what would
21  happen to you in the position of acting director?
22     A.  What is your question?

143

1      Q.  At the conclusion of the 120 days did you
2  have a discussion with Mr. Wiggins about what would
3  happen to you?
4      A.  Now I think I understand what you're
5  saying.  It would have been prior to the conclusion
6  of the 120 days, because that's when he asked me if
7  I would stay on.
8      Q.  So when did that discussion occur?
9      A.  Well, there should be some documentation
10  on this, because he sent out an e-mail inquiring of
11  the chiefs about the quality of my work essentially
12  as acting director, and once he got their input he
13  made the decision to ask me to continue on, but I
14  kind of knew that after the fact.  I think that
15  he'd gotten input on my performance.
16     Q.  You kind of knew about what after --
17     A.  I knew that he had asked the chiefs about
18  my performance, I believe, after he asked them
19  about my performance.  I did not know at the time
20  that he was asking them about my performance.
21     Q.  When did the discussion occur with him
22  about you continuing on in this position?

144

1      A.  In January 2003 is my recollection.
2      Q.  Was that the first time that you had a
3  discussion with him about continuing in the
4  position of --
5      A.  To the best of my recollection that's the
6  first time.
7      Q.  Did you discuss with him your salary and
8  your pay if you continued?
9      A.  I did not ask him, but he told me, I'm
10  quite sure.  I sort of remember him saying
11  something like, You can't be paid at the SL rate
12  anymore after the 120 days, something like that.
13     Q.  So he said words similar to, You can't be
14  paid at the SL level --
15     A.  Right.
16     Q.  -- if you continue?
17     A.  Right.
18     Q.  And what did you say when you were told
19  that?
20     A.  I said okay.
21     Q.  Did you say to him at that point that you
22  thought it violated any of your rights?

145

1      A.  No, I did not.
2      Q.  And that conversation would have occurred
3  in January of 2003?
4      A.  Yes.
5      Q.  Did you complain to him that you thought
6  that it was unfair?
7      A.  No.  However, I would say that it became
8  clear in retrospect.
9      Q.  When did it become clear?
10     A.  In the context of future events.
11     Q.  What future events?
12     A.  The situation that developed with the
13  assistant director position.
14     Q.  So when the situation developed with the
15  assistant director position, what situation are you
16  talking about?
17     A.  When I was appointed in August 2004 to be
18  assistant director I was told that my PD would be
19  revised, bit it was never done and I was never paid
20  for the work that I was doing.
21     Q.  So when did that become obvious to you,
22  since you testified earlier that you never knew

Mansfield, Judith A.                                          April 17, 2007

Washington, DC

38 (Pages 146 to 149)

---

146

1  what the decision was by the Library?
2      **A.  What?**
3      Q.  You said that you never knew what the
4  Library's position was on the chief position.
5      **A.  I'm not getting the connection.  I'm**
6  **sorry.  I'm not understanding your question.**
7      Q.  In January --
8      **A.  Right.  That was acting Director for**
9  **Cataloging.**
10     Q.  Were you told that a position description
11  would be prepared for you for the acting Director
12  of Cataloging?
13     **A.  No, for the Assistant Director of**
14  **Bibliographic Access.**
15     Q.  So you were told for the assistant
16  director position that there would be a position
17  description prepared for that?
18     **A.  That was in 2004.  We didn't have**
19  **assistant directors in 2003.**
20     Q.  Well, we're back to 2003.  Are you saying
21  you did not have the hindsight in 2003 but you had
22  it in 2004 when the assistant director positions

---

147

1  were created?
2      **A.  Yes.**
3      Q.  So for 2003 you had no concerns.
4      **A.  I assumed the Library was correctly**
5  **following its own regulations.**
6      Q.  And by correctly following its own
7  regulations, you mean the statement that
8  Mr. Wiggins made to you that you could not be
9  promoted to the SL for more than 120 days?
10     **A.  Correct.**
11     Q.  Do you have any facts to show that that
12  was incorrect, that the Library somehow or another
13  was violating that rule?
14     **A.  Well, what I believe is their conflicting**
15  **LCRs on the subject.**
16     Q.  What are the conflicting LCRs?
17     **A.  The one on details and temporary**
18  **promotions refers to 120 days.  The one is SL has**
19  **no such limitation.  However, the LCR on limiting**
20  **temporary promotions to 120 days does not address**
21  **the situation of someone continuing on in a**
22  **position beyond the 120 days because the LCR says**

---

148

1  **you're not supposed to.**
2      Q.  Do you know of anyone who continued to
3  perform the duties between 120 days who was paid
4  during that period of time that they were
5  continuing to perform the duties?
6      **A.  I wouldn't have access to that**
7  **information.**
8      Q.  But my question is:  Do you know of
9  anyone who was appointed to a 120 day detail who
10  was allowed to continue in that detail beyond 120
11  days who was paid?
12     **A.  No, I don't.**
13     Q.  And do you know of a male who served  a
14  120 day detail who was allowed to continue in that
15  detail after the 120 days who was paid for those
16  duties?
17     **A.  That question was so long.  If I can**
18  **repeat what I think you said.  If you said do I**
19  **know of a male who served on a 120 day detail with**
20  **a promotion who continued in the detail position**
21  **beyond 120 days --**
22     Q.  Correct.

---

149

1      **A.  And then what was the last part, and was**
2  **promoted or was not promoted?**
3      Q.  Was promoted; continued to receive the
4  same pay that they received prior to the 120 days.
5      **A.  No.  I don't know.**
6      Q.  So you know of no male that --
7      **A.  No.**
8      Q.  And is it your contention that once you
9  were appointed to the acting director's position
10  after Mr. Beacher Wiggins was appointed to the
11  acting associate librarian's position, is it your
12  contention that you should have been paid the exact
13  same pay that he was paid?
14     **A.  Yes.**
15     Q.  And what is the basis of that?
16     **A.  That I had been working at the SL level**
17  **since 1998, when I was appointed Chief of the Arts**
18  **and Sciences Cataloging Division, and by 2002 I**
19  **probably would have been pretty close to his actual**
20  **pay through the way that the SL system works.**
21     Q.  Do you know when Mr. Beacher Wiggins
22  became an SL?

---

Case 1:05-cv-01790-RMU    Document 27-5    Filed 12/04/2007    Page 40 of 56

150

1    A.  He got his permanent appointment as
2  director for cataloging in 1997.
3    Q.  And when did you get your first
4  appointment to the position, to an SL position?
5    A.  To one that was actually classified that
6  way, in 2002.
7    Q.  So were you three years or two years
8  behind him in salary when he became an SL?
9    A.  Well, if you count the time starting from
10  1998, 1998 to 1997, so I would be a year behind
11  him.
12    Q.  If you were a year behind him, were you
13  appointed to an SL in '99?
14    A.  No.
15    Q.  Were you appointed to an SL in 2000?
16    A.  I was appointed Chief of the Arts and
17  Sciences Cataloging Division in 1998.
18    Q.  And that was at a GS-15?
19    A.  I was hired at a GS-15.  The pay should
20  have been SL, because that's what Beacher Wiggins
21  is saying the job was.
22    Q.  But you were not appointed to that

151

1  position, to an SL, at that time?
2    A.  Correct.  The pay that was assigned to
3  the Arts and Sciences Cataloging Division was a
4  GS-15.
5    Q.  And Mr. Wiggins, according to your
6  testimony, in '97 was appointed to an SL.  Is that
7  correct?
8    A.  He was appointed Director for Cataloging
9  in 1997.
10    Q.  And that was an SL position?
11    A.  Yes.
12    Q.  So I go back to my question.  If he was
13  appointed in '97 and you did not get your first SL
14  appointment until 2002, you still expected to make
15  the exact same amount that he was being paid?
16    A.  Yes.
17    Q.  And that is based on your belief that
18  what?
19    A.  That the pay that I should have been
20  receiving as Chief of the Arts and Sciences
21  Cataloging Division should have been SL.
22    Q.  And I want to make certain I understand.

152

1  Your argument is that because you were not an SL
2  when you were a chief, you should have been an SL,
3  and therefore you would have been making the same
4  money, the same pay as Mr. Wiggins.
5    A.  That's pretty close.
6    Q.  Well, if there's something I'm missing --
7    A.  Yes, I think you understand.
8    Q.  Is there anything else about
9  Mr. Wiggins's position, other than the pay that
10  we've talked about, that you believe that he got
11  that you did not get?
12    A.  What?
13    Q.  Is there anything else other than his pay
14  that you believe that you should have received that
15  Mr. Wiggins received but you did not get?
16    A.  The bonuses.
17    Q.  And what bonuses did Mr. Wiggins receive?
18    A.  The way it was explained to me when I was
19  acting director and I was responsible for doing the
20  evaluations for senior level employees, I was told
21  that they would get, I believe, $2,000 for
22  outstanding, $1,000 for commendable, $500 for

153

1  successful, and nothing for less than that, and
2  there are four performance components.  I do not
3  know what Mr. Wiggins's evaluations were for the
4  period in question, so I don't know what his
5  bonuses were.
6    Q.  Did you tell Mr. Wiggins in January that
7  you thought you should have received the same
8  amount of pay that he was receiving?
9    A.  When?
10    Q.  In January of 2003.
11    A.  No, I did not.
12    Q.  Did you tell anyone in the Library that
13  you should have been paid at the same salary in
14  2003 that Mr. Wiggins received?
15    A.  No.
16    Q.  I'd like to show you a document that I'd
17  like to have marked as Library Exhibit 41.
18        (Library Exhibit No. 41
19        was marked for identification.)
20    Q.  Take a look at the document that has been
21  marked as Library Exhibit 41.  It's a Notification
22  of Personnel Action.

Mansfield, Judith A.                                    April 17, 2007
Washington, DC

40 (Pages 154 to 157)

154
1    A. Yes.
2    Q. And is it for you?
3    A. Yes.
4    Q. Your name is listed in column 1?
5    A. Yes.
6    Q. And under Nature it says change to lower
7 grade.
8    A. Yes.
9    Q. And the date is January 20th, 2003. Is
10 that correct?
11    A. That's the effective date.
12    Q. And going to column 7, it shows that you
13 are an SL. Is that correct?
14    A. Yes. That pay grade shows SL.
15    Q. And going across from the From column to
16 the To column, it shows that you're going back to
17 the GS-15 grade.
18    A. Yes.
19    Q. And it's the cataloging directorate that
20 you're in. Is that correct?
21    A. Yes.
22    Q. Was this the notification that your

155
1 appointment to the 120 day detail had expired? Is
2 that what this is?
3    A. Yes.
4    Q. When you received this notification, did
5 you tell Mr. Wiggins that you disagreed with this
6 change?
7    A. No.
8    Q. Did you tell anyone that you disagreed
9 with this change?
10    A. No. I would like to point out, though,
11 that even though that shows that I went straight
12 from Administrative Librarian, Director for
13 Cataloging, to Chief, ASCD, I continued cataloging.
14    Q. Did you tell Mr. Wiggins that you did not
15 want to continue those duties?
16    A. No, I didn't. He asked me at the time
17 and I said yes.
18    Q. And you understood you would not receive
19 the SL pay during that period?
20    A. Yes.
21    Q. And at that point did you still perform
22 the duties of Chief of the Arts and Sciences

156
1 Cataloging Division?
2    A. No. During this period, as I believe I
3 testified earlier, the section heads were being
4 temporarily promoted to the ASCD assistant chief
5 slots, and they were carrying out the day-to-day
6 duties of the Arts and Sciences Cataloging
7 Division.
8    Q. So who was your assistant chief?
9    A. It rotated.
10    Q. It rotated between who?
11    A. All the section heads that volunteered to
12 serve.
13    Q. Who were some of those individuals?
14    A. Sharon Stai, Danielle Hosang, Roman
15 Worobec, Olivia Brickey, Bonnie Detwiler. I can't
16 be sure they all volunteered, though. Bill
17 Vernigor.
18    Q. You knew at the time you received this
19 notification that you were still performing the
20 duties of the acting director. Is that correct?
21    A. Yes.
22    Q. And you didn't see the need to correct

157
1 this notification that you received?
2    A. No, I did not.
3    Q. I'd like to show you another document
4 that we'd like marked as Library Exhibit No. 42.
5         (Library Exhibit No. 42
6         was marked for identification.)
7    Q. Would you take a look at that document?
8    A. Yes.
9    Q. And that is a Notification of Personnel
10 Action?
11    A. Yes.
12    Q. And your name is listed at the top?
13    A. Yes.
14    Q. And the effective date is January 21st,
15 2003?
16    A. Yes.
17    Q. And this is a detail to an NTE?
18    A. Yes, it is.
19    Q. Of 120 days?
20    A. That would sound about right.
21    Q. Do you know whether it was 120 days or 30
22 days?

158

1    A.  Well, the effective date is January 21,
2  and it's not to exceed 5-20-03, so that comes out
3  to about four months or 120 days.
4    Q.  So they were notifying you that you were
5  going to continue in that detail.  Is that correct?
6    A.  No.
7    Q.  Then what is this?
8    A.  This is part of the shuffling that they
9  did with me to keep me in the acting director
10  position, and it's a mystery to me what they did.
11    Q.  Did you receive this document?
12    A.  Probably.
13    Q.  And did you question it at the time?
14    A.  No.  I was told there was going to be
15  shuffling by somebody.
16    Q.  Who told you there would be shuffling?
17    A.  It might have been Beacher.
18    Q.  And when you say shuffling, what does
19  that mean?
20    A.  Well, they just shuffle you around to
21  different empty PDs so your PD stays empty so
22  people could be detailed into it, and they couldn't

159

1  have me detailed into the acting director PD
2  because I wasn't supposed to be promoted for more
3  than 120 days.  It's just what the Library does.
4    Q.  You never questioned this?
5    A.  No.  I was told to expect it.
6    Q.  Who told you to expect it?
7    A.  Beacher.
8    Q.  So Beacher told you that you would be
9  shuffled from PD to PD?
10    A.  Yes.
11    Q.  And from position to position?
12    A.  Yes.
13    Q.  When did he tell you this?
14    A.  I don't recall.  It probably was after
15  January.
16    Q.  January of what year?
17    A.  2003.
18    Q.  So after January of 2003 he told you
19  this?
20    A.  Yes.
21    Q.  And what did you do, if anything, when
22  you received this notification?

160

1    A.  Nothing.
2    Q.  You didn't speak to Beacher?
3    A.  No.
4    Q.  Did you complain to anyone?
5    A.  No.
6    Q.  Did you think that there was something
7  wrong with this at that time?
8    A.  My understanding was that they did the
9  same thing to Beacher when he was acting director.
10    Q.  So it's your understanding that when
11  Beacher was in that position the exact same thing
12  happened to him?
13    A.  Yes.
14    Q.  I'd like to have this document marked as
15  Library Exhibit 43.
16        (Library Exhibit No. 43
17        was marked for identification.)
18        THE WITNESS:  Mr. James, I need to
19  correct myself.  I'm not sure they had to do this
20  to Mr. Wiggins, so you'd have to check the files on
21  what they did to Mr. Wiggins.  I'm not sure.  I can
22  only speculate that they did that with Mr. Wiggins.

161

1  I don't know that they did it, and it would only be
2  hearsay that they did it because I have no
3  knowledge.
4    Q.  Take a look at the document that was
5  given to you that's marked as Library Exhibit No.
6  43.  What is that?
7    A.  It's an NPA, Notice of Personnel Action.
8  It's got my name it.  It says extension of detail
9  not to exceed 9-17-03, which would be about four
10  months from the detail.
11    Q.  And the effective date is 5-21-03?
12    A.  Yes.
13    Q.  And so when you received this you were
14  still acting in the position of acting Director for
15  Cataloging?
16    A.  Yes.
17    Q.  Did you complain to anyone when you
18  received this?
19    A.  No.
20    Q.  Did you speak to Mr. Wiggins when you
21  received this?
22    A.  I don't recall if I did.

Mansfield, Judith A.                                      April 17, 2007
Washington, DC

42 (Pages 162 to 165)

162

1    Q.  Did you tell Mr. Wiggins that you thought
2  it was unfair?
3    A.  No.
4          (Library Exhibit No. 44
5          was marked for identification.)
6    Q.  I'm showing you a document that was
7  marked Library Exhibit No. 44.  Would you take a
8  look at that document?
9    A.  Yes.
10   Q.  And is that a Notification of Personnel
11 Action?
12   A.  Yes.
13   Q.  And is your name listed at the top?
14   A.  Yes.
15   Q.  And the effective date of the
16 Notification of Personnel Action is August 11,
17 2003?
18   A.  Yes.
19   Q.  And the nature of the action is term of
20 detail?
21   A.  I believe that means termination of
22 detail.

163

1    Q.  Termination of detail?
2    A.  Yes.
3    Q.  And you were in the position of acting
4  director at that time?
5    A.  Yes.
6    Q.  And did your detail as acting director
7  terminate on August 11, 2003?
8    A.  Yes, it did.
9    Q.  So at that point you were no longer doing
10 those duties?
11   A.  Yes, that is correct.  It is correct that
12 on August 11th I stopped doing those duties.
13   Q.  And you assumed the duties of what at
14 that point in time?
15   A.  Of Chief, Arts and Sciences Cataloging
16 Division.
17   Q.  And I take it that you also during this
18 period of time received your within-grade increases
19 and other quality awards and things like that.
20   A.  I may have received one.  I think in 2003
21 I received one quality step increase.
22   Q.  And did you also receive a within-grade

164

1  increase?
2    A.  Yes.
3    Q.  When your appointment ended on August
4  11th, 2003, when it ended did you complain to
5  anyone?
6    A.  No.
7    Q.  Did you tell Mr. Wiggins that you thought
8  it was unfair?
9    A.  No.
10   Q.  I'd like to show you another document
11 that I'd like to mark as Library Exhibit No. 45.
12         (Library Exhibit No. 45
13         was marked for identification.)
14   Q.  Would you take a look at that document,
15 please?  It's a Notification of Personnel Action.
16   A.  Yes, it's a Notification of Personnel
17 Action.
18   Q.  And the person listed in column 1 is you?
19   A.  Yes.
20   Q.  And is this a detail NTE on January 4th,
21 2004?
22   A.  Yes.

165

1    Q.  And the effective date is September the
2  7th, 2003?
3    A.  Yes.
4    Q.  And you were chief at the time under
5  column 7, the From column, of the Arts and Science
6  Cataloging Division.
7    A.  Yes.
8    Q.  What did you go to at that point?
9    A.  Acting Director for Cataloging.
10   Q.  So you went back to the acting Director
11 for Cataloging position?
12   A.  Yes.
13   Q.  And how did that come about?
14   A.  In August 2003 Deanna Marcum was hired to
15 be Associate Librarian for Library Services, and
16 Beacher Wiggins, who had been acting Associate
17 Librarian for Library Services, was asked by Deanna
18 Marcum to be acting Deputy Associate Librarian for
19 Library Services or Deputy Associate.  I'm not sure
20 whether it was acting or deputy.  And so with
21 Diana's concurrence Beacher asked me to continue on
22 as acting Director for Cataloging.

Case 1:05-cv-01790-RMU    Document 27-5    Filed 12/04/2007    Page 44 of 56

---

166

1    Q.  And you agreed to do that?
2    A.  Yes.
3    Q.  And your salary at that point was at a
4  GS-15?
5    A.  Yes.
6    Q.  And did you tell Mr. Wiggins at that
7  point that you thought that was unfair?
8    A.  No.
9    Q.  Did you tell Mrs. Marcum that you thought
10  that it was unfair?
11    A.  No.
12    Q.  Did you complain to anyone at that time
13  about this appointment?
14    A.  No.
15    Q.  And why did you not?
16    A.  I don't think it became crystal clear to
17  me that there was a problem until the August 2004
18  time frame.
19    Q.  Did Mr. Wiggins tell you that he did
20  something similar to that, receiving details
21  similar to this for which he was not paid at the
22  higher level?

---

167

1    A.  Yes, he did tell me that.
2    Q.  And when did you have that conversation,
3  if you recall?
4    A.  I don't recall.
5    Q.  I'd like to show you a document that we'd
6  liked marked as Library Exhibit 46.
7        (Library Exhibit No. 46
8        was marked for identification.)
9    Q.  Would you take a look at that document?
10    A.  Yes.
11    Q.  And this is a Notification of Personnel
12  Action?
13    A.  Yes.
14    Q.  And it's to you?
15    A.  Yes.
16    Q.  And this is a detail not to exceed
17  February 15th, 2004.
18    A.  Yes.
19    Q.  And the effective date is October 19th,
20  2003?
21    A.  Yes.
22    Q.  And you are moving from the

---

168

1  Administrative Librarian, Chief, Arts and Sciences
2  Cataloging Division.  Were you in that position at
3  that point in time?
4    A.  No.
5    Q.  You were in the director's position?
6    A.  Yes.
7    Q.  The acting director's position?
8    A.  Yes.
9    Q.  And this says you're going to Supervisory
10  Librarian, Chief of Binding and Collections Care.
11  I assume that's what that says.
12    A.  Yes.
13    Q.  Did you go to the binding and collections
14  care division?
15    A.  Never.
16    Q.  You never showed up there?
17    A.  No.
18    Q.  Did you at that point in time tell anyone
19  that you thought that this was improper?
20    A.  I did point out that I thought it was
21  really unusual.  I do not believe that I used the
22  word improper, but this did strike me as being a

---

169

1  little unusual.
2    Q.  And to whom did you tell that?
3    A.  I believe to Mr. Wiggins.
4    Q.  And what did Mr. Wiggins say to you, if
5  anything?
6    A.  I think it would have been similar to
7  what he said about shifting me around in order for
8  me to continue in the duties of acting director.
9    Q.  Did you complain to him about that?
10    A.  Only what I just said to you.
11    Q.  But other than that?
12    A.  No.  I assumed the Library knew what it
13  was doing and that HR knew what it was doing and
14  that they knew their own regulations.
15    Q.  I'd like to show you a document that
16  we'll have marked as Library Exhibit 47.
17        (Library Exhibit No. 47
18        was marked for identification.)
19    Q.  Take a look at that document.  It's a
20  Notification of Personnel Action.
21    A.  Yes.
22    Q.  And it's to you.

Mansfield, Judith A.                                    April 17, 2007

Washington, DC

44 (Pages 170 to 173)

|  | 170 |
|---|---|
| 1 | **A. Yes.** |
| 2 | Q. And it's a termination of detail under |
| 3 | the nature of the action. |
| 4 | **A. Yes.** |
| 5 | Q. And the effective date is November 9th, |
| 6 | 2003. |
| 7 | **A. Yes.** |
| 8 | Q. And this sends you back to the position |
| 9 | of Chief of the Arts and Sciences Cataloging |
| 10 | Division. |
| 11 | **A. Yes.** |
| 12 | Q. Did you go back to the Arts and Sciences |
| 13 | Cataloging Division on November 9th, 2003? |
| 14 | **A. No.** |
| 15 | Q. What duties were you performing on |
| 16 | November the 10th, 2003? |
| 17 | **A. Acting Director for Cataloging.** |
| 18 | Q. Did you complain when you received this |
| 19 | notification? |
| 20 | **A. I want to say something about these** |
| 21 | **notifications. We receive these anywhere between** |
| 22 | **six months to a year after the approval date.** |

|  | 172 |
|---|---|
| 1 | Q. And it's to you. |
| 2 | **A. Yes.** |
| 3 | Q. And it says promotion NTE, June 8th, |
| 4 | 2004. |
| 5 | **A. Yes.** |
| 6 | Q. And the effective date is February 8th, |
| 7 | 2004. |
| 8 | **A. Yes.** |
| 9 | Q. This promotes you, looking at column 7, |
| 10 | from a GS-15 to an SL. |
| 11 | **A. Yes.** |
| 12 | Q. And you at the time were being promoted |
| 13 | from the Chief of the Arts and Science Cataloging |
| 14 | Division to the acting Director for Cataloging. |
| 15 | Correct? |
| 16 | **A. That's what it appears to say.** |
| 17 | Q. And you continued to perform those duties |
| 18 | for the acting director position? |
| 19 | **A. Yes.** |
| 20 | Q. And you didn't complain when you received |
| 21 | this one? |
| 22 | **A. No.** |

|  | 171 |
|---|---|
| 1 | Q. But you did receive them? |
| 2 | **A. I don't recall receiving this one. I do** |
| 3 | **recall receiving this one.** |
| 4 | Q. Which one? |
| 5 | **A. I do not recall receiving Exhibit 47. I** |
| 6 | **do recall receiving Exhibit 46 because it was so** |
| 7 | **unusual.** |
| 8 | Q. But your name is listed on Exhibit 47. |
| 9 | Is that correct? |
| 10 | **A. It is, but that's not -- just because** |
| 11 | **somebody says this piece of paper was issued on a** |
| 12 | **certain date, one should not assume that employees** |
| 13 | **receive them anywhere near that date. They come in** |
| 14 | **sometimes up to a year later.** |
| 15 | Q. I'd like to show you a document that we'd |
| 16 | like marked as Library Exhibit 48. |
| 17 | (Library Exhibit No. 48 |
| 18 | was marked for identification.) |
| 19 | Q. Would you take a look at that document, |
| 20 | please? This is a Notification of Personnel |
| 21 | Action. |
| 22 | **A. Yes.** |

|  | 173 |
|---|---|
| 1 | MR. FREDRICKSON: Is this a good time for |
| 2 | a break? |
| 3 | MR. JAMES: Yes. |
| 4 | (Recess.) |
| 5 | Q. I'd like to show you a document that we'd |
| 6 | like marked as Library Exhibit 49. |
| 7 | (Library Exhibit No. 49 |
| 8 | was marked for identification.) |
| 9 | Q. Would you take a look at that document? |
| 10 | **A. Yes.** |
| 11 | Q. This is a Notification of Personnel |
| 12 | Action. |
| 13 | **A. Yes.** |
| 14 | Q. And column 1 has your name. Correct? |
| 15 | **A. Yes.** |
| 16 | Q. And the nature of the action is a change |
| 17 | to a lower grade. |
| 18 | **A. Yes.** |
| 19 | Q. And the effective date is June 9, 2004. |
| 20 | **A. Yes.** |
| 21 | Q. And under column 7 it says that you are |
| 22 | an Administrative Librarian, Director for |

174

1  Cataloging.  Is that acting director?
2      A.  Yes.
3      Q.  And your grade at that point is an SL?
4      A.  Yes.
5      Q.  And the To column is back to the Chief of
6  Arts and Sciences, Cataloging Division.
7      A.  Yes.
8      Q.  And the grade is GS-15.
9      A.  Yes.
10     Q.  And on June 9th, 2004 were you still
11  performing the duties of the acting director?
12     A.  Yes.
13     Q.  And did you continue to perform them
14  after June 9th, 2004?
15     A.  Yes.
16     Q.  When did you cease performing those
17  duties?
18     A.  I ceased performing those duties in April
19  2005.
20     Q.  So you performed those duties until April
21  of 2005?
22     A.  Yes.  There was a different title

175

1  assigned to the duties.
2      Q.  And did you complain to Mr. Wiggins about
3  this notification and this appointment?
4      A.  No.
5      Q.  Did you complain to Ms. Marcum?
6      A.  No.
7      Q.  Did you complain to anyone?
8      A.  No.
9      Q.  After April, you said, of 2005, you
10  ceased performing the duties of the acting
11  director.  Is that correct?
12     A.  Yes.  It was called something else at
13  that point.
14     Q.  What was it called at that point?
15     A.  Assistant Director for Bibliographic
16  Access.
17     Q.  So it was assistant director position.
18  How did that come about?
19     A.  On August 6th, 2004 Deanna Marcum
20  appointed me to be Assistant Director for
21  Bibliographic Access, that continued, and I had
22  been acting Director for Cataloging up until August

176

1  5th, 2004.  On August 6th, 2004 I kept on doing the
2  same duties but I was called Assistant Director for
3  Bibliographic Access.
4      Q.  So the duties of the director or the
5  duties of the chief?
6      A.  I continued doing the duties of Director
7  for Cataloging.
8      Q.  And you continued that until April of
9  2005?
10     A.  Yes.
11     Q.  And what happened in April of 2005?
12     A.  Well, something happened before April.
13     Q.  What happened before April?
14     A.  On March 31st you called me and told me
15  that the positions would be abolished.
16     Q.  Which positions would be abolished?
17     A.  The assistant director positions would be
18  abolished, and on April 13th Deanna Marcum issued a
19  memo saying that the positions would be abolished.
20     Q.  The chief position, how did it come about
21  that you were appointed to that position in August?
22     A.  Assistant director?

177

1      Q.  Yes.
2      A.  In April of 2004 Deanna Marcum called me
3  into her office and showed me an organization chart
4  because she was realigning Library Services and
5  said, you know, I'd like for you to do this job,
6  you're the right person at the right time to do
7  this job, and she called it at that point Assistant
8  Director for Cataloging.
9      Q.  And you were doing the director's duties
10  at that time?
11     A.  Yes.
12     Q.  Who was doing the duties of the Chief of
13  the Arts and Sciences Cataloging Division?
14     A.  You mean who was on — let's see.  In
15  April 2004 I don't recall.
16     Q.  But you weren't doing them.
17     A.  No.
18     Q.  So when did you cease doing them?
19     A.  I had ceased doing the chief's duties in
20  September of 2002, except for actually it was only
21  one pay period that I was not doing the acting
22  director duties.  Regardless of what the paper

Mansfield, Judith A.                                    April 17, 2007
Washington, DC

46 (Pages 178 to 181)

178

1  says, there was only one pay period in this whole
2  time when I wasn't acting Director for Cataloging.
3      Q.  So between September of 2002 and April of
4  2004 you continued to do the duties of the acting
5  director?
6      A.  Yes.
7          MR. FREDRICKSON:  Did you say '04 or '05?
8          MR. JAMES:  '04.
9          THE WITNESS:  You're talking about when I
10 had the conversation with Deanna Marcum about doing
11 the assistant director job?
12     Q.  Yes.
13     A.  That's correct.
14     Q.  So you continued until that time?
15     A.  Right.
16     Q.  And you were not doing the duties of the
17 Chief, Arts and Sciences Cataloging Division?
18     A.  Correct.  It was a full time job.
19     Q.  And so in April of 2004 did you have a
20 conversation with Mr. Wiggins about the assistant
21 positions?
22     A.  Yes.  After Ms. Marcum spoke to me I

179

1  spoke to Mr. Wiggins about it.
2      Q.  And when did that conversation occur?
3      A.  There's documentation that would probably
4  kind of pinpoint it, but I'm pretty sure the
5  conversation with Deanna was on April 28th, and
6  then I would not have let a lot of time elapse, so
7  I would think that within one week I would have
8  spoken to Mr. Wiggins and gotten back to Ms. Marcum
9  regarding her job offer.
10     Q.  And what did Mr. Wiggins tell you?
11     A.  He was very pleased that she had asked me
12 to take this on, because she was merging -- in the
13 org chart she showed me that she was merging
14 acquisitions and cataloging and Mr. Wiggins was to
15 be director of both of those directorates.  She was
16 merging two directorates into one, and I would
17 continue as Assistant Director for Cataloging.
18     I think the thrust of the conversation
19 probably for me was around whether I would have
20 diminished responsibilities because I didn't really
21 want -- you know, I'd been doing all the decision
22 making and all the budget and everything, and I

180

1  didn't want to have to do a lesser role in relation
2  to those divisions.  There was going to be an
3  additional division in my area, and I didn't want
4  to have that authority taken away.
5      So while I don't recall the words, I know
6  what I was thinking, and so Mr. Wiggins and I had
7  talked, and I went away from that conversation
8  satisfied that my authority would not be
9  diminished.
10     Q.  Did Mr. Wiggins tell you that you were
11 going to receive a promotion to an SL as a result
12 of accepting that appointment?
13     A.  No.
14     Q.  Did Mrs. Marcum tell you that you were
15 going to receive a promotion to an SL?
16     A.  No.
17     Q.  Did anyone tell you that?
18     A.  No.
19     Q.  Did Mr. Wiggins tell you that you were
20 going to receive any additional pay?
21     A.  No.  Prior to the time, no.
22     Q.  Did Mrs. Marcum tell you that you were

181

1  going to be receiving additional pay?
2      A.  No.
3      Q.  Were you going to say something?
4      A.  There was e-mail communication between
5  Mr. Wiggins and Ms. Marcum about the position
6  descriptions for the assistant directors and the
7  pay, but I am not sure if I saw it at that time
8  or if it came out later.  I don't recall.
9      Q.  But you don't know whether you saw it at
10 that time?
11     A.  I'm not sure that I saw it at that time.
12     Q.  But you don't recall discussing receiving
13 any additional pay for doing those duties?
14     A.  That's correct.
15     Q.  Were you told that those duties were
16 collateral?
17     A.  Yes.
18     Q.  So you were told that they were
19 collateral?
20     A.  Eventually.  It didn't come out that they
21 were collateral until very close to the time --
22 they were independent positions, the way it was

Case 1:05-cv-01790-RMU     Document 27-5     Filed 12/04/2007     Page 48 of 56

182

```
 1   presented to me in April, and it didn't come out
 2   until very close to August, or maybe July, that
 3   they would be collateral.
 4       Q.   So this was just before the actual
 5   appointment?
 6       A.   Right.
 7       Q.   And what was your understanding of the
 8   duties when they told you that they would be
 9   collateral?
10       A.   What was my understanding of the duties?
11   My understanding was that I was to be Chief of the
12   Arts and Sciences Cataloging Division and, in
13   essence, be Director for Cataloging, both of which
14   were full-time jobs.
15       Q.   And at no additional pay?
16       A.   At no additional pay.  Well, I did not
17   know there would be additional pay.  No one had
18   told me there would be additional pay, but I didn't
19   know that there would not be.
20       Q.   You thought you would be paid additional
21   pay?
22       A.   I assumed so, yes.
```

183

```
 1       Q.   And did you ask?
 2       A.   I don't think so, no.
 3       Q.   So you didn't ask Mr. Wiggins?
 4       A.   I may have, but I don't recall, so it's
 5   just better to say no.
 6       Q.   I'd like to show you a document that
 7   we're going to mark as Library Exhibit No. 50.
 8              (Library Exhibit No. 50
 9              was marked for identification.)
10       Q.   Would you take a look at that document?
11   Have you seen it before?
12       A.   Yes.  This is familiar to me.
13       Q.   And the first paragraph says that the
14   directors are to let Deanna know by next week their
15   views on the assistant director positions and that
16   Diana's preference is that the assistant directors
17   serve in the capacity with collateral duties.  Was
18   this your understanding also?
19       A.   Yes.  This is the time frame that I was
20   talking about that I would have received this
21   message.
22       Q.   This is an e-mail from Mr. Wiggins dated
```

184

```
 1   Thursday, July 15, 2004 7:09 a.m. or p.m., I don't
 2   know which, and the subject is Directors Meeting
 3   Update.
 4              When you received this did you complain
 5   to Mr. Wiggins about not receiving any additional
 6   pay?
 7       A.   This doesn't address pay.
 8       Q.   So you didn't complain to him about that
 9   when you received it?
10       A.   No.
11       Q.   Did you complain about doing those duties
12   as collateral duties?
13       A.   I'm sure that I mentioned that they were
14   two full-time jobs, as he well knew.  I didn't
15   really have to tell him that.  He'd been Chief of
16   ASCD and Director of Cataloging, so he knew how
17   much work it was.
18       Q.   But did you complain to him other than
19   complaining that it was two full-time jobs?
20       A.   I would call that a complaint.
21       Q.   I would like to show you a document that
22   I'll have marked Exhibit 51.
```

185

```
 1              (Library Exhibit No. 51
 2              was marked for identification.)
 3       Q.   Take a look at that document, please.
 4   Are you familiar with this document?
 5       A.   Yes.
 6       Q.   And what is this?
 7       A.   This is a letter from Deanna Marcum to
 8   the staff of Library Services.
 9       Q.   And it says Friday's News, August 6th,
10   2004.  Could you go to the fourth paragraph?
11       A.   Yes.
12       Q.   And in the fourth paragraph it says:  The
13   directors have made decisions about the assistant
14   directors (all of whom have collateral division
15   chief duties).  Again, is this consistent with your
16   understanding?
17       A.   No.
18       Q.   It isn't?
19       A.   No.  The Associate Librarian made
20   decisions about the assistant directors, not the
21   directors.
22       Q.   This is a letter from her to her
```

Mansfield, Judith A.                                                April 17, 2007

Washington, DC

48 (Pages 186 to 189)

---

186

1  colleagues. Is that not correct?
2      **A.  And this is a letter to the entire staff.**
3      Q.  Right.  And in this letter she says the
4  directors have made decisions about the assistant
5  directors.
6      **A.  In my case my director did not make the**
7  **decision.  Deanna Marcum made the decision.**
8      Q.  Meaning Mr. Wiggins didn't decide?
9      **A.  As his Assistant Director for**
10 **Bibliographic Access, no, he did not.  Ms. Marcum**
11 **asked me to do the job.**
12     Q.  When you received this did you tell
13 anyone that this statement was incorrect?
14     **A.  Of course not.**
15     Q.  Did you discuss it with Mr. Wiggins and
16 say, Mr. Wiggins, this statement is incorrect?
17     **A.  No.**
18     Q.  And it also mentions in here that the
19 duties are collateral.  Was that your
20 understanding?
21         MR. FREDRICKSON:  That's not quite
22 consistent with what the document says.

---

187

1          MR. JAMES:  I'll read the paragraph in
2  its entirety:  The directors have made decisions
3  about the assistant directors (all of whom have
4  collateral division chief duties).
5      Q.  Is that your understanding about the
6  portion in parentheses?
7      **A.  Yes.**
8      Q.  I'd like to show you a document that
9  we'll mark Library Exhibit 52.
10         (Library Exhibit No. 52
11         was marked for identification.)
12     Q.  Take a look at Exhibit 52.
13     **A.  Yes.**
14     Q.  Do you know what that is?
15     **A.  Yes.**
16     Q.  What is it?
17     **A.  It's an organization chart.**
18     Q.  And is this an organization chart for
19 Library Services?
20     **A.  Yes.**
21     Q.  And what's the date of the organization
22 chart?

---

188

1      **A.  July 2004.**
2      Q.  Have you seen it previously?
3      **A.  Yes.**
4      Q.  And this came about as a result of the
5  reorganization by Mrs. Marcum?
6      **A.  Yes.**
7      Q.  And are the directors listed anywhere on
8  this chart?
9      **A.  Yes.**
10     Q.  Where are they?
11     **A.  Beacher Wiggins is listed as acting**
12 **assistant director for acquisitions.**
13     Q.  Could you tell me where you're reading
14 that from?
15     **A.  Starting at the top left, under**
16 **Acquisitions and Bibliographic Access.  He's listed**
17 **Beacher Wiggins, Director, then Acquisitions,**
18 **Assistant Director, Beacher Wiggins, Acting.  And**
19 **then you go down to Bibliographic access, Judy**
20 **Mansfield, Assistant Director.  Then you go over to**
21 **Collections and Services.  You have Collections**
22 **Management, Steve Herman, Assistant Director.**

---

189

1      Q.  And under Collection Services Carolyn
2  Brown is listed as Director?
3      **A.  Yes.**
4      Q.  And Steve Herman is listed as the
5  Collections Management --
6      **A.  Assistant Director.**
7      Q.  And going across to the next column, the
8  third column from the left --
9      **A.  Well, we haven't finished the second**
10 **column.  Special Collections and Services, Mark**
11 **Dimunation, Assistant Director.**
12     Q.  And were there any other assistant
13 directors?
14     **A.  No.**
15     Q.  So there were only three assistant
16 directors?
17     **A.  Well, no, there were four.  Mr. Wiggins**
18 **was acting Assistant Director for Acquisitions,**
19 **Judy Mansfield was Assistant Director for**
20 **Bibliographic Access, Steve Herman was Assistant**
21 **Director for Collections Management, and Mark**
22 **Dimunation was Assistant Director for Special**

---

190

1  Collections and Services.
2      Q.  So did you meet with Mr. Wiggins,
3  Mr. Herman, and Mr. Dimunation as assistant
4  director?
5      A.  Only in the context of the directors
6  meetings.  Other than that it would have been
7  topics as needed.
8      Q.  So were there regular set meetings?
9      A.  Of directors?
10      Q.  Of directors.
11      A.  Assistant directors attended the meetings
12  with -- actually, the Associate Librarian called
13  meetings of directors, and assistant directors were
14  included in those meetings.  They were held on
15  Tuesday at 1:30.
16      Q.  And did you and Mr. Herman and
17  Mr. Dimunation have separate meetings?
18      A.  No.
19      Q.  So there were no separate meetings
20  between the three of you?
21      A.  Correct.  Do you mean standing separate
22  meetings?

191

1      Q.  Correct.
2      A.  No, there were no standing separate
3  meetings of the three of us.
4      Q.  So the only time the three of you met as
5  assistant directors would have been at the
6  directors meetings?
7      A.  Yes, and on topics as needed.  We have
8  intersections in our work, and so we would get
9  together to talk about those intersections.
10      Q.  I'd like to show you that we'll mark as
11  Library Exhibit 53.
12                (Library Exhibit No. 53
13                was marked for identification.)
14      Q.  Would you take a look at what's been
15  marked as Library Exhibit 53?
16      A.  Yes.
17      Q.  Are you familiar with this document?
18      A.  Yes.  It's the same as document No. 51.
19      Q.  Just in a different format?
20      A.  Yes.
21      Q.  And if you go to the fourth paragraph, it
22  makes the same statement again about the assistant

192

1  directors and collateral duties.
2      A.  Yes.
3      Q.  Now, you believe that you should, as the
4  assistant director, that you should have been paid
5  at the same salary or SL salary that Mr. Herman and
6  Mr. Dimunation was paid at?  Is that correct?
7      A.  Yes.
8      Q.  Tell me why.
9      A.  We were performing substantially equal
10  duties.  We were in charge of several divisions
11  each.  We were in charge of their budgeting.  The
12  division chiefs reported to us.  We engaged in our
13  own high level activities in terms of strategic
14  planning.
15          In my case, I know that Mr. Herman wanted
16  to start strategic planning with his group, and so
17  he came to consult with me about how to do that and
18  I showed him how we had done it and the methodology
19  that we had used.  We attended the directors
20  meetings together.  I don't know what all of their
21  special projects were for their directorates.
22          I was continuing with all the duties I

193

1  had performed as director for cataloging, so in
2  fact I should have been paid the same as
3  Mr. Wiggins for doing those duties.
4      Q.  And when did you first voice your
5  concerns about not being paid at the same rate that
6  Mr. Herman and Mr. Dimunation were being paid?
7      A.  I know for sure on October 18th, 2004.
8      Q.  And to whom did you voice those concerns?
9      A.  Beacher Wiggins.
10      Q.  And did you tell anyone else in October
11  of 2004 other than Mr. Wiggins that you believed
12  that you should have been paid at the same rate
13  that Mr. Herman and Mr. Dimunation were being paid?
14      A.  No.
15      Q.  And what specifically did you tell
16  Mr. Wiggins?
17      A.  On October 18th?
18      Q.  On October 18th.
19      A.  I told him that I was paid -- I think I
20  told him that -- there are notes.  I told him that
21  they were paid at the SL level and I was not.
22      Q.  And that's all?

Mansfield, Judith A.                                    April 17, 2007
Washington, DC

50 (Pages 194 to 197)

194

1    A. It was in the context of my position
2    description. That's all I said about pay.
3    Q. So you said they were paid at SL and you
4    were not?
5    A. Yes.
6    Q. Did you say anything else?
7    A. No, not on October 18th.
8    Q. Did you tell Mrs. Marcum in October of
9    2004 that they were SL, meaning Herman and
10   Dimunation, and you were not?
11   A. No.
12   Q. What if anything did Mr. Wiggins say when
13   you told him that?
14   A. He said that he would talk to Ms. Marcum.
15   Q. And did he subsequently talk to her about
16   that?
17   A. Yes.
18   Q. And when did that conversation occur?
19   A. On October 18th.
20   Q. And so you told him on the 18th and he
21   had a conversation with her on the 18th?
22   A. Yes.

195

1    Q. And when did he tell you the substance of
2    that conversation he had with her?
3    A. On the 18th.
4    Q. And what did he tell you on that date?
5    A. He said that she had said that there
6    would be no problem with rewriting my PD or
7    whatever and that there would be no problem with
8    getting me paid at SL.
9    Q. And did that occur?
10   A. No.
11   Q. When was the next time you had a
12   conversation with Mr. Wiggins about not being paid
13   at the same level that Mr. Dimunation and
14   Mr. Herman were being paid?
15   A. October 25th.
16   Q. So on the 25th of October you had a
17   conversation with Mr. Wiggins?
18   A. Yes.
19   Q. Did you have a conversation with anyone
20   else?
21   A. No.
22   Q. And what was the substance of that

196

1    conversation?
2    A. I pointed out that it was -- I think I
3    might have used the words that it was possible that
4    the Library was in violation of the Equal Pay Act.
5    Q. And you said that to Mr. Wiggins?
6    A. I said that to Mr. Wiggins.
7    Q. And what did Mr. Wiggins say, if
8    anything?
9    A. I don't recall, but my notes would
10   refresh my memory because I made notes of that
11   meeting.
12   Q. You don't recall what he said?
13   A. No. In that time frame he said he would
14   be working on the PD or asking someone to work on
15   the PD or something like that.
16   Q. And this was the PD for which position?
17   A. Well, I was a little confused about that,
18   because on November 1 he asked for a copy of the
19   chief position description that had been
20   submitted -- the ASCD chief position description
21   that had been submitted, because he was working
22   with Jim Carroll, because that would be the best

197

1    place to start and he would add all the assistant
2    director duties to the PD. Then the story changed,
3    but I don't think I was in the loop on what exactly
4    happened. What was the original question? Did I
5    answer your original question?
6    Q. Yes, I think you did. When did the story
7    change?
8    A. About the PD?
9    Q. About the PD.
10   A. In January I was told that a PD had been
11   crafted and I was given a copy of it, but it wasn't
12   a collateral duty PD.
13   Q. And that was January of --
14   A. 2005.
15   Q. So in January of 2005 you were given a
16   PD?
17   A. No, a draft.
18   Q. So a draft PD. And you were given it by
19   whom?
20   A. By Mr. Wiggins.
21   Q. And what happened with that PD?
22   A. Nothing. It was forwarded to Deanna

Case 1:05-cv-01790-RMU    Document 27-5    Filed 12/04/2007    Page 52 of 56

198

1  Marcum.
2      Q.  And what did Mrs. Marcum do, if anything,
3  with the PD?
4      A.  I don't know specifically.
5      Q.  And when was it forwarded to Mrs. Marcum?
6      A.  I believe on January 13th.
7      Q.  And it would have been forwarded to Mrs.
8  Marcum by whom?
9      A.  By Mr. Wiggins.
10     Q.  And did Mr. Wiggins tell you that he
11 forwarded the draft position description for the
12 assistant directors to Mrs. Marcum?
13     A.  Yes.
14     Q.  And did you have a conversation with
15 Mr. Wiggins after that about a position description
16 for the assistant directors?
17     A.  I believe so.  The only one I knew about
18 was the one he was working on for me, so you can't
19 say assistant directors in the plural, because I
20 have no knowledge of that.
21     Q.  So you don't know whether Mr. Herman and
22 Mr. Dimunation wanted position descriptions?

199

1      A.  No, I don't.
2      Q.  But you wanted one.
3      A.  Yes, I did --
4      Q.  And --
5      A.  -- based on the August 6th e-mail, where
6  Deanna Marcum said our position descriptions would
7  be rewritten.
8      Q.  And Mr. Wiggins was assisting you in that
9  effort?
10     A.  He was doing it.
11     Q.  He was drafting the position?
12     A.  Right.  I had nothing to do with it.
13     Q.  Do you believe that Mr. Wiggins ever told
14 you a lie?
15     A.  No.
16     Q.  Do you have any reason to believe that
17 Mr. Wiggins at any time attempted to mislead you
18 about being promoted to an SL?
19     A.  No.
20     Q.  So do you have any reason to distrust any
21 of the statements that Mr. Wiggins made to you?
22     A.  No.

200

1      Q.  So you believe that he was telling you
2  the truth at all times?
3      A.  Yes.
4      Q.  And do you believe Mr. Wiggins to be an
5  honest person?
6      A.  Yes.
7      Q.  And you've known him to be honest in all
8  of his dealings with you?
9      A.  Yes.  He has the highest integrity.
10     Q.  Did there come a time when you learned
11 there would not be a position description for the
12 assistant director position?
13     A.  Not explicitly.
14     Q.  Not explicitly.  Could you explain to me
15 what you mean by that?
16     A.  Well, nothing ever happened with the
17 position description that Mr. Wiggins forwarded to
18 Deanna Marcum, so I made an assumption.
19     Q.  Did Mr. Wiggins ever tell you that it
20 wasn't going to happen?
21     A.  No.
22     Q.  He never told you that?

201

1      A.  No.
2      Q.  During this period of time, and I know we
3  talked about your complaints to Mr. Wiggins
4  earlier, did you complain to him during this period
5  of time?  And we're talking March-April of 2005.
6      A.  Yes.
7      Q.  And when did you complain to him in
8  March-April of 2005?
9      A.  Well, I don't recall a complaint in
10 April, but in March we again discussed -- may I
11 back up to a previous question?
12         In February Beacher Wiggins told me that
13 Deanna Marcum had said that she was concerned about
14 any addition to the salary's base, and the position
15 description with the collateral duties in it for me
16 would have reflected some kind of increase in the
17 salary base.  I just wanted to be sure that you
18 knew that.
19         But I was not told that she was not
20 approving it; I was just told that she had a
21 concern.  And in March I had encouraged Mr. Wiggins
22 to share with Deanna Marcum the fact that I felt

Mansfield, Judith A.                                April 17, 2007
Washington, DC

52 (Pages 202 to 205)

|  | 202 |
|---|---|
| 1 | that there was an Equal Pay Act violation. |
| 2 | Could you ask your question again because |
| 3 | I'm getting off topic? |
| 4 | Q. My question to you, which you came close |
| 5 | to answering, is: When did you complain in |
| 6 | March-April, that time frame? |
| 7 | A. March 8th is the only time I recall. |
| 8 | There had been previous instances of complaints. |
| 9 | Q. Did you at any time complain to Mrs. |
| 10 | Marcum? |
| 11 | A. No. I offered to speak to her about my |
| 12 | situation, and Mr. Wiggins said that he wanted to |
| 13 | handle my concerns, and he was my supervisor. |
| 14 | Q. And so you trusted him to handle this? |
| 15 | A. Yes. |
| 16 | Q. And did he at any time tell you that he |
| 17 | did not believe the assistant chief positions were |
| 18 | going to come to fruition? |
| 19 | A. The assistant director positions? |
| 20 | Q. Yes. I'm sorry. |
| 21 | A. It's hard to remember all these titles. |
| 22 | No, he never told me that. |

|  | 203 |
|---|---|
| 1 | MR. FREDRICKSON: Are you asking about |
| 2 | the position description again as opposed to the |
| 3 | position? |
| 4 | MR. JAMES: I'm asking about the |
| 5 | position. |
| 6 | THE WITNESS: I'm sorry. I thought you |
| 7 | were asking about the position description. No, he |
| 8 | never told me that. |
| 9 | Q. Did he tell you about the position |
| 10 | description, that it would never come to fruition? |
| 11 | A. No. |
| 12 | Q. And I take it the basis of your belief |
| 13 | that there was an equal pay violation as well as a |
| 14 | sex discrimination claim is because you believe you |
| 15 | should have been paid at the same rate of pay that |
| 16 | Mr. Herman and Mr. Dimunation were being paid. Is |
| 17 | that correct? |
| 18 | A. That's partially correct, yes. |
| 19 | Q. Well, could you correct me? |
| 20 | A. And also it's because I should have been |
| 21 | paid the same as Mr. Wiggins, my predecessor. |
| 22 | Q. And so you believe you should have been |

|  | 204 |
|---|---|
| 1 | paid at the same rate that Mr. Wiggins was? |
| 2 | A. And Mr. Herman and Mr. Dimunation. |
| 3 | Q. And you believe the duties that you were |
| 4 | performing were the same as those that were being |
| 5 | performed by Mr. Herman and Mr. Dimunation? |
| 6 | A. They were substantially equal. They were |
| 7 | not exactly the same. |
| 8 | Q. So can you tell me, when you say |
| 9 | substantially equal but not the same, what you mean |
| 10 | by that? |
| 11 | A. Well, I oversaw a different program than |
| 12 | they were overseeing. Mr. Herman dealt with |
| 13 | managing the desks and interlibrary loan, and I |
| 14 | believe he had photo duplication, which is part of |
| 15 | the loan program at the Library of Congress. |
| 16 | Mr. Dimunation was responsible for the substantive |
| 17 | area of the special format collections, rare books |
| 18 | and maps, that sort of thing. |
| 19 | Q. So if I took your position description |
| 20 | and went through your position description, would I |
| 21 | find duties in your position description that |
| 22 | Mr. Dimunation and Mr. Herman were performing? |

|  | 205 |
|---|---|
| 1 | A. There was no assistant director position |
| 2 | description for any of us, so I don't know that you |
| 3 | could go through the position description. |
| 4 | Q. Well, let me make certain I understand. |
| 5 | So is it your claim that you should have been paid |
| 6 | at the same rate that Mr. Herman and Mr. Dimunation |
| 7 | were paid because of the work that you did as |
| 8 | assistant director, or was it because of the other |
| 9 | work that they did? |
| 10 | MR. FREDRICKSON: I'll object to the form |
| 11 | of the question because it may call for a legal |
| 12 | conclusion, but you can attempt to answer it. |
| 13 | A. The original claim had to do with the |
| 14 | assistant director positions. |
| 15 | Q. You said the original claim. Is there |
| 16 | more than the original claim? |
| 17 | A. Well, the expert, Mr. Perloff, also |
| 18 | looked at the chief PDs for rare book collections |
| 19 | and access and loan management, Steve Herman's |
| 20 | chief job and my chief job. |
| 21 | Q. Is your claim for the denial of equal pay |
| 22 | based on your belief that you should have been paid |

**206**

1　at the same rate that Mr. Herman and Mr. Dimunation
2　were being paid when they were first in the
3　assistant director's position?
4　　**A. Yes.**
5　　Q. So you believe that in that capacity the
6　three of you were doing the same thing?
7　　**A. Yes.**
8　　Q. Now, you also believe that, based on your
9　expert's findings, that you should have been paid
10　at the same rate as Mr. Herman and Mr. Dimunation
11　when they were in their chief's position and you
12　were in your Chief of the Arts and Sciences
13　Cataloging Division. Is that correct?
14　　**A. Yes.**
15　　Q. So tell me, in the second capacity, when
16　you are in your chief's capacity, what duties did
17　you perform that were the same or similar to those
18　performed by Mr. Herman and Mr. Dimunation when
19　they were in their chief's positions?
20　　**A. I'm not qualified to answer that**
21　**question.**
22　　Q. So you're not qualified. Let me ask you

**207**

1　this --
2　　**A. I don't have their information or their**
3　**PDs.**
4　　Q. I'd like to have this document marked as
5　Library Exhibit No. 54.
6　　　　(Library Exhibit No. 54
7　　　　was marked for identification.)
8　　Q. Take a look at Library Exhibit 54. What
9　is Library Exhibit 54?
10　　**A. It's the old position description for the**
11　**Chief of the Arts and Sciences Cataloging Division.**
12　　Q. And was that your position at the time?
13　　**A. Yes.**
14　　Q. Let's go to the page that's listed as
15　page 15. Let's go to the first category, which
16　says Supervision Received. What in this paragraph
17　are the same as the duties performed by Mr. Herman
18　and Mr. Dimunation?
19　　**A. As I said, I cannot answer these**
20　**questions because I don't know their duties as**
21　**chief.**
22　　Q. So how is it that you're basing your

**208**

1　claim that you were discriminated against on the
2　basis of your sex and that it's a violation of the
3　Equal Pay Amendment?
4　　　　MR. FREDRICKSON: You mean other than
5　what she's already said today?
6　　　　MR. JAMES: Yes.
7　　　　MR. FREDRICKSON: You may answer.
8　　**A. I know about what they do as assistant**
9　**directors. I cannot address their positions as**
10　**chief and compare them to my position. I'm only**
11　**citing the report of the expert.**
12　　Q. So you're not relying on a comparison of
13　the position descriptions themselves?
14　　**A. I think the expert probably relied on --**
15　　Q. Other than what the expert has told you
16　and prepared, do you have any other information
17　upon which you are relying to say that you
18　performed the same duties as Mr. Herman and
19　Mr. Dimunation?
20　　**A. No.**
21　　Q. Nothing else?
22　　**A. No, not when we were chiefs.**

**209**

1　　　　(Recess.)
2　　Q. Did you at some point go to the EEO
3　office, the Library's EEO office?
4　　**A. Yes.**
5　　Q. When did you go?
6　　**A. After March 31st.**
7　　Q. When after March 31st?
8　　**A. I don't recall the date.**
9　　Q. Why do you remember that it was after
10　March 31st?
11　　**A. Because that's the date you called and**
12　**said to me, I'm calling about your letter, your**
13　**request is denied, and the positions are being**
14　**abolished.**
15　　Q. And when you say "your request", is this
16　the request that was made in your letter to the
17　Librarian?
18　　**A. I assumed that's what you were referring**
19　**to, the letter to the Librarian.**
20　　Q. And when did you send your letter to the
21　Librarian? Do you recall?
22　　**A. I delivered it to his office on March**

Mansfield, Judith A.                                              April 17, 2007
Washington, DC

54 (Pages 210 to 213)

|  | 210 |
|---|---|
| 1 | 16th. |
| 2 | Q. So you delivered the letter to the |
| 3 | Librarian on March 16. |
| 4 | A. Yes. |
| 5 | Q. And you were informed by me on March |
| 6 | 31st -- |
| 7 | A. It was the 30th or 31st. |
| 8 | Q. -- that the decision had been made to |
| 9 | abolish the positions. |
| 10 | A. Yes. |
| 11 | Q. And so the next day or the day after you |
| 12 | went to the EEO office? |
| 13 | A. I don't know. I would have to refresh my |
| 14 | memory with documentation. It was in a relatively |
| 15 | short time span. |
| 16 | Q. Would it have been a week? |
| 17 | A. I don't know. |
| 18 | Q. Two weeks? |
| 19 | A. I don't know. |
| 20 | Q. And did you at any time speak to Mrs. |
| 21 | Marcum about your concerns? |
| 22 | A. No. |

|  | 211 |
|---|---|
| 1 | Q. Did you speak to anyone other than |
| 2 | Mr. Wiggins about your concerns? |
| 3 | A. No, but when I went to the EEO office the |
| 4 | gentleman there talked to me a little bit. |
| 5 | Q. About? |
| 6 | A. About the complaint. |
| 7 | Q. And was that the initial counseling that |
| 8 | one would receive when they file an EEO complaint? |
| 9 | A. I don't remember. |
| 10 | Q. You also stated that you believed that |
| 11 | the removal of the collateral duties of assistant |
| 12 | directors, that that was discriminatory based on |
| 13 | your sex. Is that your claim? |
| 14 | A. The claim states that the removal was |
| 15 | retaliation for complaining about my pay. |
| 16 | Q. So the removal is not discriminatory, |
| 17 | it's retaliatory? |
| 18 | MR. FREDRICKSON: Objection. I think the |
| 19 | question may call for a legal conclusion, but you |
| 20 | can attempt to answer it. |
| 21 | A. I believe it was also discriminatory. |
| 22 | Q. How was it discriminatory? |

|  | 212 |
|---|---|
| 1 | A. Because I complained about unequal pay |
| 2 | and, rather than remedying the situation, they |
| 3 | abolished the job. |
| 4 | Q. Were you being paid additional monies for |
| 5 | the duties of assistant director? |
| 6 | A. No. |
| 7 | Q. How long did you perform the duties of |
| 8 | assistant director? |
| 9 | A. I performed the duties for which I was |
| 10 | not paid as director and assistant director for two |
| 11 | and a half years. |
| 12 | Q. The duties of assistant director -- |
| 13 | A. They were the same as the duties of |
| 14 | acting director, so it was two and a half years. |
| 15 | Q. The duties that you were performing |
| 16 | similar to those of Mr. Dimunation and Mr. Herman |
| 17 | were the same as when Ms. Marcum created the |
| 18 | assistant director positions? |
| 19 | A. The duties that I performed as assistant |
| 20 | director were the same duties that I performed as |
| 21 | acting director for cataloging, and so the job |
| 22 | lasted two and a half years. |

|  | 213 |
|---|---|
| 1 | Q. And what was it that you were no longer |
| 2 | receiving when Mrs. Marcum made the decision to |
| 3 | abolish that position, those duties? |
| 4 | A. I was demoted. I no longer had |
| 5 | responsibility for a $44 million budget and went |
| 6 | down to a $4.4 million budget. I had first line |
| 7 | supervisors reporting to me. I had 70 staff |
| 8 | reporting to me instead of 550 staff. I no longer |
| 9 | had oversight of national programs, the program for |
| 10 | cooperative cataloging and the cataloging and |
| 11 | publication program. I no longer sat in on the |
| 12 | directors meetings. I lost a lot. |
| 13 | Q. And what other damages did you have as a |
| 14 | result of the removal of those duties? |
| 15 | A. I can't think of anything else right now. |
| 16 | Q. There is nothing else that you can think |
| 17 | of? |
| 18 | A. The damage was the embarrassment and the |
| 19 | humiliation in removing me from my duties for no |
| 20 | cause. |
| 21 | Q. When you wrote your letter to the |
| 22 | Librarian, was it your belief that the only action |

<table>
<tr><td>

**214**

1  that Mrs. Marcum could take was to promote you?
2      **A.  That is not what that letter stated.**
3      Q.  Was it your belief that the only action
4  that Mrs. Marcum could take was to create an
5  assistant director's position description?
6      **A.  I stated no specific remedy to my**
7  **complaint in that letter.**
8      Q.  So what action did you want Mrs. Marcum
9  to take?
10     **A.  I was willing to negotiate that with**
11 **Library management.**
12     Q.  And what did you expect Library
13 management to do?
14     **A.  I did not know what to expect Library**
15 **management would do.  Maybe you could tell me.**
16     Q.  You talked about budgets, that you had
17 responsibility for budgets during the period of
18 time that you were Chief of the Arts and Sciences
19 Cataloging Division, that you had responsibility
20 for budgets.
21     **A.  Right.**
22     Q.  And also when you were the acting

</td><td>

**216**

1  was that Mrs. Marcum didn't want to add to the
2  salary base.
3      Q.  And did it come up in any other context?
4      **A.  Not in relation to any of these**
5  **discussions.**
6      Q.  Not in relation to any of the --
7      **A.  Not in relation to any of my concerns.**
8          MR. JAMES:  I don't have anything else.
9          MR. FREDRICKSON:  No questions.  She
10 would like to read and sign.
11         (Whereupon, at 4:02 p.m. the taking of
12 the deposition was concluded.)
13             (Signature not waived.)
14
15
16         _____
16         JUDITH A. MANSFIELD
17
18 Subscribed and sworn to and before me
19 this _____ day of _____, 20____.
20
21 _____
22     Notary Public

</td></tr>
</table>

**215**

1  Director for Cataloging you had budgetary
2  responsibilities.
3      **A.  Yes.**
4      Q.  When Mr. Wiggins told you that Mrs.
5  Marcum had budgetary concerns, what did you
6  understand that to mean?
7      **A.  I don't recall his saying that she had**
8  **budgetary concerns.  She said that she did not want**
9  **to add to the salary base, that she wanted to have**
10 **the flexibility to spend money on other things.**
11 **One example of other things that she might spend**
12 **money on was the rebuilding and redecoration of the**
13 **suite of offices, her suite of offices.**
14     Q.  And did you discuss those concerns with
15 Mrs. Marcum at any point?
16     **A.  No.**
17     Q.  Did you discuss them with Mr. Wiggins --
18     **A.  My concerns about the --**
19     Q.  -- the budgetary concerns?
20     **A.  No.  My impression from Mr. Wiggins was**
21 **he didn't feel there were any budgetary concerns.**
22 **The issue of budget didn't come up that way.  It**