# Exhibit 7

# Deposition of Beacher Wiggins

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

**1**

UNITED STATES COURT OF FEDERAL CLAIMS

---------------------------------X

JUDITH A. MANSFIELD,          :

        Plaintiff : Civil Action

    v.              : No. 05-472C

THE UNITED STATES OF AMERICA,  : Judge Williams

        Defendant :

---------------------------------X


        Deposition of BEACHER J.E. WIGGINS

            Washington, D.C.

        Tuesday, January 30, 2007

            9:50 a.m.


Job No.: 1-95856

Pages 1 - 195

Reported by: Nancy Bond Rowland

**2**

        Deposition of BEACHER J.E. WIGGINS, held at

the offices of:


        Webster, Fredrickson & Brackshaw

        1775 K Street, N.W.

        Suite 600

        Washington, D.C.


        Pursuant to agreement, before Nancy Bond

Rowland, Registered Professional Reporter and Notary

Public in and for the District of Columbia.

**3**

        A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:

    BRUCE A. FREDRICKSON, ESQUIRE

    WEBSTER, FREDRICKSON & BRACKSHAW

    1775 K Street, N.W., Suite 600

    Washington, D.C. 20006

    (202) 659-8510


ON BEHALF OF DEFENDANT:

    DOUGLAS K. MICKLE, ESQUIRE

    UNITED STATES DEPARTMENT OF JUSTICE

    Commercial Litigation/National Courts

    1100 L Street, N.W., Room 4062

    Washington, D.C. 20005

    (202) 307-0383


    JESSIE JAMES, JR., ESQUIRE

    JULIA DOUDS, ESQUIRE

    FELICE CHERRY, ESQUIRE

    LIBRARY OF CONGRESS

    101 Independence Avenue, S.E.

    Washington, D.C. 20540

**4**

C O N T E N T S

EXAMINATION OF BEACHER J.E. WIGGINS          PAGE

    By Mr. Fredrickson                5

    By Mr. James                183


        E X H I B I T S

        (Retained by counsel)

DEPOSITION EXHIBIT                    PAGE

1 - Position Description.           133

    Bates no. 000028 - 35

2 - Evaluation of Division Chiefs' Positions.    135

    Bates no. 000044 - 50

3 - Memo dated 4/25/03.              141

    Bates no. 000062 - 63

4 - Memo dated 7/2/03. Bates no. 150.        144

5 - Memo dated 7/5/03. Bates no. 151.        147

6 - Memo dated 4/8/04. Bates no. 000043.      157

7 - Memo dated 7/15/04. Bates no. 154.        164

8 - Friday's News - August 6, 2004.      173

    Bates no. 000075

9 - Undated memo and Position Description.      175

**Page 5**

1    P R O C E E D I N G S
2    BEACHER J.E. WIGGINS
3    having been duly sworn, testified as follows:
4    EXAMINATION BY COUNSEL FOR PLAINTIFF
5    BY MR. FREDRICKSON:
6    Q  Mr. Wiggins, could you state your name for
7    the record please?
8    A  Beacher James Earl Wiggins.
9    Q  And where do you work?
10   A  Library of Congress.
11   Q  How long have you worked there?
12   A  35 years today.
13   Q  Oh, you're kidding me.
14   MR. MICKLE:  What a way to celebrate your
15   anniversary.
16   THE WITNESS:  Well, I always look for
17   something new and exciting each year.
18   BY MR. FREDRICKSON:
19   Q  Have you been deposed before?
20   A  Yes.
21   Q  Okay.  So you started January 30th, 1972, is
22   that right?

**Page 6**

1    A  Correct.
2    Q  And could you give me an overview of your
3    career at the Library of Congress in terms of what
4    positions you went through?
5    A  I started as a cataloger in 1972, rose
6    through the ranks of cataloger position through 1980,
7    and in 1980 was appointed a first line supervisor.
8    Q  What was the job title when you were a first
9    line supervisor?
10   A  It was called section head of the English
11   Language Section 4 Descriptive Cataloging.
12   Q  Okay.  Let me see if I've got that down
13   right.  Section head for the English Language --
14   A  Section 4.
15   Q  Section 4, the number 4?
16   A  The number 4.
17   Q  Okay.
18   A  In 1986 I was appointed special assistant to
19   the assistant librarian for Processing Services.  I
20   remained in that position until 1991.
21   Q  And what did you do in 1991?
22   A  Then I was appointed chief of the Shared

**Page 7**

1    Cataloging Division.
2    Q  And how long did you hold that position?
3    A  Until 1992 when I was appointed chief of the
4    Arts and Sciences Cataloging Division.
5    Q  Okay.  And how long did you hold the position
6    of chief of Arts and Sciences Cataloging Division?
7    A  Until 1997 when I was appointed director for
8    Cataloging.
9    Q  Okay.  And how long did you hold that
10   position director for Cataloging?
11   A  Until 2002, and I was appointed for a year as
12   acting associate librarian for Library Services.
13   Q  And what did you do after that?
14   A  At the end of that year, which would have
15   been 2003, I returned to director for Cataloging.  No,
16   no, no.  That's not true.  At that point I was
17   appointed acting deputy associate librarian for Library
18   Services.  That would have been September of 2003
19   through May of 2004.
20   Q  And what did you do beginning in May of 2004?
21   A  Then I returned to director for Cataloging
22   for about two months, and July of 2004 I was appointed

**Page 8**

1    to my current position which is director for
2    Acquisitions and Bibliographic Access.
3    Q  Okay.  You seem to have a pretty good memory
4    for the years.  Can I assume though that there would be
5    a paper trail that would pinpoint exactly when you went
6    from position to position?
7    A  There should be a paper trail that would
8    document each of those occurrences.  The only thing,
9    there's a period in there that I was acting director
10   for Cataloging.  That would have been 1995, January
11   1995 through June 1997.
12   Q  If we looked at your personnel file, would we
13   be able to figure out the exact dates that you had
14   these various positions?
15   A  There should be PARs, personnel action
16   recommendations, that would document each of those
17   occurrences.
18   Q  Okay.  And were there any times when you
19   worked at the Library of Congress where you were
20   actually doing a job that wouldn't be reflected in your
21   personnel file?
22   A  I don't believe so.

**9**

1    Q   Okay.  So we've captured now all of the jobs
2   that you've held at the Library of Congress from 1972,
3   35 years later, until today?
4    **A   Indeed.**
5    Q   Okay.  Good.
6    **A   So you'll bear with me if I forget something**
7   **that happened 30 years ago.**
8    Q   I think I could do that.  I don't think that
9   will be any problem.
10       Let me start with the position that you held
11  as chief of Arts and Sciences Cataloging Division.  In
12  fact, let me do this.
13       Tell you what, before we get to a document, I
14  think I've got the position description for that, but
15  would you tell me what you did as the chief of the Arts
16  and Sciences Cataloging Division when you started in
17  1992?
18   **A   It was a newly formed division created as a**
19  **part of a reorganization of all of the cataloging**
20  **areas.  It had a staff of about between 85 and 92.  It**
21  **was composed of 1 believe eight separate teams.  So I**
22  **had a supervisory group of eight first line supervisors**

**10**

1   **reporting to me, an automated operations coordinator,**
2   **and an office staff of two or three.**
3       **The responsibility of the division was to**
4   **provide cataloging data for materials in the subject**
5   **disciplines of arts, sciences, technology.  That was**
6   **what we did.  We probably were responsible for about**
7   **80,000 to 90,000 titles annually if I remember**
8   **correctly.**
9    Q   Bear with me because I don't know a lot about
10  cataloging.  Could you tell me what the function of
11  that is of cataloging?
12   **A   What cataloging does is to connect the user**
13  **to the material, to the content.  So what we did was to**
14  **create the catalog records that you or any user would**
15  **interface with in using a catalog.  Now those**
16  **catalogues are online databases.  So we created data**
17  **that would go into records that would be mounted online**
18  **that could be used by Library of Congress patrons.**
19       **In addition, those records that we created**
20  **were also distributed electronically to other libraries**
21  **both within the United States and worldwide.  They were**
22  **done through our cataloging distribution service.  So**

**11**

1   **the records that we created in an electronic format**
2   **could be shipped electronically to any number of**
3   **customers.**
4       **So we were not only cataloging for the**
5   **Library of Congress, we were cataloging for the nation,**
6   **and that's one of the things that a cataloging**
7   **operation does at the Library of Congress, it serves as**
8   **the de facto cataloging standards making entity for the**
9   **United States and for other libraries, including other**
10  **national and international libraries.**
11      **The basic components of a catalog record are**
12  **to tell who produced the work.  So for a play by**
13  **Shakespeare, Shakespeare is the creator, the writer, so**
14  **we want to identify the creator.  You want to tell what**
15  **the work is about.  So if it happens to be a literary**
16  **criticism of the play Hamlet by Shakespeare, that's**
17  **what the subject component would indicate, that you**
18  **have here a work that criticizes the play Hamlet, and**
19  **it would give researchers, students, an indication of**
20  **that kind of content.**
21      **We also assign what is termed the**
22  **classification number which describes where this**

**12**

1   **particular work fits within the scheme of literary**
2   **works by both Shakespeare as a British playwright as**
3   **well as a playwright among the world's playwrites, so**
4   **that someone trying to see the array of output related**
5   **to plays could have a systematic way of looking at**
6   **that.**
7       **Those numbers are used to arrange the**
8   **materials on the shelves if it's a book, it's a CD or**
9   **if it's a movie.  It also helps to arrange how those**
10  **records show up when you go online to see how many**
11  **works about Hamlet does your local library have.  So**
12  **those numbers are used for that.  And the catalog**
13  **record describes the item itself.  So it will say**
14  **whether it is actually a CD, a DVD, a book, a journal.**
15      **So all of those elements go into creating**
16  **catalog data, and that division was responsible for all**
17  **works related to arts, sciences, technology, with those**
18  **components.**
19   Q   So would it be the function of the division
20  to catalog new books, new productions, new CDs, new
21  records, that type of thing?
22   **A   Anything that was newly acquired for the**

**13**

1  Library of Congress in those subject disciplines would
2  have come to that division.
3      Q  So the catalogers would identify, for
4  example, the author, the nature of the work?
5      A  Indeed.
6      Q  The category of the work in the sense of it
7  being literary criticism, novel, nonfiction, that type
8  of thing?
9      A  That type of thing.
10     Q  And the Library of Congress would prepare
11  records to reflect some of that data about the work?
12     A  All of those data that I've described would
13  be in a record for each of the items that we received.
14     Q  Personally I'm shocked that anybody would
15  criticize the work Hamlet but that aside.
16     A  People build careers out of just the
17  character Hamlet or Polonius.
18     Q  Holy cow.
19     A  The 35 years I've spent in management dealing
20  with cataloging, they will deal with that just on one
21  author.  So that adds to the value of our analysis of
22  the particular items that cross a cataloger's desk

**14**

1  because the more we can tell about that, the more it
2  helps a researcher zero in on just the element related
3  to Polonius, the character in Hamlet, and that kind of
4  thing.
5      Q  Okay.  And who actually does the cataloging
6  within the division?
7      A  For that division at that time if we had say
8  90 staff, the number of catalogers out of that number
9  would have been -- the ratio of catalogers to
10  technicians meaning paraprofessional staff would have
11  been probably 6 to 2.  So we probably had about 48 to
12  50 professional catalogers.  They would have been the
13  ones who would have had the training either through
14  having gone to library school and received master's
15  degrees in library science or they had had the
16  experience in working on-the-job there at the Library
17  or other libraries.  So those 50 or so staff would have
18  been the ones responsible for looking at an item when
19  it was assigned to him or her to catalog.
20     Q  Okay.  How many technicians did you have when
21  you started?
22     A  Probably two to three per section.  So if we

**15**

1  had eight sections, probably about between 16 and 20.
2  Probably would have been 20 at the start.
3      Q  When you say technicians, what do you mean by
4  that?
5      A  These would have been staff who would not
6  have had to have the same degree of either experience,
7  level of proficiency, degrees related to library
8  science.  So they could have had, for instance, just a
9  high school diploma or they may have had a bachelor's
10  degree as opposed to a master's degree in library
11  science.
12      So they would have done what you might call
13  the basic framework of the records.  They would have
14  prepared what we call the preliminary record which is a
15  shell so that the basic data is there.  They could be
16  told how to identify the author from the title page.
17  They could have been told how to transcribe what is the
18  title of the book and put those basic data elements
19  into the catalog record.
20      And that would have set up the framework then
21  for professional catalogers to take over and do the
22  kinds of analyses, comparing those data to the rules

**16**

1  and tools that guide the creation of those records in a
2  way that the technician staff wouldn't have been
3  trained to do.
4      Q  Okay.  And what other types of employees did
5  you have within the division of the Arts and Sciences
6  Cataloging Division?
7      A  Would have had the eight supervisors, and the
8  supervisors would have typically had the same kind of
9  skills or background related to the catalogers.  They
10  would have most likely had a master's degree or would
11  have had commensurate experience in on-the-job work so
12  that they could have qualified for that.  They would
13  have been the ones managing particular units within the
14  division.  Let's say there were two art, architecture
15  and performing arts sections teams.  So there would
16  have been two separate first line supervisors.  And
17  they may have had requisite experience related to one
18  of those aspects, art, architecture, or they simply may
19  have had experience in being good supervisors because
20  that's really what we were looking for.
21      We would have had in addition to those eight
22  supervisors one automated operations coordinator, and

17

1  what that is is someone who has an understanding of how
2  automated techniques could be applied to the work we
3  were doing. Since we are working online, that person
4  would have had an understanding of what an online
5  system is about, how catalog data fits within an online
6  database. The person would have had some sense of the
7  machinery that we use, the software. They could have
8  done trouble-shooting if there was something that
9  happened since all the cataloging was done and input
10 online.
11       I would have had an administrative officer in
12 the office. That person would have been the senior
13 person for dealing with personnel, administrative,
14 clerical activities. That person would have run the
15 administrative and the clerical operations of the
16 office in my stead.
17       I would have had a secretary, and at any
18 given time there would have been two or three clerical
19 support staff, could have been a combination of
20 permanent staff or high school work studies. So the
21 office staff could have ranged anywhere over a given
22 time from three to five people.

18

1       Q  Okay. Aside from those types of positions
2  that you've already described, were there any other
3  positions within the Arts and Sciences Cataloging
4  Division --
5       A  Oh, yes.
6       Q  -- when you were the chief?
7       A  Initially there was an assistant chief when
8  we were set up in 1992. That's the one person I
9  haven't described.
10      Q  In 1992?
11      A  In 1992. I think that makes the full
12 complement of staff.
13      Q  How would you describe the duties that you
14 had as chief of the Arts and Sciences Cataloging
15 Division when you began that position in 1992?
16      A  It was a managed operation of that division
17 and that staff of some 90 people, managing all of the
18 activities that I've described to you thus far, all of
19 the people and their positions.
20       I would have been responsible for setting the
21 tone of how the division operated, working to establish
22 the goals, led the strategic planning, dealt with

19

1  disciplinary personnel issues, appointed staff at the
2  supervisory and office level, provided performance
3  assessments for those who reported to me, been
4  responsible for reviewing the performance appraisals of
5  the other staff, and again assuring that those were
6  equitable and fair in terms of how they were being
7  assessed.
8        Managed the work flow, helped make decisions
9  related to the assignment of work and dealt with bulges
10 in the work flow if one section was overwhelmed and
11 that kind of thing. Working as one of the chiefs who
12 reported to the then director of Cataloging as part of
13 that next level management team. So reporting what we
14 were doing in the Arts and Sciences Cataloging
15 Division, how that related to sister divisions, the
16 impact of the work that we were doing, collaborating
17 with the other divisions if there were activities that
18 needed to be coordinated, melding in of the work flow
19 as those kinds of issues and concerns arose.
20       Q  Okay. Could you tell me what grade level you
21 were at when you became the chief of the Arts and
22 Sciences Cataloging Division?

20

1       A  GS-15.
2       Q  How did you get that position as chief of the
3  Arts and Sciences Cataloging Division?
4       A  As a result of the reorganization of the
5  Cataloging Directorate, there was a new set of
6  divisions created as part of that reorganizational
7  process, and I was assigned to be chief of the Arts and
8  Sciences Division. I had previously been the chief of
9  the Shared Cataloging Division. So all of us who had
10 been chiefs of former divisions were assigned
11 responsibility for one of the newly created divisions,
12 and I ended up being assigned to the Arts and Sciences
13 having formerly been the chief of the Shared Cataloging
14 Division.
15      Q  So when you became chief of the Arts and
16 Sciences Cataloging Division, it was not a competitive
17 selection?
18      A  No.
19      Q  Okay. And could you tell me what the GS
20 levels were of the first line supervisors that you
21 supervised?
22      A  GS-13s.

21

1    Q   What about the assistant chief?
2    A   GS-14.
3    Q   And what were the grade levels of the
4  technicians that you described?
5    A   They ranged from entry level of GS-5 to at
6  that time the top level of that ladder, that series for
7  the technicians, was GS-8. However, there were several
8  incumbent technicians meaning they had occupied a
9  different kind of position and had been doing probably
10 what's most aptly described as supervisory duties in
11 the previous organizational structure. So they
12 retained their grade. So we had a few who were GS-9,
13 10, and 11. We may have had in Arts and Sciences
14 perhaps five such positions. And what would have
15 happened is once those individuals vacated those
16 positions, those positions would have gone away. They
17 were call incumbency positions. So the range was
18 really GS-5 through GS-8.
19   Q   And what about the catalogers, what were
20 their grade levels?
21   A   The catalogers, their standard grade
22 structure would have been entry level GS-9 through

22

1  GS-12.
2    Q   Okay. Did your duties change over time while
3  you held the position of chief of the Arts and Sciences
4  Cataloging Division?
5    A   In no substantive way.
6    Q   Now, I believe you said that you next became
7  the acting director for Cataloging?
8    A   Yes.
9    Q   And that would have been as you recall
10 January of 1995, is that right?
11   A   Correct.
12   Q   Before we leave the Arts and Sciences
13 Cataloging Division, do you remember the approximate
14 budget that you had within your division in the Arts
15 and Sciences Cataloging Division when you started in
16 that position? I'm not going to hold you to a dollar
17 figure literally, but if you can give me a ballpark,
18 that would be great.
19   A   My best guess keeping in mind that salaries
20 have changed so much from 1992 to 2007, I'm going to
21 say several million dollars. I certainly could sit
22 down and do some calculations just based on what

23

1  salaries were, but that's the best guess I can offer.
2    Q   All right. When you say several, do you mean
3  like $3 million or $4 million --
4    A   Yes.
5    Q   -- or are you talking about in the twenties?
6    A   No.
7    Q   $3 million or $4 million, something in that
8  range?
9    A   Yes. Right. Somewhere $5 million or less if
10 I remember correctly.
11   Q   Okay. And did the budget increase over the
12 time that you held the position of chief of Arts and
13 Sciences Cataloging Division?
14   A   If it increased it was due to the normal
15 increase in salaries that the federal government grants
16 to all of its agencies. So we were tied to that. So
17 as that increased, the individual salaries increased,
18 and so that would hike the budget to that degree
19 anywhere from 2 to probably the largest increase in any
20 annual year during that period would probably have been
21 about 4 percent.
22   Q   Okay. And from 1992 till the end of 1994,

24

1  did your staff remain approximately the same size or
2  did it grow?
3    A   From '92 to '94?
4    Q   Right.
5    A   It remained about the same then. We didn't
6  lose a lot that we weren't able to fill. So it
7  remained fairly stable.
8    Q   Okay. Thank you. How did it come about that
9  you became the acting director for Cataloging?
10   A   I was asked to assume those duties by the
11 associate librarian.
12   Q   Okay. And who was the associate librarian?
13   A   Winston Tabb.
14   Q   If you could finish the hierarchy for me at
15 the Library of Congress as it existed in 1992. Did the
16 director for Cataloging report to the associate
17 librarian?
18   A   Right.
19   Q   And it was the associate librarian for
20 Library Services?
21   A   At that time it wasn't called Library
22 Services. It would have been -- At that time I think

25

1 it was still called Processing Services.
2   Q Okay. Was there any difference between
3 Library Services and Processing Services?
4   A Yes.
5   Q Describe the difference for me if you
6 would.
7   A Between 1992 and now there have been any
8 number of organizational shifts and changes within the
9 Library itself as well as within the area of where I
10 worked which at that time was Processing Services.
11 Processing Services at that time was that aspect of the
12 Library that dealt with what are described as technical
13 services activities that a library carries out, and by
14 that we mean acquisitions, the acquiring of the
15 materials for the collections; cataloging, the
16 processing of those materials to provide data to allow
17 the reader and user to find the material; preservation
18 which is the aspect of assuring now that we have these
19 materials, they'll be there 100 years for the next
20 several generations to use. So those were the basic
21 components of what Library Services constituted at that
22 time.

26

1   Q I thought you were describing Processing
2 Services.
3   A Processing Services. Sorry. Processing
4 Services, yes.
5   Q Was there anything else to the Processing
6 Services function in 1992?
7   A I believe that those were the key components.
8   Q Okay. So when you became the chief of the
9 Arts and Sciences Cataloging Division, it was within
10 the Processing Services unit, is that right?
11   A Yes.
12   Q What was that called?
13   A What was which called?
14   Q Directorate?
15   A It wasn't called a service unit then.
16 Department.
17   Q Department, okay.
18   A I think it would have been organizationally
19 referred to as a department at that time.
20   Q Okay. And in 1995 when you became the acting
21 director for the Cataloging Division, the unit was
22 called Processing Services, is that right?

27

1   A It would still have been called Processing
2 Services.
3   Q Okay. And who did the associate librarian
4 for Processing Services report to?
5   A To the librarian of Congress.
6   Q And that's the top official at the Library of
7 Congress?
8   A Yes.
9   Q Okay. There was no deputy librarian or
10 anything like that?
11   A In 1992 I don't believe we had a deputy
12 librarian. We may have.
13   Q Okay.
14   A We may have. I'm trying to think when the
15 first deputy librarian came on board. And now that I
16 reflect on it, perhaps there was a deputy librarian,
17 and if there had been -- Well, let's put it this way.
18 When the deputy librarian came on board, the associate
19 librarians in all of the departments would have
20 reported to that position and to the librarian.
21   Q How many associate librarians were there in
22 1995?

28

1   A About five I would think.
2   Q And in 1995 how many units were there
3 directly below the associate librarian for Processing
4 Services?
5   A There would have been Acquisitions. There
6 would have been Cataloging. There would have been
7 Preservation. And there would have been an area we
8 call National Programs. So four I believe in '95.
9   Q And what is the cataloging unit called?
10   A It was called the Cataloging Directorate.
11   Q So the other units that were immediately
12 below the associate librarian for Processing Services
13 were the Acquisitions Directorate, the Preservation
14 Directorate, the National Programs Directorate, and the
15 Cataloging Directorate?
16   A Correct.
17   Q All right. And then heading toward the
18 librarian, you believe there might have been a deputy
19 librarian above the associate librarian position?
20   A When the deputy librarian position was in
21 place, the associate librarians did report to that
22 position as well as to the librarian. So those two

29

1  positions would have been higher than associate
2  librarians, and they would have had reporting lines to
3  those.
4      Q  In 1995 what were the other associate
5  librarian positions other than the associate librarian
6  for Processing Services Department?
7      A  As I recall there would have been the
8  Register for Copyright, Congressional Research
9  Services. There was a Management Services Department,
10  Law Library, and Human Resources Services. Again,
11  those names varied ever so slightly depending on where
12  each one might have been in a reorganization or some
13  slight organizational change, but the components were
14  those.
15      Q  Okay. And within the Processing Services
16  Department, in 1995 when you became the acting director
17  for Cataloging, you believe that there were four
18  directorates, is that right?
19      A  Within Processing Services?
20      Q  Yes.
21      A  That is my recollection. I don't think there
22  was a fifth.

30

1      Q  All right. Now, how did it come to be that
2  you became the acting director for Cataloging?
3      A  I was asked by my boss would I take on this
4  assignment for him.
5      Q  And that was Mr. Tabb?
6      A  Correct.
7      Q  And how was it that there was a vacancy for
8  the position of director for Cataloging?
9      A  The director for Cataloging was asked to
10  serve as acting of one of the other areas of Processing
11  Services.
12      Q  What was that area?
13      A  That's one that I didn't name. Public
14  Services. That would have been the fifth one.
15      Q  Was that a promotion for you when you became
16  the acting director for Cataloging?
17      A  It was a temporary promotion of 120 days.
18      Q  And were you still a GS-15 before you were
19  asked to become the acting director for Cataloging?
20      A  Yes.
21      Q  And what position did you assume, what grade
22  level did you assume when you became the acting

31

1  director for Cataloging?
2      A  Senior level.
3      Q  Could you describe a little bit about the
4  senior level system for me. How was that different
5  from the GS system as it existed in 1995?
6      A  The distinctions would have been the GS scale
7  was a bit more structured in having separate grades and
8  then within each of those grades there were ten steps
9  with overlapping from GS-1 through GS-15. For the
10  senior level there were not as many. There were four
11  as I recall at that time, four levels. I'm not even
12  sure they called them levels, but certainly four
13  delineations of pay within the senior level.
14          And as one was appointed to a senior level,
15  there would have been calculations based on previous
16  pay, and where the previous pay, experience, job
17  requirements might have merited one being placed in the
18  senior level scale. As I recall it would have meant
19  that there would have been what would have been
20  comparable to a two-step differential from wherever one
21  was previously before moving into or being placed in
22  the senior level.

32

1      Q  Hold on to that thought for a minute. Let me
2  see if I understand what you said. So if you went from
3  a GS-15 step 6, when you became a senior level you'd
4  expect to see the pay equivalent to a GS-15 step 8,
5  something like that?
6      A  Something like that, yes.
7      Q  Okay. I gather you had nothing to say about
8  determining the pay that you received when you became a
9  senior level, is that right?
10      A  You are correct.
11      Q  Probably would have liked to, but it's not
12  really the way the world works generally. So were you
13  given a particular level when you became senior level
14  when you first assumed the position of acting director
15  for Cataloging?
16      A  Well, the temporary promotion, there would
17  have been something in whatever the pay slip and the
18  personnel action recommendation would have indicated
19  what that was. I don't remember now.
20      Q  Okay.
21      A  But that would have been spelled out for me.
22      Q  When you became senior level for the first

33

1 time, what was your understanding about the difference
2 between a senior level position and a GS level? I'm
3 not talking about the pay structure. I'm talking about
4 the content of the job, that type of thing.
5 A It probably had more to do with the level of
6 responsibility, the expectation of application of
7 judgment to the situations that one was managing, and a
8 sense that once one moved into the senior level there
9 was both expectation that one's performance would
10 reflect being at that level with the flip side being if
11 performance wasn't as expected, it would be much easier
12 to address poor performance meaning one could be easily
13 shifted or removed from senior level responsibility.
14     So it included a flexibility in terms of the
15 management structure, particularly the senior level or
16 if you don't want to use the same word to describe it,
17 the level where there was the expectation of greater
18 accountability for what one was doing.
19 Q Okay. When you became the acting director
20 for Cataloging, were the other directors within the
21 Processing Services unit also SL level positions?
22 A The other directors?

34

1 Q Right.
2 A Yes.
3 Q Okay. So in 1995 when you became acting
4 director for Cataloging, the directors for Acquisitions
5 Cataloging, Preservation, National Programs, and Public
6 Services were all SL level positions, is that right?
7 A Correct.
8 Q When you assumed the position of acting
9 director for Cataloging, could you tell me what your
10 approximate budget was that you had management
11 oversight over?
12 A Approximately $30 million.
13 Q And how many staff were within the
14 directorate, the Cataloging Directorate, when you
15 became the acting director for Cataloging?
16 A In 1995 there would probably have been about
17 570 staff.
18 Q And what were the ranges of the grade levels
19 of people who worked within the Cataloging Directorate?
20 A GS-1 through 15.
21 Q Approximately how many GS-15s did you have in
22 that directorate?

35

1 A There would have been eight divisions, so
2 eight.
3 Q So would division chiefs be GS-15s, is that
4 right?
5 A Correct.
6 Q Were the other divisions similarly composed
7 to the Arts and Sciences Cataloging Division that you
8 described here earlier?
9 A Four others were, and then there were three
10 that were variations on those divisions.
11 Q Okay. What were the eight divisions within
12 the Cataloging Directorate in 1995 when you took that
13 acting director position?
14 A The Arts and Sciences Cataloging Division,
15 the History and Literature Cataloging Division, the
16 Social Sciences Cataloging Division, the Special
17 Materials Cataloging Division, the Regional and
18 Cooperative Cataloging Division, the Cataloging in
19 Publication Division, the Cataloging Policy and Support
20 Office.
21 Q Hold on for a second. Cataloging, say that
22 again please.

36

1 A Cataloging Policy and Support Office. And
2 lastly, the Dewey Decimal Classification Division.
3 Q Now, when you became the acting director for
4 Cataloging, would you describe the job duties that you
5 had?
6 A It would have been managing those eight
7 operations that I just described. The titles of those
8 divisions gives some sense of the variation on the
9 theme meaning everything I described about the Arts and
10 Sciences Cataloging Division related to subject
11 disciplines, creating cataloging data, managing those
12 operations applied to History and Literature, Social
13 Sciences, what have you.
14     The additional aspects that were different or
15 more expansive than managing those discipline
16 cataloging activities would have been the Cataloging in
17 Publication Division, and that division had
18 responsibility for interface with the publishing
19 community because what we did was work with publishers
20 to bring in pre-publication titles and do the
21 cataloging, submit the cataloging data to the publisher
22 so that those data could be published in the book

37

1  itself and we could have preliminary records before the
2  book is actually published. So that's a different
3  aspect that became part of my responsibility.
4      The Dewey Classification Division was another
5  aspect that was different and broadened the scope of
6  responsibility, and for that activity it was the
7  assigning of Dewey numbers which is what most library
8  users are most familiar with when they think about a
9  library and using a catalog. So we added those numbers
10 to publications. That was a different and expanded
11 responsibility.
12     And the Cataloging Policy and Support Office
13 brought into play the responsibility for developing
14 cataloging policy that both our staff used in producing
15 cataloging data, and we also shared those policy
16 decisions through publications with libraries and other
17 cataloging operations across the country and the world.
18     So it was an expansion beyond what I did when
19 I described for the Arts and Sciences multiplied by
20 five in relationship to the subject discipline side of
21 things with the accrual of duties related to policy,
22 special program where we had outreach with a community

38

1  beyond the library community, the publishing community,
2  and working with a specialized constituency where we
3  were providing a service that the Library of Congress
4  itself didn't use but as a national library we had the
5  responsibility because most public libraries use Dewey.
6      So that in a nutshell. So it was managing
7  all of those, those 570 staff, applying the same kind
8  of guidance, strategic direction, assuring performance
9  assessments, working with staff that were done at the
10 divisional level multiplied by eight. And then in
11 relationship working with the directors of the other
12 directorates that reported to the associate librarian
13 for Processing Services and performing part of that
14 management team and planning then for the overall
15 direction for Processing Services at the time.
16     Q  When you became the acting director for
17 Cataloging, did you fill the Arts and Sciences
18 Cataloging Division chief position?
19     A  I did eventually.
20     Q  And how did you do that?
21     A  During the initial phase when I was still
22 carrying out acting duties as the director for

39

1  Cataloging, I had rotating staff serve as acting Arts
2  and Sciences chief.
3      Q  What do you mean when you say you had
4  rotating staff serve as the acting Arts and Sciences
5  chief?
6      A  I solicited expressions of interest to serve
7  on an acting basis for 120 days. And based on
8  expressions of interest, looking at their
9  qualifications, appointed several to do that.
10     Q  Was there any magic to the 120 days that you
11 mentioned?
12     A  Just part of the Library's human resources
13 policy, that one can only be promoted temporarily for
14 120 days.
15     Q  Okay. But you had a variety or a number of
16 different people serve as the acting chief of the Arts
17 and Sciences Cataloging Division position --
18     A  Yes.
19     Q  -- during the time you were the acting
20 director for Cataloging, is that right?
21     A  Yes.
22     Q  Okay. Was there any particular reason you

40

1  had filled that position on a rotating basis?
2      A  Several. One, to give more than one person a
3  chance to fill the position on a temporary basis giving
4  experience in management at a different level, and a
5  second reason is it provided a variety of expertise to
6  present itself both to me and to the division in terms
7  of ideas and perhaps a different approach to dealing
8  with managing the operation.
9      Q  Okay. When did you first have someone fill
10 your position as Arts and Sciences Cataloging division
11 chief after you became the acting director for
12 Cataloging?
13     A  When did I do it the first time?
14     Q  Yes. I think you said eventually you did.
15     A  It would have been -- I'm sure by the time I
16 would have stepped in as acting director for
17 Cataloging, I would have identified someone to serve as
18 the first acting chief; one, just to have that
19 coverage. So I'm sure once I was notified that I would
20 be doing duties as the acting director for Cataloging,
21 I then set in motion working with my management group
22 in Arts and Sciences to solicit names and to identify

41

1 someone both so we could announce to the staff and we
2 could have without a lapse in coverage of management at
3 the top of the division.
4    Q. Okay. So it sounds like the director for
5 Cataloging is a very big job.
6    A. That's a fair statement.
7    Q. Okay. And was it full-time? Did it consume
8 your full-time responsibilities when you became the
9 acting director for Cataloging?
10    A. Yes.
11    Q. And am I right that you had someone else do
12 the division chief duties for the Arts and Sciences
13 Cataloging Division when you became acting director for
14 Cataloging?
15    A. Yes.
16    Q. Now, I think you said you initially received
17 an initial appointment of 120 days for the acting
18 director position, that is acting director for
19 Cataloging, is that right?
20    A. Correct.
21    Q. What happened to you after the 120 days
22 expired?

42

1    A. The associate librarian had to determine what
2 he would do next for coverage for the Cataloging
3 Directorate, and he asked if I would be willing to
4 continue in that position making it clear that if I
5 were to do so, it would be without benefit of temporary
6 promotion. I would revert to the GS-15 level pay that
7 I received as a division chief, but the duties of
8 acting director would not change.
9    Q. Okay. So did you continuously work as acting
10 director for Cataloging until you became the director
11 for Cataloging?
12    A. That is correct.
13    Q. Okay. And I guess at various points in time
14 during that tenure as acting director for Cataloging,
15 sometimes you were paid GS-15, sometimes you were paid
16 at the SL level, is that right?
17    A. On a yearly basis you're correct, again
18 because one could only be promoted 120 days temporarily
19 in any given year.
20    Q. What do you mean on a yearly basis? Could
21 you explain that?
22    A. One could only be temporarily promoted in any

43

1 given 12-month period. So it would have to be at the
2 end of a cycle of 12 months.
3    Q. So the way you understood the way the Library
4 worked at this time frame, if you were in an acting
5 capacity at the SL level, you would work for 120 days
6 at the SL level, is that right?
7    A. In this instance, yes, because we were
8 dealing with the SL position.
9    Q. And then you'd have to wait another year
10 before you resumed pay status at the SL level?
11    A. That is correct, unless the position in which
12 one is serving is formally posted to be filled, and at
13 that point then the temporary promotion can continue
14 until the position is permanently filled.
15    Q. All right. Let me see if I understand what
16 you've said. Just to make sure I understand what you
17 said, I want to take out the prospect or possibility of
18 the position being posted. Okay.
19        So in 1995 when you became the acting
20 director for Cataloging, you understood the Library's
21 policy to be that you could serve on a temporary
22 promotion basis at the SL level for only 120 days,

44

1 right?
2    A. Correct.
3    Q. And then you understood the Library's policy
4 to be you had to wait 365 days until you could then
5 again go back up to the SL level in terms of pay?
6    A. Correct.
7    Q. All right. And for that calendar year
8 between the 120-day periods where you served as SL, you
9 would be working at a GS-15 level in terms of pay?
10    A. Correct.
11    Q. Is that your understanding of what the
12 Library's policy to be?
13    A. Correct.
14    Q. Okay. Then you said if the job were posted,
15 what was the consequence of that?
16    A. At the point that the job was posted, then if
17 you had someone in an acting capacity, that person
18 could be temporarily promoted until the position was
19 permanently filled.
20    Q. Okay. I think I've got a grip on that. How
21 did you become the director for Cataloging?
22    A. Through a competitive posting.

45

1    Q And do you remember when that was?

2    A **Which? When the posting went up or when I**

3 **was appointed?**

4    Q The posting.

5    A **I believe it went up in the fall of 1996. I**

6 **was appointed in '97. Yes.**

7    Q Okay. Was the permanent position director

8 for Cataloging a senior level position at that time?

9    A **Yes.**

10    Q And were you still a GS-15 --

11    A **Yes.**

12    Q -- except for the temporary promotions that

13 you received when you were acting director for

14 Cataloging?

15    A **Correct.**

16    Q And when you say there was a competitive

17 posting, what do you mean by that?

18    A **Meaning a posting was advertised for the**

19 **position saying that the position of director for**

20 **Cataloging at the Library of Congress is open, and**

21 **anyone may apply.**

22    Q And you applied for the position?

46

1    A **Yes.**

2    Q And were you interviewed for the position?

3    A **Yes.**

4    Q Were there others interviewed for the

5 position?

6    A **I believe there were.**

7    Q Who was doing the interviewing?

8    A **Winston Tabb, the associate librarian at the**

9 **time.**

10    Q Just Mr. Tabb alone?

11    A **Yes.**

12    Q And who was the selecting official?

13    A **Winston Tabb.**

14    Q During the time that you served as the acting

15 director for Cataloging, did your duties change at all

16 or were they pretty much the same?

17    A **I don't recall that the duties changed very**

18 **much, no, not during that period.**

19    MR. JAMES: Your question was the difference

20 between the duties as acting and the duties as

21 director?

22    MR. FREDRICKSON: No. I was just asking

47

1 about the period when he was acting director.

2    MR. JAMES: So which question are you asking?

3 Change between what?

4 BY MR. FREDRICKSON:

5    Q During the time that you served as acting

6 director for Cataloging, did your duties change over

7 time?

8    A **I don't recall that they did.**

9    Q Okay. And what was the approximate budget of

10 the Cataloging Directorate at the end of your period

11 when you were acting director for Cataloging?

12    A **I would expect that it would have increased**

13 **by $1 million or $2 million, again because of the**

14 **annual increase in salary for staff across the board.**

15    Q Okay. I think I jotted this down. The

16 approximate budget was about $30 million when you

17 started the position?

18    A **That is a ballpark estimate --**

19    Q Right. I understand.

20    A **-- based on what I remember the total staff**

21 **was at the time and what I'm recalling our pay scales**

22 **were at the time.**

48

1    Q Okay. And at the end of the period when you

2 still were the acting director for Cataloging, what was

3 the approximate budget then? In the low thirties?

4    A **I would say, yes.**

5    Q $32 million, $34 million?

6    A **I would say somewhere between $32 million,**

7 **$33 million I would imagine because there would have**

8 **been a two-year difference.**

9    Q Okay. $32 million to $33 million?

10    A **That would be my estimate.**

11    Q Okay. And at the end of the period that you

12 served as acting director for Cataloging, was the staff

13 still about 570 employees?

14    A **It probably had been reduced by anywhere from**

15 **30 to 50 people.**

16    Q Okay. And were you promoted into the senior

17 level when you became the director for Cataloging?

18    A **Correct.**

19    Q And what level were you at?

20    A **I don't recall. Again, it would have been**

21 **whatever the calculations that HR would have done based**

22 **on where I was in the GS-15.**

49

1    Q Okay. When you became senior level, were you

2 eligible for bonuses?

3    **A The bonuses that applied to the senior level**

4 **program, I would have been eligible.**

5    Q Okay. In addition to your salary and the

6 bonuses, were there other aspects of compensation in

7 addition to that that you had at the senior level that

8 was not available to you as a GS level employee?

9    A No.

10    Q Just those two things, a higher salary and

11 bonus eligibility?

12    A Yes.

13    Q Okay. Did your job duties change when you

14 became the director for Cataloging?

15    A No.

16    Q So all the job duties that you described as

17 to what you did as the acting director for Cataloging,

18 you continued to do that when you became the director

19 for Cataloging, is that right?

20    A Yes.

21    Q Do you know what the difference in the budget

22 was between 1997 when you became the director for

50

1 Cataloging and the time in 2002 when you assumed the

2 duties of the associate librarian for Library Services?

3    A For cataloging only?

4    Q Yes, for the Cataloging Directorate.

5    **A It probably would have been about**

6 **$40 million.**

7    Q $40 million?

8    A Yes.

9    Q Okay. And in 2002 what was the approximate

10 staff of the Cataloging Directorate?

11    **A Between 500 and 525, somewhere in that range.**

12    Q How many divisions were there in the

13 Cataloging Directorate as it existed in 2002 when you

14 became the acting associate librarian for Library

15 Services?

16    **A It had not changed, so the eight that I**

17 **described were still in existence in 2002.**

18    Q How did you become the acting associate

19 librarian for Library Services in 2002?

20    **A The librarian of Congress asked me to assume**

21 **the duties.**

22    Q Who was that?

51

1    A James H. Billington.

2    Q And what were your job duties as the acting

3 associate librarian for Library Services?

4    **A Responsibility for some 40 divisions, a staff**

5 **of about 2,100, covering all of the traditional aspects**

6 **of librarianship, what a library is about, from**

7 **acquiring materials, cataloging materials, serving**

8 **those materials to users, interpreting those materials**

9 **through reference, preserving those materials through**

10 **preservation. Public outreach activities such as the**

11 **service for the Blind and Physically Handicapped**

12 **Program. Activities and services related to the**

13 **public, Visitors Services Program.**

14    **And the automation side of activities, the**

15 **automation support that made those activities that I**

16 **described happen, particularly if there was an online**

17 **component or if automation would facilitate/improve the**

18 **operations associated with those.**

19    **It would have also included some fiscal**

20 **services such as the Publishing Program that brought in**

21 **a certain amount of revenue, a catalog and distribution**

22 **service that actually disseminated materials to**

52

1 **customers, and that would have included publishing and**

2 **disseminating print publications.**

3    **I think that covers the gamut and the size**

4 **and the complexity. So it would have increased the**

5 **span of control, the level of complexity, by about five**

6 **I would say beyond both the size and the level of**

7 **control associated with the service unit versus the**

8 **directorate.**

9    Q Okay. When you became the acting associate

10 for Library Sciences --

11    A Services.

12    Q Services. Good catch. I'm having trouble

13 reading my handwriting here, but I've got that down

14 now. What did you do about the position of director

15 for Cataloging?

16    **A I filled that with an acting.**

17    Q How did you go about doing that?

18    **A Solicited indications from volunteers.**

19    Q Okay. Did you put out a public announcement

20 or something like that or go face-to-face and meet with

21 people or how did you do that?

22    **A I did it through my management team both**

53

1 talking to them and through e-mails.
2   Q  And did you appoint an acting director for
3 Cataloging?
4   A  Yes.
5   Q  And who was that?
6   A  Judith Mansfield.
7   Q  When was she appointed acting director for
8 Cataloging?
9   A  She would have been in place by the time I
10 needed to assume my acting duties, so that would have
11 been September of 2002.
12   Q  Do you remember the discussion you had with
13 Miss Mansfield when you appointed her acting director
14 for Cataloging?
15   A  Not all the details. I'm sure my --
16   Q  Would you tell me what you do remember about
17 your conversation with Miss Mansfield when you
18 appointed her acting director for Cataloging?
19   A  My recollection is having met with her saying
20 that she was the one I wanted to start with as acting,
21 what that would entail, when it would begin, and
22 answering any questions, and giving her an opportunity

54

1 to think about it if she so desired.
2   Q  Are you saying that you were contemplating
3 filling the acting director for Cataloging on a
4 rotating basis at the point in time when you decided to
5 appoint Miss Mansfield as the first acting director?
6   A  That was an option at that time, yes.
7   Q  Okay. So you were thinking about that?
8   A  Uh-huh.
9   Q  I didn't hear your response.
10   A  Yes. Sorry.
11   Q  And were you also thinking at that same time
12 at the point in time when you were appointing Miss
13 Mansfield as the acting director for Cataloging having
14 her continue open ended beyond the 120-day period that
15 you described before?
16   A  It was open in my mind.
17   Q  So you hadn't really decided one way or the
18 other whether you were going to fill that position on
19 an acting basis on a rotating basis or have Miss
20 Mansfield continue it?
21   A  That is correct.
22   Q  And when Miss Mansfield was appointed, did

55

1 you discuss with her pay at that point in time?
2   A  I'm sure I would have, and what I would have
3 said would have been along the lines of You'll be
4 temporarily promoted for 120 days. The calculations
5 would be done by Human Resources, and they'll let you
6 know what it is. I wouldn't have been able to tell her
7 what the exact amount would have been.
8   Q  Am I right that you didn't have a say in what
9 Miss Mansfield would be paid once she became acting
10 director for Cataloging?
11   A  That is correct.
12   Q  Okay. And who would determine Miss
13 Mansfield's pay when she became acting director for
14 Cataloging?
15   A  Human Resources staff.
16     THE WITNESS:  Is this a convenient time for a
17 break?
18     MR. FREDRICKSON:  Sure. Whenever you need
19 one, let us know. We'll be happy to take a break.
20     THE WITNESS:  Thank you.
21     (Recess)
22

56

1 BY MR. FREDRICKSON:
2   Q  When Miss Mansfield became the acting
3 director for Cataloging, did she report directly to
4 you?
5   A  Yes.
6   Q  And during the whole time that Miss Mansfield
7 was the acting director for Cataloging, did she report
8 to you?
9   A  Yes.
10   Q  So you were familiar with her work as acting
11 director for Cataloging?
12   A  Yes.
13   Q  And the responsibilities that she held?
14   A  Yes.
15   Q  And the skills required for her to hold that
16 position?
17   A  Yes.
18   Q  What did Miss Mansfield do as acting director
19 for Cataloging?
20   A  She did the same kind of tasks and had the
21 same responsibilities I did and that I've described for
22 myself as both acting director for Cataloging and after

57

1 I was permanently appointed to it.
2 Q Okay. And did Miss Mansfield fill the
3 position of acting director for Cataloging, did that
4 require the same level of skill as was required of you
5 when you were first the acting director for Cataloging
6 and then the director for Cataloging?
7 A Yes.
8 Q And when Miss Mansfield served as the acting
9 director for Cataloging, did it require the same level
10 of responsibility that was required of you when you
11 were the acting director for Cataloging and then the
12 director for Cataloging?
13 A Yes.
14 Q And when Miss Mansfield served as the acting
15 director for Cataloging, was Miss Mansfield required to
16 put forth the same level of effort as you were required
17 to put forth when you were the acting director for
18 Cataloging and then the director for Cataloging?
19 A Yes.
20 Q Now, when Miss Mansfield was the acting
21 director for Cataloging, what was her permanent
22 position?

58

1 A Chief of the Arts and Sciences Cataloging
2 Division.
3 Q Bear with me a minute.
4 When Miss Mansfield became the acting
5 director for Cataloging, was the position of chief of
6 the Arts and Sciences Cataloging Division filled in any
7 way temporarily or otherwise?
8 A Temporarily.
9 Q Okay. And how was that done?
10 A She used the same process that I had used,
11 solicited volunteers to serve as acting, and as I
12 recall had several who rotated in as acting Arts and
13 Sciences chief.
14 Q Okay. Was that with your permission?
15 A Yes.
16 Q So Miss Mansfield came to you and said Can I
17 fill the chief of the Arts and Sciences Cataloging
18 Division on a temporary basis, and you agreed with
19 that, is that right?
20 A Yes.
21 Q So when Miss Mansfield served as the acting
22 director for Cataloging, was that a full-time position

59

1 for her?
2 A Yes.
3 Q And someone else during the time that Miss
4 Mansfield served as the acting director for Cataloging
5 did the chief of the Arts and Sciences Cataloging
6 Division job, is that right?
7 A That is correct.
8 Q And that would have been true for the whole
9 time that Miss Mansfield served as the acting director
10 for Cataloging?
11 A Yes.
12 Q Okay. Did you consider the position of the
13 director for Cataloging to be a senior level position
14 yourself?
15 A Yes.
16 Q What made it a senior level position to you?
17 You held the job. You supervised the job. What is it
18 about the director for Cataloging position that made it
19 a senior level position?
20 A Any number of elements. The complexity that
21 I described, the span of control, the number of staff
22 for which the position was responsible, the outreach

60

1 aspect of it meaning the interface with the public on
2 any number of levels including Congress, other library
3 constituents, members of other information communities,
4 other national libraries.
5 Q What do you mean when you say other library
6 constituents, what do you mean by that?
7 A The various library groups or types of
8 libraries that the Library of Congress and in
9 particular our Cataloging serves.
10 Q Meaning other national libraries, that type
11 of thing?
12 A It could be other national libraries. It
13 could be public libraries. It could be research
14 libraries. So the type of libraries is not limited,
15 and we have interface with any of those, all of those,
16 at any given time.
17 Q Okay. And when you say library groups, what
18 are you referring to?
19 A For instance, the American Library
20 Association, the main professional body to which we
21 contribute both our services, time, for which we serve
22 on committees, make reports to various committees

61

1  within that association.
2    Q  What other groups other than the American
3  Library Association?
4    A  The Association for Research Libraries would
5  be another, Music Library Association, any specialized
6  group that deals with aspects of librarianship or
7  cataloging/processing of materials.
8    Q  How did Miss Mansfield perform in the
9  position of acting director for Cataloging?
10   A  Very well.
11   Q  In what manner?
12   A  In most respects.
13   Q  Can you elaborate on that any?  Was she a
14  good manager?
15   A  She was a good manager.
16   Q  Was she good at budgets, et cetera?
17   A  She managed the process well.  She was good
18  at implementing and carrying out initiatives, changes,
19  directives.  She was good at guiding and leading the
20  management team.  She kept me fully informed of what
21  was going on or changes that she was proposing.  As I
22  recall she instituted and led a strategic planning

62

1  exercise that led to a solid strategic plan for the
2  Cataloging Directorate.
3    Q  Did you say solid?
4    A  Solid.
5    Q  Solid strategic plan.  Okay.
6    A  So those are some of the instances.
7    Q  Okay.  And did there come a point in time
8  after the 120-day period where you had a decision to
9  make as to whether Miss Mansfield was going to continue
10  in that role as acting director or not?
11   A  Yes.
12   Q  And what did you decide?
13   A  That for continuity and because she had been
14  serving well, I wanted her to continue.
15   Q  Okay.  So did you have a discussion with Miss
16  Mansfield concerning her continuing or the possibility
17  of her continuing as acting director for Cataloging?
18   A  Yes.
19   Q  Okay.  Could you describe what you remember
20  of that conversation?
21   A  I can't remember the explicit
22  conversation, but it would have been along the lines of

63

1  pretty much what I've just said to you, that the time
2  is drawing near for my having to make a decision on
3  next steps.  I've been more than satisfied with your
4  service.  Are you willing to do this?  And that I would
5  want to let the other members of the management team
6  within the Cataloging Directorate know.  That would
7  probably have been it.  I'm sure I would have said And
8  you realize that the temporary pay will cease at the
9  end of the 120 days.  Are you still willing?  Again, as
10  I typically do, then would have given her a chance to
11  mull it over without making a decision there on the
12  spot.
13   Q  Now, at the time that Miss Mansfield became
14  the acting director for Cataloging, were the other
15  directors within Library Services SL level positions?
16   A  Yes.
17   Q  Do you remember who it was that held the
18  positions in the other directorates in Library Services
19  when Miss Mansfield became the acting director for
20  Cataloging?
21   A  That would have been 2002.  Let me see.
22  Diane Kresh would have been director for Public

64

1  Services.  Carolyn Brown would have been director for
2  Area Studies.  Mark, and I'm drawing a blank on Mark's
3  last name, would have been director for Preservation.
4  I'll think of it, and I'll come back to him.
5  Acquisitions would have been Nancy Davenport.  I
6  believe those were the directors in 2002.
7    Q  Okay.  At the end of the first 120-day period
8  of Miss Mansfield being the acting director for
9  Cataloging, did her job duties change at all?
10   A  At the end of the 120 days?
11   Q  Yes.
12   A  No.
13   Q  Okay.  Did Miss Mansfield's job duties change
14  at all during the entire period that she served as
15  acting director for Cataloging?
16   A  No.
17   Q  So am I correct that at the end of the 120
18  days that Miss Mansfield served as the acting director
19  for Cataloging, you didn't remove any duties from her
20  or anything like that?
21   A  I did not.
22   Q  When Miss Mansfield's 120-day first period as

**65**

1  acting director for Cataloging ended, did she go back
2  to work as a GS level employee in terms of pay status?
3      A  Her pay would have reverted at the end of the
4  120 days to whatever step she was in the GS-15 scale.
5      Q  But her duties didn't change?
6      A  Correct.
7      Q  And then how long was it that Miss Mansfield
8  worked as acting director for Cataloging at the GS
9  level after that first 120-day period?
10     A  She served for the duration of the year that
11 I was acting associate librarian.  So it would have
12 been for another eight months, whatever that number of
13 days is.
14     Q  Well, I thought you had amended that.  Maybe
15 I got it wrong in my own mind, so let me just see if I
16 can get this clear.  You were acting associate
17 librarian for Library Services for a year beginning in
18 2002, right?
19     A  Correct.
20     Q  And then you became the acting deputy
21 associate librarian for Library Services at the end of
22 that year?

**66**

1      A  Right.
2      Q  Okay.  And you served for how long after you
3  became the -- Strike that.
4         How long did you serve as the acting deputy
5  associate librarian for Library Services?
6      A  That would have been through April of 2004, I
7  think April or May of 2004.
8      Q  Okay.  Who was doing the acting director for
9  Cataloging during that time period?
10     A  Then Judy carried on those functions during
11 that period too.
12     Q  So Miss Mansfield worked longer than one year
13 as the acting director for Cataloging?
14     A  Yes.
15     Q  You didn't make a change when you changed
16 jobs from the acting associate librarian to the acting
17 deputy associate librarian, did you?
18     A  I did not, although there may have been a
19 break of a week or two in there as these acting shifts
20 occurred, but in essence she assumed or continued those
21 duties as the acting director for cataloging.
22     Q  Okay.  I had understood you to say earlier

**67**

1  that Miss Mansfield served 120 days as the acting
2  director for Cataloging, then eight months as the
3  acting director for Cataloging --
4      A  I was --
5      Q  Just hear me out. -- as the acting director
6  for Cataloging but at the GS level, and then that was
7  the end of it, but that's not right, is it?
8      A  Right.  I was matching that to my time as
9  acting associate librarian; but then when I took a
10 different acting set of duties, I asked her to
11 continue.  So if you add them up, it goes longer than
12 the 12 months.
13     Q  Okay.  If I understand what you've said, then
14 Miss Mansfield became the acting director for
15 Cataloging sometime in September 2002, right?
16     A  Yes.
17     Q  And she continued to be the acting director
18 for Cataloging until sometime in the spring of 2004, is
19 that right?
20     A  Correct.
21     Q  During that whole time frame when she served
22 as acting director for Cataloging, was Miss Mansfield

**68**

1  working at the SL level in terms of skill,
2  responsibility, duty, effort?
3      A  None of that changed from the time she
4  started in September of 2002.
5      Q  Okay.  So she did work at the SL level based
6  on your observation and being her supervisor?
7      A  Yes.
8      Q  Okay.  Did there come a point in time where
9  Miss Mansfield's pay status changed after she had that
10 first 120-day period paid at the SL level followed by a
11 period as a GS level pay status?
12     A  There would have been at least one more
13 temporary promotion in there.
14     Q  Okay.  That would have been after one year
15 following the end of --
16     A  It would have been after the end of one year,
17 yes.
18     Q  Okay.  Let me try the question because when
19 we get the transcript back, it's going to be harder to
20 read if you and I are talking at the same time.  Okay.
21 Let me just try the question so I understand and we
22 have a clear record on it.

69

1    Am I right that Miss Mansfield was in the SL
2  level pay status for 120 days when she first assumed
3  the acting director for Cataloging position?
4    **A End of question?**
5    Q  Yes.
6    **A Correct.**
7    Q  And then she worked for a year as the acting
8  director for Cataloging in the GS pay status, is that
9  right?
10   **A Yes.**
11   Q  And then Miss Mansfield had another 120-day
12  period at the SL pay status while she was acting
13  director for Cataloging?
14   **A Correct.**
15   Q  And then she went back to the GS pay status
16  after that second 120-day period, is that right?
17   **A Correct.**
18   Q  And the whole time that she was doing that,
19  she was working at the SL level though?
20   **A Nothing had changed except temporary**
21  **promotions.**
22   Q  Okay.  Good.  Thank you.  When you were

71

1  believe she was.  **I don't remember her moving back to**
2  **the chief's office at any time during that period.**
3    Q  Did there ever come a point in time where you
4  moved back to your old office as director for
5  Cataloging?
6    **A At the end of my acting stint as acting**
7  **deputy associate librarian is when I moved back, and**
8  **that would have been after April of 2004.**
9    Q  Okay.  Are you in that office now?
10   **A No.**
11   Q  When did you move from that office where you
12  were serving as the director for Cataloging?
13   **A April of 2005.  I think that's about right.**
14   Q  Okay.  I think you said earlier in July of
15  2004 you were the director for Acquisitions and
16  Bibliographic Access?
17   **A Yes.**
18   Q  Where were you physically located then?
19   **A At that point I would have been in the office**
20  **for the director for Cataloging.**
21   Q  Okay.  And how long did you remain there
22  until?

70

1  working as the acting associate librarian for Library
2  Services, were you working physically in the same
3  office that you had been as the director for
4  Cataloging?
5    **A No.**
6    Q  Where did you go?
7    **A A few doors down to the office for the**
8  **associate librarian for Library Services.**
9    Q  And did Miss Mansfield move into the offices
10  that you had when she was the acting director for
11  Cataloging?
12   **A Yes.**
13   Q  And where did you go when you became the
14  acting deputy associate librarian for Library Services?
15   **A I moved to an interim office, another office.**
16   Q  Where was that?
17   **A It was along the same row of offices, but it**
18  **was different than the two we've mentioned so far.**
19   Q  Okay.  And was Miss Mansfield in the offices
20  of the director for Cataloging for the whole time that
21  she served as the acting director for Cataloging?
22   **A I believe she was for the entire duration.  I**

72

1    **A Until April of 2005.**
2    Q  How did it come about that you moved offices?
3    **A The Library Services office complex was**
4  **remodeled and all of the office staff, directors,**
5  **associate librarian, moved into swing spaces for the**
6  **duration of the remodeling.**
7    Q  I want to go back to your conversation you
8  had with Miss Mansfield at the end of the first 120-day
9  period that you said she served as the acting director
10  for Cataloging at the senior level.
11     At that point in time did you have a
12  discussion of how long Miss Mansfield would remain as
13  the acting director for Cataloging?
14   **A I don't recall.  I don't recall.**
15   Q  Okay.  Do you recall another conversation
16  that you had when Miss Mansfield was serving as the
17  acting director for Cataloging following that first
18  120-day period concerning her continuing in the job?
19   **A To the degree that I was describing what**
20  **would have happened when I asked her getting close to**
21  **the end of that first 120 days where she was**
22  **temporarily promoted, when we would have discussed my**

73

1  wanting her to continue, what that would mean in terms
2  of pay, that is the discussion I would have had. I
3  don't recall another one.
4  Q. Okay. Let me see if I -- Here's what I'm
5  trying to get at. I'm trying to figure out if you had
6  periodic conversations every 120 days or anything like
7  that where you're sitting down with Miss Mansfield and
8  saying Look, we'd like you to continue with this job as
9  acting director for Cataloging, did anything like that
10  happen?
11  A. I can't say it didn't. I don't know that it
12  would have been as regular as every 120 days.
13  Considering that it was for a full year and we met
14  regularly, as I do with all the managers who report to
15  me just dealing with the work itself, I'm sure that
16  would have come up of where we are.
17      As my acting duties as associate librarian
18  rolled along and as the librarian was closer to filling
19  the position permanently, then we would have been
20  planning for whatever shift that would have made.
21  Considering that when he asked me to serve, the
22  announcement was to the tune of six months. So we

74

1  would need to plan, and as my circumstances would have
2  shifted, I would have certainly kept her apprised after
3  that discussion at the end or near the end of the first
4  120 days.
5  Q. Okay. Sounds like you can't recall now
6  specific conversations you had with Miss Mansfield
7  concerning her continuing that job after the discussion
8  you had at the end of the first 120-day period, is that
9  true?
10  A. That is true. Nothing I could swear to.
11  Q. Okay. Fine. Fair enough. Bear with me a
12  minute if you would please.
13      If I've got this correctly, at some period of
14  time, spring 2004, you're saying you resumed the
15  position of director for Cataloging, is that right?
16  A. Yes.
17  Q. And then in July of 2004 you became the
18  director for Acquisitions and Bibliographic Access, is
19  that right?
20  A. Correct.
21  Q. Was the director for Cataloging position
22  filled at any point after you left the position?

75

1  A. Between April 2004 when I would have ceased
2  being the acting deputy associate librarian, I would
3  have gone back to the position of director for
4  Cataloging until the time that I was appointed director
5  for Acquisitions and Bibliographic Access. So for that
6  two or three-month period.
7  Q. And after you became the director for
8  Acquisitions and Bibliographic Access, did anybody fill
9  the director for Cataloging position?
10  A. It was gone.
11  Q. What do you mean by that?
12  A. It no longer existed because what had
13  happened to create the position that I assumed in July
14  of 2004, the director for Acquisitions and
15  Bibliographic Access, was the merging of the
16  Acquisitions Directorate and the Cataloging
17  Directorate. So those two separate director positions
18  in essence became a single director position.
19  Q. Okay. Could you describe the organizational
20  structure of Library Services as it existed in July of
21  2004 then?
22  A. As of July 2004 the associate librarian had

76

1  structured the realignment of Library Services, and
2  that resulted in merging the existing Acquisitions
3  Directorate and Cataloging Directorate into
4  Acquisitions and Bibliographic Access Directorate, two
5  into one. It resulted in the creation of Collections
6  and Services Directorate, and that was a merging of the
7  Area Studies directorate that I mentioned earlier and
8  the merging of the Public Services directorate that I
9  mentioned earlier. That was a second new directorate
10  within Library Services. It resulted in the creation
11  of the Technology Policy Directorate. That's the third
12  new directorate. It resulted in the Partnerships and
13  Outreach Directorate. That's the fourth one. Is my
14  math right, is that four or five?
15  Q. That's four. I'm counting.
16  A. That's four. Okay. And lastly, the
17  Preservation Directorate. That was the only
18  directorate that wasn't really new in the realignment
19  that occurred in July 2004.
20  Q. Okay. So if I understand what you're saying,
21  in July of 2004 within Library Services there were five
22  directorates?

DEPOSITION OF BEACHER J.E. WIGGINS
CONDUCTED ON TUESDAY, JANUARY 30, 2007
Case 1:05-cv-01790-RMC    Document 27-8    Filed 12/04/2007    Page 21 of 50

20 (Pages 77 to 80)

---

77

1    A   Correct.
2    Q   And those five directorates were Acquisitions
3    and Bibliographic Access, Collections and Services,
4    Technical Policy Directorate, Partnerships and Outreach
5    Directorate, and the Preservation Directorate?
6    A   Correct.
7    Q   And who were the various directors of those
8    organizational units?
9    A   I was for Acquisitions and Bibliographic
10   Access. Carolyn Brown was for Collections and
11   Services. Dianne van der Reyden was acting director
12   for Preservation.
13   Q   What's the last name please?
14   A   v-a-n d-e-r R-e-y-d-e-n. Dianne with two
15   n's. Technology Policy was Henry Rossman as acting
16   director. And Partnerships and Outreach the associate
17   librarian served as the acting for that directorate.
18   Q   The associate librarian would be whom?
19   A   Deanna Marcum.
20   Q   And when you became the director for
21   Acquisitions and Bibliographic Access, was that a
22   full-time position?

---

78

1    A   Yes.
2    Q   Permanent position?
3    A   Yes.
4    Q   What did you do as the director for
5    Acquisitions and Bibliographic Access?
6    A   In addition to the duties that I have
7    described for the director for Cataloging, it also
8    included now the responsibility for the acquisitions
9    activities of the library, and they included six
10   overseas field offices.
11   Q   Are you talking about the acquisitions part?
12   A   The acquisitions side, that's the part that's
13   new. It was the responsibility for the purchase,
14   exchange-in-gift, copyright receipts of materials that
15   were being added to the Library's collections, paying
16   or oversight for assuring that the invoices for those
17   materials were paid, and the overall responsibility for
18   planning the process of truly merging and melding the
19   separate activities of Acquisitions and Cataloging into
20   a true single integrated directorate.
21   Q   Were you involved in discussions in the
22   reorganization that resulted in your becoming the

---

79

1    director for Acquisitions and Bibliographic Access?
2    A   Yes.
3    Q   Who was involved in those discussions?
4    A   The Library Services management team led by
5    Deanna Marcum and the persons that I mentioned in terms
6    of the directors of the other directorates.
7    Q   So when you say Library Services management
8    team that was involved in this reorganization in July
9    2004, you're talking about yourself, Miss Marcum, Miss
10   Brown, Mr. Rossman, Miss van der Reyden?
11   A   Right. And at that time actually I don't
12   think Dianne van der Reyden had started because Mark,
13   and I'm drawing a mental blank, I can't think of Mark's
14   last name who was the permanent director for
15   Preservation, he was still on board then. Mark, and I
16   don't remember his last name. So substitute him for
17   Dianne van der Reyden because she only came on board
18   when he left to serve as acting.
19        Those would have been the persons serving as
20   the Library Services management group that would
21   discuss and planned for that Library Services
22   reorganization that I just described.

---

80

1    Q   Okay. What do you mean when you use the term
2    Bibliographic Access?
3    A   It's a new description for Cataloging.
4    Q   Okay. So Bibliographic Access means the same
5    thing as Cataloging?
6    A   Right.
7    Q   Same functions as Cataloging?
8    A   Correct.
9    Q   When the Library Services management team
10   engaged in discussions regarding this reorganization,
11   did you discuss the possibility of having assistant
12   directors within the new reorganization?
13   A   Yes, we did.
14   Q   Could you tell me about the nature of the
15   discussion of the use of assistant directors?
16   A   The discussion turned on since two of the new
17   directorates were exceptionally large and complex, the
18   Acquisitions and Bibliographic Access Directorate and
19   the Collections and Services one, the question arose
20   and one that we addressed was how do you deal with and
21   mitigate the impact on a single director covering that
22   span of control and that breadth of responsibility.

---

81

1    So the discussion dealt with what are ways
2    that that could be dealt with, and as a result of the
3    discussions the concept of assistant directors for the
4    components that made up those two separate large
5    directorates emerged.
6        For the Acquisitions and Bibliographic Access
7    directorate the idea was there were two discrete
8    components: acquisitions, bibliographic access, i.e.
9    cataloging. So we could structure an assistant
10   director for Acquisitions and an assistant director for
11   Bibliographic Access.
12       Correspondingly for the Collections and
13   Services directorate, it could be divided into general
14   collection activities and responsibilities, and special
15   collections activities and responsibilities. And if
16   that were done, those two areas would be the assistant
17   directors for those two discrete components of
18   Collections and Services.
19    Q  So when the reorganization came about in July
20   2004, am I right that there were five directorates?
21    A  Yes.
22    Q  And only two of them it was decided to use

82

1    assistant directors within?
2    A  Correct.
3    Q  And that was Acquisitions and Bibliographic
4    Access was to have two assistant directors?
5    A  Yes.
6    Q  And the Collections and Services directorate
7    was to have two assistant directors, is that right?
8    A  Correct.
9    Q  Did the management team consider those
10   assistant director positions to be on the same level
11   organizationally?
12    A  No.
13    Q  How so?
14    A  That was part of the discussion, determining
15   indeed how they would be structured and how they fit
16   within the organizational hierarchy. And by the time
17   of the announced restructuring, it was determined that
18   those four assistant director positions would be
19   structured to be ones with collateral duties, and by
20   collateral duties was meant the assistant director
21   would serve in the capacity as the assistant director
22   for that particular element and continue his or her

83

1    duties as a chief of a division.
2    Q  Okay. So the idea was that -- Well, actually
3    let me ask a different question because I'm not sure I
4    understand what you mean.
5        My question was did you consider the
6    assistant director positions in this new reorganization
7    that occurred in July 2004 all to be on the same level
8    organizationally? That's what I'm trying to get at.
9    A  Then I'm not sure what you mean. I was
10   trying to describe hierarchically. That's what I mean
11   by level. So explain your question please.
12    Q  Okay. If you take the two directorates that
13   had assistant directors in this new reorganization,
14   you've got Acquisitions and Bibliographic Access that
15   has two assistant directors. You with me so far?
16    A  I'm following you.
17    Q  Okay. And as I understand it, you have
18   Collections and Services, and within that directorate
19   in July of 2004 there were to be two assistant
20   directors.
21    A  I'm following you.
22    Q  Now, my question is were those four

84

1    directors, the two in Acquisitions and Bibliographic
2    Access and the two in Collections and Services, were
3    they organizationally all on the same level, those four
4    assistant director positions?
5    A  Yes.
6    Q  Okay. Now, what was the discussion of the
7    management team regarding the responsibilities of the
8    assistant directors again in July of 2004?
9    A  As I recall the discussion, the discussion
10   centered on what the assistant directors would do in
11   relationship to the overall responsibility that the
12   director had for the particular directorate, and it
13   wasn't cast in stone. It was a flexible use of those
14   assistant directors to help the director focus on that
15   particular aspect to which the assistant director was
16   assigned. For instance, Bib. Access to focus on
17   helping the director, in this case me, to manage and
18   direct the Bibliographic Access, i.e. cataloging,
19   related activities for the directorate.
20    Q  Okay. Did Judy Mansfield become one of the
21   assistant directors?
22    A  Yes.

85

Q  For what directorate?

A  The assistant director for Bibliographic Access in the Acquisitions and Bibliographic Access directorate.

Q  So as assistant director for Bibliographic Access, did Miss Mansfield continue to report directly to you?

A  Yes.

Q  And now it was as director of Acquisitions and Bibliographic Access?

A  That was my --

Q  Right.

A  Yes.

Q  So in other words, Miss Mansfield reported to you when she was an assistant director for Bibliographic Access, and you held the position of director for Acquisitions and Bibliographic Access, is that right?

A  Correct.

Q  So you were familiar with her job duties and responsibilities and efforts?

A  Yes.

86

Q  Okay.  How many divisions were there within the directorate for Bibliographic Access in July of 2004?

A  Nine.

Q  And were they the eight divisions from the Cataloging Division?

A  Yes.

Q  And an additional division?

A  Yes.

Q  And what was the additional division?

A  The training office which was called the -- at that time it was called the Technical Processing and Automated Instruction Office.

Q  What did Miss Mansfield do as the assistant director for Bibliographic Access?

A  She worked with me to manage the initiatives related to cataloging.  In particular continuing to carry out and create tactical plans, building on the strategic plan that I mentioned in response to an earlier question.

Q  That she had been responsible for?

A  Yes.  Working with convening the chiefs of

87

the Bibliographic Access divisions, working with them in a similar manner as she had done when she was acting director for Cataloging.

Q  Anything else?

A  No.

Q  Was essentially Miss Mansfield's job as the assistant director for Bibliographic Access essentially the same job that she did when she was acting director for the Cataloging Division except it had another division to it?

A  Yes.

Q  How did Miss Mansfield become the assistant director for Bibliographic Access?

A  She was asked to assume that position by the associate librarian.

Q  That's Miss Marcum?

A  Correct.

Q  Were you involved in any discussion as to who would be the assistant director for Bibliographic Access?

A  It was my recommendation that it be Miss Mansfield.

88

Q  You made that recommendation to Miss Marcum?

A  Correct.

Q  And what was the basis for your recommendation?  Why did you do that?

A  For the work she had done and how well she had done it when she had served as acting director for Cataloging.

Q  So you were quite pleased with what Miss Mansfield had done as the acting director for Cataloging?

A  Yes.

Q  And wanted her to continue basically in that role plus pick up another division?

A  Yes.

Q  Okay.  And what was Miss Marcum's reaction?

A  It was favorable.

Q  Do you remember the discussion or is it kind of vague to you now?

A  I do not remember the discussion.

Q  Okay.  Did Miss Mansfield have any responsibilities for the position as chief of the Arts and Sciences Cataloging Division when she became the

89

1  assistant director for Bibliographic Access?
2     A  Yes.  She was expected, as I said in a
3  previous response, to execute collateral duties as the
4  assistant director for Bibliographic Access and as the
5  chief of the Arts and Sciences Cataloging Division.
6     Q  Remember when I asked you about whether or
7  not Miss Mansfield had the option of using someone else
8  to serve on a day-to-day basis as the chief of the Arts
9  and Sciences Cataloging Division when she was acting
10  director for Cataloging?
11    A  Yes.
12    Q  Okay.  When Miss Mansfield became the
13  assistant director for Bibliographic Access, was there
14  anyone serving day-to-day as the chief of the Arts and
15  Sciences Cataloging Division?
16    A  No.
17    Q  At any point in time during the time that
18  Miss Mansfield served as the assistant director for
19  Bibliographic Access, has anybody served on a
20  day-to-day basis as the chief of the Arts and Sciences
21  Cataloging Division to your knowledge?
22    A  No one other than she.

90

1     Q  Okay.  So at the time that Miss Mansfield
2  served as the assistant director for Bibliographic
3  Access, she was also doing the Arts and Sciences
4  Cataloging Division chief job, is that right?
5     A  Yes.
6     Q  Did you consider the assistant director for
7  Bibliographic Access to require the same level of
8  skill, ability, responsibility as other SL level
9  managers within the Library of Congress?
10    A  The way I structured it and what I had the
11  person in the position doing, being Miss Mansfield,
12  yes.
13    Q  How long did Miss Mansfield remain the
14  assistant director for Bibliographic Access?
15    A  From July 2004 until I think it was April of
16  2005.
17    Q  Whose decision was it to end those assistant
18  director positions?
19    A  The associate librarian.
20    Q  That is Miss Marcum?
21    A  Correct.
22    Q  Did Miss Marcum tell you why the assistant

91

1  director positions were being eliminated?
2     A  Yes.
3     Q  And what did she say?  What did Miss Marcum
4  say?
5     A  Miss Mansfield wanted her position to be
6  certified as a senior level.  The assistant librarian
7  did not feel that Library Services' budget could
8  support an additional senior level position.  And since
9  she did not and wasn't willing to commit Library
10  Services to that since she didn't think its budget
11  would support it, she thought it better to abolish the
12  positions and give the responsibility for managing the
13  directorates to the director solely, directors solely.
14    Q  When you've told me this, are you thinking of
15  a face-to-face conversation you had with Miss Marcum?
16    A  I don't know if it's a single conversation or
17  the cumulative recollection of discussions along the
18  way leading up to the decision and the announcement.
19    Q  Okay.  So you believe you may have had a
20  series of discussions with Miss Marcum concerning the
21  elimination of the assistant director positions, but
22  you're not sure, is that accurate?

92

1     A  I certainly could not certify yes, we did.
2  It's the cumulative recollection and the outcome.
3     Q  Okay.  If it's any help to you, what I've
4  tried to do and what I'd like to do is see if somebody
5  has got a recollection of specific conversations and
6  then tackle them one by one if we can; and failing
7  that, if you've got sort of a general recollection of
8  what was said, I'll take that as a number two option.
9        So here's my specific question.  Can you
10  think of a specific conversation you had with Miss
11  Marcum where you can recall some of the content of the
12  discussion concerning the elimination of the assistant
13  director positions?
14    A  Again, I cannot tell you that there was any
15  single conversation that was more specific than the
16  general description I've just given you, and I cannot
17  say that occurred in a single meeting or conversation.
18    Q  Okay.  Did Miss Mansfield make it known to
19  you that she wanted her position as assistant director
20  to be an SL level position?
21    A  Yes.
22    Q  Did you have a number of conversations with

93

1  Miss Mansfield concerning that topic?
2  **A  Yes.**
3  Q  When did they begin?
4  **A  Shortly after she was appointed in July of**
5  **2004.**
6  Q  And so with that framework that I had in
7  mind, can you separate out in your mind different
8  conversations you had with Miss Mansfield concerning
9  her desire to have an SL level position when she served
10  as assistant director for Bibliographic Access?
11  **A  I can't separate them out and delineate**
12  **specific conversations that would have occurred in a**
13  **particular meeting or discussion.  I can say with**
14  **certainty that there were several conversations from**
15  **the point that I just mentioned, that is shortly after**
16  **the July 2004 appointment through the April abolishment**
17  **of the positions, but I cannot describe a single**
18  **specific instance and what was said during that**
19  **conversation.**
20  Q  Okay.  Do you have any documents that would
21  help you recall the detail of those conversations?
22  **A  No because I wouldn't have written them down.**

94

1  **We would have simply been discussing either ongoing our**
2  **regular meetings or if we were discussing some other**
3  **issue and it might have come up.  So I wouldn't have**
4  **then written something down.  So I don't have a**
5  **document.**
6  Q  What did Miss Mansfield say about her desire
7  to be paid the SL when she was assistant director for
8  Bibliographic Access?
9  **A  The general thrust was I feel I'm doing**
10  **senior level work.  Why aren't I certified at the**
11  **senior level.  I mean, that is the essence and had been**
12  **the ongoing essence.**
13  Q  Okay.  What did you say?
14  **A  I said I agreed.  I will talk to the**
15  **associate librarian and see what we can do.**
16  Q  So you agreed with Miss Mansfield that she
17  was doing SL level work?
18  **A  Yes.**
19  Q  And you told her that?
20  **A  Yes.**
21  Q  And did you talk to Deanna Marcum about your
22  belief that Miss Mansfield was doing senior level work?

95

1  **A  Yes.**
2  Q  What did you tell her?  What did you tell
3  Miss Marcum?
4  **A  I don't know the specifics.  I would have**
5  **said something along the lines that I just described.**
6  **That Judy and I have been talking.  Judy's concerned**
7  **about her position.  I support its being at the senior**
8  **level.  That would have been the gist of the**
9  **discussions.**
10  Q  What did Miss Mansfield -- I'm sorry.  What
11  did Miss Marcum say?
12  **A  She responded that she would consider it.**
13  **She made no promises.  She brought up her concern about**
14  **the Library Services' budget and the impact of creating**
15  **additional senior level positions, brought into the**
16  **discussion at any given time her concern since her**
17  **appointment as associate librarian with the top heavy**
18  **nature of Library Services salaries and expenses side**
19  **of the budget.**
20  Q  Let me go back to July of 2004.  Am I right
21  that all of the people in those five new directorates
22  were senior level?

96

1  **A  Yes.**
2  Q  Okay.  And the two assistant directors in
3  Collections and Services, that was actually Mr. Herman,
4  right, Steve Herman?
5  **A  Correct.**
6  Q  And Mark Dimunation, is that correct?
7  **A  Correct.**
8  Q  Those were the other two assistant directors?
9  **A  Correct.**
10  Q  Was Mr. Herman a senior level at that point
11  in time in July of 2004?
12  **A  He was already a senior level, yes.**
13  Q  And was Mr. Dimunation also a senior level in
14  July 2004?
15  **A  He was already a senior level.**
16  Q  So the only position that wasn't a senior
17  level between the directors and the assistant directors
18  in this new reorganization in July 2004 was the
19  position occupied by Miss Mansfield, right?
20  **A  Correct.**
21  Q  So when you say Miss Marcum had budgetary
22  concerns about adding new senior level positions in the

97

1 plural, it was really only one position that she was
2 talking about, Miss Mansfield's, right?
3    **A   Certainly in this instance because that's the**
4 **position we were talking about.**
5    Q   Right. But there were no other positions on
6 that level within the new reorganization, right?
7    **A   No, but at her level she would and was**
8 **worrying about the impact across the service unit, a**
9 **single instance is generally the beginning of a**
10 **pattern, but clearly in this instance we were talking**
11 **about this particular position.**
12    Q   Okay. Let me see if I understand what you're
13 saying. When you sat down and talked to Miss Marcum
14 about the possibility of Miss Mansfield being paid at
15 the senior level when she worked as the assistant
16 director for Bibliographic Access, she was the only one
17 in the management team that was not paid at the senior
18 level?
19    **A   Correct.**
20    Q   Okay. So when Miss Marcum is discussing
21 budgetary concerns, the only position that she was
22 speaking about was Miss Mansfield's position at that

98

1 point in time, right?
2    **A   For that particular discussion, correct.**
3    Q   What do you think the budgetary impact would
4 have been to make Miss Mansfield a senior level
5 position in July of 2004, how much in dollars would
6 that be on an annual basis do you think?
7    **A   It would have been the difference between her**
8 **GS-15 step whatever, I would assume she was about an 8**
9 **then, and wherever she would have been placed in the**
10 **senior level. If it's typical, it could have been**
11 **several thousand dollars.**
12    Q   You mean $10,000, $15,000, something in that
13 order of magnitude?
14    **A   Probably between $3,000 and $5,000.**
15    Q   Okay. And what was the budget for Library
16 Services in July of 2004?
17    **A   Probably several hundred thousand.**
18    Q   I think you must mean million.
19    **A   Million. Sorry. Yes, million.**
20    Q   Okay. So the budget for Library Services was
21 in the hundreds of millions of dollars?
22    **A   Yes.**

99

1    Q   And you don't remember the number.
2 $500 million? $400 million? $200 million? You don't
3 know?
4    **A   It would have been closer to $200 million.**
5 **The Library itself is around $500 million.**
6    Q   All right. In July of 2004 what was the
7 budget for Acquisitions and Bibliographic Access?
8    **A   I would guess about $70 million.**
9    Q   And what was the budget for the Bibliographic
10 Access in July of 2004?
11    **A   Between $40 million and $44 million.**
12    Q   Okay. Within Acquisitions and Bibliographic
13 Access as it existed in July of 2004, you were the
14 director, right?
15    **A   Yes.**
16    Q   And then the only person on the assistant
17 director level other than yourself was Miss Mansfield,
18 is that right?
19    **A   That is correct.**
20    Q   And everybody else within Acquisitions and
21 Bibliographic Access in July 2004 would have been below
22 you and Miss Mansfield, is that right?

100

1    **A   Correct.**
2    Q   When did you learn that the assistant
3 director positions were going to be eliminated?
4    **A   I don't remember the explicit date. It would**
5 **have been most likely a week or so prior to the**
6 **announcement. So somewhere within that April time**
7 **frame.**
8    Q   When you say within a week or so, you mean a
9 week or so before the announcement the assistant
10 director positions were going to be eliminated you
11 learned of it, is that right?
12    **A   That is correct.**
13    Q   And when you learned of it, did you learn of
14 it from Miss Marcum?
15    **A   Yes.**
16    Q   Did you tell Miss Mansfield that the
17 assistant director positions were going to be
18 eliminated?
19    **A   No, I don't believe I did.**
20    Q   Did you have a discussion with Miss Mansfield
21 before the assistant director positions were eliminated
22 concerning their elimination?

DEPOSITION OF BEACHER J.E. WIGGINS
CONDUCTED ON TUESDAY, JANUARY 30, 2007
Case 1:05-cv-01790-RMU   Document 27-8   Filed 12/04/2007   Page 27 of 50

26 (Pages 101 to 104)

101

1    A   I only recall discussing that the whole issue
2  was under consideration.  I don't -- That's the most
3  that I remember.  I'm fairly certain I did not tell her
4  that they would be abolished.
5    Q   Okay.  Did you have a discussion with Miss
6  Mansfield about the abolishment of the assistant
7  director positions after that occurred, after the
8  public announcement?
9    A   Oh, I'm sure I did.
10   Q   Could you tell me what you said to her and
11 what she said to you in that discussion?
12   A   I don't recall.  I don't recall what we said.
13 Part of it would have been my general nature as a
14 manager to discuss with the people who report to me
15 issues and matters related to them, but I don't
16 remember words that we said.  By that time she would
17 have known that the positions were abolished.  So I do
18 not remember specific words.
19   Q   Do you remember the substance of any
20 conversation you had with Miss Mansfield concerning the
21 abolishment of the assistant director positions?
22   A   Not from my side of it.  I know at some point

102

1  she told me her -- No.  I do not remember explicit
2  words.  I don't remember.
3    Q   I'm not asking about explicit words now.  I'm
4  just trying to get a sense of do you recall the content
5  of the discussion?  If you think of specific words, I'd
6  love to hear them.  If you can't recall that, that's
7  fine.
8       So my specific question is do you recall the
9  substance of any conversation you had with Miss
10 Mansfield concerning the abolishment of the assistant
11 director positions?
12   A   I don't.
13   Q   All right.
14   A   I don't.
15   Q   Fair enough.  How was the abolishment of the
16 assistant director positions announced?
17   A   By a memorandum from the associate librarian.
18   Q   Do you know whether or not Miss Marcum spoke
19 to Miss Mansfield about the abolishment of the
20 assistant director positions?
21   A   I don't have firsthand knowledge that they
22 had a separate meeting.  I do not.

103

1    Q   Okay.  Put firsthand knowledge aside.  Did
2  anybody tell you that Miss Mansfield and Miss Marcum
3  had a discussion concerning the abolishment of the
4  assistant director positions?
5    A   No one told me.
6    Q   Did you have a sense of Miss Mansfield's
7  reaction to the abolishment of the assistant director
8  position?
9    A   Yes.
10   Q   And how did you acquire that sense?
11   A   That I would have picked up in subsequent
12 meetings with her following the announcement.
13   Q   Okay.  From something Miss Mansfield said?
14   A   What she said, body language, just general
15 human interaction.
16   Q   Okay.  What was your observation about Miss
17 Mansfield's reaction to the abolishment of the
18 assistant director positions?
19   A   There was disappointment.
20   Q   Anything else?
21   A   That probably best describes it.
22   Q   You remember any words that Miss Mansfield

104

1  used?
2    A   I don't remember explicit words, no.
3    Q   When you noticed that Miss Mansfield was
4  disappointed with the abolishment of the assistant
5  director positions, did you speak to her about it?
6    A   Well, we continued our conversation.  At some
7  point during some of the subsequent discussions to the
8  announcement she let me know the actions she was going
9  to take.
10   Q   Okay.  When was that?
11   A   Probably in more than one meeting that she
12 would have told me that.
13   Q   What did Miss Mansfield tell you?
14   A   That she was pursuing legal action, and as I
15 recall -- Let me get it right.  What I do recall was
16 she was very specific of wanting to have the kind of
17 legal challenge she was pursuing described, and I
18 believe she was describing it as coming under EEO, and
19 that the library was paying her or had paid her during
20 that period at a level that was less than what it had
21 paid a male doing comparable duties.
22   Q   Okay.  Didn't Miss Mansfield tell you that

DEPOSITION OF BEACHER J.E. WIGGINS
CONDUCTED ON TUESDAY, JANUARY 30, 2007
Case 1:05-cv-01790-RMU    Document 27-8    Filed 12/04/2007    Page 28 of 50

27 (Pages 105 to 108)

**105**

1  before the assistant director positions had been
2  abolished?
3     A  She had mentioned that before as well.
4     Q  How long before the abolishment of the
5  assistant director positions did Miss Mansfield raise
6  with you the belief that she was receiving less pay
7  than male counterparts or comparables I think is the
8  way you put it?
9     A  Probably a couple of months.
10    Q  Okay.  And at one point am I right that you
11 tried to assist in having the assistant director
12 position for Bibliographic Access made into a senior
13 level position?
14    A  That is correct.
15    Q  Why did you do that?
16    A  Because I felt it rose to the senior level.
17    Q  And how did you go about doing that?  How did
18 you go about trying to get the assistant director for
19 Bibliographic Access established as a senior level
20 position?
21    A  Through discussions with the associate
22 librarian and at the time -- what would his position

**106**

1  have been -- the administrative assistant for Library
2  Services.
3     Q  Who was that?
4     A  James Carroll.
5     Q  So when you wanted to see if you could get
6  the assistant director position set at a senior level,
7  you talked to Miss Marcum and Mr. Carroll?
8     A  He would have been involved simply because he
9  would have been the one working on the position
10 description itself, but the conversation would have had
11 to start with the associate librarian.
12    Q  Miss Marcum?
13    A  Correct.
14    Q  So you had discussion with Miss Marcum where
15 you said I think the assistant director position for
16 Bibliographic Access should be set at a senior level?
17    A  Yes.
18    Q  Was that a series of conversations or a
19 single conversation?
20    A  It was more than one.
21    Q  Do you remember any specific conversation on
22 that topic?

**107**

1     A  I know during one meeting I pointed out that
2  of the three assistant directors, Miss Mansfield's was
3  the only one that wasn't senior level.  I thought based
4  on the work that I was assigning her, that she was
5  doing work that merited such a position.  So that would
6  have been the tenor of the discussions I would have had
7  with her along the way.
8     Q  Did you mention to Miss Marcum Miss
9  Mansfield's concerns that she thought that it was
10 unfair that she wasn't paid at the senior level?
11    A  I'm sorry.  Repeat that.
12    Q  Yes, it came out kind of awkwardly.  When you
13 spoke to Miss Marcum about trying to get the senior
14 level position for the assistant director for
15 Bibliographic Access, did you ever mention Miss
16 Mansfield's concerns that she thought she was being
17 paid unfairly?
18    A  I did not because I was asked by Miss
19 Mansfield not to.
20    Q  Did you notice that the other two assistant
21 directors were male?
22    A  Every now and then.  Yes.

**108**

1     Q  Sometimes the transcript is not going to
2  capture the tone of it on either end.
3     A  I know.  Yes.  Yes, they were two males.
4     Q  Right.  Here's my question.  Did you have a
5  discussion with Miss Marcum where you pointed that out
6  to her and said Look, we've got really four assistant
7  director positions.  I'm filling one.  Mr. Herman is
8  filling another.  Mr. Dimunation is filling another.
9  And then there's Judy Mansfield who's female, and
10 that's unfair.  Did you do anything like that?
11    A  Not the way you just described it, no.
12    Q  Did gender come up at all in your discussions
13 with Miss Marcum that two other assistant director
14 positions at the same level as Miss Mansfield were men
15 paid at the senior level and she was female paid at the
16 GS level?
17    A  It did come up in one of our conversations.
18    Q  And when was that?
19    A  I can't tell you when.
20    Q  Was this before the assistant director
21 positions were abolished I assume?
22    A  Yes.

109
1    Q   And what did Miss Marcum say about that
2   gender issue?
3    A   I don't know that she said anything in
4   specific response to that piece of the conversation but
5   in general that, yes, she understood and she would take
6   all I was saying under advisement, but I don't recall
7   the specific response to male versus female.
8    Q   Okay.  Was the gender issue one that you
9   raised with Miss Marcum?
10    A   In a general way or stated not the way you
11   laid it out as you led into the question, but as part
12   of my saying I believe this position merits being
13   certified at the senior level, I believe that Judith
14   Mansfield is performing it at that level, it would have
15   been along those tones, those lines.
16    Q   Okay.  You don't have any notes of any of
17   your conversations with Miss Marcum, is that right?
18    A   No.
19    Q   Is there any document you can think of that
20   might refresh your recollect as to the substance of the
21   conversations you had with Miss Marcum concerning your
22   efforts to get the assistant director for Bibliographic

110
1   Access set at a senior level?
2    A   No because it wouldn't be my style to take
3   notes of those kinds of conversations.  I mean, I would
4   only do those kinds of notes if I'm doing a
5   disciplinary action for a staff member.  These were
6   conversations with my boss.  I don't generally take
7   notes of our conversations.
8    Q   Okay.  I was just wondering if there's like a
9   memorandum that you saw that sort of summarized it or
10   anything like that on either your end or Miss Marcum's
11   end or anything of that nature at all.
12    A   No because these would occur during my weekly
13   meetings with her, with the associate librarian, where
14   we discuss any number of issues, and --
15    Q   Okay.  I'm sorry.  I didn't mean to cut you
16   off.  Did you have something else on that?
17    A   No.
18    Q   Would it be fair to say that you were making
19   a pitch for Miss Mansfield to get her pay elevated to
20   senior level when she worked as the assistant director
21   for Bibliographic Access?
22    A   I would not characterize it that way.  I

111
1   would prefer to say I was doing my role as a manager
2   who has tried to be and was trying to be fair in
3   assessing fair compensation for the folk who reported
4   to him.  It wasn't a pitch.  It was just part of what I
5   should be doing in reporting to my boss.
6    Q   You were trying to get what you thought was
7   fair compensation?
8    A   Yes.
9    Q   Okay.  In your own mind that meant that Miss
10   Mansfield would be paid the senior level when she did
11   the work as the assistant director for Bibliographic
12   Access?
13    A   That is what I was after.
14    Q   Okay.  Am I right that you at one point had a
15   position description drafted for the assistant director
16   for Bibliographic Access?
17    A   Yes, one was drafted.  The question would be
18   did I get it drafted or was that just part of the
19   process.  I think it was part of the process of the
20   discussion that I had had with the associate librarian.
21   Part of making that happen would be to have a position
22   description to look at.

112
1    Q   Who prepared the position description?
2    A   James Carroll.
3    Q   Who did Mr. Carroll work for?
4    A   The associate librarian.
5    Q   So what was his title again?  I think you
6   might have mentioned it, but I'm not sure I jotted it
7   down.
8    A   I'm not sure this was the official title, but
9   it was along the lines of senior administrative officer
10   for Library Services.
11    Q   Okay.  And did you have a chance to review
12   the position description for the position of assistant
13   director for Bibliographic Access?
14    A   I do remember seeing it at least once.
15    Q   What did you do with it?
16    A   I looked at it.  If I made any comments, I
17   would have returned it to Jim Carroll to then proceed
18   with whatever his next step would have been.
19    Q   Okay.  Did you approve of the position
20   description prepared by Mr. Carroll for the assistant
21   director for Bibliographic Access?
22    A   As I recall I did with whatever tweaking I

113

1 did, but overall the position description itself I do
2 remember.
3 Q When you had your discussion with Miss
4 Marcum, were you trying to see if you could get the
5 assistant director position for Bibliographic Access
6 set up in a position description? In other words, did
7 you discuss the position description with Miss Marcum?
8 A We did not discuss it sitting down looking at
9 the position description itself. It would have been
10 more along the lines Jim has done this. I have given
11 my input. Now will you approve.
12 Q Okay. What did she say? What did Miss
13 Marcum say?
14 A She would review it.
15 MR. FREDRICKSON: You don't have to put this
16 on the record.
17 (Discussion off the record)
18 (Recess)
19 BY MR. FREDRICKSON:
20 Q Mr. Wiggins, I want to follow up on a couple
21 of questions I asked you earlier. When you became the
22 assistant director for Acquisitions, what was the

114

1 approximate budget at that time? I guess that would
2 have been July of 2004.
3 A For Acquisitions and Bibliographic Access?
4 Q No. For Acquisitions.
5 A Just alone?
6 Q Right.
7 A Cataloging would have been about $40 million.
8 So I'm estimating $30 million.
9 Q And what would have been the approximate
10 staff within Acquisitions in July of 2004?
11 A Between 230 and 250.
12 Q I might have asked you that before. What was
13 the staff of the Bibliographic Access at that time
14 frame, July 2004?
15 A Between 450 and 500.
16 Q In 2004 how many divisions were in the
17 Acquisitions unit of the larger unit of Acquisitions
18 and Bibliographic Access?
19 A Four.
20 Q When you were the assistant director for
21 Acquisitions in July 2004 and thereafter, did you also
22 hold a division chief position?

115

1 A No.
2 Q And Miss Mansfield when she was assistant
3 director for Bibliographic Access, you did hold a
4 division director position, a chief position, right?
5 A Yes.
6 Q Okay. What did you do as assistant director
7 for Acquisitions? What did you do in that role?
8 A Largely focused on the aspects of the
9 acquisitions work from becoming acquainted with the
10 purchase side of materials, dealing with vendors, the
11 exchange and gift aspect of acquiring materials,
12 dealing with the copyright influx of materials that the
13 library gets, dealing with learning about and
14 administering the activities of the six overseas field
15 offices, generally getting grounding in the activities
16 associated with acquisitions, a side of the work I had
17 not had responsibility for before.
18 So I basically managed and had day-to-day
19 administration of those four divisions that constituted
20 the acquisitions piece of Acquisitions and
21 Bibliographic Access.
22 Q Okay. Would it be fair to say or accurate to

116

1 say that you managed the day-to-day activities of the
2 acquisitions part of Acquisitions and Bibliographic
3 Access?
4 A Yes.
5 Q And did Miss Mansfield manage the day-to-day
6 activities of the Bibliographic Access or cataloging
7 functions of Acquisitions and Bibliographic Access in
8 July 2004?
9 A Yes.
10 Q Now, when did Miss Mansfield become the chief
11 of the Arts and Sciences Cataloging Division if you
12 recall?
13 A Her formal appointment date to that position?
14 Q Yes.
15 A I believe it would have been the fall of
16 1997. I don't remember the month.
17 Q And how did Miss Mansfield become the chief
18 of the Arts and Sciences Cataloging Division?
19 A Through applying for a posting, and she was
20 appointed through the competitive process.
21 Q And who was the selecting official?
22 A I was.

117

1    Q  I guess you knew the job pretty well, the
2  division chief job pretty well for the Arts and
3  Sciences Cataloging Division when Miss Mansfield was
4  appointed?
5    A  I had a sense of it, yes.
6    Q  You're understanding that a little.  You held
7  the job for several years, right?
8    A  I did.
9    Q  So you knew it inside out, right?
10    A  I did.
11    Q  How, if at all, did the job change over time
12  from the time that Miss Mansfield assumed the position
13  in the 1990s to the present?
14    A  To the present?
15    Q  Right.
16    A  The biggest change is one that would apply to
17  any and all of the cataloging divisions and to the
18  chiefs of those divisions.  The focus not shifting so
19  much but embracing the digital component of information
20  both in terms of information that we're adding in
21  digital form to the collections, how it's processed,
22  and folding that work flow into the established work

118

1  flow for analog and print materials.
2    So she or the chief of that division then
3  needing to deal with how to bring staff and the
4  operations to such a level that they can continue to
5  deal with the influx of print materials which were now
6  decreasing while also accommodating the digital.  That
7  focus was the biggest shift.
8    Q  I see.  So would it be accurate to say that
9  the job became more complex because of the changes in
10  technology?
11    A  Not the ASCD chief position in and of itself.
12  The chief position, period, because of what we do, the
13  materials we focus on, and what the goals and
14  activities and the mission of the directorate was, and
15  ASCD being one of those divisions.
16    Q  When you say that, you mean the division
17  chief positions across the board within the Cataloging
18  Directorate?
19    A  Yes.
20    Q  They became more complex?
21    A  Yes.
22    Q  Because of the changes in technology?

119

1    A  Yes.
2    Q  Okay.  Did there come a point in time where
3  you felt that the division chief positions within the
4  directorate of Cataloging were deserving of an SL level
5  rank?
6    A  Yes.
7    Q  And did that sort of evolve over time?
8    A  Yes.
9    Q  When did you first think that the division
10  chief positions with then Cataloging Directorate were
11  worthy of SL level ranking?
12    A  I probably started giving focus to it
13  sometime between 2000, 2001.
14    Q  Did you do anything about it?
15    A  I sought to have the position descriptions
16  reviewed with an aim of seeing if they actually would
17  be certified against OPM ratings for a senior level.
18    Q  And how did you go about seeing to it that
19  the position descriptions were reviewed to see if they
20  merited SL rating?
21    A  By forwarding them through the process to the
22  Human Resources Directorate of the Library for that

120

1  unit to review them.
2    Q  Okay.  And did the Human Resources unit
3  review the position descriptions for the division
4  chiefs within the Cataloging Directorate at some point?
5    A  Eventually they got there, and eventually
6  Human Resources staff did review them.
7    Q  Did you believe that the chiefs of the
8  divisions within the Cataloging Directorate were
9  performing SL level work before the Human Resources of
10  the Library of Congress got around to reviewing the
11  position descriptions?
12    A  Yes.
13    Q  And how did the Human Resources Department
14  come to review the position descriptions of the
15  division chiefs within the directorate of Cataloging?
16    A  When you say how did they come to, what do
17  you mean exactly?
18    Q  That's a good question.  My question was
19  horrible.  Your question was good.  Here's what I'm
20  getting at.
21    Did Human Resources do the review themselves?
22  Did they contract it out?  Do you recall?

121

1    A  It was a combination. They're reviewed some
2    internally, and they contracted with an expert to
3    handle some of the others.
4    Q  Okay. Did you participate in the
5    classification review?
6    A  To the degree that I was the original
7    initiator of the process, yes. To the degree that as
8    the process unfolded and I was the acting associate
9    librarian and would have to sign off on any
10   administrative personnel issue of that sort, yes.
11   Q  Okay. As director for Cataloging, did you
12   know what the division chiefs did in all of the
13   divisions under your jurisdiction?
14   A  Yes.
15   Q  You knew what they did on a day-to-day basis,
16   is that true?
17   A  Yes.
18   Q  And were you familiar with the level of skill
19   required to be a division chief within the Directorate
20   of Cataloging?
21   A  Yes.
22   Q  And were you familiar with the level of

122

1    effort to be a division chief within the Cataloging
2    Directorate?
3    A  Yes.
4    Q  And were you familiar with the responsibility
5    required to be a division chief within the Directorate
6    of Cataloging?
7    A  Yes.
8    Q  Were you interviewed by any of the people
9    involved in the classification review of the division
10   chief positions?
11   A  Yes.
12   Q  Who interviewed you?
13   A  I don't remember the person's last name. I
14   think the first name was Dan. That's all I remember.
15   Q  Donald Krigbaum, does that ring a bell?
16   A  That rings a bell.
17   Q  You think that's the classification
18   specialist that interviewed you?
19   A  Yes.
20   Q  Okay. Do you remember the interview?
21   A  No. Only there were questions asked related
22   to the position descriptions, some along the lines of

123

1    what does this really mean or if the chief is doing
2    this, what exactly is he or she doing, those kinds of
3    questions.
4    Q  Okay. Would I be right in thinking that
5    during the course of the interview with the
6    classification specialist, that you tried to convey to
7    the classification specialist what it was that the
8    division chiefs did in their jobs on a day-to-day
9    basis?
10   A  That is correct.
11   Q  What level of responsibility they had, for
12   example?
13   A  Yes.
14   Q  What level of skill was required to perform
15   those jobs?
16   A  Yes.
17   Q  And what effort was required to perform those
18   jobs?
19   A  Yes.
20   Q  Okay. And did you ever see any results from
21   that classification review?
22   A  Yes.

124

1    Q  Do you recall them?
2    A  The process yielded complete review through
3    the Human Resources chain including the review by the
4    external expert that was brought in to look at them.
5    There was a report that included a set of
6    recommendations for the five chief positions that were
7    reviewed. That information was presented to the
8    director for Human Resources, and that report and its
9    recommendations were shared with me as at that time
10   acting associate librarian and with Judy Mansfield as
11   the acting director for Cataloging.
12   Q  Okay. Who was the associate librarian at
13   that point?
14   A  I was acting, so that was it.
15   Q  All right. Is that the job title you
16   mentioned, the associate librarian?
17   A  The acting associate librarian.
18   Q  Meaning the results of the classification
19   review were shared with you?
20   A  With me as the acting associate librarian.
21   Q  All right. And Miss Mansfield I guess had
22   access as well because she would have been --

125

1    A  She was at that time the responsible director
2    for Cataloging, so she was in the loop.
3        Q  All right. I see. And am I right that the
4    classification specialist found that the division chief
5    position for the Arts and Sciences Cataloging Division
6    was merited SL ranking?
7        A  Yes.
8        Q  And that was a position that Miss Mansfield
9    held at the time in addition to being the acting
10   director for Cataloging, is that right?
11       A  During that time she wasn't performing
12   collateral duties. On the books she still was listed
13   as permanently the chief of the division, but she
14   wasn't doing collateral duties. There would have been
15   an acting chief of the Arts and Sciences while she was
16   acting director during that period that we're talking
17   about now.
18       Q  Okay. What do you mean when you say
19   collateral duties?
20       A  As I had described them, when she assumed
21   duties as the assistant director of Bibliographic
22   Access and she also retained duties as chief of the

126

1    ASCD. That was not the case when she was acting
2    director and had acting Arts and Sciences chiefs during
3    that period. So she wasn't carrying out the functions
4    of running the Arts and Sciences while she was acting
5    director, unlike the other situation that I described
6    to you.
7        Q  Okay. I'll just try to get to the term
8    collateral duties, what you mean when you use that
9    term. I say that just put aside Miss Mansfield's
10   situation, just when you use the term collateral
11   duties, what you mean?
12       A  That is a description that was used to
13   describe the assistant directors, one of which
14   positions Judy Mansfield occupied starting in July, and
15   by that term she meant one would carry out the duties
16   of the assistant director and continue to carry out the
17   duties of the chief of whatever division he or she was
18   appointed. So one would not have an acting in the
19   chief's position while one carried out the assistant
20   director duties.
21       Q  So when you use the term collateral duties,
22   you mean that that individual is doing two jobs at

127

1    once?
2        A  Carrying out duties in the two jobs, yes.
3        Q  Okay. When the classification review was
4    done within the Cataloging Directorate, am I right that
5    the review was focused on the responsibilities of those
6    jobs regardless of who was holding those jobs?
7        A  That is correct.
8        Q  Okay. When you received the results from the
9    classification specialist that stated that the chief of
10   the Arts and Sciences Division position was really SL
11   level work, what did you do?
12       A  That information was presented along with two
13   other positions within the Cataloging Directorate, and
14   once I got that information then I met with the
15   director for Human Resources to determine the next
16   steps to get the position certified because that was
17   just step one that first passed the Human Resources
18   position classification assessment. They still then
19   had to be certified by the Human Resources position
20   classification specialist and then presented to the
21   Librarian's Office, and it was the deputy librarian who
22   had the final sign-off on approving new senior level

128

1    certifications. So the next step after getting that
2    information was to begin that process.
3        Q  When you say certified, do you mean that the
4    Human Resources would say that this particular division
5    chief position should now be ranked as an SL position
6    and no longer a GS-15 position?
7        A  Yes.
8        Q  And the consequence of that for the division
9    chief would be that person would then be receiving SL
10   level compensation as opposed to GS-15 level
11   compensation?
12       A  Only after it had been signed off all the way
13   through the process through the deputy librarian. So
14   getting the information from Donald Kriegberg, I think
15   is his last name, was the first step. That basically
16   let Human Resources know this position when it is
17   assessed against the OPM classification standards, it
18   does rate at the senior level.
19           The next step would be for the Human
20   Resources specialist then to officially certify that on
21   a form and then send the upgraded position description
22   through the process to the deputy librarian to say we

129

1 recommend this and sign off on it.
2     It's only after all of that occurs that it
3 will be reflected in the incumbent chief's pay or would
4 be used for hiring the next person to field that
5 position, whatever the case may be.
6     Q  I guess what I'm getting at is the ultimate
7 purpose of the classification review is to determine
8 whether the position of division chief should be
9 changed to an SL position from a GS position?
10     A  Yes.
11     Q  And if everybody signed off on it right on up
12 to the librarian, the effect of that would be the
13 division chief would then be paid as an SL employee
14 rather than a GS employee?
15     A  Yes.
16     Q  And that's what you tried to accomplish for
17 the division chiefs that you thought merited SL level
18 ranking, is that right?
19     A  Yes.
20     Q  What happened to your efforts in that regard?
21     A  They never got to the deputy librarian for
22 his sign-off.  The director for Human Resources had the

130

1 report and the recommendation from the external expert
2 In her role as the Human Resources director, she had to
3 make the determination in terms of recommendation
4 monitoring the number of senior level positions that
5 the agency added to its roster.
6     So she expressed concerns about the impact of
7 adding three additional senior level positions to the
8 Library's roster, and she wanted to have some
9 discussions with the deputy librarian and the Library's
10 administrative management group called the Executive
11 Committee.  So that was the next step that she wanted
12 to have before she would officially sign off and send
13 it to the deputy librarian to approve.
14     Q  Are you referring to a particular individual
15 when you say it's the Human Resources director?
16     A  At that time it would have been Teresa Smith.
17     Q  Did you have a number of conversations with
18 Miss Smith about the classification review for the
19 division chief positions in your directorate?
20     A  Yes.
21     Q  Can you separate any of those conversations
22 out in your mind and tell me about a particular one as

131

1 opposed to another conversation?
2     A  I don't know that I can separate a particular
3 meeting where particular words were stated.  Certainly
4 the cumulative effect of several conversations was what
5 I've described.  That is, Miss Smith's concern about
6 the number of positions that were recommended for
7 senior level certification and her next steps in
8 effecting that change, and certainly one of those being
9 getting a recommendation to the deputy librarian to say
10 sign off on this so that it can become effective.
11     Q  Did you tell me earlier it never reached the
12 deputy librarian's desk though?
13     A  The position descriptions as far as I know
14 never reached his desk with a sign-off from the Human
15 Resources director saying these should be certified at
16 the senior level.
17     Q  Do you know why that is, why it never reached
18 the deputy librarian?
19     A  Part of it was the conversation or the
20 amalgam of conversations I'm describing now.  Miss
21 Smith, the director for Human Resources, held onto the
22 package for any number of months and still had them

132

1 when Deanna Marcum was appointed associate librarian
2 and I had stepped down as acting associate librarian.
3 And they still had to be dealt with because they were
4 on the books and in the process for review, and part of
5 that process was a meeting by Miss Smith with Deanna
6 Marcum and me to discuss the status of this package of
7 position descriptions and the recommendations
8 pertaining to them.
9     And the thrust of the last meeting that I
10 recall of the three of us -- Miss Smith, Deanna Marcum,
11 and me -- was the package was handed back to Deanna
12 Marcum to review as the new associate librarian to
13 decide if she wanted to give her stamp of approval for
14 resubmitting them and putting them back into the stream
15 for consideration.
16     Q  Okay.  Do you know of any other reason other
17 than what you've already said as to why the
18 classification review results were not presented to the
19 deputy librarian?
20     A  No.
21     Q  Okay.  Nobody told you anything different
22 other than what you've already testified to?

133

1   A  No, no one told me anything differently.
2   Q  Okay.  Let me see if I can get a little
3  better sense of the time frame, and by trying to do
4  that what I'm going to do is ask if this could be
5  marked as Plaintiff's Exhibit Number 1.
6        (Deposition Exhibit 1 was marked for
7  identification and was retained by counsel.)
8  BY MR. FREDRICKSON:
9   Q  Have you had a chance to look at Plaintiff's
10  Exhibit Number 1?
11   A  Now or sometime in the past?
12   Q  Here's what I'm driving at.  I believe that
13  Plaintiff's Exhibit Number 1 is the position
14  description for the chief of the Arts and Sciences
15  Cataloging Division as it existed beginning in 1992.
16   A  The dates would confirm that.  They fit
17  within that time frame.
18   Q  You were the chief of the Arts and Sciences
19  Cataloging Division in 1992?
20   A  That is correct.
21   Q  Okay.  Does this appear to be the position
22  description that covered the position that you held in

134

1  1992?
2   A  It appears to be.
3   Q  To your knowledge was Plaintiff's Exhibit
4  Number 1 a copy of the position description that was
5  under review in 2003 when this classification audit was
6  going forward?
7   A  It probably was the basis of the review, but
8  there probably would have been a rewritten one based on
9  this.  That's what would have been submitted, not this
10  one.
11   Q  There would have been a proposed position
12  description?
13   A  Right.  The language would have been redone,
14  that kind of thing.
15   Q  Why was that?  Why would there be a proposed
16  position description?
17   A  Because any time we look at reviewing
18  position descriptions we look at them for updating in
19  terms of language, changes that may have occurred,
20  obsolete activities, obsolete software, any number of
21  things that would need to be changed in addition to
22  reflecting what's going on.  It may have been to

135

1  incorporate the inclusion of digital materials, any of
2  those things.
3   Q  So would it include updating the position
4  description to take into account the increasing
5  complexity of the job, that type of thing?
6   A  It could.  That's why I was referring to
7  about the digital piece.  Whatever has changed.  What
8  they should reflect is what the person is doing.  We
9  don't set out to say I think it's time to have a senior
10  level, so let's see what we can do to tweak it.  We say
11  what has changed in the past five years and let's just
12  reflect that, and then we send it forward, and that's
13  what would have happened with a different version of
14  this that would have been submitted in the 2001-2002
15  period.
16        MR. FREDRICKSON:  May I have this marked as
17  Plaintiff's Exhibit Number 2 please.
18        (Deposition Exhibit 2 was marked for
19  identification and was retained by counsel.)
20  BY MR. FREDRICKSON:
21   Q  Would you take a look at Plaintiff's Exhibit
22  Number 2.  What I wanted to ask you in particular was

136

1  whether or not this document, Plaintiff's Number 2, is
2  the report from the classification consultant?
3   A  Looks like it.
4   Q  Turn if you would to the very last page there
5  that's got the name and signature there.  Do you see
6  that where it's typed underneath Donald Krigbaum,
7  classification consultant?
8   A  Yes.
9   Q  And says 4/23/03?
10   A  Yes.
11   Q  Okay.  Does that help refresh your
12  recollection that Donald Krigbaum was the
13  classification person that the Library of Congress used
14  to do this classification review?
15   A  Yes.  I had already admitted as soon as you
16  said his name.  I just couldn't remember.  I knew his
17  first name started with a D.  That's all I could
18  remember.  But yes, this matches my recollection.
19   Q  Okay.  Let me ask you about this.  If you'd
20  turn to the page that's marked at the bottom, go to the
21  lower left-hand corner, it's 000047.  Do you have that
22  page in front of you?

137

1     A   Yes.

2     Q   It says at the very top Summary?

3     A   Yes.

4     Q   And then the next bold heading is Comparison

5 With Other Division Chief Positions. Do you see that?

6     A   Yes.

7     Q   Down here the first one listed is Regional

8 and Cooperative Cataloging Division, is that right?

9     A   Yes.

10     Q   That was one of the divisions within your

11 directorate at the time?

12     A   Yes.

13     Q   And who held that position?

14     A   John Byrum.

15     Q   Next one down is the Cataloging Policy and

16 Support Division. Was that also a division within your

17 directorate?

18     A   Yes.

19     Q   Who held that position at the time.

20     A   Barbara Tillett.

21     Q   And the next one down is Social Sciences

22 Cataloging Division. Was that division within your

138

1 Cataloging Directorate in 2003?

2     A   Yes.

3     Q   Who held that position?

4     A   It was vacant.

5     Q   The next position is History and Literature

6 Cataloging Division. Was that also in your directorate

7 in 2003?

8     A   Yes.

9     Q   And who held that position then?

10     A   Jeffrey Heynen.

11     Q   The next one down is the Arts and Sciences

12 Cataloging Division. That was within your directorate,

13 the Cataloging Directorate, right?

14     A   Yes.

15     Q   Who held that position then?

16     A   Judith Mansfield.

17     Q   The next position down, Special Materials

18 Cataloging Division, was that also within the

19 Cataloging Directorate?

20     A   Yes.

21     Q   And who held that position?

22     A   Susan Beta.

139

1     Q   The next position down is Cataloging in

2 Publication Division. Was that in your Cataloging

3 Directorate in 2003?

4     A   Yes.

5     Q   And who held that position?

6     A   John Celli.

7     Q   What's the last name?

8     A   Celli, C-e-l-l-i.

9     Q   And the next one down is Decimal

10 Classification Division. Was that a division within

11 the Cataloging Directorate as well?

12     A   Yes.

13     Q   And who held that position?

14     A   I think it was still occupied by David Smith.

15     Q   Now, the results of the audit by Mr. Krigbaum

16 were that the first two positions listed, Regional and

17 Cooperative Cataloging Division and Cataloging Policy

18 and Support Division, those were currently senior

19 level, right?

20     A   The first three were.

21     Q   First three, okay. Social Sciences?

22     A   I think it's three. No. Yes, only the first

140

1 two. Only the first two.

2     Q   So those two that I just set forth, Regional

3 and Cooperative Cataloging Division and Cataloging

4 Policy and Support Division, those were SL rated at the

5 time the audit was done?

6     A   Correct.

7     Q   And Mr. Krigbaum didn't recommend any change

8 in that I gather?

9     A   We weren't asking him even to. Yes.

10     Q   You were asking him to compare all the

11 divisions within your directorate and tell us what

12 merited senior level, is that right?

13     A   Yes, with emphasis on the ones that were not.

14     Q   Okay. And which divisions did Mr. Krigbaum

15 determine should be rated at the senior level?

16     A   His statement on page 000049 under Findings

17 and Conclusions indicates that he thought the first six

18 listed here through Special Materials are recommended

19 for consideration for elevation to senior level.

20     Q   So in other words, Mr. Krigbaum did not

21 recommend elevation to senior level of the Cataloging

22 in Publication Division and the Decimal Classification

DEPOSITION OF BEACHER J.E. WIGGINS
Case 1:05-cv-01790-RMU CONDUCTED ON THURSDAY, JANUARY 24, 2007 Page 37 of 50
Document 25-8 Filed 04/12/2007

36 (Pages 141 to 144)

141

1  Division chief positions?
2     A  Correct.
3     Q  Okay.  But the others he thought should be
4  senior level positions?
5     A  Should be recommended for consideration.
6     Q  At the senior level?
7     A  Uh-huh.
8     Q  I didn't hear your response.
9     A  Yes.  Yes.
10       MR. FREDRICKSON:  May I have this marked as
11  Plaintiff's Exhibit Number 3 please.
12       (Deposition Exhibit 3 was marked for
13  identification and was retained by counsel.)
14  BY MR. FREDRICKSON:
15     Q  Could you examine Plaintiff's Exhibit Number
16  3 and please tell me what that is, what that document
17  is?
18     A  It's one of the memos that accompanied the
19  revised position descriptions that were part of the
20  packet that went with the previous exhibit that we
21  looked at.  This one in particular focuses on the Arts
22  and Sciences chief's PD, and it was sent to the

142

1  director for Human Resources by me in April of '03.
2     Q  Okay.  So it's a memo dated April 25th, 2003
3  from you, Beacher Wiggins, to Teri Smith, the director
4  of Human Resources Services, right?
5     A  Correct.
6     Q  And am I correct that by sending this memo
7  you are recommending that the senior level designation
8  be certified for the Arts and Sciences Cataloging
9  Division chief position?
10     A  Yes.
11     Q  And by sending this memo did that confirm
12  your communication to the Human Resources that you not
13  only believed that the Arts and Sciences Cataloging
14  Division chief required SL level work but the
15  classification specialist hired by the library did so
16  as well, thought so as well?
17     A  It is associated with that.  Do we reference
18  that in here?  I can't remember.  I'll have to look to
19  see if it actually references Krigbaum's report.
20     Q  Okay.
21     A  But as I say, this is one of several that
22  went forward as part of that package based on the

143

1  recommendations for the three divisions that should be
2  considered for elevation to the senior level.  This
3  just happens to be the one focused on ASCD.
4     Q  Okay.
5     A  But to answer your question directly, I don't
6  see any explicit reference to the Krigbaum report, but
7  they were all part of that process.
8     Q  I see.  Did you put together a package that
9  had --
10     A  For each of the divisions I did each one
11  separately so each one could be treated on its merits.
12     Q  And when you forwarded the memo that's been
13  marked as Plaintiff's Exhibit Number 3, the memo dated
14  April 25th, 2003 from you to Miss Smith, did you
15  include with it the Krigbaum report?
16     A  All would have been part of the whole
17  package.  So this for the other two divisions, the
18  Krigbaum report, and there would have been the actual
19  revised position description with a covering form, all
20  the things that constituted the package when one wanted
21  Human Resources to review a position description.
22       MR. FREDRICKSON:  Let me have this marked as

144

1  Plaintiff's Exhibit Number 4 please.
2       (Deposition Exhibit 4 was marked for
3  identification and was retained by counsel.)
4  BY MR. FREDRICKSON:
5     Q  You have in front of you what's been marked
6  as Plaintiff's Exhibit Number 4.  Just take a look at
7  at that, and read through it, and tell me if you
8  recognize it.
9     A  I have looked at it.
10     Q  Do you know what Plaintiff's Exhibit Number 4
11  is?
12     A  It's a response memorandum from Teri Smith
13  relating to the request for review of the position
14  descriptions for senior level consideration.
15     Q  Okay.  And Miss Smith basically informs you
16  in July of 2003 that she has decided to delay action on
17  the request for reclassification of the cataloger
18  division chief positions, is that right?
19     A  Yes.
20     Q  Okay.  What was your reaction to that?
21     A  As I recall I questioned her on it, and I
22  believe we had a meeting to discuss it, but no action

145

1  **was taken beyond Human Resources.**
2  Q  Drop down to the second paragraph in
3  Plaintiff's Exhibit Number 4. I just want to focus on
4  one particular sentence, and it's the last sentence in
5  paragraph two.
6  **A  I see it.**
7  Q  It says Senior level executives are expected
8  to -- I guess maybe the word take might be missing?
9  **A  Probably.**
10  Q  -- to take an active role in the leadership
11  and future direction of the Library. Do you see that
12  phrase there?
13  **A  Yes.**
14  Q  Okay. Did you believe that the work that
15  Miss Mansfield was doing in this time frame, July of
16  2003, that she was taking an active role in the
17  leadership in determining the future direction of the
18  Library?
19  **A  Yes.**
20  Q  And did you believe in July of 2003 that Miss
21  Mansfield had in fact taken an active role in the
22  leadership in helping determine the future direction of

146

1  the Library for quite some time at that point?
2  **A  For some time. I'm not sure what you mean by**
3  **quite some time.**
4  Q  It's a little vague, isn't it?
5  **A  Yes.**
6  Q  Let me say by time then. I believe you said
7  earlier that since the late 1990s Miss Mansfield had
8  been the chief of the Arts and Sciences Cataloging
9  Division?
10  **A  Correct.**
11  Q  And in September of 2002 Miss Mansfield had
12  been the acting director for Cataloging.
13  **A  Indeed.**
14  Q  In performing those two roles over a period
15  of time on up till July 2003, did you believe that she
16  was contributing as an active leader in helping
17  determine the direction of the Library at that point?
18  **A  I believe -- I will say yes to that question,**
19  **to your rephrased question.**
20  Q  You also said earlier that it was sometime I
21  think in the 2000 to 2001 time frame that you believed
22  that your division chiefs within the Cataloging

147

1  Division merited senior level work.
2  **A  Yes.**
3  Q  They were doing senior level work, right?
4  **A  Yes.**
5  Q  Okay. Did you believe that those division
6  chiefs in that time frame 2000 to 2001 were
7  contributing and taking an active role in the
8  leadership and determining the future direction of the
9  Library?
10  **A  Yes.**
11  MR. FREDRICKSON: May I have this marked as
12  Plaintiff's Exhibit Number 5 please.
13  (Deposition Exhibit 5 was marked for
14  identification and was retained by counsel.)
15  BY MR. FREDRICKSON:
16  Q  Would you examine Plaintiff's Exhibit Number
17  5 for the purposes of determining whether or not you
18  recognize it before and could identify it?
19  **A  Yes, I have reviewed it.**
20  Q  Now, Plaintiff's Exhibit Number 5 appears to
21  be an e-mail from you to Teresa Smith, the director of
22  Human Resources, is that right?

148

1  **A  Correct.**
2  Q  And it's dated July 5th, 2003, is that right?
3  **A  Yes.**
4  Q  Okay. So that's really three days after the
5  document already marked as Plaintiff's Exhibit Number 4
6  where Miss Smith informed you that there was going to
7  be delay in the certification of these positions as SL
8  level jobs, right?
9  **A  Yes.**
10  Q  Okay. Tell me what you were thinking when
11  you sent this e-mail that's been marked as Plaintiff's
12  Exhibit Number 5.
13  **A  I'm not sure I can say more than what the**
14  **memo itself states. It was in response to the memo**
15  **wanting Teri to proceed.**
16  Q  Why did you want her to proceed?
17  **A  For all of the reasons we had cited in**
18  **sending forward the package. These positions had been**
19  **indicated to be at the senior level.**
20  Q  Where it says here that "I am very
21  disappointed at this delay, particularly after you have
22  had a consultant review the positions and he determined

149

1 that at least three of the positions exceeded the GS-15
2 level," was one of the positions you were referring to
3 the position held by Judith Mansfield, the division
4 chief for the Arts and Sciences Cataloging Division?
5    A  Yes.
6    Q  And where you say "I was under the impression
7 that you had secured his services to help make this
8 determination," how did you get that impression? Did
9 Miss Smith tell you that they were going to hire a
10 classification person to come in and look at the jobs
11 or what was the source of that information?
12    A  I'm sure it must have been that she had told
13 me that to help review these position descriptions,
14 that since she didn't have enough in-house staff, that
15 she was using consultants to help with the process
16 which in and of itself wasn't unusual.
17    Q  Okay. What was your normal workweek back in
18 July of 2003?
19    A  7:00 to 7:00 five days a week and then on the
20 weekends.
21    Q  You work every day of the week?
22    A  Just about.

150

1    Q  Phew. Off the record.
2       (Discussion off the record)
3 BY MR. FREDRICKSON:
4    Q  So it would be normal for you to go in on a
5 Saturday and send off an e-mail, is that what you're
6 saying basically?
7    A  Yes. Was this a Saturday?
8    Q  Yes.
9    A  I didn't pick up on that.
10    Q  I saw that it's in the body of the memo. I
11 can go check it.
12    A  If it says Saturday, the system automatically
13 generates it. I wouldn't have typed it.
14       MR. MICKLE: A holiday weekend too after July
15 4th.
16       MR. FREDRICKSON: This guy's a trooper.
17 BY MR. FREDRICKSON:
18    Q  You said you met at some point with Miss
19 Smith concerning the classification review, is that
20 right?
21    A  Yes.
22    Q  Did you meet before this e-mail was sent or

151

1 after, do you remember?
2    A  I don't. It may be that this memo was my
3 follow-up to it. In the recollection of events around
4 all of this, I know there were discussions. There were
5 meetings. There were e-mails. That's why I have not
6 committed to saying certain statements were made during
7 a specific meeting because I honestly don't remember.
8 I remember the cumulative effect, and I knew there was
9 some response once we got Teri's memo. This could have
10 been it. There could have been a follow-up meeting to
11 this. I won't swear to that one way or the other, but
12 certainly this certifies that there was follow up on my
13 part to getting the memo from Teri.
14    Q  But you don't remember a specific meeting
15 where you can say this is what I said to her, this is
16 what she said to me, anything like that?
17    A  No. It really is a cumulative effect of
18 trying to move the process forward, and these things
19 happen through a combination of things, and this piece
20 of the work I was doing for Library Services was one of
21 the pieces associated with 40 other divisions. I
22 remember the tasks, the initiatives, what needed to be

152

1 done and steps taken, but I wouldn't swear to specific
2 instances of exactly how it fell out. But everything
3 I've said has the thread of accuracy and truth to the
4 degree that I can remember the specifics, but certainly
5 this is the pattern.
6    Q  Okay. You used the term thread was it?
7    A  Thread in the sense that this is not a single
8 instance. This started, as we said, back in 2000 when
9 I was thinking about looking at the position
10 descriptions, and I might add we did it for multiple
11 position description in Arts and Sciences and
12 Cataloging, not just the chiefs but from top to bottom.
13    Q  Since you don't have a specific recollection,
14 let me see if I've accurately understood what you've
15 told me. Am I right that you wanted Human Resources to
16 do a classification review of the division chief
17 positions within the Cataloging Directorate?
18    A  That is correct.
19    Q  And you thought at the time that you asked
20 them to do the classification review that several of
21 the division chief positions merited SL level rating,
22 is that right?

153

1    A   That is correct.
2    Q   So you were urging the Human Resources
3 Department to reexamine the situation, reexamine the
4 position descriptions, the work that the division
5 chiefs were doing, with the purpose of determining
6 whether or not those positions should be rated at the
7 SL as opposed to the GS level?
8    A   That would be the outcome.
9    Q   Okay.  The Human Resources contracted outside
10 their regular employees with Donald Krigbaum to do that
11 classification review, is that right?
12   A   In this instance, yes.
13   Q   Okay.  And Mr. Krigbaum came back and said
14 that three of these division chief positions should be
15 rated at the SL?
16   A   Yes.
17   Q   You communicated after the classification
18 review, you reiterated that you thought the division
19 chief position for the Arts and Sciences Cataloging
20 Division should be rated at SL?
21   A   I don't think I explicitly said Arts and
22 Sciences.  All three.

154

1    Q   But I do think we covered a memo where you
2 did say that.
3    A   But I want to make sure that that's not just
4 for Arts and Sciences.  It's for all three of these.
5 That's just one of the packages.
6    Q   I understand.  I'm just focusing on this one
7 right now.
8    A   Okay.
9    Q   So my question is am I right that you went
10 back to Miss Smith after the classification review was
11 completed by Mr. Krigbaum and informed her the Arts and
12 Sciences Cataloging Division chief position should be
13 rated SL along with two others?
14   A   Yes.
15   Q   Okay.  And Miss Smith came back to you about
16 two or three months later and said Human Resources has
17 delayed that, we've held it up, is that right?
18   A   She came back with  the essence of what we
19 just reviewed in her memo, yes.
20   Q   I didn't pull that term out of the air.  It
21 says here "I have decided to delay action on Library
22 Services' request."

155

1    A   Right.
2    Q   So HR informed you that they were delaying
3 action on the request to reclassify those positions at
4 the SL level?
5    A   Yes.
6    Q   And you came back right after that and said
7 you're disappointed, very disappointed I think is the
8 phrase you used, right, line three?
9    A   Yes.
10   Q   Okay.  And that you were puzzled because you
11 had been told that HR had gone out and contracted with
12 Mr. Krigbaum to do this very classification review?
13   A   Yes.
14   Q   And the results confirmed what you thought,
15 that these division chiefs, including the Arts and
16 Sciences Cataloging Division chief, was performing SL
17 level work?
18   A   Yes.
19   Q   Okay.  What was Miss Smith's reaction to
20 that?
21   A   I don't remember.
22   Q   By the way, at the time you were the acting

156

1 associate librarian for Library Services, right, July
2 2003?
3    A   Yes.
4    Q   How did that rank within the library
5 hierarchy vis-a-vis Miss Smith's position?
6    A   We were peers.
7    Q   Did you do anything else other than go back
8 to Miss Smith and express your disappointment?  Did you
9 go to the deputy librarian?  Did you go to the
10 librarian?
11   A   No.
12   Q   Did you send a memo to anybody else?
13   A   No.
14   Q   Did you do anything else you can think of
15 other than express your disappointment with the delay
16 on the part of Human Resources?
17   A   No.  I'm sure I only worked with Human
18 Resources.
19   Q   Why are you sure about that?
20   A   Because that's the way it would have worked,
21 and I would not have gone around Teri to do this.
22        MR. FREDRICKSON:  May I have this marked as

157

1  Plaintiff's Exhibit Number 6 please.
2      (Deposition Exhibit 6 was marked for
3  identification and was retained by counsel.)
4  BY MR. FREDRICKSON:
5      Q  I've had handed to you Plaintiff's Exhibit
6  Number 6. I'd like you to examine it for the purposes
7  of determining whether or not you can identify this
8  document which appears to be a memorandum to you from
9  Miss Smith dated April 8, 2004. Have you had a chance
10  to read Plaintiff's Exhibit Number 6?
11      A  Yes.
12      Q  Can you tell me what Plaintiff's Exhibit
13  Number 6 is?
14      A  A memo from Teri Smith to me as the acting
15  deputy associate librarian indicating that she's
16  discussed with Deanna Marcum, and as a result of that
17  conversation the GS-15 chief PDs and 14 assistant chief
18  PDs will not be upgraded.
19      Q  So am I right that Plaintiff's Exhibit Number
20  6 is a memo to you that first informs you that the
21  upgrading that you had requested of the division chief
22  positions within the Cataloging Division was denied?

158

1      A  Yes.
2      Q  Did you have any discussion with Miss Smith
3  between July of 2003 and April of 2004 concerning your
4  request that the division chief positions be upgraded
5  to SL?
6      A  I know there was a meeting among her, Deanna
7  Marcum, and me after Deanna was appointed in August of
8  '03, so we would have likely met with Teri sometime
9  that fall to discuss the positions.
10      Q  Was the position that Miss Marcum was
11  appointed to, was that associate librarian for Library
12  Services?
13      A  Yes.
14      Q  Did you apply for that job?
15      A  Yes.
16      Q  But you were not selected for it?
17      A  Correct.
18      Q  Who was the selecting official?
19      A  The librarian and the deputy -- It was a
20  panel. The librarian, the deputy, and a retired former
21  LC manager, and I'm drawing a blank now. I want to say
22  Ellen. Yes, Ellen Hahn. She had been a director, a

159

1  senior level person.
2      Q  By the way, did Mark's name ever come back to
3  you?
4      A  No, but it will before I leave today.
5      Q  Great. Let me know.
6      A  I will.
7      MR. JAMES: Off the record.
8      (Discussion off the record)
9      A  Roosa. Mark Roosa.
10      Q  Thank you. What was the position that he
11  held?
12      A  He was the director for Preservation.
13      Q  Okay. Thank you. I see on Plaintiff's
14  Exhibit Number 6 that it lists you as acting deputy
15  associate librarian for Library Services.
16      A  Yes.
17      Q  Does that mean that Miss Mansfield was still
18  then the acting director for Cataloging?
19      A  That is correct.
20      Q  And am I right that where it says in
21  Plaintiff's Exhibit Number 6, the memo from Miss Smith
22  to you in April 2004, that this meant for Miss

160

1  Mansfield that her permanent position, the Arts and
2  Sciences Cataloging Division chief, was not going to be
3  upgraded to SL?
4      A  That's correct.
5      Q  That's the import of this memo, is that
6  right?
7      A  That is correct.
8      Q  Okay. When you found out that the
9  classification specialist, Mr. Krigbaum, determined
10  that the Arts and Sciences Cataloging Division and the
11  other division chief positions merited SL ranking, did
12  you remove any of the duties of the SL ranked or rated
13  division chief? That was a horrible question, wasn't
14  it? You look puzzled, and I'm trying to think if I got
15  that out cleanly. Let me just start again.
16      I'm going back in time to when Mr. Krigbaum
17  says I've reviewed the position descriptions. I've
18  done the interviews. I think these three division
19  chief positions merit SL level work.
20      A  Okay.
21      Q  That's April of 2003.
22      A  All right.

**161**

1  Q  When you got that report from Mr. Krigbaum,
2  did you remove any duties from any of the three
3  division chiefs?
4     A  No.
5     Q  When Miss Smith indicated in July of 2003
6  that the Human Resources was delaying any action on the
7  recommendation that those three division chiefs be
8  rated as SL, when you got that information did you
9  remove any duties from any of the division chiefs?
10    A  No.
11    Q  And when you received the memo that's been
12 marked as Plaintiff's Exhibit Number 6 in April 2004
13 informing you that the division chief positions within
14 the Cataloging Division would not be upgraded, did you
15 remove any of the duties of the division chiefs?
16    A  No.
17    Q  Did you at some point in time after you
18 received the classification review report from Mr.
19 Krigbaum, did you discuss it with Miss Mansfield?
20    A  After receiving the report from Donald
21 Krigbaum?
22    Q  Right.

**162**

1     A  I'm sure I did.
2     Q  This would have been April of 2003, in that
3  time frame?
4     A  I'm sure I would have because she was acting
5  Cataloging director, and those positions would have
6  fallen under her then, so I know I would have.
7     Q  Do you remember the discussion?
8     A  No.
9     Q  Do you remember the substance of the
10 discussion?
11    A  It would have been to discuss next steps and
12 how we proceed, and certainly that would have led to
13 our doing the individual memos for my signature to send
14 forward with the package for the official processing of
15 that through Human Resources.
16    Q  By that do you mean that you told Miss
17 Mansfield we're going to try to get Human Resources to
18 certify that these are SL level jobs?
19    A  Oh, yes. I'm sure words to that effect came
20 out of the discussion; and if not words to that effect,
21 actions to that effect. I mean, the whole point of
22 doing this was to carry out an initiative. I'm so used

**163**

1  to doing certain things because that's what you know
2  you need to do once you bite into something, that it
3  almost becomes part of the routine.
4     So they get melded in terms of distinct
5  points along the way, but certainly we'd work to get
6  the package prepared, we got the review, and what is
7  the next step, and that could have brought in
8  discussions with Human Resources in terms of what the
9  next step is to make it happen.
10    So all of that becomes a part of the process
11 or a blur. So the fact that I don't respond explicitly
12 to individual steps only means in my mind it wouldn't
13 have worked that way. It would simply have been okay,
14 today's activities are what. Okay, we have this
15 approval. What are the next steps required to make
16 this happen. Part of the exhibits you've shown me are
17 the result of that, and so we would move the process to
18 the next stage.
19    Q  Okay. I gather what you're saying is that
20 you tried to keep Miss Mansfield informed as to the
21 process the Library was going through to determine
22 whether or not the position that she held was going to

**164**

1  be upgraded to an SL position?
2     A  Oh, certainly. I wasn't keeping anything
3  from her because she was one of the managers reporting
4  to me, and in this instance the manager responsible for
5  shepherding that for me in her acting capacity.
6     Q  All right. Bear with me a minute if you
7  would please.
8        MR. FREDRICKSON:  May I have this marked as
9  Plaintiff's Exhibit Number 7 please.
10       (Deposition Exhibit 7 was marked for
11 identification and was retained by counsel.)
12 BY MR. FREDRICKSON:
13    Q  Have you had a chance to read Plaintiff's
14 Exhibit Number 7?
15    A  Yes.
16    Q  Plaintiff's Exhibit Number 7 appears to be an
17 e-mail sent by you on July 15, 2004, is that right?
18    A  Correct.
19    Q  And the subject is directors meeting update?
20    A  Uh-huh.
21    Q  Is that right?
22    A  Yes.

**165**

1 Q It says To AMG; CMT. Do you see that?
2 A Yes.
3 Q So is this an e-mail that you sent out?
4 A Yes.
5 Q And to whom did you send the e-mail that's
6 been marked as Plaintiff's Exhibit Number 7?
7 A The two management groups within Acquisitions
8 and Bibliographic Access Directorate. AMG is the
9 Acquisitions Management Group. CMT is the Cataloging
10 Management Team. So that constitutes all of the chiefs
11 of the 14 divisions in our directorate.
12 Q Okay. So the AMG would be anybody who is a
13 division chief within the Acquisitions Unit?
14 A Correct.
15 Q Okay. And the CMT refers to the Cataloging
16 Management Team, is that what you said?
17 A Correct.
18 Q So that would be the division chiefs within
19 the Cataloging Directorate as it existed in July 2004?
20 A Yes.
21 Q So that would be the eight division chiefs?
22 A Yes.

**166**

1 Q I guess plus Judy Mansfield who was the
2 acting director for Cataloging, is that right?
3 A She would be a part of that eight.
4 Q Okay. Having read Plaintiff's Exhibit Number
5 7, does it refresh your recollection as to any events
6 of that summer? I asked you about this before this
7 morning but not in any level of detail that we're going
8 to get to right now.
9 A Well, certainly I remember this e-mail
10 message.
11 Q Okay. Do you remember the meeting that's
12 referred to here, the highlights from Tuesday's
13 directors meeting?
14 A Yes in a general way.
15 Q What happened at the meeting? What was
16 conveyed to you at the meeting?
17 A This is in line with what I said that Deanna
18 would have discussed with the directors when we were
19 planning the realignment and trying to craft a
20 structure for managing the two largest directorates and
21 the approaches that might be taken, and this speaks to
22 my view of how it should be.

**167**

1 Q Your view at the time in July of 2004, am I
2 right that you didn't think it was the right management
3 way to go to have the assistant directors also have
4 division chief responsibilities, is that right?
5 A That is correct.
6 Q You thought the assistant director position
7 merited a full-time permanent position, is that right?
8 A That is correct.
9 Q Is that something you conveyed to Miss Marcum
10 at the directors meeting?
11 A Yes.
12 Q And Miss Marcum's view was that the assistant
13 director should be the assistant director and have
14 collateral duties of division chiefs, is that right?
15 A Yes.
16 Q Now, I want to go down to where it says My
17 Arguments, that's a reference to your views, is that
18 right?
19 A Correct.
20 Q Okay. It says here "I expect the assistant
21 directors to do more than coordinate. I expect them to
22 manage, to have authority to make decisions, to have

**168**

1 authority to handle personnel matters, to have budget
2 responsibilities for their areas. These would be
3 carried out in conjunction with me and my working with
4 Deanna and the other directors."
5 That paragraph in particular I want to ask
6 you some things about. Okay. Does this accurately
7 capture, the paragraph I just read, accurately capture
8 how you thought the assistant directors should function
9 in this reorganization?
10 A Yes.
11 Q And when Miss Mansfield became the assistant
12 director for Bibliographic Access, is that the way that
13 you handled it within Acquisitions and Bibliographic
14 Access?
15 A Yes.
16 Q So Miss Mansfield did more than coordinate,
17 is that right?
18 A Yes.
19 Q And you expected Miss Mansfield to actually
20 manage the Bibliographic Access Unit, right?
21 A Yes.
22 Q And she did that?

169

1    A  Yes.
2    Q  Okay.  And when Miss Mansfield became the
3  assistant director for Bibliographic Access, did she
4  have authority to make decisions?
5    A  Yes.
6    Q  And she made decisions in that role?
7    A  Yes.
8    Q  And it says here that you wanted the
9  assistant directors to have authority to handle
10  personnel matters, is that right?
11    A  Yes.
12    Q  And did Miss Mansfield do that as assistant
13  director for Bibliographic Access?
14    A  Yes.
15    Q  And it says here that you expected the
16  assistant directors should have budget responsibilities
17  for their areas, right?
18    A  Yes.
19    Q  Did Miss Mansfield have budget responsibility
20  for her area, Bibliographic access?
21    A  Yes.
22    Q  So the way that you managed the Acquisitions

170

1  and Bibliographic Access Unit was consistent with the
2  way you saw those responsibilities being carried out as
3  you've set forth in Plaintiff's Exhibit Number 7, is
4  that right?
5    A  Yes.
6    Q  To you is that senior level work, what you've
7  described here, managing the budget, having authority
8  to make decisions, handle personnel matters, having
9  budget responsibilities, all those things, is that
10  senior level work to you?
11    A  It could be in and of themselves.  If someone
12  just read this, this wouldn't necessarily be senior
13  level, but this is the way I manage an operation.
14    Q  You're talking about where Miss Mansfield is
15  assigned to be responsible for nine divisions, right?
16    A  Eight.
17    Q  As assistant director.  Director for
18  Cataloging was eight divisions, and you added one
19  division when she became assistant director, right?
20    A  That ninth division didn't report directly to
21  her, the Training one.  She really was focused on the
22  eight Cataloging ones.

171

1    Q  Okay.  But I guess the question I really
2  wanted to get to in the abstract, you can't quite
3  commit and say that's senior level work, that managing,
4  coordinating, making decisions, handling personnel
5  matters, handling budget responsibilities, right?  I
6  think that's the gist of your reservation, am I
7  correct?
8    A  Yes.  I cannot say just looking at these
9  words in isolation this represents senior level work
10  because I would expect any chief to be able to do this.
11  GS-15s could do this.
12    Q  But if you take into account what you
13  envisioned the role to be of the assistant director for
14  Bibliographic Access and you expected Miss Mansfield to
15  manage, have authority to make decisions, have
16  authority to handle personnel matters, have budget
17  responsibilities for her area, that's senior level work
18  to you, isn't it?
19    A  I still can't answer the question the way you
20  phrase it in the affirmative.  These are management
21  expectations that I would have for a chief.  These are
22  management expectations I would have for the assistant

172

1  director for Bibliographic Access.  In isolation they
2  don't constitute work that's necessarily at the senior
3  level.  So I can't answer the question the way you're
4  asking it.
5    Q  What would you consider you need to add to
6  make it --
7    A  You need to determine the scope of
8  responsibility, and none of that is stated here.  All
9  I'm saying is you're asking me to respond do these
10  words themselves indicate senior level work, and they
11  don't in and of themselves.  They certainly make up a
12  component of senior level work.
13    Q  Okay.  Am I right that you did believe that
14  Miss Mansfield was doing senior level work when she was
15  doing the assistant director for Bibliographic Access
16  though?
17    A  I can answer that question.  Yes.
18    Q  And she continued from July until that
19  position was terminated in April of 2004?
20    A  Yes.
21    Q  To do senior level work?
22    A  Yes.

173

1    Q  In that capacity as assistant director for
2   Bibliographic Access?
3    A  Yes.
4    Q  Okay.  Thank you.  Bear with me a moment
5   here.
6       MR. FREDRICKSON:  May I have this marked as
7   Plaintiff's Exhibit Number 8 please.
8       (Deposition Exhibit 8 was marked for
9   identification and was retained by counsel.)
10  BY MR. FREDRICKSON:
11   Q  I've had handed to you Plaintiff's Exhibit
12  Number 8 for the purpose of your reading and
13  determining whether or not you can identify Plaintiff's
14  Exhibit Number 8.  It's a memo.  It says at the top
15  Friday's News - August 6, 2004.
16   A  Yes, I have looked at it.
17   Q  Can you tell me what Plaintiff's Exhibit
18  Number 8 is?
19   A  This is one of a series of staff news
20  mailings that the associate librarian, Deanna Marcum,
21  sends to staff on Fridays.
22   Q  Am I right that Plaintiff's Exhibit Number 8

174

1   is the announcement of the assistant director positions
2   in the reorganization that occurred in August 2004?
3    A  That's correct.
4    Q  It says that it's being announced to the
5   Library that you're going to serve as the acting
6   assistant director for Acquisitions, right?
7    A  Correct.
8    Q  And Miss Mansfield is going to be the
9   assistant director for Bibliographic Access?
10   A  Yes.
11   Q  And Mr. Herman is going to be the assistant
12  director for Collections Management?
13   A  Yes.
14   Q  And Mr. Dimunation is the assistant director
15  for Special Collections and Services, right?
16   A  Yes.
17   Q  And I guess if you go up to the paragraph
18  above that, it says "The directors have made decisions
19  about the assistant directors, all of whom will have
20  collateral division chief duties."  Does that mean that
21  the assistant directors will also have division chief
22  duties in addition to their position as assistant

175

1   director?
2    A  That is a correct interpretation.
3    Q  With the exception of you because you didn't
4   have any division chief duties.
5    A  Correct.
6       MR. FREDRICKSON:  May I have this marked as
7   Plaintiff's Exhibit Number 9 please.
8       (Deposition Exhibit 9 was marked for
9   identification and was retained by counsel.)
10  BY MR. FREDRICKSON:
11   Q  Have you had a chance to look at Plaintiff's
12  Exhibit Number 9?
13   A  Yes.
14   Q  The first page appears to be an e-mail to
15  Deanna Marcum from you, is that right?
16   A  Yes.
17   Q  And it looks like the handwritten notation
18  there, 1/12/05, do you see that?
19   A  Those characters are my initials and the
20  date.
21   Q  Okay.  So where it says BJW, those are your
22  initials and your handwriting?

176

1    A  No.  The secretary would have made that
2   notation.  This would have been a file copy while
3   copied to me.
4    Q  Okay.  Are you looking at the upper
5   right-hand corner?
6    A  Right.  My initials are by my name.  The
7   other initials are written by my secretary.
8    Q  Okay.  So the handwriting that appears in the
9   upper right-hand corner of Plaintiff's Exhibit Number
10  9, page 1, that's your secretary's handwriting?
11   A  That says BJW Copy?
12   Q  Yes.
13   A  Those are characters written by my secretary.
14   Q  And the initials that appear right on top of
15  Wiggins where it says BJW, is that in your handwriting?
16   A  Yes.
17   Q  And to the right where it says 1/12/05, is
18  that in your handwriting?
19   A  Correct.
20   Q  So this is a note you sent to Miss Marcum on
21  January 12th, 2005, is that right?
22   A  Yes.

177

1 Q Are you conveying the proposed position
2 description for the position of assistant director of
3 Acquisitions and Bibliographic Access Directorate?
4 A Yes.
5 Q Okay. So am I right that Plaintiff's Exhibit
6 Number 9 is the position description that you were
7 proposing for the position that Miss Mansfield held at
8 that time in January 2005?
9 A Yes.
10 Q And it's at the SL level?
11 A Yes.
12 Q The discussions that you described this
13 morning with respect to the discussions you had with
14 Miss Marcum concerning Miss Mansfield's position as
15 assistant director, does this memorandum marked
16 Plaintiff's Exhibit Number 9 help place it in time for
17 you when you had those discussions?
18 A Well, it certainly dates it. Well, the
19 discussions could have been before, around, and after
20 this I mean because there could and most likely have
21 been discussions leading into my submitting this,
22 discussions at meetings subsequent to this, asking if

178

1 she had questions. It does pin in time that the
2 discussions would have occurred around these dates.
3 Q In or around January of 2005?
4 A Yes.
5 Q Okay. Having had a chance to look at
6 Plaintiff's Exhibit Number 9, does it call back up any
7 other detail about the discussions you had with Miss
8 Marcum concerning the assistant director for
9 Bibliographic Access in January 2005, anything that we
10 didn't cover this morning?
11 A No.
12 Q Okay. Thank you. Bear with me a minute.
13 The position that you said earlier that Mr.
14 Byrum held, was that the Regional and Cooperative
15 Cataloging Division chief position?
16 A Yes.
17 Q What did that job entail?
18 A Managing an operation that had responsibility
19 for cataloging and processing materials from countries
20 of the world that has a non-Roman alphabet: Chinese,
21 Japanese, Arabic, Syriac. So that added to some of the
22 complexity. It had responsibility for the cooperative

179

1 cataloging programs that the library was responsible
2 for administering. That meant working with a program
3 of at that time between 300 and 400 institutions that
4 were a member of the program of cooperative cataloging.
5 And the other activities were typical of the other
6 cataloging divisions such as I've described for Arts
7 and Sciences and the other processing cataloging
8 divisions.
9 Q Okay. Now, when Miss Mansfield became the
10 acting director for Cataloging, would the position of
11 chief of the Regional and Cooperative Cataloging
12 Division be underneath the acting director for
13 Cataloging?
14 A Yes.
15 Q Would the position of the acting director for
16 Cataloging require at least as much effort as the
17 division chief of the Regional and Cooperative
18 Cataloging Division?
19 A Yes.
20 Q And would the acting director for Cataloging
21 position require at least as much responsibility as
22 that required of the Regional and Cooperative

180

1 Cataloging Division chief?
2 A Yes, just as it did for me when I assumed the
3 acting role and did not get promoted but once a year.
4 So there was no difference.
5 Q That wasn't fair, was it?
6 A Pardon?
7 Q That wasn't fair, was it?
8 A In the scheme of things, no.
9 Q Okay. Did the acting director for Cataloging
10 position require at least as much skill as the division
11 chief for the Regional and Cooperative Cataloging
12 Division?
13 A For the acting director for Cataloging?
14 Q Right.
15 A Yes.
16 MR. FREDRICKSON: Okay. I'll tell you what
17 I'd like to do is take a break at this point, maybe
18 take about 10 or 15 minutes to review my notes, if
19 that's okay with you. It usually shortens things. And
20 I think we're kind of getting close to finishing up,
21 but I always like to stop and pause if that's all
22 right.

---

181

1     THE WITNESS: All right.
2     (Recess)
3  BY MR. FREDRICKSON:
4     Q  I just have a handful of things I want to
5  sort of clean up or at least figure out. Do you know
6  an employee at the Library by the name of Sharon Tsai?
7     A  Yes.
8     Q  T-s-a-i?
9     A  Yes.
10     Q  And what does she do?
11     A  She is a first line supervisor in the Arts
12  and Sciences Cataloging Division.
13     Q  Do you recall Miss Tsai functioning as the
14  acting chief of the Arts and Sciences Division back in
15  the 2004-2005 time frame?
16     A  I don't remember the time period. I know she
17  has served on a rotational basis as the acting chief.
18     Q  For the Arts and Sciences Cataloging
19  Division?
20     A  Correct.
21     Q  During the time frame that Ms. Mansfield
22  served as the assistant director for Bibliographic

---

182

1  Access was Miss Tsai one of the employees at the
2  Library that served as the acting chief of the Arts and
3  Sciences Cataloging Division?
4     A  I don't know that it was during that period.
5  I know during one of the periods that Judy was in an
6  acting capacity for director for Cataloging, Sharon
7  Tsai served as the acting chief of Arts and Sciences.
8     Q  When somebody serves as an acting division
9  chief, would there be paperwork in their personnel file
10  to reflect that typically?
11     A  Yes, there should be.
12     Q  Okay. When the assistant director positions
13  were abolished, did the director positions remain?
14     A  Yes.
15     Q  So when the assistant director for
16  Bibliographic Access position was abolished, did you
17  remain the director for Acquisitions and Bibliographic
18  Access?
19     A  Yes.
20     Q  For how long?
21     A  Till I retire or till I'm fired. I'm still
22  in that position.

---

183

1     Q  Okay. So that's what you're doing today?
2     A  Correct.
3     Q  And have been since you became the director
4  for Acquisitions and Bibliographic Access in August of
5  2004?
6     A  Yes.
7     Q  Okay. How did Miss Mansfield perform as the
8  assistant director for Bibliographic Access?
9     A  She was excellent.
10     Q  Okay. Bear with me a minute if you would
11  please. Was the gentleman's name that was the director
12  for Preservation Mark --
13     A  Roosa.
14     Q  How do you spell that?
15     A  R-o-o-s-a.
16     MR. FREDRICKSON: That's all I have.
17     MR. JAMES: I have just a couple. I
18  shouldn't say a couple. I have some questions.
19     EXAMINATION BY COUNSEL FOR DEFENDANT
20  BY MR. JAMES:
21     Q  I'd like to refer you to Plaintiff's Exhibit
22  Number 4.

---

184

1     A  All right.
2     Q  Counsel referred you to paragraph 2.
3     A  Yes.
4     Q  The last sentence in paragraph 2 which reads
5  Senior level executives are expected to, and he added
6  the word can.
7     MR. FREDRICKSON: "Take" I think is the word
8  I added.
9     Q  To take an active role in the leadership and
10  future direction of the Library.
11     A  Yes.
12     Q  In the first paragraph Miss Smith is
13  referring to her decision to refer the classification
14  matter concerning the cataloger chief positions to the
15  deputy librarian and the Executive Committee, is that
16  not correct?
17     A  Correct.
18     Q  And the last sentence she reiterates the same
19  conviction again, the last paragraph rather, is that
20  true?
21     A  In terms of taking it to the deputy librarian
22  and the Executive Committee?

**185**

1 Q Right.
2 A Yes.
3 Q In going back to that last sentence in
4 paragraph 2, counsel suggested that this "senior level
5 executives" were referring to he asked you questions
6 about whether or not Mrs. Mansfield could take a role
7 in the leadership and future development. Is that the
8 context in which that sentence is actually meant?
9 MR. FREDRICKSON: I object to the question,
10 but you can answer it.
11 A Well, there is no "can."
12 Q There's no "can" in there.
13 A Right.
14 Q Could it be "have," senior level managers are
15 expected to have an active role?
16 A It could be "have." It could be "take." He
17 had inserted "take," and I said that made sense.
18 Q But it could be "have"?
19 A It could be "have."
20 Q And could "senior level managers" be
21 referring to the deputy librarian and the Executive
22 Committee?

**186**

1 A It could. I would not interpret it to mean
2 so in the context of this memo though.
3 Q But my question is how do we know that this
4 is a reference to Mrs. Mansfield?
5 A Well, I was trying to make the point in
6 response to counsel's earlier question that none of
7 this was in particular to Judy Mansfield. It was in
8 response to the entire package. So it certainly wasn't
9 singling out her.
10 Q Okay. Now I'd like to also turn your
11 attention to Plaintiff's Exhibit Number 2. This is the
12 recommendation that was made by the classifier that was
13 contracted by HR?
14 A Yes.
15 Q Was part of his recommendation, did it
16 include also GS-14s being promoted also?
17 A I don't think so. This particular report is
18 just on, yes, just on the chiefs. As far as I can see,
19 it's just on the chiefs.
20 Q Was there one that included people other than
21 that, other than the chiefs?
22 A Yes. As I explained earlier, we reviewed all

**187**

1 of the position descriptions in the Cataloging
2 Directorate from our technician staff up to the chiefs.
3 This particular one focused on the chiefs.
4 Q Was there a recommendation with regard to the
5 14s?
6 A There was a recommendation in regard to the
7 14s, in particular the automated operations
8 coordinators, some of them were reviewed, and I believe
9 there was an assistant chief's position that was a
10 GS-14. And if GS-15 chiefs had been upgraded, it would
11 have followed suit that the GS-14 assistant chiefs
12 would have been upgraded to the next level which would
13 have been to the GS-15, but that's not referenced in
14 this report.
15 Q Now, there have been a number of questions
16 about what is senior level work, and you've been asked
17 questions about it. Isn't it true that regardless of
18 the nature of the work, regardless of the nature of the
19 duties, regardless of the nature of the position, that
20 position duties and work only become senior level work
21 when they are proclaimed to be senior level work by HR,
22 the division head, and the Office of the Librarian?

**188**

1 A Well, certainly that's the only time they
2 take effect.
3 Q Right. So you can only be paid and they take
4 effect is when it is designated so by both HR, the
5 division head, and the Office of the Librarian?
6 A Yes.
7 Q Okay. With regard to the duties of the
8 assistant chief, did the Office of the Librarian, the
9 division chief or the HR ever designate those duties as
10 senior level position duties?
11 A None of those entities designated them so.
12 Q Okay. Now, with regard to the decision by
13 Deanna not to make Mrs. Mansfield a senior level or
14 grant her a senior level position when she was
15 performing the duties of assistant director, do you
16 have any belief that the decision that Deanna made was
17 based on Mrs. Mansfield's gender?
18 MR. FREDRICKSON: Objection. You can answer
19 it though.
20 A No.
21 Q With regard to the decision not to approve
22 the chief positions for senior level status that was

189

1 made by HR, do you have any belief that Teri Smith's
2 decision was based on Mrs. Mansfield's gender?
3 MR. FREDRICKSON: Objection. You can answer
4 it.
5 A No.
6 Q Or anyone else's gender?
7 MR. FREDRICKSON: Objection. You can answer
8 it.
9 A No.
10 Q With regard to Deanna's decision not to
11 approve the conversion of the position of chief to
12 senior level, do you have any reason to believe that
13 Deanna's decision was based on Mrs. Mansfield's gender?
14 MR. FREDRICKSON: Objection. You can answer
15 it though.
16 A No.
17 Q With regard to HR's determination during the
18 120 days in which Mrs. Mansfield was the acting
19 director and the determination as to what her level of
20 senior level pay was, do you have any reason to believe
21 that that decision was based on Mrs. Mansfield's
22 gender?

190

1 MR. FREDRICKSON: Objection. You can answer
2 it.
3 A No.
4 Q With regard to the decision to only pay her
5 for the first 120 days and then to wait until the cycle
6 of a year to the next 120 days to pay her again at that
7 level at the senior level, do you have any reason to
8 believe that that decision was made by HR because of
9 Mrs. Mansfield's gender?
10 MR. FREDRICKSON: Objection. You can answer
11 it.
12 A No.
13 Q Do you have any reason to believe that any of
14 the decisions that were made by any of the library
15 managers with regard to the matters concerning Mrs.
16 Mansfield and the decision not to convert the chief
17 position to a senior level, to pay her only for the 120
18 days or to not convert her when she was acting in the
19 assistant director's position, do you have any reason
20 to believe that any of those decisions was based on
21 Mrs. Mansfield's gender?
22 MR. FREDRICKSON: Objection. You can answer

191

1 it.
2 A No.
3 Q And finally, is it your testimony that during
4 those 120-day periods that Mrs. Mansfield was paid or
5 not paid, that you were treated in the same manner
6 during the periods that you were acting in various
7 acting positions?
8 A Was I treated in the same manner is the
9 question?
10 Q Yes.
11 A Yes.
12 MR. JAMES: I have nothing further.
13 MR. FREDRICKSON: I don't have anything
14 further.
15 (Signature having not been waived, the
16 deposition of Beacher J.E. Wiggins was concluded at
17 4:00 p.m.)
18
19
20
21
22

192

1 ACKNOWLEDGMENT OF DEPONENT
2 I, Beacher J.E. Wiggins, do hereby
3 acknowledge that I have read and examined the foregoing
4 testimony, and the same is a true, correct and complete
5 transcription of the testimony given by me and any
6 corrections appear on the attached Errata Sheet signed
7 by me.
8
9
10 (DATE) (SIGNATURE)
11
12
13
14
15
16
17
18
19
20
21
22

193

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2        I, Nancy Bond Rowland, Registered

3    Professional Reporter, the officer before whom the

4    foregoing proceedings were taken, do hereby certify

5    that the foregoing transcript is a true and correct

6    record of the proceedings; that said proceedings were

7    taken by me stenographically and thereafter reduced to

8    typewriting under my supervision; and that I am neither

9    counsel for, related to, nor employed by any of the

10   parties to this case and have no interest, financial or

11   otherwise, in its outcome.

12       IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 4th day of

14   February 2007.

15

16   My commission expires:

17   October 31, 2009

18

19

20   _____

21   NOTARY PUBLIC IN AND FOR THE

22   DISTRICT OF COLUMBIA

195

1    E R R A T A   S H E E T   C O N T I N U E D

2        IN RE:  Mansfield v. USA

3    RETURN BY: _____

4    PAGE  LINE  CORRECTION AND REASON

5    ___  ___  _____

6    ___  ___  _____

7    ___  ___  _____

8    ___  ___  _____

9    ___  ___  _____

10   ___  ___  _____

11   ___  ___  _____

12   ___  ___  _____

13   ___  ___  _____

14   ___  ___  _____

15   ___  ___  _____

16   ___  ___  _____

17   ___  ___  _____

18   ___  ___  _____

19   ___  ___  _____

20   ___  ___  _____

21   ___  _____  _____

22   (DATE)          (SIGNATURE)

194

1        E R R A T A   S H E E T

2        IN RE:  Mansfield v. USA

3    RETURN BY: _____

4    PAGE  LINE  CORRECTION AND REASON

5    ___  ___  _____

6    ___  ___  _____

7    ___  ___  _____

8    ___  ___  _____

9    ___  ___  _____

10   ___  ___  _____

11   ___  ___  _____

12   ___  ___  _____

13   ___  ___  _____

14   ___  ___  _____

15   ___  ___  _____

16   ___  ___  _____

17   ___  ___  _____

18   ___  ___  _____

19   ___  ___  _____

20   ___  ___  _____

21   ___  _____  _____

22   (DATE)          (SIGNATURE)