# Exhibit 13

# Settlement Agreement and Stipulation Regarding Back Pay, United States Court of Federal Claims

*Mansfield v. Billington,* Civil Action No. 05-1790 (RMU/JMF)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **JUDITH A. MANSFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-472C** |
| | ) | **Judge Mary Ellen Coster Williams** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**SETTLEMENT AGREEMENT**

For the purpose of disposing of plaintiff's claims, without any further judicial proceedings and without there being any trial or adjudication of any issue of law or fact, and without constituting an admission of liability on the part of the defendant, and for no other purpose, the parties stipulate and agree as follows:

1. Judith A. Mansfield has been a female employee of the Library of Congress ("Library"), in Washington, D.C. since 1969. Since 1998, Ms. Mansfield has been employed at the Library as the Chief of the Arts and Sciences Cataloging Division, and is a permanent employee at the GS-15 pay grade.

2. On April 14, 2005, Ms. Mansfield filed the above captioned complaint alleging the Library violated the Equal Pay Act, 29 U.S.C. § 206.

3. The parties subsequently entered into negotiations designed to resolve amicably Ms. Mansfield's claims and Ms. Mansfield has offered to settle this case upon the following basis:

a. The United States will pay Ms. Mansfield $63,386, comprising $31,693 of back pay (for the period of September 22, 2002 through April 30, 2005), and $31,693 of liquidated damages.

b. Within 120 days of the execution of this agreement and pursuant to the applicable guidelines of the Office of Personnel Management (OPM), the United States will pay its portion of retirement contributions it would have paid to OPM on behalf of Ms. Mansfield and the Library of Congress will reconstruct Ms. Mansfield's salary history (for the period of September 22, 2002 until April 30, 2005) to reflect Ms. Mansfield's annual salary as follows:

2002: $110,472

2003: $118,702

2004: $131,581

2005: $145,200.

However, Ms. Mansfield will be responsible for making any retirement payments required by OPM to be paid by an individual wage-earner as a result of her reconstructed salary.

c. The United States will pay reasonable attorney fees and costs in the amount of $312,010.75.

4. This Agreement has been accepted on behalf of the Attorney General.

5. Upon satisfaction of the terms set forth in paragraph 3, Ms. Mansfield agrees to join with the United States in stipulating to the dismissal of this lawsuit with prejudice.

6. Upon satisfaction of the terms set forth in paragraph 3, except for the claims Ms. Mansfield has made in Civil Action No. 05-1790 in the United States District Court for the District of Columbia, Ms. Mansfield releases, waives, and abandons all claims against the United States, its political subdivisions, its officers, agents, and employees, arising out of or related to her Equal Pay Act claim or otherwise involved in this case, regardless of whether they were

included in the complaint, including but not limited to any claims for costs, expenses, attorney fees, compensatory damages, and exemplary damages.

7. This agreement is in no way related to or concerned with income taxes or other taxes for which Ms. Mansfield is now liable or may become liable in the future as a result of this agreement.

8. Ms. Mansfield warrants and represents that no other action or suit with respect to the claims advanced in this suit is pending or will be filed in or submitted to any other court, administrative agency, or legislative body, except for her claims pending in Federal district court. Ms. Mansfield further warrants and represents that she has made no assignment or transfer of all or any part of her rights arising out of or relating to the claims advanced in this suit. Should there be now or in the future any violation of these warranties and representations, any amount paid by the United States pursuant to this agreement shall be refunded promptly by Ms. Mansfield, together with interest thereon at the rates provided in 41 U.S.C. § 611, computed from the date the United States makes payment.

9. This agreement is for the purpose of settling this case, and for no other. Accordingly, this agreement shall not bind the parties, nor shall it be cited or otherwise referred to, in any proceedings, whether judicial or administrative in nature, in which the parties or counsel for the parties have or may acquire an interest, except as is necessary to effect the terms of this agreement. Notwithstanding the foregoing, nothing in this agreement shall prevent the parties from relying upon or citing in Civil Action No. 05-1790 in the United States District Court for the District of Columbia (or in any resulting appeals), information set forth in the stipulation agreed to by the parties, Attachment A "Stipulation Regarding Back Pay."

10. Ms. Mansfield's counsel represents that he has been and is authorized to enter into this agreement on behalf of Ms. Mansfield.

11. This document constitutes a complete integration of the agreement between the parties and supercedes any and all prior oral or written representations, understandings or agreements among or between them.

AGREED TO:

BRUCE A. FREDRICKSON
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510
(202) 659-4082 (fax)

Bruce A. Fredrickson

Attorney for Plaintiff

July 12, 2007

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

TODD M. HUGHES
Deputy Director
Authorized Representative Of
The Attorney General

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:

JESSIE JAMES, JR.
Associate General Counsel

JULIA DOUDS
Assistant General Counsel
Library of Congress
Washington, D.C.

Attorneys for Defendant

July 12, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDITH A. MANSFIELD<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. BILLINGTON,<br>LIBRARIAN OF CONGRESS,<br><br>Defendant. | ) | Civil Action No. 05-1790 (RMU)<br>Judge Ricardo M. Urbina |

## STIPULATION REGARDING BACK PAY

The parties stipulate to the following regarding the settlement of all claims of Ms. Mansfield under the Equal Pay Act in Judith A. Mansfield v. United States, No. 05-472C, in the United States Court of Federal Claims:

1. Plaintiff Judith Mansfield has claimed that the Library of Congress violated the Equal Pay Act in the manner in which the Library paid her for her services as Acting Director for Cataloging and as Assistant Director for Bibliographic Access.

2. The Library of Congress has disputed these claims and continues to dispute these claims.

3. Despite the different views held by each of the parties, Ms. Mansfield and the Library compromised and resolved their differences regarding Ms. Mansfield's claims under the Equal Pay Act in a mutually satisfactory manner.

4. As a result of this compromise, Ms. Mansfield's salary history, for the period of September 22, 2002 until April 30, 2005, has been reconstructed to reflect Ms. Mansfield's annual salary as follows:

ATTACHMENT A

2002: $110,472

2003: $118,702

2004: $131,581

2005: $145,200.

5. As a result of this compromise, Ms. Mansfield has no remaining back pay claims in this case under Title VII for the period of September 22, 2002 until April 30, 2005.

Respectfully submitted,

Bruce A. Fredrickson #933044
Webster Fredrickson & Brackshaw
Suite 600
Washington, D.C. 20006
(202) 659-8510

Counsel for Plaintiff

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

Counsel for Defendant