# Exhibit 14

# Mansfield Performance Plan, Progress, and Appraisal Record 1998

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

**NAME:** Judith Mansfield
**POSITION TITLE:** Chief
**DATE:** March 15, 1999
**SERVICE UNIT/DIVISION:** Library Services/Arts and Sciences Cataloging Division (ASCD)
**SUPERVISOR:** Beacher Wiggins
**Performance Review, 1998**

## Critical Element 1:  MISSION EFFECTIVENESS

**Rating:** *Commendable*

Ms. Mansfield was in her position for slightly less than eight months during this rating period.  For her performance in mission effectiveness, I rate her at the commendable level.  She was mindful of the Division's meeting its goals and carrying out its mission.  Although she has been a part of ASCD since its inception in June 1992, she used much of this year getting familiar with the Division from her new perch as chief.  She has made a fine start.  The Division continued to stay well ahead of its arrearage reduction goal–it completed FY1998 with 3,334 items in its arrearage, well below the target of 6,000.  The Division was responsible for eliminating a 4,000 item arrearage from the Federal Works Administration.  The Division's arrearage broker was used to good effect, helping to fill the needs of ASCD, as well as providing support to other divisions.  With completions totaling 65,316 titles, the Division did not complete as many items as it received; it nevertheless met its goal, since 65,000 titles had been the amount of receipts estimated for the year.  A laudable achievement marked the year–she administered a special effort to reduce the high volume of duplicate copies that had accumulated in the Division.  Success of this endeavor can be measured by the reduction to 1,206 at the end of the year, down from 4,737.  These accomplishments were made despite a loss of almost 10% in regular work hours, compared to FY1997. Ms. Mansfield oversaw the implementation of core level cataloging in the Division, taking appropriate steps when she realized that some team leaders had not followed through on the implementation as expected. She has begun, in consultation with the Cataloging Policy and Support Office (CPSO), to work with the team leaders of the two Art Teams to bring about simplification in the application of subject cataloging to art materials. Fulfilling the expectation to contribute to cataloging standards work, the Division provided comments on the draft NISO standard on title pages for conference proceedings; offered comments on CPSO documentation; and reviewed subject heading proposals from PCC libraries.  Ms. Mansfield played an active role in crafting the Directorate's latest Tactical Plan, being responsible for one of its action items.  She participated in drafting Goal I of the Plan during the Directorate's planning retreat.

## Critical Element 2:  PROGRAM MANAGEMENT

**Rating:**  *Commendable*

**Justification:**

Ms. Mansfield has made a solid start at grasping program management for the competent operation of ASCD.  She has a keenly genuine interest in the well being of the Division's staff, seeking to provide an atmosphere where they can thrive and perform well.  I rate her at the commendable level in this element.  She worked with her team leaders to guarantee that staff received performance evaluations by the end of the year, achieving an 82% completion rate.  For those reporting to her, she was 100% timely.  She met with the team leaders to give them mid-term counseling sessions on their performance and documented their review.  To increase overall operation effectiveness of the Office, she initiated a reconfiguration of the front office space to improve workflow and communications among Office staff and to promote Office team spirit.  I particularly commend Ms. Mansfield for her bringing this physical realignment to fruition–this push was begun when the Division was first constituted in 1992!  She participated in the Directorate's initiative to reallocate staff, reassigning a technician to another team within the Division.  She negotiated with staff to provide coverage for a subject class that would go lacking with the retirement of a long-time subject cataloger.  She monitored that staff were afforded requisite training in basic automation skills to prepare them for working successfully in the impending ILS environment.  The Division gave its share of staff resources to the implementation and planning for the ILS.  ASCD could boast two trainers, ten on-site experts, and five staff heavily involved in ILS Bibliographic Control Teams.  She supported staff details, including four who served on the 45 rpm sound recordings SWAT team.  Ms. Mansfield took over ASCD just in time to gain responsibility for overseeing the Division's redressing risks that were identified during its risk assessment of the Library's heritage assets.  She collaborated with the security auditors in executing the risk assessment and prepared ASCD's response to the findings.  Ms. Mansfield has shown herself to be a supporter of Facilitative Leadership practices.  She invariably prepares agendas for the weekly meetings she and I hold.  She prepares agendas for the meetings with her management team and for the ILS meetings she convenes.  She has endorsed celebrating accomplishments of staff through her approval of and initiation of various forms of awards.  For her own development as a manager, Ms. Mansfield availed herself of the eight-unit module of Administrative Management Training Program for Managers and Supervisors.

**Critical Element 3: EQUAL EMPLOYMENT OPPORTUNITY/AFFIRMATIVE ACTION**

**Rating:** *Commendable*

**Justification:**

Through her actions and concern for all the staff in the Division, Ms. Mansfield has thoroughly convinced me of her unflinching support of the tenets of EEO/AA. All the Office staff are minorities. She took an immediate interest in working on an individual basis with each to determine their career goals and to begin crafting a plan of action to help each achieve those goals. She began to assign tasks and opportunities that would afford them the chance to gain job enriching experiences. She had the administrative officer prepare an assessment of both training funding support and award recognition to ascertain if these two categories were proportionately represented with staff from the technician level and cataloger level and from various ethnic backgrounds. Ms. Mansfield revived the monthly consultative meetings with 2910, after a long hiatus during the period of rotating acting chiefs. She initiated regular meeting with the Division's technicians, at which a representative from 2477 attends. The Division gave a fair share of support to the ongoing implementation of the Library's redesigned recruitment process, with staff serving on job analysis and rating panels. Ms. Mansfield can take pride that she demonstrated more than lip service to EEO/AA. I gladly rate her at the commendable level for her commitment.

## Critical Element 4:  INDIVIDUAL PERFORMANCE/SPECIAL ASSIGNMENTS

Rating:  *Outstanding*

*outstanding*

Ms. Mansfield made a strong showing in dispatching the special assignments she was given and easily deserves a commendable rating.  In addition to acclimating herself to her new responsibilities as chief, she assumed two major special assignments.  One was serving as COTR for two cataloging contracts (totalling $80,000) to achieve arrearage reduction in Romance language monographs and in Central Asian language monographs.  Her coordination of this important arrearage reduction task resulted in 1,543 Romance language titles and 1,272 Central Asian titles being removed from the Directorate's arrearage tallies.  Ms. Mansfield expended considerable energy in preparing the statement of work, in negotiating procedures and quality review guidelines, and in assuring that appropriate items were identified and made ready for shipping to the contractor on schedule.  She had to be especially vigilant to get the contracts up and running and to verify that the contractor was living up to the requirements of the contract.  She was instrumental in the success of the contract before passing responsibility to another chief.  The second important assignment that Ms. Mansfield took on in 1998 was to chair the ILS Bibliographic Control Functional Testing Team.  Under her guidance, the team prepared its deliverables on time and completed 70 test scripts.  Ms. Mansfield has continued her tradition of being a full-fledged team player, entirely performing her regular job duties, while going the added mile to contribute to the extra curricular activities that separate the routine from the special.  She is helping to maintain the specialness of the Cataloging Directorate.

# SUMMARY RATING

## Levels of Performance and Associated Points

Outstanding = 5; Commendable = 4; Successful = 3; Minimally Successful = 2; and Unsatisfactory = 0

## RATINGS ON CRITICAL ELEMENTS

| Element | Level of Performance | Points | Weight | Weighted Rating |
|---|---|---|---|---|
| Mission Effectiveness | __Commendable___ | _4____ | x _.25____ | = _1_____ |
| Program Management | __Commendable___ | _4____ | x _.25____ | = _1_____ |
| EEO/Affirmative Action | __Commendable___ | _4____ | x _.25____ | = _1_____ |
| Individual Performance/ Special Assignments | __Outstanding___ | _5____ | x _.25____ | = _1.25_____ |

Sum of Weighted Ratings
Divided by Sum of Weights  _1____  4.25_____

**OVERALL RATING** (from Table Below) ____Commendable_____

| | |
|---|---|
| Outstanding | 4.7 or higher |
| Commendable | 3.7 to 4.6 |
| Successful | 2.7 to 3.6 |
| Minimally Successful | 2.0 to 2.6 |

Date of Performance Appraisal: _____4/2/99_____

Signature of Manager Being Rated: _Judith A. Mansfield_

Signature of Rating Official: _____