# Exhibit 16

# Mansfield Notification of Personnel Action 5/24/98

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

Exception to approved by GSA/IRM

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MANSFIELD, JUDITH ANNE | [redacted] | [redacted] | 05/24/98 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 702 | PROMOTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N3M | REG 335.102 COMP |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
LIBRN
AUTOMATED OPERATIONS COORD
0001       009298

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | 13 | 10 | 72,758.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| 67,827.00 | 4,931.00 | 72,758.00 | .00 |

**14. Name and Location of Position's Organization**

**15. TO: Position Title and Number**
ADMINISTRATIVE LIBRARIAN
CHIEF, ASCD
0002       010301

| 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21 |
|---|---|---|---|---|---|
| GS | 1410 | 15 | 01 | 77,798.00 | P |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| 72,525.00 | 5,273.00 | 77,798.00 | |

**22. Name and Location of Position's Organization**
LIBRARY OF CONGRESS
LIBRARY SERVICES
CATALOGING DIRECTORATE
ARTS & SCIS CATALOGING DIV

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 0  0-None  2-Conditional  1-Permanent  3-Indefinite | PERM | YES  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B  WAIVED | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CS | 07/01/69 | F  FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | 04067A093101 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. Agency Data | 41. 05/24/98 | 42. 07/01/69 | 43. | 44. |
|---|---|---|---|---|

**45. Remarks**
SELECTED FROM VAC#980004     DATED 1/12/98

EXHIBIT
LIBRARY
24
1/17/05

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| LIBRARY OF CONGRESS | BEN BENITEZ  DIRECTOR OF PERSONNEL |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| LC AE | 0103 | 05/18/98 |

3-Part    50-315