# Exhibit 17

# Mansfield Notification of Personnel Action 1/09/05

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

NOTIFICATION OF PERSONNEL ACTION

Exception to SF 50-B
Approved by GSA/IRMS 2-87

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MANSFIELD, JUDITH ANNE | [redacted] | [redacted] | 01/09/05 |

**FIRST ACTION**

| 5-A Code | 5-B. Nature of Action |
|---|---|
| | PAY ADJ |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZLM | E O 13368 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
ADMINISTRATIVE LIBRARIAN
CHIEF, ASCD
00002847    010301

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | 120,280.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| 104,929.00 | 15,351.00 | 120,280.00 | .00 |

| 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 1410 | 15 | 07 | 124,740.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| 107,553.00 | 17,187.00 | 124,740.00 | .00 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
LIBRARY OF CONGRESS
LIBRARY SERVICES
CATALOGING DIRECTORATE
ARTS & SCIS CATALOGING DIV

LC AE4001001300000000   PP 01 2005

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  2-5 Point  3-10 Point/Disability  4-10 Point/Compensable  5-10 Point/Other  6-10 Point/Compensable/30% | 0  0-None  1-Permanent  2-Conditional  3-Indefinite | PERM | YES [ ]  NO [x] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0 WAIVED | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 S | 07/01/69 | F FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1-Competitive Service  2-Excepted Service  3-SES General  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | 05/18/03 | 07/01/69 | | |

45. Remarks

GENERAL PAY INCREASE DUE TO E.O. 13368 SIGNED 12/30/04.
SALARY INCLUDES A GENERAL INCREASE OF 2.5% ROUNDED AND A LOCALITY
PAYMENT (OR OTHER GEOGRAPHIC ADJUSTMENT) APPLICABLE IN THIS AREA.

000180

36

| 47. Employing Department or Agency |
|---|
| LIBRARY OF CONGRESS |

| Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| LC AE | 0103 | 12/30/04 |

50. Signature/Authentication and Title of Approving Official
TERESA A. SMITH
DIRECTOR FOR HUMAN RESOURCES

Part 50-315

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237