# Exhibit 18

# Position Description, Director for Cataloging

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

DIRECTOR FOR CATALOGING
Senior Level, 1410 Series

The Director for Cataloging directs the processing and cataloging of materials acquired for the Library's collections. The incumbent facilitates and reinforces the Library's commitment to Whole Book Cataloging, while ensuring that the Library meets its arrearage reduction goals. He or she prevents the growth of backlogs in the technical processing of newly acquired materials. He or she works with subordinates and other managers, particularly the director of Public Service Collections and the Law Librarian, to provide rapid and effective access to the Library's universal collection of materials in all formats and media. The Director serves on the Library Services management team, and shares with the other members of the team responsibility for planning and administering policies established for the service unit by the Library's Executive Committee.

### Supervision Received

The Director for Cataloging works under the general direction of the Associate Librarian for Library Services and is responsible to the Associate Librarian for the effective operation of the Cataloging Directorate and for contributing to the formulation and administration of policies and strategies for Library Services through his or her membership on the Library Services Management Team. The incumbent performs with the highest degree of independence, acting in accordance with the policies and directions established by the Librarian and the Executive Committee. He or she is fully accountable for oversight of the activities of the various divisions and offices within the Cataloging Directorate, and for effective communication, coordination and cooperation with other directorates and service units.

### Supervision Exercised

The Director for Cataloging facilitates and enables the effective performance of the division and office chiefs in the directorate. He or she is responsible for assuring maximum distribution of authority, responsibility, and accountability throughout the directorate, and for establishing performance plans that align the Cataloging Directorate operations with the vision and priorities set by the Associate Librarian and the Librarian of Congress. Through the directorate's divisions, the incumbent is responsible for effective service to Congressional and government offices, other Federal and public libraries, educational institutions and organizations, and scholars. The incumbent is responsible for incorporating the Library's values of service, quality, effectiveness, innovation, fairness, participation and staff development and recognition into all performance plans and operations within the directorate.

### Major Duties

1. Serves on the Library Services Management Team and supports the Associate Librarian for Library Services in managing the service unit.

2. Facilitates the implementation of policies and procedures that will increase the efficiency

000002

7

and effectiveness of the cataloging operations, including Whole Book Cataloging. Works closely with information technology professionals to improve the automated systems that support the cataloging operations.

3. Leads the operational effort to reduce the Library of Congress arrearages in books and serials and gives the best possible support to the special collections arrearage reduction efforts by sharing resources.

4. Coordinates the cooperative cataloging efforts at the Library of Congress, making the best possible use of cataloging performed at other institutions through copy cataloging and other means, as appropriate.

5. Directs the development, interpretation, and simplification of cataloging rules for the Library of Congress, and works closely with the Associate Librarian for Library Services and the greater national and international library community to streamline and rationalize the rules and the application in cataloging operations.

6. Coordinates the maintenance of the cataloging databases at the Library of Congress, ensuring that they are maximally accessible and useful to libraries and users of libraries.

7. Furthers the spirit and practice of the Library's Equal Opportunity Program. The incumbent ensures that the Library's commitment to eliminate discrimination on the basis of race, color, religion, sex, age, national origin, and handicapping conditions is carries out in all aspects of his/her job performance.

8. May serve as Acting Associate Librarian for Library Services.

CC0003

CC00C