# Exhibit 19

# Classification Report
# April 23, 2003

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

# EVALUATION OF DIVISION CHIEFS' POSITIONS
## CATALOGING DIRECTORATE

### Background

This paper analyzes the difficulty, complexity, and relative responsibility of Division Chief positions in the Cataloging Directorate, Library Services, Library of Congress. The directorate consists of eight divisions, ranging in size from 23 to 122 positions and administering budgets from $1.2 million to $6.7 million annually. Two of the positions are Senior Level, the other six are GS-15. Senior management has requested the six GS-15 positions be elevated to Senior Level.

The Division Chiefs are second-level supervisors responsible for managing the programs and resources of their respective divisions. The Directorate comprises approximately 600 employees currently organized into eight subject matter/functional divisions. The divisions are further divided into specialized teams, which typically have 10-15 employees each. The chiefs supervise and manage large divisions staffed by professional librarians, library technicians, and support staff. This position description was intended to apply to most or all Division Chiefs in the Cataloging Directorate.

### Analysis

There are no Office of Personnel Management standards for evaluating positions proposed for senior level. General practice is that senior level is appropriate for managerial positions which clearly exceed the scope and complexity of GS-15. Therefore, the first step in this analysis is to apply criteria in the General Schedule Supervisory Guide. If a position exceeds those criteria, it may then be compared with other Senior Level positions to assess comparative program scope, complexity, and responsibility. Following is an analysis by comparison to that Guide:

**1. Program Scope and Effect**                                    **Level 1-4; 775 points**

This position supervises a division that performs highly specialized professional work, i.e., library cataloging. Because the Library of Congress (LOC) is in effect the national library, it takes a leadership role in developing, implementing, and updating cataloging policies, protocols, and implementing guidance. These policies are applied throughout the library community nationwide, and to a significant degree, worldwide. The most widely used cataloging structures are the LOC and Dewey Decimal systems. LOC staff continually analyze, modify, and update LOC cataloging policies to ensure they reflect the current state of the art in all subject matter areas, and to ensure common, consistent guidance. That guidance will in turn lead to consistent cataloging of like materials, whether performed by the LOC staff or by catalogers in other libraries. While it does not directly control classification policies for the Dewey system or the policies embodied in the Anglo-American Cataloguing Rules, the LOC takes a lead role in the application of criteria for both of these systems. In the latter instance, its Rule Interpretations are used

nationally and internationally. Another indicator of the scope of the LOC cataloging program is its extensive training program outside the library. The staff provides training and development to professional librarians from public, university, and foreign libraries on the architecture of the LOC classification system, its application, policies, and the rules of classification underlying the system.

This work involves the development of major aspects of a key policy development program (cataloging), and facilitates the accomplishment of the Library's national mission. In addition, professional guidance given by the staff significantly affects the entire library profession. This is comparable to functions described in the Guide at level 1-4. It does not meet level 1-5 (the highest level recognized by the standard); that level would be appropriate for the Director of the Library Services Directorate.

## 2. Organizational Setting                                    Level 2-3; 350 points

The Division Chief reports to the Assistant Librarian for Library Services, which is a Senior Level position.

## 3. Supervisory and Managerial Authority Exercised             Level 3-4; 900 points

As the second-level supervisor, the Division Chief manages a large staff of librarians, library technicians, and support staff through several subordinate supervisors, who are organizationally designated as team leaders. The chief approves major personnel actions such as selection, promotion, separation, or disciplinary actions; coordinates cataloging activities with other divisions and as appropriate other directorates; and assures consistency of policy implementation and equitable human resources practices among the various divisions. In addition, the chief is responsible for strategic planning for the division. This involves formulation and integration of long-range goals, securing fiscal, staff, and other supporting resources to support those goals, justifying and defending resource requests to the Directorate head, and oversight of team leaders in the development and implementation of tactical plans to implement approved programs. Approves internal restructuring, adjustment of goals, redirection of resources, and expenditure of funds. This is equivalent to level 3-4.

## 4. Personal Contacts

### 4A. Nature of Contacts                                        Level 4A-4; 100 points

The chief has continuing contacts with senior executives within LOC, with Library Directors of major universities or national libraries of other nations, national officers of professional associations, key staff of Congressional committees, and key staff of Members of Congress.

### 4B. Purpose of Contacts            Level 4B-4; 125 points

Contacts are to resolve major controversies, negotiate for major changes in professional library policies and the acceptance of such changes, and allocate resources and professional services among competing and demanding clientele.

### 5. Difficulty of Typical Work Directed            Level 5-8; 1030 points

The career ladder for librarians in the Cataloging Directorate is GS-13.

### 6. Other Conditions            Level 6-5; 1225 points

Level 6-5 involves supervision and oversight requiring significant and extensive coordination and integration of a number of important program segments performing professional work *each* comparable to the GS-12 level. *In addition*, this level involves making major recommendations which have a direct and substantial effect on the organizations managed, e.g.,
- Major internal and external program and policy issues, such as political, social, technological, and economic conditions;
- Restructuring, reorienting, and recasting long-range goals and objectives to meet changing fund levels or legislation;
- Determining program areas to be initiated, dropped, or curtailed;
- Changes in organizational structure;
- Major cost reduction initiatives, such as automated processes;
- Resources to devote to specific program areas;
- Policy formulation and long-range planning for program changes.

This position meets the criteria outlined above. Incumbents must integrate and coordinate the work of several subordinate teams. Functionally, the various teams perform the same work, i.e., cataloging. However, each specializes in one or more subject-matter areas, such as arts and sciences, sound recordings, motion picture films, history, languages. As a world leader for the library profession, LOC provides professional leadership, sets standards, and formulates policies that drive the profession nationwide and worldwide. The diversity and worldwide responsibility are equivalent to the above-noted criteria. The position does not meet level 6-6, which is the highest level recognized by the Guide. That level requires exceptional coordination and integration of several program segments, each carried out by GS-13 level professionals, *and* requiring final decisions (or recommendations tantamount to decisions) concerning managerial functions. While the Director supervises GS-13 librarians, the decision-making authority does not rise to level 6-6. Incumbents make *recommendations* concerning these crucial management issues, but the Directorate head retains final approval authority on matters involving program direction and major expenditures of funds. Level 6-5 is appropriate.

Summary

As outlined above, total points are 4505. The range for GS-15 is 4055 or more, with no upper limit. However, grades 13 and 14 have ranges of 450 points. Assuming a similar range for GS-15, a position having a point value exceeding 4500 may be considered a potential candidate for senior level. Accordingly, the positions are compared with other existing senior level positions in the Cataloging Directorate.

**Comparison with other Division Chief Positions**

Two Cataloging Division Chief positions already are at Senior Level. While all divisions have comparable *functional* responsibilities, they vary widely in program scope, budget, and resources. There is no single methodology for measuring the scope of a program, but resource levels such as budget, staff, and nature of managerial responsibility provide an insight into the scope of the various divisions and their relative priority for senior level consideration. The following summaries compare the scope of the various divisions:

<u>**Regional and Cooperative Cataloging Division (currently senior level)**</u>
110 staff
$5.8 million budget
This division exercises significant managerial authority for the integration of diverse functions, including management of the cooperative cataloging program worldwide, and cataloging various foreign language materials. The latter function encompasses cataloging of the world's output of materials in non-Roman script languages. The librarians catalog into an external data base maintained by the Research Library's Group Union Catalog.

<u>**Cataloging Policy and Support Division (currently senior level)**</u>
41 staff
$2.8 million budget
While it is among the smaller divisions, Policy and Support has broad responsibility to formulate LOC policy that is used worldwide. The complexity and responsibility of this policy work is acknowledged by the existence of a substantial number of nonsupervisory GS-14 positions. Policy formulation is generally accorded a higher grade in recognition of its broader scope, more intensive qualifications, and the impact of decisions and recommendations beyond the immediate organization. This fully offsets any adverse effect of the smaller program and resources.

<u>**Social Sciences Cataloging Division**</u>
122 staff
$6.7 million budget
This division catalogs and classifies an especially heavy volume of materials dealing with the full range of social science disciplines, including business and economics, law, religion, philosophy, and certain foreign languages. The division maintains liaison with and performs cataloging functions for the LOC Law Library. Many of these functions

000047

are highly visible in the legal community, e.g., application of cataloging principles to Jewish and Islamic law. The division also maintains extensive contacts with the American Association of Law Libraries and various professional associations.

### History and Literature Cataloging Division
103 staff
$5.8 million budget
The History and Literature Division integrates diverse functions required to catalog the full range of materials dealing with both history and literature. Among others, this includes children's literature, a highly sensitive sub-specialty subject to unique classification rules and requiring specialized knowledge. The Chief has ongoing contacts with professionals in the Children's section of the American Library Association. In addition, materials for the performing arts have recently been transferred to this division.

### Arts and Sciences Cataloging Division
78 staff
$4.4 million budget
The division exercises managerial authority to integrate diverse functions, i.e., cataloging the full range of materials dealing with the arts and sciences, including biological sciences, medical science, technology, architecture, and fine arts. This involves ongoing liaison with art librarians, especially the Art Libraries Society of North America, a professional organization representing a highly influential and vocal constituency. There is also ongoing liaison with the National Library of Medicine.

### Special Materials Cataloging Division
73 staff
$3.5 million budget
Special skills are required to classify, catalog, and account for motion picture film, sound recordings in various media, and other highly specialized media requiring special and sometimes innovative handling. For example, microfiche, sheet music, and rare books require special attention and creativity to ensure appropriate cataloging and ready access by library users. This involves ongoing liaison with the Music Library Association and the American Society of Archivists.

### Cataloging in Publication Division (CIP)
62 staff
$2.2 million budget
This division coordinates with the publishing industry, providing a service to the industry and the public by facilitating the cataloging process prior to actual publication. Currently an ongoing effort is underway to expand the program internationally and to announce newly published materials on the world-wide web. The CIP program is the principal source of cataloging for new works in English for the nation's 115,000 libraries and many libraries throughout the world. The chief
- directs and develops policies to ensure the participation of all mainstream U. S. publishers (approximately 3,500), many international publishers, and a total of 57,000 titles per year;

000045

- develops the methodology to enable readers throughout the world to access new book information via the Internet;
- develops and directs policies that enable the nation's libraries (and English language libraries throughout the world) to obtain detailed new book requests directly from their patrons;
- is responsible for obtaining books from participating publishers for LOC's collections with a total annual value of three million dollars, and;
- provides cataloging services to the nation's libraries with an annual value of well over one billion dollars.

### Decimal Classification Division
23 staff
$1.2 million budget
The Division Director is a member of the Editorial Policy Committee of the Dewey Decimal System, and participates fully in consideration of policy initiatives relating to the Dewey classification and cataloging methodology. The division interfaces extensively with the library community, including the International Federation of Library Associations and other professional associations, both nationally and internationally.

### Findings and Conclusions

The first six positions noted above manage divisions with substantial resources, i.e., diverse functional responsibilities, a multi-million dollar budget, and large staffs. This diversity requires exceptional administrative skill to coordinate and integrate the various functions and resolve broad internal management issues, e.g., managing change, internal restructuring of functions, automation, cost reduction, and initiating, changing, or discontinuing ongoing projects. Those positions are recommended for consideration for elevation to senior level.

The final two positions differ significantly from the first six in terms of scope and complexity of functions managed. Although the Cataloging in Publication Division has an approved staff of 62, no more than 10 are professional librarians; most are library technicians at grade GS-9 or below. This does not support level 5-5 for Difficulty of Work Directed.

The Decimal Classification Division is far smaller than the others, which significantly limits the scope of authority as measured by factor 6 (Other Conditions). As noted above, level 6-5 involves supervision and oversight requiring significant and extensive coordination and integration of *a number of important program segments* performing professional work each comparable to the GS-12 level. *In addition*, that level involves *major recommendations* that have a direct and substantial effect on the organizations managed. The smaller scope and simpler organization of this division significantly limit the level of managerial (as contrasted with technical) complexity.

The Division Chief positions for Social Sciences, History and Literature, Arts and Sciences, and Special Materials Cataloging Divisions are recommended for elevation to Senior Level. Cataloging in Publication and Decimal Classification Divisions are not recommended for elevation because of the significantly restricted factors noted above.

*[signature]*
4-23-03

Donald Krigbaum
Classification Consultant