# Exhibit 20

# Reclassification Request
# April 25, 2003

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

UNITED STATES GOVERNMENT

# Memorandum

LIBRARY OF CONGRESS

TO : Teri Smith
Director for Human Resources Services

DATE: April 25, 2003

FROM : Beacher Wiggins
Acting Associate Librarian for Library Services

SUBJECT : Background/justification for reclassification of Arts and Sciences Cataloging Division chief

Over the past two years the Cataloging Directorate has systematically reviewed and revised many of its position descriptions. We have also reviewed and revised the LCRs governing the activities of our divisions. This review was necessitated by the fact that the duties of many of the positions have changed and that the responsibilities assigned to the divisions have changed.

In the larger context, the traditional concept of a library is being redefined from a physical place to access paper records or books, to one which also houses and provides access to the most advanced media, including CD-ROMs, the Internet, virtual libraries, and remote resources. Consequently, librarians increasingly are combining traditional duties with tasks related to rapidly changing technologies. Needless to say, this environmental change has had a great impact on the Arts and Sciences Cataloging Division and the core competencies required of its staff.

We request that the Arts and Sciences Cataloging Division (ASCD) chief be reclassified at the Senior Level and provide the following information as background/justification for that request.

## Staff and Appropriations (see table below)

Two of the eight Cataloging Directorate chief positions are already graded SL 1410 and the responsibilities, staffing levels, and appropriations of the ASCD chief are comparable. The responsibilities, staffing levels, and appropriations of the ASCD chief are also comparable to other SL chiefs in Library Services. In fact, some of these chiefs have smaller staffs and appropriations.

| Division Name | Grade of Chief | Number of Staff | Annual approp. |
|---|---|---|---|
| *LS/CAT Arts and Sciences Cataloging Division | 15 | 78 | $4.4M |
| LS/CAT Cataloging Policy & Support Office | SL | 37 | $2.8M |
| LS/CAT Regional & Cooperative Cataloging Division | SL | 91 | $5.8M |
| LS/ACQ Serial Record Division | SL | 122 | $6.5M |
| LS/AREA European Division | SL | 18 | $1.2M |
| LS/PSC Geography & Map Division | SL | 59 | $3.2M |
| LS/PSC Rare Book Division | SL | 12 | $0.85M |
| LS/PSC Science, Technology & Business Division | ST | 33 | $2.3M |

*under classification consideration

## World-wide Impact

The world-wide impact of the work of the Arts and Sciences Cataloging Division equals or surpasses the world-wide impact of many divisions throughout the Library. Virtually all of the nation's 115,000 libraries use the cataloging created by ASCD through various means. On a typical day (March 11, 2003) libraries in 168 countries executed 99,768 searches of the LC cataloging database to download cataloging for local use. This is in addition to 138,050 searches of the LC online catalog by individuals throughout the world via the WWW. Arts and Sciences Cataloging Division data is distributed in bulk to the major libraries, book sellers, and bibliographic utilities throughout the world. One utility (OCLC) alone redistributes this cataloging to an additional 40,000 libraries in 76 countries.

Arts and Sciences Cataloging Division data serves as the principal model for promulgating national and international cataloging standards and represents best practices worldwide. ASCD by way of documentation, meetings, and daily communications trains and guides the staff of libraries throughout the United States as well as in other countries. The chief participates in setting policy agendas for international consortia, e.g., Research Libraries Group.

## Representing the Library

The ASCD chief represents the Library of Congress nationally and internationally in daily communications providing guidance in cataloging policy, procedures, and standards. The chief attends national and international meetings, as a representative of and speaker for the Library of Congress. The chief assumes leadership roles in special events and programs, such as the international two-day LC Bicentennial Conference on Bibliographic Control in the New Millennium.