# Exhibit 21

# Memo Denying Reclassification Request
# April 8, 2004

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

United States Government

*Human Resources Services*
*Office of the Director*

# Memorandum

Library of Congress

April 8, 2004

TO : Beacher J. Wiggins
   Acting Deputy Associate Librarian for
   Library Services

FROM : Teresa A. Smith *[signature]*
   Director, Human Resources Services

SUBJECT : Cataloging Directorate - Division Chief and
   Assistant Chief Positions

Based on a recent conversation with Deanna Marcum, the decision was made that GS-14 and GS-15 division chief and assistant chief positions will not be upgraded and no further action will be taken at this time. We are returning the position descriptions to you for your records.