# Exhibit 22

# Announcement of Assistant Director Appointments August 6, 2004

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

**From:** James Frederick Carroll
**To:** Weekly News
**Date:** Fri, Aug 6, 2004 11:39 AM
**Subject:** Friday's News — 6 August 2004

Friday's News - 6 August 2004

---

Dear Colleagues,
This has been a maintenance week--meetings to learn more about the work of the divisions in our Partnerships and Outreach Program, meetings with division chiefs to work on specific projects, meetings to consider budget needs. It has been a luxury to catch up on paperwork.

I met with the clerks of the House and Senate Appropriations Committees this week to inform them of the realignment of Library Services.

I am pleased with the response we have received from the budget and planning system. Many of the division chiefs have begun using the system for keeping us informed and all are now involved in thinking through the budget requirements for 2005.

The directors have made decisions about the assistant directors (all of whom have collateral division chief duties).
I am pleased to announce these appointments:
Beacher Wiggins will serve as acting Assistant Director for Acquisitions.
Judy Mansfield is the Assistant Director for Bibliographic Access.
Steve Herman is the Assistant Director for Collections Management.
Mark Dimunation is the Assistant Director for Special Collections and Services.

I am grateful to each of these assistant directors for taking on additional responsibilities. Attached is an organization chart showing the names of the Directors and Assistant Directors.

I shall be here all next week. We'll be saying farewell to the summer interns, but it appears that they have had a superb experience at the Library. I am particularly grateful to Jennifer Somosky for the care she has taken to make the internships meaningful. I am hosting a retirement lunch next Monday for George Farr, the director of preservation and access at NEH, who has been a staunch advocate of preservation work of libraries around the country.

Best wishes,
Deanna

--

Deanna B. Marcum
Associate Librarian for Library Services
dmarcum@loc.gov
(202)707-6240


EXHIBIT 13

# Library Services

**Associate Librarian for Library Services**
Deanna Marcum

**Deputy Associate Librarian for Library Services**
Robert Dizard, Jr.

- Administrative Services
- National Audio-Visual Conservation Center
- American Folklife Center

## Acquisitions & Bibliographic Access
**Beacher Wiggins, Director**

**Acquisitions**
Assistant Director
Beacher Wiggins, Acting

- Acquisitions Fiscal Office
- African/Asian Acquisitions & Overseas Operations Division
- Anglo-American Acquisitions Division
- European and Latin American Acquisitions Division
- Serial Record Division

**Bibliographic Access**
Judy Mansfield, Assistant Director

- Arts & Sciences Cataloging Division
- Cataloging Distribution Service
- Cataloging in Publication Division
- Cataloging Policy & Support Office
- Decimal Classification Division
- History & Literature Cataloging Division
- Regional & Cooperative Cataloging Division
- Social Sciences Cataloging Division
- Special-Materials Cataloging Division

- Instructional Design & Training Division

## Collections & Services
**Carolyn Brown, Director**

**General Collections & Services**

- Asian Division
- African and Middle Eastern Division
- European Division
- Federal Research Division
- Hispanic Division
- Humanities & Social Sciences Division

**Collections Management**
Steve Herman, Assistant Director

- Baseline Inventory Program
- Collections Access, Loan & Management Division
- Digital Reference Team
- Photoduplication Service

**Special Collections & Services**
Mark Dimunation, Assistant Director

- Children's Literature Center
- Geography & Map Division
- Manuscript Division
- Motion Picture, Broadcasting and Recorded Sound Division
- Music Division
- Prints & Photographs Division
- Rare Book and Special Collections Division
- Science, Technology & Business Division
- Serial & Government Publications Division

## Partnerships & Outreach Programs
**Deanna Marcum, Acting Director**

- Business Enterprises
- Center for the Book
- Federal Library and Information Center Committee
- Interpretive Programs Office
- National Library Service for the Blind & Physically Handicapped
- Office of Scholarly Programs
- Publishing Office
- Retail Marketing Office
- Veterans History Project
- Visitor Services Office

## Preservation
**Dianne van der Reyden, Acting Director**

- Binding & Collections Care Division
- Conservation Division
- Preservation Reformatting Division
- Preservation Research & Testing Division
- Mass Deacidification Program
- National Digital Newspaper/ US Newspaper Program

## Technology Policy
**Henry Rossman, Acting Director**

- Automation Planning & Liaison Office
- ILS Program Office
- Network Development & MARC Standards Office

July 2004