# Exhibit 23

# Email Welcoming Assistant Directors
# August 6, 2004

| | |
|---|---|
| From: | Deanna Marcum <dmarcum@loc.gov> |
| To: | <mdim@loc.gov>, <sher@loc.gov>, Judith Anne Mansfield <juma@loc.gov> |
| Date: | Fri, Aug 6, 2004 11:40 AM |
| Subject: | Next directors meeting |

Dear Mark, Steve, Judy,

I am pleased that your appointments are now official, and I welcome all of you to the next directors' meeting on Tuesday, August 10. My plan is to have meetings of directors only on the 1st and 3rd Tuesday of each month and meetings of the full complement on the 2nd and 4th Tuesdays of each month. On the 4th Tuesday, we'll be joined by the OSI management team.

To clarify the roles of assistant directors: These are collateral duty assignments. I am asking Jim Carroll to take care of re-writing pd's to include the assistant director duties. I expect the units designated in your areas to report to you. Directors, if you think there is any confusion about this among your division chiefs, please clarify with them.

The combination of the realignment of directors and the coordination of activities by the assistant directors and our new planning and budgeting system give me great hope for the new fiscal year.

Thanks, again, for agreeing to serve.

Best wishes,

Deanna

--
Deanna B. Marcum
Associate Librarian for Library Services
dmarcum@loc.gov
(202)707-6240

CC:        <jcar@loc.gov>, <Rowe@loc.gov>

JM000130