# Exhibit 24

# Annual Report September 2004 Appendix K:Staff Changes

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)



# ANNUAL REPORT

*of the Librarian of Congress*

*for the fiscal year ending September 30, 2004*

JM000153

# APPENDIX K. STAFF CHANGES

## APPOINTMENTS

Terry Bickham was appointed director of Operations Management and Training in the Office of the Librarian on August 22.

Carolyn Brown was appointed director for Collections and Services on July 2.

Carroll V. Clark was appointed Systems Engineering Group leader in Information Technology Services on September 5.

Jeffrey Cole was appointed acting Reengineering Program manager in the Copyright Office on September 5.

Mary Jane Deeb was appointed head, Near East Section, African and Middle Eastern Division, on July 25.

Mark Dimunation was appointed assistant director for Special Collections on July 2. He also continued as chief of the Rare Book and Special Collections Division.

Mark DiNapoli was appointed assistant chief of the Copyright Licensing Division on June 13.

Hirad Dinavari was appointed reference librarian for the Iranian world, effective November 17.

Robert Dizard was appointed deputy associate librarian for Library Services on May 24.

Elmer Eusman was appointed assistant to the director of preservation on April 4.

Allene F. Hayes was appointed digital projects coordinator, Acquisitions and Bibliographic Access Directorate, on February 22.

Steven Herman was appointed assistant director for collections management on July 2. He also continued as chief of the Collections Access, Loan, and Management Division.

Georgia Higley was appointed head of the Newspaper Section on November 30.

Julia Huff was appointed acting chief operating officer of the Copyright Office on May 30.

Angela Kinney was appointed chief of the Social Sciences Cataloging Division on May 30.

Diane Kresh was appointed director of the Veterans History Project in May.

Everette Larson was appointed head of the Hispanic Reading Room on March 7.

Nancy Lev-Alexander was appointed section head for preventive conservation on August 8.

Mary Levering was appointed director of Integrated Support Services on September 15.

Judith Mansfield was appointed assistant director for bibliographic access on July 2. She also continued as chief of the Arts and Sciences Cataloging Division.

Dennis McGovern was appointed chief of the Decimal Classification Division on May 16.

Kathryn Mendenhall was appointed chief of the Cataloging Distribution Service on January 11.

Michael Moodie was appointed deputy director of the National Library Service for the Blind and Physically Handicapped in January.

Jean Moss was appointed digital projects coordinator in the National Library Services for the Blind and Physically Handicapped on July 25.

Debra Murphy was appointed diversity coordinator for the Veterans History Project during the year.

Henry Rossman was appointed director for Technology Policy in Library Services on July 2.

Tanya Sandros was appointed associate general counsel in the Copyright Office on August 22.

Donna Scheeder was appointed director, Law Library Services, in the Law Library on April 4.

JM000154

Ruth Scovill was appointed director of the newly established National Audio-Visual Conservation Center Transition Program Office in March.

Larry Stafford was appointed director of special programs in the Office of the Librarian on September 6.

Charles Stanhope was appointed director of the Development Office in November.

Mark Strattner was appointed acting chief of the Collections Services Division in the Law Library on July 11.

Sara Striner was appointed head of the Government Publications and Periodicals Section, Serial and Government Publications Division, on November 30.

Carolyn Sturtevant was appointed BIBCO coordinator for the Program for Cooperative Cataloging on September 26.

Dianne van der Reyden was appointed acting director for preservation on July 2.

James Vassar was appointed acting assistant chief of the Copyright Office Examining Division on September 5.

Beacher Wiggins was appointed director for acquisitions and bibliographic access on July 2. Before that appointment, he had served as acting deputy associate librarian for Library Services.

## Resignations

Ellen McCulloch Lovell, director of the Veterans History Project, resigned from the Library in February to become president of Marlboro College in Vermont.

Mark Roosa, director of preservation, resigned on July 7 to become dean of libraries at Pepperdine University.

## Retirements

Maryle Ashley, leader of Systems Development Group 2 in Information Technology Services, retired on July 2.

Rosemarie Clemandot, chief of collection services in the Law Library, retired on August 8.

Nancy Davenport, director for acquisitions, retired from the Library on July 2 to become president of the Council on Library and Information Resources.

Tao-Tai Hsia, chief of the Eastern Law Division for the Law Library, retired on January 2.

Kim Moden, special events officer, retired on September 3.

Margaret Whitlock, chief of collection services for the law, retired on April 2.

## Deaths

Yoko Akiba, a reference librarian in the Japanese Section, Asian Division, died on February 10.

Florene Dusty, a senior cataloger in the Arts and Sciences Cataloging Division, died on October 28.

Cynthia Johanson, assistant chief of the Regional and Cooperative Cataloging Division, died January 14.

Basil Malish, an acquisitions specialist in the Anglo/American Acquisitions Division, died January 14.

Carl Peterson, a preservation microfilm processor in the Preservation Reformatting Division, died on February 9.

Charles Sens, a specialist in the Music Division, died on August 23.

Gerald Wager, head of the Rare Book Reading Room, died on February 5.

JM000155



JM000156