# Exhibit 27

# Mansfield EEOCO Allegation of Discrimination
# April 18, 2005

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

# Library of Congress - Equal Employment Opportunity Complaints Office
## ALLEGATION OF DISCRIMINATION
Pursuant to LCR 2010-3.1, Section 4, Precomplaint Procedures
(Because of Race, Color, Religion, Sex, National Origin, Age,
Physical or Mental Disability, Sexual Harassment, and/or Reprisal)

**1. Full Name:** Judith Anne Mansfield

**2. Telephone Numbers (including area code)**
Home: 202-966-1497    Work: 202-707-2244

**3. Position Title:** Chief, Arts + Sciences Cataloging Div.

**4. Grade:** GS15

**5. Service Unit:** LS

**6. Division:** ASCD

**7. Section:** —

**8. Indicate below basis of alleged discrimination**

- [ ] A. Race. State your race
- [ ] B. Color. State your color
- [ ] C. Religion. State your religion
- [x] D. Sex. State your sex
- [ ] E. National Origin. State your national origin
- [ ] F. Age. State your age, and date of birth
- [ ] G. Physical or Mental Disability. State the nature of your disability
- [ ] H. Sexual Harassment. State your sex
- [x] I. Reprisal. Explain connection with the EEO process

When I submitted letter (attached), the Library's response was to deny my request and to abolish my position as Assistant Director for Bibliographic Access.

**9. Name(s) and Title(s) of Person(s) you believe discriminated against you**
Deanna Marcum, Associate Librarian for Library Services

**10. Name of Office in which alleged discrimination took place**
Library Services

**11. Date on which alleged discrimination took place (Month/Day/Year)**
March 31, 2005

**12. Do you have a Representative?**
[x] Yes (Answer A, B, C, and D)   [ ] No (Continue with Question 13)

A. Name of Representative: Bruce Fredrickson

B. Telephone Number of Representative (include area code): 202-659-8510

C. Address of Representative: 1775 K Street, NW Suite 600 Wash

D. City, State, Zip Code: Washington, DC 20006

RECEIVED APR 1 8 2005
Equal Employment Opportunity Complaints Office
#148
05-70

(2001/04)

Continued on Verso

Page 1 of 2 pages

PLAINTIFF'S EXHIBIT 6

LIBRARY OF CONGRESS
EQUAL EMPLOYMENT OPPORTUNITY COMPLAINTS OFFICE
101 INDEPENDENCE AVENUE, SE, LM-626
WASHINGTON, DC 20540-2120
(202) 707-6024 office (202) 707-5569 fax

# EMPLOYEE DESIGNATION OF REPRESENTATIVE

With respect to Judith Anne Mansfield
Complainant's Name and EEO Case #

I hereby designate Bruce Fredrickson of

Name of organization Webster, Fredrickson + Brackshaw

Address 1775 K Street, NW Suite 600

City/State/Zip Washington, DC 20006

Telephone and or Fax 202-659-8510

to be my representative.

Should for any reason I choose to designate a replacement, it is my responsibility to notify the Equal Employment Opportunity Complaints Office and all other parties involved as quickly as possible.

Judith A. Mansfield
Signature

4/18/05
Date