# Exhibit 29

# Byrum Position Description

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

Administrative Librarian
Chief, Regional and Cooperative Cataloging Division
GS-1410-16

## SUPERVISION RECEIVED

The Chief, Regional and Cooperative Cataloging Division, serves under the administrative supervision of the Director for Cataloging. Although any action may be subject to administrative review, the incumbent has full responsibility for managing the ongoing activities of the division with a high degree of independence and normally executes duties of the position on his or her own initiative. The incumbent's proposals for major policy or procedural changes are approved by the Director for Cataloging. Such major changes, as well as public presentations on the Library's position regarding cataloging or cooperative cataloging programs, may also require the concurrence of the Associate Librarian for Collections Services and the Librarian of Congress. Personnel administration is carried out under applicable Library regulations and collective bargaining agreements.

## SUPERVISION EXERCISED

Recruits, selects, supervises, and evaluates the assistant chief, the coordinator of cooperative cataloging, the team leaders, and the automated operations coordinator, and gives them advice, counsel, and instruction. Reviews selection decisions, performance atings, and recommendations for promotion of division staff; recommends within-grade increases and other personnel actions. Provides for the training and development of all division staff. Recommends appropriate awards. Hears and resolves personnel complaints and problems which cannot be settled at a lower level. Assumes responsibility for safety management. Furthers the sprirint and practice of the Equal Opportuity Program. Assures that the Library's commitment to equal opportunity without regard to race, color, religion, sex, age, or national origin is carried forward in all aspects of personnel management within the division.

## MAJOR DUTIES

1. Provides direct administrative oversight of all the varied functions of the division. Sets general operating policies and broad goals and objectives. Plans the work and sets priorities. Prepares periodic reports of division activities. Plans the undertaking of new or additional responsibilities. Reviews staff needs, determining budget requests to be made and allocating existing resources. Provides leadership to facilitate the adjustment of operations to meet changing program needs, advances in technology, and variations in workload.

2. Recruits, selects, supervises, and evaluates the assistant chief, coordinator of cooperative cataloging, automated operations coordinator, and team leaders and gives them advice, counsel, and instruction.

Administrative Librarian
Chief, Regional and Cooperative Cataloging Division
GS-1410-16 (Page 2)

3. Employs a consultative approach for actively involving all managerial and supervisory personnel of the division in the processes of planning, resolving operational and administrative problems, seeking opportunities for improved division performance, and developing new initiatives. Insures that such a consultative approach is also employed in the division's cataloging teams.

4. Reviews decisions relating to selection of staff. Insures that training and development of division staff is accomplished in an efficient manner. Reviews performance ratings and recommendations for promotion. Implements an effective staff recognition program. Hears and resolves personnel complaints and problems which cannot be settled at a lower level.

5. Insures that bibliographic control of materials assigned to the division is accomplished in accordance with established processing priorities and officially accepted cataloging standards and procedures. Coordinates with the Director for Cataloging, the chiefs of the other cataloging divisions, and with the Chief, Cataloging Policy and Support Office, to promote consistent application of cataloging practices. Employs an comprehensive knowledge of the principles and practices of bibliographic control of library materials to promote resolution of significant cataloging problems. Acts as the highest authority within the division on the application of cataloging policy and practice. Identifies technical issues requiring investigation and arranges for such investigation. Develops recommendations for improvements in the theory and practice of cataloging. Studies recommendations made by others for new or changed policies that would affect the work of the division. Recommends and advises on changes to the Library's *Descriptive Cataloging Manual*, *Subject Cataloging Manual*, *Library of Congress Rule Interpretations*, and Library of Congress subject headings and classification numbers.

6. Utilizes an expert knowledge of cataloging principles and an intimate acquaintance with the requirements for the storage and retrieval of bibliographic information to advance the conceptual understanding and improve the practice of bibliographic control both within the Library of Congress and throughout the library community. Participates on behalf of the Library in work conducted on the national and international levels to standardize and facilitate the transfer and sharing of bibliographic information.

7. Provides direct administrative oversight of the Library's cooperative cataloging programs for the joint production of authority and bibliographic records. Negotiates with the participating libraries regarding conditions and requirements of their participation. Provides for the planning, both long- and short-term, needed for each cooperative project. Determines the overall methodology and operational framework by which the cooperative programs are accomplished. Assures that procedures to be followed in each project are established and documented.

Administrative Librarian
Chief, Regional and Cooperative Cataloging Division
GS-1410-16 (Page 3)

8. Decides the composition of staffing needed and provides personnel to train representatives of participating libraries, monitor the quality of work submitted, and provide advice regarding the application of cataloging rules and procedures. Monitors reports regarding the effectiveness of all projects in progress; recommends changes necessary to improve the quality of the work submitted. Meets with representatives of current and prospective participating libraries to discuss concerns and resolve problems. Advises the Director for Cataloging and the Associate Librarian for ~~Collections Ser~~vices concerning initiation of new cooperative programs and adjustments of existing projects to expand or curtail them.

9. Contributes to the development of new programs or techniques such as the automation of operations to enable input and retrieval of bibliographic information transcribed in non-roman scripts.

10. Monitors and assesses the performance of the division. Works closely with division supervisory staff to seek out opportunities to enhance efficiency, reduce costs, and improve output and throughput of work consistent with maintenance of high quality standards.

11. Works closely with the Director for Cataloging and with the chiefs of the other Cataloging Directorate divisions to coordinate technical and workflow issues of inter-divisional concern and to promote consistency of practice. Maintains liaison with other units of the Library such as those involved in acquisitions, collection development, and constituent services in the interest of insuring a smooth workflow, prompt problem resolution, and identification of opportunities for improved service to constituents. Coordinates with appropriate units to advise on and assist the cataloging activities carried out by the staff of the Library's field offices in Cairo, New Delhi, Karachi, Nairobi, and Jakarta.

12. Represents the Library to significant groups of users of its services and relates the programs and activities of the division to others. May be designated to serve as the Library's official representative to committees, professional organizations, and standards-making bodies.

13. Participates directly in Library policy planning and execution at the department and agency levels in such areas as personnel policy and labor relations.

14. Furthers the spirit and practice of the Equal Employment Opportunity Program. Assures that the Library's commitment of equal opportunity without regard to race, color, religion, sex, age, national origin, or handicapping condition is carried forward in all aspects of personnel management within the division.

Administrative Librarian
Chief, Regional and Cooperative Cataloging Division
GS-1410-16 (Page 4)

15. Insures that division administrative and personnel practices conform to Library regulations and policies. Insures that appropriate administrative support is provided to division supervisors and staff. Assumes responsibility for safety management.

16. Performs other duties as assigned by the Director for Cataloging.

000021