# Exhibit 30

# Dimunation Application for Federal Employment

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

You may apply for most jobs with a resume, form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

**1. Job title in announcement:** Chief, Rare Book and Special Collections
**2. Grade(s) applying for:** SL-1410 (10661)
**3. Announcement number:** 960173
**4. Last name / First and middle names:** Dimunation, Mark Gregory
**5. Social Security Number:** [redacted]
**6. Mailing address:** [redacted]
City / State / ZIP Code: [redacted]
**7. Phone numbers (include area code):** Daytime [redacted] / Evening [redacted]

## WORK EXPERIENCE

**8. Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.**

**1) Job title (if Federal, include series and grade):** Curator of Rare Books and Curator of Exhibitions
From (MM/YY): 2/91   To (MM/YY): present   Salary: $61,680 per year   Hours per week: 40
Employer's name and address: Division of Rare and Manuscript Collections, Carl A. Kroch Library, Cornell University, Ithaca, NY 14853
Supervisor's name and phone number: H. Thomas Hickerson (607) 255-3530

Describe your duties and accomplishments:

Responsible for the acquisition, development, treatment, and interpretation of the rare book and literary manuscript collections. Oversee technical processing and related curatorial functions, including exhibitions and publications. Serve as liaison with Library Development Office and participate in donor relations, long-term development, and grant writing. Serve as principal liaison with faculty, students, and programs. Supervise 4 FTE, including three professionals, and administer the program of additional professional curatorial staff. As Head of the Department of Rare Books (1991-93), develop policies and procedures, and oversee all administrative functions, budgets, personnel, services, programs, and operations.

Established an extensive course instruction program directed at all academic levels; teach a graduate-level course in the English Department and a course on the history of the early printed book; negotiated the gift of several major book collections; participant in the successful development campaign to raise 1.3 million dollars for rare book endowments; authored four successful major grant applications to NEH, DOE, and Mellon for processing, exhibitions, and digitization projects; implemented a substantial exhibition and publications program.

**2) Job title (if Federal, include series and grade):** Assistant Chief, Department of Special Collections
From (MM/YY): 7/89   To (MM/YY): 1/91   Salary: $48,000 per year   Hours per week: 40
Employer's name and address: Department of Special Collections, Cecil H. Green Library, Stanford University Library, Stanford, CA 94305
Supervisor's name and phone number: Michael T. Ryan [redacted]

Describe your duties and accomplishments:

Coordinated and oversaw all administrative functions of the Department, including budget, personnel, services, and operations. Responsible for facilitating and coordinating Department-wide functions and activities and the work of the Manuscript/Archives, Public Service, and Rare Book units.

Successfully merged two independent units into a single administrative and operational department; planned and implemented three moves of the entire collection; redesigned and relocated the Department following the destruction of facilities in 1989 earthquake.