# Exhibit 31

# Dimunation Notification of Personnel Action

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

```
Standard Form 50-B
7/91
Office of Personnel Management
FPM Supp. 296-33, Subch. 4
```
Exception to SF 50-B approved by GSA/IRMS 2-87

## NOTIFICATION OF PERSONNEL ACTION



| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| JIMUNATION, MARK G | [redacted] | [redacted] | 03/30/98 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 173 | EXC APPT-COND |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| Z03 | TITLE II, U.S. CODE |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
|  |  |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
|  |  |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
|  |  |

7. FROM: Position Title and Number

15. TO: Position Title and Number
ADMINSTRATIVE LIBRARIAN
CHIEF, RARE BOOK & SPEC COLL
0001        010661

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | SL | 1410 | 00 | 00 | 93,357.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
|  | .00 |  | .00 | 87,030.00 | 6,327.00 | 93,357.00 | .00 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
LIBRARY OF CONGRESS
LIBRARY SERVICES
OFF OF DIR PUBLIC SVCS COLLECT
RARE BOOK & SPEC COLL DIV

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None, 2-5 Point, 3-10 Point/Disability, 4-10 Point/Compensable, 5-10 Point/Other, 6-10 Point/Compensable/30% | 0 — 0-None, 1-Permanent, 2-Conditional, 3-Indefinite | COND | YES |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C  BASIC | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 03/30/98 | F  FULL TIME |  |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved | E  E-Exempt / N-Nonexempt | 45210A003201 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
|  | 00/00/00 | 03/30/98 |  |  |

45. Remarks
APPOINTMENT AFFIDAVIT EXECUTED  3/30/98
VAC#960173
APPOINTMENT IS SUBJECT TO COMPLETION OF ONE YEAR INITIAL PROBATIONARY
PERIOD BEGINNING  03/30/98 .

001000

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| LIBRARY OF CONGRESS | [signature] BEN BENITEZ |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | DIRECTOR OF PERSONNEL |
| LC AE | 0103 | 03/30/98 |  |

3-Part  50-315    2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237