# Exhibit 32

# Herman Notification of Personnel Action

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

Exception to SF 50-B approved by GSA/IRMS 2-87

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HERMAN, STEVEN J | [redacted] | [redacted] | 03/14/99 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 702 | PROMOTION |
| 5-C. Code | 5-D. Legal Authority |
| N7M | REG 335.102 RECLASS |
| 5-E. Code | 5-F. Legal Authority |
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

**7. FROM: Position Title and Number**
ADMINISTRATIVE LIBRARIAN
CHIEF COLLECTION MANAGEMENT DIVISION
0001      005719

**15. TO: Position Title and Number**
ADMINISTRATIVE LIBRARIAN
CHIEF COLLECTION MANAGEMENT DIVISION
0001      011409

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | | 15 | 10 | 104,851.00 | PA | SL | 1410 | 00 | 00 | 112,526.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 97,201.00 | 7,650.00 | 104,851.00 | .00 | 104,316.00 | 8,210.00 | 112,526.00 | .00 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
LIBRARY OF CONGRESS
LIBRARY SERVICES
OFF OF DIR PUBLIC SVCS COLLECT
COLLECTIONS MANAGEMENT DIV

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - 1-None, 2-5 Point, 3-10 Point/Disability, 4-10 Point/Compensable, 5-10 Point/Other, 6-10 Point/Compensable/30% | 0 - 0-None, 1-Permanent, 2-Conditional, 3-Indefinite | PERM | YES ☐ NO ☐ |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| 9 | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 CS | 12/24/73 | F FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 - 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved | E  E-Exempt  N-Nonexempt | 000000004701 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | 00/00/00 | 12/24/73 | | |

**45. Remarks**
RESULT OF ADDITIONAL DUTIES AND RESPONSIBILITIES.

001081

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| LIBRARY OF CONGRESS | [signature] |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | BEN BENITEZ |
| LC AE | 0103 | 03/17/99 | DIRECTOR OF PERSONNEL |

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

3-Part  50-315       2 - OPF Copy - Long-Term Record - DO NOT DESTROY