# Exhibit 33

# Wiggins Notifications of Personnel Action

*Mansfield v. Billington*, Civil Action No. 05-1790 (RMU/JMF)

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

Exception to SF 50-B approved by GSA/IRMS 2-87

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WIGGINS, BEACHER J E | [redacted] | [redacted] | 01/16/95 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 703 | PROMOTION-NTE 05/15/95 |
| 5-C. Code | 5-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 6-C. Code | 6-D. Legal Authority |
| 6-E. Code | 6-F. Legal Authority |

7. FROM: Position Title and Number
ADMV LIBRN
CHIEF, ARTS & SCIENCES CAT DIV
0001     010301

15. TO: Position Title and Number
LIBRARY DIRECTOR
DIRECTOR FOR CATALOGING
0002     009960

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | | 15 | 06 | 83,610.00 | PA | SL | 1410 | 00 | 00 | 85,997.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 79,266.00 | 4,344.00 | 83,610.00 | | 81,529.00 | 4,468.00 | 85,997.00 | |

14. Name and Location of Position's Organization
LIBRARY OF CONGRESS
COLLECTIONS SERVICES
CATALOGING DIRECTORATE
ARTS & SCIS CATALOGING DIV

22. Name and Location of Position's Organization
LIBRARY OF CONGRESS
COLLECTIONS SERVICES
CATALOGING DIRECTORATE

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None, 2-5 Point, 3-10 Point/Disability, 4-10 Point/Compensable, 5-10 Point/Other, 6-10 Point/Compensable/30% | 0 — 0-None, 1-Permanent, 2-Conditional, 3-Indefinite | PERM | YES [ ] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B   WAIVED | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   CS | 01/31/72 | F   FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved | E — E-Exempt, N-Nonexempt | 04050A005701 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | 00/00/00 | 01/31/72 | | |

45. Remarks

001193

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| LIBRARY OF CONGRESS | [signature] BEN BENITEZ |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | DIRECTOR OF HUMAN RESOURCES |
| LC AE | 0103 | 01/23/95 | |

3-Part   50-315

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

2 — OPF Copy — Long-Term Record — DO NOT DESTROY

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

Exception to SF 50-B
approved by GSA/IRMS 2-87

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WIGGINS, BEACHER J E | [redacted] | [redacted] | 02/19/95 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 892 | QUALITY INCREASE |
| 5-C. Code | 5-D. Legal Authority |
| Z09 | LCR 2013-5 |
| 5-E. Code | 5-F. Legal Authority |
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
ADMV LIBRN
CHIEF, ARTS & SCIENCES CAT DIV
0001       010301

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 06 | 83,610.00 | PA | GS | 1410 | 15 | 07 | 85,999.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 79,266.00 | 4,344.00 | 83,610.00 | | 81,531.00 | 4,468.00 | 85,999.00 | |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
LIBRARY OF CONGRESS
COLLECTIONS SERVICES
CATALOGING DIRECTORATE
ARTS & SCIS CATALOGING DIV

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1   1-None   3-10 Point/Disability   5-10 Point/Other   2-5 Point   4-10 Point/Compensable   6-10 Point/Compensable/30% | 0   0-None   2-Conditional   1-Permanent   3-Indefinite | PERM | YES [ ]   NO [ ] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B   WAIVED | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   CS | 01/31/72 | F   FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2   1-Competitive Service   3-SES General   2-Excepted Service   4-SES Career Reserved | E   E-Exempt   N-Nonexempt | 04067A093101 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | 08/22/93 | 01/31/72 | | |

45. Remarks

001180

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| LIBRARY OF CONGRESS | BEN BENITEZ |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | DIRECTOR OF HUMAN RESOURCES |
| LC AE | 0103 | 02/15/95 | |

TSP-Part  50-315

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

Exception to SF 50-B approved by GSA/IRMS 2-87

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WIGGINS, BEACHER J E | [redacted] | [redacted] | 11/12/95 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 703 | PROMOTION NTE 03/11/96 |
| 5-C. Code | 5-D. Legal Authority |
| N8M | REG 335.102 EXC-COMP |
| 5-E. Code | 5-F. Legal Authority |
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

**7. FROM: Position Title and Number**
ADMV LIBRN
CHIEF, ARTS & SCIENCES CAT DIV
0001       010301

**15. TO: Position Title and Number**
LIBRARY DIRECTOR
DIRECTOR FOR CATALOGING
0001       009960

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | | 15 | 07 | 85,999.00 | PA | SL | 1410 | 00 | 00 | 92,096.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 81,531.00 | 4,468.00 | 85,999.00 | .00 | 87,311.00 | 4,785.00 | 92,096.00 | .00 |

**14. Name and Location of Position's Organization**
LIBRARY OF CONGRESS
COLLECTIONS SERVICES
CATALOGING DIRECTORATE
ARTS & SCIS CATALOGING DIV

**22. Name and Location of Position's Organization**
LIBRARY OF CONGRESS
LIBRARY SERVICES
CATALOGING DIRECTORATE

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 0  0-None  2-Conditional  1-Permanent  3-Indefinite | PERM | YES [x]  NO [ ] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B  WAIVED | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CS | 01/31/72 | F  FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | 04050A005701 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | 00/00/00 | 01/31/72 | | |

**45. Remarks**

001175

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| LIBRARY OF CONGRESS | *[signature]* BEN BENITEZ  DIRECTOR OF HUMAN RESOURCES |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| LC AE | 0103 | 11/07/95 | |

Part 50-315

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

Exception to SF 50-1 approved by GSA/IRMS 2-8

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WIGGINS, BEACHER J E | [redacted] | [redacted] | 11/10/96 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 703 | PROMOTION NTE 03/09/97 |
| 5-C. Code | 5-D. Legal Authority |
| N8M | REG 335.102 EXC-COMP |
| 5-E. Code | 5-F. Legal Authority |
|  |  |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |
| 6-C. Code | 6-D. Legal Authority |
|  |  |
| 6-E. Code | 6-F. Legal Authority |
|  |  |

**7. FROM: Position Title and Number**
ADMV LIBRN
CHIEF, ARTS & SCIENCES CAT DIV
0001    010301

**15. TO: Position Title and Number**
LIBRARY DIRECTOR
DIRECTOR FOR CATALOGING
0001    009960

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS |  | 15 | 08 | 90,632.00 | PA | SL | 1410 | 00 | 00 | 94,436.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 85,470.00 | 5,162.00 | 90,632.00 | .00 | 89,057.00 | 5,379.00 | 94,436.00 | .00 |

**14. Name and Location of Position's Organization**
LIBRARY OF CONGRESS
LIBRARY SERVICES
CATALOGING DIRECTORATE
ARTS & SCIS CATALOGING DIV

**22. Name and Location of Position's Organization**
LIBRARY OF CONGRESS
LIBRARY SERVICES
CATALOGING DIRECTORATE

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 0  0-None  2-Conditional  1-Permanent  3-Indefinite | PERM | YES [X]  NO [ ] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B  WAIVED | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CS | 01/31/72 | F  FULL TIME |  |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | 04050A005701 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
|  | 00/00/00 | 01/31/72 |  |  |

**45. Remarks**

001170

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| LIBRARY OF CONGRESS | [signature] BEN BENITEZ  DIRECTOR OF PERSONNEL |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
| LC AE | 0103 | 11/22/96 |

Part 50-315

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

Standard Form 50-B
r. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

Exception to SF 50-E approved by GSA/IRMS 2-87

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WIGGINS, BEACHER J E | [redacted] | [redacted] | 06/08/97 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 702 | PROMOTION |
| 5-C. Code | 5-D. Legal Authority |
| N3M | REG 335.102 COMP |
| 5-E. Code | 5-F. Legal Authority |
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

7. FROM: Position Title and Number
LIBRARY DIRECTOR
DIRECTOR FOR CATALOGING
0001     009960

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | 97,584.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| 91,106.00 | 6,478.00 | 97,584.00 | .00 |

14. Name and Location of Position's Organization

15. TO: Position Title and Number
LIBRARY DIRECTOR
DIRECTOR FOR CATALOGING
0001     010660

| 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| SL | 1410 | 00 | 00 | 105,936.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| 98,904.00 | 7,032.00 | 105,936.00 | .00 |

22. Name and Location of Position's Organization
LIBRARY OF CONGRESS
LIBRARY SERVICES
CATALOGING DIRECTORATE

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - 1-None  2-5 Point  3-10 Point/Disability  4-10 Point/Compensable  5-10 Point/Other  6-10 Point/Compensable/30% | 0 - 0-None  1-Permanent  2-Conditional  3-Indefinite | PERM | YES ☒  NO ☐ |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B  WAIVED | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CS | 01/31/72 | F  FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 - 1-Competitive Service  2-Excepted Service  3-SES General  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | 04050A005701 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | 00/00/00 | 01/31/72 | | |

45. Remarks
ELECTED FROM VAC #960171    DATED 9/17/96

001168

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| LIBRARY OF CONGRESS | *[signature]* BEN BENITEZ  DIRECTOR OF PERSONNEL |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| LC AE | 0103 | 06/06/97 | |

3-Part  50-315

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

2 - OPF Copy - Long-Term Record - DO NOT DESTROY