UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JUDITH A. MANSFIELD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1790 (RMU) |
| | ) | Electronic Case Filing |
| **JAMES H. BILLINGTON,** | ) | |
| Librarian of Congress, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO SEEK EXTENSION OF TIME
AND MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant James H. Billington, Librarian of Congress, through his undersigned counsel, hereby seeks leave of the Court to file an untimely motion for extension of time, and hereby moves for a one week extension of time to file the reply brief in support of defendant's motion for summary judgment. Defendant's reply is currently due on December 21, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants conferred with Plaintiff, and Plaintiff graciously consents to Defendant's request for leave to file a motion for extension of time, and consents to Defendants' request for a one week extension of time to file his reply.

In support of these motions, Defendant states as follows:

1. Plaintiff filed her opposition to Defendant's Motion for Summary Judgment on December 4, 2007. Plaintiff's opposition brief, which is combined with her reply in support of her own motion for summary judgment, is 57 pages long and contains 35 separate exhibits.

2. Immediately after receiving plaintiff's opposition, counsel from the Library of Congress and the U.S. Attorney's Office began working on defendant's reply in and among their other duties and cases.

3. Under this Court's standing order, any enlargement request should have been made by December 17, 2007. Defendant did not seek an enlargement at that time because, based on contacts with counsel at the Library of Congress during the week of December 10, 2007, the undersigned was optimistic and believed that the reply brief would be complete and reviewed by December 21, 2007.

4. Due to multiple unforeseen personnel and other matters at the Library which arose on December 17 and 18, 2007 and have required the immediate and extended attention of the two attorneys working on the reply brief in this case, agency counsel have been unable to commit sufficient time to this project despite their diligent efforts.

5. Defendant could not file a timely motion for extension of time because Defendant could not predict that unexpected events would interfere with defense counsel's planned schedule for completing the reply brief. The Office of General Counsel at the Library of Congress is relatively small, and the two attorneys working on this matter are the only two in-house lawyers who provide litigation advice. A senior attorney who previously worked on this case recently retired from the Library of Congress and some of his duties have been re-assigned to them as well. In short, they are currently experiencing a period of adjustment and this project has taken slightly longer than expected. Sufficient time for internal review by both the Library of Congress and United States Attorney's Office is needed before the brief may be filed.

6. The one week extension of time (which includes a weekend and two federal holidays) is necessary to allow Defendant sufficient time to work with agency counsel to prepare his reply brief. If granted, the one week extension would make Defendant's opposition due on December 28, 2007.

7. This is Defendant's fourth request for an extension of time overall in this case and first of this particular deadline.

8. Granting the instant motion would cause no prejudice to either party and will not affect any other deadlines in this case. One additional week should not significantly delay this Court's resolution of this matter.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court GRANT Defendant leave to submit an untimely motion for extension of time, and GRANT Defendant's motion for a one week extension of the deadline for filing a reply brief in support of his motion for summary judgment. A draft order consistent with the relief sought herein is attached.

Dated: December 19, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161