UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDITH A. MANSFIELD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1790 (RMU) |
| ) | Electronic Case Filing |
| **JAMES H. BILLINGTON,** ) | |
| Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

UPON CONSIDERATION of defendant's consent motion for leave to file a motion for extension of time and the motion for extension itself, the Court finds that good cause exists for the relief being sought. Accordingly, it is hereby

**ORDERED** that defendant's motions are **GRANTED**, and defendant shall have through and including December 28, 2007 to file his reply brief.

_____                                    _____
Date                                                RICARDO M. URBINA
                                                    United States District Judge

Copy Through ECF to Counsel of Record