### Friday's News - September 26, 2003

Dear Directors and Chiefs,

The Executive Committee has devoted some portion of each day this week to considering MDEP's of each service unit. Late Tuesday evening, we learned that the Conference Report on allocations for 2004 had been released. In Library Services, we received funding for our requests to support several exhibits and special projects, along with funding for Culpeper, the Veterans' History Project, and mass deacidification. 2005 will clearly be a more difficult budget year. When Dr. Billington opened the MDEP deliberations, he asked all of us to look at areas we can cut in order to realize savings with which to do new things. The Executive Committee will finish its hearings today, and we shall make recommendations to Dr. Billington on those proposals that should be submitted to Congress.

In between budget session, I continued my site visits to several LS divisions. Although the process is taking a lot of time, I find the discussions with staff in their own work areas enormously educational and useful.

On Thursday, I travelled to Charlottesville to make a presentation to the Institute of Advanced Technology in the Humanities symposium in celebration of the Institute's 10th anniversary. TO give you a sense of what I am saying in public, I attach a rough draft of my remarks.

Next week, we shall welcome a delegation form the National Library of the Netherlands. I'll continue my site visits. I shall be away on Wednesday and Thursday at SUNY, Stonybrook for a speaking engagement. On Friday evening, there will be a celebratory dinner for the Nation Book Festival, followed by the special event itself on Saturday, the 4th. Special thanks go to the many LS staff who are working so hard to make the Festival a great success.

Deanna

# Friday's News - March 5, 2004

Dear Colleagues,

Budget issues have been at the top of my priority list this week. I think nearly everyone knows by now that the 2004 budget of LS must be trimmed if we are to get through the year without a deficit, and the picture in 2005 is less than cheerful. The members of Congress have made it clear that there will not be the usual increases in our institutional budgets.

The directors and I met on Tuesday afternoon for three hours to consider budget questions, along with our views of how Library Services can best position itself for moving into the 21st century. We plan to spend the next few weeks going into detail about what needs to be done to help us respond more effectively to the digital environment.

There is also much to celebrate this week. Sally McCallum was notified that she has been named the recipient of the Melvil Dewey award this year--the highest honor from the American Library Association. Justice Blackmun's papers were opened to the public on Thursday, and the Manuscripts Division, working with many PSC, Public Affairs, APLO, and OSI staff performed brilliantly. To all involved, I send congratulations and sincere thanks. It was quite a wonderful display of LC at its best! The Asian Division issued the Asian-American Yearbook, which has been greeted with great enthusiasm. Finally, the Preservation Division hosted the International Preservation Roundtable which has brought preservation specialists from a number of countries to us to consider important collaborative efforts.

I, in consultation with the directors, concluded this week that the proposed Operations Directorate reorganization should not go forward at this time. As I view all that faces us in the future, I believe that the entire Library Services organization should be reconsidered. I do not think it prudent to proceed with the reorganization of the infrastructure portion of the service unit without looking at the whole. And I have pledged to the directors that we shall move quickly to realign functions to be more responsive to current demands.

Next week, I shall be in Seattle in Monday to meet with the Bill and Melinda Gates Foundation to discuss its next phase of library philanthropy and to determine if there are ways for our two organizations to collaborate.

The Senate appropriations committee will hold hearings on Thursday, so preparations for that meeting are in high gear.

Laura Campbell and I will meet with the NEH staff to discuss the next steps in developing a collaborative newspaper digitization project.

On Friday, I shall chair the selection committee for the Rovelstad Fellowship award, a program that chooses a current student in a library school program to attend the IFLA conference.

As I have a better understanding of our precise budget situation, I shall be meeting with directors and chiefs to explain where we stand and to discuss options.

DA 052

Deanna B. Marcum
Associate Librarian for Library Services
dmarcum@loc.gov
(202)707-6240

Library of Congress | Page last updated: 15-Jul-2004 | Questions or Comments

## Friday's News - March 12, 2004

Dear Colleagues,

I began the week in Seattle in a very interesting meeting the Bill and Melinda Gates Foundation. The domestic library program that installed equipment and software in 11,000 public libraries around the country is coming to an end. The Gates staff is now trying to establish the next phase of its U.S. library program. The staff asked me to review the possible next phase. There may be a possibility of a partnership with the Library of Congress, depending upon the approach the Foundation ultimately selects.

The directors and I spent a very productive session on Tuesday considering the possible ways to realign Library Services functions so that needs of users and the new requirements of the digital environment are at the heart of our work. The directors have approached this task at the highest level and without ego. I am encouraged by our discussions thus far.

The Senate Appropriations hearing yesterday was friendly and supportive. Senator Stevens expressed his affection for the Library, but he also warned that the national budget situation is difficult. The questions were variants on a single theme--how will the Library function if the 2005 budget is frozen at 2004 levels.

Unfortunately, Library Services is already in a deficit situation in 2004, and the directors have worked hard to help me make decisions about ways to reduce this year's spending to balance our budget. I concluded that the non-personals budget lines should be reduced in order to preserve staff lines. Sacrifice will be required by every division, and I regret the hardships that will result. I'll go into detail about the actual reductions at the next chiefs' meeting.

In response to an increasing number of oral history collections that are coming to the Library and in response to our need to respond to Congress' very strong interest in seeing the Veterans' History Project expand quickly, I have asked Diane Kresh to take on the assignment of mounting an effective, massive program to interview many of the veterans who will be on the Mall for the Memorial Day reunion. In addition, she will work with her colleagues to recommend the approach the Library should take in documenting contemporary history. Diane's new duties will begin the first of April. An acting director of PSC will be named at the same time.

I met with Don Waters of The Andrew W. Mellon Foundation last evening to learn more about the priorities of Mellon over the next couple of years. We identified a few possible areas in which the Foundation may be willing to work with the Library. As you can see, I am convinced that external funding will be critically important for us in the near term.

I shall be attending the Fiesole Collections Conference next week. My keynote speech focuses on the need for libraries and publishers to work much more closely together to ensure the preservation and accessibility of digital information. Before leaving for Florence, I shall give the rededication speech for the opening of the renovated Mullen Library at Catholic University.

Beacher Wiggins will be acting associate librarian in my absence, and I ask

DA 054

appropriations staff.

We have much hard work and difficult decisions ahead of us, but if we can stay focused on the ultimate goals, we will perform a great service.

Deanna Marcum
Associate Librarian for Library Services
dmarcum@loc.gov

Library of Congress | Page last updated: 15-Jul-2004 | Questions or Comments