

# U.S. Office of Personnel Management

## 1998 General Schedule Locality Rates of Pay for Washington-Baltimore, DC-MD-VA-WV*

### Effective January 1998

| Grade | Annual Rates for Steps (in dollars) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 1 | 13,902 | 14,366 | 14,828 | 15,288 | 15,753 | 16,024 | 16,479 | 16,939 | 16,958 | 17,393 |
| 2 | 15,630 | 16,003 | 16,521 | 16,958 | 17,147 | 17,651 | 18,155 | 18,660 | 19,164 | 19,668 |
| 3 | 17,055 | 17,623 | 18,192 | 18,760 | 19,329 | 19,898 | 20,466 | 21,035 | 21,603 | 22,172 |
| 4 | 19,146 | 19,784 | 20,422 | 21,060 | 21,699 | 22,337 | 22,975 | 23,613 | 24,252 | 24,890 |
| 5 | 21,421 | 22,135 | 22,850 | 23,564 | 24,278 | 24,993 | 25,707 | 26,422 | 27,136 | 27,851 |
| 6 | 23,876 | 24,672 | 25,468 | 26,264 | 27,060 | 27,856 | 28,652 | 29,448 | 30,244 | 31,040 |
| 7 | 26,532 | 27,416 | 28,300 | 29,184 | 30,068 | 30,952 | 31,836 | 32,719 | 33,603 | 34,487 |
| 8 | 29,384 | 30,364 | 31,343 | 32,323 | 33,302 | 34,281 | 35,261 | 36,240 | 37,219 | 38,199 |
| 9 | 32,457 | 33,539 | 34,621 | 35,704 | 36,786 | 37,868 | 38,951 | 40,033 | 41,116 | 42,198 |
| 10 | 35,742 | 36,934 | 38,126 | 39,318 | 40,509 | 41,701 | 42,893 | 44,085 | 45,277 | 46,468 |
| 11 | 39,270 | 40,579 | 41,888 | 43,197 | 44,505 | 45,814 | 47,123 | 48,431 | 49,740 | 51,049 |
| 12 | 47,066 | 48,635 | 50,205 | 51,774 | 53,343 | 54,913 | 56,482 | 58,051 | 59,621 | 61,190 |
| 13 | 55,969 | 57,835 | 59,700 | 61,565 | 63,431 | 65,296 | 67,162 | 69,027 | 70,893 | 72,758 |
| 14 | 66,138 | 68,343 | 70,547 | 72,752 | 74,956 | 77,160 | 79,365 | 81,569 | 83,774 | 85,978 |
| 15 | 77,798 | 80,391 | 82,985 | 85,579 | 88,173 | 90,767 | 93,360 | 95,954 | 98,548 | 101,142 |

\* INCORPORATING THE 2.30% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 7.27% FOR THE LOCALITY PAY AREA OF WASHINGTON-BALTIMORE, DC-MD-VA-WV (NET INCREASE: 2.45%)

- To *Salaries and Wages*
- To *Compensation Administration Home Page*
- To *OPM Home Page*
- To *Website Index*
- *Download in PDF Format*



## U.S. Office of Personnel Management

### 1998 LOCALITY RATES OF PAY FOR SENIOR-LEVEL AND SCIENTIFIC OR PROFESSIONAL POSITIONS

*Effective January 1998*

| SALARY TABLE NO. 98-SL/ST (LOC) | | |
|---|---|---|
| LOCALITY PAY AREA | MINIMUM | MAXIMUM |
| Atlanta, GA | 92,408 | 125,717 |
| Boston-Worcester-Lawrence, MA-NH-ME-CT | 94,523 | 125,900 * |
| Chicago-Gary-Kenosha, IL-IN-WI | 95,045 | 125,900 * |
| Cincinnati-Hamilton, OH-KY-IN | 93,740 | 125,900 * |
| Cleveland-Akron, OH | 92,556 | 125,900 * |
| Columbus, OH | 93,035 | 125,900 * |
| Dallas-Fort Worth, TX | 93,035 | 125,900 * |
| Dayton-Springfield, OH | 92,417 | 125,729 |
| Denver-Boulder-Greeley, CO | 94,393 | 125,900 * |
| Detroit-Ann Arbor-Flint, MI | 95,176 | 125,900 * |
| Hartford, CT | 94,976 | 125,900 * |
| Houston-Galveston-Brazoria, TX | 97,439 | 125,900 * |
| Huntsville, AL | 92,113 | 125,315 |
| Indianapolis, IN | 91,930 | 125,066 |
| Kansas City, MO-KS | 92,304 | 125,575 |
| Los Angeles-Riverside-Orange County, CA | 96,003 | 125,900 * |
| Miami-Fort Lauderdale, FL | 93,871 | 125,900 * |
| Milwaukee-Racine, WI | 92,417 | 125,729 |
| Minneapolis-St. Paul, MN-WI | 93,401 | 125,900 * |
| New York-N. New Jersey-Long Island, NY-NJ-CT-PA | 95,524 | 125,900 * |
| Orlando, FL | 91,747 | 124,817 |
| Philadelphia-Wilmington-Atlantic City, PA-NJ-DE-MD | 93,705 | 125,900 * |
| Pittsburgh, PA | 92,435 | 125,753 |
| Portland-Salem, OR-WA | 93,270 | 125,900 * |
| Richmond-Petersburg, VA | 92,356 | 125,646 |
| Sacramento-Yolo, CA | 93,679 | 125,900 * |
| St. Louis, MO-IL | 91,999 | 125,161 |
| San Diego, CA | 93,940 | 125,900 * |
| San Francisco-Oakland-San Jose, CA | 97,526 | 125,900 * |
| Seattle-Tacoma-Bremerton, WA | 93,418 | 125,900 * |
| Washington-Baltimore, DC-MD-VA-WV | 93,357 | 125,900 * |
| Rest of U.S. | 91,747 | 124,817 |

\* Rate limited to the rate for level III of the Executive Schedule (5 U.S.C. 5304(g)(2)).

- *Download in PDF Format*
- To Salaries and Wages