| | |
|---|---|
| **From:** | James Frederick Carroll |
| **To:** | Weekly News |
| **Date:** | Fri, Jul 2, 2004 11:29 AM |
| **Subject:** | Friday's News — 2 July 2004 |

Friday's News — 2 July 2004

---

Dear Colleagues,
You have been patient while we have worked on the realignment. Finally, I am happy to announce the new management team.

(See Chart Attached)

There are a few explanatory notes to accompany this chart. Some of the directors are familiar to you; others are new and require an introduction.

1. The new acting director of preservation is Dianne van der Reyden. Dianne has been Chief of the Conservation Division for two years, coming to the Library after two decades as Senior Conservator and Head of Paper Conservation in various units of the Smithsonian Institution, working with the Institution's libraries, archives and research collections. She interned at the Library 25 years ago, as part of her MA work for NYU's Institute of Fine Arts, where she also received a Diploma in Conservation. She has worked in several libraries, including Houghton Library at Harvard, where she received a second Conservation Diploma following her internship at the Fogg Museum. Dianne has published and taught internationally on preservation management, research, and treatment, and is a fellow and/or specialty board member of several conservation organizations, including IIC, AIC, and ICOM-CC. Dianne has published, lectured and taught internationally on preservation management, strategic planning, research, treatment, emergency preparedness, collections care, and digitization.

2. The acting director of the new directorate, Technology Policy, is Henry Rossman. Dr. Rossman served as the Chief Technology Officer for CRS for over six years. Prior to joining the Library, he was the Director of Data Systems for the Office of Tax and Revenue, Government of the District of Columbia. In both positions, he provided leadership in focusing the technical infrastructure toward more efficient and effective service in support of the larger organization's mission. Dr. Rossman has a Ph.D. in Sociology, with area concentrations in research methodology, statistics, and social psychology. He has conducted quantitative and qualitative research on organizational change, computer systems design, and infrastructure development. In the information technology arena, in addition to his leadership experience, Henry Rossman has hands-on experience as a programmer, systems analyst, systems designer, and in the development of system-wide IT policy. Some of the functions of the former Operations Directorate will move into Henry's area; some will be part of Administrative Services in the Office of the Associate Librarian.

3. The Collections Policy Committee, formerly chaired by Nancy Davenport, will become a responsibility of the Collections Directorate. I have asked Carolyn Brown to propose a chair of this important Library-wide committee. I expect to draft a new charge for the CPC in the coming months.

4. Diane Kresh will be the director of the Veterans' History Project. Her work to coordinate the LC presence on the Mall in the Memorial Day reunion was superb. She has demonstrated a personal and professional commitment to this project, and she managed to put the project together quickly and efficiently. Diane will also have responsibility for the Voices of Civil Rights Project. Diane will continue to be the Library's liaison to OCLC for QuestionPoint, and I have asked Diane to lead some of the special projects arising from the Office of the Associate Librarian.

5. The American Folklife Center will report directly to me. After I read the governance documents carefully, I realized that the reporting relationships are unique in the Library. I believe that we can clarify the situation a bit by bringing AFC out of the hierarchical structure.

6. I am putting the National Audio Visual Conservation Center into a direct reporting relationship to me during this transition period. After the move to Culpeper, we shall evaluate the possibilities and choose the best reporting structure for NAVCC.

7. Although Instructional Design and Training is under Acquisitions and Bibliographic Access for reporting purposes, I expect Judith Cannan's unit to continue serving all of Library Services.

I have said many times what I am about to say again: there is nothing permanent about this organizational structure. I have worked hard to find a structure that will allow us to make progress toward becoming a 21st century library. I am prepared to make changes as necessary.

I hasten to add that I expect a more detailed structure unfolding in the next couple of weeks. I expect each of the directors to be joined by assistant directors. We expect to name the assistant directors in the next few weeks. The management team will be made up of directors and assistant directors, thereby broadening the talent pool as we confront difficult budgetary and programmatic decisions.

If you are still reading this message, allow me to add a few mundane details.

The NDIIPP Advisory Board met on Monday. I took extensive notes on the presentations from other national libraries, I have not yet had time to summarize the meeting, but I am flying to Japan on Sunday, so I should have plenty of time to record my summary for you during that flight.

The task force to respond to the IOG's report on the use of reading rooms met on Wednesday. I met with them to ask them to carry out their work in two phases. There is an immediate need to respond to

JM000108

the report from Mr. Schornagel's staff. The larger task is to reconceptualize the utilization of the Jefferson Building in the digital age. The task force agreed to produce the narrower report by August 1.

I met with Duane Webster, executive director of ARL, on Thursday to discuss the appropriate relationship between ARL and the Library.

Next week, I'll be meeting with the Japan Foundation, the National Diet Library, and the Kanazawa Institute of Technology. I'll be speaking to the KIT Roundtable conference on July 8-9. I attach for your information my talk.

I wish each of you a happy 4th of July weekend. I look forward to seeing you again on July 12, and I eagerly anticipate the work we can accomplish in the new administrative structure.

Best wishes,
Deanna


-----------
>Deanna Marcum
>Associate Librarian for Library Services
>dmarcum@loc.gov
>