| | |
|---|---|
| **From:** | Beacher J E Wiggins |
| **To:** | amg; Cannan, Judith P; cmt |
| **Date:** | Wednesday, August 04, 2004 7:16 |
| **Subject:** | updates |

Chiefs:

Assistant directors:

Deanna has determined that she cannot agree to any assistant director positions being full time. While I related my disappointment to her, I will, of course, follow her instructions. Deanna stated that after experimenting with assistant directors in collateral roles for a while, we can later reevaluate its effectivenesss. It is not clear if the concept of director/deputy director will come to be, later in fy05. So ...

+ Judy Mansfield will fill the role of assistant director for bibliographic access, with collateral duties as ASCD chief. In that capacity, I still expect her to have approval authority and authority for leading the bib access chiefs. She will work closely with me, as in the past, to make this a easy on all as possible.
+ I will serve the role for the acquisitions side, in addition to my overall director role.


Notes from yesterday's directors' mtg:

+ Most chiefs by now have received the orientation to the new planning database and budget input process for fy05. Directors are to review by Aug. 27. Since I will be gone for the next 4 weeks, Bob Dizard and the planning staff are aware that I will not approve the chiefs' input until I return on Sept. 7. (Judy Mansfield will have reviewed the the bib access chiefs' input, before my final approval.)
+ Work study program: Chiefs who are interested in work study students in fy05 should plug this in as part of the budget planning exercise cited above.
+ Time off awards: These are not viewed favorably by LS because they mean that we lose staff work time. There have been more of these than usual lately, with award times of as much as 2 weeks. These seem to have gone directly to Bob D. without directors' approval. All such recommendations should be directed via me. (I understand that these awards may have increased because our cash award pots have been depleted.)
+ Other cash awards: fy04 money has been exhausted. Any remaining award recommendations should be held until fy05 and processed based on the amount of money in each division's awards allotment.
+ Sweeps requests (I'll send copies of what was submitted)
+ MDEPS supported by LS (I'll send copies of what was submitted)

beacher

Beacher Wiggins
Director for Acquisitions & Bibliographic Access
Library of Congress
101 Independence Avenue, Southeast
Washington, D.C. 20540
TEL (202) 707-5137  FAX (202) 707-6269
bwig@loc.gov