# Equal Pay Act notes

### February 15, 2005, ca. 3:00 pm

I spoke with Beacher Wiggins about the status of my position description, which is still with Deanna Marcum. He said that Deanna had not forwarded it to Human Resources because of the addition to the salaries base and because Library Services has too many Senior Level staff. I asked him if he thought Deanna was aware of the Equal Pay Act issue. He said that no, he didn't think so. He had not raised it with her because I had asked him not to.

JM 2/15/05

### February 22, 2005, ca. 4:00 pm

I spoke with Beacher Wiggins about the status of my position description and suggested that he be sure that Deanna Marcum knows that I think there is an Equal Pay Act issue. He agreed to do so and took some handwritten notes from me.

JM 2/23/05

### February 23, 2005, ca. 10-10:30 am

Beacher Wiggins informed me that Deanna Marcum is to meet with Teri Smith, Director of Human Resources, on Thursday, February 24, to discuss the matter of Senior Level staff and my specific position. He said that he did not inform Deanna about the Equal Pay Act issue.

JM 2/23/05