UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDITH A. MANSFIELD, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 05-1790 (RMU) |
| | : | |
| v. | : | Document Nos.: 23, 25 |
| | : | |
| JAMES H. BILLINGTON,<br>Librarian of Congress, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### Granting in Part and Denying in Part the Defendant's Motion for Summary Judgment and Denying the Plaintiff's Motion for Partial Summary Judgment

For the reasons set forth in the court's memorandum opinion issued separately this 3rd day of September, 2008 it is hereby

**ORDERED** that the defendant's motion for summary judgment is **GRANTED in part** and **DENIED in part,** and it is

**FURTHER ORDERED** that the plaintiff's motion for partial summary judgment is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge